*FamilyCare, Inc. v. Oregon Health Authority*
**6:18-cv-000296-MO / 3:18-cv-00212-MO**

Case Schedule

| | |
|---|---|
| Local Rule 16-2 Conference | March 1, 2018 |
| Answer or Motions | March 15, 2018 |
| Discovery hearing | April 6, 2018 at 10am |
| Hearing on Motions to Dismiss | April 20, 2018 at 11am |
| Discovery Completed | June 29, 2018 |
| Exchange of Expert Witness Reports | July 6, 2018 |
| Exchange of Rebuttal Expert Witness Reports Deadline | July 13, 2018 |
| Dispositive Motion Deadline | July 20, 2018 |
| Response to Dispositive Motions | August 10, 2018 |
| Reply to Dispositive Motions | August 24, 2018 |
| Hearing on Dispositive Motions | September 21, 2018 at 9am |
| (1) Joint Alternative Dispute Resolution Report Due <br> (2) Pretrial Order | Two weeks after ruling on dispositive motions |
| Joint jury instructions and verdict form | October 29, 2018 |
| (1) Plaintiff's exhibit lists and judge's copies of exhibits; <br> (2) Plaintiff's lay witness statements and expert reports pursuant to Fed. R. Civ. P. 26, if not previously provided under Rule 26 due to an agreement between the parties or by court order; <br> (3) Any itemized list(s) of special damages; <br> (4) Objections to jury instructions and verdict form. | November 2, 2018 |
| (1) Defendant's exhibit lists and judge's copies of exhibits; <br> (2) Defendant's lay witness statements and expert reports pursuant to Fed. R.Civ. P. 26, if not previously provided under Rule 26 due to an agreement between the parties or by court order; <br> (3) Plaintiff's deposition designations; <br> (4) Plaintiff's and defendant's trial memoranda. | November 16, 2017 |
| Defendant's deposition designations | November 21, 2018 |
| (1) Plaintiff's and defendant's motions in limine and *Daubert* motions; <br> (2) Plaintiff's rebuttal exhibits; <br> (3) Plaintiff's rebuttal lay witnesses and expert reports pursuant to Fed. R. Civ. P. 26, if not previously provided under Rule 26 due to an agreement between the parties or by court order; <br> (4) Requested voir dire; <br> (5) Plaintiff's and defendant's objections to other party's exhibits, witnesses, and deposition designations, in three separate documents. | November 30, 2018 |
| (1) Responses to motions in limine; <br> (2) Plaintiff's and defendant's responses to objections to exhibits, witnesses, and deposition designations, in three separate documents. | December 14, 2018 |
| Pretrial Conference | January 7, 2019 at 1pm |
| Trial | January 15, 2019 |