**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Patrick Allen
and Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading) Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FAMILYCARE, INC.** |
| v. | |
| FAMILYCARE, INC., an Oregon no-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | |
| Defendant. | |

**1 -    DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FAMILYCARE, INC.**

I, Brittany M. Simpson, declare:

1.    I am an attorney at Markowitz Herbold PC, the firm representing Oregon Health Authority ("OHA") in the above referenced matter.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
| --- | --- |
| 1. | January 5, 2018 Excerpt of FamilyCare privilege log (**Filed under seal)** |
| 2. | November 30, 2017 Civil Subpoena Duces Tecum to Gallant Policy Advisors, Inc. |
| 3. | November 30, 2017 Civil Subpoena Duces Tecum to AM:PM PR LLC |
| 4. | November 30, 2017 Civil Subpoena Duces Tecum to Pac/West Communications |
| 5. | January 9, 2018 Civil Subpoena Duces Tecum to Gard Communications, Inc. |
| 6. | January 8, 2018 Gallant Policy Advisors, Inc. privilege log (**Filed under seal**) |
| 7. | February 22, 2018 Letter from Matthew Mertens to Greg Scott |
| 8. | February 2, 2018 Excerpt of Karen Mainzer deposition ("Mainzer Dep.") |
| 9. | January 23, 2018 Excerpt of Patrick McCormick deposition ("McCormick Dep.") |
| 10. | February 25, 2011 Memorandum of Understanding between Pac/West Communications and FamilyCare, Inc. |
| 11. | March 28, 2017 Engagement letter between Gard Communications and Family Care, Inc. |
| 12. | January 16, 2018 Letter from Doug Pahl to Matt Levin Re Gallant Policy Advisors, Inc. |

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 12th day of March, 2018.

*/s/ Brittany M. Simpson*
_____
Brittany M. Simpson, OSB #165326

**2 -    DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FAMILYCARE, INC.**