

| | 1120 NW Couch Street | T +1.503.727.2000 |
| | 10th Floor | F +1.503.727.2222 |
| | Portland, OR 97209-4128 | PerkinsCoie.com |

February 22, 2018

Matthew J. Mertens
MMertens@perkinscoie.com
D.  +1.503.727.2199
F.  +1.503.346.2199

**VIA EMAIL ONLY**

Mr. Greg Scott
Markowitz Herbold, P.C.
1211 SW Fifth Avenue Ste 3000
Portland OR 97204

**Re:    FamilyCare, Inc. v. Oregon Health Authority
         Marion County Circuit Court Case No. 17CV09226**

Dear Greg:

I write regarding Gard Communications' ("Gard") recent document production.  As you know, FamilyCare did not have the opportunity to evaluate Gard's document production for attorney-client privilege and work product protection before these documents were produced to OHA. FamilyCare's review has now identified the documents in the attached Exhibit A as containing privileged information.

Please delete these documents from your system and confirm when you have done so.  Where appropriate, these documents will be reproduced with redactions.

FamilyCare is still reviewing Gard's production and may need to claw back additional privileged documents.

Please let me know if you have any questions.

Very truly yours,

Matthew J. Mertens

MJM

Attachment: Exhibit A

138608229.1

Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 2

**EXHIBIT A**

GARD00000874
GARD00001142
GARD00001144
GARD00001146
GARD00002362
GARD00002504
GARD00002704
GARD00002741
GARD00002751
GARD00002829
GARD00002836
GARD00002839
GARD00002881
GARD00002884
GARD00002887
GARD00003020
GARD00003055
GARD00003090
GARD00003112
GARD00003132
GARD00003134
GARD00003137
GARD00003166
GARD00003230
GARD00003309
GARD00003311
GARD00003313
GARD00003330
GARD00003334
GARD00003338
GARD00003351
GARD00003372
GARD00003379
GARD00003386
GARD00003393
GARD00003401
GARD00003416
GARD00003431

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 3

## EXHIBIT A

GARD00003447
GARD00003527
GARD00003574
GARD00003608
GARD00003633
GARD00003677
GARD00003695
GARD00003776
GARD00003778
GARD00003827
GARD00003858
GARD00003862
GARD00003879
GARD00003883
GARD00003898
GARD00003902
GARD00004606
GARD00004625
GARD00004658
GARD00004777
GARD00004780
GARD00004787
GARD00004825
GARD00004839
GARD00004842
GARD00004845
GARD00005002
GARD00005007
GARD00005051
GARD00005069
GARD00005071
GARD00005081
GARD00005083
GARD00005083
GARD00005086
GARD00005117
GARD00005165
GARD00005240

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 4

## EXHIBIT A

GARD00005244
GARD00005266
GARD00005270
GARD00005279
GARD00005287
GARD00005303
GARD00005310
GARD00005317
GARD00005324
GARD00005332
GARD00005356
GARD00005377
GARD00005391
GARD00005458
GARD00005476
GARD00005478
GARD00005559
GARD00006335
GARD00006383
GARD00006388
GARD00006409
GARD00006412
GARD00007078
GARD00007440
GARD00007680
GARD00008349
GARD00008368
GARD00008399
GARD00008514
GARD00008517
GARD00008524
GARD00008562
GARD00008568
GARD00008571
GARD00008574
GARD00008727
GARD00008729
GARD00008731

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 5

**EXHIBIT A**

GARD00008733
GARD00008736
GARD00008774
GARD00008792
GARD00008794
GARD00008804
GARD00008806
GARD00008806
GARD00008809
GARD00008840
GARD00008882
GARD00008951
GARD00008955
GARD00008977
GARD00008981
GARD00008990
GARD00008998
GARD00009014
GARD00009021
GARD00009028
GARD00009035
GARD00009043
GARD00009067
GARD00009085
GARD00009104
GARD00009133
GARD00009169
GARD00009192
GARD00009220
GARD00009238
GARD00009240
GARD00009321
GARD00009357
GARD00009403
GARD00009407
GARD00009409
GARD00009427
GARD00009430

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 6

**EXHIBIT A**

GARD00010300
GARD00010392
GARD00010432
GARD00010961
GARD00011210
GARD00011212
GARD00011214
GARD00012085
GARD00012118
GARD00012128
GARD00012199
GARD00012206
GARD00012209
GARD00012251
GARD00012254
GARD00012257
GARD00012390
GARD00012412
GARD00012447
GARD00012456
GARD00012476
GARD00012478
GARD00012481
GARD00012510
GARD00012553
GARD00012621
GARD00012623
GARD00012625
GARD00012642
GARD00012646
GARD00012650
GARD00012663
GARD00012684
GARD00012691
GARD00012698
GARD00012705
GARD00012713
GARD00012728

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 7

## EXHIBIT A

GARD00012742
GARD00012758
GARD00012831
GARD00012869
GARD00012927
GARD00012971
GARD00012989
GARD00013070
GARD00013072
GARD00013103
GARD00013132
GARD00013136
GARD00013153
GARD00013157
GARD00013172
GARD00013176
GARD00013592
GARD00013725
GARD00013727
GARD00013730
GARD00013735
GARD00013738
GARD00013777
GARD00013812
GARD00013830
GARD00013832
GARD00013835
GARD00013863
GARD00013895
GARD00013929
GARD00013931
GARD00013933
GARD00013943
GARD00013947
GARD00013951
GARD00013964
GARD00013980
GARD00013987

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 8

## EXHIBIT A

GARD00013994
GARD00014001
GARD00014009
GARD00014030
GARD00014042
GARD00014093
GARD00014116
GARD00014146
GARD00014169
GARD00014237
GARD00014943
GARD00015076
GARD00015078
GARD00015081
GARD00015086
GARD00015089
GARD00015128
GARD00015172
GARD00015190
GARD00015192
GARD00015195
GARD00015224
GARD00015261
GARD00015300
GARD00015302
GARD00015304
GARD00015317
GARD00015321
GARD00015325
GARD00015338
GARD00015354
GARD00015361
GARD00015368
GARD00015375
GARD00015383
GARD00015405
GARD00015417
GARD00015475

138608229.1
Perkins Coie LLP

Mr. Greg Scott
February 22, 2018
Page 9

## EXHIBIT A

GARD00015502
GARD00015532
GARD00015556
GARD00015628

138608229.1
Perkins Coie LLP