IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MARION

```
                                   )
FAMILYCARE, INC., an Oregon        )
non-profit corporation,            )
                                   )
                Plaintiff,         )
                                   )  No. 17CV09226
                vs.                )
                                   )
OREGON HEALTH AUTHORITY, an        )
agency of the State of             )
Oregon,                            )
                                   )
                Defendant.         )
```

VIDEOTAPED DEPOSITION OF

PATRICK McCORMICK

Taken in behalf of Defendant

\* \* \*

January 23, 2018

1211 S.W. Fifth Avenue, Suite 3000

Portland, Oregon 97204

Teresa L. Dunn, CSR, CCR, RPR

Court Reporter

APPEARANCES:

For the Plaintiff:

MR. THOMAS R. JOHNSON
MS. ALLETTA BRENNER
Perkins Coie, LLP
Tenth Floor
1120 N.W. Couch Street
Portland, OR 97209
503-727-2076
trjohnson@perkinscoie.com
abrenner@perkinscoie.com

For the Defendant:

MS. LAURA SALERNO OWENS
MS. ANNA M. JOYCE
Special Assistant Attorneys General
Markowitz Herbold Glade & Mehlhaf, P.C.
Suite 3000
1211 S.W. Fifth Avenue
Portland, OR 97204
503-295-3085
laurasalerno@markowitzherbold.com
annajoyce@markowitzherbold.com

Also Present:
Carrie McIntyre
Dashun Montgomery, Videographer
Julian Ivory, Videographer

engagement of AM:PM?

A.   It was related to the fact that we had been engaged by FamilyCare.  And I characterized the nature of the engagement and talked about its relatively brief length.  So that was it.

Q.   And how did you characterize the nature of the engagement?

A.   We were retained in the early part of 2016.  I had been contacted over the holidays by two friends, Scott Gallant and his wife Karen Mainzer, who are lobbyists -- who had been engaged as lobbyists for FamilyCare.

They asked my availability to work on communications-related support for FamilyCare particularly focusing on going into the upcoming short legislative session in Salem.  And I told them I didn't have any conflicts.

He was asking if we had other clients in that space at that time.  And we arranged a meeting for me to sit down with Cindy Becker and talk with her about potentially providing support to the work she was doing.

She was a relatively recent hire, too.  And she had the overall responsibility for communications.  They were looking for

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 9 - Simpson Decl.
Page 3 of 8

Patrick McCormick, 1/23/2018                FamilyCare, Inc. v. Oregon Health Authority

24

And they asked me to be involved in helping tinker, edit the language of what they were saying and to give them counsel about their relationships with news media and the market, a much different situation today than it used to be in terms of the healthcare market because there are fewer reporters that cover healthcare.

So that was -- it was just kind of like one of a number of things that I might have been editing on their behalf to help them be more consistent in their communications, upgrade their communication.

Q.   You mentioned that there are fewer reporters in the healthcare market today.

Tell me more about that.

A.   Well, it used to be that news organizations had deeper benches.  The economics of the news industry has changed substantially.

Organizations like The Oregonian used to have reporters whose specialty was covering healthcare.  They might spend years on that beat and really understand it and know what's going on.

In recent years with the cutbacks in newsrooms there are fewer people that have that

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 9 - Simpson Decl.
Page 4 of 8

62

MR. JOHNSON:  So in general we have learned that everything is possible in the last year in this country.

So is your question whether things are possible?

MS. SALERNO OWENS:  No, that's not my question.

MR. JOHNSON:  Okay.

Q.   (By Ms. Salerno Owens) Okay.  How many principals or other owners of AM:PM are there?

A.   One.

Q.   Are you the only principal?

A.   One other, sorry, Allison McCormick. She is the AM of the AM:PM.

Q.   So there are two principals?

A.   Two.

Q.   You and Allison?

A.   Uh-huh.

Q.   And does AM:PM just have one business office?

A.   Yes.

Q.   Is that the address you provided at the beginning of this deposition?

A.   Yes.

Q.   In your line of work in public relations

74

litigation.  That's another litigation or all litigation, right?

MS. SALERNO OWENS:  Well, we defined the term litigation at the beginning of this deposition as any lawsuit that FamilyCare has brought against OHA.

MR. JOHNSON:  And you understand why I think that's misleading, right?

MS. SALERNO OWENS:  I understand that you have a concern with that definition.

MR. JOHNSON:  Okay.  Thank you.

Q.   (By Ms. Salerno Owens) So my question is have you drafted any op-eds for FamilyCare in this litigation?

A.   I don't believe so.  I don't recall that I did any in this case, but I don't recall having drafted anything related to litigation.

Q.   Do -- in your work in public relations do you send targeted press releases?

A.   What do you mean by targeted press releases?

Q.   I mean do you draft a press release and then send it to specific people in the media?

A.   Yeah.  That's the only way we do it anymore.  There's no point in doing blanket news

Ex. 9 - Simpson Decl.
Page 6 of 8

conversations that you had with FamilyCare staff?

A.   None.  I mean, it is typically our practice when we end an engagement that the things that we have stored electronically we keep obviously electronically.  Things that we have accumulated in file folders usually get dumped.

Q.   And the notes that you accumulated that got dumped, were these notes that were created during the litigation between FamilyCare and OHA?

A.   Contemporaneously, but not related.

Q.   What do you mean by contemporaneously, but not related?

A.   Well, it was during that period of time when litigation was going on, but I wasn't making notes on the litigation.

Our principal involvement it wasn't with the litigation other than to the extent that we were trying to ensure the communications they were creating that related to the litigation reflected the messaging that we were talking about creating for the communications plan.

Q.   And did anyone from FamilyCare advise

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 9 - Simpson Decl.
Page 7 of 8

191

C E R T I F I C A T E

I, Teresa L. Dunn, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, PATRICK McCORMICK personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 191, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 29th day of January, 2018.

_____
TERESA L. DUNN
Certified Shorthand Reporter
Certificate No. 00-0367
Commission Expires:  6/30/20

Ex. 9 - Simpson Decl.
Page 8 of 8