# PAC/WEST

THIS MEMORANDUM OF UNDERSTANDING is made as of the 19th day of January, by and between FamilyCare, Incorporated (hereinafter "Client") and PT3, Inc., an Oregon corporation, d/b/a Pac/West Communications (hereinafter "Pac/West").

CLIENT is in need of assistance in public affairs and public relations assistance and related professional communications and corporate positioning services.

PAC/WEST is engaged in the specialty of strategic communications, marketing, public relations and public affairs services, and will support the interests of the Client in this area of expertise. Pac/West shall hold in strict confidence any information received from the Client or its agents and use this information only in connection with the services provided under this memorandum.

NOW, THEREFORE, the Client and Pac/West hereby agree as follows:

1. This memorandum of understanding shall be effective as of January 25, 2010 and will continue until such time as Client provides Pac/West with a notice of termination. It is understood and agreed to by the parties that in the event the Client desires to terminate the services of Consultant, Client shall notify Consultant in writing a minimum of thirty (30) days prior to the effective date of termination of such services.

2. In consideration for the services to be performed by Pac/West, the Client agrees to pay Pac/West a monthly retainer of $13,500 for professional services rendered by Pac/West from February 2010 through January 2011 as outlined in the scope of work attached. Marketing services, research needs, event activities and other services will be conducted and billing approved by the client in advance. In addition, the Client will reimburse Pac/West for reasonable out-of-pocket expenses incurred by Pac/West in connection with this memorandum, including printing, postage, travel, business meals, telephone calls, messenger services, and other customary expenses within the scope of work.

3. The Client agrees to comply with all reasonable requests of Pac/West necessary for Pac/West to assist the Client. In this regard, Pac/West shall operate as an independent contractor and shall not be treated as an employee of the Client for federal, state, or local tax purposes, or for any other purposes.

4. The parties hereby warrant that the persons executing this memorandum of understanding are authorized to execute this memorandum and are authorized to obligate the respective parties to perform under this memorandum.

IN WITNESS WHEREOF, the parties hereto execute this memorandum.

PAC/WEST COMMUNICATIONS

By: _____     Date: 2/25/11
    Paul Phillips, President

FAMILYCARE, INC.

By: _____ coo    Date: 2/25/11
    Ronald preston, coo

600 SW St. Helens Dr., Suite 100
Wilsonville, OR 97070

503.685.9400
fax: 503.685.9405

pacwestcom.com

PacWest00000441