**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Patrick
Allen and Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>               Plaintiff,<br><br>    v.<br><br>FAMILYCARE, INC., an Oregon no-profit corporation,<br><br>               Defendant. | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO(Trailing)<br><br>**SECOND DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FAMILYCARE, INC.** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>               Defendant. | |

1 -    SECOND DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF
       OREGON HEALTH AUTHORITY'S MOTION TO COMPEL
       PRODUCTION OF DOCUMENTS FROM FAMILYCARE, INC.

I, Brittany M. Simpson, declare:

1.    I am an attorney at Markowitz Herbold PC, the firm representing Oregon Health Authority ("OHA") in the above referenced matter.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1. | October 12, 2017 Email from Kevin Clancy to Chelsea Guest (**Filed under seal**) |
| 2. | January 26, 2016 Spreadsheet re projections (**Filed under seal**) |
| 3. | March 21, 2016 FamilyCare, Inc. Press Release |
| 4. | June 8, 2017 Defendant's First Request for Production to Plaintiff |
| 5. | November 3, 2017 Defendant's Third Request for Production to Plaintiff |
| 6. | December 1, 2017 Plaintiff's Response to Defendant's Third Request for Production |
| 7. | January 5, 2018 Excerpt from FamilyCare, Inc.'s Privilege Log (**Filed under seal**) |
| 8. | February 8, 2018 Email from Richard DeMarco to Brittany Simpson |
| 9. | November 10, 2016 Email from Jack Coleman to Karen Mainzer and Scott Gallant with attached spreadsheet |
| 10. | March 23, 2016 FamilyCare, Inc. Frequently Asked Questions |
| 11. | March 21, 2016 Letter from Jeremy Sacks to Oregon Department of Justice |
| 12. | March 24, 2016 Letter from Jeremy Sacks to Oregon Department of Justice |
| 13. | January 6, 2016 Spreadsheet re Vendors for Research (**Filed under seal**) |
| 14. | August 4, 2017 Email from Artur Suchorzewski to Jeff Manning |

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 12th day of March, 2018.

*/s/ Brittany M. Simpson*

_____
Brittany M. Simpson, OSB #165326

**2 -    SECOND DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FAMILYCARE, INC.**