REDACTED

**From:** <richard.j.demarco@us.pwc.com>
**Date:** February 8, 2018 at 1:58:11 PM PST
**To:** "Brittany M. Simpson" <brittanysimpson@markowitzherbold.com>
**Subject: Re: FamilyCare v. Oregon Health Authority**


Brittany -

Mr. Clancy's email dated October 12, 2017 merely identifies, for conflicts purposes, vendors with whom FamilyCare has had relationships, including PwC and others.  Nothing in that email indicates that FamilyCare had retained PwC to assist on projects not related to litigation.

Any work that PwC has performed for FamilyCare since January 1, 2015 has been as an expert pursuant to engagement by counsel in connection with litigation and is therefore not discoverable under the Oregon Rules of Civil Procedure.  PwC's retention was also on a privileged basis, but because information relating to PwC's services is not discoverable in the first instance, there is no issue of waiver, and there is no basis for a privilege log.

If you would like to discuss these issues further, please contact FamilyCare's counsel at Perkins Coie.


Rich

Richard J. DeMarco, Jr.
Office of the General Counsel
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, New York 10017
Telephone:  646-471-1126
Facsimile:  813-282-6298
E-mail:  richard.j.demarco@us.pwc.com



| | |
|---|---|
| From: | "Brittany M. Simpson" <brittanysimpson@markowitzherbold.com> |
| To: | Richard J DeMarco/US/OGC/PwC@Americas-US |
| Cc: | Harry Wilson <harrywilson@markowitzherbold.com> |
| Date: | 02/02/2018 05:37 PM |
| Subject: | FamilyCare v. Oregon Health Authority |

Richard,

I write to respond to your letter of January 23, 2018 regarding the subpoena that the Oregon Health Authority served on PricewaterhouseCoopers LLP. According to documents we have received from FamilyCare, FamilyCare previously retained Pricewaterhouse to assist it on certain projects not related to litigation. For instance, on October 12, 2017, Kevin Clancy, FamilyCare's Vice President of Finance, wrote that FamilyCare has an existing relationship with vendor Pricewaterhouse. A copy of Mr. Clancy's email is attached for your review. Thus, we believe that Pricewaterhouse was also hired by FamilyCare to perform actuarial services unrelated to the litigation. Any documents related to FamilyCare's hiring of Pricewaterhouse unrelated to litigation must immediately be produced.

Moreover, even if Pricewaterhouse was hired by FamilyCare's attorney, FamilyCare has waived its right to assert privilege to certain documents. FamilyCare issued press releases stating that it had received information from Pricewaterhouse that its proposal regarding rates "'is consistent with the approved rate ranges' as required by CMS's February 24, 2016 letter to OHA." A copy of the press release is attached. Because FamilyCare released this statement to the general public, it has waived privilege regarding the information that Pricewaterhouse provided regarding its proposed rates. Accordingly, any documents related to Pricewaterhouse's analysis of FamilyCare's proposed rates must be produced. Additionally, in order for us to fully evaluate Pricewaterhouse claims of privilege, a privilege log must be provided to us.

The court has set a February 15 discovery deadline in this matter. As such, all documents and the privilege log must be produced to us prior to February 15. If we do not receive responsive documents and a privilege log before February 15, we will file a motion to compel. We are available to confer with you regarding the subpoena next week. Let us know your availability for a conferral call.

Best,

**Brittany M. Simpson** | Lawyer
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR 97204-3730
**T** (503) 295-3085 | Web

**CONFIDENTIALITY NOTICE:** The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

[attachment "FCI0199823_FCI004.pdf" deleted by Richard J DeMarco/US/OGC/PwC] [attachment "FCI0001210_FCI001.pdf" deleted by Richard J DeMarco/US/OGC/PwC]

---

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other

than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.