**From:** Jack Coleman
**To:** Karen Mainzer; Scott Gallant
**Sent:** 11/10/2016 11:29:06 AM
**Subject:** RE: FC ~ Jack Coleman
**Attachments:** Tactics and Considerations 110416.xlsx

Hello team Gallant,

I've updated the status tracker doc and attached it here. Take a look and let me know if I missed anything from yesterday or if there are additional notes or comments and then I'll send it around to the entire group.

Thanks,
Jack

**Jack Coleman**
Director, Communications
825 NE Multnomah St., Suite 1400, Portland, OR 97232
Direct: 503-734-3109 | Cell: 503-313-1943 | Fax: 503-734-3159
Facebook | Twitter | App



**From:** Karen Mainzer [mailto:kmainzer@comcast.net]
**Sent:** Wednesday, November 9, 2016 1:21 PM
**To:** Scott Gallant <gallant4681@comcast.net>; Jack Coleman <JackC@familycareinc.org>
**Subject:** FC ~ Jack Coleman

**Karen Mainzer**
Gallant Policy Advisors
2972 Inland Dr., S
Salem, OR  97302

www.gallantpolicyadvisors.com
c: 503.910.8872
Scott c: 503.780.2522



FCI0005189

Ex. 9 - 2nd Simpson Decl.
Page 1 of 2

**DRAFT & CONFIDENTIAL - Updated 11/10/2016**

| Government Affairs | Item or Action | Notes | Status | Who? | Next Step |
|---|---|---|---|---|---|
| | Meeting with CMS | Arrange a meeting with CMS | In Process | Bill | Bill coordinating |
| | Meeting with Sen. Wyden | Set meeting with Sen. Wyden to ask him to talk to CMS | In Process | Gallant | |
| | Meeting with Rep Walden | Set meeting with Rep. Walden to ask him to support FamilyCare position and sign onto the bill referenced by Bill | In Process | Gallant | |
| | Meeting with DOJ | Try to meet with Ted Faulk, if possible | | Jeff, Bill | |
| | Public Records Requests | Public Records Requests filed/refiled as needed | In Process | Jeff, Bill, Legal | |
| | Oregon Statute and Global Budgets - Floor statements | Look/research for floor statements from 2009 on global budgets | | Jeff, Bill? | |
| | Oregon Statute and Global Budgets - LC opinion | Ask legislator to ask for Legislative Counsel opinion<br>a. Meeting with Ted Falk will likely influence whether we pursue this option<br>b. Legal counsel may need to draft Questions | Under Consideration | Jeff, Bill | Meet with Ted Faulk |
| | December committee days | Consider arranging meetings during December committee days. Suggested by Gallant | Under Consideration | | |
| | Meeting with Rep. Schrader | Jeff met with Rep Schrader week of 11/1 | Complete | Jeff | |

| Collateral & Documents | Item or Action | Notes | Status | Who? | Next Step |
|---|---|---|---|---|---|
| | Investing in Primary Care | On the benefits of investing in primary care and the basic premise of being to provide better preventative and early care to decrease more costly care later which reduces overall health care costs. | In Process | Jack, Jeff, Bill | Jack drafting |
| | Rate Comparison | Will be based on the Milliman analysis. Determine how best to highlight key rate inequities in a one page format. | Pending | | Milliman analysis |
| | Key Message Document | Talking points related to the rate issue and FamilyCare's position have been drafted and will be updated as needed. | Drafted | Jack, Jeff, Bill | This is a iving document |
| | OHP Backgrounder | Focus on OHP core principles and successes, emphasizing key tenets of OHP that are under attack, such as transparency and a public process for responsibly allocating taxpayer money toward health care. | Drafted | Jack, Jeff, Bill | TBD |
| | CCO Backgrounder | Focus on accomplishments of the CCOs as well as the intent and outcomes of the global budget. | Drafted | Jack, Jeff, Bill | TBD |
| | Important Documents | a. Price Waterhouse Cooper's independent analysis of proposed rates<br>b. Family Care MOU with CMS<br>c. Compare PWC analysis with Milliman analysis | ? | | TBD |

| Public Relations | Item or Action | Notes | Status | Who? | Next Step |
|---|---|---|---|---|---|
| | Media P2ORT Tours | Encourage positive media coverage that highlights FC's innovative approach to service | In Process | Jack | Confirm time with PBJ, Pitch The Scribe |
| | Op-Ed Campaign | Identify third-party local experts to serve author Op-Ed(s) focusing on issues with the OHA process. Target The Oregonian, Statesman Journal, and, potentially, other papers around the state w/ local authors. | Under Consideration | | TBD |
| | Editorial Board Meetings | Consider meeting with Editorial Boards at The Oregonian and/or Statesman Journal to present the issue, with a goal of a supportive editorial. | Under Consideration | | TBD |
| | Letter Campaign | Generate letters to OHA in support of FamilyCare Health's position. | Under Consideration | | TBD |
| | Background meeting with The Oregonian | Met on background with Jeff Manning to provide information that could inform a future story about the issue. Steve English providing additional background info. | Complete | Jeff, Jack, Bill, Steve English | TBD |

Ex. 9 - 2nd Simpson Decl.
Page 2 of 2