

## FAMILYCARE HEALTH DISPUTE WITH THE OREGON HEALTH AUTHORITY (OHA) –
## FREQUENTLY ASKED QUESTIONS

### What are the basic issues at hand?

There are two issues: 1) the methodology used by the OHA to set the reimbursement rates paid to the Coordinated Care Organizations (CCOs) for services provided to Oregon Health Plan members; and 2) the unfair treatment of FamilyCare in the process.

### How was FamilyCare treated differently?

The state developed 2015 and 2016 rates based on costs, but costs were not counted the same for all CCOs.  Unlike several of the CCO's, FamilyCare, a not-for-profit corporation, is a single corporate entity, with no subsidiaries or sub-contractors. As a result, all of FamilyCare's revenues and costs are itemized on a single balance sheet, and are not passed through to subsidiaries and sub-contractors (related entities). OHA's rate methodology only calculates the profits of the CCO contractor. Profits that are passed through to related entities (i.e. sub-contractors, partners, risk accepting entities) are treated as costs, thereby inflating their premium structure and negatively impacting FamilyCare's premium structure. It is estimated that approximately $400 million in CCO profits were actually counted as costs in 2014.

### Why did FamilyCare file a lawsuit?

FamilyCare filed a lawsuit in May, 2015 after months of attempts to engage OHA in a dialog about the 2015 rate setting process, resulting in a 9% decrease of FamilyCare's rates as compared to 2014.  This was greater than any other plan. It is important to note that CMS had similar concerns which were transmitted in a list of 100+ questions to OHA in March, 2015.

### Why was FamilyCare asked to pay back money?

OHA decided to redo the rate setting process in the summer of 2015 and apply the new rates retroactively (claw back) to January, 2015. The rates were recalculated using a regional rate range versus the traditional individual rate plan methodology, with OHA making the final decision on where CCOs rates fell within the regional range.

OHA issued a contract amendment in September requiring CCOs to pay back funds if their new rates were lower than their original 2015 rates.  The new rates reduced FamilyCare's reimbursement by another 11% for a total reduction of 19.2% compared to 2014 rates.

### Why didn't FamilyCare sign the contract amendment?

Oregon law requires CCO premium rates to be established "prospectively." An opinion by Oregon Legislative Council affirmed OHA's lack of authority to retroactively apply revised rates and claw back overpayments based on those rates. Additionally, there were no requirements from CMS to retroactively apply the revised rates.

Health Happens Here

825 NE Multnomah St., Suite 1400, Portland, OR 97232 | P: 503-222-2880 F: 503-345-5720 | www.familycareinc.org

FCI0014991



## Why does FamilyCare bring up transparency concerns?

OHA has consistently not responded to and refused requests made by FamilyCare and its attorneys for information:

- OHA claimed information that was previously publically available is now proprietary.
- OHA asked CCO's to "vote" on what they wanted to release in response to FamilyCare's request.
- OHA has outstanding Freedom of Information requests from FamilyCare that date back to January 2015.

All of these requests relate to data included in the rate calculations for 2015 and how pass-through profits to related entities were treated in the process.

## What about all the meetings OHA had with CCOs to develop the rates?

Several meetings does not equate to transparency or collaboration. FamilyCare has participated in meetings, raising concerns and requesting information. OHA failed to respond. Concerns expressed by FamilyCare, still unanswered, relate to inconsistency in OHA reporting requirements, incomplete data validation and fair treatment of related party transactions.

## What about Mediation?

FamilyCare entered into mediation with OHA in late 2015; OHA terminated mediation on March 14, 2016 and demanded FamilyCare sign their settlement proposal without modification. Three days later, OHA delivered a revised demand letter to FamilyCare. Subsequent counter-proposals have been offered by both parties.

## What is FamilyCare's current proposal?

FamilyCare's new proposal, offered on Monday March 21, would require FamilyCare to repay OHA $47.3 million for 2015 and its rates for 2015 and 2016 would be increased for the ACA population. This increase would be fully funded by the federal government and have *no impact* on the State general fund. (What's the total amount FC would receive?)

Contrary to OHA's statements that FamilyCare's prior proposal is inconsistent with CMS-approved rates, FamilyCare received confirmation from PricewaterhouseCoopers that the proposal is "consistent with the approved rate ranges" as required by CMS's February 24, 2016 letter to OHA. As such, FamilyCare's prior proposal would have allowed OHA to avoid a loss of over $500 million in matching federal funds.

The same is true of FamilyCare's current proposal. It proposes rates within the CMS-approved rate ranges and would allow OHA to obtain full federal funding to avoid the projected $500 million loss. Additionally, the current proposal employs the exact same rate methodology adopted by OHA.

825 NE Multnomah St., Suite 1400, Portland, OR 97232 | P: 503-222-2880 F: 503-345-5720 | www.familycareinc.org

FCI0014992



Under the current 2016 OHA rates, FamilyCare expects to incur a loss of $31.6 million.  The expected 2016 loss has been confirmed by Milliman, an independent actuarial firm. To FamilyCare's knowledge, no other CCO is projecting a loss for 2016, based on their OHA rates.

Correcting the Record on OHA Statements

1.  *FamilyCare is asking to be treated differently than other CCO's.* Contrary to OHA's statements, FamilyCare filed the lawsuit last year claiming that OHA was treating it differently in its rate setting process.  Most recently, OHA's new proposal from March 22, acknowledges that the 2015 and 2016 reimbursement rates for FamilyCare were calculated using a flawed methodology.

2.  *FamilyCare's proposals are inconsistent with CMS approved 2015 and 2016 rate methodologies.* Contrary to OHA's statements that FamilyCare's proposals are inconsistent with CMS-approved rates, FamilyCare received confirmation from PricewaterhouseCoopers that FamilyCare's proposals are "consistent with the approved rate ranges" as required by CMS's February 24, 2016 letter to OHA. As such, FamilyCare's proposals allow OHA to avoid a loss of over $500 million in matching federal funds.  OHA's current proposal agrees to accept FamilyCare's suggested revisions to the 2015 rates, however the new proposal does not include a revision to the 2016 rates.  OHA has previously indicated the rate methodology must be consistent for both years.

3.  *CMS required OHA to redo the rate setting process for 2015.* Contrary to OHA's statements, CMS never rejected the original 2015 rates submitted by OHA, they only submitted a lengthy list of questions.  OHA made the decision to completely redo the rates and apply them retroactively.

4.  *FamilyCare does not have a valid 2015 or 2016 contract in place.* Contrary to OHA's statements, FamilyCare has contracts for 2015 and 2016, both of which have been signed by OHA and FamilyCare.  OHA drafted the language for both contracts.

5.  *FamilyCare's settlement proposals cannot be funded through federal dollars.* Our settlement proposals are revisions to the rates within the CMS approved rate ranges and will be at no cost to the state. OHA has proposed a lump sum payment from the state general fund. FamilyCare is requesting a rate revision, consistent with the OHA rate methodology, not a lump sum payment.

6.  *FamilyCare had a chance to review their rates with OHA.*  Contrary to OHA's statements, FamilyCare attended meetings, however, information requested was not distributed, nor released.  This information was critical for FamilyCare to adequately understand how OHA was developing the rates.  Without this information, FamilyCare could not raise informed questions or challenges to the process.

Health Happens Here

825 NE Multnomah St., Suite 1400,  Portland, OR 97232  |  P: 503-222-2880 F: 503-345-5720  |  www.familycareinc.org

FCI0014993



7.    *The 2015 and 2016 rates are actuarially sound <u>for FamilyCare</u>*. The actuarial opinion certified by Optumas states clearly that the <u>rate ranges</u> for each region are actuarially sound, <u>but the rates for each CCO may not be actuarially sound</u>. Rates cannot be sound if they produce a prospective deficit. Under the current 2016 OHA rates, Milliman, an independent actuarial firm, predicts that FamilyCare will incur a loss of $31.6 million in 2016. To FamilyCare's knowledge, no other CCO is projecting a loss for 2016, based on their OHA rates.  Prior to 2015, rates were developed and certified as actuarially sound for each CCO at the individual level.  In the development of the 2015 rates, OHA and Optumas, changed the process to only certify rates as actuarially sound at the regional, versus CCO level.  It's unclear why the process was changed in this manner.



825 NE Multnomah St., Suite 1400,  Portland, OR 97232  |  P: 503-222-2880 F: 503-345-5720  |  www.familycareinc.org

FCI0014994