**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tele: (503) 295-3085
Fax: (503) 323-9105

    Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading) Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | |
| v. | **OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| FAMILYCARE, INC., an Oregon no-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |
| v. | |
| OREGON HEALTH AUTHORITY, an | |

**PAGE 1 - OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,

Defendant.

### L.R. 7-1 COMPLIANCE

The undersigned counsel for Oregon Health Authority ("OHA") has conferred with counsel for FamilyCare, Inc. ("FamilyCare") and FamilyCare does not oppose this motion to file under seal.

### MOTION

Pursuant to the protective order issued in this case, Oregon Health Authority moves this Court for an order permitting the following documents, which contain information FamilyCare or a third party designated as "confidential," to be filed under seal:

- Dkt. #14 (Case No. 6:18-00296-MO) and Dkt. #17 (Case No. 3:18-00212-MO) – OHA's Motion to Compel Production of Documents from FamilyCare, Inc.

- Dkt. #15-1 (Case No. 6:18-00296-MO) and Dkt. #18-1 (Case No. 3:18-00212-MO) – Exhibit 1 to Declaration of Brittany M. Simpson

- Dkt. #15-6 (Case No. 6:18-00296-MO) and Dkt. #18-6 (Case No. 3:18-00212-MO) – Exhibit 6 to Declaration of Brittany M. Simpson

- Dkt. #15-11 (Case No. 6:18-00296-MO) and Dkt. #18-11 (Case No. 3:18-00212-MO) – Exhibit 11 to Declaration of Brittany M. Simpson

- Dkt. #16 (Case No. 6:18-00296-MO) and Dkt. #19 (Case No. 3:18-00212-MO) – OHA's Motion to Compel Production of Documents from FamilyCare, Inc.

- Dkt. #17-1 (Case No. 6:18-00296-MO) and Dkt. #20-1 (Case No. 3:18-00212-MO) – Exhibit 1 to Second Declaration of Brittany M. Simpson

- Dkt. #17-2 (Case No. 6:18-00296-MO) and Dkt. #20-2 (Case No. 3:18-00212-MO) – Exhibit 2 to Second Declaration of Brittany M. Simpson

**PAGE 2 - OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

- Dkt. #17-7 (Case No. 6:18-00296-MO) and Dkt. #20-7 (Case No. 3:18-00212-MO) – Exhibit 7 to Second Declaration of Brittany M. Simpson

- Dkt. #17-13 (Case No. 6:18-00296-MO) and Dkt. #20-13 (Case No. 3:18-00212-MO) – Exhibit 13 to Second Declaration of Brittany M. Simpson

This request is made pursuant to the Protective Order in this case, which was signed on November 1, 2017.  This order allows for the sealing of documents if a party designates those documents as confidential.

DATED this 14th day of March, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    */s/ Matthew A. Levin*

David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com
*Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

**PAGE 3 - OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**