**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading) Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **ORDER GRANTING OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| FAMILYCARE, INC., an Oregon no-profit corporation, | |
| Defendant. | **Pursuant to L.R. 3-8(c)** |

FAMILYCARE, INC., an Oregon non-profit corporation,

Plaintiff,

v.

**1 – ORDER GRANTING OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

                              Defendant.

Oregon Health Authority's unopposed motion for leave to file documents under seal is

hereby granted, and it is ordered that:

The clerk is instructed to file the following documents under seal:

- Dkt. #14 (Case No. 6:18-00296-MO) and Dkt. #17 (Case No. 3:18-00212-MO) – OHA's Motion to Compel Production of Documents from FamilyCare, Inc.

- Dkt. #15-1 (Case No. 6:18-00296-MO) and Dkt. #18-1 (Case No. 3:18-00212-MO) – Exhibit 1 to Declaration of Brittany M. Simpson

- Dkt. #15-6 (Case No. 6:18-00296-MO) and Dkt. #18-6 (Case No. 3:18-00212-MO) – Exhibit 6 to Declaration of Brittany M. Simpson

- Dkt. #15-11 (Case No. 6:18-00296-MO) and Dkt. #18-11 (Case No. 3:18-00212-MO) – Exhibit 11 to Declaration of Brittany M. Simpson

- Dkt. #16 (Case No. 6:18-00296-MO) and Dkt. #19 (Case No. 3:18-00212-MO) – OHA's Motion to Compel Production of Documents from FamilyCare, Inc.

- Dkt. #17-1 (Case No. 6:18-00296-MO) and Dkt. #20-1 (Case No. 3:18-00212-MO) – Exhibit 1 to Second Declaration of Brittany M. Simpson

- Dkt. #17-2 (Case No. 6:18-00296-MO) and Dkt. #20-2 (Case No. 3:18-00212-MO) – Exhibit 2 to Second Declaration of Brittany M. Simpson

- Dkt. #17-7 (Case No. 6:18-00296-MO) and Dkt. #20-7 (Case No. 3:18-00212-MO)  – Exhibit 7 to Second Declaration of Brittany M. Simpson

- Dkt. #17-13 (Case No. 6:18-00296-MO) and Dkt. #20-13 (Case No. 3:18-00212-MO) – Exhibit 13 to Second Declaration of Brittany M. Simpson

Although those documents are to be excluded from the public case file, the clerk need not

exclude the names of the documents from the electronic docket.  The following people are

**2 – ORDER GRANTING OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION
   FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

allowed to review, inspect and photocopy the sealed documents noted above: Oregon Health Authority's authorized representatives including counsel of record, FamilyCare's authorized representatives including counsel of record, Patrick Allen's authorized representatives including counsel of record, the court, and its staff.

Dated this 15th day of March 2018.

*/s/Michael W. Mosman*

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

*/s/ Matthew A. Levin*

_____
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Markowitz Herbold PC
Suite 3000 Pacwest Center
1211 SW Fifth Ave.
Portland, Or  97204
Tel:  (503) 295-3085
Fax:  (503) 323-9105
  *Special Assistant Attorney General for Oregon Health
  Authority, an agency of the State of Oregon, and Patrick
  Allen, both individually and in his official capacity as
  director of the Oregon Health Authority*

**3 – ORDER GRANTING OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION
    FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**