**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

    Special Assistant Attorneys General for Patrick Allen
    and Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

Case No. 3:18-cv-00212-MO (Leading)
Case No. 6:18-cv-00296-MO(Trailing)

Plaintiff,

v.

FAMILYCARE, INC., an Oregon non-profit corporation,

Defendant.

**DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTIONS TO DISMISS**

FAMILYCARE, INC., an Oregon non-profit corporation,

Plaintiff,

v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

Defendants.

**1 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTIONS TO DISMISS**

I, Harry B. Wilson, declare:

1.    I am an attorney at Markowitz Herbold PC, the firm representing Patrick Allen and Oregon Health Authority ("OHA") in the above referenced matter.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1. | September 25, 2017 Defendant's Rule 21 Motions Responding to Second Amended Complaint |
| 2. | October 12, 2017 Plaintiff FamilyCare, Inc.'s Opposition to Defendant's Rule 21 Motions Responding to Second Amended Complaint |
| 3. | October 23, 2017 Defendant's Reply re Rule 21 Motions Responding to Second Amended Complaint |
| 4. | March 27, 2017 Letter from CMS |
| 5. | March 2015 Actuarial Standard of Practice No. 49 |

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 15th day of March, 2018.

*/s/ Harry B. Wilson*

Harry B. Wilson, OSB #077214

**2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTIONS TO DISMISS**