9/25/2017 5:01:25 PM
17CV09226

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 17CV09226<br>Honorable Sean E. Armstrong |
| Plaintiff, | DEFENDANT'S RULE 21 MOTIONS RESPONDING TO SECOND AMENDED COMPLAINT |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ORAL ARGUMENT REQUESTED |
| Defendant. | **ORS 20.140 - State fees deferred at filing** |

**UTCR STATEMENT**

Pursuant to UTCR 5.050, Defendant Oregon Health Authority (OHA) requests oral argument and estimates 90 minutes are necessary.  Court reporting services are requested. Pursuant to UTCR 5.010, the parties have conferred by telephone and email regarding these motions, but were unable to resolve the subject of those motions.

**MOTIONS**

Defendant OHA respectfully submits the following Rule 21 motions:

1.    ORCP 21 A(8) motion to dismiss the claim for breach of the implied covenant of good faith and fair dealing of the Settlement Agreement (fifth claim) for failure to state a claim upon which that relief may be granted.

2.    ORCP 21 A(8) motion to dismiss the claim for breach of the Dispute Resolution Agreement (sixth claim) for failure to state a claim upon which that relief may be granted.

3.    ORCP 21 A(8) motion to dismiss the claim for breach of the implied covenant of good faith and fair dealing of the Dispute Resolution Agreement (seventh claim) for failure to state a claim upon which that relief may be granted.

4.    ORCP 21 A(8) motion to dismiss the claim for intentional interference with business relations (eighth claim) for failure to state a claim upon which that relief may be granted.

5.    To the extent that the Court denies the motion to dismiss the claim for intentional interference with business relations (eighth claim), an alternative motion for a more definite statement of that claim pursuant to ORCP 21 D.

## POINTS AND AUTHORITIES

## I.    INTRODUCTION

The second amended complaint alleges three new claims relating to an agreement executed by counsel for the parties on December 30, 2016 (the Dispute Resolution Agreement). The Dispute Resolution Agreement set forth a protocol for the parties to engage in discussions regarding FamilyCare's then-threatened lawsuit against OHA for breach of the parties' 2016 settlement agreement (the Settlement Agreement) in setting FamilyCare's 2017 rates. The second amended complaint also alleges a new claim regarding the Settlement Agreement. The four new claims allege as follows:

- The fifth claim for relief alleges that OHA breached the implied covenant of good faith and fair dealing in the Settlement Agreement "by cutting FamilyCare's 2017 rates in a manner that violated FamilyCare's reasonable contractual expectations." Sec. Am. Compl. ¶ 95. The "expectation" Family Care asserts was an implied term in the contract "that OHA would not reduce FamilyCare's rates to recover amounts paid to FamilyCare before the proposed 2017 rates were issued." *Id.* ¶ 94.

- The sixth claim for relief alleges that OHA breached the express terms of the Dispute Resolution Agreement because it "did not act in good faith," and that "OHA's actions demonstrate that it never intended to fulfill its promises and instead duped FamilyCare into executing the Dispute Resolution Agreement and

foregoing litigation while it developed its campaign to smear FamilyCare." Sec. Am. Compl. ¶ 98.

- The seventh claim for relief alleges OHA breached the implied covenant of good faith and fair dealing in the Dispute Resolution Agreement by "not engaging in good faith and by using the dispute resolution process to gather information to use in its smear campaign against FamilyCare." Sec. Am. Compl. ¶ 104. It seeks damages of at least $300,000, for expenses incurred "in connection with the Dispute Resolution Agreement," made "in reliance on the promises OHA made in that agreement." *Id*. ¶¶ 105, 106.

- The eighth claim for relief alleges that OHA intentionally interfered with FamilyCare's business relations by making statements to third parties about FamilyCare's business model, causing it unspecified damages. Sec. Am. Compl. ¶¶ 55, 108-113.

Under basic contract and tort law, the second amended complaint fails to sufficiently plead any of these claims, and so they should be dismissed pursuant to ORCP 21 A(8). First, the intentional interference claim (eighth claim) fails because FamilyCare does not allege any statements that OHA made to third parties that actually interfered with its business relations or that FamilyCare suffered any specified monetary damages as a result.[1] Because FamilyCare does not plead the amount of its alleged damages, this claim also runs afoul of ORCP 18. If the Court does not dismiss this claim, OHA respectfully asks that FamilyCare be required to plead facts regarding actual interference, causation, and damages with more specificity so that OHA may properly defend the claim.

Second, the alleged breach of the express terms of the Dispute Resolution (sixth claim) fails to state a claim because that contract does not prohibit the conduct about which Plaintiff complains.

Finally, the claims alleging breaches of the implied covenant of fair dealing in the Dispute Resolution Agreement and Settlement Agreement (fifth and seventh claims) fail because both contracts contain substantive terms that control, and Plaintiff cannot rely on the implied covenant to redress FamilyCare's (unwarranted) accusations about OHA's alleged motive. The

[1] This tort claim also fails because it is barred by various privileges and immunities, which OHA will address on summary judgment to the extent the claim survives this motion.

obligation of good faith may be implied under the covenant "only if the parties have not agreed to an express term that governs that issue" and the covenant cannot not vary or expand the substantive terms of the bargain.

## II. ARGUMENT

### A. Legal Standards

#### 1. ORCP A(8) Motion to Dismiss for Failure to State Ultimate Facts Sufficient to Constitute a Claim

When analyzing a motion to dismiss under ORCP 21 A(8), the court accepts all well-pleaded allegations in the complaint as true and gives the nonmoving party the benefit of all favorable inferences that may be reasonably drawn from the facts alleged. *Scovill v. City of Astoria*, 324 Or 159, 164 (1996). To survive a motion to dismiss for failure to state facts constituting a claim for relief, a complaint must include an allegation of material fact regarding every element of the claim. *See Suess Builders Co. v. City of Beaverton*, 294 Or 254, 264 (1982). The court may accept as true all well-pleaded factual allegations, but it should ignore legal conclusions. *Huang v. Claussen*, 147 Or App 330, 332, *rev den*, 325 Or 428 (1997).

#### 2. ORCP 21 D Motion to Make More Definite and Certain

ORCP 21 D authorizes this Court to "require the pleading to be made definite and certain by amendment when the allegations of a pleading are so indefinite or uncertain that the precise nature of the charge, defense, or reply is not apparent."

### B. FamilyCare Does Not Sufficiently Allege a Claim for Intentional Interference with Business Relations Because it Does Not Allege Any Improper Interference That Actually Caused Any Specified Monetary Damages

FamilyCare's eighth claim for relief alleges intentional interference with business relations. To state this claim, FamilyCare must plead ultimate facts to establish that: (1) FamilyCare had a business relationship; (2) OHA was not a party to that business relationship; (3) OHA intended to interfere with that business relationship; (4) OHA interfered through

improper means or for an improper purpose; (5) the interference caused harm to the business relationship; and (6) the interference resulted in damages to the plaintiff. *See Nw. Nat. Gas Co. v. Chase Gardens, Inc.*, 328 Or 487, 497−98 (1999); *Mannex Corp. v. Bruns*, 250 Or App 50, 53 (2012).

### 1.      FamilyCare Does Not Allege Any Improper Interference

FamilyCare relies heavily on words in an internal OHA document as the basis for its claim for intentional interference with business relations. But those words were made public only in response to a public records request. Sec. Am. Compl. ¶¶ 46, 55, 109-113. Words in an internal OHA document cannot interfere with FamilyCare's business relationships because they are, by definition, internal statements. And producing the internal document in response to a public records request cannot be improper. At most, the internal document shows that OHA merely *considered* a strategy to defend itself against FamilyCare's repeated attacks against OHA in the press by explaining issues specific to FamilyCare's rate challenges.

The only allegations upon which FamilyCare could rely to properly claim any sort of interference are those in which FamilyCare alleges that OHA in fact included in issued press releases or other statements to third parties. *See* Sec. Am. Compl. ¶ 57. But many of the allegations regarding what FamilyCare alleges OHA communicated to the press are, however, so vague and unclear in both content and dates and are insufficient to make out a claim for intentional interference. *See id.* (alleging, vaguely, that OHA sent "targeted press releases" and "personalized emails" to various publications and journalists, without indicating what those press releases said or how they could harm FamilyCare's business relations).

The only alleged public statements by OHA that are specified in the second amended complaint are as follows:

- FamilyCare wanted higher rates to "pad its profits";

- The disagreements in court between the parties "has been driven by FamilyCare's goal to be paid more Medicaid dollars";

- Financial comparisons with other CCOs showed that FamilyCare is an "outlier"; and

- OHA issued a press release regarding its motion to dismiss this lawsuit "implying that FamilyCare's business decisions—not the low rates from OHA—were to blame for any financial difficulties FamilyCare was having and that FamilyCare's focus was not on the health and care of OHA [sic] members." *Id.*

None of these statements, however, can reasonably be interpreted to improperly interfere with any of FamilyCare's business relations with third parties; rather, at most they show OHA defending itself in the press against allegations in FamilyCare's numerous lawsuits against OHA. Statements made for purposes of defending oneself against allegations in litigation are not improper. *See Grimstad v. Knudsen*, 283 Or App 28, 56-57 (2016), *rev den*, 361 Or 350 (2017) ("In order to prove that a defendant acted with an improper purpose or by improper means, a plaintiff must show that the interference resulting in injury . . . is *wrongful by some measure beyond the fact of the interference itself*." (Emphasis added.)).

### 2. FamilyCare Does Not Allege That Any Improper Interference Caused Any Actual Damages

With regard to the elements of causation and damages, FamilyCare alleges only that "OHA's actions have already contributed to at least one provider group enrolling with FamilyCare's competitor, thereby causing disruption to the business relationship between FamilyCare and the provider group and economic harm." Sec. Am. Compl. ¶ 112. This allegation by itself is insufficient to establish that FamilyCare has suffered damages as a result of any improper interference. First, FamilyCare has not alleged that the provider group it refers to in this allegation has ceased contracting with FamilyCare or that a provider group may contract

with only one CCO.  Alleging that one provider under contract with FamilyCare has also contracted with another CCO is insufficient to establish that FamilyCare has suffered any actual damages.  Second, FamilyCare receives payments based on the number of enrolled OHP members, not the number of providers.  Sec. Am. Compl. ¶¶ 1, 10.

FamilyCare's further allegation that OHA's conduct is "likely to cause further disruption of FamilyCare's business relationships, with resulting damages" is vague and entirely speculative.  Sec. Am. Compl. ¶ 113.  Risk of future harm does not satisfy the required element of actual damages to plead an intentional interference claim.  *See generally Nw. Nat. Gas Co.* 328 Or at 497−98 (setting forth the necessary elements of an intentional interference claim).

Moreover, the intentional interference claim fails to state the amount of monetary damages FamilyCare seeks to recover as required by ORCP 18 B, which provides that "if recovery of money or damages is demanded, the amount thereof shall be stated[.]"[2]

Finally, FamilyCare fails to sufficiently allege causation—namely, how or why OHA's conduct caused its alleged, but unspecified damages.  To plead an intentional interference claim there must be a "causal nexus between the interference and damage to the relationship." *Douglas Med. Ctr., LLC v. Mercy Med. Ctr.*, 203 Or App 619, 635 (2006).  At most, FamilyCare alleges that "OHA knew that its communications plan was substantially certain to interfere with the relationships among FamilyCare and its providers[.]"  Sec. Am. Compl. ¶ 109.  However, that allegation, even if true, would only establish OHA's intent.  It does not establish that the alleged harm suffered by FamilyCare—having a provider also contract with another CCO—was *caused by* OHA's conduct.

[2] During the parties' conferral on this motion, counsel for FamilyCare agreed that ORCP 18 B requires it to plead the amount of its claimed damages and stated that the amount had been inadvertently deleted in the drafting process.  Counsel for FamilyCare represented to counsel for OHA that it would seek $7,500,000 in damages on this tort claim.  But FamilyCare has still not explained how any alleged improper interference caused it to sustain *any* damages, let alone millions of dollars in damages.

To the extent that the claim for intentional interference with business relations that OHA has moved to dismiss survives, OHA asks that FamilyCare be required to make the allegations more definite and certain so that OHA can understand the claim and more fairly respond to it. Pursuant to UTCR 5.020(2), a copy of the second amended complaint with the allegations subject to this motion underlined is attached to this motion.

### C.    FamilyCare Does Not Sufficiently Allege a Claim for Breach of Implied Covenant of Good Faith and Fair Dealing of the Settlement Agreement

In its fifth claim for relief, FamilyCare alleges that OHA breached the implied covenant of good faith and fair dealing in the Settlement Agreement.  This claim fails as a matter of law and should be dismissed because it is based upon an alleged implied term on matters which express terms in the contract already squarely address.  The implied covenant of good faith cannot "vary the substantive terms of the bargain," nor does it provide a remedy for an act that is "expressly permitted by contract or statute."  *U.S. Nat. Bank of Oregon v. Boge*, 311 Or 550, 567 (1991).

FamilyCare alleges that OHA breached the implied covenant of good faith and fair dealing of the Settlement Agreement "by cutting Plaintiff's 2017 rates in a manner that violated Plaintiff's reasonable contractual expectations."  Sec. Am. Compl. ¶ 95.  The "expectation" that Family Care asserts was an implied term in the contract alleging "that OHA would not reduce Plaintiff's rates to recover amounts paid to Family before the proposed 2017 rates were issued."  *Id.* ¶ 94.  In other words, the claim is apparently based upon the contention that "not reduc[ing] Plaintiff's rates to recover amounts paid to Family before the proposed 2017 rates were issued" was an implied term of the Settlement Agreement.  *Id.*

But express terms in the contract directly address that same issue, providing that OHA would "not use rates paid to Plaintiff under the Contract for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to Plaintiff in future rate years."  *Id.* ¶ 67.  Thus,

that matter is exclusively governed by the express terms of the Settlement Agreement, and cannot be expanded or modified as implied terms. Courts do not imply good faith when parties agree to an express term on the issue. *Oregon Univ. Sys. v. Oregon Pub. Employees Union, Local 503*, 185 Or App 506, 511 (2002).

Furthermore, to the extent that FamilyCare's theory is that OHA set the 2017 rates in a way that violated its good faith obligation under the Settlement Agreement but did not violate its express terms, that theory is similarly flawed. The implied duty of good faith "cannot expand the parties' substantive duties under a contract." *Gibson v. Douglas Cty.*, 197 Or App 204, 217 (2005). *Gibson* illuminates that principle. There, the plaintiff asserted breach of contract because the defendant disclosed confidential information about the plaintiff during an announcement. *Id.* at 216. The relevant provision of the contract pertained only to "records" and therefore "d[id] not literally apply to the oral disclosure of confidential information." *Id.* Plaintiff asserted a violation of the implied duty of good faith based on her reasonable expectations of confidentiality. *Id.* at 216-17. The Court of Appeals refused to expand the defendant's substantive duties and considered the plaintiff's reasonable expectations to be irrelevant because both parties agreed to an express term governing the issue.

Similarly here, the implied duty of good faith cannot expand the substantive terms of the Settlement Agreement to grant Plaintiff a blanket guarantee that its rates will never be limited for other reasons. The parties agreed that the 2016 Rates and the Settlement Credit could not be used by OHA in setting Plaintiff's future rates. Whether this express term was breached by OHA will be resolved at a later date. Plaintiff is improperly attempting to expand the literal terms of the Settlement Agreement via the duty of good faith by inserting what amounts to an implied term that OHA could never reduce Plaintiff's rates for reasons related to the parties' prior dispute. Just as the plaintiff in *Gibson*, Plaintiff cannot expand OHA's substantive duties under a contract in that manner, and Plaintiff's subjective "reasonable expectations" are

irrelevant because an express term governs the issue. In sum, OHA and Plaintiff are bound to the express terms of the Settlement Agreement; the express terms state the "reasonable expectations" of both parties, and any additional expectations asserted by Plaintiff are irrelevant and would impermissibly expand OHA's substantive duties.

The claim also fails because it seeks an impermissible remedy and fails to sufficiently allege a causal connection between the alleged breach—that OHA reduced Family Care's rates "to recover amounts paid to FamilyCare before the proposed 2017 rates were issued"—and the over $52 million in claimed "damages." Sec. Am. Compl. ¶¶ 94, 96. Even assuming the truth of the allegations, Plaintiff cannot possibly prove—and this Court cannot determine—what the 2017 rates would have been, unless the Court is willing to decide that, as a matter of law, a private entity is entitled to unilaterally decide how much public money it should receive based upon the opinions of its hired actuaries. In seeking such a remedy, Plaintiff improperly assumes that the Court will allow Plaintiff and its actuaries—not the government entities that administer the Medicaid program—to remake Oregon Health Plan policy to conform to Plaintiff's business model. In short, Plaintiff seeks a remedy that is simply not available in a breach of contract action and violates basic separation of powers and federalism principles.

**D.     FamilyCare Does Not Sufficiently Allege a Claim for Breach of the Dispute Resolution Agreement**

In its sixth claim for relief, FamilyCare alleges that OHA breached the Dispute Resolution Agreement because it "did not act in good faith," and that "OHA's actions demonstrate that it never intended to fulfill its promises and instead duped FamilyCare into executing the Dispute Resolution Agreement and foregoing litigation while it developed its campaign to smear FamilyCare."   Sec. Am. Compl. ¶ 98.  This claim fails because doing exactly what a contract calls for cannot also be a breach of that contract.

First, Plaintiff contends that OHA violated its duties under the Dispute Resolution Agreement by not providing FamilyCare with the information it wanted during the dispute resolution process—namely, cost data of other CCOs over which some CCOs assert trade secret protections.  The Dispute Resolution Agreement expressly contradicts this contention— providing that OHA information was  "subject to protection of confidential information such as trade secrets" and contemplated that the parties would "cooperatively work toward an agreement for protection of Confidential Information (by, for example, providing Confidential Information to an independent third-party expert)."  Declaration of Renee Stineman filed in support of Defendant's Opposition to Motion for Leave to Amend (Stineman Decl.), Ex. 1 at p. 2.[3]  This is

[3] The Court can and should consider the documents which Plaintiff's new claims are entirely predicated upon, the Dispute Resolution Agreement, in considering the sufficiency of the pleadings, attached as Exhibit 1 to the Stineman Declaration.  Where, as here, a document is quoted, cited in, and relied upon in a pleading, that document has been incorporated by reference into the pleading and, therefore, is considered to be within the scope of the pleadings for purposes of a Rule 21 A(8) motion and does not convert the motion into one for summary judgment.  *See Thompson v. Tel. & Data Sys., Inc.*, 132 Or App 103, 105-06 (1994) (observing that "on a motion for judgment on the pleadings, taking judicial notice of the contents of an agreement not quoted in, attached to or incorporated by the pleadings necessarily means that the court looks to evidence outside the pleadings"); *Vaughan v. Spence*, 170 Or 440, 448-49 (1943) ("Code pleading permits a party to make an averment which concerns a document in any one of three ways: (1) sum up in the body of the pleading the parts of the document which are material; (2) copy the material parts of the document into the pleadings; or (3) attach a copy of the document to the pleading as an exhibit and by averment make it a part of the pleading."); *see also Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 US 308, 322 (2007) ("courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by

the exact information that is subject to the pending motion to intervene by other CCOs and statements made by counsel at the recent hearing on August 23, 2017. To this day, there is no agreement regarding protection of other CCOs' asserted trade secrets, so OHA cannot have breached the Dispute Resolution Agreement by not providing that information to FamilyCare. In addition, the Dispute Resolution Agreement expressly acknowledged that OHA might not provide Plaintiff the information that it wanted, stating that "OHA understands and agrees that if it does not provide the information that FamilyCare's actuary believes is relevant and necessary … then FamilyCare's ability to provide a specific alternative proposal will be limited." *Id.*

Second, Plaintiff asserts that OHA acted in bad faith by considering information provided by FamilyCare in the course of negotiations to prepare for the possibility that the dispute would ***not*** be resolved and FamilyCare would sue OHA (which is what indeed occurred). Nothing in the Dispute Resolution Agreement prevents the use of information shared as part of the negotiation process outside of court. Rather, the *sole* term that addresses use of such information simply provides that communications relating to the dispute resolution process are considered to be settlement communications subject to Rule 408. *Id.* ¶ 12a. Rule 408 governs only the admissibility of such evidence for certain purposes such as to prove liability of the claim subject to the dispute resolution process (namely, breach of the Settlement Agreement). Rule 408 does not limit discovery or require confidentiality more generally.

Moreover, it is axiomatic that parties who agree to *attempt* to negotiate a resolution to a dispute in good faith do not simultaneously promise to settle the dispute or give up the right to prepare their respective claims and defenses. A party to a dispute resolution agreement is permitted to simultaneously prepare its defense of claims threatened during the course of the dispute resolution process, and it does not act in bad faith by continuing to plan for threatened litigation. Furthermore, given FamilyCare's own public relations and lobbying strategies in reference" (citing 5B C. Wright & A. Miller, Federal Practice and Procedure § 1357 (3d ed 2004 and Supp 2007))).

connection with this case and in past litigation, it cannot reasonably allege that the fact of making public communications relating to the litigation or internally considering adopting a communications strategy breached the Dispute Resolution Agreement.

**E.      FamilyCare Also Does Not Sufficiently Allege a Claim for Breach of Implied Covenant of Good Faith and Fair Dealing of the Dispute Resolution Agreement**

In its seventh claim for relief, FamilyCare alleges that OHA breached the implied covenant of good faith and fair dealing in the Dispute Resolution Agreement by "not engaging in good faith and by using the dispute resolution process to gather information to use in its smear campaign against FamilyCare." Sec. Am. Compl. ¶ 104. It seeks damages not less than $300,000, for expenses incurred "in connection with the Dispute Resolution Agreement," made "in reliance on the promises OHA made in that agreement." *Id*. ¶¶ 105, 106.

This claim fails because Oregon courts do not imply a duty of good faith where, as here, there is an express term that governs the issue. FamilyCare and OHA explicitly defined "good faith" in the Dispute Resolution Agreement as participating in at least three dispute resolution discussions. Sec. Am. Compl. ¶ 40. For this claim to have any merit, FamilyCare would have to show that circulating the materials FamilyCare provided in the dispute resolution process for internal discussion was a breach.

Every contract contains an implied covenant of good faith and fair dealing, which is essentially an obligation to perform the contract "in a way that will effectuate the objectively reasonable contractual expectations of the parties." *Pollock v. D.R. Horton, Inc.-Portland*, 190 Or App 1, 11 (2003). Two significant limitations on what duties can be implied under the covenant render FamilyCare's claim legally unavailing. First, as noted above, "[t]he obligation of good faith does not vary the substantive terms of the bargain or of the statute," *U.S. Nat. Bank of Oregon*, 311 Or at 567, and so a duty may be implied under the covenant "only if the parties have not agreed to an express term that governs that issue." *Oregon Univ. Sys.*,

185 Or App at 511. Second, and relatedly, "nor does [the covenant] provide a remedy for an unpleasantly motivated act that is expressly permitted by contract . . . ." *U.S. Nat. Bank of Oregon*, 311 Or at 567.

Here, the Dispute Resolution Agreement expressly defines the scope and content of the parties' good faith duty under it, stating: "The parties agreed . . . that they would participate in good faith in at least three substantive discussions." Sec. Am. Compl. ¶ 40. As explained above, FamilyCare has not sufficiently pleaded a breach of this express term. FamilyCare's claim depends upon implied terms that fundamentally differ from the agreement's express definition of the parties' good faith obligation, alleging that OHA breach its good faith duties by "using the dispute resolution process to gather information to use in its smear campaign against FamilyCare." Sec. Am. Compl. ¶ 104.

Further, to the extent that FamilyCare alleges that OHA breached an implied good faith duty by continuing to plan for the impending litigation—by having OHA executives review the materials FamilyCare presented in the Dispute Resolution or by engaging in or considering adopting a communications strategy—FamilyCare's own tactics reflect that the parties clearly did not contemplate such an expansive implied duty of good faith. FamilyCare should not be permitted to sue OHA for breaching an implied term that FamilyCare itself would also be guilty of breaching.

**III.   CONCLUSION**

For the reasons set forth above, OHA respectfully asks that this Court:

(1)   Dismiss FamilyCare's (fifth) claim for breach of implied covenant of good faith and fair dealing in the Settlement Agreement for failure to state a claim upon which the requested relief can be granted.

(2)   Dismiss FamilyCare's (sixth) claim for breach of the express terms of the Dispute Resolution Agreement for failure to state a claim upon which the requested relief can be granted.

(3)    Dismiss FamilyCare's (seventh) claim for breach of the implied covenant of good faith and fair dealing in the Dispute Resolution Agreement for failure to state a claim upon which the requested relief can be granted.

(4)    Dismiss FamilyCare's (eighth) claim for intentional interference with business relations for failure to state a claim upon which the requested relief can be granted.

(5)    Require FamilyCare to make its (eighth) claim for intentional interference with business relations more certain so that OHA may fairly respond to it, to the extent that claim survives the motions to dismiss.

DATED September 25, 2017.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


_____*s/ Carla Scott*_____
RENEE STINEMAN #994610
Attorney-in-Charge
CARLA A. SCOTT #054725
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880/Fax (971) 673-5000
Renee.Stineman@doj.state.or.us
Carla.A.Scott@doj.state.or.us
Of Attorneys for Plaintiff

9/12/2017 4:53:15 PM
17CV09226

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>        Defendant. | Case No. 17CV09226<br><br>**SECOND AMENDED COMPLAINT**<br><br>Breach of Contract - Specific Performance; Declaratory Judgment; Judicial Review of Agency Action; Breach of Contract - Damages; Breach of Covenant of Good Faith and Fair Dealing; Intentional Interference with Business Relations;<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL REQUESTED<br><br>Prayer Amount: $52,000,000<br><br>ORS 21.160(1)(e) and 21.160(3) |

Plaintiff FamilyCare, Inc. ("FamilyCare"), for its claims against the Oregon Health Authority ("OHA"), alleges the following:

**PARTIES**

**1.**

FamilyCare is an Oregon non-profit corporation and a certified Coordinated Care Organization ("CCO") created to achieve the "Triple Aim" of better health, better health care, and lower per capita costs pursuant to ORS 414.625. FamilyCare's principal place of business is located in Portland, Oregon. As a certified CCO, FamilyCare has contracted with the State of

Oregon, by and through OHA, to provide services for the Oregon Health Plan ("OHP"), the state's Medicaid program.  FamilyCare has managed and coordinated health care services to Oregon's Medicaid population since 1985.  FamilyCare is the second largest CCO in Oregon, and it currently manages and coordinates integrated physical, mental, and dental health services to more than 120,000 OHP members in the Tri-County area and in Marion County.

**2.**

OHA is an agency of the State of Oregon.  OHA is responsible for administering Oregon's Medicaid program, and OHA contracts with CCOs, such as FamilyCare, for the management and coordination of health services to OHP members.  OHA's principal place of business is located in Salem, Oregon.

**3.**

Even though FamilyCare is the second largest CCO in Oregon, its rates are lowest among the 16 Oregon CCOs in 2015, 2016, and 2017.  OHA has used past data and actuarially unsound methods to continually and systematically reduce its rates over this time period.  These rate reductions have caused FamilyCare to sustain operating losses, which will eventually put FamilyCare out of business and harm the vulnerable population it serves.  FamilyCare is filing these claims against the OHA to protect the vital services it offers to Oregonians and to ensure the integrity of OHA's rate setting processes.

**JURISDICTION AND VENUE**

**4.**

The Court has jurisdiction over FamilyCare's specific performance and declaratory judgment claims because the parties reside in the State of Oregon and because they consented to the jurisdiction of the Circuit Court of Marion County in the contract on which the specific performance and declaratory judgment claims are based.  Venue in this Court is proper because the parties selected this Court as the venue for all matters related to the contract on which those claims are based.  Jurisdiction and venue are also proper with respect to FamilyCare's claim for

specific performance under the Court's general jurisdictional powers because the parties reside in the State of Oregon and OHA resides in Marion County.

**5.**

This Court has jurisdiction pursuant to ORS 183.480(2) and ORS 183.484 to review a final agency order in an uncontested case.  Venue is proper pursuant to ORS 183.484(1) and ORS 14.060.

## GENERAL ALLEGATIONS

**I.    OHA is the public agency that administers Oregon's Medicaid program and pays capitation rates to FamilyCare for providing critically important managed and coordinated care to Oregonians.**

**6.**

The Social Security Amendments of 1965 created Medicaid, a joint federal and state program that, together with the Children's Health Insurance Program (CHIP), supplies federal funds to states that agree to maintain a medical assistance program for the benefit of elderly, blind, or permanently disabled individuals and for the benefit of families with dependent children.  The United States Department of Health and Human Services' Centers for Medicare and Medicaid Services ("CMS") is the federal agency that provides funds to the states that participate in the Medicaid program.  Once a state chooses to join the Medicaid program, it must follow the federal government's statutory and regulatory requirements to receive federal funds.

**7.**

The Patient Protection and Affordable Care Act of 2010 (Pub L 111-148) and the Health Care and Education Reconciliation Act of 2010 (Pub L 111-152) (together, the "Affordable Care Act" or "ACA") expanded the Medicaid program to include additional low-income individuals and their families ("Medicaid Expansion").  The Supreme Court's ruling in *National Federation of Independent Business v. Sebelius*, 132 S Ct 2566 (2012), effectively made Medicaid Expansion a state option.

**8.**

Social Security Act Sections 1115 and 1915 authorize waivers and demonstrations that states can use to test new or existing ways to pay for health services in Medicaid and CHIP. Primarily through waivers and demonstrations, including the Section 1115 Demonstration Project, Oregon expanded its Medicaid program before the implementation of the ACA.  In 2011, the Oregon Legislature and Governor created CCOs, which are community-based organizations that connect health care providers, community members, and risk-bearing entities.

**9.**

In 2012, CMS approved an amendment and extension of Oregon's Section 1115 Demonstration Project, which was a five-year health system transformation proposal that relied on CCOs to manage the health care of beneficiaries previously covered by Medicaid and those who joined the program under the Medicaid Expansion.  Oregon's waiver was further extended on January 12, 2017, for the period January 12, 2017, through June 30, 2022.  CMS granted the extension to "build on Oregon's progress and improve the coordinated care model, maintaining Coordinated Care Organizations' ("CCOs") focus on integration of physical, behavioral, and oral health care through a performance-driven system aimed at improving health outcomes and restraining costs."

**10.**

There are now 16 CCOs that contract with OHA to provide managed and coordinated care, including physical, mental, and dental health services, to Medicaid-eligible individuals throughout Oregon.  OHA funds the cost of providing these services by making per-member-per-month, or "capitation," payments.  The capitation payments are based on rates developed and established by OHA.

**11.**

Because CMS funds a portion of the capitation payments, the payments must comply with federal law and regulations.  Under federal law and regulations, OHA's payment rates to the CCOs, including FamilyCare, must be actuarially sound.  42 CFR § 438.4(b).

**12.**

In addition, federal regulations require that all managed care contracts "[c]omply with all applicable Federal and State laws and regulations."  42 CFR § 438.3(f).

**13.**

On information and belief, OHA wants to reduce the number of CCOs in Oregon so that OHA will have more control over the CCOs.  On further information and belief, OHA has targeted FamilyCare as one of the CCOs to be eliminated.  FamilyCare is the second largest CCO in Oregon, and yet, in 2015, 2016, and 2017, OHA has set FamilyCare's capitation rates lower than the rates of all other CCOs.

**II.    OHA's actions towards FamilyCare are in contravention with OHA's goals of improving best practices, transparency, and preventive care for Oregonians.**

**14.**

OHA represents that Oregon's CCO model includes six key elements: (1) "Best practices to manage and coordinate care"; (2) "Shared responsibility for health"; (3) "Transparency in price and quality"; (4) "Measuring performance"; (5) "Paying for outcomes and health"; and (6) "A sustainable rate of growth."  According to OHA, a best practice for CCOs is to use "[v]alue-based benefit design that create[s] incentives for consumers to use evidence-based services."  With respect to transparency, OHA represents, "Cost and quality data that is readily available, reliable and clear helps patients understand their health plan and provider choices and it helps purchasers make decisions about choosing health plans."  In addition, OHA represents that "[i]ncreased transparency on price and quality can also lead to increased accountability."

**15.**

OHA represents that "[p]aying for better quality care and better health outcomes, rather than just more services, is essential to the model." Accordingly, OHA represents that Oregon's CCO model focuses on "primary care and prevention" to "better manage chronic conditions and keep people healthy and out of the emergency department." In fact, OHA represents that a "robust primary care system is at the heart of the [CCO] model; primary care payments should support both an effective primary care infrastructure and the provision of high-quality primary and preventive services."

**16.**

OHA recently released a "groundbreaking study" conducted by Portland State University on the "overall savings to the Oregon health care system through the Patient Centered Primary Care Home (PCPCH) Program." The study showed that "for every $1 increase in primary care expenditures for this comprehensive model of care, there is an average $13 in savings to the health care system."

**17.**

An additional, innovative feature of Oregon's CCO model is that the CCOs are to be "managed within fixed global budgets." ORS 414.620(1). In fact, one of OHA's contracting criteria for a CCO is the CCO's "demonstrated experience and capacity for . . . [o]perating within a fixed global budget." ORS 414.625(1)(c). OHA encourages and represents to CCOs that it wants CCOs to demonstrate the ability to operate within a global budget in order to promote innovation and cost-minimization. Under the global budget concept, OHA represents that it does not and may not make rate decisions based on a CCO's expenditures in specific categories. OHA's conduct and actions have contradicted this global budget concept in that OHA is not allowing certain CCOs, including FamilyCare, to operate within a sustainable fixed global budget. Rather, OHA has ignored the fixed global budget and has penalized CCOs for reimbursement rates to providers that OHA represents are too high.

**18.**

In addition, OHA has misapplied the fixed global budget model by approving global budgets for FamilyCare that were insufficient for FamilyCare to cover its operating costs in 2015 and 2016. The insufficient global budgets caused FamilyCare to incur operating losses in 2015 and 2016. OHA approved insufficient global budgets for FamilyCare even though FamilyCare achieved 100% of its quality incentive metrics under its contract with OHA.

**III.    In 2015, FamilyCare sought and obtained a temporary injunction against OHA in this Court, after which OHA entered into a settlement agreement with FamilyCare.**

**19.**

Since 1985, FamilyCare has contracted with OHA, or its predecessor agency, to manage and coordinate health care services to Oregonians enrolled in the OHP. FamilyCare has a five-year contract with OHA that, subject to certain exceptions, may not be amended more than once in each 12-month period. FamilyCare's current five-year contract began in 2014 and terminates in 2018. As of 2014, FamilyCare managed and coordinated health care services to OHP members in the Tri-County area (Multnomah, Washington, and Clackamas Counties) and in certain zip codes in Marion County.

**20.**

On December 24, 2014, OHA presented FamilyCare with a contract amendment containing the capitation rates for 2015 and required FamilyCare to sign the contract amendment with the new rates by January 1, 2015. The new rates represented a 9.7% decrease in FamilyCare's rates as compared to 2014, and FamilyCare immediately notified OHA that the rates were incorrect. In April 2015, OHA contracted with an outside actuarial firm, Optumas, to reexamine and redevelop the 2015 capitation rates and to develop the 2016 capitation rates.

**21.**

In connection with the dispute over the 2015 rates, FamilyCare requested, among other things, the rate review tools and trend models that OHA and its actuary used to develop the 2015

rates.  Contrary to OHA's representation that Oregon's CCO model values transparency, OHA refused to provide the requested information to FamilyCare.  A true and correct copy of OHA's response to FamilyCare is attached hereto as Exhibit 1.

**22.**

On May 27, 2015, FamilyCare sued OHA in this Court, alleging that the 2015 capitation rates were not actuarially sound.

**23.**

After FamilyCare sued OHA, FamilyCare served document requests on OHA for, among other things, the rate review tools and trend models that OHA and its actuary used to develop the 2015 rates, and again, OHA refused to produce the requested documents.

**24.**

In August 2015, OHA presented the 2015 capitation rates that were redeveloped by Optumas (the "Redeveloped 2015 Rates").  OHA's and Optumas's Redevelopment 2015 Rates rely on a "regional approach" that purport to "minimize variability within a given region." Although OHA acknowledged that the rate development methodology must comply with CMS regulations, FamilyCare expressed serious concerns to OHA that, among other things: (a) the rate development process presumes that certain regional base data cost differences were attainable by all contributing CCOs, (b) OHA has not provided a summation of the adjustments from the CCO reported financial statements to the contributions of the CCO to the regional base data; and (c) OHA has not provided a summation of the Optumas studies used to create the adjustments applied to the regional base data to develop the regional base rates.  FamilyCare has requested from OHA the data necessary to confirm the methodology underlying the Redeveloped 2015 Rates are actuarially sound.  OHA has not provided the data FamilyCare has requested.

**25.**

The Redeveloped 2015 Rates further decreased FamilyCare's capitation rates by $54,485,814, which was an additional 10.9% reduction in FamilyCare's capitation rates as compared to 2014. The certification of the Redeveloped 2015 Rates marked a departure from OHA's historical practice of certifying that each managed care organization's rates were actuarially sound. For the Redeveloped 2015 Rates, OHA and Optumas certified only that the regional rates were actuarially sound.

**26.**

FamilyCare refused to sign the contract amendment incorporating the Redeveloped 2015 Rates, and in March 2016, OHA notified FamilyCare that its refusal to do so was, according to OHA, a breach of contract.

**27.**

On March 29, 2016, FamilyCare sued OHA again, seeking a declaratory judgment that: FamilyCare is not contractually bound to sign the amendment with the Redeveloped 2015 Rates; FamilyCare's receipt of capitation payments for 2015 did not place FamilyCare in default under any contract; and OHA may not terminate FamilyCare's contract for the provision of health care services.

**28.**

On April 6, 2016, OHA notified FamilyCare of its intent to terminate FamilyCare's contract, and on May 12, 2016, this Court issued an Amended Temporary Restraining Order to enjoin OHA from terminating FamilyCare's contract until the Court could resolve FamilyCare's motion for preliminary injunction and OHA's motion to dismiss.

**29.**

To resolve the two pending lawsuits, the parties entered into a settlement agreement effective as of May 22, 2016 (the "Settlement Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit 2.

**30.**

Under the Settlement Agreement, FamilyCare agreed to sign the amendment with the Redeveloped 2015 Rates.  The Redeveloped 2015 Rates were $54,485,814 less than the amount that FamilyCare was paid in 2015.  This difference in rates resulted in an overpayment from OHA to FamilyCare in 2015.  In exchange for FamilyCare's approval of the Redeveloped 2015 Rates, OHA agreed to reduce the overpayment to FamilyCare by $24.8 million (the "Settlement Credit").  After the effective date of the Settlement Agreement, FamilyCare paid OHA $29,685,814.

**31.**

The Settlement Agreement provides that, other "than application of the terms of the Section 1115 Demonstration Project to aggregate state expenditures, OHA shall not use rates paid to FamilyCare under the Contract for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in future rate years."

**32.**

The Settlement Agreement states:

> "It is OHA's goal that all CCOs have confidence in the rate-setting process.  To achieve that goal, OHA agrees to establish a process for CCOs to request a verification from an Independent Consulting Actuary, with reasonable limits on the scope and timeline for requests for verification."

Despite OHA's promise to establish a rate verification process, OHA never followed through on this commitment.

**IV.    OHA presented FamilyCare with an incomplete copy of the 2017 contract amendment and, despite OHA's purported commitment to transparency, refused to provide data to FamilyCare sufficient to ensure the rates are actuarially sound.**

**33.**

On or about October 11, 2016, OHA released the 2017 capitation rates for Oregon's CCOs.  In connection with this release, OHA made available the CCO Rate Development Actuarial Certification (the "Certification") that was prepared by OHA's outside actuarial firm,

Optumas.  A true and correct copy of the Certification is attached hereto as Exhibit 3.  The Certification states that "OHA asked Optumas to explore the drivers for CCOs that experienced significant increases."

**34.**

Before releasing the 2017 rates, OHA stated that it would issue the contract amendment for 2017 concurrently with the rates.  That statement turned out to be false.  OHA did not concurrently issue the contract amendment for 2017 with the 2017 rates.  On or about November 1, 2016, OHA sent FamilyCare an incomplete contract amendment for 2017.  The contract amendment for 2017 omits several attachments, including, but not limited to, FamilyCare's transformation plan attachment to Exhibit K.

**35.**

During this time, FamilyCare requested that OHA act upon its promise of transparency, both to the public and subject to the Agreement.  FamilyCare requested data sufficient to validate that the rates developed by OHA and its actuary were actuarially sound.  OHA's silence in response to these requests was deafening.

**36.**

On or around August 23, 2016, CMS addressed a similar request for documents.  CMS sought input from managed care organizations ("MCOs"), asking for a robust explanation from an MCO if it believed certain data should not be disclosed.  CMS directed that "**Generalized, conclusory claims of competitive harm are <u>not</u> a sufficient basis for us to invoke the Exemption**." (Emphases in original.)   CMS instructed MCOs that, if they chose to assert that any requested information should be withheld, they must, among other things: (1) Identify such information "clearly and specifically"; (2) Provide written comments and evidence showing that the designated information "constitutes commercial or financial information" protected by the exemption and that "disclosure of such information is likely to cause your organization substantial competitive harm"; (3) "Explicitly state the specific, reasonably foreseeable,

substantial competitive harm that is likely to flow by releasing such information"; and

(4) "Explain, in detail, any specific harm that will flow from the affirmative use of particular

information by your competitors."  A true and correct copy of the August 23 CMS letter is

attached hereto as Exhibit 4.

**V.    Despite its promise to Family Care to pursue an alternate dispute resolution ("ADR"), OHA failed to do so, while requiring FamilyCare to sign an incomplete version of the 2017 Amendment.**

**37.**

OHA required that FamilyCare sign the incomplete version of the 2017 Amendment

before January 1, 2017.  The 2017 Amendment was to be calculated by OHA, per the parties'

Agreement, without using "the Contract for 2017 or Settlement Credit" as a basis for calculating

FamilyCare's capitation rate in future years.  Federal law also required that the 2017 Amendment

be actuarially sound, that is, the projected capitation rates and other revenue sources provide for

all reasonable, appropriate, and attainable costs.  OHA gave FamilyCare insufficient data, or

basis otherwise, to conclude that the 2017 Amendment was developed consistent with the

parties' Settlement Agreement or federal law.

**38.**

While simultaneously requiring FamilyCare to sign the incomplete 2017 Amendment,

and for consideration, OHA and FamilyCare entered into a contract, the Dispute Resolution

Agreement, on December 30, 2016.  As consideration for entering the Dispute Resolution

Agreement, FamilyCare agreed to "sign the 2017 Amendment before December 31, 2016, but

that by so signing, FamilyCare will not waive any rights to contest—or any grounds for

contesting—the 2017 rates."  In exchange, FamilyCare agreed to delay filing any lawsuit against

OHA, disclose to OHA what FamilyCare believed its claims were, and cooperatively work to

resolve the dispute between the parties.

**39.**

On December 30, 2016, although FamilyCare notified OHA that FamilyCare still did not have a full contract to review, and in reliance on the representations made by OHA and consistent with the Dispute Resolution Agreement contract, FamilyCare signed an incomplete version of the 2017 Amendment and transmitted the contract to OHA.  That same day, OHA returned to FamilyCare a "fully Executed 2017 contract," with this version containing "[t]he Exhibit K Attachment 1, Transformation  Plan."  OHA claimed that this was "omitted from the CCO's contract in error."  OHA stated that as to other portions of the 200-page plus document "[t]here is no other change to the attachment and has been imbedded in the executed contract." As of December 30, 2016, OHA transmitted to FamilyCare the final agency order on the 2017 Amendment.

**40.**

Under the terms of the Dispute Resolution Agreement, OHA agreed that the "parties intend to conduct free and open discussion between them regarding the appropriate application of actuarial rates including such issues as appropriateness of the methodology, whether geographic areas come in to play with respect to methodology, the actuarial soundness of the rates, an explanation by OHA as to why OHA believes the rates are sound in light of CMS approvals, and any alternative actuarially sound methodology proposed by FamilyCare."  The parties agreed that their actuaries would be present at the meetings, and that they would participate in good faith in at least three substantive discussions.  The parties further committed that "they will work cooperatively and provide information that either OHA's actuary or FamilyCare's actuary believes is relevant and necessary to evaluate actuarial rates, subject to protection of confidential information."  If the parties were to conclude that the Dispute Resolution required review of such confidential information, they further agreed to "cooperatively work toward an agreement for protection of Confidential Information."  Upon receipt of the requested data, the parties agreed that FamilyCare would "demonstrate why the

actuarial methodology is unsound and provide a specific alternative proposal based on methodology within the limits of OHA's waiver," provided OHA provided data that FamilyCare's actuary believed to be relevant and necessary to evaluate actuarial rates. To date, despite repeated requests from FamilyCare and its actuary, OHA has provided none of the data necessary to evaluate actuarial rates.

**41.**

The parties' first Dispute Resolution meeting occurred on January 17, 2017. At that meeting, FamilyCare and its independent actuary explained the data that FamilyCare would need to evaluate the 2017 rates and the process by which they were developed. OHA presented nothing at the first meeting, nor did it provide any time frame as to when it would respond to FamilyCare's requests. FamilyCare sent a follow-up letter on January 25, 2017, again outlining the data its actuary needed to complete the work contemplated by the Dispute Resolution Agreement. OHA responded, tersely, on February 3, 2017, but provided no substantive response to FamilyCare's inquiries and merely agreed to meet with FamilyCare's counsel to discuss the status of the parties' efforts under the Dispute Resolution protocol.

**42.**

FamilyCare met with counsel for OHA, not OHA or its actuaries, for a status conference on February 6, 2017. At that meeting, OHA did not report progress on a single document request from FamilyCare but, instead, requested that FamilyCare again explain the documents sought under the Dispute Resolution protocol. In the spirit of cooperation, on February 6, 2017, FamilyCare requested a subset of the same documents from OHA mentioned at the January 17, 2017, meeting and attached exemplars to help facilitate the process. On February 8, 2017, OHA refused to produce any documents from FamilyCare's February 6, 2017, request, claiming that it would have to ask all potentially involved CCOs whether it considered any of the OHA's data to include a CCO's trade secret information.

**43.**

On February 9, 2017, FamilyCare responded to OHA, reiterating that not all the information requested implicates other CCOs and that OHA had agreed to work cooperatively to develop a process for protecting any confidential information.  A true and correct copy of the February 9, 2017, letter is attached as Exhibit 5.  At least one of FamilyCare's requests was targeted to the 2017 Reimbursement Review adjustments to FamilyCare's cost data, which could explain OHA's basis for cutting FamilyCare's costs by $34 million.  FamilyCare also requested that OHA agree to complete the second Dispute Resolution discussion by February 16, 2017—30 days from the first discussion as agreed to by the parties.  OHA refused to meet with FamilyCare as required by the parties' Dispute Resolution agreement.

**44.**

On February 21, 2017, OHA responded to FamilyCare's February 9, 2017, letter.  OHA changed its position that the February 6, 2017, status conference constituted a meeting, despite the fact that no representative from OHA was present, OHA's actuary was not present, and counsel for OHA's statement that it was a status conference.  OHA also indicated that it did not believe it was required to provide any information to FamilyCare, despite OHA's commitment in the Dispute Resolution Agreement, even if the data is not subject to any confidentiality protection.  OHA then provided opaque promises of participating in another meeting with FamilyCare, all the while stating that it was separately seeking federal approval of the 2017 capitation rates through CMS.

**45.**

To FamilyCare's extreme disappointment, OHA continued its practice of stonewalling any request for information.  To date, OHA has refused to provide FamilyCare with any of the information sought under the Dispute Resolution Agreement, including any data or justification for the $34 million reduction to FamilyCare cost data.  OHA has also refused to honor its promises under the Dispute Resolution Agreement to work cooperatively toward an agreement

for confidential information, to explain to FamilyCare why it believes its rate development process was actuarially sound, or to participate in substantive meetings to further the Dispute Resolution Process.

**VI.    OHA used the Dispute Resolution Process to further its secretive smear campaign against FamilyCare.**

**46.**

Documents recently released by OHA in response to a public records request reveal why OHA did not work cooperatively and in good faith towards a resolution of the dispute between the parties as it had promised:  OHA was using the dispute resolution process as a delay tactic while it formulated a public relations campaign to smear FamilyCare, and it used the process as a cover to obtain information from FamilyCare to use in that smear campaign.  As set forth in detail below, OHA began creating its so-called "communications plan" almost immediately after signing the Dispute Resolution Agreement, and it continued to develop the plan throughout the time it had promised FamilyCare that it would engage in the dispute resolution process. Moreover, OHA co-opted materials it had requested from FamilyCare—and FamilyCare had shared in the good-faith belief that doing so would help facilitate resolution—for use in crafting its communications plan.

**47.**

During the negotiation of the Dispute Resolution Agreement, OHA insisted on removing a provision from that agreement that would have prevented the parties from communicating with third parties or the media about the dispute resolution process.  The reason, unbeknownst to FamilyCare at the time, was that OHA intended to use the media during the dispute resolution process.  At 10:16 A.M. on January 3, 2016, the morning of the first business day after FamilyCare and OHA executed the Dispute Resolution Agreement without that provision, OHA director Lynne Saxton directed the Director of OHA's External Relations Division, BethAnne

Darby, to develop a "communications plan for the dispute resolution process." Over the next week, OHA personnel compiled the communications plan it had created in 2016 and related materials for use in developing the new plan. Ms. Darby delegated the task of drafting the communications plan to Courtney Crowell, telling her, "We will want to create a comms plan for Lynne [Saxton] as soon as possible."

**48.**

The first face to face meeting was scheduled for January 17, 2017. The parties agreed that they would have actuaries present, as well as top-level management, for the parties. FamilyCare appeared with its CEO and COO, its actuary, and its counsel. OHA appeared with counsel from the Oregon Department of Justice, an actuary from Optumas, and Mark Fairbanks of the OHA. The meeting began at 9:00 A.M. at the offices of FamilyCare's counsel. FamilyCare's counsel presented a PowerPoint presentation, outlining in detail, the scope of FamilyCare's concerns, the scope of what it felt were inappropriate actuarial applications to FamilyCare, and questions FamilyCare had with the rate-setting process. The presentation also identified data FamilyCare's actuary needed to fully evaluate the process. FamilyCare coordinated its presentation with comments and explanations from its actuary. The Oregon Department of Justice lawyers, acting as counsel for OHA, requested that FamilyCare provide it with an electronic copy of the PowerPoint presentation. FamilyCare had invested significant time and effort in creating that slide deck, and it contained sensitive information intended to fulfill its obligations under the Dispute Resolution Agreement and to provide OHA with a detailed list of questions its actuary had regarding OHA's rate-setting process. Nevertheless, in the spirit of good faith, and in the belief that providing OHA with the slide deck would help facilitate resolution of the dispute—and that OHA was requesting the slide deck in good faith to use in furtherance of the goals of the Dispute Resolution Agreement—FamilyCare agreed. At precisely 9:46 A.M, while the parties were meeting, FamilyCare emailed an electronic version of the presentation to counsel for OHA. FamilyCare continued with its presentation, soliciting

comments from FamilyCare's actuary to more precisely address the questions FamilyCare was concerned about. At the conclusion of the presentation, while the parties were still engaged in what was supposed to be a three-hour meeting, OHA representatives asked for time to consider the information presented before responding. FamilyCare provided a private room for OHA representatives to use. After spending more than one hour in that room, OHA representatives returned to the meeting room at approximately 11:25 A.M., but only to tell FamilyCare that they were not prepared to respond to any of the issues FamilyCare had and that they were leaving. At no time during the meeting did OHA's actuary volunteer information or answer a question.

**49.**

On information and belief, OHA representatives used the time they spent in the private room to discuss how to use FamilyCare's transparency and good faith to OHA's advantage in crafting its communications plan, rather than to analyze how to advance the goals of or fulfill the promises made under the Dispute Resolution Agreement. Unbeknownst to FamilyCare, and without notifying FamilyCare, before leaving the dispute resolution meeting, OHA representatives forwarded FamilyCare's slide deck to individuals at OHA who were not present at that meeting. In fact, before OHA representatives returned to the meeting room, Ms. Saxton had received a copy of the slide deck and, at 11:23 A.M., forwarded it to Ms. Darby, telling her that it "will be helpful to us in developing our communication strategy." Ms. Darby, in turn, forwarded the slide deck to Ms. Crowell, the individual she had tasked with creating the communications plan.

**50.**

As OHA drafted its communications plan, it took care to make sure to use FamilyCare's slide deck to its advantage and to synchronize its messaging with the dispute resolution process. At 2:54 P.M. on January 20, 2017, Ms. Crowell provided Ms. Darby with "a first draft of the FamilyCare communications plan." Later that day, apparently dissatisfied that the first draft did not rely heavily enough on FamilyCare's slide deck, Ms. Darby directed Ms. Crowell's attention

back to the slide deck as a source of information about FamilyCare's strategy and "themes" that she wanted to counter. Ms. Darby also asked OHA counsel for information about the timing of the dispute resolution process to "help us plan our communications."

**51.**

At 10:40 A.M. on January 26, 2017, Ms. Crowell sent Ms. Darby an updated draft of the communications plan. Twenty-three minutes later, Ms. Darby forwarded the draft to Ms. Saxton and told her that Ms. Crowell "use[d] the slides that FC [FamilyCare] presented at the last session" and that Ms. Darby had conferred with, among others, OHA's finance director in building out the communications plan. All at this activity was done with the full awareness, approval, and encouragement of the top OHA official, Lynne Saxton, contrary to what she later stated in her letter of apology. This activity described above took place before any litigation was filed and during the period in which OHA had promised to participate in good faith pursuant to the terms of the Dispute Resolution Agreement.

**52.**

Meanwhile, as set forth above, FamilyCare continued to try to engage OHA in further meetings pursuant to the Dispute Resolution Agreement and to get OHA to fulfill its promises, including the promise to give a presentation about its rate-setting process and to provide information that FamilyCare's actuary had identified as necessary to his analysis. All the while, FamilyCare was completely unaware of what OHA was doing behind the scenes. OHA never substantively engaged in the dispute resolution process, never delivered the promised presentation to FamilyCare, and never produced the promised information.

**53.**

OHA did, however, ask FamilyCare to narrow and provide more specificity regarding its requests for information and, with respect to the information FamilyCare sought that implicated data submitted by other plans to CCOs in connection with the rate-setting process, to provide exemplars of that information. FamilyCare obliged, sending OHA specific requests along with

spreadsheets reflecting sensitive, internal FamilyCare financial data.  Without seeking or obtaining permission from FamilyCare, OHA sent those spreadsheets to each of the fifteen other CCOs.  Yet even after providing FamilyCare's data, and thereby creating an asymmetry of information among the plans, OHA asserted that similar data from the other CCOs was trade secret and refused to provide it to FamilyCare.

**54.**

At 3:19 P.M. on February 18, 2017, Ms. Saxton signaled her approval of the communications plan which had been sent to her on January 26, 2017, telling Ms. Darby that she had reviewed it, and there were some "new developments that I think will build on the already good start you have outlined….Thank you!"

**55.**

The "communications plan" that OHA created during the dispute resolution process was a smear campaign targeting FamilyCare and seeking to undermine it in the eyes of the public and the legislature, all the while hoping to publicly portray a façade of neutrality.  The plan was, in OHA's own words, designed to:

o    Portray FamilyCare as an "outlier" that is "more concerned with the bottom line and increasing revenues than the health of Oregonians";

o    Use media to "hurt [FamilyCare's] credibility in the news";

o    "Highlight FamilyCare as an outlier and only worried about profit margins";

o    Promote HealthShare, the other CCO that operates in FamilyCare's service area, "as a truly inclusive CCO that provides greater access to Oregonians with high cost medical needs";

o    Use vulnerable Medicaid enrollees as pawns by getting "a few discrete examples of OHP members with high cost medical issues (i.e. HIV) who chose Health Share b/c FamilyCare couldn't provide them with the care they need."

The communications plan also specifies that OHA would carry out the plan in a secretive manner so that OHA could pretend to be neutral. The plan states that OHA would hide its involvement through "off the record" discussions with news media and by using "legislators and/or other lobbyists to pitch stories to news media if possible so that OHA can staff [sic] neutral."

**56.**

After details of OHA's communications plan became publicly known, Ms. Saxton sent a letter of apology to FamilyCare. In that letter, dated August 7, 2017, Ms. Saxton acknowledged that "sharing negative information about FamilyCare with media" is "not an acceptable strategy for OHA or any state agency." But Ms. Saxton sought to downplay the communications plan as a "draft" that was "developed by OHA staff in the heat of ongoing litigation" and "was not implemented or acted on in any way." In her apology letter, Ms. Saxton did not mention that she had directed the creation of the communications plan, that she had signaled approval of the "draft" as a "good start," that other executive-level OHA personnel were involved in creation of the plan, that the plan was developed during and for the dispute resolution process--not the heat of litigation--or that OHA co-opted materials shared in good faith by FamilyCare during that process for use in developing the plan. The following day, August 8, 2017, Governor Kate Brown announced that Ms. Saxton had tendered her resignation, effective August 31, 2017.

**57.**

Despite Ms. Saxton's claim that the communications plan was not implemented or acted on in any way, OHA did implement its communications plan, at least in part, by, among other things, sending "targeted press releases" to The Portland Business Journal, Willamette Week, Portland Tribune, Oregon Public Broadcasting, the Oregonian and The Lund Report. OHA has also sent personalized emails to journalists and conducted other outreach to further its messaging. And media reported that OHA's position is that FamilyCare "is just trying to pad its profits." Ms. Saxton made statements to the media consistent with the messaging in the communications plan, telling journalists, among other things, that the disagreement between the

parties "has been driven by FamilyCare's goal to be paid more Medicaid dollars" and trying to undermine FamilyCare by implying that it is upset simply because "they didn't get the rate they wanted for 2017." Additionally, OHA also published reports, including the January 2017 publication of "Oregon's Health System Transformation Quarterly Legislative Report" containing financial comparisons that portrayed FamilyCare as an "outlier." Documents obtained as part of the recently released communications plan show that OHA was aware that the financial information presented was not comparable and that OHA chose to present the financial comparisons in a way that would fulfill its communications plan to portray FamilyCare as an "outlier" that is "more concerned with the bottom line and increasing revenues than the health of Oregonians." OHA also issued a press release dated April 11, 2017, regarding the motion to dismiss it filed in this lawsuit, and implying that FamilyCare's business decisions—not the low rates from OHA—were to blame for any financial difficulties FamilyCare was having and that FamilyCare's focus was not on the health and care of OHA members. That press release, which is no longer available on OHA's website, is a continuation of the communications plan discussed above.

**58.**

Despite the misstatements in Ms. Saxton's apology, Governor Brown's spokesman recently told the media that Ms. Saxton had "taken full responsibility for" the communications plan. The spokesman confirmed that Ms. Saxton resigned "as a consequence of" the communications plan. Media reports about a letter from Ms. Saxton to OHA employees stating that "staff" made mistakes "when they were thinking out loud in the midst of an adversarial litigation process" show that she continues to misrepresent the circumstances of the communications plan.

## FIRST CLAIM FOR RELIEF

### (Breach of Settlement Agreement - Specific Performance)

**59.**

FamilyCare incorporates by references all of the foregoing allegations.

**60.**

The Settlement Agreement between FamilyCare and OHA is valid and binding.

**61.**

After FamilyCare and OHA entered into the Settlement Agreement, OHA represented to FamilyCare that it had made a policy decision to reduce OHA's payments to FamilyCare because of the amount that FamilyCare pays to primary care providers for preventive care services. OHA represented to FamilyCare that it had made a policy decision to limit the increase of primary care payments to 1.5% per year. FamilyCare requested a copy of the formal policy decision, and OHA responded that it would "work something up."

**62.**

Beginning in November 2014, FamilyCare began reimbursing certain primary care providers at a $65 per unit conversion factor. FamilyCare was very transparent and upfront with OHA about the increase in reimbursements to primary care providers, as FamilyCare had been evaluating its reimbursement to primary care providers and adjusting the unit conversion factor since 2014. FamilyCare submitted this information to OHA in its cost templates that were part of the rate setting process. FamilyCare increased its payments to primary care providers to match the amount that private insurance companies paid to primary care providers. FamilyCare decided to match the payments made by private insurance companies to primary care providers to ensure that its Medicaid-eligible OHP members would have the same access to primary and preventive care that members of private health insurance plans have. This increased access to primary care results in improved outcomes and reduced health care expenses overall.

**63.**

Equal access to primary care providers is essential to achieving better health outcomes for OHP members.  Primary care providers are less willing to see OHP members when the members' managed care organizations, including CCOs, pay less than private insurance plans pay for preventive care services.  Moreover, increased preventive care services is a focus of Oregon's CCO model and is in line with OHA's represented philosophy that "primary care and prevention" allow health plans and providers "to better manage chronic conditions and keep people healthy and out of the emergency department."  The recent study by Portland State University bears this out.  For every $1 increase spent on primary and preventive care services there is an average $13 of savings to the health care system.  Reducing capitation rates due to increased payments to primary care providers leads to the perverse result of less preventive care, leading to more specialist appointments and more emergency room visits.  OHA represents frequently that specialty care and emergency room visits are indicators of worse health outcomes, worse health care services, and higher costs.  According to OHA, that is not the "Oregon Way."

**64.**

FamilyCare has consistently operated within its global budget and continues to do so, even though the global budgets for 2015 and 2016 were insufficient to cover FamilyCare's operating expenses.  In addition, FamilyCare has met 100% of its quality incentive metrics under its contract with OHA.  Under Oregon's CCO model and the global budget concept, OHA should not penalize FamilyCare for increases in specific rates of reimbursement.

**65.**

Despite OHA's representation that it encourages preventive care and that it evaluates CCOs based on their ability to operate within a global budget, OHA reduced FamilyCare's 2017 rates  in 2017 by tens of millions of dollars (the "Clawback") because, according to OHA, FamilyCare has paid and continues to pay too much to primary care providers to deliver

preventive care services to Oregon's Medicaid-eligible population.  In addition, the Clawback will affect bonus payments that are due to certain primary care providers who achieve quality incentive metrics in 2017.

**66.**

Oregon law prohibits OHA from making retroactive rate amendments to FamilyCare's contract unless (1) the amendment does not result in a claim by OHA for the recovery of amounts paid by OHA to FamilyCare before the date of the amendment; or (2) CMS notified OHA, in writing, that the amendment is a condition for approval of the contract with FamilyCare by CMS.  The Clawback—OHA's plan to reduce FamilyCare's payments in 2017 by unilaterally implementing a reduction in FamilyCare's costs by at least $34 million because of the reimbursement amount FamilyCare has paid to primary care providers since November 2014—is a claim by OHA to recover amounts paid to FamilyCare before the proposed 2017 rates were issued.  Thus, the Clawback would be a retroactive rate amendment in violation of Oregon law.

**67.**

More importantly, OHA's Clawback violates the Settlement Agreement.  Under the Settlement Agreement, OHA covenanted that it would "not use rates paid to FamilyCare under the Contract for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in future rate years," unless required under the Section 1115 Demonstration Project (the "Waiver").  The Waiver does not require OHA to implement the Clawback. Spending under Oregon's Medicaid program is so far below any limit in the Waiver that the Waiver has no practical effect at all on FamilyCare's budget.  OHA is in breach of the Settlement agreement by reducing FamilyCare's 2017 rates to penalize FamilyCare for the rates it received from OHA in 2016 and/or for the Settlement Credit that FamilyCare received pursuant to the Agreement.  This Clawback is inconsistent with OHA's otherwise stated policies, indicating that OHA made a choice to recoup payments made to FamilyCare in the form of the 2016 rates and/or the Settlement Credit by reducing FamilyCare's 2017 rates.

**68.**

On information and belief, in developing the 2017 capitation rates, OHA asked Optumas to analyze certain cost drivers that were unique to FamilyCare, including, but not limited to, FamilyCare's increased reimbursement rate to primary care providers. On information and belief, OHA then used the information gathered by Optumas to target FamilyCare for the Clawback and/or to cap FamilyCare's 2017 rates for primary care services at an amount below FamilyCare's reimbursement rate. On information and belief, FamilyCare is aware of other CCO's whose reimbursements to primary care providers are at or possibly above FamilyCare's reimbursement levels.

**69.**

In addition, OHA and Optumas used a variety of actuarially unsound methods to give FamilyCare lower capitation rates for 2017 as compared to other CCOs. For example, the cost-relativity factor reflects a comparison of different CCOs' costs incurred in delivering specific services to certain populations. Under the cost-relativity factor, CCOs that spend more money to deliver the same services that are delivered by other CCOs for less money will receive higher capitation rates from OHA. In other words, CCOs that spend more will get more.

**70.**

The other actuarially unsound methods used by OHA and Optumas over the past four years include, but are not limited to, the following: (1) base data expense exclusions (*e.g.*, the Clawback for FamilyCare's reimbursement to primary care providers); (2) reclassification of certain medical expenses to administrative expenses and reduction in the administrative expense allowance; (3) application of a regional expense allowance; (4) selectively and inconsistently switching between cost-relativity and risk-scoring methods across different categories; and (5) changing the basis for rate components between statewide data, regional data, and plan-specific data. OHA has used some or all of these questionable methods to develop 2017 rates for FamilyCare that are lower than all of the other CCOs' rates, significantly lower than the other

CCO that serves residents in the Tri-County region, and that are insufficient to cover FamilyCare's operating expenses. OHA and Optumas have created a menu of actuarial levers used to adversely impact FamilyCare.

**71.**

FamilyCare does not know the extent to which OHA and Optumas selectively used multiple actuarially unsound methods to penalize FamilyCare because OHA has refused to provide FamilyCare access to the underlying data that supports the 2017 rates. OHA's selective use of actuarially unsound methods is an impermissible use of the rates paid to FamilyCare in 2016 and is, therefore, a violation of the Agreement.

**72.**

OHA baited FamilyCare into signing and executing an incomplete 2017 Agreement on December 30, 2016, with an empty promise that OHA would provide FamilyCare with the data it had been requesting for months. OHA's actions were in contravention of OHA's requirement to provide FamilyCare with a complete contract in advance of FamilyCare signing the contract. OHA then signed and executed the incomplete 2017 Amendment, inserting afterwards the missing portions of the 2017 Amendment. On information and belief, OHA withheld certain attachments to FamilyCare's contract amendment for 2017 so that FamilyCare will be forced to sign the contract amendment without having a meaningful opportunity to negotiate contract terms.

**73.**

FamilyCare has fully performed its obligations under the Agreement, and FamilyCare is ready, willing, and able to continue to perform its obligations under the Agreement.

**74.**

FamilyCare will suffer substantial and irreparable harm from the 2017 Amendment. The global budgets that OHA approved for FamilyCare in 2015 and 2016 were insufficient to cover

FamilyCare's operating expenses. Likewise, the 2017 Amendment, if implemented, would be insufficient to cover FamilyCare's projected operating expenses for 2017. FamilyCare cannot sustain operating losses indefinitely. FamilyCare needs a global budget from OHA that will allow FamilyCare to cover its operating expenses and to operate into the future. On information and belief, the 2017 rates are designed to put FamilyCare out of business.

**75.**

FamilyCare seeks specific performance of OHA's obligation to "not use rates paid to FamilyCare under the Contract for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in future rate years," including, but not limited to, 2017.

**SECOND CLAIM FOR RELIEF**

**(Declaratory Relief)**

**76.**

FamilyCare incorporates by references all of the foregoing allegations.

**77.**

OHA's Clawback and its use of actuarially unsound methods impermissibly penalize FamilyCare for the rates paid to FamilyCare under the 2016 contract and FamilyCare's Settlement Credit under the Agreement. In breach of the Agreement, the Clawback and OHA's actuarially unsound methods reduced the payments that would otherwise be made to FamilyCare in 2017 based on the decision to penalize FamilyCare for the rates OHA paid to FamilyCare in 2016 and the Settlement Credit.

**78.**

A justiciable controversy exists because OHA and FamilyCare disagree as to whether the Clawback and OHA's use of actuarially unsound methods violate the Agreement by reducing FamilyCare's 2017 rates based on the rates paid to FamilyCare under the 2016 contract and the Settlement Credit.

**79.**

FamilyCare seeks a declaration that OHA is enjoined from implementing the Clawback or any other actuarially unsound methods that are in any way based on or because of the rates paid to FamilyCare in 2016 and the Settlement Credit, to limit the amount that can be paid to FamilyCare in future rate years, including, but not limited to, 2017.

## THIRD CLAIM FOR RELIEF

### (Judicial Review Under ORS 183.480(3) and ORS 183.484)

**80.**

FamilyCare incorporates by references all of the foregoing allegations.

**81.**

Pursuant to ORS 183.480(3), a party may seek judicial review of final agency order.

**82.**

On December 30, 2016, OHA provided FamilyCare with an executed version of the 2017 Amendment, reflecting OHA's final decision on the 2017 capitation rates as they apply to FamilyCare.

**83.**

OHA utilized actuarially unsound rate-setting processes in establishing the 2017 capitation rates as they apply to FamilyCare, in contravention with Oregon law, federal law, and Actuarial Standards of Practice ("ASOP"), including but not limited to: 42 USC § 1396b(m)(2)(A); 42 CFR § 438.4; ORS §§ 414.625 and 414.652; OAR 410-141-3010(15); and ASOP 49.

**84.**

OHA does not have an actuarially sound basis to make a $34 million reduction to FamilyCare's costs, resulting in an inequitable reduction in FamilyCare's rates and subsequent

payments by OHA to FamilyCare in 2017.  Nor may OHA use actuarially unsound methods to give FamilyCare rates that are lower than other CCOs' rates.

### 85.

If OHA is not prevented from reducing FamilyCare's payments in 2017 and implementing a unilateral reduction in FamilyCare's costs by more than $34 million, and if OHA is not prevented from using unsound methods to justify paying FamilyCare an amount that does not provide for all reasonable, appropriate, and attainable costs, then FamilyCare will suffer substantial and irreparable harm, as alleged above.

### 86.

Pursuant to ORS 183.497, FamilyCare requests an award of attorneys' fees and costs incurred in this matter.

## FOURTH CLAIM FOR RELIEF

### (Breach of Settlement Agreement - Damages)

### 87.

FamilyCare incorporates by references all of the foregoing allegations.

### 88.

OHA breached its obligations under the Settlement Agreement to not use the 2016 Rates or the Settlement Credit as the basis for future rate reductions by implementing the Clawback and by using other actuarially unsound methods to reduce FamilyCare's 2017 rates.

### 89.

OHA's development of FamilyCare's 2017 rates was not actuarially sound and thus violated federal law requiring that Medicaid capitation rates be actuarially sound.

### 90.

OHA's breach of the Settlement Agreement and its violation of federal requirements for actuarial soundness resulted in a decrease to FamilyCare's 2017 rates and has thus damaged FamilyCare by reducing the monthly payments OHA made to FamilyCare in 2017.  These

damages are ongoing because OHA continues to pay FamilyCare the actuarially unsound rates for the calendar year 2017.

**91.**

FamilyCare seeks damages, in an amount to be proven at trial, of at least $52 million, from OHA resulting from OHA's implementation of the Clawback and other actuarially unsound methods in developing the 2017 rates.

**FIFTH CLAIM FOR RELIEF**

**(Breach of the Implied Covenant of Good Faith and Fair Dealing, Settlement Agreement--Damages)**

**92.**

FamilyCare incorporates by references all of the foregoing allegations.

**93.**

The Settlement Agreement contains an implied covenant of good faith and fair dealing that protects FamilyCare's objectively reasonable contractual expectations.

**94.**

Among other things, FamilyCare had an objectively reasonable expectation, based on the Settlement Agreement, that OHA would not reduce FamilyCare's rates to recover amounts paid to FamilyCare before the proposed 2017 rates were issued.

**95.**

OHA breached the implied covenant of good faith and fair dealing by cutting FamilyCare's 2017 rates in a manner that violated FamilyCare's reasonable contractual expectations.

**96.**

FamilyCare seeks damages, in an amount to be proven at trial, of at least $52 million, from OHA resulting from OHA's implementation of the Clawback and other actuarially unsound methods in developing the 2017 rates.

## SIXTH CLAIM FOR RELIEF

### (Breach of Dispute Resolution Agreement--Damages)

**97.**

FamilyCare incorporates by references all of the foregoing allegations.

**98.**

As described above, OHA did not fulfill its obligations under the Dispute Resolution Agreement.  Among other things, OHA did not act in good faith.  OHA's actions demonstrate that it never intended to fulfill its promises and instead duped FamilyCare into executing the Dispute Resolution Agreement and foregoing litigation while it developed its campaign to smear FamilyCare.

**99.**

FamilyCare fulfilled its obligations under the Dispute Resolution Agreement.  It executed the agreement in good faith, it participated in the dispute resolution process in good faith, and it in good faith sought to resolve the dispute between the parties short of litigation.  FamilyCare expended significant time, money, and resources in negotiating, preparing for, and participating in the dispute resolution process, all in the good-faith belief that OHA was executing the agreement with the intent of attempting to resolve the dispute.

**100.**

FamilyCare incurred significant expenses in connection with the Dispute Resolution Agreement, including attorney and actuarial fees, in reliance on the promises OHA made in that agreement.

**101.**

FamilyCare seeks damages, in an amount to be proven at trial, of at least $300,000, to reimburse it for the costs it incurred in connection with negotiating, preparing for, and performing under the Dispute Resolution Agreement.

## SEVENTH CLAIM FOR RELIEF

### (Breach of the Implied Covenant of Good Faith and Fair Dealing, Dispute Resolution Agreement--Damages)

### 102.

FamilyCare incorporates by references all of the foregoing allegations.

### 103.

The Dispute Resolution Agreement contains an implied covenant of good faith and fair dealing that protects FamilyCare's objectively reasonable contractual expectations. Among other things, FamilyCare had an objectively reasonable expectation, based on the Dispute Resolution Agreement, that OHA would engage in the dispute resolution process in good faith.

### 104.

OHA breached the implied covenant of good faith and fair dealing by, among other things, not engaging in good faith and by using the dispute resolution process to gather information to use in its smear campaign against FamilyCare.

### 105.

FamilyCare incurred significant expenses in connection with the Dispute Resolution Agreement, including attorney and actuarial fees, in reliance on the promises OHA made in that agreement.

### 106.

FamilyCare seeks damages, in an amount to be proven at trial, of at least $300,000 to reimburse it for the costs it incurred in connection with the Dispute Resolution Agreement

## EIGHTH CLAIM FOR RELIEF

### (Intentional Interference with Business Relations--Damages)

### 107.

FamilyCare incorporates by references all of the foregoing allegations.

**108.**

FamilyCare's business relationships—both existing and prospective—with health care providers, OHP members, and FamilyCare's own employees constitute relationships that result in a pecuniary benefit to FamilyCare.

**109.**

OHA knew that its communications plan was substantially certain to interfere with the relationships among FamilyCare and its providers, members, and employees. OHA implemented its communications plan, at least in part, by seeking to discredit FamilyCare through media and legislative contacts.

**110.**

The predominant and improper purpose of OHA's communications plan was to injure FamilyCare. OHA acted with improper means, including misrepresentation, defamation, and disparaging falsehoods about FamilyCare.

**111.**

The communications plan was not made during the course of a discretionary function and did not reflect a policy choice among several alternatives.

**112.**

OHA's actions have already contributed to at least one provider group enrolling with FamilyCare's competitor, thereby causing disruption to the business relationship between FamilyCare and the provider group and economic harm to FamilyCare.

**113.**

OHA's communications plan and false and disparaging messaging has caused and will likely cause further disruption of FamilyCare's business relationships, with resulting damages to FamilyCare in an amount to be proved at trial.

//

//

## PRAYER FOR RELIEF

WHEREFORE, FamilyCare prays for an order and judgment as follows:

**A.    On FamilyCare's First Claim for Relief:**

1.    For specific performance of OHA's obligation not to use rates paid to FamilyCare under the 2016 contract or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in future rate years, including, but not limited to, 2017;

2.    For its costs and disbursements incurred herein; and

3.    For such other relief the Court deems just and proper.

**B.    On FamilyCare's Second Claim for Relief:**

1.    For a declaration that OHA is enjoined from implementing the Clawback and from using any other actuarially unsound methods, which are based on the rates paid to FamilyCare under the 2016 contract and the Settlement Credit, to limit the amount that can be paid to FamilyCare in future rate years, including, but not limited to, 2017;

2.    For its costs and disbursements incurred herein; and

3.    For such other relief the Court deems just and proper.

**C.    On FamilyCare's Third Claim for Relief:**

1.    For an order compelling OHA to comply with the Agreement;

2.    For an order directing OHA not to implement the Clawback and not to use any actuarially unsound methods, to limit the amount that can be paid to FamilyCare in future rate years, including, but not limited to, 2017, when the basis for doing so is the rates paid to FamilyCare under the 2016 contract and the Settlement Credit;

3.    For an award of attorneys' fees and costs incurred in this matter; and

4.    For such other relief the Court deems just and proper.

//

//

**D.      On FamilyCare's Fourth Claim for Relief:**

1.      For an order awarding FamilyCare damages for OHA's use of rates paid to FamilyCare under the 2016 contract or the Settlement Credit as a basis for limiting the 2017 rates paid to FamilyCare;

2.      For its costs and disbursements incurred herein; an

3.      For such other relief the Court deems just and proper.

**E.      On FamilyCare's Fifth Claim for Relief:**

1.      For an order awarding FamilyCare damages for OHA's use of rates paid to FamilyCare under the 2016 contract or the Settlement Credit as a basis for limiting the 2017 rates paid to FamilyCare;

2.      For its costs and disbursements incurred herein; and

3.      For such other relief the Court deems just and proper.

**F.      On FamilyCare's Sixth Claim for Relief:**

1.      For an order awarding FamilyCare damages for OHA's breach of the Dispute Resolution Agreement;

2.      For its costs and disbursements incurred herein; and

3.      For such other relief the Court deems just and proper.

**G.      On FamilyCare's Seventh Claim for Relief:**

1.      For an order awarding FamilyCare damages for OHA's breach of the Dispute Resolution Agreement;

2.      For its costs and disbursements incurred herein; and

3.      For such other relief the Court deems just and proper.

**H.      On FamilyCare's Eighth Claim for Relief:**

1.      For an order awarding FamilyCare damages for OHA's intentional interference with its business relationships;

2.    For its costs and disbursements incurred herein; and

3.    For such other relief the Court deems just and proper.

DATED:  September 12, 2017

**PERKINS COIE LLP**

By:  */s/ Stephen F. English*
     Stephen F. English, OSB No. 730843
     SEnglish@perkinscoie.com
     Thomas R. Johnson, OSB No. 010645
     TRJohnson@perkinscoie.com
     Alletta Brenner, OSB No. 142844
     ABrenner@perkinscoie.com
     Brian P. Samuelson, OSB No. 165476
     BSamuelson@perkinscoie.com
     1120 N.W. Couch Street, 10th Floor
     Portland, OR  97209-4128
     Telephone:  503.727.2000
     Facsimile:  503.727.2222

Attorneys for Plaintiff FamilyCare, Inc.

*Of Counsel (admitted pro hac vice)*

     Melanie K. Curtice, WSB No. 28479
     MCurtice@perkinscoie.com
     Matthew P. Gordon, WSB No. 41128
     MGordon@perkinscoie.com
     Perkins Coie LLP
     1201 Third Avenue, Suite 4900
     Seattle, WA 98101
     Telephone:  1.206.359.8000
     Facsimile:  1.206.359.9000

Attorneys for Plaintiff FamilyCare, Inc.



**DIRECTOR'S OFFICE**

Kate Brown, Governor



500 Salem St. NE, E-20
Salem, OR, 97301
50-945-6292

August 25, 2015

Kelly Knivila
Stoel Rives
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

Dear Ms. Knivila,

Dear Ms. Knivila:

You have made public records requests on behalf of your client, FamilyCare, Inc., for the following information ("Requested Information"):

1. A complete copy of all documents submitted to CMS by OHA and referenced in the email dated May 6, 2015 from Tricia Macinnes to the Rates Workgroup and CCO CEOs ("May 6 Email) including, without limitation, "[t]wo packages of work files [that] were also sent to CMS as part of the response. The two packages included the Rate Review Tools (RRTs) for each CCO and the trend models for all CCOs. This information includes detailed cost and utilization data by CCO." For purposes of clarity, this request is for the rate tools and trend models for all CCOs.

2. The detailed worksheets, workbooks, and documents of the calculations relied upon by X. Dennis Tang (and any others assisting him with his work) ("OHA Actuary") in certifying the 2015 rates as set forth in the Actuary's Letter of Certification Coordinated Care Organizations January 2015-December 2015 and dated FINAL as of December 15, 2014 ("2015 Actuary Report"). This request includes but is not limited to:
   a. All base data used by the OHA Actuary to develop the 2015 rates as set forth in the 2015 Actuary Report and all adjustments made to get to the final rate by plan or rate range for each 2015 rate cell as set forth in the 2015 Actuary Report;
   b. The "CY2013 databook" developed by Optumas and referenced on page 7 of the attached Oregon Encounter Data & Data Base Model Narrative Supporting CY15 Rate Development" document prepared by Optumas ("Optumas Report"); and
   c. The "dynamic base data model" prepared by Optumas and referenced on page 7 of the "Optumas Report."

3. An unredacted version of the material that OHA shared in redacted form with FamilyCare for the Regional Rate Model for the region that FamilyCare shares with HealthShare and all other regions.

OHA is denying your request for the Requested Information based on the trade secret exemption of ORS 192.501(2). OHA believes the Requested Information qualifies as both the trade secret of OHA and the trade secret of CCOs.

Exhibit 1
Page 1 of 3

## I.    Trade Secret of OHA

OHA believes that the Requested Information is the trade secret of OHA.   The Requested Information is substantially similar in nature to the information that you requested in a public records request that resulted in a Public Record Order dated July 3, 2012 ("2012 PRO").   Under that 2012 PRO, you requested "Public records reflecting the final upper and lower rate ranges (or bounds) of the 'actuarially sound rate ranges' referenced in" an October 2011 Capitation Rate Development Report.

In the 2012 PRO, the Oregon Department of Justice found that the information was a trade secret of OHA, finding that it met the four criteria of a trade secret under the Oregon Public Records Act exemption of ORS 192.501(2).   The Requested Information is of the same nature of the information you requested under the 2012 PRO and similarly meets all the criteria of a trade secret.   The Requested Information is not patented.  It is known only to certain individuals within OHA.   The Requested Information is of commercial value to OHA in that disclosing the information undermines OHA's negotiation position in establishing the rates to be paid to CCOs.   Disclosure would give a CCO that uses the Requested Information the opportunity to obtain a business advantage over other CCOs.

## II.    Trade Secret of the CCOs

Though OHA believes that all of the Requested Information is the trade secret of OHA, OHA also believes that much of the Requested Information qualifies as the trade secret of the CCOs.    When informed of the public records request, several vendors asserted trade secret protection over certain data.   The assertions ("CCO Information") are as follows:

1.  Health Share asserts trade secret over the following:
    - The Rate Review Tool for Health Share of Oregon including detailed cost data for Health Share of Oregon.
    - All base data for Health Share of Oregon, including supplemental financial data and any supplemental disclosures of processes, procedures or reports, including but not limited to alternative payment methodologies, incentive payments, claims lag reports and internal financial reports used by the OHA Actuary to develop the 2015 rates as set forth in the 2015 Actuary Report.
    - Redacted information from Regional Rate Model Worksheet

2.  Case Oregon asserts trade secret over the following:
    - All information included in (or derived from) Financial Reporting Template except Enrollment and IBNR reports and the submission certification page.
3.  EOCCO asserts trade secret over the following:
    - Any EOCCO supplied document containing pricing, rates, discounts, terms related to payment.
4.  Umpqua Health Alliance asserts trade secret over the following:
    - "CCO specific unit cost and utilization information at the provider and/or service level", but not including "collectively sharing information rolled up to the regional level."

The CCO Information is the type of information that Oregon has exempted as trade secret in previous Public Record Orders ("PROs").   In a PRO to Steven Baldwin dated December 7, 1989, DOJ declined release, under the trade secret exemption, of certain pricing

Exhibit 1
Page 2 of 3

Ex. 1 - Wilson Decl.
Page 54 of 260

information used in setting a health insurance provider's rates.   In a PRO to Karen Kirsch dated July 12, 2007, DOJ declined release, as a trade secret, of health insurer's rate- filing information, including information "relating to claim trends, retention, and target loss ratios."

The CCO Information is similar in nature to the information under the Baldwin and Kirsch PROs – it is used by healthcare organizations in setting rates and making projections. Each CCO asserts that their CCO Information meets all the criteria of a trade secret:  it is not patented; it is known only to certain individuals within the CCO; it has commercial value to the CCO;  and disclosure would give a CCO that uses the information a business advantage over another CCO.   OHA finds the assertions of the CCOs to be plausible and therefore, OHA intends to protect the trade secrets of CCOs that assert trade secret protection over this information.

### III.  Public Interest

The trade secret exemption is a conditional exemption under Oregon Public records law.   Even if a conditional exemption exists, disclosure could still be warranted if there is a public interest in disclosure.   In this instance, OHA believes that the public interest favors nondisclosure of the Requested Information.   OHA's economic value in the Requested Information – that disclosure undermines OHA's negotiation position in establishing the rates to be paid to CCOs – is also a public interest in promoting efficient use of OHA funds.    It is also in the public interest for OHA to have access to the internal financial data of CCOs to be able to have reliable information in which to set rates.  A CCO may not be willing to provide full access to its information in the future if it believes the information will be shared with other CCOs.

For the reasons set forth above, OHA denies your public records request for the Requested Information.

Respectfully,

*Keely L. West, J.D.*

Keely West
Policy, Public Records and Rules and
Internal Legal Coordinator

Exhibit 1
Page 3 of 3

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is entered into and effective as of May 22, 2016 (the "Effective Date") between FamilyCare Inc. ("FamilyCare") and the State of Oregon by and through its Oregon Health Authority ("OHA") (each a "Party" and collectively the "Parties").

WHEREAS, pursuant to approval from the federal Centers for Medicare & Medicaid Services ("CMS"), OHA established the Oregon Health Plan ("OHP"), which since July 1, 2012 has made capitation payments to Coordinated Care Organizations ("CCOs") to provide coordinated and integrated managed care designed to achieve a sustainable growth rate for Medicaid spending; and

WHEREAS, OHA and FamilyCare are parties to Coordinated Care Organization Contract #143114, as amended and restated (the "Contract"); and

WHEREAS, CMS must approve CCO rates and informed OHA on August 7, 2014 that it had "identified issues that are endemic to the state's rate setting methodology" for CCOs and required the OHA to submit a corrective plan that would result in improvements in its rate-setting methodology in 2015; and

WHEREAS, OHA consequently did not present CCOs with their original 2015 capitation rates until December 24, 2014, and required signature by January 1, 2015; and

WHEREAS, the new rates represented a 9.7% decrease in FamilyCare's rates as compared to 2014 and FamilyCare immediately notified OHA of its concern that the rates were incorrect; and

WHEREAS, FamilyCare signed the 2015 rate amendment ("Amendment No. 5") to the Contract stating it was doing so under duress; and

WHEREAS, a number of other CCOs and CMS also raised concerns and questions regarding both the process for developing the original 2015 capitation rates and the actuarially soundness of those rates; and

WHEREAS, in March 2015, FamilyCare provided OHA with contractual notice that FamilyCare believed its 2015 rates did not comply with actuarial soundness and needed to be amended to conform to federal law; and

WHEREAS, in April 2015, FamilyCare provided OHA with a notice of breach; and

WHEREAS, in April 2015, OHA engaged Optumas, an outside actuarial firm, to reexamine and redevelop the original 2015 capitation rates, and to develop the 2016 capitation rates; and

1

Exhibit 2
Page 1 of 13

WHEREAS, on May 27, 2015, FamilyCare sued OHA in the Circuit Court of the State of Oregon, for the County of Marion, Case No. 15CV13782, alleging that the original 2015 capitation rates were not actuarially sound; and

WHEREAS, Optumas redeveloped the 2015 capitation payments, which OHA then incorporated in a contract amendment (for FamilyCare, "Amendment No. 6") presented to the CCOs in August 2015; and

WHEREAS, Amendment No. 6 would further reduce FamilyCare's original 2015 rates by approximately $54 million and result in an additional 10.9% reduction in FamilyCare's rate, compared to the original 2015 rates, for a resulting total reduction of 19.6% for 2015 when compared to FamilyCare's 2014 rates; and

WHEREAS, FamilyCare declined to sign Amendment No. 6; and

WHEREAS, on December 28, 2015, CMS approved the redeveloped 2015 rates, with an effective date of January 1, 2015, as "actuarially sound and meet[ing] the requirements at 42 CFR 438.6(c) for all Coordinated Care Organizations (CCO) included in the certification;" and

WHEREAS, by letter dated February 24, 2016, CMS informed OHA that it was "unable to move forward with approval of [FamilyCare's] contract for federal financial participation" because, in the absence of a signed Amendment No. 6, the Contract (Amendment No. 5 only) still included rates "that are not consistent with the rate ranges in the certification dated August 28, 2016 which CMS determined to be actuarially sound"; and

WHEREAS, FamilyCare did sign an amendment ("Amendment No. 7") that included the capitation rates that Optumas had developed under OHA's direction for 2016, but CMS has informed OHA that it will not approve Amendment No. 7 until Amendment No. 6 is approved; and

WHEREAS, absent CMS approval, OHA believes it is at risk of a disallowance of federal financial participation in the 2015 and 2016 payments made to FamilyCare, which could amount to over $1 billion (total state and federal); and

WHEREAS on March 14, 2016, OHA notified FamilyCare that FamilyCare was in breach of its contracts by refusing to sign Amendment No. 6 and for receiving rate payments for 2015 that were not approved by CMS and stated that it would terminate FamilyCare's CCO Contract if FamilyCare did not sign Amendment No. 6; and

WHEREAS on March 29, 2016, FamilyCare sued OHA in the Circuit Court of the State of Oregon, for the County of Marion, Case No. 16CV10253, seeking a declaratory judgment that: FamilyCare is not contractually bound to sign Amendment No. 6; FamilyCare's receipt of capitation payments for 2015 did not place FamilyCare in default under the Contract; and OHA may not terminate FamilyCare's Contract;

WHEREAS, on April 6, 2016, OHA issued a notice of intent to terminate FamilyCare's CCO Contract; and

Exhibit 2
Page 2 of 13

Ex. 1 - Wilson Decl.
Page 57 of 260

WHEREAS, on May 12, 2016, the Circuit Court issued an Amended Temporary Restraining Order enjoining OHA from terminating FamilyCare's Contract until the court could resolve FamilyCare's motion for preliminary injunction and OHA's motion to dismiss; and

WHEREAS, the Parties have concluded that it is their best interests and the best interests of the public to resolve these pending disputes and obtain CMS approval of FamilyCare's Contract amendments in order to secure federal financial participation and to minimize the risk of similar disputes in the future:

NOW, THEREFORE, in consideration of the mutual promises and obligations contained herein, and the above Recitals, which are hereby fully incorporated, the Parties hereby agree as follows:

### Agreement

This Agreement is intended to resolve all claims that either Party brought or could have brought against the other Party, as of the date of this Settlement Agreement, relating to FamilyCare's 2015 and 2016 capitation rates and the implementation or execution of the Contract amendments incorporating those rates ("the Dispute"). The Dispute does not include any issue relating to calculation of the medical loss ratio (except as expressly provided in the Paragraph 1(g) of the Financial Terms and Resolution of Pending Disputes Section of this Agreement), financial reporting, quality pool payments, or performance under the Contract:

### Rate Development Process

1. The Parties acknowledge that:

    a. OHA has the authority to set the CCO rates under which OHA contracts with CCOs, subject to CMS approval;

    b. OHA must establish to the satisfaction of CMS that the rates are actuarially sound, in accordance with the Medicaid Act, 42 C.F.R. Part 438, applicable Actuarial Standards of Practice and CMS guidance (collectively, "Actuarially Sound Principles");

    c. Medicaid regulations require OHA to establish rates for each rate cell that are adequate for reasonable, appropriate and attainable benefit and non-benefit Medicaid costs;

    d. OHA is not obligated to adjust the rates paid to any CCO to ensure that such rates cover all costs that a CCO has incurred during a rate year;

    e. OHA must comply with the terms of the Section 1115 Demonstration Project or risk loss of federal funds; and

    f. CMS approves CCO contracts and the rates contained therein that CMS finds to be actuarially sound and developed in accordance with Actuarially Sound Principles, based on the information provided to it by OHA and its actuaries.

Exhibit 2
Page 3 of 13

Ex. 1 - Wilson Decl.
Page 58 of 260

g.  In developing actuarially sound rates, OHA and its actuaries must take into account any related party arrangements for benefit and non-benefit Medicaid costs to ensure that those related-party transaction do not result in any CCO's rates being over- or under-stated.  An appropriate methodology for addressing related party arrangements may include removal of excess costs reported by CCOs with related party arrangements.

2.  Nothing in Paragraph 1 of this Section affects or alters any preexisting rights or creates any contractual or legal right for either Party.

### Financial Terms and Resolution of Pending Disputes

1.  On June 1, 2016 at 2:00 p.m. (PDT), the Parties shall meet and hold a Closing at the offices of Stoel Rives in Portland ("Closing").  All documents to be signed at Closing will be in a form mutually agreeable to the Parties, and neither party will condition any of the documents on any event subsequent to the Closing, except for CMS approval.  At the Closing:

    a.  OHA shall execute and deliver an amendment ("Amendment No. 8") to the Contract to increase FamilyCare's 2016 rates for the population eligible for Medicaid under the Affordable Care Act ("ACA population") from the 10th to the 20th payment percentile of the rate range certified by Optumas for calendar year 2016 ("2016 Revised ACA Rates").   Amendment No. 8 will not address any other issues.

    b.  FamilyCare and OHA shall each execute and deliver Amendment No. 6 and Amendment No. 8.

        i.   The Parties agree that Amendment No. 6 results in a 2015 overpayment to FamilyCare of $54,485,814, based on the Amendment No. 6 rates ("2015 Overpayment").

        ii.  The Parties estimate that Amendment No. 8 will result in $2,726,662 in increased base capitation payments to Family Care for calendar year 2016, net of add-ons and the Hospital Reimbursement Adjustment amounts.

    c.  OHA shall execute and deliver Notices of Withdrawal withdrawing its notice of breach and Notice of Intent to terminate FamilyCare's Contract.

    d.  FamilyCare shall execute and deliver Notices of Withdrawal withdrawing its notices of default relating to the 2014, 2015, and 2016 Contract amendments.

    e.  The Parties shall execute and deliver a joint motion to dismiss, with prejudice, *FamilyCare v. OHA*, Case No. 15CV13782, without fees or costs to either Party.

    f.  The Parties shall execute and deliver a stipulated order dissolving the Temporary Restraining Order in *FamilyCare v. OHA*, Case No. 16CV10253 without fees or

4

Exhibit 2
Page 4 of 13

Ex. 1 - Wilson Decl.
Page 59 of 260

costs to either Party; a joint motion to dismiss, with prejudice, *FamilyCare v. OHA*, Case No. 16CV10253 without fees or costs to either Party.

    g.  As of the Closing date, OHA shall agree to reduce the Overpayment described in subparagraph 1.b.i of this Section by $24,800,000 (the "Settlement Credit"). The Settlement Credit shall not be included as an adjustment to amounts otherwise reportable for purposes of the medical loss ratio rebate requirement under the Contract for 2014, 2015 or 2016.

    h.  OHA and FamilyCare shall each execute and deliver a Certificate to the effect that the Settlement Agreement and all documents delivered at Closing have been authorized by all necessary action of the Party, have been executed by an office of the Party authorized to sign for the Party, and are legally binding on the Party.

2. The Party responsible for delivering a document to be executed at Closing shall provide the other Party with a draft of the document by 3:00 pm (PDT) on May 26, 2016.

3. If either Party fails to comply with any of the provisions in Paragraph 1, the other Party is no longer bound by the terms of this Settlement Agreement.

4. Within 5 calendar days of the Closing described in Paragraph 1, OHA shall notify the Office of Administrative Hearings that its Notice of Intent to Terminate has been withdrawn.

5. Within 10 calendar days of receipt of notice of CMS approval of Amendment No. 8, OHA shall change FamilyCare's 2016 rates in accordance with Amendment No. 8, retroactive to January 1, 2016. If CMS does not approve Amendment No. 8, OHA will make a payment to FamilyCare of $2,726,662 using state funds.

6. Within 30 calendar days of the Closing described in Paragraph 1, FamilyCare shall repay OHA the Overpayment amount described in subparagraph 1.b.i, above, less the Settlement Credit described in subparagraph 1.g, for a total repayment amount of $29,685,814.

    a.  Such payment shall be made in a reasonable manner specified by OHA.

    b.  If FamilyCare does not make the payment within the timeframe specified, OHA may recover the repayment amount by offset against its ongoing 2016 capitation payments to FamilyCare, without notice or opportunity to cure.

7. The Parties agree that:

    a.  Amendment No. 6 is entered into by mutual agreement and will be considered a 2015 amendment for purposes ORS 414.652(3);

    b.  Pursuant to section 2(2) of Enrolled 2016 HB 4107, the amendments to ORS 414.652 by section 1 of Enrolled 2016 HB 4107 do not apply to Amendment No.

5

Exhibit 2
Page 5 of 13

Ex. 1 - Wilson Decl.
Page 60 of 260

6, which results in a claim by OHA for the recovery of amounts paid by OHA to FamilyCare for services provided by FamilyCare prior to January 1, 2016.;

   c.  Amendment No. 8 is entered into by mutual agreement and will not be considered the single amendment permitted during a 12-month period during 2016 under ORS 414.652(3); and

   d.  Amendment No. 8 does not result in a claim by OHA for the recovery of amounts paid by OHA to FamilyCare prior to the date of the amendment and is an amendment permitted under  ORS 414.652(5) as added by 2016 Enrolled Bill 4107.

8.  Other than application of the terms of the Section 1115 Demonstration Project to aggregate state expenditures, OHA shall not use rates paid to FamilyCare under the Contract for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in future rate years.

9.  In any public statements or information published by OHA (other than the actuary's certification report) showing year-over-year comparisons between rates paid in 2015, 2016 and 2017, OHA shall note that: FamilyCare challenged the 2015 and 2016 rates and that there was settlement of that litigation that resulted in a settlement payment to FamilyCare outside the capitation rate for those years.

10.  The Parties agree that they will not make any public comment about the Settlement Agreement other than the statement set forth in Paragraph 13, the press release described in Paragraph 13, and by providing a copy of the Settlement Agreement, if requested. This paragraph is not binding on a Party if breached by the other Party.  For purposes of clarity, nothing in this Agreement is intended to prohibit any of the following:

   a.  Public discussion by either party, including to the legislature, about OHA's draft or final Section 1115 Demonstration Project application;

   b.  FamilyCare reporting to its Board of Directors, in private communication, about the Settlement Agreement and Settlement Agreement process, provided FamilyCare informs the Board of Directors that they are bound by this Section;

   c.  After Closing in Paragraph 1, public discussion by either Party of FamilyCare's financial results, including either Party's view of the reasons for those results;

   d.  After Closing in Paragraph 1, OHA may respond to questions from the legislature regarding OHA's funding for the Settlement Agreement.  The plan for financing this settlement is solely at the discretion of OHA as the single state agency responsible for administering the Medicaid program in the best interest of health system transformation; or

   e.  After Closing in Paragraph 1, either Party from discussing FamilyCare's 2015 and 2016 rates in the ordinary course of business.

6

Exhibit 2
Page 6 of 13

Ex. 1 - Wilson Decl.
Page 61 of 260

11. Either Party may decline to proceed with the Closing in Paragraph 1 of this Section and withdraw from this Settlement Agreement if the other Party, or any of the other Party's employees or agents, either (a) violates Paragraph 10 of this Section; or (b) makes any unprofessional or disparaging statements in public about the other Party or otherwise attempts to publicly depict the other Party in an inaccurate or unfair light.  The right to withdraw from this Settlement Agreement must be exercised prior to Closing.  After Closing, this Paragraph shall have no further force or effect.

12. Upon completion of the Closing described in Paragraph 1, this Settlement Agreement will be a public record subject to disclosure by either party once signed by both Parties.

13. Press Release.  Between the date of signing this Settlement Agreement and Closing, the Parties shall respond to any inquiries from the media, the public, members of the legislature, or anyone else not employed or under contract with either Party with the following statement: "OHA and FamilyCare have reached an agreement resolving their disputes, the terms of which will be publicly announced and disclosed when the documents finalizing the agreement are completed and executed on June 1, 2016."  Nothing in this Settlement Agreement is intended to prohibit FamilyCare prior to Closing from affirmatively notifying its employees of the Settlement Agreement using this same statement, provided FamilyCare directs its employees that this information must remain confidential until after the Closing.  Immediately upon Closing, the Parties agree to issue the attached joint press release announcing the Settlement Agreement to the public.  FamilyCare shall send the attached joint press release announcing the settlement to its providers, after the Closing described in Paragraph 1.

### Future Rate Amendments

1. It is the Parties' intent to work in a professional manner to address any concerns regarding rate amendments in the future.  To that end, if FamilyCare has a disagreement in the future with any new rates proposed by OHA ("New Rates"), FamilyCare may submit a written request to OHA to engage in a Discussion Period concerning the New Rates within five (5) calendar days of receiving the rates and OHA's actuary's certification report.  If OHA accepts FamilyCare's request in writing within five (5) calendar days of receiving the request ("Acceptance Date"), the Parties shall have a 20-calendar-day period starting from the Acceptance Date ("Discussion Period") during which they will attempt to resolve any dispute or address any concerns about the New Rates.  FamilyCare is not obligated to request a Discussion Period and OHA is not obligated to accept FamilyCare's request for a Discussion Period.  The Parties may agree to a longer Discussion Period if necessary to complete their discussions.  Either Party may terminate the Discussion Period upon written notice.

2. If the Discussion Period is requested and accepted, the Parties shall meet in person within seven (7) calendar days of the Acceptance Date to discuss FamilyCare's questions, concerns, and/or objections.  The Parties' actuaries will be made available to participate in this meeting.  Once the Parties have met, and unless either Party provides written notice of termination of the Discussion Period, the Parties shall use the remainder of the Discussion Period to attempt to resolve the issue(s) as promptly as possible.

Exhibit 2
Page 7 of 13

Ex. 1 - Wilson Decl.
Page 62 of 260

3. In the interest of coming to a mutually agreeable resolution, the Parties agree that during the Discussion Period, neither Party will:

   a. make any public statements regarding the discussions between OHA and FamilyCare, or the specific issue(s) discussed therein;

   b. initiate contact with the legislature (members or staff) to attempt to address or resolve the specific issue(s) that are the subject of discussions between OHA and FamilyCare.  (If either Party is contacted by the legislature (members or staff) about the issue(s) that are the subject of discussions between OHA and FamilyCare, such Party shall notify the other Party and work collaboratively to agree on an appropriate response to the legislature's request.); or

   c. initiate litigation in state or federal court or in an administrative venue related to the New Rates.

4. If either Party gives written notice that it is terminating the Discussion Period, neither Party will be thereafter bound by the terms of Paragraph 3.  If the Discussion Period ends without extension or an agreement between the Parties concerning the issue, neither Party will be thereafter bound by the terms of Paragraph 3.

5. OHA may use the Discussion Period process described in this section for any other CCO. OHA plans to make the Discussion Period standard OHA practice for all CCOs.

6. It is OHA's goal that all CCOs have confidence in the rate-setting process.  To achieve that goal, OHA agrees to establish a process for CCOs to request a verification from an Independent Consulting Actuary, with reasonable limits on the scope and timeline for requests for verification.

**General Terms**

1. <u>Binding Agreement</u>.  This Agreement is binding on the Parties and their respective subsidiaries, affiliates, successors, legal representatives, and assigns and on any other persons claiming a right or interest through the Parties.

2. <u>No Admission</u>.  This Settlement Agreement constitutes a compromise of disputed claims between the Parties.  Nothing herein is to be construed or used as evidence or any admission of liability or responsibility by any Party hereto or any waiver of any privilege. This Settlement Agreement shall not be admissible in any proceeding for any purpose, except a proceeding by a Party hereto to enforce the terms of this Settlement Agreement.

3. <u>OHA Release</u>.  Except with respect to the obligations to FamilyCare under this Settlement Agreement, the State of Oregon by and through OHA, for itself and for each of its agencies, employees, officers, directors, divisions, successors, predecessors, affiliates, insurers and their respective assigns and legal representatives, whether former or current, hereby releases and discharges FamilyCare and all of its affiliated entities and each of FamilyCare's and its affiliated entities' employees, officers, directors, corporate

8

Exhibit 2
Page 8 of 13

Ex. 1 - Wilson Decl.
Page 63 of 260

parents, subsidiaries, divisions, successors, predecessors, affiliates, insurers and their respective assigns and legal representatives, whether former or current, from any and all claims, whether raised or not, arising from FamilyCare's refusal to sign Amendment No. 6; it being a specific intent and purpose that this release and discharge shall extend to any and all claims, whether now known or unknown and whether specifically mentioned or not, which may exist or might be claimed to exist through and including the Effective Date and that relate to FamilyCare's refusal to sign Amendment No. 6; and OHA expressly waives any and all claims or rights to assert that any matter, cause, or thing of any kind or nature whatsoever has been, through oversight or error, either intentionally or unintentionally omitted to the extent such claims or rights relate to FamilyCare's refusal to sign Amendment No. 6.  This Settlement Agreement does not limit OHA's ability to give notice of termination, breach, or default, or take any other action under the Contract, for any issue or matter not related to FamilyCare's refusal to sign Amendment No. 6.

4.  FamilyCare Release.  Except with respect to the obligations to OHA under this Settlement Agreement, FamilyCare, for itself and for each of its employees, officers, directors, corporate parents, subsidiaries, divisions, successors, predecessors, affiliates, insurers and their respective assigns and legal representatives, whether former or current, hereby releases and discharges the State of Oregon including OHA and all of its affiliated agencies or divisions and each of OHA's and its affiliated agencies or divisions' employees, officers, directors, successors, predecessors, affiliates, insurers and their respective assigns and legal representatives, whether former or current, from any and all claims, whether raised or not, that relate to the Dispute; it being a specific intent and purpose that this global release and discharge shall extend to any and all claims, whether now known or unknown and whether specifically mentioned or not, which may exist or might be claimed to exist through and including the Effective Date and that relate to the Dispute; and FamilyCare expressly waives any and all claims or rights to assert that any matter, cause, or thing of any kind or nature whatsoever has been, through oversight or error, either intentionally or unintentionally omitted to the extent such claims or rights relate to the Dispute.

5.  Entire Agreement.  The Parties intend that this Agreement be complete and not be subject to any claim of mistake of fact or law.  This Agreement constitutes the full and complete integration of the Parties' agreements.  There are no promises, statements, covenants, representations, or warranties, express or implied, oral or written, about the subject matter of this Agreement that are not contained in this Agreement.

6.  Construction.  The rule of construction that an agreement is to be construed against the drafting party is not to be applied in interpreting this Agreement.  The Parties acknowledge that they have each read this Agreement, that they understand its meaning and intent, and that this Agreement has been executed voluntarily, with opportunity to consult with legal counsel.

7.  Amendment.  This Agreement may only be modified if the modification is in writing and is signed by both Parties.

9

Exhibit 2
Page 9 of 13

Ex. 1 - Wilson Decl.
Page 64 of 260

8. <u>Choice of Law and Forum</u>.  This Agreement is made under and shall be construed and enforced in accordance with the laws of the State of Oregon without giving effect to its conflicts of law principles that would require or permit a court to consider the laws of any other state.  All matters relating to the construction and performance of this Agreement shall be litigated only in the Marion County Circuit Court of the State of Oregon (and no other).  Nothing in this agreement shall be construed to waive any immunity from suit in State or Federal Court that the State or OHA or their employees enjoy, including but not limited to Sovereign Immunity and Eleventh Amendment Immunity, except to the extent that such immunity has been waived by Oregon law, including but not limited to as provided in ORS 30.320.  Nor shall anything in this agreement be construed as a consent to suit in Federal Court.

9. <u>Notices</u>.  Any communication or notice provided under this Agreement shall be effected in writing sent by email and First Class United States mail as follows:

**To FamilyCare:**

Kelly Knivila (kelly.knivila@stoel.com)
Stoel Rives LLP
*Prior to May 31, 2016*:
   900 SW Fifth Avenue, Suite 2600
   Portland, Oregon 97204
*May 31, 2016 and after*:
   760 SW Ninth Avenue, Suite 3000,
   Portland, Oregon 97205
Telephone:(503) 294-9557
Facsimile:  (503) 220-2480

**And to:**

Jeff Heatherington (JeffH@familycareinc.org)
825 NE Multnomah, Suite 1400
Portland, OR 97232
Telephone: (503) 471-2102
Facsimile: (503) 471-2152

**To OHA:**

Renee Stineman (renee.stineman@doj.state.or.us)
Attorney-in-Charge
Special Litigation Unit
1515 SW Fifth Avenue
Portland, Oregon 97201
Telephone: (971) 673-5027
Facsimile:  (971) 673-5000

10

Exhibit 2
Page 10 of 13

Ex. 1 - Wilson Decl.
Page 65 of 260

**And to:**

Lynne Saxton (lynne.saxton@state.or.us)
Director, Oregon Health Authority
500 Summer Street, NE, E-20
Salem, OR 97301-1097

10. <u>Counterparts</u>. This Agreement may be executed in one or more counterparts, each of which is to be deemed an original. All counterparts may be consolidated into one agreement, binding on both the Parties.

11. <u>Scanned Signatures</u>. This Agreement, or counterparts as provided for herein, may be executed and transmitted via email, as a scanned file in Adobe Reader (.pdf) format, and shall, when so executed and transmitted, be valid as though an original.

12. <u>Attorney Fees</u>. Each Party shall be responsible for all its own legal costs, fees, and expenses in connection with the preparation of this Agreement and the actions settled by this Agreement.


Lynne Saxton   5-22-16
Director
Oregon Health Authority

Jeff Heatherington
Chief Executive Officer
FamilyCare Inc.

Approval as to form:

Renee Stineman   5-22-16
Counsel for Oregon Health Authority

Kelly Knivila
Counsel for FamilyCare Inc.


Attachment


11

Exhibit 2
Page 11 of 13

**And to:**

Lynne Saxton (lynne.saxton@state.or.us)
Director, Oregon Health Authority
500 Summer Street, NE, E-20
Salem, OR 97301-1097

10. Counterparts. This Agreement may be executed in one or more counterparts, each of which is to be deemed an original. All counterparts may be consolidated into one agreement, binding on both the Parties.

11. Scanned Signatures. This Agreement, or counterparts as provided for herein, may be executed and transmitted via email, as a scanned file in Adobe Reader (.pdf) format, and shall, when so executed and transmitted, be valid as though an original.

12. Attorney Fees. Each Party shall be responsible for all its own legal costs, fees, and expenses in connection with the preparation of this Agreement and the actions settled by this Agreement.


_____

Lynne Saxton
Director
Oregon Health Authority

Approval as to form:


_____

Renee Stineman
Counsel for Oregon Health Authority


Jeff Heatherington
Chief Executive Officer
FamilyCare Inc.


Kelly Knivila
Counsel for FamilyCare Inc.


Attachment

11

Exhibit 2
Page 12 of 13

**Attachment**

Press Release

The Oregon Health Authority (OHA) and FamilyCare are pleased to announce they have reached a settlement agreement that resolves the financial issues in dispute between the parties for the 2015 and 2016 rate years, which initially arose from the rate-setting process started in 2014 in response to the federal Centers for Medicare & Medicaid Services' (CMS) objections to the State's previous rate-setting process.

Under the settlement agreement, FamilyCare has agreed to dismiss all pending litigation against OHA.  OHA has agreed to withdraw its notice of termination of FamilyCare's CCO contract.

Both parties appreciate the efforts that were made to reach an agreement that will allow them to move forward and focus their full efforts and attention on providing quality care to Oregon Health Plan enrollees and transforming health care for Oregonians in the future.

A copy of the settlement agreement will be made available upon request to:

> Email: OHA.ExternalRelations@state.or.us
> Phone: 503-945-6691

> Or

> Email: LisaJ@familycareinc.org
> Phone: 503-471-2103

12

Exhibit 2
Page 13 of 13

Ex. 1 - Wilson Decl.
Page 68 of 260

October 10, 2016
Ms. Chelsea Guest
Manager, Actuarial Services
Oregon Health Authority
500 Summer Street N.E.
Salem, OR 97301


**Subject:**      **Oregon Health Plan CY2017 CCO Rate Development**

Dear Chelsea:

Thank you for the opportunity to assist the Oregon Health Authority (OHA) with the development of the January – December 2017 Coordinated Care Organizations (CCOs) capitation rates.   It was a pleasure to work with the OHA team throughout this project.   The following report summarizes the methodology used for the development of the capitation rates, effective January 1, 2017 – December 31, 2017.  We have also provided our actuarial certification for these capitation rates, compliant with CMS guidelines and requirements.  Please send me an e-mail at zachary.aters@optumas.com or call me at 480.588.2495 if you have any questions.


Sincerely,

Zachary Aters, ASA, MAAA
Senior Actuary, Optumas




CC: Steve Schramm, **Optumas**
     Jessica Grado, **Optumas**
     Barry Jordan, **Optumas**
     Martin McNamara, **Optumas**


Exhibit 3
Page 1 of 184


Ex. 1 - Wilson Decl.
Page 69 of 260

**Oregon Health Authority**

**CCO Rate Development Actuarial Certification**

January 1, 2017 – December 31, 2017 Capitation Rates



Exhibit 3
Page 2 of 184

Ex. 1 - Wilson Decl.
Page 70 of 260

# Table of Contents

| 1. | BACKGROUND | 4 |
|---|---|---|

| 2. | RATE DEVELOPMENT PROCESS | 5 |
|---|---|---|

2.01 OVERVIEW — 5
2.02 BASE DATA — 8
    DATA REPORTING — 8
    COVERED SERVICES — 9
    COVERED POPULATIONS — 9
    COVERED REGIONS — 10
2.03 BASE DATA ADJUSTMENTS — 10
    UNDERREPORTING/RECONCILIATION ADJUSTMENTS — 11
    REIMBURSEMENT ADJUSTMENTS — 12
    REGIONAL BASE DATA — 12
2.05 PROGRAM CHANGES/RATE ADD-ONS — 13
    APPLIED BEHAVIORAL ANALYSIS ADJUSTMENT — 13
    BACK PAIN BENEFIT ADJUSTMENT — 15
    DENTAL BENEFIT ADJUSTMENT — 16
    NON-EMERGENT MEDICAL TRANSPORTATION RATE — 17
    DENTAL RATE — 17
    BREAKTHROUGH THERAPY ADJUSTMENT — 18
    ASSERTIVE COMMUNITY TREATMENT AND SUPPORTED EMPLOYMENT SERVICES ADJUSTMENT — 18
    MENTAL HEALTH CHILDREN'S WRAPAROUND ADJUSTMENT — 19
    CHILDREN'S AND ADOLESCENT'S NEEDS AND STRENGTH ASSESSMENT ADJUSTMENT — 20
    MATERNITY RATES — 20
2.06 TREND — 21
2.07 NON-MEDICAL LOADING — 21
    BASE NON-MEDICAL LOAD — 21
    HOSPITAL REIMBURSEMENT ADJUSTMENT (HRA) — 22
    HEALTH INSURANCE PROVIDER'S FEE — 23
2.08 RISK FACTOR — 23
    RISK SCORE — 24
    A/B HOSPITAL ADJUSTMENT — 26
    AGGREGATING TO CREATE RISK FACTOR — 26

| 3. | RATE CERTIFICATION | 27 |
|---|---|---|

| 4. | APPENDICES | 28 |
|---|---|---|

APPENDIX I. RATE DEVELOPMENT — 29
    APPENDIX I.A: REGIONAL MAP — 30
    APPENDIX I.B: UNDERREPORTING AND RECONCILIATION IMPACTS — 31
    APPENDIX I.C: REGIONAL BASE DATA — 32
    APPENDIX I.D: ACT/SE ADJUSTMENT — 33
    APPENDIX I.E: NON-EMERGENT MEDICAL TRANSPORTATION ADJUSTMENT — 34
    APPENDIX I.F: REGIONAL DENTAL RDS — 35
    APPENDIX I.G: CCO SPECIFIC DENTAL RATES — 36
    APPENDIX I.H: BREAKTHROUGH THERAPY ADJUSTMENT — 37
    APPENDIX I.I: ANNUAL TREND RATES — 38
APPENDIX II. PAYMENT RATES — 44
    APPENDIX II.A: REGIONAL RATES — 45
    APPENDIX II.B: RISK SCORE DURATIONAL SUMMARY — 49
    APPENDIX II.C: RISK SCORE SUMMARY — 50
    APPENDIX II.D: A/B HOSPITAL FACTORS — 52
    APPENDIX II.E: BUDGET NEUTRALITY SUMMARY — 54
APPENDIX III. CCO-A RATE DEVELOPMENT SUMMARY (RDS) — 58
    APPENDIX III.A: ALLCARE CCO, INC. — 59
    APPENDIX III.B: CASCADE HEALTH ALLIANCE, LLC. — 60
    APPENDIX III.C: COLUMBIA-PACIFIC CCO, LLC. — 61
    APPENDIX III.D: EASTERN OREGON COORDINATED CARE ORG., LLC. — 62

Exhibit 3
Page 3 of 184

Ex. 1 - Wilson Decl.
Page 71 of 260

APPENDIX III.E: FAMILYCARE, INC.                                                    63
APPENDIX III.F: HEALTH SHARE OF OREGON                                             64
APPENDIX III.G: INTERCOMMUNITY HEALTH NETWORK, INC.                                65
APPENDIX III.H: JACKSON COUNTY CCO, LLC.                                           66
APPENDIX III.I: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (CENTRAL)                  67
APPENDIX III.J: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (GORGE)                    68
APPENDIX III.K: PRIMARY HEALTH OF JOSEPHINE COUNTY, LLC                            69
APPENDIX III.L: TRILLIUM COMMUNITY HEALTH PLAN, INC.                               70
APPENDIX III.M: DCIPA, LLC. ABN UMPQUA HEALTH ALLIANCE                             71
APPENDIX III.N: WESTERN OREGON ADVANCED HEALTH, LLC                                72
APPENDIX III.O: WILLAMETTE VALLEY COMMUNITY HEALTH, LLC                            73
APPENDIX III.P: YAMHILL COUNTY CARE ORGANIZATION, INC.                             74
**APPENDIX IV.  CCO-B RATE DEVELOPMENT SUMMARY (RDS)**                             **75**
APPENDIX IV.A: ALLCARE CCO, INC.                                                   76
APPENDIX IV.B: CASCADE HEALTH ALLIANCE, LLC.                                       77
APPENDIX IV.C: COLUMBIA-PACIFIC CCO, LLC.                                          78
APPENDIX IV.D: EASTERN OREGON COORDINATED CARE ORG., LLC.                          79
APPENDIX IV.E: FAMILYCARE, INC.                                                    80
APPENDIX IV.F: HEALTH SHARE OF OREGON                                              81
APPENDIX IV.G: INTERCOMMUNITY HEALTH NETWORK, INC.                                 82
APPENDIX IV.H: JACKSON COUNTY CCO, LLC.                                            83
APPENDIX IV.I: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (CENTRAL)                   84
APPENDIX IV.J: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (GORGE)                     85
APPENDIX IV.K: PRIMARY HEALTH OF JOSEPHINE COUNTY, LLC                             86
APPENDIX IV.L: TRILLIUM COMMUNITY HEALTH PLAN, INC.                                87
APPENDIX IV.M: DCIPA, LLC. ABN UMPQUA HEALTH ALLIANCE                              88
APPENDIX IV.N: WESTERN OREGON ADVANCED HEALTH, LLC                                 89
APPENDIX IV.O: WILLAMETTE VALLEY COMMUNITY HEALTH, LLC                             90
APPENDIX IV.P: YAMHILL COUNTY CARE ORGANIZATION, INC.                              91
**APPENDIX V.  CCO-E RATE DEVELOPMENT SUMMARY (RDS)**                              **92**
APPENDIX V.A: ALLCARE CCO, INC.                                                    93
APPENDIX V.B: CASCADE HEALTH ALLIANCE, LLC.                                        94
APPENDIX V.C: COLUMBIA-PACIFIC CCO, LLC.                                           95
APPENDIX V.D: EASTERN OREGON COORDINATED CARE ORG., LLC.                           96
APPENDIX V.E: FAMILYCARE, INC.                                                     97
APPENDIX V.F: HEALTH SHARE OF OREGON                                              98
APPENDIX V.G: INTERCOMMUNITY HEALTH NETWORK, INC.                                  99
APPENDIX V.H: JACKSON COUNTY CCO, LLC.                                            100
APPENDIX V.I: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (CENTRAL)                   101
APPENDIX V.J: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (GORGE)                     102
APPENDIX V.K: PRIMARY HEALTH OF JOSEPHINE COUNTY, LLC                             103
APPENDIX V.L: TRILLIUM COMMUNITY HEALTH PLAN, INC.                                104
APPENDIX V.M: DCIPA, LLC. ABN UMPQUA HEALTH ALLIANCE                              105
APPENDIX V.N: WESTERN OREGON ADVANCED HEALTH, LLC                                 106
APPENDIX V.O: WILLAMETTE VALLEY COMMUNITY HEALTH, LLC                             107
APPENDIX V.P: YAMHILL COUNTY CARE ORGANIZATION, INC.                              108
**APPENDIX VI.  CCO-F RATE DEVELOPMENT SUMMARY (RDS)**                            **109**
APPENDIX VI.A: ALLCARE CCO, INC.                                                  110
APPENDIX VI.B: CASCADE HEALTH ALLIANCE, LLC.                                      111
APPENDIX VI.C: COLUMBIA-PACIFIC CCO, LLC.                                         112
APPENDIX VI.D: EASTERN OREGON COORDINATED CARE ORG., LLC.                         113
APPENDIX VI.E: FAMILYCARE, INC.                                                   114
APPENDIX VI.F: HEALTH SHARE OF OREGON                                             115
APPENDIX VI.G: INTERCOMMUNITY HEALTH NETWORK, INC.                                116
APPENDIX VI.H: JACKSON COUNTY CCO, LLC.                                           117
APPENDIX VI.I: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (CENTRAL)                  118
APPENDIX VI.J: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (GORGE)                    119
APPENDIX VI.K: PRIMARY HEALTH OF JOSEPHINE COUNTY, LLC                            120
APPENDIX VI.L: TRILLIUM COMMUNITY HEALTH PLAN, INC.                               121
APPENDIX VI.M: DCIPA, LLC. ABN UMPQUA HEALTH ALLIANCE                             122
APPENDIX VI.N: WESTERN OREGON ADVANCED HEALTH, LLC                                123
APPENDIX VI.O: WILLAMETTE VALLEY COMMUNITY HEALTH, LLC                            124
APPENDIX VI.P: YAMHILL COUNTY CARE ORGANIZATION, INC.                             125
**APPENDIX VII.  CCO-G RATE DEVELOPMENT SUMMARY (RDS)**                           **126**
APPENDIX VII.A: ALLCARE CCO, INC.                                                 127
APPENDIX VII.B: CASCADE HEALTH ALLIANCE, LLC.                                     128
APPENDIX VII.C: COLUMBIA-PACIFIC CCO, LLC.                                        129
APPENDIX VII.D: EASTERN OREGON COORDINATED CARE ORG., LLC.                        130
APPENDIX VII.E: FAMILYCARE, INC.                                                  131
APPENDIX VII.F: HEALTH SHARE OF OREGON                                            132

Exhibit 3
Page 4 of 184

Ex. 1 - Wilson Decl.
Page 72 of 260

APPENDIX VII.G: INTERCOMMUNITY HEALTH NETWORK, INC.                         133
APPENDIX VII.H: JACKSON COUNTY CCO, LLC.                                    134
APPENDIX VII.I: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (CENTRAL)           135
APPENDIX VII.J: PACIFICSOURCE COMMUNITY SOLUTIONS, INC. (GORGE)             136
APPENDIX VII.K: PRIMARY HEALTH OF JOSEPHINE COUNTY, LLC                     137
APPENDIX VII.L: TRILLIUM COMMUNITY HEALTH PLAN, INC.                        138
APPENDIX VII.M: DCIPA, LLC. ABN UMPQUA HEALTH ALLIANCE                      139
APPENDIX VII.N: WESTERN OREGON ADVANCED HEALTH, LLC                         140
APPENDIX VII.O: WILLAMETTE VALLEY COMMUNITY HEALTH, LLC                     141
APPENDIX VII.P: YAMHILL COUNTY CARE ORGANIZATION, INC.                      142
**APPENDIX VIII REIMBURSEMENT POLICY**                                      **143**
**APPENDIX IX ABA & HEP-C RISK CORRIDOR**                                   **144**
**APPENDIX X CDPS+RX RISK SCORE METHODOLOGY**                               **145**
**APPENDIX XI CCO Q&AS**                                                    **146**
**APPENDIX XII DENTAL ADJUSTMENT**                                          **147**

Exhibit 3
Page 5 of 184

Ex. 1 - Wilson Decl.
Page 73 of 260

## 1. Background

Since September 2012, the State of Oregon has contracted with Coordinated Care Organizations (CCOs) to provide coordinated care to its Medicaid-eligible population; there are currently 16 CCOs that will cover the population in CY17.  The goal of the CCO program is to achieve the triple aim of better health, better health care, and lower per capita cost.  As of September 2014, 90% of the Oregon Health Plan (OHP) members were enrolled in CCOs for one or more of Physical Health, Mental Health, and Dental services, while 10% were enrolled in Fee-for-Service (FFS).

CCOs are categorized into several types, depending on the services provided by the CCO:

1. CCO-A: Physical Health, Mental Health, NEMT, and Dental services
2. CCO-B: Physical Health, Mental Health, and NEMT services
3. CCO-E: Mental Health and NEMT services
4. CCO-F: Dental and NEMT services
5. CCO-G: Mental Health, Dental, and NEMT services

Populations covered within the CCO program are categorized into the following major categories of aid:

1. Temporary Assistance to Needy Families (TANF)
2. Poverty Level Medical (PLM) Adults
3. PLM, TANF, and Children's Health Insurance Program (CHIP) Children
4. Blind, Disabled, and General Assistance Client (AB/AD) and Old Age Assistance (OAA)
5. Children in Adoptive, Substitute, or Foster Care (CAF)
6. Affordable Care Act (ACA) Adults
7. Breast Cancer and Cervical Cancer Program (BCCP)

The populations noted above are covered statewide, the statewide population has been split into the following rating regions:

1. Central/Eastern Region
2. Northwest Region
3. Southwest Region
4. Tri-County Region

Please see Appendix I.A for a map of the rating regions.

The remainder of this report provides further detail surrounding the populations and services covered, as well as the data, assumptions, and adjustments used to develop the CY17 capitation rates. The appendices contain substantiation and summaries related to the rate development that may provide insight into particular adjustments and/or the overall rate methodology.

Exhibit 3
Page 6 of 184

Ex. 1 - Wilson Decl.
Page 74 of 260

## 2. Rate Development Process

### 2.01 Overview

As mentioned above, there are 16 CCOs across the state; the size and business model differ across the various CCOs. The chart below shows CY15 enrollment by CCO (Including the BCCP population):

| CCO | CY 2015 MMs |
| --- | --- |
| Allcare CCO, Inc. | 586,817 |
| Cascade Health Alliance, LLC. | 196,245 |
| Columbia-Pacific CCO, LLC. | 299,935 |
| Eastern Oregon Coordinated Care Org., LLC. | 567,788 |
| FamilyCare, Inc. | 1,456,042 |
| Health Share of Oregon | 2,792,111 |
| InterCommunity Health Network, Inc. | 658,578 |
| Jackson County CCO, LLC. | 350,162 |
| PacificSource Community Solutions, Inc. (Central) | 632,577 |
| PacificSource Community Solutions, Inc. (Gorge) | 154,046 |
| Primary Health of Josephine County, LLC | 134,771 |
| Trillium Community Health Plan, Inc. | 1,071,399 |
| DCIPA, LLC. Abn Umpqua Health Alliance | 313,807 |
| Western Oregon Advanced Health, LLC | 240,077 |
| Willamette Valley Community Health, LLC | 1,172,579 |
| Yamhill County Care Organization, Inc. | 267,808 |

The following key concepts were considered when developing the rate methodology for the Oregon Medicaid program:

1) **Rating Regions** – Oregon could be considered a predominantly rural state with a handful of metropolitan areas. Due to its rurality, there are differences in practice patterns (e.g., access to care) depending on where a CCO's member base is concentrated. These differences need to be considered when developing rating regions.

2) **Credibility** – Because of the overall size of some of the CCOs, credibility needs to be considered to mitigate random fluctuations in base data. Addressing credibility in the base data will assist in mitigating some of the unexplained variance/change in specific CCOs' reported experience.

3) **Member Risk Differential** – Having 16 unique CCOs serving the same populations results in a disparity in the underlying member risk of the covered populations amongst the CCOs. A risk score tool should be considered to assist in better quantifying each CCO's membership risk.

4) **Differences in Hospital Utilization** – There are two different types of reimbursement for hospitals in the Oregon Medicaid program: DRG reimbursement (DRG-based hospitals) and Cost to Charge reimbursement (Type A/B hospitals). The A/B hospitals are facilities that are rurally located, which are generally more costly than the urban DRG hospitals. Depending on a CCO's member base, the mix of these facilities that make up the overall hospital utilization can be significantly different. To account for the inherent risk differences between CCO hospital costs, CCO inpatient and outpatient mix between DRG and A/B facilities needs to be considered.

Exhibit 3
Page 7 of 184

Ex. 1 - Wilson Decl.
Page 75 of 260

5) **Differences in CCO Specific Contracting** – Each CCO may have different contracting agreements with its physicians and hospitals.  Therefore, consideration needs to be given to the underlying differences in reimbursement between the CCOs.

6) **Data Quality** – Having 16 very different CCOs results in varying degrees of data quality with respect to reported expenditures.  The actuary needs to explore any significant differences by each CCO and make appropriate adjustments to the base data.

7) **Expansion Population** – Like most states that have expanded, Oregon has seen significant increases in their eligibility due to the number of members enrolling in the program under the ACA expansion cohort.  This increase in membership has changed the risk landscape of the program.  Given the fact that this is a new population, the underlying risk profile for these expansion members needs to be explored regularly by the actuary until a stable baseline can be established.

The rate methodology described in this certification is centered around the idea of creating rating regions from which a regional benchmark will be developed for each rating cohort.  This regional approach is then supplemented with the development of CCO specific risk factors that reflect the unique risk of each CCO.  These risk factors are applied to the regional benchmark resulting in CCO payment rates that are commensurate with the CCOs' unique risk.

The state is split into four rating regions shown below (see Appendix I.A for rating region map):

| CCO | County | Region |
|---|---|---|
| Allcare CCO, Inc. | Curry | Southwest |
| Allcare CCO, Inc. | Douglas | Southwest |
| Allcare CCO, Inc. | Jackson | Southwest |
| Allcare CCO, Inc. | Josephine | Southwest |
| Cascade Health Alliance, LLC. | Klamath | Central/Eastern |
| Columbia-Pacific CCO, LLC. | Clatsop | Northwest |
| Columbia-Pacific CCO, LLC. | Columbia | Northwest |
| Columbia-Pacific CCO, LLC. | Tillamook | Northwest |
| DCIPA, LLC. Abn Umpqua Health Alliance | Douglas | Southwest |
| Eastern Oregon Coordinated Care Org., LLC. | Baker | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Gilliam | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Grant | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Harney | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Lake | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Malheur | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Morrow | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Sherman | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Umatilla | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Union | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Wallowa | Central/Eastern |
| Eastern Oregon Coordinated Care Org., LLC. | Wheeler | Central/Eastern |
| FamilyCare, Inc. | Clackamas | Tri-County |

Exhibit 3
Page 8 of 184

Ex. 1 - Wilson Decl.
Page 76 of 260

| CCO | County | Region |
|---|---|---|
| FamilyCare, Inc. | Marion | Tri-County |
| FamilyCare, Inc. | Multnomah | Tri-County |
| FamilyCare, Inc. | Washington | Tri-County |
| Health Share of Oregon | Clackamas | Tri-County |
| Health Share of Oregon | Multnomah | Tri-County |
| Health Share of Oregon | Washington | Tri-County |
| InterCommunity Health Network, Inc. | Benton | Northwest |
| InterCommunity Health Network, Inc. | Lincoln | Northwest |
| InterCommunity Health Network, Inc. | Linn | Northwest |
| Jackson County CCO, LLC. | Jackson | Southwest |
| PacificSource Community Solutions, Inc. (Central) | Crook | Central/Eastern |
| PacificSource Community Solutions, Inc. (Central) | Deschutes | Central/Eastern |
| PacificSource Community Solutions, Inc. (Central) | Jefferson | Central/Eastern |
| PacificSource Community Solutions, Inc. (Central) | Klamath | Central/Eastern |
| PacificSource Community Solutions, Inc. (Gorge) | Hood River | Central/Eastern |
| PacificSource Community Solutions, Inc. (Gorge) | Wasco | Central/Eastern |
| Primary Health of Josephine County, LLC | Douglas | Southwest |
| Primary Health of Josephine County, LLC | Jackson | Southwest |
| Primary Health of Josephine County, LLC | Josephine | Southwest |
| Trillium Community Health Plan, Inc. | Benton | Southwest |
| Trillium Community Health Plan, Inc. | Coos | Southwest |
| Trillium Community Health Plan, Inc. | Douglas | Southwest |
| Trillium Community Health Plan, Inc. | Lane | Southwest |
| Trillium Community Health Plan, Inc. | Linn | Southwest |
| Western Oregon Advanced Health, LLC | Coos | Southwest |
| Western Oregon Advanced Health, LLC | Curry | Southwest |
| Western Oregon Advanced Health, LLC | Douglas | Southwest |
| Willamette Valley Community Health, LLC | Benton | Northwest |
| Willamette Valley Community Health, LLC | Clackamas | Northwest |
| Willamette Valley Community Health, LLC | Linn | Northwest |
| Willamette Valley Community Health, LLC | Marion | Northwest |
| Willamette Valley Community Health, LLC | Yamhill | Northwest |
| Willamette Valley Community Health, LLC | Polk | Northwest |
| Yamhill County Care Organization, Inc. | Clackamas | Northwest |
| Yamhill County Care Organization, Inc. | Marion | Northwest |
| Yamhill County Care Organization, Inc. | Polk | Northwest |
| Yamhill County Care Organization, Inc. | Washington | Northwest |
| Yamhill County Care Organization, Inc. | Yamhill | Northwest |

Exhibit 3
Page 9 of 184

Ex. 1 - Wilson Decl.
Page 77 of 260

Each CCO has a risk factor for each rating cohort and the risk factor is applied in a budget neutral manner across each rating region.  The risk factor is comprised of the following components:

1) Risk Score – using CDPS+RX risk tool
2) A/B Hospital Adjustment – captures impact of hospital mix

The goal of the rate development process was to develop a payment rate for each rating cohort within each rating region for each CCO using a regional methodology that is consistent with all applicable guidelines and Actuarial Standards of Practice (ASOPs):

- ASOP 5 – Incurred Health and Disability Claim
- ASOP 23 – Data Quality
- ASOP 41 – Actuarial Communications
- ASOP 45 – The Use of Health Status Based Risk Adjustment Methodologies
- ASOP 49 – Medicaid Managed Care Capitation Rate Development and Certification

The payment rate is the certifying actuary's best estimate that is developed to reflect the inherent risk of the covered population for each CCO, matching payment to risk across all CCOs.

OHA and **Optumas** emphasize a transparent and collaborative approach to the rate development; as such, OHA and **Optumas** have had numerous touchpoints with each CCO over the course of the past few months to discuss various aspects of the rate methodology.  In order to provide the CCOs an opportunity to address any remaining concerns/questions related to the rate methodology, OHA/**Optumas** requested that each CCO submit their questions/comments in writing by Wednesday October 5, 2016.  OHA and **Optumas** then conducted calls with each region, a total of four calls, to address the submitted questions.  **Optumas** has included the CCO questions and responses in Appendix XI.

## 2.02   Base Data

### Data Reporting

As part of the CY17 Rate Development process, **Optumas** relied on the following data sources to compile base data used in the process.  Each subsequent data source was trended forward to CY17:

1. CY14 and CY15 detailed dental encounter data (Incurred 1/1/2014 – 12/31/2015) provided by the Oregon Health Authority (OHA).  This data is paid through April 30, 2016, and was used in the development of the Dental rates.
2. CY15 detailed encounter data (Incurred 1/1/2015 – 12/31/2015) provided by the Oregon Health Authority (OHA).  This data is paid through April 30, 2016.
3. CY15 eligibility file – this data contains monthly, member-level enrollment information such as enrollment status, CCO enrolled, county of residence, and category of aid.
4. CY15 and YTD CY16 (January -June) Pharmacy Supplemental Template submitted by most CCOs to assist in informing HEP-C adjustment and pharmacy trends.
5. CY15 financial templates (Incurred 1/1/2015 – 12/31/2015), paid through March 31, 2016, reported by CCOs.  These financial templates were provided by each CCO and contain enrollment volume and medical costs, inclusive of encounterable costs, subcapitated

Exhibit 3
Page 10 of 184

Ex. 1 - Wilson Decl.
Page 78 of 260

arrangements, and additional incentive payments made to providers outside of the encounter data, including costs related to flexible services.

As part of the data validation process, **Optumas** worked in conjunction with the Oregon Health Authority (OHA) and each CCO, to ensure that a reconciliation between reported costs (financial template) and base data (encounter data, subcapitated expenditures, supplemental payments) used in rate development was completed. To the extent that adjustments were necessary to the base data, adjustments were made to reflect all reasonable allowed expenditures from the financial template. Additional detail surrounding the base data adjustments can be found in section 2.03 of this report.

## Covered Services

The services covered under the CCO program vary by CCO type. The rating categories of service used in the development of the CY16 rates are listed below, by CCO type. A value of "X" indicates that these services are covered by the particular CCO type; grey shading indicates that a service is excluded from a particular CCO type's benefit package:

| COS | CCO-A | CCO-B | CCO-E | CCO-F | CCO-G |
|---|---|---|---|---|---|
| A & B Inpatient | X | X | | | |
| DRG Inpatient | X | X | | | |
| Other Inpatient | X | X | | | |
| A & B Outpatient | X | X | | | |
| DRG Outpatient | X | X | | | |
| Other Outpatient | X | X | | | |
| Physician Services | X | X | | | |
| Substance Abuse | X | X | | | |
| Prescription Drugs | X | X | | | |
| DME and Miscellaneous | X | X | | | |
| Mental Health Services Inpatient | X | X | X | | X |
| Mental Health Services Non-Inpatient | X | X | X | | X |
| NEMT | X | X | X | X | X |
| Dental | X | | | X | X |

## Covered Populations

The populations covered under the CCO program have been grouped into various rating categories of aid (COA). The rating COAs included in the CY17 rate development are included in the table below:

| COA | Description |
|---|---|
| TANF | Temporary Assistance to Needy Families (TANF) - Ages 19 to 64 |
| PLMA | Poverty Level Medical (PLM) Female Adults |
| CHILD 00-01 | PLM, TANF, and CHIP - Age Under 1 |
| CHILD 01-05 | PLM, TANF, and CHIP - Ages 1 to 5 |
| CHILD 06-18 | PLM, TANF, and CHIP - Ages 6 to 18 |
| DUAL-MEDS | Blind, Disabled, and General Assistance Client (AB/AD) and Old Age Assistance (OAA) - Duals |

Exhibit 3
Page 11 of 184

Ex. 1 - Wilson Decl.
Page 79 of 260

| COA | Description |
|-----|-------------|
| ABAD & OAA | Blind, Disabled, and General Assistance Client (AB/AD) and Old Age Assistance (OAA) - Non-Duals |
| CAF | Children in Adoptive, Substitute, or Foster Care |
| ACA 19-44 | Affordable Care Act (ACA) - Expansion Male and Female Adults Ages 19-44 |
| ACA 45-54 | Affordable Care Act (ACA) - Expansion Male and Female Adults Ages 45-54 |
| ACA 55-64 | Affordable Care Act (ACA) - Expansion Male and Female Adults Ages 55-64 |
| BCCP | Breast and Cervical Cancer Program |

In addition to the rating cohorts noted above, a separate maternity supplemental rate has been developed for members who fall within one of these COAs and incur a delivery event.  Details surrounding the rate development for the COAs noted above, as well as the maternity supplemental case rate, can be found in subsequent sections throughout this report.

### Covered Regions

As part of the rate development process, **Optumas** has developed four rating regions within Oregon for the CCO program: Tri-County, Northwest, Southwest, and Central/Eastern.  The development of the CY17 rates relies significantly upon regionally aggregated base data.  The rating regions are intended to provide additional credibility, considering the small sample size of some CCOs within the program.  Additionally, the regions are designed in a way that groups CCOs based on coverage in like-geographical areas.

The grouping of each CCO into the four rating regions is shown in the table below:

| CCO | Region |
|-----|--------|
| Allcare CCO, Inc. | Southwest |
| Cascade Health Alliance, LLC. | Central/Eastern |
| Columbia-Pacific CCO, LLC. | Northwest |
| DCIPA, LLC. Abn Umpqua Health Alliance | Southwest |
| Eastern Oregon Coordinated Care Org., LLC. | Central/Eastern |
| FamilyCare, Inc. | Tri-County |
| Health Share of Oregon | Tri-County |
| InterCommunity Health Network, Inc. | Northwest |
| Jackson County CCO, LLC. | Southwest |
| PacificSource Community Solutions, Inc. (Central Oregon) | Central/Eastern |
| PacificSource Community Solutions, Inc. (Columbia Gorge) | Central/Eastern |
| Primary Health of Josephine County, LLC | Southwest |
| Trillium Community Health Plan, Inc. | Southwest |
| Western Oregon Advanced Health, LLC | Southwest |
| Willamette Valley Community Health, LLC | Northwest |
| Yamhill County Care Organization, Inc. | Northwest |

## 2.03  Base Data Adjustments

After compiling the encounter data provided by OHA, as well as costs reported by each CCO in its financial template related to the subcapitated arrangements and incentive programs, multiple adjustments were required to ensure that the base data was an appropriate starting point to project

Exhibit 3
Page 12 of 184

Ex. 1 - Wilson Decl.
Page 80 of 260

capitation rates for the CY17 contract period.  The following section describes adjustments made to the base data in the development of the CY17 capitation rates.

## Underreporting/Reconciliation Adjustments

**Optumas** received CY15 encounter data for each CCO through OHA, which was used as the basis for the base data development.  Once the encounter data was compiled, adjustment factors were developed to align the encounter data with costs reported in each CCO's financial template.  The first adjustment has been referred to as the 'Reconciliation Adjustment'; the purpose of this adjustment is to adjust the raw encounter data for specific costs known to be missing from the original data submission, as well as to remove the impact of known subcapitated encounters that were included in the raw encounter data.  An underreporting adjustment was then developed to account for any additional costs that were underreported in the detailed encounter data, but indicative of non subcapitated costs.  The combination of these two adjustments is used to ensure consistency with all reasonable costs reported by each CCO.

Once the Underreporting/Reconciliation adjustments were complete, **Optumas** added CCO-reported costs related to subcapitated arrangements, plus costs related to provider incentive programs, and additional prevention/outreach.

The impact of the Underreporting and Reconciliation adjustments to the base data, shown by CCO and COA, can be found in Appendix I.B.

After developing the base data using the process noted above, **Optumas** met with OHA and each CCO to develop what has been referred to as the "triangulation" process.  This process was used as a validation process between the CY15 base data, CY15 CCO-reported financials, and each CCO's reported CY15 Exhibit L, to ensure consistency between the various sources; the Exhibit L report is a report of revenue and expenditures prepared by each CCO.  This report is reconciled to the CCOs' audited financial statement, to ensure accuracy of the reported figures.

Costs related to the following were itemized within the reported financial template to assist in informing CCO specific adjustments

1.  Maternity
2.  Quality Pool Related Costs
3.  NEMT
4.  A&D Residential
5.  ACT/SE
6.  MH Children's Wraparound
7.  CANS

To the extent that discrepancies between the data sources existed, reconciliation efforts were completed between **Optumas**, OHA, and each CCO to ensure a consistent base data starting point for the CY17 rates.

Exhibit 3
Page 13 of 184

### Reimbursement Adjustments

During the 2015 financial review process, **Optumas** found that some CCOs were reporting a significant increase in per member spending from 2014 to 2015, while others were reporting sustainable or low rates of growth. In aggregate, the per-member per-month costs from 2014 to 2015 grew at a rate of 8.6% as reported by CCOs.  This growth rate far out-paced the expected sustainable rate of growth of 3.4%.

OHA asked **Optumas** to explore the drivers for CCOs that experienced significant increases, and found the following drivers:

- Increased reimbursement to providers between 2014 to 2015 for specific CCOs
- Surplus payouts to providers (incentive payments) for specific CCOs
- Increased pharmacy costs (both generic and brand) affecting all CCOs
- Increased A/B hospital costs for specific CCOs

Given the noted reimbursement increases and increased incentives, OHA asked **Optumas** to conduct a reimbursement analysis across the program to further understand the changes over time.  Appendix VIII contains a summary and description of the reimbursement analysis and associated policies.

It should be noted that OHA does not dictate the reimbursement arrangements between CCOs and providers.  Each CCO is encouraged to engage in contracting arrangements that are best suited for their business model.  However, increased expenditures due to surpluses and increased reimbursement due to previously high revenue associated with the CY14 ACA rate, cannot be perpetuated within the rate development as this would result in program costs that are not sustainable for OHA.  **Optumas** reviewed the magnitude of the adjustments and determined that the adjusted base data still reflected a reimbursement level that would provide appropriate access to the covered members.

### Regional Base Data

Once the base data was adjusted to reflect all reasonable costs for each CCO, **Optumas** developed a regional blended base data set.  Since 16 CCOs of various size operate within the state, the idea of credibility comes into play, particularly when using one year of base data as the basis for the rate development process.  In an effort to curb the credibility concern, the regional base was developed for the following regions, as discussed in section 2.02 of this report:

1. Central/Eastern Region
2. Northwest Region
3. Southwest Region
4. Tri-County Region

The regional base data was used as the starting point to develop the CY17 regional rates.  The aggregate per member, per month (PMPMs) for each COA and region can be found in Appendix I.C.

Exhibit 3
Page 14 of 184

Ex. 1 - Wilson Decl.
Page 82 of 260

## 2.05   Program Changes/Rate Add-ons

Prospective program change adjustments recognize the impact of eligibility or benefit changes occurring after the base period.  The following subsections summarize all applicable prospective program changes.

### Applied Behavioral Analysis Adjustment

Effective July 1, 2016, OHA is requiring all managed care entities to offer Applied Behavior Analysis (ABA) treatment to all eligible enrollees. This new benefit will impact the following populations:
- All children cohorts (Child 00-01, 01-05, 06-18)
- ABAD/OAA
- CAF

This adjustment was included and described within the mid-year CY16 rate addendum approved by CMS.  Since there is no emerging experience available and no new information has been released that would alter the previous estimate, **Optumas** has included the same adjustment for CY17.  Below is the narrative that was submitted as part of the mid-year addendum.

Since ABA treatment is a new service to the CCO program, **Optumas** relied on national data, recent publications, and state experts to help inform the impact of implementing ABA services. The following considerations were made during the development of the ABA adjustment:

1) The prevalence of children diagnosed with an Autism Spectrum Disorder (ASD) – to calculate the potential number of children with Autism who may seek an ABA service, **Optumas** assumed *1 out of 88 children (or 1.1%)* will be diagnosed with ASD, which is consistent with some national prevalence estimates
2) Take-up rate adjustment – based on ABA provider feedback, an ultimate take-up rate was developed, to reflect the fact that not all members eligible for ABA services will seek treatment; this was developed as a range, as shown below:

   > *At the lower bound, it is assumed that 40% of children eligible for ABA treatments will receive services.*
   > *At the upper bound, it is assumed that 50% of children eligible for ABA treatments will receive services.*

3) A distribution of ABA program hours by age – after the take-up rate was developed, the number of annual hours for ABA treatment was varied by age based on ABA provider input. The assumption surrounding the decrease in hours as age increases, is due to both the child making improvements and to the fact that other programs will be made available to the child as the child ages.  The following table illustrates the assumed service utilization by discrete age:

| Age | Service Utilization |
|-----|---------------------|
| 0   | 0.0%                |
| 1   | 0.0%                |
| 2   | 0.0%                |
| 3   | 100.0%              |

Exhibit 3
Page 15 of 184

| Age | Service Utilization |
|-----|---------------------|
| 4 | 100.0% |
| 5 | 100.0% |
| 6 | 76.9% |
| 7 | 46.2% |
| 8 | 30.8% |
| 9 | 23.1% |
| 10 | 15.4% |
| 11 | 15.4% |
| 12 | 7.7% |
| 13 | 7.7% |
| 14 | 7.7% |
| 15 | 7.7% |
| 16 | 7.7% |
| 17 | 7.7% |
| 18 | 7.7% |
| 19 | 7.7% |
| 20 | 7.7% |

4)  Estimated monthly costs by age – **Optumas** leveraged national annual cost estimates to calculate monthly costs for ASD services. Monthly costs were then varied by age (using the percentages noted in #2 above) based on ABA provider input as well as the assumption that costs will decrease in accordance to the decline in service utilization.

> *At the lower bound, monthly costs are estimated at $4,167.*
> *At the upper bound, monthly costs are estimated at $5,000.*

5)  Access to care adjustment – Based on CCO and OHA feedback, an adjustment was made to account for potential service limitations due to an inadequate ABA provider network.

> *At the lower bound, it is assumed that 35% of children seeking ABA treatments will receive services.*
> *At the upper bound, it is assumed that 55% of children seeking ABA treatments will receive services.*

The projected PMPM associated with these new services was applied to the regional base data prior to the application of regional specific non-medical load that is described in section 2.07.

Due to the variability inherent in estimating the impact of adding ABA services to the program, OHA has implemented a risk corridor for the ABA services, for the service period July 1, 2016 – December 31, 2017. More detail surrounding the risk corridor definitions and thresholds can be found in Appendix IX.

The estimated impact as well as the non-medical load for all program changes noted in the certification, by CCO and category of aid, can be found in Appendices II-VII.

Exhibit 3
Page 16 of 184

Ex. 1 - Wilson Decl.
Page 84 of 260

**Back Pain Benefit Adjustment**

This adjustment was included and described within the mid-year CY16 rate addendum approved by CMS. Since there is no emerging experience available and no new information has been released that would alter the previous estimate, **Optumas** has incorporated the same methodology in developing the estimate. Below is the narrative that was submitted as part of the mid-year addendum:

The Health Evidence Review Commission (HERC) has approved changes to the coverage for the treatments of back conditions in the Oregon Health Plan (OHP). These benefit changes will take effect July 1, 2016. The intent of this benefit change is to help people with back problems resume normal activities. Until now, OHP has limited treatment options for members who report muscle weakness and/or other signs of nerve damage. As of July 1st, treatments will become available for all back conditions. Before treatment begins, providers will assess patients to determine their level of risk for chronic back pain, and whether they meet criteria for surgical consultation. Based on the results of the assessment, one or more of the following conservative care treatments can be offered to OHP enrollees:

- Acupuncture
- Chiropractic manipulation
- Cognitive Behavioral therapy
- Medications (including short-term opiate drugs)
- Osteopathic manipulation
- Physical and occupational therapy
- And if available,
    - Yoga
    - Massage
    - Supervised exercise therapy

Consistent with the CCO rate development, the base data used to quantify the impact of the back pain benefit was calendar year 2014 (CY14) encounter data provided by OHA. To identify the target populations (i.e. members with back pain conditions), **Optumas** leveraged a technical document supplied by HERC which contained all back pain diagnosis codes and was used to identify members who would be eligible for the aforementioned treatments. It was also determined that the CY14 encounters could potentially be understated in regards to back pain diagnoses since these conditions were not previously treated under OHP and therefore relevant diagnoses could have been omitted from the encounter data. To account for this data limitation, **Optumas** also included recipients who did not have a back pain diagnosis but utilized more than 90 days of opioids during the year. It was assumed that recipients with this level of opioid utilization could be prone to having chronic back pain.

Other considerations that were reviewed during the development of the back pain benefit adjustment are as follows:

1) Member duration – since CY14 encounter diagnoses were used to identify the target population, **Optumas** wanted to ensure that a member's duration would not impact the assumed prevalence of back pain claimants. To quantify the back pain population, **Optumas** only included members with 6+ months of duration during CY14.
2) Target subpopulations – After identifying the total back pain population, **Optumas** proceeded to parse out the back pain members into two subpopulations; *Surgical* (high risk) and *Non-Surgical*

Exhibit 3
Page 17 of 184

Ex. 1 - Wilson Decl.
Page 85 of 260

(low risk). The purpose of identifying these subpopulations was to vary utilization of treatments in relation to a member's level of chronicity.

3)  Varying treatment utilization – it is assumed that the number of utilizers between the *Surgical* and *Non-Surgical* populations will vary since the level of risk is dependent upon a member's back pain condition. To account for this variation, **Optumas** assumed the following prevalence percentages:

> *For Surgical members, a 50% prevalence is assumed at the lower and upper bound, to account for the fact that a portion of this population will have already received care in the form of surgical treatment, rather than the conservative care noted above.*
> *For Non-Surgical members, 37.5% and 75% prevalence is assumed at the lower and upper bound, respectively.*

4)  Access to care adjustment – Based on CCO and OHA feedback, an adjustment was made to account for potential service limitations due to provider network constraints.

> *At the lower bound, it is assumed that 50% of enrollees seeking back pain treatments will receive the conservative care services, across all populations.*
> *At the upper bound, it is assumed that 75% of enrollees seeking back pain treatments will receive the conservative care services, across all populations.*

5)  Average number of conservative care treatments – as part of the back pain benefit change, OHP enrollees are now eligible for 30 conservative care visits. **Optumas** assumed a *9.97 average number of visits* based on provider feedback as well as a review of the number of physical therapy/chiropractic visits inherent in the CY14 encounters.

6)  Conservative care unit cost – **Optumas** assumed a *$73.13-unit cost* for conservative care treatments based on a distribution of Physical Therapy, Occupational Therapy, Chiropractic, and Cognitive Behavioral Therapy services.

The projected PMPM associated with these new services was applied to the regional base data prior to the application of regional specific non-medical load that is described in section 2.07.

## Dental Benefit Adjustment

This adjustment was included and described within the mid-year CY16 rate addendum approved by CMS.  Since there is no emerging experience available and no new information has been released that would alter the previous estimate, **Optumas** has incorporated the same methodology in developing the estimate.  Below is the narrative that was submitted as part of the mid-year addendum.

Effective July 1, 2016, OHA has implemented a programmatic change to the benefit package offered for dental services. The intent of this change is to reinstate certain benefits that had been removed or limited for certain populations, due to budgetary constraints in prior years; additionally, these benefit package changes are intended to mirror those benefits offered to children under 21, and pregnant women. As a result, please note the following:

•   Impacts have been developed for TANF, ABAD/OAA, and ACA adult populations.

Exhibit 3
Page 18 of 184

Ex. 1 - Wilson Decl.
Page 86 of 260

- Since the base data reflects CY13, prior to the ACA expansion, the base data used to develop the ACA adult population adjustments reflect CY13 TANF data, stratified by the ACA cohort age bands (i.e., 19-44, 45-54, and 55-64).
- No Impact developed for Pregnant Women (PLMA) and Children (CAF and Child 00-01, 01-05, 06-18).

The specific benefit differences per the July 1, 2016 program change are as follows:

1) Full dentures will be covered once every 10 years if dentally appropriate; the policy change removes the requirement that tooth extraction must have occurred within the last 6 months.
2) Partial dentures will be covered once every 5 years if dentally appropriate, increased from once every 10 years.
3) Stainless steel crowns will be covered for posterior permanent teeth, and all primary teeth; a change from no coverage previously.
4) Full mouth debridement will be covered once every 2 years, an increase from the current benefit of once every 3 years.
5) Periodontal scaling/root planing will be covered once every 2 years, an increase from the current benefit of once every 3 years.
6) Periodontal maintenance will be covered once every 6 months, increased from the current benefit of once every 12 months.

The projected impact of each of these has been developed with a range around both the utilization and unit cost component of the service; detail surrounding the development of range of impacts for each benefit change, including the data and assumptions used, is described in the document provided in Appendix XII.

Please note that once the range of impact was developed, the best estimate (midpoint) of this range of assumptions was selected as the PMPM impact of the benefit component of the change. This PMPM was then grossed up to reflect an 8% non-medical load, consistent with the percentage load developed for the remainder of the CY17 dental rates.

## Non-Emergent Medical Transportation Rate

Non-Emergent Medical Transportation (NEMT) services have been optional services provided by CCOs since July 2013.  All sixteen CCOs will offer NEMT through the duration of the CY17 contract period.  The NEMT adjustments were developed at a CCO specific level, using CCO reported financial data for CY15, trended forward to CY17.  The table found in Appendix I.E shows the PMPM impacts by CCO and cohort.

## Dental Rate

**Optumas** used CY14-15 encounter data, trended forward to CY17 as the primary data source for the dental rate development.  The dental rates were developed for two regions, Tri-county and Non-Tri-county, to account for varied utilization levels for each region.  Additionally, the base data was summarized by COA.

Exhibit 3
Page 19 of 184

Ex. 1 - Wilson Decl.
Page 87 of 260

Since dental services are provided via a variety of delivery systems, including staff model systems and subcapitation by the CCOs, the encounter data does not contain reliable paid amounts, only utilization. To develop a unit cost component for the CCO dental base data, **Optumas** shadow priced the CY14 and CY15 encounter data using procedure code level unit costs from Colorado's Delta Dental CHP+ program. In the event that the external fee schedule could not produce a proxy cost, **Optumas** utilized the 20th percentile of the 2013 American Dental Associate (ADA) Survey of Dental Fees to reprice the remaining encounters. Cost-of-Living Adjustments (COLA) were applied to the repriced encounters to account for underlying reimbursement differences inherent in the use of cost information derived from a program in a different state; this adjustment has been applied to all COAs as 10% increase.

Additionally, an annualized utilization trend and unit cost trend were applied, by COA and COS. Finally, a flat administrative load of 8% was applied to all COAs. Appendix I.F shows a rate development summary (RDS), including the summarized utilization, unit cost, and PMPM trend by COA and region. Appendix I.G shows the final dental rates, by CCO and COA.

## Breakthrough Therapy Adjustment

Due to increased utilization of breakthrough therapies (Hepatitis C pharmaceutical therapies), **Optumas** deemed it necessary to incorporate an adjustment to more accurately predict the risk associated with high-cost pharmaceutical therapies. **Optumas** relied on multiple sources of information, both quantitative and qualitative, as shown below, to develop the adjustment factors.

1. CY15 encounter data for all CCOs
2. CY15 supplemental Hep-C data and emerging CY16 Hep-C pharmacy experience provided by CCOs

**Optumas** reviewed the aforementioned informational sources, along with emerging trend and internal analyses using emerging data in other states, to ensure the resulting adjustment factors are both reasonable and appropriate for the proposed contract period. While the CY15 data includes some experience for the new breakthrough therapies, this experience is expected to be significantly lower than costs that will be incurred for breakthrough therapies in the CY17 contract period due to changes in policy surrounding Hep-C stage requirements. As a result, **Optumas** has adjusted the base to reflect anticipated increased costs moving forward. Due to the uncertainty surrounding future utilization of these therapies, a risk corridor will be in place during CY17 for all Hep-C pharmaceuticals. Information surrounding the risk corridor policy for Hep-C pharmaceuticals can be found in Appendix IX. The table found in Appendix I.H shows the PMPM impacts by CCO and cohort.

## Assertive Community Treatment and Supported Employment Services Adjustment

Assertive Community Treatment and Supported Employment Services (ACT/SE) were introduced in January 2013. The CCOs have very different outreach with respect to this service as it requires the CCO to assemble costly care management teams that specialize in providing this service. Since the level of outreach was different between CCOs, **Optumas** made the ACT/SE adjustment CCO specific. The adjustment was based on the CY15 expenditures reported by each CCO on their submitted CY15 financial template. OHA has implemented policy that will expand the ACT/SE services to 2,000 members by the end of CY18 with an interim target of expanding services to 1,200 members by mid CY17. There

Exhibit 3
Page 20 of 184

Ex. 1 - Wilson Decl.
Page 88 of 260

were approximately 800 members serviced across the program in CY15 which is the base data time period. This increase of 400 members by mid CY17 implies a 50% increase over 24 months or approximately a 25% annual increase in utilization.

**Optumas** assumed that every CCO that reported ACT/SE expenditures for CY15 will contribute to the increased outreach such that the distribution of members served across CCOs in CY17 would be consistent with the distribution seen within CY15. **Optumas**/OHA had discussions with each CCO surrounding their intent to create more ACT/SE teams to assist in increasing the outreach; all CCOs that reported ACT/SE expenditures plan to promote the increased outreach by ramping up staff for ACT/SE teams and improving outreach for existing ACT/SE teams.

The CCO specific PMPM impacts by cohort are shown in Appendix I.D.

### Mental Health Children's Wraparound Adjustment

As an optional service provided by the CCOs, the Mental Health Children's Wraparound adjustment accounts for peer partner, care coordination, and other wrap around services provided to children in Adoptive, Substitute, or Foster Care (CAF). All CCOs currently offer these services.

**Optumas** developed the adjustments by using CCO specific experience reported on their CY15 financial template. It should be noted that using CCO specific experience for this adjustment was a recommendation by CMS upon previous rate review. This experience was then trended to the CY17 contract period, which results in the following PMPM impacts by CCO to the CAF cohort:

| CCO | Children's Wrap |
|---|---|
| Allcare CCO, Inc. | $ 30.39 |
| Cascade Health Alliance, LLC. | $ 86.62 |
| Columbia-Pacific CCO, LLC. | $ 32.28 |
| Eastern Oregon Coordinated Care Org., LLC. | $ 105.42 |
| FamilyCare, Inc. | $ 61.93 |
| Health Share of Oregon | $ 89.54 |
| InterCommunity Health Network, Inc. | $ 0.90 |
| Jackson County CCO, LLC. | $ - |
| PacificSource Community Solutions, Inc. (Central) | $ 86.62 |
| PacificSource Community Solutions, Inc. (Gorge) | $ 86.62 |
| Primary Health of Josephine County, LLC | $ 40.57 |
| Trillium Community Health Plan, Inc. | $ 27.35 |
| DCIPA, LLC. Abn Umpqua Health Alliance | $ 67.82 |
| Western Oregon Advanced Health, LLC | $ 16.38 |
| Willamette Valley Community Health, LLC | $ 81.71 |
| Yamhill County Care Organization, Inc. | $ 113.91 |

Exhibit 3
Page 21 of 184

Ex. 1 - Wilson Decl.
Page 89 of 260

**Children's and Adolescent's Needs and Strength Assessment Adjustment**

These services are provided to children in Adoptive, Substitute, or Foster Care (CAF).  Per previous CMS guidance, **Optumas** used actual reported CCO CY15 experience for this adjustment, and trended the experience forward to the CY17 contract period. The regional PMPM impacts by CCO are shown below to the CAF cohort:

| CCO | CANS Adjustment |
|---|---|
| Allcare CCO, Inc. | $            2.96 |
| Cascade Health Alliance, LLC. | $            2.62 |
| Columbia-Pacific CCO, LLC. | $            - |
| Eastern Oregon Coordinated Care Org., LLC. | $            - |
| FamilyCare, Inc. | $            1.86 |
| Health Share of Oregon | $            - |
| InterCommunity Health Network, Inc. | $            0.23 |
| Jackson County CCO, LLC. | $            - |
| PacificSource Community Solutions, Inc. (Central) | $            - |
| PacificSource Community Solutions, Inc. (Gorge) | $            - |
| Primary Health of Josephine County, LLC | $            2.99 |
| Trillium Community Health Plan, Inc. | $            0.24 |
| DCIPA, LLC. Abn Umpqua Health Alliance | $            2.99 |
| Western Oregon Advanced Health, LLC | $            - |

**Maternity Rates**

CCO-specific maternity case rates were developed using CY14 and CY15 encounter data, trended to the midpoint of 2017.  Cost per delivery was developed by region, broken out by vaginal and caesarean deliveries, as well as A/B vs. DRG hospital, and in-state vs. out of state.  CCO-specific adjustments were made to the regional base data for hospital reimbursement mix, vaginal and caesarean section delivery mix, and out of state hospital delivery costs.  Once the medical component of the rate was developed, the next step was to apply non-medical load.  The non-medical load consists of a flat 8% load to the medical component of the case rate; additionally, the maternity case rates have been grossed up for Tier 1 HRA, Tier 1 HRA admin, and Tier 2 HRA; the details surrounding the calculation of HRA can be found in section 2.07.   The resulting fully loaded CCO-specific maternity case rates are shown below, compared to the rates developed for CY16:

| CCO | CY 2016 Rate | CY 2017 Rate | Rate Change |
|---|---|---|---|
| Allcare CCO, Inc. | $       11,022.30 | $       10,899.21 | -1.1% |
| Cascade Health Alliance, LLC. | $       10,979.46 | $       10,892.78 | -0.8% |
| Columbia-Pacific CCO, LLC. | $       13,546.70 | $       13,393.34 | -1.1% |
| Eastern Oregon Coordinated Care Org., LLC. | $       13,321.95 | $       13,023.05 | -2.2% |

Exhibit 3

Page 22 of 184

Ex. 1 - Wilson Decl.

Page 90 of 260

| CCO | CY 2016 Rate | CY 2017 Rate | Rate Change |
|---|---|---|---|
| FamilyCare, Inc. | $ 12,130.29 | $ 12,067.21 | -0.5% |
| Health Share of Oregon | $ 12,105.38 | $ 11,983.55 | -1.0% |
| InterCommunity Health Network, Inc. | $ 12,795.57 | $ 12,547.22 | -1.9% |
| Jackson County CCO, LLC. | $ 11,683.57 | $ 11,366.25 | -2.7% |
| PacificSource Community Solutions, Inc. (Central) | $ 12,488.01 | $ 12,138.77 | -2.8% |
| PacificSource Community Solutions, Inc. (Gorge) | $ 14,351.88 | $ 14,084.96 | -1.9% |
| Primary Health of Josephine County, LLC | $ 10,803.57 | $ 10,924.01 | 1.1% |
| Trillium Community Health Plan, Inc. | $ 11,263.87 | $ 11,254.71 | -0.1% |
| DCIPA, LLC. Abn Umpqua Health Alliance | $ 10,903.44 | $ 10,860.74 | -0.4% |
| Western Oregon Advanced Health, LLC | $ 12,985.56 | $ 12,944.25 | -0.3% |
| Willamette Valley Community Health, LLC | $ 12,162.38 | $ 11,815.97 | -2.8% |
| Yamhill County Care Organization, Inc. | $ 12,964.90 | $ 12,286.94 | -5.2% |

## 2.06   Trend

Trend factors were applied to estimate the change in utilization rate (frequency of services) and unit cost (pure price change, technology, acuity/intensity, and mix of services) of services over time.  These trend factors were used to project the costs from the base period to the future contract period.  Trends were developed on an annualized basis and applied by major service category from the midpoint of the base period to the midpoint of the contract period.  Annual trend rates, by COA and COS, are shown in Appendix I.I.

Trend factors were developed for both utilization and unit cost using historical CCO data, reported financial data, and supplemental information reflecting emerging data provided by CCOs.  The historical CCO data was aggregated by rating region and analyzed by population and COS.  The data was arrayed such that 3 month moving averages (MMA), 6 MMA, and 12 MMA could be calculated.  These resulting averages were evaluated and weighted to best reflect the expected annual trend.  There was not a pre-determined algorithm related to the weighting, it was based on each data extracts' results and varied depending on particular nuances with that COS or population.

## 2.07   Non-Medical Loading

Non-medical loading was loaded to the projected medical costs to account for CCO expenditures associated with the following items: general administration, underwriting gains, risk/contingency margin, Case Management, Hospital Reimbursement Adjustments (HRA), and Health Insurance Providers Fee (HIPF). The magnitude of each of the aforementioned non-medical loading components were developed separately, using a combination of CCO financial data and State-directed policies.

### Base Non-Medical Load

Upon review of the administrative levels reported in the CCO financial submissions, **Optumas** has developed a regional specific non-medical load that is applied to the regional base data in order to

Exhibit 3
Page 23 of 184

Ex. 1 - Wilson Decl.
Page 91 of 260

develop regional benchmarks to which risk factors could be applied.  The components of the regional non-medical load are shown below

| Region | Administration | Care Management and Flexible Services | Profit | Risk/Contingency | Total |
|---|---|---|---|---|---|
| Tri County | 7.7% | 0.9% | 1.0% | 0.5% | 10.1% |
| Northwest | 8.0% | 0.2% | 1.0% | 0.5% | 9.7% |
| Southwest | 8.5% | 1.8% | 1.0% | 0.5% | 11.8% |
| Central/Eastern | 8.6% | 1.4% | 1.0% | 0.5% | 11.5% |

The maternity case rate and dental rates receive an 8% non-medical load consistent with historical policy.

## Hospital Reimbursement Adjustment (HRA)

Due to certain legislation passed in 2011, DRG hospitals (hospitals that receive reimbursement based on Medicare diagnostic related group reimbursement) are required to pay a special provider assessment. Effective October 1, 2011, additional hospital reimbursement adjustments (HRA) were included in the capitation rates for FCHPs, PCOs, and MHOs (now CCOs) to account for this new special tax paid by DRG hospitals. HRA is broken down into 2 parts: Tier 1 HRA and Tier 2 HRA.

Tier 1 HRA brings DRG hospital reimbursement from 68% of Medicare to 100% of Medicare.  Tier 2 HRA is an additional provider tax allowance or adjustment to compensate for the new special provider assessment that these hospitals pay.  Tier 2 HRA is an additional enhancement in the capitation rates that provides an allowance for additional provider tax instituted by the 2011 Oregon legislative session. Tier 2 HRA is considered a provider tax allowance, which is built in at 3% of premium for the CY17 rates. Tier 2 HRA is referred to as the Hospital Provider Tax Allowance in the contract rate sheets.  There is a 2% administrative allowance on Tier 1 HRA (there is no administrative load on Tier 2) to allow for the additional administrative requirements of the CCOs to administer the program.

The CCOs pay supplemental payments to the DRG hospitals, due to the additional costs to the DRG hospitals in provider tax assessments.  However, it is important to note that per federal requirements, the DRG hospitals are assessed on their entire net patient premiums, including all payer types, commercial, Medicare and Medicaid; and they are not held harmless as a result of the aforementioned payments.  Individual DRG hospitals are reimbursed by individual CCOs based on the hospital's level of Medicaid claims, not based on the amount the hospital was assessed.

Tier 1 and Tier 2 HRA for CCOs are calculated in the same way as they were calculated for FCHPs:

Tier 1 is calculated as a 32% load on Inpatient and Outpatient non-A/B hospital services, prior to any other non-medical load.  In addition to the Tier 1 load, an administrative component for the handling of Tier 1 HRA funding has been included as a 2% load on the resulting Tier 1 HRA PMPM built into the rates.

Exhibit 3
Page 24 of 184

Ex. 1 - Wilson Decl.
Page 92 of 260

Tier 2 is calculated as a 3% load on all services, with the exception of Mental Health non-Inpatient, NEMT, and Dental.  The 3% load is applied after base administrative and Tier 1 HRA adjustments have been applied.

For an illustrative example of the Tier 1 and Tier 2 HRA calculations for the DRG Inpatient COS, please see below:

| PMPM Net Base NML (A) | Example Base NML % of Prem (B) | PMPM Gross Base NML (C) = (A)/[1-(B)] |
|---|---|---|
| $ 88.00 | 12% | $ 100.00 |

| Tier 1 HRA % of Prem. (D) | Tier 1 PMPM (E) = (A)/[1-(D)] - (A) | Tier 1 HRA Admin % of Prem. (F) | Tier 1 Admin (G) = (E)/[1-(F)]-(E) |
|---|---|---|---|
| 32.0% | $ 41.41 | 2.0% | $ 0.85 |

| Tier 1 Adjusted PMPM (H)=(C)+(E)+(G) | Tier 2 HRA % of Prem. (I) | Tier 2 PMPM (J)=(H)/[1-(I)]-(H) | Tier 2 Adjusted PMPM (K)=(H)+(J) |
|---|---|---|---|
| $ 142.26 | 3.0% | $ 4.40 | $ 146.66 |

### Health Insurance Provider's Fee

Since a moratorium is in place for the Health Insurance Provider's Fee (HIPF) for CY17, no adjustment has been made for the HIPF in the CY17 rates.

## 2.08  Risk Factor

The risk factor is designed to quantify a CCO's specific risk, relative to the rating region in which it belongs.  When developing the risk factor, **Optumas** considered different aspects of risk.  Member risk (Member Health Status) is measured by using the risk tool CDPS+RX, which assigns each member a risk score based on their demographics, pharmacy utilization, and diagnosis information.  Differences in hospital costs across CCOs are captured through the adjustment called A/B Hospital Adjustment; this adjustment quantifies the impact of CCOs having varying mix of services between DRG and A/B hospitals.  This is necessary, as A/B hospitals are generally much more expensive than DRG hospitals.  As discussed throughout the document, the general approach underlying the rate methodology is:

1) Development of a regional benchmark for each rating cohort for each rating region.
2) Development of a risk factor for each unique CCO for each rating cohort.  This risk factor is applied to each payment rate chosen by OHA within the regional benchmark range to develop a CCO specific payment rate.
3) The risk factors are applied in a way which is budget neutral to the specific rating region, so no dollars are added or removed to the regional spend due to the application of the risk factors.
4) By applying the risk factors to the regional benchmark, the resulting payment rate better matches payment to risk for each specific CCO in that rating region.
5) Risk Factors are comprised of two components:  CDPS+RX Risk Score and A/B Hospital Adjustment.

Exhibit 3
Page 25 of 184

Ex. 1 - Wilson Decl.
Page 93 of 260

**Risk Score**

Consistent with ASOP 45, The Use of Health Status Based Risk Adjustment Methodologies, a few key questions were considered when making the decision to use the CDPS+RX risk tool:

1) *How did CDPS+RX compare to Medicaid RX tool within the OR program?*
   In order to determine which risk tool to use, **Optumas** completed a correlation analysis for both the Medicaid Rx and CDPS+RX risk tools. The correlation analysis is designed to ensure that members with high risk scores have high annual expenditures and members with low risk scores have low annual expenditures. The correlation analysis is conducted by rating cohort on a statewide and regional basis. The results of this analysis indicated that CDPS+RX had a slightly higher correlation than Medicaid RX, so the decision was made to use the CDPS+RX risk tool.

2) *Was there significant correlation across each rating cohort between risk scores and annual medical expenditures at the member level, such that the data provided evidence that the risk tool was producing reasonable results?*
   Once the risk tool was chosen, **Optumas** had to decide which rating cohorts the CDPS+RX risk tool would not be a good predictor of risk. The table below summarizes which rating cohorts are subject to CDPS+RX risk tool analysis – cohorts with an 'x' indicate risk-adjusted cohorts.

| COA | Risk-Adjusted? |
|---|---|
| TANF | X |
| PLMA | |
| CHILD 00-01 | |
| CHILD 01-05 | X |
| CHILD 06-18 | X |
| DUAL-MEDS | |
| ABAD & OAA | X |
| CAF | |
| ACA 19-44 | X |
| ACA 45-54 | X |
| ACA 55-64 | X |
| BCCP | |

The following reasons have been considered as to why certain cohorts are not risk-adjusted:

1. **PLMA** – Since the PLMA cohort consists of pregnant women, challenges exist when using a tool such as CDPS+Rx to measure risk of the population. This population typically has shorter enrollment duration than other cohorts, and the largest cost driver is typically the delivery event incurred by these members, which is accounted for through the maternity case rate payment.
2. **Child 00-01** – This cohort consists of children under the age of 1. Since the driver of cost differences within this cohort are typically indicative of costs associated with the birth of a newborn, rather than a chronic condition. Additionally, durational concerns play a role in this decision, since the majority of these members will reside in a different cohort the following year, which conflicts with the prospective nature of the risk score tool.

Exhibit 3
Page 26 of 184

Ex. 1 - Wilson Decl.
Page 94 of 260

3. **Dual-Meds** – Since not all claims for Medicare eligibles are available in Medicaid data, the full spectrum of diagnosis codes that relate to this population cannot be used in the calculation of each members' risk score. Furthermore, the majority of costs are the responsibility of Medicare, and not necessarily reflective of costs that CCOs are responsible for. Therefore, the CDPS+Rx tool has not been used for this cohort.

4. **CAF** – Due to the transient nature of foster care children, as well as the unique utilization profile that these members have, the CDPS+Rx tool may not necessarily capture the true risk of this population.

3) *Did the data have all the necessary data elements to support the risk tool? If so, were they consistently reported for all CCOs?*
   **Optumas** worked with OHA to ensure that the data being used in the risk score analysis had all the relevant data elements; in particular, four diagnosis codes from encounter claims were used in producing the risk score for specific members. This was consistent across all CCOs; therefore, no bias results due to some CCOs reporting more/less robust diagnosis information in encounter data. Future rate cycles will include additional studies on the marginal impact of including more diagnosis information within the risk score analysis.

4) *Which weights should be used, State specific or National?*
   After discussions with OHA regarding the state specific weights, the decision was made to use the national weights until state specific weights can be developed using more recent data. The existing state specific weights were developed using a methodology that was based on 2010 data that had limited substantiation and relied on cost to charge ratios, rather than actual paid amounts, to develop the weights. **Optumas** will work with OHA to develop state specific weights using more recent data and provide the substantiation in future rate cycles when they are used in risk analysis.

5) *Should concurrent or prospective models be used?*
   **Optumas** reviewed both models, but chose the prospective because of how the risk score is being applied. The risk score is being applied by using an experience period to project the risk of that population in a future contract period, which is consistent with the prospective model.

6) *How to handle members with limited data due to duration within experience period?*
   **Optumas** reviewed the impact of duration for members across the state. Based on this approach, it was decided to use a 6 month duration requirement in which a member had to have 6 or more months of duration before their risk score counts. Any member with fewer than 6 months of duration received the average for that CCO and rate cohort.

   Please see Appendix II.B for a summary of scored and non-scored members by CCO, based on the durational requirement noted above.

7) *How to recalibrate the risk tool for future rate cycles?*
   **Optumas** will work with OHA to develop state specific weights for use in future rate cycles..

   Please see Appendix II.C for a summary of risk scores, and Appendix X for a narrative describing the risk factor analysis.

Exhibit 3
Page 27 of 184

Ex. 1 - Wilson Decl.
Page 95 of 260

## A/B Hospital Adjustment

The A/B Hospital Adjustment is designed to account for differences in hospital mix between the CCOs across a specific rating region.  There are two types of hospitals in the Oregon program; DRG hospitals and A/B hospitals.  The A/B hospitals are usually located in more rural areas and are reimbursed using a cost to charge methodology that results in higher cost than the more urban DRG hospitals.  Because of this, an adjustment is necessary to ensure that a CCO's specific hospital mix is accounted for within the risk factor calculation.

The A/B Hospital Adjustment was based on CY15 data, so that the most recent practice patterns could be used from each CCO.  The factor is developed by calculating the aggregate distribution of utilization between the two hospital types within a given region; CCO specific distributions are then compared to the regional aggregate distribution, to develop a factor that represents the CCOs' A/B hospital utilization compared to the regional average.

Please see Appendix II.D for a summary of A/B factors.

## Aggregating to Create Risk Factor

The risk score from CDPS+RX tool and the A/B Hospital Adjustment are aggregated for each CCO to create an aggregate risk factor.  This risk factor is then applied in a budget neutral manner such that when applied to the regional benchmark, the weighted average of CCO specific payment rates will weight back to the regional payment rate for that rating cohort.

Please see Appendix II.E for demonstration of budget neutrality.

Exhibit 3
Page 28 of 184

Ex. 1 - Wilson Decl.
Page 96 of 260

## 3. Rate Certification

I, Zach Aters, a Senior Actuary at **Optumas**, Member of the American Academy of Actuaries (MAAA), and an Associate of the Society of Actuaries (ASA), am certifying the calculation of payment rates described within this certification document. Appendices III – VII contain the RDS and final capitation rates for all cohorts. I meet the qualification standards established by the American Academy of Actuaries and have followed the practice standards established from time to time by the Actuarial Standards Board.

The capitation rates provided with this certification are considered actuarially sound for purposes of the 42 CFR 438.6(c), according to the following criteria:

- The capitation rates have been developed in accordance with generally accepted actuarial principles and practices;
- The capitation rates are appropriate for the populations to be covered, and the services to be furnished under the contract; and
- The capitation rates meet the requirements of 42 CFR 438.6(c).

The actuarially sound rates that are associated with this certification are effective January 1, 2017 through December 31, 2017 for the Oregon CCO managed care program.

The actuarially sound capitation rates are based on a projection of future events. Actual experience may vary from the experience assumed within their rate projection. The capitation rates offered may not be appropriate for any specific Managed Care Entity (MCE). An individual MCE should review the rates in relation to the benefits that it is obligated to provide to the covered population and to its specific business model. The MCE should evaluate the rates in the context of its own experience, expenses, capital, surplus, and profit requirements prior to agreeing to contract with OHA. As a result of this evaluation, the MCE may require rates above or below the actuarially sound rates associated with this certification.

Please feel free to contact me at 480.588.2495 for any additional information.


Sincerely,

Zach Aters, ASA, MAAA
Senior Actuary, Optumas

Exhibit 3
Page 29 of 184

Ex. 1 - Wilson Decl.
Page 97 of 260

## 4. Appendices

Exhibit 3
Page 30 of 184

Ex. 1 - Wilson Decl.
Page 98 of 260

## Appendix I.  Rate Development

Exhibit 3
Page 31 of 184

Ex. 1 - Wilson Decl.
Page 99 of 260

**Appendix I.A: Regional Map**



| | |
|---|---|
| �merged brown | Northwest |
| light blue | Southwest |
| gray | Central/Eastern |
| red | Tri-County |

Exhibit 3
Page 32 of 184

Ex. 1 - Wilson Decl.
Page 100 of 260

## Appendix I.B: Underreporting and Reconciliation Impacts

### Underreporting Factors

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | DUAL-MEDS | ABAD & OAA | CAF | ACA 19-44 | ACA 45-54 | ACA 55-65 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO, Inc. | 2.6% | 2.7% | 3.2% | 3.0% | 2.4% | 2.2% | 2.2% | 2.2% | 2.4% | 2.5% | 2.4% |
| Cascade Health Alliance, LLC. | 10.5% | 14.4% | 15.2% | 12.3% | 12.1% | 11.9% | 8.8% | 14.5% | 11.2% | 9.8% | 9.6% |
| Columbia-Pacific CCO, LLC. | 1.3% | 1.6% | 3.2% | 1.5% | 1.2% | 0.8% | 1.5% | 0.6% | 1.4% | 1.5% | 1.6% |
| Eastern Oregon Coordinated Care Org., LLC. | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% | 2.5% | 2.7% | 2.8% | 2.7% | 2.7% | 2.7% |
| FamilyCare, Inc. | 2.3% | 2.5% | 3.2% | 2.6% | 2.1% | 2.3% | 2.1% | 2.1% | 2.3% | 2.3% | 2.2% |
| Health Share of Oregon | 3.8% | 4.0% | 3.9% | 3.5% | 4.4% | 3.9% | 3.7% | 6.5% | 4.0% | 3.6% | 3.5% |
| InterCommunity Health Network, Inc. | 1.9% | 1.8% | 3.2% | 2.3% | 2.1% | 3.3% | 3.0% | 2.3% | 1.8% | 1.8% | 2.0% |
| Jackson County CCO, LLC. | 2.7% | 3.3% | 4.4% | 3.8% | 3.2% | 2.8% | 2.6% | 4.4% | 2.8% | 2.7% | 3.1% |
| PacificSource Community Solutions, Inc. (Central) | 11.6% | 17.2% | 18.7% | 16.6% | 12.8% | 16.5% | 10.0% | 18.5% | 11.0% | 10.1% | 8.5% |
| PacificSource Community Solutions, Inc. (Gorge) | 9.7% | 10.3% | 10.6% | 10.2% | 10.0% | 9.7% | 9.4% | 9.4% | 9.6% | 9.4% | 9.6% |
| Primary Health of Josephine County, LLC | 1.7% | 1.8% | 2.1% | 1.8% | 1.4% | 1.4% | 1.3% | 1.6% | 1.6% | 1.5% | 1.5% |
| Trillium Community Health Plan, Inc. | 6.7% | 7.0% | 9.2% | 6.8% | 6.8% | 7.6% | 7.5% | 6.5% | 6.8% | 7.0% | 7.1% |
| DCIPA, LLC. Abn Umpqua Health Alliance | 11.7% | 11.9% | 13.7% | 11.5% | 10.9% | 11.6% | 10.4% | 10.8% | 11.4% | 11.0% | 10.8% |
| Western Oregon Advanced Health, LLC [1] | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% |
| Willamette Valley Community Health, LLC [2] | | | | | | | | | | | |
| Yamhill County Care Organization, Inc. | 2.9% | 3.4% | 4.7% | 2.9% | 3.0% | 2.8% | 3.0% | 2.3% | 2.9% | 3.1% | 3.1% |

1 WOAH's Underreporting and Reconciliation factors are shown at an aggregate level due to their costs being allocated based on regional data.
2 WVCH's factors are shown as a single aggregate Reconciliation Factor due to inclusion of subcapitated encounters within their encounter data and an allocation methodology based on regional data.

### Reconciliation Factors

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | DUAL-MEDS | ABAD & OAA | CAF | ACA 19-44 | ACA 45-54 | ACA 55-65 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO, Inc. | 1.5% | 0.7% | 0.2% | 1.1% | 2.4% | 3.4% | 4.6% | 1.4% | 2.1% | 3.1% | 3.8% |
| Cascade Health Alliance, LLC. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Columbia-Pacific CCO, LLC. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Eastern Oregon Coordinated Care Org., LLC. | -3.9% | -3.7% | -0.1% | -0.7% | -8.4% | -7.6% | -1.8% | -47.0% | -4.6% | -2.2% | -0.7% |
| FamilyCare, Inc. | 2.5% | 1.1% | 0.4% | 1.8% | 3.4% | -10.9% | 2.3% | 1.9% | 2.8% | 3.6% | 3.9% |
| Health Share of Oregon | -7.3% | -5.8% | -0.4% | -4.7% | -16.9% | -23.9% | -6.6% | -29.6% | -8.3% | -5.1% | -3.2% |
| InterCommunity Health Network, Inc. | -3.7% | -2.7% | -0.2% | -2.6% | -9.8% | -19.8% | -2.3% | -17.0% | -3.4% | -1.0% | 0.2% |
| Jackson County CCO, LLC. | -0.8% | 0.0% | 0.0% | 0.0% | -1.9% | -0.4% | -1.9% | -1.4% | -2.1% | -0.9% | -0.4% |
| PacificSource Community Solutions, Inc. (Central) | -8.0% | -5.7% | -0.4% | -1.2% | -8.1% | -4.6% | -1.9% | -22.9% | -6.8% | -2.7% | -1.3% |
| PacificSource Community Solutions, Inc. (Gorge) | -0.9% | -0.7% | -0.1% | -0.7% | -3.1% | -0.7% | -1.1% | -51.2% | -2.1% | -0.3% | -0.3% |
| Primary Health of Josephine County, LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Trillium Community Health Plan, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| DCIPA, LLC. Abn Umpqua Health Alliance | -0.1% | 0.0% | 0.0% | 0.0% | -0.5% | 0.0% | -0.4% | -0.1% | -0.8% | -0.4% | 0.0% |
| Western Oregon Advanced Health, LLC [1] | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% | -5.1% |
| Willamette Valley Community Health, LLC [2] | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% | -70.9% |
| Yamhill County Care Organization, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

1 WOAH's Underreporting and Reconciliation factors are shown at an aggregate level due to their costs being allocated based on regional data.
2 WVCH's factors are shown as a single aggregate Reconciliation Factor due to inclusion of subcapitated encounters within their encounter data and an allocation methodology based on regional data.

Exhibit 3
Page 33 of 184

Ex. 1 - Wilson Decl.
Page 101 of 260

## Appendix I.C: Regional Base Data

**Physical Health and Mental Health PMPMs (CCO-A and CCO-B)**

| COA | PMPM [1] | | | |
|---|---|---|---|---|
| | Central/Eastern | Southwest | Northwest | Tri-County |
| TANF | $362.89 | $287.56 | $338.91 | $267.43 |
| PLMA | $311.35 | $265.39 | $296.67 | $262.89 |
| CHILD 00-01 | $434.46 | $537.81 | $465.75 | $477.94 |
| CHILD 01-05 | $112.37 | $100.19 | $110.65 | $89.99 |
| CHILD 06-18 | $133.82 | $115.90 | $131.47 | $102.62 |
| ABAD & OAA Duals | $204.31 | $178.22 | $207.37 | $261.62 |
| ABAD & OAA Medicaid Only | $1,155.65 | $955.52 | $1,025.86 | $1,139.63 |
| CAF | $514.32 | $400.87 | $407.45 | $373.91 |
| ACA 19-44 | $322.04 | $237.23 | $293.91 | $228.65 |
| ACA 45-54 | $514.23 | $423.49 | $498.57 | $423.17 |
| ACA 55-64 | $587.34 | $481.98 | $555.27 | $459.54 |
| BCCP | $1,683.61 | $1,095.79 | $1,156.13 | $1,347.21 |

**Mental Health Only PMPMs (CCO-E and CCO-G)**

| COA | PMPM [1] | | | |
|---|---|---|---|---|
| | Central/Eastern | Southwest | Northwest | Tri-County |
| TANF | $33.36 | $38.74 | $37.28 | $29.46 |
| PLMA | $15.03 | $27.64 | $26.91 | $18.38 |
| CHILD 00-01 | $1.16 | $11.99 | $17.35 | $1.46 |
| CHILD 01-05 | $4.56 | $14.12 | $19.66 | $4.80 |
| CHILD 06-18 | $29.08 | $33.47 | $35.05 | $25.40 |
| ABAD & OAA Duals | $60.37 | $46.24 | $51.29 | $95.55 |
| ABAD & OAA Medicaid Only | $133.86 | $138.78 | $91.77 | $154.42 |
| CAF | $258.51 | $215.37 | $167.73 | $153.13 |
| ACA 19-44 | $33.61 | $41.22 | $40.42 | $30.22 |
| ACA 45-54 | $41.53 | $46.07 | $42.24 | $33.36 |
| ACA 55-64 | $43.66 | $42.91 | $37.07 | $22.53 |
| BCCP | $55.00 | $54.39 | $26.77 | $34.93 |

[1] *PMPMs reflect CY15 regional base data. This reflects figures after incorporating the non-BCCP SNRG members into other rating cohorts*

Exhibit 3
Page 34 of 184

Ex. 1 - Wilson Decl.
Page 102 of 260

## Appendix I.D: ACT/SE Adjustment

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO, Inc. | $1.26 | $0.00 | $0.00 | $0.00 | $0.00 | $5.29 | $10.62 | $0.00 | $1.26 | $1.26 | $1.26 | $10.62 |
| Cascade Health Alliance, LLC. | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.72 | $0.40 | $0.00 | $0.53 | $2.54 | $0.00 | $0.40 |
| Columbia-Pacific CCO, LLC. | $0.56 | $0.14 | $0.00 | $0.00 | $0.00 | $16.66 | $27.54 | $0.30 | $0.99 | $1.53 | $0.70 | $27.54 |
| Eastern Oregon Coordinated Care Org., LLC. | $0.79 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 | $13.72 | $0.00 | $0.79 | $0.79 | $0.79 | $13.72 |
| FamilyCare, Inc. | $0.58 | $0.06 | $0.00 | $0.00 | $0.01 | $0.66 | $1.29 | $0.03 | $0.21 | $0.20 | $0.16 | $1.29 |
| Health Share of Oregon | $2.12 | $0.58 | $0.00 | $0.16 | $0.91 | $17.72 | $24.26 | $5.85 | $2.88 | $1.32 | $0.84 | $24.26 |
| InterCommunity Health Network, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.22 | $0.00 | $0.02 | $0.00 | $0.00 | $0.22 |
| Jackson County CCO, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.28 | $0.00 | $0.00 | $0.00 | $0.00 | $7.28 |
| PacificSource Community Solutions, Inc. (Central) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PacificSource Community Solutions, Inc. (Gorge) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Primary Health of Josephine County, LLC | $1.09 | $0.00 | $0.00 | $0.00 | $0.00 | $2.97 | $21.71 | $0.00 | $0.00 | $0.00 | $0.00 | $21.71 |
| Trillium Community Health Plan, Inc. | $1.57 | $1.64 | $3.35 | $0.45 | $0.60 | $0.64 | $5.10 | $1.72 | $1.22 | $2.38 | $2.60 | $5.10 |
| DCIPA, LLC. Abn Umpqua Health Alliance | $1.09 | $0.00 | $0.00 | $0.00 | $0.00 | $6.99 | $12.37 | $0.00 | $1.07 | $1.11 | $1.11 | $12.37 |
| Western Oregon Advanced Health, LLC 1 | $2.01 | $0.07 | $0.06 | $0.05 | $0.17 | $0.24 | $0.69 | $1.40 | $0.18 | $0.23 | $3.93 | $0.69 |
| Willamette Valley Community Health, LLC | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | $6.80 | $12.77 | $0.00 | $0.62 | $0.62 | $0.63 | $12.77 |
| Yamhill County Care Organization, Inc. | $4.52 | $0.79 | $0.00 | $0.00 | $0.02 | $7.80 | $12.71 | $0.00 | $3.09 | $6.60 | $3.34 | $12.71 |

Exhibit 3
Page 35 of 184

Ex. 1 - Wilson Decl.
Page 103 of 260

## Appendix I.E: Non-Emergent Medical Transportation Adjustment

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO, Inc. | $3.88 | $4.12 | $0.27 | $0.25 | $0.39 | $31.64 | $33.79 | $1.40 | $3.52 | $7.05 | $4.47 | $33.79 |
| Cascade Health Alliance, LLC. | $9.23 | $4.32 | $0.84 | $0.56 | $0.98 | $52.90 | $41.04 | $2.69 | $12.65 | $16.80 | $19.99 | $41.04 |
| Columbia-Pacific CCO, LLC. | $6.29 | $6.68 | $0.43 | $0.40 | $0.63 | $51.31 | $54.80 | $2.27 | $5.72 | $11.43 | $7.26 | $54.80 |
| Eastern Oregon Coordinated Care Org., LLC. | $9.53 | $4.36 | $0.65 | $0.64 | $0.99 | $61.43 | $46.78 | $3.20 | $14.75 | $18.49 | $22.45 | $46.78 |
| FamilyCare, Inc. | $6.77 | $6.61 | $0.36 | $0.17 | $0.37 | $36.44 | $40.41 | $2.17 | $7.23 | $11.96 | $9.07 | $40.41 |
| Health Share of Oregon | $6.25 | $5.40 | $0.68 | $0.35 | $0.44 | $55.86 | $43.65 | $4.08 | $3.40 | $7.53 | $5.70 | $43.65 |
| InterCommunity Health Network, Inc. | $9.51 | $10.10 | $0.65 | $0.61 | $0.95 | $77.57 | $82.84 | $3.43 | $8.64 | $17.27 | $10.97 | $82.84 |
| Jackson County CCO, LLC. | $3.23 | $3.43 | $0.22 | $0.21 | $0.32 | $26.34 | $28.13 | $1.17 | $2.93 | $5.87 | $3.73 | $28.13 |
| PacificSource Community Solutions, Inc. (Central) | $5.36 | $5.69 | $0.37 | $0.34 | $0.54 | $43.72 | $46.69 | $1.94 | $4.87 | $9.74 | $6.18 | $46.69 |
| PacificSource Community Solutions, Inc. (Gorge) | $2.89 | $3.07 | $0.20 | $0.18 | $0.29 | $23.59 | $25.20 | $1.04 | $2.63 | $5.25 | $3.34 | $25.20 |
| Primary Health of Josephine County, LLC | $3.33 | $3.53 | $0.23 | $0.21 | $0.33 | $27.14 | $28.98 | $1.20 | $3.02 | $6.04 | $3.84 | $28.98 |
| Trillium Community Health Plan, Inc. | $4.85 | $5.15 | $0.33 | $0.31 | $0.49 | $39.58 | $42.27 | $1.75 | $4.41 | $8.81 | $5.60 | $42.27 |
| DCIPA, LLC. Abn Umpqua Health Alliance | $4.35 | $4.62 | $0.30 | $0.28 | $0.44 | $35.47 | $37.88 | $1.57 | $3.95 | $7.90 | $5.02 | $37.88 |
| Western Oregon Advanced Health, LLC 1 | $5.40 | $5.74 | $0.37 | $0.34 | $0.54 | $44.07 | $47.07 | $1.95 | $4.91 | $9.81 | $6.23 | $47.07 |
| Willamette Valley Community Health, LLC | $5.15 | $5.47 | $0.35 | $0.33 | $0.52 | $42.00 | $44.85 | $1.86 | $4.68 | $9.35 | $5.94 | $44.85 |
| Yamhill County Care Organization, Inc. | $7.28 | $7.73 | $0.50 | $0.46 | $0.73 | $59.35 | $63.38 | $2.63 | $6.61 | $13.22 | $8.39 | $63.38 |

Exhibit 3
Page 36 of 184

Ex. 1 - Wilson Decl.
Page 104 of 260

## Appendix I.F: Regional Dental RDS

**Tri-County Region**

| COA | Base Data PMPM | | IBNR Adjusted PMPM | | Blended Base | COLA Adjustment | | Prospective Trend | | | | Dental Buy-Back Adjustment | | Non-Medical Load | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CY14 | CY15 | CY14 | CY15 | CY14/15 PMPM | % Adjustment | PMPM | Annualized Util/1,000 % | Annualized Unit Cost % | Annualized PMPM % | PMPM | Adjustment | PMPM | % of Premium | PMPM |
| TANF | $ 17.19 | $ 18.71 | $ 17.19 | $ 19.04 | $ 18.01 | 10% | $ 19.81 | 6.4% | 2.1% | 8.6% | $ 24.33 | $ 3.55 | $ 27.87 | 8.0% | $ 30.30 |
| PLMA | $ 15.90 | $ 16.98 | $ 15.90 | $ 17.55 | $ 16.80 | 10% | $ 18.48 | 7.5% | 1.8% | 9.5% | $ 23.17 | $ - | $ 23.17 | 8.0% | $ 25.18 |
| CHILD 00-01 | $ 0.58 | $ 0.55 | $ 0.58 | $ 0.56 | $ 0.57 | 10% | $ 0.63 | 7.3% | 2.6% | 10.2% | $ 0.80 | $ - | $ 0.80 | 8.0% | $ 0.87 |
| CHILD 01-05 | $ 14.23 | $ 16.05 | $ 14.23 | $ 16.34 | $ 15.27 | 10% | $ 16.80 | 7.6% | 3.2% | 11.0% | $ 21.82 | $ - | $ 21.82 | 8.0% | $ 23.72 |
| CHILD 06-18 | $ 16.46 | $ 18.21 | $ 16.46 | $ 18.50 | $ 17.50 | 10% | $ 19.25 | 7.3% | 2.3% | 9.7% | $ 24.28 | $ - | $ 24.28 | 8.0% | $ 26.39 |
| ABAD & OAA Duals | $ 19.44 | $ 21.58 | $ 19.44 | $ 22.29 | $ 20.89 | 10% | $ 22.98 | 5.9% | 2.8% | 8.9% | $ 28.41 | $ 3.97 | $ 32.38 | 8.0% | $ 35.19 |
| ABAD & OAA Medicaid Only | $ 19.88 | $ 21.18 | $ 19.88 | $ 21.67 | $ 20.75 | 10% | $ 22.83 | 6.1% | 1.5% | 7.7% | $ 27.48 | $ 3.87 | $ 31.35 | 8.0% | $ 34.07 |
| CAF | $ 15.99 | $ 18.60 | $ 15.99 | $ 19.00 | $ 17.50 | 10% | $ 19.25 | 7.8% | 2.6% | 10.6% | $ 24.75 | $ - | $ 24.75 | 8.0% | $ 26.90 |
| ACA 19-44 | $ 20.10 | $ 16.95 | $ 20.10 | $ 17.49 | $ 18.58 | 10% | $ 20.43 | 4.0% | 2.4% | 6.5% | $ 23.90 | $ 3.21 | $ 27.11 | 8.0% | $ 29.46 |
| ACA 45-54 | $ 28.72 | $ 24.80 | $ 28.72 | $ 25.54 | $ 26.93 | 10% | $ 29.62 | 3.7% | 2.5% | 6.3% | $ 34.50 | $ 6.25 | $ 40.75 | 8.0% | $ 44.30 |
| ACA 55-64 | $ 28.78 | $ 25.17 | $ 28.78 | $ 25.72 | $ 27.03 | 10% | $ 29.74 | 4.0% | 2.6% | 6.8% | $ 35.03 | $ 5.44 | $ 40.47 | 8.0% | $ 43.99 |
| BCCP | | | | | | | | | | | | | | | $ 34.07 |

**Non Tri-County Regions**

| COA | Base Data PMPM | | IBNR Adjusted PMPM | | Blended Base | COLA Adjustment | | Prospective Trend | | | | Dental Buy-Back Adjustment | | Non-Medical Load | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CY14 | CY15 | CY14 | CY15 | CY14/15 PMPM | % Adjustment | PMPM | Annualized Util/1,000 % | Annualized Unit Cost % | Annualized PMPM % | PMPM | Adjustment | PMPM | % of Premium | PMPM |
| TANF | $ 13.70 | $ 13.90 | $ 13.70 | $ 14.03 | $ 13.84 | 10% | $ 15.23 | 7.9% | 1.6% | 9.7% | $ 19.20 | $ 2.87 | $ 22.07 | 8.0% | $ 23.99 |
| PLMA | $ 12.49 | $ 12.34 | $ 12.49 | $ 12.42 | $ 12.45 | 10% | $ 13.70 | 7.4% | 1.9% | 9.5% | $ 17.20 | $ - | $ 17.20 | 8.0% | $ 18.70 |
| CHILD 00-01 | $ 0.89 | $ 0.98 | $ 0.89 | $ 0.99 | $ 0.95 | 10% | $ 1.04 | 7.1% | 2.2% | 9.4% | $ 1.30 | $ - | $ 1.30 | 8.0% | $ 1.42 |
| CHILD 01-05 | $ 13.90 | $ 14.58 | $ 13.90 | $ 14.76 | $ 14.33 | 10% | $ 15.76 | 8.0% | 3.0% | 11.3% | $ 20.59 | $ - | $ 20.59 | 8.0% | $ 22.38 |
| CHILD 06-18 | $ 14.37 | $ 14.64 | $ 14.37 | $ 14.67 | $ 14.52 | 10% | $ 15.97 | 8.3% | 2.2% | 10.6% | $ 20.55 | $ - | $ 20.55 | 8.0% | $ 22.34 |
| ABAD & OAA Duals | $ 14.99 | $ 15.30 | $ 14.99 | $ 15.63 | $ 15.32 | 10% | $ 16.85 | 8.2% | 3.2% | 11.6% | $ 22.19 | $ 2.77 | $ 24.96 | 8.0% | $ 27.13 |
| ABAD & OAA Medicaid Only | $ 16.87 | $ 16.41 | $ 16.87 | $ 16.78 | $ 16.83 | 10% | $ 18.51 | 7.1% | 2.1% | 9.3% | $ 23.12 | $ 3.01 | $ 26.12 | 8.0% | $ 28.39 |
| CAF | $ 15.52 | $ 16.75 | $ 15.52 | $ 16.88 | $ 16.21 | 10% | $ 17.83 | 8.2% | 2.5% | 10.8% | $ 23.06 | $ - | $ 23.06 | 8.0% | $ 25.07 |
| ACA 19-44 | $ 14.74 | $ 13.02 | $ 14.74 | $ 13.15 | $ 13.82 | 10% | $ 15.21 | 4.7% | 2.9% | 7.8% | $ 18.36 | $ 2.70 | $ 21.07 | 8.0% | $ 22.90 |
| ACA 45-54 | $ 21.04 | $ 18.53 | $ 21.04 | $ 18.72 | $ 19.76 | 10% | $ 21.73 | 4.5% | 2.9% | 7.6% | $ 26.08 | $ 4.29 | $ 30.37 | 8.0% | $ 33.01 |
| ACA 55-64 | $ 19.12 | $ 17.62 | $ 19.12 | $ 17.95 | $ 18.45 | 10% | $ 20.30 | 5.1% | 2.5% | 7.7% | $ 24.42 | $ 4.92 | $ 29.34 | 8.0% | $ 31.89 |
| BCCP | | | | | | | | | | | | | | | $ 28.39 |

Exhibit 3
Page 37 of 184

Ex. 1 - Wilson Decl.
Page 105 of 260

## Appendix I.G: CCO Specific Dental Rates

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO, Inc. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Cascade Health Alliance, LLC. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Columbia-Pacific CCO, LLC. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Eastern Oregon Coordinated Care Org., LLC. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| FamilyCare, Inc. | $30.30 | $25.18 | $0.87 | $23.72 | $26.39 | $35.19 | $34.07 | $26.90 | $29.46 | $44.30 | $43.99 | $34.07 |
| Health Share of Oregon | $30.30 | $25.18 | $0.87 | $23.72 | $26.39 | $35.19 | $34.07 | $26.90 | $29.46 | $44.30 | $43.99 | $34.07 |
| InterCommunity Health Network, Inc. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Jackson County CCO, LLC. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| PacificSource Community Solutions, Inc. (Central) | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| PacificSource Community Solutions, Inc. (Gorge) | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Primary Health of Josephine County, LLC | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Trillium Community Health Plan, Inc. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| DCIPA, LLC. Abn Umpqua Health Alliance | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Western Oregon Advanced Health, LLC 1 | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Willamette Valley Community Health, LLC | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |
| Yamhill County Care Organization, Inc. | $23.99 | $18.70 | $1.42 | $22.38 | $22.34 | $27.13 | $28.39 | $25.07 | $22.90 | $33.01 | $31.89 | $28.39 |

Exhibit 3
Page 38 of 184

Ex. 1 - Wilson Decl.
Page 106 of 260

## Appendix I.H: Breakthrough Therapy Adjustment

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.92 | $0.00 | $0.00 | $0.72 | $0.00 | $20.64 | $0.00 |
| Cascade Health Alliance, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.17 | $0.00 | $0.97 | $10.60 | $13.28 | $64.17 |
| Columbia-Pacific CCO, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52.99 | $0.00 | $0.00 | $19.24 | $44.34 | $52.99 |
| Eastern Oregon Coordinated Care Org., LLC. | $9.21 | $0.00 | $0.00 | $0.00 | $0.00 | $10.46 | $24.11 | $0.00 | $1.70 | $19.48 | $22.76 | $24.11 |
| FamilyCare, Inc. | $1.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.43 | $0.00 | $0.21 | $9.19 | $14.77 | $19.43 |
| Health Share of Oregon | $2.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.56 | $54.98 | $0.00 | $1.80 | $22.43 | $47.59 | $54.98 |
| InterCommunity Health Network, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.51 | $0.00 | $2.82 | $0.00 | $21.93 | $19.51 |
| Jackson County CCO, LLC. | $7.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52.93 | $0.00 | $2.52 | $20.27 | $93.43 | $52.93 |
| PacificSource Community Solutions, Inc. (Central) | $0.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.16 | $0.00 | $1.48 | $5.78 | $56.34 | $40.16 |
| PacificSource Community Solutions, Inc. (Gorge) | $0.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.16 | $0.00 | $1.48 | $5.78 | $56.34 | $40.16 |
| Primary Health of Josephine County, LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33.60 | $0.00 |
| Trillium Community Health Plan, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.89 | $0.00 | $1.16 | $18.39 | $35.73 | $30.89 |
| DCIPA, LLC. Abn Umpqua Health Alliance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.86 | $0.00 | $5.05 | $0.00 | $3.98 | $21.86 |
| Western Oregon Advanced Health, LLC 1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.85 | $0.00 | $0.60 | $9.44 | $18.33 | $15.85 |
| Willamette Valley Community Health, LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.49 | $0.00 | $0.99 | $7.27 | $4.07 | $12.49 |
| Yamhill County Care Organization, Inc. | $7.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29.15 | $0.00 | $0.00 | $23.38 | $33.04 | $29.15 |

Exhibit 3
Page 39 of 184

Ex. 1 - Wilson Decl.
Page 107 of 260

## Appendix I.I: Annual Trend Rates

| Northwest Annualized PMPM Trends | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
| Inpatient - A & B Hospital | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% |
| Inpatient - DRG Hospital | 2.1% | 2.1% | 4.1% | 4.1% | 4.1% | 4.6% | 1.7% | 4.1% | 1.6% | 1.6% | 1.6% | 1.7% |
| Inpatient - Other | 2.1% | 2.1% | 4.1% | 4.1% | 4.1% | 4.6% | 1.7% | 4.1% | 1.6% | 1.6% | 1.6% | 1.7% |
| Outpatient - A & B Hospital | 4.6% | 4.6% | 6.2% | 6.2% | 6.2% | 4.6% | 4.6% | 5.6% | 4.9% | 4.9% | 4.9% | 4.6% |
| Outpatient - DRG Hospital | 2.1% | 2.1% | 2.0% | 2.0% | 2.0% | 3.1% | 1.6% | 4.3% | 4.1% | 4.1% | 4.1% | 1.6% |
| Outpatient - Other | 2.1% | 2.1% | 2.0% | 2.0% | 2.0% | 3.1% | 1.6% | 4.3% | 4.1% | 4.1% | 4.1% | 1.6% |
| Physician Services | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 4.1% | 0.7% | 3.6% | 1.6% | 1.6% | 1.6% | 0.7% |
| Substance Abuse | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Prescription Drugs | 5.3% | 4.8% | 15.3% | 16.3% | 16.3% | 17.2% | 17.3% | 18.2% | 20.3% | 21.4% | 21.7% | 17.0% |
| DME and Miscellaneous | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 1.6% | 1.6% | 2.6% | 3.1% | 3.1% | 3.1% | 1.6% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.6% | 1.6% | 3.1% | 1.6% | 1.6% | 1.6% | 1.6% |
| A&D Residential | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Mental Health Other Non-Inpatient | 1.6% | 1.6% | 1.1% | 1.1% | 1.1% | 1.8% | 1.6% | 4.1% | 2.9% | 2.9% | 2.9% | 1.6% |
| **Total** | **2.9%** | **2.7%** | **3.8%** | **4.0%** | **4.5%** | **5.2%** | **5.8%** | **5.1%** | **5.7%** | **6.6%** | **6.8%** | **4.3%** |

| Northwest Annualized Util/1,000 Trends | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
| Inpatient - A & B Hospital | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 3.1% | 3.1% | 3.1% | 3.6% | 0.7% | 3.1% | 0.6% | 0.6% | 0.6% | 0.7% |
| Inpatient - Other | 1.1% | 1.1% | 3.1% | 3.1% | 3.1% | 3.6% | 0.7% | 3.1% | 0.6% | 0.6% | 0.6% | 0.7% |
| Outpatient - A & B Hospital | -0.4% | -0.4% | 1.1% | 1.1% | 1.1% | -0.4% | -0.4% | 0.6% | -0.1% | -0.1% | -0.1% | -0.4% |
| Outpatient - DRG Hospital | 1.5% | 1.5% | 1.6% | 1.6% | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Outpatient - Other | 1.5% | 1.5% | 1.6% | 1.6% | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Physician Services | 0.1% | 0.1% | 2.6% | 2.6% | 2.6% | 2.6% | 0.6% | 1.6% | 0.1% | 0.1% | 0.1% | 0.6% |
| Substance Abuse | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Prescription Drugs | -0.4% | -0.4% | 10.5% | 10.5% | 10.5% | 9.2% | 9.2% | 9.7% | 9.5% | 9.6% | 9.6% | 9.3% |
| DME and Miscellaneous | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 1.6% | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 1.6% |
| Mental Health Services Inpatient | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.6% | 0.6% | 2.1% | 0.6% | 0.6% | 0.6% | 0.6% |
| A&D Residential | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Mental Health Other Non-Inpatient | -0.4% | -0.4% | 1.6% | 1.6% | 1.6% | -0.4% | -0.4% | 2.1% | 2.1% | 2.1% | 2.1% | -0.4% |
| **Total** | **0.0%** | **0.1%** | **3.3%** | **4.0%** | **4.4%** | **4.1%** | **5.4%** | **4.4%** | **4.5%** | **5.4%** | **5.6%** | **5.0%** |

Exhibit 3
Page 40 of 184

Ex. 1 - Wilson Decl.
Page 108 of 260

| Northwest Annualized Unit Cost Trends | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
| Inpatient - A & B Hospital | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Inpatient - Other | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Outpatient - A & B Hospital | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% |
| Outpatient - DRG Hospital | 0.6% | 0.6% | 0.4% | 0.4% | 0.4% | 1.6% | -0.4% | 2.2% | 2.1% | 2.1% | 2.1% | -0.4% |
| Outpatient - Other | 0.6% | 0.6% | 0.4% | 0.4% | 0.4% | 1.6% | -0.4% | 2.2% | 2.1% | 2.1% | 2.1% | -0.4% |
| Physician Services | 1.6% | 1.6% | -0.4% | -0.4% | -0.4% | 1.6% | 0.2% | 2.1% | 1.6% | 1.6% | 1.6% | 0.2% |
| Substance Abuse | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Prescription Drugs | 5.7% | 5.2% | 4.4% | 5.2% | 5.3% | 7.3% | 7.5% | 7.7% | 9.9% | 10.8% | 11.0% | 7.1% |
| DME and Miscellaneous | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.1% | 0.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.1% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| A&D Residential | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Mental Health Other Non-Inpatient | 2.1% | 2.1% | -0.4% | -0.4% | -0.4% | 2.2% | 2.1% | 2.1% | 0.8% | 0.8% | 0.8% | 2.1% |
| **Total** | **2.9%** | **2.7%** | **0.6%** | **0.0%** | **0.1%** | **1.0%** | **0.3%** | **0.6%** | **1.1%** | **1.2%** | **1.2%** | **-0.6%** |

| Southwest Annualized PMPM Trends | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
| Inpatient - A & B Hospital | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% |
| Inpatient - DRG Hospital | 2.1% | 2.1% | 3.1% | 3.1% | 3.1% | 1.1% | 2.6% | 3.1% | 1.1% | 1.1% | 1.1% | 2.6% |
| Inpatient - Other | 2.1% | 2.1% | 3.1% | 3.1% | 3.1% | 1.1% | 2.6% | 3.1% | 1.1% | 1.1% | 1.1% | 2.6% |
| Outpatient - A & B Hospital | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | 7.3% | 7.3% | 6.3% | 7.3% | 7.3% | 7.3% | 7.3% |
| Outpatient - DRG Hospital | 3.4% | 3.4% | 4.8% | 4.8% | 4.8% | 2.6% | 5.2% | 2.6% | 3.4% | 3.4% | 3.4% | 5.2% |
| Outpatient - Other | 3.4% | 3.4% | 4.8% | 4.8% | 4.8% | 2.6% | 5.2% | 2.6% | 3.4% | 3.4% | 3.4% | 5.2% |
| Physician Services | 3.6% | 3.6% | 2.9% | 2.9% | 2.9% | 1.7% | 1.8% | 5.0% | 3.3% | 3.3% | 3.3% | 1.8% |
| Substance Abuse | 1.6% | 1.6% | 0.6% | 0.6% | 0.6% | 1.1% | 2.1% | 0.6% | 2.1% | 2.1% | 2.1% | 2.1% |
| Prescription Drugs | 8.1% | 6.2% | 15.6% | 13.0% | 13.7% | 6.6% | 9.0% | 19.2% | 13.3% | 13.7% | 13.5% | 7.9% |
| DME and Miscellaneous | 3.6% | 3.6% | 3.6% | 3.6% | 3.6% | 1.4% | 4.8% | 3.1% | 5.3% | 5.3% | 5.3% | 4.8% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.6% | 2.1% | 0.6% | 0.6% | 0.6% | 0.6% | 2.1% |
| A&D Residential | 1.6% | 1.6% | 0.6% | 0.6% | 0.6% | 1.1% | 2.1% | 0.6% | 2.1% | 2.1% | 2.1% | 2.1% |
| Mental Health Other Non-Inpatient | 5.4% | 5.4% | 1.1% | 1.1% | 1.1% | 3.2% | 2.4% | 2.1% | 4.8% | 4.8% | 4.8% | 2.4% |
| **Total** | **4.3%** | **3.7%** | **3.5%** | **4.1%** | **4.5%** | **2.5%** | **4.7%** | **4.5%** | **5.1%** | **5.6%** | **5.5%** | **4.0%** |

Exhibit 3
Page 41 of 184

| Southwest Annualized Util/1,000 Trends | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
| Inpatient - A & B Hospital | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 2.1% | 2.1% | 2.1% | 0.1% | 1.6% | 2.1% | 0.1% | 0.1% | 0.1% | 1.6% |
| Inpatient - Other | 1.1% | 1.1% | 2.1% | 2.1% | 2.1% | 0.1% | 1.6% | 2.1% | 0.1% | 0.1% | 0.1% | 1.6% |
| Outpatient - A & B Hospital | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.6% | 0.6% | -0.4% | 0.6% | 0.6% | 0.6% | 0.6% |
| Outpatient - DRG Hospital | 0.1% | 0.1% | 1.8% | 1.8% | 1.8% | -0.4% | 2.1% | 1.6% | 0.1% | 0.1% | 0.1% | 2.1% |
| Outpatient - Other | 0.1% | 0.1% | 1.8% | 1.8% | 1.8% | -0.4% | 2.1% | 1.6% | 0.1% | 0.1% | 0.1% | 2.1% |
| Physician Services | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 0.6% | 2.1% | 1.6% | 0.6% | 0.6% | 0.6% | 2.1% |
| Substance Abuse | 1.6% | 1.6% | 0.1% | 0.1% | 0.1% | 0.1% | 1.6% | 0.1% | 1.6% | 1.6% | 1.6% | 1.6% |
| Prescription Drugs | -0.4% | -0.4% | 4.8% | 4.9% | 4.9% | 3.5% | 3.5% | 4.7% | 4.4% | 4.4% | 4.4% | 3.4% |
| DME and Miscellaneous | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | -0.4% | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 1.6% |
| Mental Health Services Inpatient | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | -0.4% | 1.1% | -0.4% | -0.4% | -0.4% | -0.4% | 1.1% |
| A&D Residential | 1.6% | 1.6% | 0.1% | 0.1% | 0.1% | 0.1% | 1.6% | 0.1% | 1.6% | 1.6% | 1.6% | 1.6% |
| Mental Health Other Non-Inpatient | 2.1% | 2.1% | 1.1% | 1.1% | 1.1% | 0.1% | -0.1% | 2.1% | 1.6% | 1.6% | 1.6% | -0.1% |
| **Total** | **0.6%** | **0.7%** | **1.7%** | **2.2%** | **2.2%** | **0.9%** | **2.5%** | **2.4%** | **2.4%** | **2.7%** | **2.8%** | **2.5%** |

| Southwest Annualized Unit Cost Trends | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
| Inpatient - A & B Hospital | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Inpatient - Other | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Outpatient - A & B Hospital | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% | 6.8% |
| Outpatient - DRG Hospital | 3.4% | 3.4% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 1.1% | 3.4% | 3.4% | 3.4% | 3.0% |
| Outpatient - Other | 3.4% | 3.4% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 1.1% | 3.4% | 3.4% | 3.4% | 3.0% |
| Physician Services | 2.6% | 2.6% | 1.9% | 1.9% | 1.9% | 1.1% | -0.3% | 3.4% | 2.8% | 2.8% | 2.8% | -0.3% |
| Substance Abuse | 0.1% | 0.1% | 0.6% | 0.6% | 0.6% | 1.1% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Prescription Drugs | 8.6% | 6.7% | 10.3% | 7.7% | 8.5% | 3.0% | 5.3% | 13.8% | 8.5% | 8.9% | 8.7% | 4.3% |
| DME and Miscellaneous | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.9% | 3.2% | 1.6% | 3.2% | 3.2% | 3.2% | 3.2% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| A&D Residential | 0.1% | 0.1% | 0.6% | 0.6% | 0.6% | 1.1% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Mental Health Other Non-Inpatient | 3.2% | 3.2% | 0.1% | 0.1% | 0.1% | 3.1% | 2.5% | 0.1% | 3.2% | 3.2% | 3.2% | 2.5% |
| **Total** | **3.7%** | **3.0%** | **1.7%** | **1.8%** | **2.2%** | **1.5%** | **2.2%** | **2.1%** | **2.6%** | **2.8%** | **2.6%** | **1.4%** |

Exhibit 3
Page 42 of 184

Ex. 1 - Wilson Decl.
Page 110 of 260

**Tri-County Annualized PMPM Trends**

| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient - A & B Hospital | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% |
| Inpatient - DRG Hospital | 2.1% | 2.1% | 4.1% | 4.1% | 4.1% | 4.6% | 4.2% | 4.1% | 1.6% | 1.6% | 1.6% | 4.2% |
| Inpatient - Other | 2.1% | 2.1% | 4.1% | 4.1% | 4.1% | 4.6% | 4.2% | 4.1% | 1.6% | 1.6% | 1.6% | 4.2% |
| Outpatient - A & B Hospital | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% | 6.1% | 6.1% | 7.6% | 6.1% | 6.1% | 6.1% | 6.1% |
| Outpatient - DRG Hospital | 0.6% | 0.6% | 1.1% | 1.1% | 1.1% | 3.1% | 1.3% | 4.7% | 0.6% | 0.6% | 0.6% | 1.3% |
| Outpatient - Other | 0.6% | 0.6% | 1.1% | 1.1% | 1.1% | 3.1% | 1.3% | 4.7% | 0.6% | 0.6% | 0.6% | 1.3% |
| Physician Services | 2.1% | 2.1% | 1.1% | 1.1% | 1.1% | 3.2% | 3.4% | 3.6% | 1.1% | 1.1% | 1.1% | 3.4% |
| Substance Abuse | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Prescription Drugs | 12.1% | 8.0% | 7.5% | 7.5% | 7.6% | 7.3% | 14.9% | 7.7% | 22.1% | 21.6% | 20.1% | 14.2% |
| DME and Miscellaneous | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 1.9% | 1.6% | 4.6% | 2.1% | 2.1% | 2.1% | 1.6% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.6% | 1.6% | 3.1% | 1.6% | 1.6% | 1.6% | 1.6% |
| A&D Residential | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Mental Health Other Non-Inpatient | 3.8% | 3.8% | 3.2% | 3.2% | 3.2% | 3.5% | 2.9% | 4.2% | 3.3% | 3.3% | 3.3% | 2.9% |
| **Total** | **4.0%** | **2.8%** | **3.3%** | **2.6%** | **3.2%** | **3.5%** | **5.6%** | **4.3%** | **6.1%** | **6.5%** | **6.0%** | **4.0%** |

**Tri-County Annualized Util/1,000 Trends**

| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient - A & B Hospital | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 3.1% | 3.1% | 3.1% | 3.6% | 3.1% | 3.1% | 0.6% | 0.6% | 0.6% | 3.1% |
| Inpatient - Other | 1.1% | 1.1% | 3.1% | 3.1% | 3.1% | 3.6% | 3.1% | 3.1% | 0.6% | 0.6% | 0.6% | 3.1% |
| Outpatient - A & B Hospital | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.6% | 0.6% | 1.9% | 0.6% | 0.6% | 0.6% | 0.6% |
| Outpatient - DRG Hospital | 0.1% | 0.1% | 0.5% | 0.5% | 0.5% | 2.5% | 0.7% | 3.6% | 0.1% | 0.1% | 0.1% | 0.7% |
| Outpatient - Other | 0.1% | 0.1% | 0.5% | 0.5% | 0.5% | 2.5% | 0.7% | 3.6% | 0.1% | 0.1% | 0.1% | 0.7% |
| Physician Services | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Substance Abuse | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Prescription Drugs | -0.4% | -0.4% | 2.2% | 2.2% | 2.2% | 1.9% | 2.3% | 2.6% | 2.1% | 2.1% | 2.0% | 2.0% |
| DME and Miscellaneous | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 1.9% | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 1.6% |
| Mental Health Services Inpatient | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.6% | 0.6% | 2.1% | 0.6% | 0.6% | 0.6% | 0.6% |
| A&D Residential | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Mental Health Other Non-Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.6% | 0.6% | 2.1% | 0.6% | 0.6% | 0.6% | 0.6% |
| **Total** | **0.2%** | **0.3%** | **1.1%** | **1.2%** | **1.3%** | **1.3%** | **1.7%** | **2.1%** | **1.3%** | **1.4%** | **1.4%** | **1.4%** |

Exhibit 3
Page 43 of 184

Ex. 1 - Wilson Decl.
Page 111 of 260

**Tri-County Annualized Unit Cost Trends**

| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient - A & B Hospital | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Inpatient - Other | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Outpatient - A & B Hospital | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% |
| Outpatient - DRG Hospital | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.1% | 0.6% | 0.6% | 0.6% | 0.6% |
| Outpatient - Other | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.1% | 0.6% | 0.6% | 0.6% | 0.6% |
| Physician Services | 1.6% | 1.6% | 0.6% | 0.6% | 0.6% | 2.6% | 2.9% | 2.1% | 0.6% | 0.6% | 0.6% | 2.9% |
| Substance Abuse | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Prescription Drugs | 12.5% | 8.5% | 5.1% | 5.2% | 5.2% | 5.3% | 12.3% | 5.0% | 19.7% | 19.2% | 17.7% | 12.0% |
| DME and Miscellaneous | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 0.1% | 0.1% | 3.0% | 0.1% | 0.1% | 0.1% | 0.1% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| A&D Residential | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Mental Health Other Non-Inpatient | 2.7% | 2.7% | 2.1% | 2.1% | 2.1% | 3.0% | 2.3% | 2.1% | 2.7% | 2.7% | 2.7% | 2.3% |
| **Total** | **3.9%** | **2.5%** | **2.1%** | **1.4%** | **1.9%** | **2.1%** | **3.9%** | **2.1%** | **4.7%** | **5.0%** | **4.5%** | **2.6%** |

**Central/Eastern Annualized PMPM Trends**

| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient - A & B Hospital | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Inpatient - DRG Hospital | 2.1% | 2.1% | 4.1% | 4.1% | 4.1% | 4.6% | 3.1% | 4.1% | 1.6% | 1.6% | 1.6% | 3.1% |
| Inpatient - Other | 2.1% | 2.1% | 4.1% | 4.1% | 4.1% | 4.6% | 3.1% | 4.1% | 1.6% | 1.6% | 1.6% | 3.1% |
| Outpatient - A & B Hospital | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| Outpatient - DRG Hospital | 3.1% | 3.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 3.6% | 3.6% | 3.6% | 2.1% |
| Outpatient - Other | 3.1% | 3.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 3.6% | 3.6% | 3.6% | 2.1% |
| Physician Services | 2.1% | 2.1% | 1.0% | 1.0% | 1.0% | 3.6% | 2.0% | 3.6% | 1.6% | 1.6% | 1.6% | 2.0% |
| Substance Abuse | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Prescription Drugs | 6.5% | 3.6% | 15.9% | 11.1% | 12.2% | 12.8% | 12.8% | 11.8% | 24.0% | 22.7% | 22.1% | 14.6% |
| DME and Miscellaneous | 3.1% | 3.1% | 3.1% | 3.1% | 3.1% | 2.8% | 1.6% | 2.6% | 3.0% | 3.0% | 3.0% | 1.6% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.6% | 1.1% | 1.1% | 1.6% | 1.6% | 1.6% | 1.1% |
| A&D Residential | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Mental Health Other Non-Inpatient | 2.1% | 2.1% | 3.8% | 3.8% | 3.8% | 1.6% | 0.1% | 1.6% | 2.6% | 2.6% | 2.6% | 0.1% |
| **Total** | **3.7%** | **3.2%** | **3.7%** | **3.4%** | **4.0%** | **4.6%** | **5.0%** | **3.3%** | **6.4%** | **7.0%** | **6.9%** | **4.9%** |

Exhibit 3
Page 44 of 184

Ex. 1 - Wilson Decl.
Page 112 of 260

| Central/Eastern Annualized Util/1,000 Trends | | | | | | | | | | | |
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient - A & B Hospital | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 3.1% | 3.1% | 3.1% | 3.6% | 2.1% | 3.1% | 0.6% | 0.6% | 0.6% | 2.1% |
| Inpatient - Other | 1.1% | 1.1% | 3.1% | 3.1% | 3.1% | 3.6% | 2.1% | 3.1% | 0.6% | 0.6% | 0.6% | 2.1% |
| Outpatient - A & B Hospital | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Outpatient - DRG Hospital | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% |
| Outpatient - Other | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% |
| Physician Services | 0.6% | 0.6% | 0.5% | 0.5% | 0.5% | 2.1% | 0.6% | 1.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| Substance Abuse | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Prescription Drugs | -0.3% | -0.4% | 3.2% | 2.9% | 2.9% | 3.1% | 3.1% | 2.8% | 0.3% | 0.2% | 0.2% | 3.2% |
| DME and Miscellaneous | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.8% | 1.6% | 1.6% | 2.1% | 2.1% | 2.1% | 1.6% |
| Mental Health Services Inpatient | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.6% | 0.1% | 0.1% | 0.6% | 0.6% | 0.6% | 0.1% |
| A&D Residential | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% | 1.6% |
| Mental Health Other Non-Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.6% | 0.6% | 0.6% | 1.5% | 1.5% | 1.5% | 0.6% |
| **Total** | **0.4%** | **0.6%** | **1.2%** | **1.3%** | **1.5%** | **2.1%** | **2.1%** | **1.5%** | **0.8%** | **0.7%** | **0.7%** | **1.8%** |

| Central/Eastern Annualized Unit Cost Trends | | | | | | | | | | | |
| COS/COA | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | ABAD & OAA Duals | ABAD & OAA Medicaid Only | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 | BCCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient - A & B Hospital | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Inpatient - DRG Hospital | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Inpatient - Other | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Outpatient - A & B Hospital | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% |
| Outpatient - DRG Hospital | 0.6% | 0.6% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | 1.1% | 1.1% | 1.1% | -0.4% |
| Outpatient - Other | 0.6% | 0.6% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | 1.1% | 1.1% | 1.1% | -0.4% |
| Physician Services | 1.6% | 1.6% | 0.6% | 0.6% | 0.6% | 1.6% | 1.5% | 2.1% | 1.1% | 1.1% | 1.1% | 1.5% |
| Substance Abuse | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% |
| Prescription Drugs | 6.9% | 4.1% | 12.3% | 8.0% | 9.0% | 9.5% | 9.3% | 8.8% | 23.7% | 22.4% | 21.8% | 11.0% |
| DME and Miscellaneous | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 0.1% | 0.1% | 1.1% | 1.0% | 1.0% | 1.0% | 0.1% |
| Mental Health Services Inpatient | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| A&D Residential | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% | -0.4% |
| Mental Health Other Non-Inpatient | 1.1% | 1.1% | 2.7% | 2.7% | 2.7% | 1.1% | -0.4% | 1.1% | 1.1% | 1.1% | 1.1% | -0.4% |
| **Total** | **3.3%** | **2.5%** | **2.5%** | **2.1%** | **2.5%** | **2.4%** | **2.9%** | **1.8%** | **5.6%** | **6.4%** | **6.2%** | **3.0%** |

Exhibit 3
Page 45 of 184

Ex. 1 - Wilson Decl.
Page 113 of 260

## Appendix II.  Payment Rates

Exhibit 3
Page 46 of 184

Ex. 1 - Wilson Decl.
Page 114 of 260

## Appendix II.A: Regional Rates

**Central Region Rate**

| COA | CY15 MMs | Base Data PMPM | Hep-C Removal % Adj | Hep-C Removal PMPM | Rate Add-ons Removal % Adj | Rate Add-ons Removal PMPM | Prospective Trend Annual Trend | Prospective Trend PMPM | Back Pain Adjustment PMPM Adj | Back Pain Adjustment PMPM | ABA Adjustment PMPM Adj | ABA Adjustment PMPM | Non-Medical Load Admin | Non-Medical Load PMPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | 91,784 | $ 362.89 | -0.8% | $ 359.88 | -1.5% | $ 354.61 | 3.7% | $ 381.34 | $ 8.11 | $ 389.45 | $ - | $ 389.45 | 11.5% | $ 440.05 |
| PLMA | 28,227 | $ 311.35 | 0.0% | $ 311.35 | -0.8% | $ 308.75 | 3.2% | $ 328.58 | $ 2.60 | $ 331.18 | $ - | $ 331.18 | 11.5% | $ 374.22 |
| CHILD 00-01 | 50,722 | $ 434.46 | 0.0% | $ 434.46 | -0.2% | $ 433.56 | 3.7% | $ 466.41 | $ - | $ 466.41 | $ 0.01 | $ 466.42 | 11.5% | $ 527.03 |
| CHILD 01-05 | 194,512 | $ 112.37 | 0.0% | $ 112.37 | -0.8% | $ 111.48 | 3.4% | $ 119.23 | $ - | $ 119.23 | $ 7.89 | $ 127.12 | 11.5% | $ 143.63 |
| CHILD 06-18 | 434,169 | $ 133.82 | 0.0% | $ 133.82 | -0.8% | $ 132.74 | 4.0% | $ 143.63 | $ - | $ 143.63 | $ 0.85 | $ 144.48 | 11.5% | $ 163.25 |
| ABAD & OAA Duals | 57,686 | $ 204.31 | -0.3% | $ 203.75 | -14.8% | $ 173.60 | 4.6% | $ 189.90 | $ 3.92 | $ 193.82 | $ - | $ 193.82 | 11.5% | $ 219.00 |
| ABAD & OAA Medicaid Only | 67,546 | $ 1,155.65 | -2.5% | $ 1,126.92 | -2.4% | $ 1,099.37 | 5.0% | $ 1,213.07 | $ 6.83 | $ 1,219.90 | $ 0.37 | $ 1,220.27 | 11.5% | $ 1,378.84 |
| CAF | 22,042 | $ 514.32 | 0.0% | $ 514.32 | -7.9% | $ 473.60 | 3.3% | $ 505.34 | $ - | $ 505.34 | $ 2.30 | $ 507.64 | 11.5% | $ 573.60 |
| ACA 19-44 | 366,646 | $ 322.04 | -0.5% | $ 320.56 | -2.1% | $ 313.81 | 6.4% | $ 355.53 | $ 6.36 | $ 361.89 | $ - | $ 361.89 | 11.5% | $ 408.92 |
| ACA 45-54 | 125,646 | $ 514.23 | -2.3% | $ 502.37 | -1.7% | $ 493.73 | 7.0% | $ 565.76 | $ 8.64 | $ 574.40 | $ - | $ 574.40 | 11.5% | $ 649.04 |
| ACA 55-64 | 110,752 | $ 587.34 | -5.1% | $ 557.19 | -1.8% | $ 547.18 | 6.9% | $ 625.49 | $ 7.39 | $ 632.88 | $ - | $ 632.88 | 11.5% | $ 715.11 |
| BCCP | 923 | $ 1,683.61 | 0.0% | $ 1,683.61 | -0.3% | $ 1,678.42 | 4.9% | $ 1,846.80 | $ - | $ 1,846.80 | $ - | $ 1,846.80 | 11.5% | $ 2,086.78 |
| **Total** | **1,550,655** | **$ 318.94** | | **$ 314.02** | | **$ 307.31** | | **$ 341.75** | | **$ 345.45** | | **$ 346.73** | | **$ 391.78** |

Exhibit 3
Page 47 of 184

Ex. 1 - Wilson Decl.
Page 115 of 260

**Northwest Region Rate**

| COA | CY15 MMs | Base Data PMPM | Hep-C Removal % Adj | Hep-C Removal PMPM | Rate Add-ons Removal % Adj | Rate Add-ons Removal PMPM | Prospective Trend Annual Trend | Prospective Trend PMPM | Back Pain Adjustment PMPM Adj | Back Pain Adjustment PMPM | ABA Adjustment PMPM Adj | ABA Adjustment PMPM | Non-Medical Load Admin | Non-Medical Load PMPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | 132,619 | $ 338.91 | -0.2% | $ 338.24 | -2.1% | $ 331.09 | 2.9% | $ 350.27 | $ 7.28 | $ 357.55 | $ - | $ 357.55 | 9.7% | $ 395.96 |
| PLMA | 41,594 | $ 296.67 | 0.0% | $ 296.67 | -1.9% | $ 291.11 | 2.7% | $ 307.34 | $ 2.62 | $ 309.97 | $ - | $ 309.97 | 9.7% | $ 343.26 |
| CHILD 00-01 | 75,620 | $ 465.75 | 0.0% | $ 465.75 | -1.1% | $ 460.78 | 3.8% | $ 496.85 | $ - | $ 496.85 | $ 0.02 | $ 496.87 | 9.7% | $ 550.24 |
| CHILD 01-05 | 302,864 | $ 110.65 | 0.0% | $ 110.65 | -4.5% | $ 105.68 | 4.0% | $ 114.23 | $ - | $ 114.23 | $ 7.98 | $ 122.21 | 9.7% | $ 135.34 |
| CHILD 06-18 | 679,431 | $ 131.47 | 0.0% | $ 131.47 | -4.0% | $ 126.26 | 4.5% | $ 137.94 | $ - | $ 137.94 | $ 0.87 | $ 138.81 | 9.7% | $ 153.72 |
| ABAD & OAA Duals | 101,434 | $ 207.37 | 0.0% | $ 207.37 | -9.3% | $ 188.06 | 5.2% | $ 207.98 | $ 4.72 | $ 212.70 | $ - | $ 212.70 | 9.7% | $ 235.54 |
| ABAD & OAA Medicaid Only | 116,496 | $ 1,025.86 | -1.0% | $ 1,015.60 | -2.0% | $ 995.79 | 5.8% | $ 1,113.81 | $ 6.37 | $ 1,120.18 | $ 0.38 | $ 1,120.56 | 9.7% | $ 1,240.93 |
| CAF | 34,185 | $ 407.45 | 0.0% | $ 407.45 | -9.6% | $ 368.42 | 5.1% | $ 406.83 | $ - | $ 406.83 | $ 2.22 | $ 409.05 | 9.7% | $ 452.99 |
| ACA 19-44 | 574,664 | $ 293.91 | -0.2% | $ 293.46 | -2.6% | $ 285.73 | 5.7% | $ 319.28 | $ 5.43 | $ 324.71 | $ - | $ 324.71 | 9.7% | $ 359.59 |
| ACA 45-54 | 184,919 | $ 498.57 | -1.2% | $ 492.79 | -1.8% | $ 483.82 | 6.6% | $ 550.20 | $ 7.65 | $ 557.85 | $ - | $ 557.85 | 9.7% | $ 617.77 |
| ACA 55-64 | 154,173 | $ 555.27 | -1.9% | $ 544.74 | -1.7% | $ 535.63 | 6.8% | $ 611.24 | $ 6.93 | $ 618.18 | $ - | $ 618.18 | 9.7% | $ 684.58 |
| BCCP | 900 | $ 1,156.13 | 0.0% | $ 1,156.13 | -1.2% | $ 1,142.23 | 4.3% | $ 1,243.13 | $ - | $ 1,243.13 | $ - | $ 1,243.13 | 9.7% | $ 1,376.67 |
| **Total** | **2,398,899** | **$ 299.12** | | **$ 297.35** | | **$ 289.14** | | **$ 321.17** | | **$ 324.47** | | **$ 325.77** | | **$ 360.76** |

Exhibit 3
Page 48 of 184

Ex. 1 - Wilson Decl.
Page 116 of 260

**Southwest Region Rate**

| COA | CY15 MMs | Base Data PMPM | Hep-C Removal % Adj | Hep-C Removal PMPM | Rate Add-ons Removal % Adj | Rate Add-ons Removal PMPM | Prospective Trend Annual Trend | Prospective Trend PMPM | Back Pain Adjustment PMPM Adj | Back Pain Adjustment PMPM | ABA Adjustment PMPM Adj | ABA Adjustment PMPM | Non-Medical Load Admin | Non-Medical Load PMPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | 155,069 | $ 287.56 | -0.2% | $ 286.95 | -2.0% | $ 281.14 | 4.3% | $ 305.94 | 6.40 | $ 312.34 | $ - | $ 312.34 | 11.8% | $ 354.13 |
| PLMA | 49,328 | $ 265.39 | 0.0% | $ 265.39 | -2.2% | $ 259.63 | 3.7% | $ 279.14 | 2.64 | $ 281.78 | $ - | $ 281.78 | 11.8% | $ 319.48 |
| CHILD 00-01 | 74,635 | $ 537.81 | 0.0% | $ 537.81 | -1.0% | $ 532.40 | 3.5% | $ 569.77 | $ - | $ 569.77 | 0.01 | $ 569.79 | 11.8% | $ 646.02 |
| CHILD 01-05 | 283,309 | $ 100.19 | 0.0% | $ 100.19 | -4.4% | $ 95.81 | 4.1% | $ 103.77 | $ - | $ 103.77 | 7.90 | $ 111.67 | 11.8% | $ 126.61 |
| CHILD 06-18 | 627,216 | $ 115.90 | 0.0% | $ 115.90 | -3.8% | $ 111.49 | 4.5% | $ 121.66 | $ - | $ 121.66 | 0.84 | $ 122.50 | 11.8% | $ 138.88 |
| ABAD & OAA Duals | 129,598 | $ 178.22 | -0.6% | $ 177.23 | -6.3% | $ 165.98 | 2.5% | $ 174.37 | 5.44 | $ 179.80 | $ - | $ 179.80 | 11.8% | $ 203.86 |
| ABAD & OAA Medicaid Only | 153,205 | $ 955.52 | -0.9% | $ 946.59 | -1.5% | $ 932.85 | 4.7% | $ 1,023.07 | 5.68 | $ 1,028.74 | 0.29 | $ 1,029.03 | 11.8% | $ 1,166.70 |
| CAF | 54,335 | $ 400.87 | 0.0% | $ 400.87 | -8.8% | $ 365.66 | 4.5% | $ 398.97 | $ - | $ 398.97 | 2.43 | $ 401.40 | 11.8% | $ 455.10 |
| ACA 19-44 | 713,885 | $ 237.23 | -0.1% | $ 236.90 | -2.7% | $ 230.42 | 5.1% | $ 254.34 | 5.08 | $ 259.42 | $ - | $ 259.42 | 11.8% | $ 294.12 |
| ACA 45-54 | 236,659 | $ 423.49 | -0.7% | $ 420.54 | -1.6% | $ 413.95 | 5.6% | $ 461.82 | 6.87 | $ 468.69 | $ - | $ 468.69 | 11.8% | $ 531.39 |
| ACA 55-64 | 218,144 | $ 481.98 | -2.0% | $ 472.48 | -1.5% | $ 465.45 | 5.5% | $ 517.79 | 6.15 | $ 523.93 | $ - | $ 523.93 | 11.8% | $ 594.03 |
| BCCP | 1,649 | $ 1,095.79 | 0.0% | $ 1,095.79 | -0.8% | $ 1,087.08 | 4.0% | $ 1,175.82 | $ - | $ 1,175.82 | $ - | $ 1,175.82 | 11.8% | $ 1,333.12 |
| **Total** | **2,697,033** | **$ 284.27** | | **$ 282.57** | | **$ 275.60** | | **$ 302.63** | | **$ 306.08** | | **$ 307.17** | | **$ 348.26** |

Exhibit 3
Page 49 of 184

Ex. 1 - Wilson Decl.
Page 117 of 260

**Tri-County Region Rate**

| COA | CY15 MMs | Base Data PMPM | Hep-C Removal % Adj | Hep-C Removal PMPM | Rate Add-ons Removal % Adj | Rate Add-ons Removal PMPM | Prospective Trend Annual Trend | Prospective Trend PMPM | Back Pain Adjustment PMPM Adj | Back Pain Adjustment PMPM | ABA Adjustment PMPM Adj | ABA Adjustment PMPM | Non-Medical Load Admin | Non-Medical Load PMPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | 219,883 | $ 267.43 | -0.4% | $ 266.27 | -2.5% | $ 259.59 | 4.0% | $ 280.86 | $ 6.22 | $ 287.08 | $ - | $ 287.08 | 10.1% | $ 319.33 |
| PLMA | 74,831 | $ 262.89 | 0.0% | $ 262.89 | -2.2% | $ 257.14 | 2.8% | $ 271.93 | $ 2.48 | $ 274.41 | $ - | $ 274.41 | 10.1% | $ 305.24 |
| CHILD 00-01 | 122,869 | $ 477.94 | 0.0% | $ 477.94 | -0.1% | $ 477.33 | 3.3% | $ 509.43 | $ - | $ 509.43 | $ 0.02 | $ 509.45 | 10.1% | $ 566.69 |
| CHILD 01-05 | 482,998 | $ 89.99 | 0.0% | $ 89.99 | -0.5% | $ 89.57 | 2.6% | $ 94.37 | $ - | $ 94.37 | $ 7.93 | $ 102.31 | 10.1% | $ 113.80 |
| CHILD 06-18 | 1,075,879 | $ 102.62 | 0.0% | $ 102.62 | -3.3% | $ 99.19 | 3.2% | $ 105.67 | $ - | $ 105.67 | $ 0.85 | $ 106.51 | 10.1% | $ 118.48 |
| ABAD & OAA Duals | 224,873 | $ 261.62 | -0.1% | $ 261.29 | -21.9% | $ 204.15 | 3.5% | $ 218.68 | $ 5.72 | $ 224.41 | $ - | $ 224.41 | 10.1% | $ 249.62 |
| ABAD & OAA Medicaid Only | 203,326 | $ 1,139.63 | -2.9% | $ 1,106.27 | -4.6% | $ 1,054.89 | 5.6% | $ 1,177.21 | $ 6.66 | $ 1,183.87 | $ 0.34 | $ 1,184.21 | 10.1% | $ 1,317.25 |
| CAF | 52,749 | $ 373.91 | 0.0% | $ 373.91 | -6.6% | $ 349.20 | 4.3% | $ 379.76 | $ - | $ 379.76 | $ 2.30 | $ 382.06 | 10.1% | $ 424.99 |
| ACA 19-44 | 1,177,953 | $ 228.65 | -0.4% | $ 227.78 | -2.4% | $ 222.25 | 6.1% | $ 249.96 | $ 4.54 | $ 254.50 | $ - | $ 254.50 | 10.1% | $ 283.10 |
| ACA 45-54 | 338,909 | $ 423.17 | -3.0% | $ 410.39 | -2.1% | $ 401.60 | 6.5% | $ 455.73 | $ 6.73 | $ 462.46 | $ - | $ 462.46 | 10.1% | $ 514.42 |
| ACA 55-64 | 272,219 | $ 459.54 | -5.4% | $ 434.57 | -1.5% | $ 427.95 | 6.0% | $ 480.43 | $ 5.65 | $ 486.08 | $ - | $ 486.08 | 10.1% | $ 540.69 |
| BCCP | 1,662 | $ 1,347.21 | 0.0% | $ 1,347.21 | -0.3% | $ 1,342.66 | 4.0% | $ 1,452.57 | $ - | $ 1,452.57 | $ - | $ 1,452.57 | 10.1% | $ 1,615.76 |
| **Total** | **4,248,152** | **$ 268.69** | | **$ 264.15** | | **$ 254.32** | | **$ 281.21** | | **$ 284.36** | | **$ 285.52** | | **$ 317.59** |

Exhibit 3
Page 50 of 184

Ex. 1 - Wilson Decl.
Page 118 of 260

## Appendix II.B: Risk Score Durational Summary

| COA | Allcare CCO, Inc. Member Count (Scored Members)[1] | Non Scored Members[2] | Cascade Health Alliance, LLC. Member Count (Scored Members)[1] | Non Scored Members[2] | Columbia-Pacific CCO, LLC. Member Count (Scored Members)[1] | Non Scored Members[2] | Eastern Oregon Coordinated Care Org., LLC. Member Count (Scored Members)[1] | Non Scored Members[2] |
|---|---|---|---|---|---|---|---|---|
| TANF | 3,499 | 740 | 1,114 | 325 | 1,612 | 433 | 3,272 | 932 |
| CHILD 01-05 | 5,986 | 806 | 2,127 | 390 | 2,932 | 471 | 7,019 | 1,300 |
| CHILD 06-18 | 12,039 | 1,682 | 4,296 | 701 | 6,708 | 1,084 | 15,123 | 2,263 |
| ABAD & OAA | 2,389 | 168 | 949 | 85 | 1,257 | 150 | 2,357 | 303 |
| ACA 19-44 | 12,909 | 2,686 | 4,039 | 981 | 6,633 | 1,501 | 10,471 | 2,526 |
| ACA 45-54 | 4,563 | 764 | 1,447 | 308 | 2,489 | 413 | 3,537 | 656 |
| ACA 55-64 | 4,453 | 616 | 1,233 | 238 | 2,370 | 322 | 3,314 | 519 |

| COA | FamilyCare, Inc. Member Count (Scored Members)[1] | Non Scored Members[2] | Health Share of Oregon Member Count (Scored Members)[1] | Non Scored Members[2] | InterCommunity Health Network, Inc. Member Count (Scored Members)[1] | Non Scored Members[2] | Jackson County CCO, LLC. Member Count (Scored Members)[1] | Non Scored Members[2] |
|---|---|---|---|---|---|---|---|---|
| TANF | 7,602 | 2,002 | 13,041 | 2,885 | 3,503 | 846 | 1,859 | 440 |
| CHILD 01-05 | 15,299 | 2,573 | 27,084 | 3,358 | 6,576 | 975 | 3,541 | 469 |
| CHILD 06-18 | 30,581 | 4,631 | 66,561 | 7,028 | 14,561 | 1,958 | 8,758 | 1,006 |
| ABAD & OAA | 2,986 | 467 | 14,025 | 905 | 3,140 | 223 | 1,392 | 118 |
| ACA 19-44 | 41,406 | 9,416 | 61,762 | 11,740 | 14,931 | 3,248 | 7,535 | 1,516 |
| ACA 45-54 | 11,068 | 2,111 | 18,438 | 2,654 | 4,637 | 815 | 2,460 | 418 |
| ACA 55-64 | 8,959 | 1,406 | 15,143 | 1,874 | 4,252 | 625 | 2,240 | 278 |

| COA | PacificSource Community Solutions, Inc. (Central) Member Count (Scored Members)[1] | Non Scored Members[2] | PacificSource Community Solutions, Inc. (Gorge) Member Count (Scored Members)[1] | Non Scored Members[2] | Primary Health of Josephine County, LLC Member Count (Scored Members)[1] | Non Scored Members[2] | Trillium Community Health Plan, Inc. Member Count (Scored Members)[1] | Non Scored Members[2] |
|---|---|---|---|---|---|---|---|---|
| TANF | 3,436 | 851 | 644 | 157 | 739 | 211 | 5,608 | 1,306 |
| CHILD 01-05 | 6,270 | 865 | 1,781 | 242 | 1,009 | 161 | 9,569 | 1,334 |
| CHILD 06-18 | 15,482 | 1,941 | 4,257 | 446 | 2,617 | 387 | 21,964 | 2,962 |
| ABAD & OAA | 1,943 | 174 | 481 | 30 | 581 | 59 | 5,510 | 383 |
| ACA 19-44 | 14,331 | 2,927 | 3,027 | 606 | 3,062 | 793 | 26,546 | 5,348 |
| ACA 45-54 | 4,690 | 863 | 1,130 | 178 | 1,204 | 220 | 7,755 | 1,294 |
| ACA 55-64 | 4,253 | 615 | 988 | 143 | 1,214 | 181 | 7,096 | 1,061 |

| COA | DCIPA, LLC. Abn Umpqua Health Alliance Member Count (Scored Members)[1] | Non Scored Members[2] | Western Oregon Advanced Health, LLC Member Count (Scored Members)[1] | Non Scored Members[2] | Willamette Valley Community Health, LLC Member Count (Scored Members)[1] | Non Scored Members[2] | Yamhill County Care Organization, Inc. Member Count (Scored Members)[1] | Non Scored Members[2] |
|---|---|---|---|---|---|---|---|---|
| TANF | 1,931 | 431 | 1,286 | 271 | 6,029 | 1,437 | 1,512 | 330 |
| CHILD 01-05 | 2,824 | 453 | 2,091 | 276 | 14,214 | 1,957 | 3,019 | 430 |
| CHILD 06-18 | 6,312 | 947 | 4,466 | 692 | 32,629 | 4,391 | 7,485 | 918 |
| ABAD & OAA | 1,548 | 113 | 1,471 | 120 | 4,715 | 344 | 757 | 83 |
| ACA 19-44 | 6,876 | 1,562 | 4,966 | 1,098 | 22,651 | 4,805 | 5,583 | 1,263 |
| ACA 45-54 | 2,366 | 426 | 1,947 | 404 | 7,017 | 1,248 | 1,841 | 349 |
| ACA 55-64 | 2,224 | 341 | 1,997 | 328 | 5,415 | 877 | 1,529 | 241 |

[1] Member Count (Scored Members) reflects members enrolled at least 6 months in CY15.

[2] Non Scored Members reflects members with fewer than 6 months of enrollment in CY15.

Exhibit 3
Page 51 of 184

Ex. 1 - Wilson Decl.
Page 119 of 260

## Appendix II.C: Risk Score Summary

**Central/Eastern Region**

| COA | Normalized Risk Score | | | |
|---|---|---|---|---|
| | Eastern Oregon Coordinated Care Org., LLC. | PacificSource Community Solutions, Inc. (Central) | PacificSource Community Solutions, Inc. (Gorge) | Cascade Health Alliance, LLC. |
| TANF | 1.07 | 0.93 | 0.97 | 1.02 |
| PLMA | 1.00 | 1.00 | 1.00 | 1.00 |
| CHILD 00-01 | 1.00 | 1.00 | 1.00 | 1.00 |
| CHILD 01-05 | 0.93 | 1.04 | 1.08 | 1.03 |
| CHILD 06-18 | 0.96 | 1.04 | 0.98 | 1.04 |
| DUAL-MEDS | 1.00 | 1.00 | 1.00 | 1.00 |
| ABAD & OAA | 1.00 | 1.01 | 0.99 | 1.00 |
| CAF | 1.00 | 1.00 | 1.00 | 1.00 |
| ACA 19-44 | 1.05 | 0.96 | 0.93 | 1.05 |
| ACA 45-54 | 1.04 | 0.98 | 0.90 | 1.05 |
| ACA 55-64 | 1.03 | 0.99 | 0.90 | 1.04 |
| BCCP | 1.00 | 1.00 | 1.00 | 1.00 |

**Northwest Region**

| COA | Normalized Risk Score | | | |
|---|---|---|---|---|
| | Columbia-Pacific CCO, LLC. | InterCommunity Health Network, Inc. | Willamette Valley Community Health, LLC | Yamhill County Care Organization, Inc. |
| TANF | 1.02 | 1.02 | 0.98 | 1.03 |
| PLMA | 1.00 | 1.00 | 1.00 | 1.00 |
| CHILD 00-01 | 1.00 | 1.00 | 1.00 | 1.00 |
| CHILD 01-05 | 0.94 | 1.00 | 1.01 | 1.01 |
| CHILD 06-18 | 0.98 | 1.08 | 0.97 | 1.01 |
| DUAL-MEDS | 1.00 | 1.00 | 1.00 | 1.00 |
| ABAD & OAA | 0.96 | 0.99 | 1.01 | 1.08 |
| CAF | 1.00 | 1.00 | 1.00 | 1.00 |
| ACA 19-44 | 1.01 | 1.01 | 0.97 | 1.07 |
| ACA 45-54 | 0.99 | 1.01 | 0.99 | 1.04 |
| ACA 55-64 | 0.97 | 1.01 | 1.00 | 1.01 |
| BCCP | 1.00 | 1.00 | 1.00 | 1.00 |

Exhibit 3
Page 52 of 184

Ex. 1 - Wilson Decl.
Page 120 of 260

**Southwest Region**

| COA | Allcare CCO, Inc. | Trillium Community Health Plan, Inc. | Jackson County CCO, LLC. | Primary Health of Josephine County, LLC | DCIPA, LLC. Abn Umpqua Health Alliance | Western Oregon Advanced Health, LLC |
|---|---|---|---|---|---|---|
| | | | Normalized Risk Score | | | |
| TANF | 0.96 | 1.01 | 1.02 | 0.95 | 1.08 | 0.97 |
| PLMA | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| CHILD 00-01 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| CHILD 01-05 | 0.96 | 1.05 | 0.99 | 0.95 | 0.99 | 0.92 |
| CHILD 06-18 | 0.93 | 1.06 | 0.97 | 0.89 | 1.01 | 1.02 |
| DUAL-MEDS | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| ABAD & OAA | 1.01 | 0.99 | 1.06 | 1.01 | 1.01 | 0.94 |
| CAF | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| ACA 19-44 | 0.99 | 1.00 | 1.03 | 0.86 | 1.09 | 0.96 |
| ACA 45-54 | 0.98 | 1.00 | 1.00 | 0.95 | 1.09 | 0.96 |
| ACA 55-64 | 0.99 | 1.00 | 0.98 | 1.00 | 1.10 | 0.93 |
| BCCP | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |

**Tri-County Region**

| COA | FamilyCare, Inc. | Health Share of Oregon |
|---|---|---|
| | Normalized Risk Score | |
| TANF | 0.95 | 1.03 |
| PLMA | 1.00 | 1.00 |
| CHILD 00-01 | 1.00 | 1.00 |
| CHILD 01-05 | 0.97 | 1.01 |
| CHILD 06-18 | 1.01 | 1.00 |
| DUAL-MEDS | 1.00 | 1.00 |
| ABAD & OAA | 0.86 | 1.03 |
| CAF | 1.00 | 1.00 |
| ACA 19-44 | 0.94 | 1.04 |
| ACA 45-54 | 0.94 | 1.04 |
| ACA 55-64 | 0.95 | 1.03 |
| BCCP | 1.00 | 1.00 |

Exhibit 3
Page 53 of 184

Ex. 1 - Wilson Decl.
Page 121 of 260

## Appendix II.D: A/B Hospital Factors

**Central/Eastern Region**

| COA | A/B Hospital Adjustment | | | |
| --- | --- | --- | --- | --- |
| | Eastern Oregon Coordinated Care Org., LLC. | PacificSource Community Solutions, Inc. (Central) | PacificSource Community Solutions, Inc. (Gorge) | Cascade Health Alliance, LLC. |
| TANF | 1.10 | 0.94 | 1.11 | 0.80 |
| PLMA | 1.10 | 0.94 | 1.11 | 0.80 |
| CHILD 00-01 | 1.09 | 0.94 | 1.11 | 0.80 |
| CHILD 01-05 | 1.09 | 0.94 | 1.11 | 0.80 |
| CHILD 06-18 | 1.09 | 0.94 | 1.11 | 0.80 |
| DUAL-MEDS | 1.11 | 0.96 | 1.13 | 0.82 |
| ABAD & OAA | 1.10 | 0.95 | 1.12 | 0.81 |
| CAF | 1.10 | 0.94 | 1.11 | 0.80 |
| ACA 19-44 | 1.11 | 0.95 | 1.12 | 0.81 |
| ACA 45-54 | 1.11 | 0.95 | 1.12 | 0.81 |
| ACA 55-64 | 1.10 | 0.95 | 1.12 | 0.81 |
| BCCP | 1.11 | 0.95 | 1.12 | 0.81 |

**Northwest Region**

| COA | A/B Hospital Adjustment | | | |
| --- | --- | --- | --- | --- |
| | Columbia-Pacific CCO, LLC. | InterCommunity Health Network, Inc. | Willamette Valley Community Health, LLC | Yamhill County Care Organization, Inc. |
| TANF | 1.08 | 1.05 | 0.96 | 0.95 |
| PLMA | 1.09 | 1.05 | 0.96 | 0.95 |
| CHILD 00-01 | 1.09 | 1.06 | 0.96 | 0.96 |
| CHILD 01-05 | 1.09 | 1.06 | 0.96 | 0.96 |
| CHILD 06-18 | 1.09 | 1.06 | 0.96 | 0.96 |
| DUAL-MEDS | 1.09 | 1.05 | 0.96 | 0.96 |
| ABAD & OAA | 1.08 | 1.05 | 0.96 | 0.95 |
| CAF | 1.08 | 1.05 | 0.95 | 0.95 |
| ACA 19-44 | 1.08 | 1.05 | 0.96 | 0.95 |
| ACA 45-54 | 1.08 | 1.05 | 0.95 | 0.95 |
| ACA 55-64 | 1.07 | 1.04 | 0.95 | 0.95 |
| BCCP | 1.07 | 1.04 | 0.95 | 0.95 |

Exhibit 3
Page 54 of 184

Ex. 1 - Wilson Decl.
Page 122 of 260

**Southwest Region**

| COA | A/B Hospital Adjustment | | | | | |
| | Allcare CCO, Inc. | Trillium Community Health Plan, Inc. | Jackson County CCO, LLC. | Primary Health of Josephine County, LLC | DCIPA, LLC. Abn Umpqua Health Alliance | Western Oregon Advanced Health, LLC |
|---|---|---|---|---|---|---|
| TANF | 0.98 | 1.05 | 0.93 | 0.95 | 0.94 | 1.08 |
| PLMA | 0.97 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| CHILD 00-01 | 0.97 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| CHILD 01-05 | 0.98 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| CHILD 06-18 | 0.97 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| DUAL-MEDS | 0.97 | 1.04 | 0.93 | 0.94 | 0.93 | 1.08 |
| ABAD & OAA | 0.97 | 1.04 | 0.92 | 0.94 | 0.93 | 1.08 |
| CAF | 0.97 | 1.04 | 0.92 | 0.94 | 0.93 | 1.07 |
| ACA 19-44 | 0.97 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| ACA 45-54 | 0.97 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| ACA 55-64 | 0.98 | 1.05 | 0.93 | 0.94 | 0.93 | 1.08 |
| BCCP | 0.98 | 1.05 | 0.94 | 0.95 | 0.94 | 1.09 |

**Tri-County Region**

| COA | A/B Hospital Adjustment | |
| | FamilyCare, Inc. | Health Share of Oregon |
|---|---|---|
| TANF | 1.00 | 1.00 |
| PLMA | 1.00 | 1.00 |
| CHILD 00-01 | 1.00 | 1.00 |
| CHILD 01-05 | 1.00 | 1.00 |
| CHILD 06-18 | 1.00 | 1.00 |
| DUAL-MEDS | 1.00 | 1.00 |
| ABAD & OAA | 1.00 | 1.00 |
| CAF | 1.00 | 1.00 |
| ACA 19-44 | 1.00 | 1.00 |
| ACA 45-54 | 1.00 | 1.00 |
| ACA 55-64 | 1.00 | 1.00 |
| BCCP | 1.00 | 1.00 |

Exhibit 3
Page 55 of 184

Ex. 1 - Wilson Decl.
Page 123 of 260

## Appendix II.E: Budget Neutrality Summary

**Central/Eastern Region**

| COA | May 2015 MMs | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Eastern Oregon Coordinated Care Org., LLC. | PacificSource Community Solutions, Inc. (Central) | PacificSource Community Solutions, Inc. (Gorge) | Cascade Health Alliance, LLC. | Regional | Regional Payment Rate (Net Add-Ons) |
| TANF | 35,140 | 37,593 | 6,934 | 12,116 | 91,784 | $440.05 |
| PLMA | 10,728 | 10,676 | 2,995 | 3,828 | 28,227 | $374.22 |
| CHILD 00-01 | 19,960 | 19,035 | 5,073 | 6,653 | 50,722 | $527.03 |
| CHILD 01-05 | 79,747 | 70,368 | 20,443 | 23,954 | 194,512 | $143.63 |
| CHILD 06-18 | 166,877 | 172,046 | 47,576 | 47,670 | 434,169 | $163.25 |
| DUAL-MEDS | 19,203 | 25,538 | 4,049 | 8,896 | 57,686 | $219.00 |
| ABAD & OAA | 27,719 | 22,804 | 5,753 | 11,271 | 67,546 | $1,378.84 |
| CAF | 8,679 | 6,955 | 2,571 | 3,836 | 22,042 | $573.60 |
| ACA 19-44 | 120,655 | 164,445 | 34,571 | 46,975 | 366,646 | $408.92 |
| ACA 45-54 | 41,610 | 54,291 | 12,849 | 16,896 | 125,646 | $649.04 |
| ACA 55-64 | 37,243 | 48,275 | 11,136 | 14,098 | 110,752 | $715.11 |
| BCCP | 227 | 550 | 95 | 52 | 923 | $2,086.78 |
| **Total** | **567,788** | **632,577** | **154,046** | **196,245** | **1,550,655** | **$391.78** |

| COA | CCO-Specific Payment Rates (Net Add-Ons) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Eastern Oregon Coordinated Care Org., LLC. | PacificSource Community Solutions, Inc. (Central) | PacificSource Community Solutions, Inc. (Gorge) | Cascade Health Alliance, LLC. | Regional | Regional Check |
| TANF | $516.54 | $387.63 | $475.00 | $360.88 | $440.05 | $0.00 |
| PLMA | $410.26 | $352.57 | $416.42 | $300.53 | $374.22 | $0.00 |
| CHILD 00-01 | $576.85 | $495.73 | $585.50 | $422.55 | $527.03 | $0.00 |
| CHILD 01-05 | $146.41 | $140.45 | $172.78 | $118.89 | $143.63 | $0.00 |
| CHILD 06-18 | $171.08 | $159.34 | $177.52 | $135.77 | $163.25 | $0.00 |
| DUAL-MEDS | $244.00 | $209.69 | $247.66 | $178.74 | $219.00 | $0.00 |
| ABAD & OAA | $1,510.02 | $1,317.32 | $1,520.71 | $1,108.27 | $1,378.84 | $0.00 |
| CAF | $629.76 | $541.20 | $639.21 | $461.32 | $573.60 | $0.00 |
| ACA 19-44 | $476.54 | $372.63 | $428.52 | $347.83 | $408.92 | $0.00 |
| ACA 45-54 | $747.15 | $602.21 | $656.53 | $552.21 | $649.04 | $0.00 |
| ACA 55-64 | $811.15 | $673.02 | $721.30 | $600.69 | $715.11 | $0.00 |
| BCCP | $2,311.32 | $1,986.29 | $2,346.01 | $1,693.11 | $2,086.78 | $0.00 |
| **Total** | **$432.59** | **$366.41** | **$405.01** | **$345.13** | **$391.78** | **$0.00** |

Exhibit 3
Page 56 of 184

Ex. 1 - Wilson Decl.
Page 124 of 260

**Northwest Region**

| COA | May 2015 MMs | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Columbia-Pacific CCO, LLC. | InterCommunity Health Network, Inc. | Willamette Valley Community Health, LLC | Yamhill County Care Organization, Inc. | Regional | Regional Payment Rate (Net Add-Ons) |
| TANF | 17,437 | 37,242 | 62,434 | 15,506 | 132,619 | $395.96 |
| PLMA | 5,221 | 11,402 | 20,065 | 4,907 | 41,594 | $343.26 |
| CHILD 00-01 | 8,497 | 19,126 | 39,643 | 8,354 | 75,620 | $550.24 |
| CHILD 01-05 | 33,251 | 74,130 | 160,642 | 34,842 | 302,864 | $135.34 |
| CHILD 06-18 | 74,203 | 161,389 | 361,728 | 82,112 | 679,431 | $153.72 |
| DUAL-MEDS | 9,401 | 31,670 | 53,859 | 6,505 | 101,434 | $235.54 |
| ABAD & OAA | 14,886 | 37,543 | 55,258 | 8,809 | 116,496 | $1,240.93 |
| CAF | 5,112 | 9,998 | 15,686 | 3,389 | 34,185 | $452.99 |
| ACA 19-44 | 76,337 | 172,948 | 260,640 | 64,738 | 574,664 | $359.59 |
| ACA 45-54 | 28,729 | 54,224 | 80,639 | 21,328 | 184,919 | $617.77 |
| ACA 55-64 | 26,667 | 48,668 | 61,642 | 17,196 | 154,173 | $684.58 |
| BCCP | 195 | 237 | 346 | 122 | 900 | $1,376.67 |
| **Total** | **299,935** | **658,578** | **1,172,579** | **267,808** | **2,398,899** | **$360.76** |

| COA | CCO-Specific Payment Rates (Net Add-Ons) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Columbia-Pacific CCO, LLC. | InterCommunity Health Network, Inc. | Willamette Valley Community Health, LLC | Yamhill County Care Organization, Inc. | Regional | Regional Check |
| TANF | $437.60 | $422.36 | $370.08 | $389.89 | $395.96 | $0.00 |
| PLMA | $372.49 | $361.17 | $329.26 | $327.79 | $343.26 | $0.00 |
| CHILD 00-01 | $599.26 | $581.03 | $529.71 | $527.34 | $550.24 | $0.00 |
| CHILD 01-05 | $139.07 | $142.49 | $132.17 | $131.15 | $135.34 | $0.00 |
| CHILD 06-18 | $164.47 | $175.69 | $142.93 | $148.40 | $153.72 | $0.00 |
| DUAL-MEDS | $255.70 | $247.92 | $226.02 | $225.01 | $235.54 | $0.00 |
| ABAD & OAA | $1,281.94 | $1,284.34 | $1,194.51 | $1,277.80 | $1,240.93 | $0.00 |
| CAF | $489.21 | $474.33 | $432.44 | $430.51 | $452.99 | $0.00 |
| ACA 19-44 | $393.83 | $380.82 | $334.16 | $364.83 | $359.59 | $0.00 |
| ACA 45-54 | $660.62 | $653.48 | $580.92 | $608.63 | $617.77 | $0.00 |
| ACA 55-64 | $710.37 | $722.00 | $652.60 | $653.34 | $684.58 | $0.00 |
| BCCP | $1,478.60 | $1,433.64 | $1,307.01 | $1,301.17 | $1,376.67 | $0.00 |
| **Total** | **$412.62** | **$406.12** | **$326.82** | **$339.75** | **$360.76** | **$0.00** |

Exhibit 3
Page 57 of 184

Ex. 1 - Wilson Decl.
Page 125 of 260

**Southwest Region**

| COA | Allcare CCO, Inc. | Trillium Community Health Plan, Inc. | Jackson County CCO, LLC. | May 2015 MMs Primary Health of Josephine County, LLC | DCIPA, LLC. Abn Umpqua Health Alliance | Western Oregon Advanced Health, LLC | Regional | Regional Payment Rate (Net Add-Ons) |
|---|---|---|---|---|---|---|---|---|
| TANF | 36,134 | 57,779 | 19,577 | 7,942 | 20,416 | 13,221 | 155,069 | $354.13 |
| PLMA | 11,984 | 20,080 | 5,637 | 2,556 | 5,376 | 3,695 | 49,328 | $319.48 |
| CHILD 00-01 | 17,505 | 29,600 | 9,401 | 3,267 | 8,818 | 6,044 | 74,635 | $646.02 |
| CHILD 01-05 | 68,111 | 107,817 | 40,414 | 11,458 | 32,205 | 23,304 | 283,309 | $126.61 |
| CHILD 06-18 | 133,596 | 245,824 | 97,699 | 29,617 | 70,266 | 50,214 | 627,216 | $138.88 |
| DUAL-MEDS | 26,572 | 49,880 | 13,179 | 6,081 | 18,343 | 15,543 | 129,598 | $203.86 |
| ABAD & OAA | 28,522 | 65,231 | 16,823 | 6,999 | 18,401 | 17,229 | 153,205 | $1,166.70 |
| CAF | 8,496 | 24,757 | 6,353 | 2,176 | 6,740 | 5,814 | 54,335 | $455.10 |
| ACA 19-44 | 150,902 | 301,144 | 87,059 | 36,261 | 80,000 | 58,519 | 713,885 | $294.12 |
| ACA 45-54 | 53,628 | 89,008 | 28,687 | 14,252 | 27,667 | 23,417 | 236,659 | $531.39 |
| ACA 55-64 | 51,012 | 79,765 | 25,043 | 14,043 | 25,376 | 22,905 | 218,144 | $594.03 |
| BCCP | 354 | 514 | 290 | 122 | 197 | 172 | 1,649 | $1,333.12 |
| **Total** | **586,817** | **1,071,399** | **350,162** | **134,771** | **313,807** | **240,077** | **2,697,033** | **$348.26** |

| COA | Allcare CCO, Inc. | Trillium Community Health Plan, Inc. | Jackson County CCO, LLC. | CCO-Specific Payment Rates (Net Add-Ons) Primary Health of Josephine County, LLC | DCIPA, LLC. Abn Umpqua Health Alliance | Western Oregon Advanced Health, LLC | Regional | Regional Check |
|---|---|---|---|---|---|---|---|---|
| TANF | $331.26 | $374.55 | $336.64 | $317.54 | $356.99 | $370.85 | $354.13 | $0.00 |
| PLMA | $311.12 | $334.18 | $296.63 | $301.42 | $298.14 | $345.07 | $319.48 | $0.00 |
| CHILD 00-01 | $629.61 | $676.26 | $600.28 | $609.96 | $603.34 | $698.31 | $646.02 | $0.00 |
| CHILD 01-05 | $118.31 | $139.77 | $116.82 | $113.38 | $117.27 | $126.37 | $126.61 | $0.00 |
| CHILD 06-18 | $125.83 | $153.56 | $124.78 | $117.27 | $130.73 | $153.35 | $138.88 | $0.00 |
| DUAL-MEDS | $198.02 | $212.69 | $188.79 | $191.84 | $189.76 | $219.63 | $203.86 | $0.00 |
| ABAD & OAA | $1,145.25 | $1,205.29 | $1,143.16 | $1,103.15 | $1,094.13 | $1,182.46 | $1,166.70 | $0.00 |
| CAF | $440.32 | $472.95 | $419.81 | $426.58 | $421.95 | $488.37 | $455.10 | $0.00 |
| ACA 19-44 | $282.27 | $307.26 | $282.23 | $238.77 | $297.92 | $303.88 | $294.12 | $0.00 |
| ACA 45-54 | $505.82 | $558.85 | $492.25 | $477.62 | $541.86 | $553.87 | $531.39 | $0.00 |
| ACA 55-64 | $572.06 | $623.11 | $542.83 | $558.88 | $612.61 | $598.63 | $594.03 | $0.00 |
| BCCP | $1,308.27 | $1,405.21 | $1,247.32 | $1,267.45 | $1,253.69 | $1,451.03 | $1,333.12 | $0.00 |
| **Total** | **$328.25** | **$368.51** | **$308.00** | **$321.58** | **$344.96** | **$384.81** | **$348.26** | **$0.00** |

Exhibit 3
Page 58 of 184

Ex. 1 - Wilson Decl.
Page 126 of 260

**Tri-County Region**

| COA | May 2015 MMs | | | Regional Payment Rate (Net Add-Ons) |
| --- | --- | --- | --- | --- |
| | FamilyCare, Inc. | Health Share of Oregon | Regional | |
| TANF | 81,512 | 138,371 | 219,883 | $354.13 |
| PLMA | 31,363 | 43,468 | 74,831 | $319.48 |
| CHILD 00-01 | 51,492 | 71,377 | 122,869 | $646.02 |
| CHILD 01-05 | 171,505 | 311,494 | 482,998 | $126.61 |
| CHILD 06-18 | 335,194 | 740,685 | 1,075,879 | $138.88 |
| DUAL-MEDS | 27,114 | 197,759 | 224,873 | $203.86 |
| ABAD & OAA | 35,750 | 167,576 | 203,326 | $1,166.70 |
| CAF | 18,916 | 33,833 | 52,749 | $455.10 |
| ACA 19-44 | 473,722 | 704,231 | 1,177,953 | $294.12 |
| ACA 45-54 | 127,549 | 211,360 | 338,909 | $531.39 |
| ACA 55-64 | 101,009 | 171,210 | 272,219 | $594.03 |
| BCCP | 916 | 747 | 1,662 | $1,333.12 |
| **Total** | **1,456,042** | **2,792,111** | **4,248,152** | **$327.03** |

| COA | CCO-Specific Payment Rates (Net Add-Ons) | | | |
| --- | --- | --- | --- | --- |
| | FamilyCare, Inc. | Health Share of Oregon | Regional | Regional Check |
| TANF | $334.72 | $365.56 | $354.13 | $0.00 |
| PLMA | $319.48 | $319.48 | $319.48 | $0.00 |
| CHILD 00-01 | $646.02 | $646.02 | $646.02 | $0.00 |
| CHILD 01-05 | $123.37 | $128.39 | $126.61 | $0.00 |
| CHILD 06-18 | $140.40 | $138.20 | $138.88 | $0.00 |
| DUAL-MEDS | $203.86 | $203.86 | $203.86 | $0.00 |
| ABAD & OAA | $1,006.20 | $1,200.95 | $1,166.70 | $0.00 |
| CAF | $455.10 | $455.10 | $455.10 | $0.00 |
| ACA 19-44 | $276.96 | $305.67 | $294.12 | $0.00 |
| ACA 45-54 | $500.04 | $550.31 | $531.39 | $0.00 |
| ACA 55-64 | $563.05 | $612.31 | $594.03 | $0.00 |
| BCCP | $1,333.12 | $1,333.12 | $1,333.12 | $0.00 |
| **Total** | **$303.54** | **$339.28** | **$327.03** | **$0.00** |

Exhibit 3
Page 59 of 184

Ex. 1 - Wilson Decl.
Page 127 of 260

**Appendix III.  CCO-A Rate Development Summary (RDS)**

Exhibit 3
Page 60 of 184

Ex. 1 - Wilson Decl.
Page 128 of 260

## Appendix III.A: Allcare CCO, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE[1] | Children's Wraparound[1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 36,134 | $ 354.13 | 0.96 | 0.98 | 0.94 | $ 331.26 | $ - | $ 1.42 | $ - |
| PLMA | 11,984 | $ 319.48 | 1.00 | 0.97 | 0.97 | $ 311.12 | $ - | $ - | $ - |
| CHILD 00-01 | 17,505 | $ 646.02 | 1.00 | 0.97 | 0.97 | $ 629.61 | $ - | $ - | $ - |
| CHILD 01-05 | 68,111 | $ 126.61 | 0.96 | 0.98 | 0.93 | $ 118.31 | $ - | $ - | $ - |
| CHILD 06-18 | 133,596 | $ 138.88 | 0.93 | 0.97 | 0.91 | $ 125.83 | $ - | $ - | $ - |
| ABAD & OAA Duals | 26,572 | $ 203.86 | 1.00 | 0.97 | 0.97 | $ 198.02 | $ 31.66 | $ 6.00 | $ - |
| ABAD & OAA Medicaid Only | 28,522 | $ 1,166.70 | 1.01 | 0.97 | 0.98 | $ 1,145.25 | $ - | $ 12.04 | $ - |
| CAF | 8,496 | $ 455.10 | 1.00 | 0.97 | 0.97 | $ 440.32 | $ - | $ - | $ 34.46 |
| ACA 19-44 | 150,902 | $ 294.12 | 0.99 | 0.97 | 0.96 | $ 282.27 | $ 0.81 | $ 1.42 | $ - |
| ACA 45-54 | 53,628 | $ 531.39 | 0.98 | 0.97 | 0.95 | $ 505.82 | $ - | $ 1.43 | $ - |
| ACA 55-64 | 51,012 | $ 594.03 | 0.99 | 0.98 | 0.96 | $ 572.06 | $ 23.40 | $ 1.43 | $ - |
| BCCP | 354 | $ 1,333.12 | 1.00 | 0.98 | 0.98 | $ 1,308.27 | $ - | $ 12.04 | $ - |
| **Total** | **586,817** | **$ 343.08** | | | | **$ 328.25** | **$ 3.68** | **$ 1.57** | **$ 0.50** |

| COA | CY 2015 MMs | NEMT[1] | CANS[1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 36,134 | $ 4.40 | $ - | $ 24.09 | $ 0.49 | $ 11.15 | $ - | $ 23.99 | $ 396.80 |
| PLMA | 11,984 | $ 4.67 | $ - | $ 15.62 | $ 0.32 | $ 10.28 | $ - | $ 18.70 | $ 360.71 |
| CHILD 00-01 | 17,505 | $ 0.30 | $ - | $ 119.50 | $ 2.44 | $ 25.43 | $ - | $ 1.42 | $ 778.69 |
| CHILD 01-05 | 68,111 | $ 0.28 | $ - | $ 15.52 | $ 0.32 | $ 3.77 | $ - | $ 22.38 | $ 160.57 |
| CHILD 06-18 | 133,596 | $ 0.44 | $ - | $ 10.17 | $ 0.21 | $ 3.73 | $ - | $ 22.34 | $ 162.72 |
| ABAD & OAA Duals | 26,572 | $ 35.88 | $ - | $ 7.94 | $ 0.16 | $ 5.95 | $ - | $ 27.13 | $ 312.74 |
| ABAD & OAA Medicaid Only | 28,522 | $ 38.31 | $ - | $ 167.64 | $ 3.42 | $ 39.04 | $ - | $ 28.39 | $ 1,434.11 |
| CAF | 8,496 | $ 1.59 | $ 3.35 | $ 26.86 | $ 0.55 | $ 8.87 | $ - | $ 25.07 | $ 541.06 |
| ACA 19-44 | 150,902 | $ 4.00 | $ - | $ 33.57 | $ 0.69 | $ 9.22 | $ - | $ 22.90 | $ 354.87 |
| ACA 45-54 | 53,628 | $ 7.99 | $ - | $ 58.30 | $ 1.19 | $ 17.74 | $ - | $ 33.01 | $ 625.48 |
| ACA 55-64 | 51,012 | $ 5.07 | $ - | $ 61.57 | $ 1.26 | $ 20.88 | $ - | $ 31.89 | $ 717.56 |
| BCCP | 354 | $ 38.31 | $ - | $ 148.16 | $ 3.02 | $ 44.87 | $ - | $ 28.39 | $ 1,583.08 |
| **Total** | **586,817** | **$ 6.24** | **$ 0.05** | **$ 37.78** | **$ 0.77** | **$ 11.07** | **$ -** | **$ 24.25** | **$ 414.16** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 61 of 184

Ex. 1 - Wilson Decl.
Page 129 of 260

## Appendix III.B: Cascade Health Alliance, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 12,116 | $ 440.05 | 1.02 | 0.80 | 0.82 | $ 360.88 | $ - | $ 0.57 | $ - |
| PLMA | 3,828 | $ 374.22 | 1.00 | 0.80 | 0.80 | $ 300.53 | $ - | $ - | $ - |
| CHILD 00-01 | 6,653 | $ 527.03 | 1.00 | 0.80 | 0.80 | $ 422.55 | $ - | $ - | $ - |
| CHILD 01-05 | 23,954 | $ 143.63 | 1.03 | 0.80 | 0.83 | $ 118.89 | $ - | $ - | $ - |
| CHILD 06-18 | 47,670 | $ 163.25 | 1.04 | 0.80 | 0.83 | $ 135.77 | $ - | $ - | $ - |
| ABAD & OAA Duals | 8,896 | $ 219.00 | 1.00 | 0.82 | 0.82 | $ 178.74 | $ - | $ 0.81 | $ - |
| ABAD & OAA Medicaid Only | 11,271 | $ 1,378.84 | 1.00 | 0.81 | 0.80 | $ 1,108.27 | $ 72.50 | $ 0.45 | $ - |
| CAF | 3,836 | $ 573.60 | 1.00 | 0.80 | 0.80 | $ 461.32 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 46,975 | $ 408.92 | 1.05 | 0.81 | 0.85 | $ 347.83 | $ 1.09 | $ 0.60 | $ - |
| ACA 45-54 | 16,896 | $ 649.04 | 1.05 | 0.81 | 0.85 | $ 552.21 | $ 11.97 | $ 2.87 | $ - |
| ACA 55-64 | 14,098 | $ 715.11 | 1.04 | 0.81 | 0.84 | $ 600.69 | $ 15.01 | $ - | $ - |
| BCCP | 52 | $ 2,086.78 | 1.00 | 0.81 | 0.81 | $ 1,693.11 | $ 72.50 | $ 0.45 | $ - |
| Total | 196,245 | $ 415.54 | | | | $ 345.13 | $ 6.55 | $ 0.49 | $ 1.91 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 10.43 | $ - | $ 53.75 | $ 1.10 | $ 14.41 | $ - | $ 23.99 | $ 465.12 |
| PLMA | 3,828 | $ 4.88 | $ - | $ 54.90 | $ 1.12 | $ 12.37 | $ - | $ 18.70 | $ 392.50 |
| CHILD 00-01 | 6,653 | $ 0.95 | $ - | $ 174.72 | $ 3.57 | $ 20.16 | $ - | $ 1.42 | $ 623.37 |
| CHILD 01-05 | 23,954 | $ 0.63 | $ - | $ 11.35 | $ 0.23 | $ 4.43 | $ - | $ 22.38 | $ 157.92 |
| CHILD 06-18 | 47,670 | $ 1.11 | $ - | $ 7.74 | $ 0.16 | $ 4.40 | $ - | $ 22.34 | $ 171.52 |
| ABAD & OAA Duals | 8,896 | $ 59.78 | $ - | $ 31.70 | $ 0.65 | $ 6.27 | $ - | $ 27.13 | $ 305.07 |
| ABAD & OAA Medicaid Only | 11,271 | $ 46.37 | $ - | $ 200.19 | $ 4.09 | $ 46.26 | $ - | $ 28.39 | $ 1,506.52 |
| CAF | 3,836 | $ 3.04 | $ 2.96 | $ 26.26 | $ 0.54 | $ 11.61 | $ - | $ 25.07 | $ 628.65 |
| ACA 19-44 | 46,975 | $ 14.29 | $ - | $ 39.33 | $ 0.80 | $ 13.34 | $ - | $ 22.90 | $ 440.19 |
| ACA 45-54 | 16,896 | $ 18.98 | $ - | $ 67.89 | $ 1.39 | $ 21.77 | $ - | $ 33.01 | $ 710.09 |
| ACA 55-64 | 14,098 | $ 22.59 | $ - | $ 119.19 | $ 2.43 | $ 25.15 | $ - | $ 31.89 | $ 816.95 |
| BCCP | 52 | $ 46.37 | $ - | $ 639.86 | $ 13.06 | $ 73.76 | $ - | $ 28.39 | $ 2,567.50 |
| Total | 196,245 | $ 13.24 | $ 0.06 | $ 51.02 | $ 1.04 | $ 13.49 | $ - | $ 24.02 | $ 456.95 |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 62 of 184

Ex. 1 - Wilson Decl.
Page 130 of 260

## Appendix III.C: Columbia-Pacific CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 17,437 | $ 395.96 | 1.02 | 1.08 | 1.11 | $ 437.60 | $ - | $ 0.62 | $ - |
| PLMA | 5,221 | $ 343.26 | 1.00 | 1.09 | 1.09 | $ 372.49 | $ - | $ 0.16 | $ - |
| CHILD 00-01 | 8,497 | $ 550.24 | 1.00 | 1.09 | 1.09 | $ 599.26 | $ - | $ - | $ - |
| CHILD 01-05 | 33,251 | $ 135.34 | 0.94 | 1.09 | 1.03 | $ 139.07 | $ - | $ - | $ - |
| CHILD 06-18 | 74,203 | $ 153.72 | 0.98 | 1.09 | 1.07 | $ 164.47 | $ - | $ 0.00 | $ - |
| ABAD & OAA Duals | 9,401 | $ 235.54 | 1.00 | 1.09 | 1.09 | $ 255.70 | $ - | $ 18.44 | $ - |
| ABAD & OAA Medicaid Only | 14,886 | $ 1,240.93 | 0.96 | 1.08 | 1.03 | $ 1,281.94 | $ 58.69 | $ 30.49 | $ - |
| CAF | 5,112 | $ 452.99 | 1.00 | 1.08 | 1.08 | $ 489.21 | $ - | $ 0.33 | $ 35.75 |
| ACA 19-44 | 76,337 | $ 359.59 | 1.01 | 1.08 | 1.10 | $ 393.83 | $ - | $ 1.10 | $ - |
| ACA 45-54 | 28,729 | $ 617.77 | 0.99 | 1.08 | 1.07 | $ 660.62 | $ 21.31 | $ 1.70 | $ - |
| ACA 55-64 | 26,667 | $ 684.58 | 0.97 | 1.07 | 1.04 | $ 710.37 | $ 49.11 | $ 0.78 | $ - |
| BCCP | 195 | $ 1,376.67 | 1.00 | 1.07 | 1.07 | $ 1,478.60 | $ 58.69 | $ 30.49 | $ - |
| Total | 299,935 | $ 386.76 | | | | $ 412.62 | $ 9.36 | $ 2.67 | $ 0.61 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 6.97 | $ - | $ 33.21 | $ 0.68 | $ 12.46 | $ - | $ 23.99 | $ 515.53 |
| PLMA | 5,221 | $ 7.40 | $ - | $ 23.40 | $ 0.48 | $ 10.55 | $ - | $ 18.70 | $ 433.18 |
| CHILD 00-01 | 8,497 | $ 0.48 | $ - | $ 98.44 | $ 2.01 | $ 20.56 | $ - | $ 1.42 | $ 722.15 |
| CHILD 01-05 | 33,251 | $ 0.44 | $ - | $ 11.96 | $ 0.24 | $ 3.79 | $ - | $ 22.38 | $ 177.89 |
| CHILD 06-18 | 74,203 | $ 0.70 | $ - | $ 7.85 | $ 0.16 | $ 4.06 | $ - | $ 22.34 | $ 199.58 |
| ABAD & OAA Duals | 9,401 | $ 56.83 | $ - | $ 19.52 | $ 0.40 | $ 6.73 | $ - | $ 27.13 | $ 384.75 |
| ABAD & OAA Medicaid Only | 14,886 | $ 60.68 | $ - | $ 129.20 | $ 2.64 | $ 41.74 | $ - | $ 28.39 | $ 1,633.77 |
| CAF | 5,112 | $ 2.52 | $ - | $ 23.76 | $ 0.48 | $ 9.76 | $ - | $ 25.07 | $ 586.88 |
| ACA 19-44 | 76,337 | $ 6.33 | $ - | $ 28.47 | $ 0.58 | $ 11.18 | $ - | $ 22.90 | $ 464.39 |
| ACA 45-54 | 28,729 | $ 12.65 | $ - | $ 63.95 | $ 1.31 | $ 20.30 | $ - | $ 33.01 | $ 814.84 |
| ACA 55-64 | 26,667 | $ 8.04 | $ - | $ 63.34 | $ 1.29 | $ 23.20 | $ - | $ 31.89 | $ 888.02 |
| BCCP | 195 | $ 60.68 | $ - | $ 71.53 | $ 1.46 | $ 48.04 | $ - | $ 28.39 | $ 1,777.89 |
| Total | 299,935 | $ 9.18 | $ - | $ 34.87 | $ 0.71 | $ 12.25 | $ - | $ 24.30 | $ 506.56 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 63 of 184

Ex. 1 - Wilson Decl.
Page 131 of 260

## Appendix III.D: Eastern Oregon Coordinated Care Org., LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 35,140 | $ 440.05 | 1.07 | 1.10 | 1.17 | $ 516.54 | $ 10.40 | $ 0.89 | $ - |
| PLMA | 10,728 | $ 374.22 | 1.00 | 1.10 | 1.10 | $ 410.26 | $ - | $ - | $ - |
| CHILD 00-01 | 19,960 | $ 527.03 | 1.00 | 1.09 | 1.09 | $ 576.85 | $ - | $ - | $ - |
| CHILD 01-05 | 79,747 | $ 143.63 | 0.93 | 1.09 | 1.02 | $ 146.41 | $ - | $ - | $ - |
| CHILD 06-18 | 166,877 | $ 163.25 | 0.96 | 1.09 | 1.05 | $ 171.08 | $ - | $ - | $ - |
| ABAD & OAA Duals | 19,203 | $ 219.00 | 1.00 | 1.11 | 1.11 | $ 244.00 | $ 11.82 | $ 9.49 | $ - |
| ABAD & OAA Medicaid Only | 27,719 | $ 1,378.84 | 1.00 | 1.10 | 1.10 | $ 1,510.02 | $ 27.25 | $ 15.50 | $ - |
| CAF | 8,679 | $ 573.60 | 1.00 | 1.10 | 1.10 | $ 629.76 | $ - | $ - | $ 119.12 |
| ACA 19-44 | 120,655 | $ 408.92 | 1.05 | 1.11 | 1.17 | $ 476.54 | $ 1.93 | $ 0.89 | $ - |
| ACA 45-54 | 41,610 | $ 649.04 | 1.04 | 1.11 | 1.15 | $ 747.15 | $ 22.01 | $ 0.89 | $ - |
| ACA 55-64 | 37,243 | $ 715.11 | 1.03 | 1.10 | 1.13 | $ 811.15 | $ 25.72 | $ 0.89 | $ - |
| BCCP | 227 | $ 2,086.78 | 1.00 | 1.11 | 1.11 | $ 2,311.32 | $ 27.25 | $ 15.50 | $ - |
| **Total** | **567,788** | **$ 386.67** | | | | **$ 432.59** | **$ 6.09** | **$ 1.45** | **$ 1.82** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 35,140 | $ 10.77 | $ - | $ 69.94 | $ 1.43 | $ 14.41 | $ - | $ 23.99 | $ 648.37 |
| PLMA | 10,728 | $ 4.93 | $ - | $ 58.20 | $ 1.19 | $ 12.37 | $ - | $ 18.70 | $ 505.65 |
| CHILD 00-01 | 19,960 | $ 0.73 | $ - | $ 99.43 | $ 2.03 | $ 20.16 | $ - | $ 1.42 | $ 700.61 |
| CHILD 01-05 | 79,747 | $ 0.72 | $ - | $ 13.13 | $ 0.27 | $ 4.43 | $ - | $ 22.38 | $ 187.34 |
| CHILD 06-18 | 166,877 | $ 1.12 | $ - | $ 18.71 | $ 0.38 | $ 4.40 | $ - | $ 22.34 | $ 218.02 |
| ABAD & OAA Duals | 19,203 | $ 69.41 | $ - | $ 20.39 | $ 0.42 | $ 6.27 | $ - | $ 27.13 | $ 388.93 |
| ABAD & OAA Medicaid Only | 27,719 | $ 52.86 | $ - | $ 202.31 | $ 4.13 | $ 46.26 | $ - | $ 28.39 | $ 1,886.72 |
| CAF | 8,679 | $ 3.61 | $ - | $ 109.90 | $ 2.24 | $ 11.61 | $ - | $ 25.07 | $ 901.31 |
| ACA 19-44 | 120,655 | $ 16.67 | $ - | $ 63.72 | $ 1.30 | $ 13.34 | $ - | $ 22.90 | $ 597.28 |
| ACA 45-54 | 41,610 | $ 20.89 | $ - | $ 111.23 | $ 2.27 | $ 21.77 | $ - | $ 33.01 | $ 959.22 |
| ACA 55-64 | 37,243 | $ 25.37 | $ - | $ 121.73 | $ 2.48 | $ 25.15 | $ - | $ 31.89 | $ 1,044.39 |
| BCCP | 227 | $ 52.86 | $ - | $ 177.55 | $ 3.62 | $ 73.76 | $ - | $ 28.39 | $ 2,690.25 |
| **Total** | **567,788** | **$ 12.96** | **$ -** | **$ 58.26** | **$ 1.19** | **$ 12.51** | **$ -** | **$ 23.67** | **$ 550.54** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 64 of 184

Ex. 1 - Wilson Decl.
Page 132 of 260

## Appendix III.E: FamilyCare, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 319.33 | 0.95 | 1.00 | 0.95 | $ 301.83 | $ 1.22 | $ 0.64 | $ - |
| PLMA | 31,363 | $ 305.24 | 1.00 | 1.00 | 1.00 | $ 305.24 | $ - | $ 0.07 | $ - |
| CHILD 00-01 | 51,492 | $ 566.69 | 1.00 | 1.00 | 1.00 | $ 566.69 | $ - | $ - | $ - |
| CHILD 01-05 | 171,505 | $ 113.80 | 0.97 | 1.00 | 0.97 | $ 110.88 | $ - | $ - | $ - |
| CHILD 06-18 | 335,194 | $ 118.48 | 1.01 | 1.00 | 1.01 | $ 119.77 | $ - | $ 0.01 | $ - |
| ABAD & OAA Duals | 27,114 | $ 249.62 | 1.00 | 1.00 | 1.00 | $ 249.62 | $ - | $ 0.74 | $ - |
| ABAD & OAA Medicaid Only | 35,750 | $ 1,317.25 | 0.86 | 1.00 | 0.86 | $ 1,136.03 | $ 21.61 | $ 1.43 | $ - |
| CAF | 18,916 | $ 424.99 | 1.00 | 1.00 | 1.00 | $ 424.99 | $ - | $ 0.04 | $ 68.88 |
| ACA 19-44 | 473,722 | $ 283.10 | 0.94 | 1.00 | 0.94 | $ 266.58 | $ 0.24 | $ 0.24 | $ - |
| ACA 45-54 | 127,549 | $ 514.42 | 0.94 | 1.00 | 0.94 | $ 484.07 | $ 10.22 | $ 0.22 | $ - |
| ACA 55-64 | 101,009 | $ 540.69 | 0.95 | 1.00 | 0.95 | $ 512.49 | $ 16.43 | $ 0.18 | $ - |
| BCCP | 916 | $ 1,615.76 | 1.00 | 1.00 | 1.00 | $ 1,615.76 | $ 21.61 | $ 1.43 | $ - |
| **Total** | **1,456,042** | **$ 303.38** | | | | **$ 287.91** | **$ 2.72** | **$ 0.20** | **$ 0.89** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 7.53 | $ - | $ 33.19 | $ 0.68 | $ 10.55 | $ - | $ 30.30 | $ 385.94 |
| PLMA | 31,363 | $ 7.36 | $ - | $ 18.88 | $ 0.39 | $ 10.03 | $ - | $ 25.18 | $ 367.15 |
| CHILD 00-01 | 51,492 | $ 0.40 | $ - | $ 133.88 | $ 2.73 | $ 22.30 | $ - | $ 0.87 | $ 726.87 |
| CHILD 01-05 | 171,505 | $ 0.19 | $ - | $ 15.57 | $ 0.32 | $ 3.63 | $ - | $ 23.72 | $ 154.31 |
| CHILD 06-18 | 335,194 | $ 0.41 | $ - | $ 12.42 | $ 0.25 | $ 3.50 | $ - | $ 26.39 | $ 162.75 |
| ABAD & OAA Duals | 27,114 | $ 40.54 | $ - | $ 19.07 | $ 0.39 | $ 7.66 | $ - | $ 35.19 | $ 353.20 |
| ABAD & OAA Medicaid Only | 35,750 | $ 44.95 | $ - | $ 154.20 | $ 3.15 | $ 46.73 | $ - | $ 34.07 | $ 1,442.17 |
| CAF | 18,916 | $ 2.42 | $ 2.07 | $ 33.06 | $ 0.67 | $ 10.39 | $ - | $ 26.90 | $ 569.42 |
| ACA 19-44 | 473,722 | $ 8.04 | $ - | $ 29.47 | $ 0.60 | $ 9.20 | $ - | $ 29.46 | $ 343.83 |
| ACA 45-54 | 127,549 | $ 13.30 | $ - | $ 57.08 | $ 1.16 | $ 18.09 | $ - | $ 44.30 | $ 628.45 |
| ACA 55-64 | 101,009 | $ 10.09 | $ - | $ 63.17 | $ 1.29 | $ 20.08 | $ - | $ 43.99 | $ 667.71 |
| BCCP | 916 | $ 44.95 | $ - | $ 230.91 | $ 4.71 | $ 60.33 | $ - | $ 34.07 | $ 2,013.78 |
| **Total** | **1,456,042** | **$ 7.11** | **$ 0.03** | **$ 35.38** | **$ 0.72** | **$ 10.26** | **$ -** | **$ 29.52** | **$ 374.75** |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 65 of 184

Ex. 1 - Wilson Decl.
Page 133 of 260

## Appendix III.F: Health Share of Oregon

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 319.33 | 1.03 | 1.00 | 1.03 | $ 329.64 | $ 2.50 | $ 2.36 | $ - |
| PLMA | 43,468 | $ 305.24 | 1.00 | 1.00 | 1.00 | $ 305.24 | $ - | $ 0.64 | $ - |
| CHILD 00-01 | 71,377 | $ 566.69 | 1.00 | 1.00 | 1.00 | $ 566.69 | $ - | $ - | $ - |
| CHILD 01-05 | 311,494 | $ 113.80 | 1.01 | 1.00 | 1.01 | $ 115.40 | $ - | $ 0.18 | $ - |
| CHILD 06-18 | 740,685 | $ 118.48 | 1.00 | 1.00 | 1.00 | $ 117.89 | $ - | $ 1.01 | $ - |
| ABAD & OAA Duals | 197,759 | $ 249.62 | 1.00 | 1.00 | 1.00 | $ 249.62 | $ 0.62 | $ 19.71 | $ - |
| ABAD & OAA Medicaid Only | 167,576 | $ 1,317.25 | 1.03 | 1.00 | 1.03 | $ 1,355.91 | $ 61.16 | $ 26.99 | $ - |
| CAF | 33,833 | $ 424.99 | 1.00 | 1.00 | 1.00 | $ 424.99 | $ - | $ 6.51 | $ 99.60 |
| ACA 19-44 | 704,231 | $ 283.10 | 1.04 | 1.00 | 1.04 | $ 294.21 | $ 2.00 | $ 3.20 | $ - |
| ACA 45-54 | 211,360 | $ 514.42 | 1.04 | 1.00 | 1.04 | $ 532.73 | $ 24.95 | $ 1.47 | $ - |
| ACA 55-64 | 171,210 | $ 540.69 | 1.03 | 1.00 | 1.03 | $ 557.33 | $ 52.94 | $ 0.93 | $ - |
| BCCP | 747 | $ 1,615.76 | 1.00 | 1.00 | 1.00 | $ 1,615.76 | $ 61.16 | $ 26.99 | $ - |
| **Total** | **2,792,111** | **$ 325.01** | | | | **$ 333.07** | **$ 9.50** | **$ 4.49** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 6.95 | $ - | $ 45.74 | $ 0.93 | $ 10.55 | $ - | $ 30.30 | $ 428.99 |
| PLMA | 43,468 | $ 6.01 | $ - | $ 40.85 | $ 0.83 | $ 10.03 | $ - | $ 25.18 | $ 388.78 |
| CHILD 00-01 | 71,377 | $ 0.75 | $ - | $ 165.40 | $ 3.38 | $ 22.30 | $ - | $ 0.87 | $ 759.39 |
| CHILD 01-05 | 311,494 | $ 0.38 | $ - | $ 16.57 | $ 0.34 | $ 3.63 | $ - | $ 23.72 | $ 160.22 |
| CHILD 06-18 | 740,685 | $ 0.49 | $ - | $ 15.89 | $ 0.32 | $ 3.50 | $ - | $ 26.39 | $ 165.51 |
| ABAD & OAA Duals | 197,759 | $ 62.13 | $ - | $ 36.89 | $ 0.75 | $ 7.66 | $ - | $ 35.19 | $ 412.58 |
| ABAD & OAA Medicaid Only | 167,576 | $ 48.55 | $ - | $ 236.97 | $ 4.84 | $ 46.73 | $ - | $ 34.07 | $ 1,815.22 |
| CAF | 33,833 | $ 4.54 | $ - | $ 38.58 | $ 0.79 | $ 10.39 | $ - | $ 26.90 | $ 612.28 |
| ACA 19-44 | 704,231 | $ 3.78 | $ - | $ 37.73 | $ 0.77 | $ 9.20 | $ - | $ 29.46 | $ 380.36 |
| ACA 45-54 | 211,360 | $ 8.38 | $ - | $ 80.78 | $ 1.65 | $ 18.09 | $ - | $ 44.30 | $ 712.34 |
| ACA 55-64 | 171,210 | $ 6.34 | $ - | $ 93.37 | $ 1.91 | $ 20.08 | $ - | $ 43.99 | $ 776.88 |
| BCCP | 747 | $ 48.55 | $ - | $ 412.79 | $ 8.42 | $ 60.33 | $ - | $ 34.07 | $ 2,268.08 |
| **Total** | **2,792,111** | **$ 9.99** | **$ -** | **$ 51.96** | **$ 1.06** | **$ 10.99** | **$ -** | **$ 29.92** | **$ 452.19** |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 66 of 184

Ex. 1 - Wilson Decl.
Page 134 of 260

## Appendix III.G: InterCommunity Health Network, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 37,242 | $ 395.96 | 1.02 | 1.05 | 1.07 | $ 422.36 | $ - | $ - | $ - |
| PLMA | 11,402 | $ 343.26 | 1.00 | 1.05 | 1.05 | $ 361.17 | $ - | $ - | $ - |
| CHILD 00-01 | 19,126 | $ 550.24 | 1.00 | 1.06 | 1.06 | $ 581.03 | $ - | $ - | $ - |
| CHILD 01-05 | 74,130 | $ 135.34 | 1.00 | 1.06 | 1.05 | $ 142.49 | $ - | $ - | $ - |
| CHILD 06-18 | 161,389 | $ 153.72 | 1.08 | 1.06 | 1.14 | $ 175.69 | $ - | $ - | $ - |
| ABAD & OAA Duals | 31,670 | $ 235.54 | 1.00 | 1.05 | 1.05 | $ 247.92 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 37,543 | $ 1,240.93 | 0.99 | 1.05 | 1.03 | $ 1,284.34 | $ 21.60 | $ 0.24 | $ - |
| CAF | 9,998 | $ 452.99 | 1.00 | 1.05 | 1.05 | $ 474.33 | $ - | $ - | $ 1.00 |
| ACA 19-44 | 172,948 | $ 359.59 | 1.01 | 1.05 | 1.06 | $ 380.82 | $ 3.12 | $ 0.03 | $ - |
| ACA 45-54 | 54,224 | $ 617.77 | 1.01 | 1.05 | 1.06 | $ 653.48 | $ - | $ - | $ - |
| ACA 55-64 | 48,668 | $ 684.58 | 1.01 | 1.04 | 1.05 | $ 722.00 | $ 24.29 | $ - | $ - |
| BCCP | 237 | $ 1,376.67 | 1.00 | 1.04 | 1.04 | $ 1,433.64 | $ 21.60 | $ 0.24 | $ - |
| **Total** | **658,578** | **$ 382.54** | | | | **$ 406.12** | **$ 3.85** | **$ 0.02** | **$ 0.02** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 10.54 | $ - | $ 37.10 | $ 0.76 | $ 12.46 | $ - | $ 23.99 | $ 507.21 |
| PLMA | 11,402 | $ 11.19 | $ - | $ 13.20 | $ 0.27 | $ 10.55 | $ - | $ 18.70 | $ 415.07 |
| CHILD 00-01 | 19,126 | $ 0.72 | $ - | $ 144.66 | $ 2.95 | $ 20.56 | $ - | $ 1.42 | $ 751.34 |
| CHILD 01-05 | 74,130 | $ 0.67 | $ - | $ 15.45 | $ 0.32 | $ 3.79 | $ - | $ 22.38 | $ 185.10 |
| CHILD 06-18 | 161,389 | $ 1.06 | $ - | $ 14.19 | $ 0.29 | $ 4.06 | $ - | $ 22.34 | $ 217.61 |
| ABAD & OAA Duals | 31,670 | $ 85.91 | $ - | $ 24.43 | $ 0.50 | $ 6.73 | $ - | $ 27.13 | $ 392.62 |
| ABAD & OAA Medicaid Only | 37,543 | $ 91.74 | $ - | $ 138.16 | $ 2.82 | $ 41.74 | $ - | $ 28.39 | $ 1,609.03 |
| CAF | 9,998 | $ 3.80 | $ 0.25 | $ 19.88 | $ 0.41 | $ 9.76 | $ - | $ 25.07 | $ 534.50 |
| ACA 19-44 | 172,948 | $ 9.57 | $ - | $ 37.65 | $ 0.77 | $ 11.18 | $ - | $ 22.90 | $ 466.03 |
| ACA 45-54 | 54,224 | $ 19.13 | $ - | $ 71.12 | $ 1.45 | $ 20.30 | $ - | $ 33.01 | $ 798.48 |
| ACA 55-64 | 48,668 | $ 12.15 | $ - | $ 77.67 | $ 1.59 | $ 23.20 | $ - | $ 31.89 | $ 892.79 |
| BCCP | 237 | $ 91.74 | $ - | $ 287.16 | $ 5.86 | $ 48.04 | $ - | $ 28.39 | $ 1,916.67 |
| **Total** | **658,578** | **$ 15.58** | **$ 0.00** | **$ 42.68** | **$ 0.87** | **$ 12.10** | **$ -** | **$ 24.12** | **$ 505.37** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 67 of 184

Ex. 1 - Wilson Decl.
Page 135 of 260

## Appendix III.H: Jackson County CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 19,577 | $ 354.13 | 1.02 | 0.93 | 0.95 | $ 336.64 | $ 8.79 | $ - | $ - |
| PLMA | 5,637 | $ 319.48 | 1.00 | 0.93 | 0.93 | $ 296.63 | $ - | $ - | $ - |
| CHILD 00-01 | 9,401 | $ 646.02 | 1.00 | 0.93 | 0.93 | $ 600.28 | $ - | $ - | $ - |
| CHILD 01-05 | 40,414 | $ 126.61 | 0.99 | 0.93 | 0.92 | $ 116.82 | $ - | $ - | $ - |
| CHILD 06-18 | 97,699 | $ 138.88 | 0.97 | 0.93 | 0.90 | $ 124.78 | $ - | $ - | $ - |
| ABAD & OAA Duals | 13,179 | $ 203.86 | 1.00 | 0.93 | 0.93 | $ 188.79 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 16,823 | $ 1,166.70 | 1.06 | 0.92 | 0.98 | $ 1,143.16 | $ 60.02 | $ 8.26 | $ - |
| CAF | 6,353 | $ 455.10 | 1.00 | 0.92 | 0.92 | $ 419.81 | $ - | $ - | $ - |
| ACA 19-44 | 87,059 | $ 294.12 | 1.03 | 0.93 | 0.96 | $ 282.23 | $ 2.86 | $ - | $ - |
| ACA 45-54 | 28,687 | $ 531.39 | 1.00 | 0.93 | 0.93 | $ 492.25 | $ 22.98 | $ - | $ - |
| ACA 55-64 | 25,043 | $ 594.03 | 0.98 | 0.93 | 0.91 | $ 542.83 | $ 105.93 | $ - | $ - |
| BCCP | 290 | $ 1,333.12 | 1.00 | 0.94 | 0.94 | $ 1,247.32 | $ 60.02 | $ 8.26 | $ - |
| Total | 350,162 | $ 327.88 | | | | $ 308.00 | $ 13.59 | $ 0.40 | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 3.66 | $ - | $ 40.90 | $ 0.83 | $ 11.15 | $ - | $ 23.99 | $ 425.95 |
| PLMA | 5,637 | $ 3.89 | $ - | $ 41.70 | $ 0.85 | $ 10.28 | $ - | $ 18.70 | $ 372.05 |
| CHILD 00-01 | 9,401 | $ 0.25 | $ - | $ 168.98 | $ 3.45 | $ 25.43 | $ - | $ 1.42 | $ 799.79 |
| CHILD 01-05 | 40,414 | $ 0.23 | $ - | $ 9.48 | $ 0.19 | $ 3.77 | $ - | $ 22.38 | $ 152.87 |
| CHILD 06-18 | 97,699 | $ 0.37 | $ - | $ 11.15 | $ 0.23 | $ 3.73 | $ - | $ 22.34 | $ 162.59 |
| ABAD & OAA Duals | 13,179 | $ 29.87 | $ - | $ 9.27 | $ 0.19 | $ 5.95 | $ - | $ 27.13 | $ 261.20 |
| ABAD & OAA Medicaid Only | 16,823 | $ 31.90 | $ - | $ 184.00 | $ 3.76 | $ 39.04 | $ - | $ 28.39 | $ 1,498.51 |
| CAF | 6,353 | $ 1.32 | $ - | $ 22.52 | $ 0.46 | $ 8.87 | $ - | $ 25.07 | $ 478.05 |
| ACA 19-44 | 87,059 | $ 3.33 | $ - | $ 33.93 | $ 0.69 | $ 9.22 | $ - | $ 22.90 | $ 355.16 |
| ACA 45-54 | 28,687 | $ 6.65 | $ - | $ 61.49 | $ 1.25 | $ 17.74 | $ - | $ 33.01 | $ 635.37 |
| ACA 55-64 | 25,043 | $ 4.22 | $ - | $ 89.93 | $ 1.84 | $ 20.88 | $ - | $ 31.89 | $ 797.51 |
| BCCP | 290 | $ 31.90 | $ - | $ 50.79 | $ 1.04 | $ 44.87 | $ - | $ 28.39 | $ 1,472.58 |
| Total | 350,162 | $ 4.78 | $ - | $ 41.24 | $ 0.84 | $ 10.48 | $ - | $ 24.04 | $ 403.39 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 68 of 184

Ex. 1 - Wilson Decl.
Page 136 of 260

## Appendix III.I: PacificSource Community Solutions, Inc. (Central)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 440.05 | 0.93 | 0.94 | 0.88 | $ 387.63 | $ 1.00 | $ - | $ - |
| PLMA | 10,676 | $ 374.22 | 1.00 | 0.94 | 0.94 | $ 352.57 | $ - | $ - | $ - |
| CHILD 00-01 | 19,035 | $ 527.03 | 1.00 | 0.94 | 0.94 | $ 495.73 | $ - | $ - | $ - |
| CHILD 01-05 | 70,368 | $ 143.63 | 1.04 | 0.94 | 0.98 | $ 140.45 | $ - | $ - | $ - |
| CHILD 06-18 | 172,046 | $ 163.25 | 1.04 | 0.94 | 0.98 | $ 159.34 | $ - | $ - | $ - |
| ABAD & OAA Duals | 25,538 | $ 219.00 | 1.00 | 0.96 | 0.96 | $ 209.69 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 22,804 | $ 1,378.84 | 1.01 | 0.95 | 0.96 | $ 1,317.32 | $ 45.37 | $ - | $ - |
| CAF | 6,955 | $ 573.60 | 1.00 | 0.94 | 0.94 | $ 541.20 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 164,445 | $ 408.92 | 0.96 | 0.95 | 0.91 | $ 372.63 | $ 1.67 | $ - | $ - |
| ACA 45-54 | 54,291 | $ 649.04 | 0.98 | 0.95 | 0.93 | $ 602.21 | $ 6.53 | $ - | $ - |
| ACA 55-64 | 48,275 | $ 715.11 | 0.99 | 0.95 | 0.94 | $ 673.02 | $ 63.66 | $ - | $ - |
| BCCP | 550 | $ 2,086.78 | 1.00 | 0.95 | 0.95 | $ 1,986.29 | $ 45.37 | $ - | $ - |
| **Total** | **632,577** | **$ 391.95** | | | | **$ 366.41** | **$ 7.59** | **$ -** | **$ 1.08** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 6.06 | $ - | $ 38.07 | $ 0.78 | $ 14.41 | $ - | $ 23.99 | $ 471.93 |
| PLMA | 10,676 | $ 6.43 | $ - | $ 23.01 | $ 0.47 | $ 12.37 | $ - | $ 18.70 | $ 413.55 |
| CHILD 00-01 | 19,035 | $ 0.42 | $ - | $ 138.86 | $ 2.83 | $ 20.16 | $ - | $ 1.42 | $ 659.42 |
| CHILD 01-05 | 70,368 | $ 0.39 | $ - | $ 13.63 | $ 0.28 | $ 4.43 | $ - | $ 22.38 | $ 181.55 |
| CHILD 06-18 | 172,046 | $ 0.61 | $ - | $ 9.25 | $ 0.19 | $ 4.40 | $ - | $ 22.34 | $ 196.12 |
| ABAD & OAA Duals | 25,538 | $ 49.40 | $ - | $ 5.62 | $ 0.11 | $ 6.27 | $ - | $ 27.13 | $ 298.22 |
| ABAD & OAA Medicaid Only | 22,804 | $ 52.76 | $ - | $ 165.32 | $ 3.37 | $ 46.26 | $ - | $ 28.39 | $ 1,658.80 |
| CAF | 6,955 | $ 2.19 | $ - | $ 17.41 | $ 0.36 | $ 11.61 | $ - | $ 25.07 | $ 695.70 |
| ACA 19-44 | 164,445 | $ 5.50 | $ - | $ 49.41 | $ 1.01 | $ 13.34 | $ - | $ 22.90 | $ 466.46 |
| ACA 45-54 | 54,291 | $ 11.00 | $ - | $ 65.03 | $ 1.33 | $ 21.77 | $ - | $ 33.01 | $ 740.87 |
| ACA 55-64 | 48,275 | $ 6.99 | $ - | $ 68.35 | $ 1.39 | $ 25.15 | $ - | $ 31.89 | $ 870.46 |
| BCCP | 550 | $ 52.76 | $ - | $ 375.77 | $ 7.67 | $ 73.76 | $ - | $ 28.39 | $ 2,570.01 |
| **Total** | **632,577** | **$ 7.56** | **$ -** | **$ 41.21** | **$ 0.84** | **$ 12.73** | **$ -** | **$ 23.99** | **$ 461.40** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 69 of 184

Ex. 1 - Wilson Decl.
Page 137 of 260

## Appendix III.J: PacificSource Community Solutions, Inc. (Gorge)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 440.05 | 0.97 | 1.11 | 1.08 | $ 475.00 | $ 1.00 | $ - | $ - |
| PLMA | 2,995 | $ 374.22 | 1.00 | 1.11 | 1.11 | $ 416.42 | $ - | $ - | $ - |
| CHILD 00-01 | 5,073 | $ 527.03 | 1.00 | 1.11 | 1.11 | $ 585.50 | $ - | $ - | $ - |
| CHILD 01-05 | 20,443 | $ 143.63 | 1.08 | 1.11 | 1.20 | $ 172.78 | $ - | $ - | $ - |
| CHILD 06-18 | 47,576 | $ 163.25 | 0.98 | 1.11 | 1.09 | $ 177.52 | $ - | $ - | $ - |
| ABAD & OAA Duals | 4,049 | $ 219.00 | 1.00 | 1.13 | 1.13 | $ 247.66 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 5,753 | $ 1,378.84 | 0.99 | 1.12 | 1.10 | $ 1,520.71 | $ 45.37 | $ - | $ - |
| CAF | 2,571 | $ 573.60 | 1.00 | 1.11 | 1.11 | $ 639.21 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 34,571 | $ 408.92 | 0.93 | 1.12 | 1.05 | $ 428.52 | $ 1.67 | $ - | $ - |
| ACA 45-54 | 12,849 | $ 649.04 | 0.90 | 1.12 | 1.01 | $ 656.53 | $ 6.53 | $ - | $ - |
| ACA 55-64 | 11,136 | $ 715.11 | 0.90 | 1.12 | 1.01 | $ 721.30 | $ 63.66 | $ - | $ - |
| BCCP | 95 | $ 2,086.78 | 1.00 | 1.12 | 1.12 | $ 2,346.01 | $ 45.37 | $ - | $ - |
| **Total** | **154,046** | **$ 379.64** | | | | **$ 405.01** | **$ 7.29** | **$ -** | **$ 1.63** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 3.27 | $ - | $ 22.85 | $ 0.47 | $ 14.41 | $ - | $ 23.99 | $ 540.98 |
| PLMA | 2,995 | $ 3.47 | $ - | $ 6.41 | $ 0.13 | $ 12.37 | $ - | $ 18.70 | $ 457.50 |
| CHILD 00-01 | 5,073 | $ 0.22 | $ - | $ 85.35 | $ 1.74 | $ 20.16 | $ - | $ 1.42 | $ 694.40 |
| CHILD 01-05 | 20,443 | $ 0.21 | $ - | $ 8.42 | $ 0.17 | $ 4.43 | $ - | $ 22.38 | $ 208.39 |
| CHILD 06-18 | 47,576 | $ 0.33 | $ - | $ 7.94 | $ 0.16 | $ 4.40 | $ - | $ 22.34 | $ 212.68 |
| ABAD & OAA Duals | 4,049 | $ 26.66 | $ - | $ 2.99 | $ 0.06 | $ 6.27 | $ - | $ 27.13 | $ 310.77 |
| ABAD & OAA Medicaid Only | 5,753 | $ 28.47 | $ - | $ 92.78 | $ 1.89 | $ 46.26 | $ - | $ 28.39 | $ 1,763.88 |
| CAF | 2,571 | $ 1.18 | $ - | $ 7.37 | $ 0.15 | $ 11.61 | $ - | $ 25.07 | $ 782.46 |
| ACA 19-44 | 34,571 | $ 2.97 | $ - | $ 12.32 | $ 0.25 | $ 13.34 | $ - | $ 22.90 | $ 481.98 |
| ACA 45-54 | 12,849 | $ 5.94 | $ - | $ 34.13 | $ 0.70 | $ 21.77 | $ - | $ 33.01 | $ 758.60 |
| ACA 55-64 | 11,136 | $ 3.77 | $ - | $ 41.81 | $ 0.85 | $ 25.15 | $ - | $ 31.89 | $ 888.44 |
| BCCP | 95 | $ 28.47 | $ - | $ 22.33 | $ 0.46 | $ 73.76 | $ - | $ 28.39 | $ 2,544.79 |
| **Total** | **154,046** | **$ 3.59** | **$ -** | **$ 19.85** | **$ 0.41** | **$ 12.26** | **$ -** | **$ 23.77** | **$ 473.80** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 70 of 184

Ex. 1 - Wilson Decl.
Page 138 of 260

## Appendix III.K: Primary Health of Josephine County, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 7,942 | $ 354.13 | 0.95 | 0.95 | 0.90 | $ 317.54 | $ - | $ 1.24 | $ - |
| PLMA | 2,556 | $ 319.48 | 1.00 | 0.94 | 0.94 | $ 301.42 | $ - | $ - | $ - |
| CHILD 00-01 | 3,267 | $ 646.02 | 1.00 | 0.94 | 0.94 | $ 609.96 | $ - | $ - | $ - |
| CHILD 01-05 | 11,458 | $ 126.61 | 0.95 | 0.94 | 0.90 | $ 113.38 | $ - | $ - | $ - |
| CHILD 06-18 | 29,617 | $ 138.88 | 0.89 | 0.94 | 0.84 | $ 117.27 | $ - | $ - | $ - |
| ABAD & OAA Duals | 6,081 | $ 203.86 | 1.00 | 0.94 | 0.94 | $ 191.84 | $ - | $ 3.36 | $ - |
| ABAD & OAA Medicaid Only | 6,999 | $ 1,166.70 | 1.01 | 0.94 | 0.95 | $ 1,103.15 | $ - | $ 24.62 | $ - |
| CAF | 2,176 | $ 455.10 | 1.00 | 0.94 | 0.94 | $ 426.58 | $ - | $ - | $ 46.00 |
| ACA 19-44 | 36,261 | $ 294.12 | 0.86 | 0.94 | 0.81 | $ 238.77 | $ - | $ - | $ - |
| ACA 45-54 | 14,252 | $ 531.39 | 0.95 | 0.94 | 0.90 | $ 477.62 | $ - | $ - | $ - |
| ACA 55-64 | 14,043 | $ 594.03 | 1.00 | 0.94 | 0.94 | $ 558.88 | $ 38.09 | $ - | $ - |
| BCCP | 122 | $ 1,333.12 | 1.00 | 0.95 | 0.95 | $ 1,267.45 | $ - | $ 24.62 | $ - |
| Total | 134,771 | $ 359.43 | | | | $ 321.58 | $ 3.97 | $ 1.53 | $ 0.74 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 3.77 | $ - | $ 29.44 | $ 0.60 | $ 11.15 | $ - | $ 23.99 | $ 387.73 |
| PLMA | 2,556 | $ 4.01 | $ - | $ 33.83 | $ 0.69 | $ 10.28 | $ - | $ 18.70 | $ 368.92 |
| CHILD 00-01 | 3,267 | $ 0.26 | $ - | $ 209.29 | $ 4.27 | $ 25.43 | $ - | $ 1.42 | $ 850.62 |
| CHILD 01-05 | 11,458 | $ 0.24 | $ - | $ 7.33 | $ 0.15 | $ 3.77 | $ - | $ 22.38 | $ 147.25 |
| CHILD 06-18 | 29,617 | $ 0.38 | $ - | $ 6.70 | $ 0.14 | $ 3.73 | $ - | $ 22.34 | $ 150.55 |
| ABAD & OAA Duals | 6,081 | $ 30.77 | $ - | $ 2.95 | $ 0.06 | $ 5.95 | $ - | $ 27.13 | $ 262.06 |
| ABAD & OAA Medicaid Only | 6,999 | $ 32.85 | $ - | $ 118.59 | $ 2.42 | $ 39.04 | $ - | $ 28.39 | $ 1,349.06 |
| CAF | 2,176 | $ 1.36 | $ 3.39 | $ 22.60 | $ 0.46 | $ 8.87 | $ - | $ 25.07 | $ 534.33 |
| ACA 19-44 | 36,261 | $ 3.43 | $ - | $ 26.04 | $ 0.53 | $ 9.22 | $ - | $ 22.90 | $ 300.89 |
| ACA 45-54 | 14,252 | $ 6.85 | $ - | $ 51.30 | $ 1.05 | $ 17.74 | $ - | $ 33.01 | $ 587.57 |
| ACA 55-64 | 14,043 | $ 4.35 | $ - | $ 66.96 | $ 1.37 | $ 20.88 | $ - | $ 31.89 | $ 722.42 |
| BCCP | 122 | $ 32.85 | $ - | $ 125.10 | $ 2.55 | $ 44.87 | $ - | $ 28.39 | $ 1,525.85 |
| Total | 134,771 | $ 5.65 | $ 0.05 | $ 35.72 | $ 0.73 | $ 11.62 | $ - | $ 24.72 | $ 406.32 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 71 of 184

Ex. 1 - Wilson Decl.
Page 139 of 260

## Appendix III.L: Trillium Community Health Plan, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Risk Factor** | | | | | |
| TANF | 57,779 | $ 354.13 | 1.01 | 1.05 | 1.06 | $ 374.55 | $ - | $ 1.78 | $ - |
| PLMA | 20,080 | $ 319.48 | 1.00 | 1.05 | 1.05 | $ 334.18 | $ - | $ 1.86 | $ - |
| CHILD 00-01 | 29,600 | $ 646.02 | 1.00 | 1.05 | 1.05 | $ 676.26 | $ - | $ 3.80 | $ - |
| CHILD 01-05 | 107,817 | $ 126.61 | 1.05 | 1.05 | 1.10 | $ 139.77 | $ - | $ 0.51 | $ - |
| CHILD 06-18 | 245,824 | $ 138.88 | 1.06 | 1.05 | 1.11 | $ 153.56 | $ - | $ 0.67 | $ - |
| ABAD & OAA Duals | 49,880 | $ 203.86 | 1.00 | 1.04 | 1.04 | $ 212.69 | $ - | $ 0.73 | $ - |
| ABAD & OAA Medicaid Only | 65,231 | $ 1,166.70 | 0.99 | 1.04 | 1.03 | $ 1,205.29 | $ 35.02 | $ 5.78 | $ - |
| CAF | 24,757 | $ 455.10 | 1.00 | 1.04 | 1.04 | $ 472.95 | $ - | $ 1.95 | $ 31.01 |
| ACA 19-44 | 301,144 | $ 294.12 | 1.00 | 1.05 | 1.04 | $ 307.26 | $ 1.32 | $ 1.38 | $ - |
| ACA 45-54 | 89,008 | $ 531.39 | 1.00 | 1.05 | 1.05 | $ 558.85 | $ 20.86 | $ 2.69 | $ - |
| ACA 55-64 | 79,765 | $ 594.03 | 1.00 | 1.05 | 1.05 | $ 623.11 | $ 40.51 | $ 2.95 | $ - |
| BCCP | 514 | $ 1,333.12 | 1.00 | 1.05 | 1.05 | $ 1,405.21 | $ 35.02 | $ 5.78 | $ - |
| **Total** | **1,071,399** | $ 350.26 | | | | $ 368.51 | $ 7.27 | $ 1.71 | $ 0.72 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 57,779 | $ 5.50 | $ - | $ 43.55 | $ 0.89 | $ 11.15 | $ - | $ 23.99 | $ 461.40 |
| PLMA | 20,080 | $ 5.84 | $ - | $ 39.10 | $ 0.80 | $ 10.28 | $ - | $ 18.70 | $ 410.75 |
| CHILD 00-01 | 29,600 | $ 0.38 | $ - | $ 210.96 | $ 4.31 | $ 25.43 | $ - | $ 1.42 | $ 922.55 |
| CHILD 01-05 | 107,817 | $ 0.35 | $ - | $ 16.69 | $ 0.34 | $ 3.77 | $ - | $ 22.38 | $ 183.81 |
| CHILD 06-18 | 245,824 | $ 0.55 | $ - | $ 14.41 | $ 0.29 | $ 3.73 | $ - | $ 22.34 | $ 195.56 |
| ABAD & OAA Duals | 49,880 | $ 44.87 | $ - | $ 32.02 | $ 0.65 | $ 5.95 | $ - | $ 27.13 | $ 324.05 |
| ABAD & OAA Medicaid Only | 65,231 | $ 47.92 | $ - | $ 160.47 | $ 3.27 | $ 39.04 | $ - | $ 28.39 | $ 1,525.20 |
| CAF | 24,757 | $ 1.99 | $ 0.27 | $ 24.08 | $ 0.49 | $ 8.87 | $ - | $ 25.07 | $ 566.68 |
| ACA 19-44 | 301,144 | $ 5.00 | $ - | $ 31.41 | $ 0.64 | $ 9.22 | $ - | $ 22.90 | $ 379.12 |
| ACA 45-54 | 89,008 | $ 9.99 | $ - | $ 69.45 | $ 1.42 | $ 17.74 | $ - | $ 33.01 | $ 714.00 |
| ACA 55-64 | 79,765 | $ 6.35 | $ - | $ 69.35 | $ 1.42 | $ 20.88 | $ - | $ 31.89 | $ 796.46 |
| BCCP | 514 | $ 47.92 | $ - | $ 115.39 | $ 2.35 | $ 44.87 | $ - | $ 28.39 | $ 1,684.96 |
| **Total** | **1,071,399** | $ 8.36 | $ 0.01 | $ 45.53 | $ 0.93 | $ 11.23 | $ - | $ 24.20 | $ 468.46 |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 72 of 184

Ex. 1 - Wilson Decl.
Page 140 of 260

## Appendix III.M: DCIPA, LLC. Abn Umpqua Health Alliance

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 20,416 | $ 354.13 | 1.08 | 0.94 | 1.01 | $ 356.99 | $ - | $ 1.24 | $ - |
| PLMA | 5,376 | $ 319.48 | 1.00 | 0.93 | 0.93 | $ 298.14 | $ - | $ - | $ - |
| CHILD 00-01 | 8,818 | $ 646.02 | 1.00 | 0.93 | 0.93 | $ 603.34 | $ - | $ - | $ - |
| CHILD 01-05 | 32,205 | $ 126.61 | 0.99 | 0.93 | 0.93 | $ 117.27 | $ - | $ - | $ - |
| CHILD 06-18 | 70,266 | $ 138.88 | 1.01 | 0.93 | 0.94 | $ 130.73 | $ - | $ - | $ - |
| ABAD & OAA Duals | 18,343 | $ 203.86 | 1.00 | 0.93 | 0.93 | $ 189.76 | $ - | $ 7.92 | $ - |
| ABAD & OAA Medicaid Only | 18,401 | $ 1,166.70 | 1.01 | 0.93 | 0.94 | $ 1,094.13 | $ 24.79 | $ 14.03 | $ - |
| CAF | 6,740 | $ 455.10 | 1.00 | 0.93 | 0.93 | $ 421.95 | $ - | $ - | $ 76.89 |
| ACA 19-44 | 80,000 | $ 294.12 | 1.09 | 0.93 | 1.01 | $ 297.92 | $ 5.73 | $ 1.22 | $ - |
| ACA 45-54 | 27,667 | $ 531.39 | 1.09 | 0.93 | 1.02 | $ 541.86 | $ - | $ 1.26 | $ - |
| ACA 55-64 | 25,376 | $ 594.03 | 1.10 | 0.93 | 1.03 | $ 612.61 | $ 4.51 | $ 1.26 | $ - |
| BCCP | 197 | $ 1,333.12 | 1.00 | 0.94 | 0.94 | $ 1,253.69 | $ 24.79 | $ 14.03 | $ - |
| **Total** | **313,807** | **$ 351.57** | | | | **$ 344.96** | **$ 3.29** | **$ 1.90** | **$ 1.65** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 20,416 | $ 4.93 | $ - | $ 42.90 | $ 0.88 | $ 11.15 | $ - | $ 23.99 | $ 442.07 |
| PLMA | 5,376 | $ 5.24 | $ - | $ 31.97 | $ 0.65 | $ 10.28 | $ - | $ 18.70 | $ 364.99 |
| CHILD 00-01 | 8,818 | $ 0.34 | $ - | $ 220.09 | $ 4.49 | $ 25.43 | $ - | $ 1.42 | $ 855.10 |
| CHILD 01-05 | 32,205 | $ 0.31 | $ - | $ 12.16 | $ 0.25 | $ 3.77 | $ - | $ 22.38 | $ 156.14 |
| CHILD 06-18 | 70,266 | $ 0.49 | $ - | $ 11.44 | $ 0.23 | $ 3.73 | $ - | $ 22.34 | $ 168.97 |
| ABAD & OAA Duals | 18,343 | $ 40.22 | $ - | $ 1.93 | $ 0.04 | $ 5.95 | $ - | $ 27.13 | $ 272.95 |
| ABAD & OAA Medicaid Only | 18,401 | $ 42.95 | $ - | $ 182.18 | $ 3.72 | $ 39.04 | $ - | $ 28.39 | $ 1,429.23 |
| CAF | 6,740 | $ 1.78 | $ 3.39 | $ 23.05 | $ 0.47 | $ 8.87 | $ - | $ 25.07 | $ 561.47 |
| ACA 19-44 | 80,000 | $ 4.48 | $ - | $ 33.65 | $ 0.69 | $ 9.22 | $ - | $ 22.90 | $ 375.81 |
| ACA 45-54 | 27,667 | $ 8.96 | $ - | $ 60.69 | $ 1.24 | $ 17.74 | $ - | $ 33.01 | $ 664.75 |
| ACA 55-64 | 25,376 | $ 5.69 | $ - | $ 78.06 | $ 1.59 | $ 20.88 | $ - | $ 31.89 | $ 756.49 |
| BCCP | 197 | $ 42.95 | $ - | $ 139.36 | $ 2.84 | $ 44.87 | $ - | $ 28.39 | $ 1,550.92 |
| **Total** | **313,807** | **$ 7.89** | **$ 0.07** | **$ 44.95** | **$ 0.92** | **$ 11.30** | **$ -** | **$ 24.35** | **$ 441.29** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 73 of 184

Ex. 1 - Wilson Decl.
Page 141 of 260

## Appendix III.N: Western Oregon Advanced Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 354.13 | 0.97 | 1.08 | 1.05 | $ 370.85 | $ - | $ 2.28 | $ - |
| PLMA | 3,695 | $ 319.48 | 1.00 | 1.08 | 1.08 | $ 345.07 | $ - | $ 0.08 | $ - |
| CHILD 00-01 | 6,044 | $ 646.02 | 1.00 | 1.08 | 1.08 | $ 698.31 | $ - | $ 0.07 | $ - |
| CHILD 01-05 | 23,304 | $ 126.61 | 0.92 | 1.08 | 1.00 | $ 126.37 | $ - | $ 0.06 | $ - |
| CHILD 06-18 | 50,214 | $ 138.88 | 1.02 | 1.08 | 1.10 | $ 153.35 | $ - | $ 0.19 | $ - |
| ABAD & OAA Duals | 15,543 | $ 203.86 | 1.00 | 1.08 | 1.08 | $ 219.63 | $ - | $ 0.27 | $ - |
| ABAD & OAA Medicaid Only | 17,229 | $ 1,166.70 | 0.94 | 1.08 | 1.01 | $ 1,182.46 | $ 17.97 | $ 0.78 | $ - |
| CAF | 5,814 | $ 455.10 | 1.00 | 1.07 | 1.07 | $ 488.37 | $ - | $ 1.59 | $ 18.57 |
| ACA 19-44 | 58,519 | $ 294.12 | 0.96 | 1.08 | 1.03 | $ 303.88 | $ 0.67 | $ 0.20 | $ - |
| ACA 45-54 | 23,417 | $ 531.39 | 0.96 | 1.08 | 1.04 | $ 553.87 | $ 10.70 | $ 0.26 | $ - |
| ACA 55-64 | 22,905 | $ 594.03 | 0.93 | 1.08 | 1.01 | $ 598.63 | $ 20.78 | $ 4.46 | $ - |
| BCCP | 172 | $ 1,333.12 | 1.00 | 1.09 | 1.09 | $ 1,451.03 | $ 17.97 | $ 0.78 | $ - |
| Total | 240,077 | $ 371.12 | | | | $ 384.81 | $ 4.49 | $ 0.79 | $ 0.45 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 6.13 | $ - | $ 75.33 | $ 1.54 | $ 11.15 | $ - | $ 23.99 | $ 491.26 |
| PLMA | 3,695 | $ 6.51 | $ - | $ 78.59 | $ 1.60 | $ 10.28 | $ - | $ 18.70 | $ 460.83 |
| CHILD 00-01 | 6,044 | $ 0.42 | $ - | $ 146.56 | $ 2.99 | $ 25.43 | $ - | $ 1.42 | $ 875.19 |
| CHILD 01-05 | 23,304 | $ 0.39 | $ - | $ 16.30 | $ 0.33 | $ 3.77 | $ - | $ 22.38 | $ 169.60 |
| CHILD 06-18 | 50,214 | $ 0.61 | $ - | $ 14.44 | $ 0.29 | $ 3.73 | $ - | $ 22.34 | $ 194.95 |
| ABAD & OAA Duals | 15,543 | $ 49.97 | $ - | $ 32.47 | $ 0.66 | $ 5.95 | $ - | $ 27.13 | $ 336.08 |
| ABAD & OAA Medicaid Only | 17,229 | $ 53.36 | $ - | $ 203.08 | $ 4.14 | $ 39.04 | $ - | $ 28.39 | $ 1,529.23 |
| CAF | 5,814 | $ 2.21 | $ - | $ 41.65 | $ 0.85 | $ 8.87 | $ - | $ 25.07 | $ 587.19 |
| ACA 19-44 | 58,519 | $ 5.57 | $ - | $ 57.80 | $ 1.18 | $ 9.22 | $ - | $ 22.90 | $ 401.43 |
| ACA 45-54 | 23,417 | $ 11.13 | $ - | $ 103.18 | $ 2.11 | $ 17.74 | $ - | $ 33.01 | $ 731.98 |
| ACA 55-64 | 22,905 | $ 7.07 | $ - | $ 138.80 | $ 2.83 | $ 20.88 | $ - | $ 31.89 | $ 825.34 |
| BCCP | 172 | $ 53.36 | $ - | $ 328.98 | $ 6.71 | $ 44.87 | $ - | $ 28.39 | $ 1,932.10 |
| Total | 240,077 | $ 10.89 | $ - | $ 68.97 | $ 1.41 | $ 11.96 | $ - | $ 24.75 | $ 508.51 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 74 of 184

Ex. 1 - Wilson Decl.
Page 142 of 260

## Appendix III.O: Willamette Valley Community Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 62,434 | $ 395.96 | 0.98 | 0.96 | 0.93 | $ 370.08 | $ - | $ 0.68 | $ - |
| PLMA | 20,065 | $ 343.26 | 1.00 | 0.96 | 0.96 | $ 329.26 | $ - | $ - | $ - |
| CHILD 00-01 | 39,643 | $ 550.24 | 1.00 | 0.96 | 0.96 | $ 529.71 | $ - | $ - | $ - |
| CHILD 01-05 | 160,642 | $ 135.34 | 1.01 | 0.96 | 0.98 | $ 132.17 | $ - | $ - | $ - |
| CHILD 06-18 | 361,728 | $ 153.72 | 0.97 | 0.96 | 0.93 | $ 142.93 | $ - | $ - | $ - |
| ABAD & OAA Duals | 53,859 | $ 235.54 | 1.00 | 0.96 | 0.96 | $ 226.02 | $ - | $ 7.53 | $ - |
| ABAD & OAA Medicaid Only | 55,258 | $ 1,240.93 | 1.01 | 0.96 | 0.96 | $ 1,194.51 | $ 13.83 | $ 14.14 | $ - |
| CAF | 15,686 | $ 452.99 | 1.00 | 0.95 | 0.95 | $ 432.44 | $ - | $ - | $ 90.49 |
| ACA 19-44 | 260,640 | $ 359.59 | 0.97 | 0.96 | 0.93 | $ 334.16 | $ 1.09 | $ 0.69 | $ - |
| ACA 45-54 | 80,639 | $ 617.77 | 0.99 | 0.95 | 0.94 | $ 580.92 | $ 8.06 | $ 0.69 | $ - |
| ACA 55-64 | 61,642 | $ 684.58 | 1.00 | 0.95 | 0.95 | $ 652.60 | $ 4.50 | $ 0.70 | $ - |
| BCCP | 346 | $ 1,376.67 | 1.00 | 0.95 | 0.95 | $ 1,307.01 | $ 13.83 | $ 14.14 | $ - |
| **Total** | **1,172,579** | **$ 345.69** | | | | **$ 326.82** | **$ 1.69** | **$ 1.29** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 62,434 | $ 5.70 | $ - | $ 36.06 | $ 0.74 | $ 12.46 | $ - | $ 23.99 | $ 449.72 |
| PLMA | 20,065 | $ 6.06 | $ - | $ 24.07 | $ 0.49 | $ 10.55 | $ - | $ 18.70 | $ 389.13 |
| CHILD 00-01 | 39,643 | $ 0.39 | $ - | $ 127.86 | $ 2.61 | $ 20.56 | $ - | $ 1.42 | $ 682.54 |
| CHILD 01-05 | 160,642 | $ 0.36 | $ - | $ 11.47 | $ 0.23 | $ 3.79 | $ - | $ 22.38 | $ 170.41 |
| CHILD 06-18 | 361,728 | $ 0.57 | $ - | $ 8.66 | $ 0.18 | $ 4.06 | $ - | $ 22.34 | $ 178.73 |
| ABAD & OAA Duals | 53,859 | $ 46.51 | $ - | $ 13.19 | $ 0.27 | $ 6.73 | $ - | $ 27.13 | $ 327.37 |
| ABAD & OAA Medicaid Only | 55,258 | $ 49.67 | $ - | $ 146.45 | $ 2.99 | $ 41.74 | $ - | $ 28.39 | $ 1,491.72 |
| CAF | 15,686 | $ 2.06 | $ 3.05 | $ 11.64 | $ 0.24 | $ 9.76 | $ - | $ 25.07 | $ 574.74 |
| ACA 19-44 | 260,640 | $ 5.18 | $ - | $ 29.75 | $ 0.61 | $ 11.18 | $ - | $ 22.90 | $ 405.56 |
| ACA 45-54 | 80,639 | $ 10.36 | $ - | $ 59.31 | $ 1.21 | $ 20.30 | $ - | $ 33.01 | $ 713.85 |
| ACA 55-64 | 61,642 | $ 6.58 | $ - | $ 72.54 | $ 1.48 | $ 23.20 | $ - | $ 31.89 | $ 793.49 |
| BCCP | 346 | $ 49.67 | $ - | $ 150.55 | $ 3.07 | $ 48.04 | $ - | $ 28.39 | $ 1,614.70 |
| **Total** | **1,172,579** | **$ 7.38** | **$ 0.04** | **$ 33.11** | **$ 0.68** | **$ 10.83** | **$ -** | **$ 23.57** | **$ 406.61** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 75 of 184

Ex. 1 - Wilson Decl.
Page 143 of 260

### Appendix III.P: Yamhill County Care Organization, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 395.96 | 1.03 | 0.95 | 0.98 | $ 389.89 | $ 8.10 | $ 5.00 | $ - |
| PLMA | 4,907 | $ 343.26 | 1.00 | 0.95 | 0.95 | $ 327.79 | $ - | $ 0.87 | $ - |
| CHILD 00-01 | 8,354 | $ 550.24 | 1.00 | 0.96 | 0.96 | $ 527.34 | $ - | $ - | $ - |
| CHILD 01-05 | 34,842 | $ 135.34 | 1.01 | 0.96 | 0.97 | $ 131.15 | $ - | $ - | $ - |
| CHILD 06-18 | 82,112 | $ 153.72 | 1.01 | 0.96 | 0.97 | $ 148.40 | $ - | $ 0.02 | $ - |
| ABAD & OAA Duals | 6,505 | $ 235.54 | 1.00 | 0.96 | 0.96 | $ 225.01 | $ - | $ 8.63 | $ - |
| ABAD & OAA Medicaid Only | 8,809 | $ 1,240.93 | 1.08 | 0.95 | 1.03 | $ 1,277.80 | $ 32.28 | $ 14.07 | $ - |
| CAF | 3,389 | $ 452.99 | 1.00 | 0.95 | 0.95 | $ 430.51 | $ - | $ - | $ 126.14 |
| ACA 19-44 | 64,738 | $ 359.59 | 1.07 | 0.95 | 1.01 | $ 364.83 | $ - | $ 3.42 | $ - |
| ACA 45-54 | 21,328 | $ 617.77 | 1.04 | 0.95 | 0.99 | $ 608.63 | $ 25.89 | $ 7.31 | $ - |
| ACA 55-64 | 17,196 | $ 684.58 | 1.01 | 0.95 | 0.95 | $ 653.34 | $ 36.59 | $ 3.70 | $ - |
| BCCP | 122 | $ 1,376.67 | 1.00 | 0.95 | 0.95 | $ 1,301.17 | $ 32.28 | $ 14.07 | $ - |
| **Total** | **267,808** | **$ 344.10** | | | | **$ 339.75** | **$ 5.96** | **$ 2.64** | **$ 1.60** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 8.06 | $ - | $ 49.30 | $ 1.01 | $ 12.46 | $ - | $ 23.99 | $ 497.81 |
| PLMA | 4,907 | $ 8.56 | $ - | $ 29.52 | $ 0.60 | $ 10.55 | $ - | $ 18.70 | $ 396.59 |
| CHILD 00-01 | 8,354 | $ 0.55 | $ - | $ 101.08 | $ 2.06 | $ 20.56 | $ - | $ 1.42 | $ 653.01 |
| CHILD 01-05 | 34,842 | $ 0.51 | $ - | $ 10.66 | $ 0.22 | $ 3.79 | $ - | $ 22.38 | $ 168.71 |
| CHILD 06-18 | 82,112 | $ 0.81 | $ - | $ 17.21 | $ 0.35 | $ 4.06 | $ - | $ 22.34 | $ 193.18 |
| ABAD & OAA Duals | 6,505 | $ 65.72 | $ - | $ 18.83 | $ 0.38 | $ 6.73 | $ - | $ 27.13 | $ 352.44 |
| ABAD & OAA Medicaid Only | 8,809 | $ 70.19 | $ - | $ 248.34 | $ 5.07 | $ 41.74 | $ - | $ 28.39 | $ 1,717.88 |
| CAF | 3,389 | $ 2.91 | $ 2.07 | $ 19.54 | $ 0.40 | $ 9.76 | $ - | $ 25.07 | $ 616.39 |
| ACA 19-44 | 64,738 | $ 7.32 | $ - | $ 38.10 | $ 0.78 | $ 11.18 | $ - | $ 22.90 | $ 448.53 |
| ACA 45-54 | 21,328 | $ 14.64 | $ - | $ 54.99 | $ 1.12 | $ 20.30 | $ - | $ 33.01 | $ 765.88 |
| ACA 55-64 | 17,196 | $ 9.29 | $ - | $ 79.68 | $ 1.63 | $ 23.20 | $ - | $ 31.89 | $ 839.32 |
| BCCP | 122 | $ 70.19 | $ - | $ 81.45 | $ 1.66 | $ 48.04 | $ - | $ 28.39 | $ 1,577.25 |
| **Total** | **267,808** | **$ 8.46** | **$ 0.03** | **$ 40.83** | **$ 0.83** | **$ 10.79** | **$ -** | **$ 23.67** | **$ 434.54** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 76 of 184

Ex. 1 - Wilson Decl.
Page 144 of 260

**Appendix IV.  CCO-B Rate Development Summary (RDS)**

Exhibit 3
Page 77 of 184

Ex. 1 - Wilson Decl.
Page 145 of 260

## Appendix IV.A: Allcare CCO, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 36,134 | $ 354.13 | 0.96 | 0.98 | 0.94 | $ 331.26 | $ - | $ 1.42 | $ - |
| PLMA | 11,984 | $ 319.48 | 1.00 | 0.97 | 0.97 | $ 311.12 | $ - | $ - | $ - |
| CHILD 00-01 | 17,505 | $ 646.02 | 1.00 | 0.97 | 0.97 | $ 629.61 | $ - | $ - | $ - |
| CHILD 01-05 | 68,111 | $ 126.61 | 0.96 | 0.98 | 0.93 | $ 118.31 | $ - | $ - | $ - |
| CHILD 06-18 | 133,596 | $ 138.88 | 0.93 | 0.97 | 0.91 | $ 125.83 | $ - | $ - | $ - |
| ABAD & OAA Duals | 26,572 | $ 203.86 | 1.00 | 0.97 | 0.97 | $ 198.02 | $ 31.66 | $ 6.00 | $ - |
| ABAD & OAA Medicaid Only | 28,522 | $ 1,166.70 | 1.01 | 0.97 | 0.98 | $ 1,145.25 | $ - | $ 12.04 | $ - |
| CAF | 8,496 | $ 455.10 | 1.00 | 0.97 | 0.97 | $ 440.32 | $ - | $ - | $ 34.46 |
| ACA 19-44 | 150,902 | $ 294.12 | 0.99 | 0.97 | 0.96 | $ 282.27 | $ 0.81 | $ 1.42 | $ - |
| ACA 45-54 | 53,628 | $ 531.39 | 0.98 | 0.97 | 0.95 | $ 505.82 | $ - | $ 1.43 | $ - |
| ACA 55-64 | 51,012 | $ 594.03 | 0.99 | 0.98 | 0.96 | $ 572.06 | $ 23.40 | $ 1.43 | $ - |
| BCCP | 354 | $ 1,333.12 | 1.00 | 0.98 | 0.98 | $ 1,308.27 | $ - | $ 12.04 | $ - |
| **Total** | **586,817** | **$ 343.08** | | | | **$ 328.25** | **$ 3.68** | **$ 1.57** | **$ 0.50** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 36,134 | $ 4.40 | $ - | $ 24.09 | $ 0.49 | $ 11.15 | $ - | $ - | $ 372.81 |
| PLMA | 11,984 | $ 4.67 | $ - | $ 15.62 | $ 0.32 | $ 10.28 | $ - | $ - | $ 342.02 |
| CHILD 00-01 | 17,505 | $ 0.30 | $ - | $ 119.50 | $ 2.44 | $ 25.43 | $ - | $ - | $ 777.28 |
| CHILD 01-05 | 68,111 | $ 0.28 | $ - | $ 15.52 | $ 0.32 | $ 3.77 | $ - | $ - | $ 138.20 |
| CHILD 06-18 | 133,596 | $ 0.44 | $ - | $ 10.17 | $ 0.21 | $ 3.73 | $ - | $ - | $ 140.38 |
| ABAD & OAA Duals | 26,572 | $ 35.88 | $ - | $ 7.94 | $ 0.16 | $ 5.95 | $ - | $ - | $ 285.61 |
| ABAD & OAA Medicaid Only | 28,522 | $ 38.31 | $ - | $ 167.64 | $ 3.42 | $ 39.04 | $ - | $ - | $ 1,405.71 |
| CAF | 8,496 | $ 1.59 | $ 3.35 | $ 26.86 | $ 0.55 | $ 8.87 | $ - | $ - | $ 516.00 |
| ACA 19-44 | 150,902 | $ 4.00 | $ - | $ 33.57 | $ 0.69 | $ 9.22 | $ - | $ - | $ 331.98 |
| ACA 45-54 | 53,628 | $ 7.99 | $ - | $ 58.30 | $ 1.19 | $ 17.74 | $ - | $ - | $ 592.47 |
| ACA 55-64 | 51,012 | $ 5.07 | $ - | $ 61.57 | $ 1.26 | $ 20.88 | $ - | $ - | $ 685.67 |
| BCCP | 354 | $ 38.31 | $ - | $ 148.16 | $ 3.02 | $ 44.87 | $ - | $ - | $ 1,554.68 |
| **Total** | **586,817** | **$ 6.24** | **$ 0.05** | **$ 37.78** | **$ 0.77** | **$ 11.07** | **$ -** | **$ -** | **$ 389.91** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 78 of 184

Ex. 1 - Wilson Decl.
Page 146 of 260

## Appendix IV.B: Cascade Health Alliance, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 440.05 | 1.02 | 0.80 | 0.82 | $ 360.88 | $ - | $ 0.57 | $ - |
| PLMA | 3,828 | $ 374.22 | 1.00 | 0.80 | 0.80 | $ 300.53 | $ - | $ - | $ - |
| CHILD 00-01 | 6,653 | $ 527.03 | 1.00 | 0.80 | 0.80 | $ 422.55 | $ - | $ - | $ - |
| CHILD 01-05 | 23,954 | $ 143.63 | 1.03 | 0.80 | 0.83 | $ 118.89 | $ - | $ - | $ - |
| CHILD 06-18 | 47,670 | $ 163.25 | 1.04 | 0.80 | 0.83 | $ 135.77 | $ - | $ - | $ - |
| ABAD & OAA Duals | 8,896 | $ 219.00 | 1.00 | 0.82 | 0.82 | $ 178.74 | $ - | $ 0.81 | $ - |
| ABAD & OAA Medicaid Only | 11,271 | $ 1,378.84 | 1.00 | 0.81 | 0.80 | $ 1,108.27 | $ 72.50 | $ 0.45 | $ - |
| CAF | 3,836 | $ 573.60 | 1.00 | 0.80 | 0.80 | $ 461.32 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 46,975 | $ 408.92 | 1.05 | 0.81 | 0.85 | $ 347.83 | $ 1.09 | $ 0.60 | $ - |
| ACA 45-54 | 16,896 | $ 649.04 | 1.05 | 0.81 | 0.85 | $ 552.21 | $ 11.97 | $ 2.87 | $ - |
| ACA 55-64 | 14,098 | $ 715.11 | 1.04 | 0.81 | 0.84 | $ 600.69 | $ 15.01 | $ - | $ - |
| BCCP | 52 | $ 2,086.78 | 1.00 | 0.81 | 0.81 | $ 1,693.11 | $ 72.50 | $ 0.45 | $ - |
| **Total** | **196,245** | **$ 415.54** | | | | **$ 345.13** | **$ 6.55** | **$ 0.49** | **$ 1.91** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 10.43 | $ - | $ 53.75 | $ 1.10 | $ 14.41 | $ - | $ - | $ 441.13 |
| PLMA | 3,828 | $ 4.88 | $ - | $ 54.90 | $ 1.12 | $ 12.37 | $ - | $ - | $ 373.80 |
| CHILD 00-01 | 6,653 | $ 0.95 | $ - | $ 174.72 | $ 3.57 | $ 20.16 | $ - | $ - | $ 621.95 |
| CHILD 01-05 | 23,954 | $ 0.63 | $ - | $ 11.35 | $ 0.23 | $ 4.43 | $ - | $ - | $ 135.54 |
| CHILD 06-18 | 47,670 | $ 1.11 | $ - | $ 7.74 | $ 0.16 | $ 4.40 | $ - | $ - | $ 149.18 |
| ABAD & OAA Duals | 8,896 | $ 59.78 | $ - | $ 31.70 | $ 0.65 | $ 6.27 | $ - | $ - | $ 277.94 |
| ABAD & OAA Medicaid Only | 11,271 | $ 46.37 | $ - | $ 200.19 | $ 4.09 | $ 46.26 | $ - | $ - | $ 1,478.13 |
| CAF | 3,836 | $ 3.04 | $ 2.96 | $ 26.26 | $ 0.54 | $ 11.61 | $ - | $ - | $ 603.58 |
| ACA 19-44 | 46,975 | $ 14.29 | $ - | $ 39.33 | $ 0.80 | $ 13.34 | $ - | $ - | $ 417.29 |
| ACA 45-54 | 16,896 | $ 18.98 | $ - | $ 67.89 | $ 1.39 | $ 21.77 | $ - | $ - | $ 677.08 |
| ACA 55-64 | 14,098 | $ 22.59 | $ - | $ 119.19 | $ 2.43 | $ 25.15 | $ - | $ - | $ 785.05 |
| BCCP | 52 | $ 46.37 | $ - | $ 639.86 | $ 13.06 | $ 73.76 | $ - | $ - | $ 2,539.10 |
| **Total** | **196,245** | **$ 13.24** | **$ 0.06** | **$ 51.02** | **$ 1.04** | **$ 13.49** | **$ -** | **$ -** | **$ 432.93** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 79 of 184

## Appendix IV.C: Columbia-Pacific CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 395.96 | 1.02 | 1.08 | 1.11 | $ 437.60 | $ - | $ 0.62 | $ - |
| PLMA | 5,221 | $ 343.26 | 1.00 | 1.09 | 1.09 | $ 372.49 | $ - | $ 0.16 | $ - |
| CHILD 00-01 | 8,497 | $ 550.24 | 1.00 | 1.09 | 1.09 | $ 599.26 | $ - | $ - | $ - |
| CHILD 01-05 | 33,251 | $ 135.34 | 0.94 | 1.09 | 1.03 | $ 139.07 | $ - | $ - | $ - |
| CHILD 06-18 | 74,203 | $ 153.72 | 0.98 | 1.09 | 1.07 | $ 164.47 | $ - | $ 0.00 | $ - |
| ABAD & OAA Duals | 9,401 | $ 235.54 | 1.00 | 1.09 | 1.09 | $ 255.70 | $ - | $ 18.44 | $ - |
| ABAD & OAA Medicaid Only | 14,886 | $ 1,240.93 | 0.96 | 1.08 | 1.03 | $ 1,281.94 | $ 58.69 | $ 30.49 | $ - |
| CAF | 5,112 | $ 452.99 | 1.00 | 1.08 | 1.08 | $ 489.21 | $ - | $ 0.33 | $ 35.75 |
| ACA 19-44 | 76,337 | $ 359.59 | 1.01 | 1.08 | 1.10 | $ 393.83 | $ - | $ 1.10 | $ - |
| ACA 45-54 | 28,729 | $ 617.77 | 0.99 | 1.08 | 1.07 | $ 660.62 | $ 21.31 | $ 1.70 | $ - |
| ACA 55-64 | 26,667 | $ 684.58 | 0.97 | 1.07 | 1.04 | $ 710.37 | $ 49.11 | $ 0.78 | $ - |
| BCCP | 195 | $ 1,376.67 | 1.00 | 1.07 | 1.07 | $ 1,478.60 | $ 58.69 | $ 30.49 | $ - |
| Total | 299,935 | $ 386.76 | | | | $ 412.62 | $ 9.36 | $ 2.67 | $ 0.61 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 6.97 | $ - | $ 33.21 | $ 0.68 | $ 12.46 | $ - | $ - | $ 491.54 |
| PLMA | 5,221 | $ 7.40 | $ - | $ 23.40 | $ 0.48 | $ 10.55 | $ - | $ - | $ 414.48 |
| CHILD 00-01 | 8,497 | $ 0.48 | $ - | $ 98.44 | $ 2.01 | $ 20.56 | $ - | $ - | $ 720.73 |
| CHILD 01-05 | 33,251 | $ 0.44 | $ - | $ 11.96 | $ 0.24 | $ 3.79 | $ - | $ - | $ 155.51 |
| CHILD 06-18 | 74,203 | $ 0.70 | $ - | $ 7.85 | $ 0.16 | $ 4.06 | $ - | $ - | $ 177.24 |
| ABAD & OAA Duals | 9,401 | $ 56.83 | $ - | $ 19.52 | $ 0.40 | $ 6.73 | $ - | $ - | $ 357.62 |
| ABAD & OAA Medicaid Only | 14,886 | $ 60.68 | $ - | $ 129.20 | $ 2.64 | $ 41.74 | $ - | $ - | $ 1,605.38 |
| CAF | 5,112 | $ 2.52 | $ - | $ 23.76 | $ 0.48 | $ 9.76 | $ - | $ - | $ 561.81 |
| ACA 19-44 | 76,337 | $ 6.33 | $ - | $ 28.47 | $ 0.58 | $ 11.18 | $ - | $ - | $ 441.49 |
| ACA 45-54 | 28,729 | $ 12.65 | $ - | $ 63.95 | $ 1.31 | $ 20.30 | $ - | $ - | $ 781.83 |
| ACA 55-64 | 26,667 | $ 8.04 | $ - | $ 63.34 | $ 1.29 | $ 23.20 | $ - | $ - | $ 856.12 |
| BCCP | 195 | $ 60.68 | $ - | $ 71.53 | $ 1.46 | $ 48.04 | $ - | $ - | $ 1,749.49 |
| Total | 299,935 | $ 9.18 | $ - | $ 34.87 | $ 0.71 | $ 12.25 | $ - | $ - | $ 482.26 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 80 of 184

Ex. 1 - Wilson Decl.
Page 148 of 260

## Appendix IV.D: Eastern Oregon Coordinated Care Org., LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 35,140 | $ 440.05 | 1.07 | 1.10 | 1.17 | $ 516.54 | $ 10.40 | $ 0.89 | $ - |
| PLMA | 10,728 | $ 374.22 | 1.00 | 1.10 | 1.10 | $ 410.26 | $ - | $ - | $ - |
| CHILD 00-01 | 19,960 | $ 527.03 | 1.00 | 1.09 | 1.09 | $ 576.85 | $ - | $ - | $ - |
| CHILD 01-05 | 79,747 | $ 143.63 | 0.93 | 1.09 | 1.02 | $ 146.41 | $ - | $ - | $ - |
| CHILD 06-18 | 166,877 | $ 163.25 | 0.96 | 1.09 | 1.05 | $ 171.08 | $ - | $ - | $ - |
| ABAD & OAA Duals | 19,203 | $ 219.00 | 1.00 | 1.11 | 1.11 | $ 244.00 | $ 11.82 | $ 9.49 | $ - |
| ABAD & OAA Medicaid Only | 27,719 | $ 1,378.84 | 1.00 | 1.10 | 1.10 | $ 1,510.02 | $ 27.25 | $ 15.50 | $ - |
| CAF | 8,679 | $ 573.60 | 1.00 | 1.10 | 1.10 | $ 629.76 | $ - | $ - | $ 119.12 |
| ACA 19-44 | 120,655 | $ 408.92 | 1.05 | 1.11 | 1.17 | $ 476.54 | $ 1.93 | $ 0.89 | $ - |
| ACA 45-54 | 41,610 | $ 649.04 | 1.04 | 1.11 | 1.15 | $ 747.15 | $ 22.01 | $ 0.89 | $ - |
| ACA 55-64 | 37,243 | $ 715.11 | 1.03 | 1.10 | 1.13 | $ 811.15 | $ 25.72 | $ 0.89 | $ - |
| BCCP | 227 | $ 2,086.78 | 1.00 | 1.11 | 1.11 | $ 2,311.32 | $ 27.25 | $ 15.50 | $ - |
| **Total** | **567,788** | **$ 386.67** | | | | **$ 432.59** | **$ 6.09** | **$ 1.45** | **$ 1.82** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 35,140 | $ 10.77 | $ - | $ 69.94 | $ 1.43 | $ 14.41 | $ - | $ - | $ 624.38 |
| PLMA | 10,728 | $ 4.93 | $ - | $ 58.20 | $ 1.19 | $ 12.37 | $ - | $ - | $ 486.96 |
| CHILD 00-01 | 19,960 | $ 0.73 | $ - | $ 99.43 | $ 2.03 | $ 20.16 | $ - | $ - | $ 699.20 |
| CHILD 01-05 | 79,747 | $ 0.72 | $ - | $ 13.13 | $ 0.27 | $ 4.43 | $ - | $ - | $ 164.96 |
| CHILD 06-18 | 166,877 | $ 1.12 | $ - | $ 18.71 | $ 0.38 | $ 4.40 | $ - | $ - | $ 195.68 |
| ABAD & OAA Duals | 19,203 | $ 69.41 | $ - | $ 20.39 | $ 0.42 | $ 6.27 | $ - | $ - | $ 361.80 |
| ABAD & OAA Medicaid Only | 27,719 | $ 52.86 | $ - | $ 202.31 | $ 4.13 | $ 46.26 | $ - | $ - | $ 1,858.33 |
| CAF | 8,679 | $ 3.61 | $ - | $ 109.90 | $ 2.24 | $ 11.61 | $ - | $ - | $ 876.24 |
| ACA 19-44 | 120,655 | $ 16.67 | $ - | $ 63.72 | $ 1.30 | $ 13.34 | $ - | $ - | $ 574.39 |
| ACA 45-54 | 41,610 | $ 20.89 | $ - | $ 111.23 | $ 2.27 | $ 21.77 | $ - | $ - | $ 926.22 |
| ACA 55-64 | 37,243 | $ 25.37 | $ - | $ 121.73 | $ 2.48 | $ 25.15 | $ - | $ - | $ 1,012.49 |
| BCCP | 227 | $ 52.86 | $ - | $ 177.55 | $ 3.62 | $ 73.76 | $ - | $ - | $ 2,661.86 |
| **Total** | **567,788** | **$ 12.96** | **$ -** | **$ 58.26** | **$ 1.19** | **$ 12.51** | **$ -** | **$ -** | **$ 526.87** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 81 of 184

Ex. 1 - Wilson Decl.
Page 149 of 260

**Appendix IV.E: FamilyCare, Inc.**

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 81,512 | $ 319.33 | 0.95 | 1.00 | 0.95 | $ 301.83 | $ 1.22 | $ 0.64 | $ - |
| PLMA | 31,363 | $ 305.24 | 1.00 | 1.00 | 1.00 | $ 305.24 | $ - | $ 0.07 | $ - |
| CHILD 00-01 | 51,492 | $ 566.69 | 1.00 | 1.00 | 1.00 | $ 566.69 | $ - | $ - | $ - |
| CHILD 01-05 | 171,505 | $ 113.80 | 0.97 | 1.00 | 0.97 | $ 110.88 | $ - | $ - | $ - |
| CHILD 06-18 | 335,194 | $ 118.48 | 1.01 | 1.00 | 1.01 | $ 119.77 | $ - | $ 0.01 | $ - |
| ABAD & OAA Duals | 27,114 | $ 249.62 | 1.00 | 1.00 | 1.00 | $ 249.62 | $ - | $ 0.74 | $ - |
| ABAD & OAA Medicaid Only | 35,750 | $ 1,317.25 | 0.86 | 1.00 | 0.86 | $ 1,136.03 | $ 21.61 | $ 1.43 | $ - |
| CAF | 18,916 | $ 424.99 | 1.00 | 1.00 | 1.00 | $ 424.99 | $ - | $ 0.04 | $ 68.88 |
| ACA 19-44 | 473,722 | $ 283.10 | 0.94 | 1.00 | 0.94 | $ 266.58 | $ 0.24 | $ 0.24 | $ - |
| ACA 45-54 | 127,549 | $ 514.42 | 0.94 | 1.00 | 0.94 | $ 484.07 | $ 10.22 | $ 0.22 | $ - |
| ACA 55-64 | 101,009 | $ 540.69 | 0.95 | 1.00 | 0.95 | $ 512.49 | $ 16.43 | $ 0.18 | $ - |
| BCCP | 916 | $ 1,615.76 | 1.00 | 1.00 | 1.00 | $ 1,615.76 | $ 21.61 | $ 1.43 | $ - |
| **Total** | **1,456,042** | **$ 303.38** | | | | **$ 287.91** | **$ 2.72** | **$ 0.20** | **$ 0.89** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 7.53 | $ - | $ 33.19 | $ 0.68 | $ 10.55 | $ - | $ - | $ 355.64 |
| PLMA | 31,363 | $ 7.36 | $ - | $ 18.88 | $ 0.39 | $ 10.03 | $ - | $ - | $ 341.97 |
| CHILD 00-01 | 51,492 | $ 0.40 | $ - | $ 133.88 | $ 2.73 | $ 22.30 | $ - | $ - | $ 726.00 |
| CHILD 01-05 | 171,505 | $ 0.19 | $ - | $ 15.57 | $ 0.32 | $ 3.63 | $ - | $ - | $ 130.59 |
| CHILD 06-18 | 335,194 | $ 0.41 | $ - | $ 12.42 | $ 0.25 | $ 3.50 | $ - | $ - | $ 136.36 |
| ABAD & OAA Duals | 27,114 | $ 40.54 | $ - | $ 19.07 | $ 0.39 | $ 7.66 | $ - | $ - | $ 318.01 |
| ABAD & OAA Medicaid Only | 35,750 | $ 44.95 | $ - | $ 154.20 | $ 3.15 | $ 46.73 | $ - | $ - | $ 1,408.09 |
| CAF | 18,916 | $ 2.42 | $ 2.07 | $ 33.06 | $ 0.67 | $ 10.39 | $ - | $ - | $ 542.52 |
| ACA 19-44 | 473,722 | $ 8.04 | $ - | $ 29.47 | $ 0.60 | $ 9.20 | $ - | $ - | $ 314.37 |
| ACA 45-54 | 127,549 | $ 13.30 | $ - | $ 57.08 | $ 1.16 | $ 18.09 | $ - | $ - | $ 584.15 |
| ACA 55-64 | 101,009 | $ 10.09 | $ - | $ 63.17 | $ 1.29 | $ 20.08 | $ - | $ - | $ 623.72 |
| BCCP | 916 | $ 44.95 | $ - | $ 230.91 | $ 4.71 | $ 60.33 | $ - | $ - | $ 1,979.71 |
| **Total** | **1,456,042** | **$ 7.11** | **$ 0.03** | **$ 35.38** | **$ 0.72** | **$ 10.26** | **$ -** | **$ -** | **$ 345.23** |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 82 of 184

Ex. 1 - Wilson Decl.
Page 150 of 260

## Appendix IV.F: Health Share of Oregon

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 319.33 | 1.03 | 1.00 | 1.03 | $ 329.64 | $ 2.50 | $ 2.36 | $ - |
| PLMA | 43,468 | $ 305.24 | 1.00 | 1.00 | 1.00 | $ 305.24 | $ - | $ 0.64 | $ - |
| CHILD 00-01 | 71,377 | $ 566.69 | 1.00 | 1.00 | 1.00 | $ 566.69 | $ - | $ - | $ - |
| CHILD 01-05 | 311,494 | $ 113.80 | 1.01 | 1.00 | 1.01 | $ 115.40 | $ - | $ 0.18 | $ - |
| CHILD 06-18 | 740,685 | $ 118.48 | 1.00 | 1.00 | 1.00 | $ 117.89 | $ - | $ 1.01 | $ - |
| ABAD & OAA Duals | 197,759 | $ 249.62 | 1.00 | 1.00 | 1.00 | $ 249.62 | $ 0.62 | $ 19.71 | $ - |
| ABAD & OAA Medicaid Only | 167,576 | $ 1,317.25 | 1.03 | 1.00 | 1.03 | $ 1,355.91 | $ 61.16 | $ 26.99 | $ - |
| CAF | 33,833 | $ 424.99 | 1.00 | 1.00 | 1.00 | $ 424.99 | $ - | $ 6.51 | $ 99.60 |
| ACA 19-44 | 704,231 | $ 283.10 | 1.04 | 1.00 | 1.04 | $ 294.21 | $ 2.00 | $ 3.20 | $ - |
| ACA 45-54 | 211,360 | $ 514.42 | 1.04 | 1.00 | 1.04 | $ 532.73 | $ 24.95 | $ 1.47 | $ - |
| ACA 55-64 | 171,210 | $ 540.69 | 1.03 | 1.00 | 1.03 | $ 557.33 | $ 52.94 | $ 0.93 | $ - |
| BCCP | 747 | $ 1,615.76 | 1.00 | 1.00 | 1.00 | $ 1,615.76 | $ 61.16 | $ 26.99 | $ - |
| **Total** | **2,792,111** | **$ 325.01** | | | | **$ 333.07** | **$ 9.50** | **$ 4.49** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 6.95 | $ - | $ 45.74 | $ 0.93 | $ 10.55 | $ - | $ - | $ 398.69 |
| PLMA | 43,468 | $ 6.01 | $ - | $ 40.85 | $ 0.83 | $ 10.03 | $ - | $ - | $ 363.60 |
| CHILD 00-01 | 71,377 | $ 0.75 | $ - | $ 165.40 | $ 3.38 | $ 22.30 | $ - | $ - | $ 758.52 |
| CHILD 01-05 | 311,494 | $ 0.38 | $ - | $ 16.57 | $ 0.34 | $ 3.63 | $ - | $ - | $ 136.50 |
| CHILD 06-18 | 740,685 | $ 0.49 | $ - | $ 15.89 | $ 0.32 | $ 3.50 | $ - | $ - | $ 139.12 |
| ABAD & OAA Duals | 197,759 | $ 62.13 | $ - | $ 36.89 | $ 0.75 | $ 7.66 | $ - | $ - | $ 377.39 |
| ABAD & OAA Medicaid Only | 167,576 | $ 48.55 | $ - | $ 236.97 | $ 4.84 | $ 46.73 | $ - | $ - | $ 1,781.14 |
| CAF | 33,833 | $ 4.54 | $ - | $ 38.58 | $ 0.79 | $ 10.39 | $ - | $ - | $ 585.38 |
| ACA 19-44 | 704,231 | $ 3.78 | $ - | $ 37.73 | $ 0.77 | $ 9.20 | $ - | $ - | $ 350.89 |
| ACA 45-54 | 211,360 | $ 8.38 | $ - | $ 80.78 | $ 1.65 | $ 18.09 | $ - | $ - | $ 668.05 |
| ACA 55-64 | 171,210 | $ 6.34 | $ - | $ 93.37 | $ 1.91 | $ 20.08 | $ - | $ - | $ 732.89 |
| BCCP | 747 | $ 48.55 | $ - | $ 412.79 | $ 8.42 | $ 60.33 | $ - | $ - | $ 2,234.01 |
| **Total** | **2,792,111** | **$ 9.99** | **$ -** | **$ 51.96** | **$ 1.06** | **$ 10.99** | **$ -** | **$ -** | **$ 422.28** |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 83 of 184

Ex. 1 - Wilson Decl.
Page 151 of 260

## Appendix IV.G: InterCommunity Health Network, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 395.96 | 1.02 | 1.05 | 1.07 | $ 422.36 | $ - | $ - | $ - |
| PLMA | 11,402 | $ 343.26 | 1.00 | 1.05 | 1.05 | $ 361.17 | $ - | $ - | $ - |
| CHILD 00-01 | 19,126 | $ 550.24 | 1.00 | 1.06 | 1.06 | $ 581.03 | $ - | $ - | $ - |
| CHILD 01-05 | 74,130 | $ 135.34 | 1.00 | 1.06 | 1.05 | $ 142.49 | $ - | $ - | $ - |
| CHILD 06-18 | 161,389 | $ 153.72 | 1.08 | 1.06 | 1.14 | $ 175.69 | $ - | $ - | $ - |
| ABAD & OAA Duals | 31,670 | $ 235.54 | 1.00 | 1.05 | 1.05 | $ 247.92 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 37,543 | $ 1,240.93 | 0.99 | 1.05 | 1.03 | $ 1,284.34 | $ 21.60 | $ 0.24 | $ - |
| CAF | 9,998 | $ 452.99 | 1.00 | 1.05 | 1.05 | $ 474.33 | $ - | $ - | $ 1.00 |
| ACA 19-44 | 172,948 | $ 359.59 | 1.01 | 1.05 | 1.06 | $ 380.82 | $ 3.12 | $ 0.03 | $ - |
| ACA 45-54 | 54,224 | $ 617.77 | 1.01 | 1.05 | 1.06 | $ 653.48 | $ - | $ - | $ - |
| ACA 55-64 | 48,668 | $ 684.58 | 1.01 | 1.04 | 1.05 | $ 722.00 | $ 24.29 | $ - | $ - |
| BCCP | 237 | $ 1,376.67 | 1.00 | 1.04 | 1.04 | $ 1,433.64 | $ 21.60 | $ 0.24 | $ - |
| **Total** | **658,578** | **$ 382.54** | | | | **$ 406.12** | **$ 3.85** | **$ 0.02** | **$ 0.02** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 10.54 | $ - | $ 37.10 | $ 0.76 | $ 12.46 | $ - | $ - | $ 483.22 |
| PLMA | 11,402 | $ 11.19 | $ - | $ 13.20 | $ 0.27 | $ 10.55 | $ - | $ - | $ 396.38 |
| CHILD 00-01 | 19,126 | $ 0.72 | $ - | $ 144.66 | $ 2.95 | $ 20.56 | $ - | $ - | $ 749.92 |
| CHILD 01-05 | 74,130 | $ 0.67 | $ - | $ 15.45 | $ 0.32 | $ 3.79 | $ - | $ - | $ 162.73 |
| CHILD 06-18 | 161,389 | $ 1.06 | $ - | $ 14.19 | $ 0.29 | $ 4.06 | $ - | $ - | $ 195.28 |
| ABAD & OAA Duals | 31,670 | $ 85.91 | $ - | $ 24.43 | $ 0.50 | $ 6.73 | $ - | $ - | $ 365.49 |
| ABAD & OAA Medicaid Only | 37,543 | $ 91.74 | $ - | $ 138.16 | $ 2.82 | $ 41.74 | $ - | $ - | $ 1,580.64 |
| CAF | 9,998 | $ 3.80 | $ 0.25 | $ 19.88 | $ 0.41 | $ 9.76 | $ - | $ - | $ 509.43 |
| ACA 19-44 | 172,948 | $ 9.57 | $ - | $ 37.65 | $ 0.77 | $ 11.18 | $ - | $ - | $ 443.14 |
| ACA 45-54 | 54,224 | $ 19.13 | $ - | $ 71.12 | $ 1.45 | $ 20.30 | $ - | $ - | $ 765.47 |
| ACA 55-64 | 48,668 | $ 12.15 | $ - | $ 77.67 | $ 1.59 | $ 23.20 | $ - | $ - | $ 860.90 |
| BCCP | 237 | $ 91.74 | $ - | $ 287.16 | $ 5.86 | $ 48.04 | $ - | $ - | $ 1,888.28 |
| **Total** | **658,578** | **$ 15.58** | **$ 0.00** | **$ 42.68** | **$ 0.87** | **$ 12.10** | **$ -** | **$ -** | **$ 481.25** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 84 of 184

Ex. 1 - Wilson Decl.
Page 152 of 260

## Appendix IV.H: Jackson County CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 354.13 | 1.02 | 0.93 | 0.95 | $ 336.64 | $ 8.79 | $ - | $ - |
| PLMA | 5,637 | $ 319.48 | 1.00 | 0.93 | 0.93 | $ 296.63 | $ - | $ - | $ - |
| CHILD 00-01 | 9,401 | $ 646.02 | 1.00 | 0.93 | 0.93 | $ 600.28 | $ - | $ - | $ - |
| CHILD 01-05 | 40,414 | $ 126.61 | 0.99 | 0.93 | 0.92 | $ 116.82 | $ - | $ - | $ - |
| CHILD 06-18 | 97,699 | $ 138.88 | 0.97 | 0.93 | 0.90 | $ 124.78 | $ - | $ - | $ - |
| ABAD & OAA Duals | 13,179 | $ 203.86 | 1.00 | 0.93 | 0.93 | $ 188.79 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 16,823 | $ 1,166.70 | 1.06 | 0.92 | 0.98 | $ 1,143.16 | $ 60.02 | $ 8.26 | $ - |
| CAF | 6,353 | $ 455.10 | 1.00 | 0.92 | 0.92 | $ 419.81 | $ - | $ - | $ - |
| ACA 19-44 | 87,059 | $ 294.12 | 1.03 | 0.93 | 0.96 | $ 282.23 | $ 2.86 | $ - | $ - |
| ACA 45-54 | 28,687 | $ 531.39 | 1.00 | 0.93 | 0.93 | $ 492.25 | $ 22.98 | $ - | $ - |
| ACA 55-64 | 25,043 | $ 594.03 | 0.98 | 0.93 | 0.91 | $ 542.83 | $ 105.93 | $ - | $ - |
| BCCP | 290 | $ 1,333.12 | 1.00 | 0.94 | 0.94 | $ 1,247.32 | $ 60.02 | $ 8.26 | $ - |
| **Total** | **350,162** | **$ 327.88** | | | | **$ 308.00** | **$ 13.59** | **$ 0.40** | **$ -** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 3.66 | $ - | $ 40.90 | $ 0.83 | $ 11.15 | $ - | $ - | $ 401.96 |
| PLMA | 5,637 | $ 3.89 | $ - | $ 41.70 | $ 0.85 | $ 10.28 | $ - | $ - | $ 353.36 |
| CHILD 00-01 | 9,401 | $ 0.25 | $ - | $ 168.98 | $ 3.45 | $ 25.43 | $ - | $ - | $ 798.38 |
| CHILD 01-05 | 40,414 | $ 0.23 | $ - | $ 9.48 | $ 0.19 | $ 3.77 | $ - | $ - | $ 130.49 |
| CHILD 06-18 | 97,699 | $ 0.37 | $ - | $ 11.15 | $ 0.23 | $ 3.73 | $ - | $ - | $ 140.25 |
| ABAD & OAA Duals | 13,179 | $ 29.87 | $ - | $ 9.27 | $ 0.19 | $ 5.95 | $ - | $ - | $ 234.07 |
| ABAD & OAA Medicaid Only | 16,823 | $ 31.90 | $ - | $ 184.00 | $ 3.76 | $ 39.04 | $ - | $ - | $ 1,470.12 |
| CAF | 6,353 | $ 1.32 | $ - | $ 22.52 | $ 0.46 | $ 8.87 | $ - | $ - | $ 452.98 |
| ACA 19-44 | 87,059 | $ 3.33 | $ - | $ 33.93 | $ 0.69 | $ 9.22 | $ - | $ - | $ 332.26 |
| ACA 45-54 | 28,687 | $ 6.65 | $ - | $ 61.49 | $ 1.25 | $ 17.74 | $ - | $ - | $ 602.36 |
| ACA 55-64 | 25,043 | $ 4.22 | $ - | $ 89.93 | $ 1.84 | $ 20.88 | $ - | $ - | $ 765.62 |
| BCCP | 290 | $ 31.90 | $ - | $ 50.79 | $ 1.04 | $ 44.87 | $ - | $ - | $ 1,444.19 |
| **Total** | **350,162** | **$ 4.78** | **$ -** | **$ 41.24** | **$ 0.84** | **$ 10.48** | **$ -** | **$ -** | **$ 379.35** |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 85 of 184

Ex. 1 - Wilson Decl.
Page 153 of 260

## Appendix IV.I: PacificSource Community Solutions, Inc. (Central)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 37,593 | $ 440.05 | 0.93 | 0.94 | 0.88 | $ 387.63 | $ 1.00 | $ - | $ - |
| PLMA | 10,676 | $ 374.22 | 1.00 | 0.94 | 0.94 | $ 352.57 | $ - | $ - | $ - |
| CHILD 00-01 | 19,035 | $ 527.03 | 1.00 | 0.94 | 0.94 | $ 495.73 | $ - | $ - | $ - |
| CHILD 01-05 | 70,368 | $ 143.63 | 1.04 | 0.94 | 0.98 | $ 140.45 | $ - | $ - | $ - |
| CHILD 06-18 | 172,046 | $ 163.25 | 1.04 | 0.94 | 0.98 | $ 159.34 | $ - | $ - | $ - |
| ABAD & OAA Duals | 25,538 | $ 219.00 | 1.00 | 0.96 | 0.96 | $ 209.69 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 22,804 | $ 1,378.84 | 1.01 | 0.95 | 0.96 | $ 1,317.32 | $ 45.37 | $ - | $ - |
| CAF | 6,955 | $ 573.60 | 1.00 | 0.94 | 0.94 | $ 541.20 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 164,445 | $ 408.92 | 0.96 | 0.95 | 0.91 | $ 372.63 | $ 1.67 | $ - | $ - |
| ACA 45-54 | 54,291 | $ 649.04 | 0.98 | 0.95 | 0.93 | $ 602.21 | $ 6.53 | $ - | $ - |
| ACA 55-64 | 48,275 | $ 715.11 | 0.99 | 0.95 | 0.94 | $ 673.02 | $ 63.66 | $ - | $ - |
| BCCP | 550 | $ 2,086.78 | 1.00 | 0.95 | 0.95 | $ 1,986.29 | $ 45.37 | $ - | $ - |
| **Total** | **632,577** | **$ 391.95** | | | | **$ 366.41** | **$ 7.59** | **$ -** | **$ 1.08** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 6.06 | $ - | $ 38.07 | $ 0.78 | $ 14.41 | $ - | $ - | $ 447.94 |
| PLMA | 10,676 | $ 6.43 | $ - | $ 23.01 | $ 0.47 | $ 12.37 | $ - | $ - | $ 394.85 |
| CHILD 00-01 | 19,035 | $ 0.42 | $ - | $ 138.86 | $ 2.83 | $ 20.16 | $ - | $ - | $ 658.00 |
| CHILD 01-05 | 70,368 | $ 0.39 | $ - | $ 13.63 | $ 0.28 | $ 4.43 | $ - | $ - | $ 159.17 |
| CHILD 06-18 | 172,046 | $ 0.61 | $ - | $ 9.25 | $ 0.19 | $ 4.40 | $ - | $ - | $ 173.78 |
| ABAD & OAA Duals | 25,538 | $ 49.40 | $ - | $ 5.62 | $ 0.11 | $ 6.27 | $ - | $ - | $ 271.09 |
| ABAD & OAA Medicaid Only | 22,804 | $ 52.76 | $ - | $ 165.32 | $ 3.37 | $ 46.26 | $ - | $ - | $ 1,630.41 |
| CAF | 6,955 | $ 2.19 | $ - | $ 17.41 | $ 0.36 | $ 11.61 | $ - | $ - | $ 670.63 |
| ACA 19-44 | 164,445 | $ 5.50 | $ - | $ 49.41 | $ 1.01 | $ 13.34 | $ - | $ - | $ 443.57 |
| ACA 45-54 | 54,291 | $ 11.00 | $ - | $ 65.03 | $ 1.33 | $ 21.77 | $ - | $ - | $ 707.87 |
| ACA 55-64 | 48,275 | $ 6.99 | $ - | $ 68.35 | $ 1.39 | $ 25.15 | $ - | $ - | $ 838.56 |
| BCCP | 550 | $ 52.76 | $ - | $ 375.77 | $ 7.67 | $ 73.76 | $ - | $ - | $ 2,541.62 |
| **Total** | **632,577** | **$ 7.56** | **$ -** | **$ 41.21** | **$ 0.84** | **$ 12.73** | **$ -** | **$ -** | **$ 437.42** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 86 of 184

Ex. 1 - Wilson Decl.
Page 154 of 260

## Appendix IV.J: PacificSource Community Solutions, Inc. (Gorge)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 440.05 | 0.97 | 1.11 | 1.08 | $ 475.00 | $ 1.00 | $ - | $ - |
| PLMA | 2,995 | $ 374.22 | 1.00 | 1.11 | 1.11 | $ 416.42 | $ - | $ - | $ - |
| CHILD 00-01 | 5,073 | $ 527.03 | 1.00 | 1.11 | 1.11 | $ 585.50 | $ - | $ - | $ - |
| CHILD 01-05 | 20,443 | $ 143.63 | 1.08 | 1.11 | 1.20 | $ 172.78 | $ - | $ - | $ - |
| CHILD 06-18 | 47,576 | $ 163.25 | 0.98 | 1.11 | 1.09 | $ 177.52 | $ - | $ - | $ - |
| ABAD & OAA Duals | 4,049 | $ 219.00 | 1.00 | 1.13 | 1.13 | $ 247.66 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 5,753 | $ 1,378.84 | 0.99 | 1.12 | 1.10 | $ 1,520.71 | $ 45.37 | $ - | $ - |
| CAF | 2,571 | $ 573.60 | 1.00 | 1.11 | 1.11 | $ 639.21 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 34,571 | $ 408.92 | 0.93 | 1.12 | 1.05 | $ 428.52 | $ 1.67 | $ - | $ - |
| ACA 45-54 | 12,849 | $ 649.04 | 0.90 | 1.12 | 1.01 | $ 656.53 | $ 6.53 | $ - | $ - |
| ACA 55-64 | 11,136 | $ 715.11 | 0.90 | 1.12 | 1.01 | $ 721.30 | $ 63.66 | $ - | $ - |
| BCCP | 95 | $ 2,086.78 | 1.00 | 1.12 | 1.12 | $ 2,346.01 | $ 45.37 | $ - | $ - |
| **Total** | **154,046** | **$ 379.64** | | | | **$ 405.01** | **$ 7.29** | **$ -** | **$ 1.63** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 3.27 | $ - | $ 22.85 | $ 0.47 | $ 14.41 | $ - | $ - | $ 516.99 |
| PLMA | 2,995 | $ 3.47 | $ - | $ 6.41 | $ 0.13 | $ 12.37 | $ - | $ - | $ 438.81 |
| CHILD 00-01 | 5,073 | $ 0.22 | $ - | $ 85.35 | $ 1.74 | $ 20.16 | $ - | $ - | $ 692.98 |
| CHILD 01-05 | 20,443 | $ 0.21 | $ - | $ 8.42 | $ 0.17 | $ 4.43 | $ - | $ - | $ 186.01 |
| CHILD 06-18 | 47,576 | $ 0.33 | $ - | $ 7.94 | $ 0.16 | $ 4.40 | $ - | $ - | $ 190.34 |
| ABAD & OAA Duals | 4,049 | $ 26.66 | $ - | $ 2.99 | $ 0.06 | $ 6.27 | $ - | $ - | $ 283.64 |
| ABAD & OAA Medicaid Only | 5,753 | $ 28.47 | $ - | $ 92.78 | $ 1.89 | $ 46.26 | $ - | $ - | $ 1,735.48 |
| CAF | 2,571 | $ 1.18 | $ - | $ 7.37 | $ 0.15 | $ 11.61 | $ - | $ - | $ 757.39 |
| ACA 19-44 | 34,571 | $ 2.97 | $ - | $ 12.32 | $ 0.25 | $ 13.34 | $ - | $ - | $ 459.08 |
| ACA 45-54 | 12,849 | $ 5.94 | $ - | $ 34.13 | $ 0.70 | $ 21.77 | $ - | $ - | $ 725.60 |
| ACA 55-64 | 11,136 | $ 3.77 | $ - | $ 41.81 | $ 0.85 | $ 25.15 | $ - | $ - | $ 856.54 |
| BCCP | 95 | $ 28.47 | $ - | $ 22.33 | $ 0.46 | $ 73.76 | $ - | $ - | $ 2,516.39 |
| **Total** | **154,046** | **$ 3.59** | **$ -** | **$ 19.85** | **$ 0.41** | **$ 12.26** | **$ -** | **$ -** | **$ 450.03** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 87 of 184

Ex. 1 - Wilson Decl.
Page 155 of 260

## Appendix IV.K: Primary Health of Josephine County, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 354.13 | 0.95 | 0.95 | 0.90 | $ 317.54 | $ - | $ 1.24 | $ - |
| PLMA | 2,556 | $ 319.48 | 1.00 | 0.94 | 0.94 | $ 301.42 | $ - | $ - | $ - |
| CHILD 00-01 | 3,267 | $ 646.02 | 1.00 | 0.94 | 0.94 | $ 609.96 | $ - | $ - | $ - |
| CHILD 01-05 | 11,458 | $ 126.61 | 0.95 | 0.94 | 0.90 | $ 113.38 | $ - | $ - | $ - |
| CHILD 06-18 | 29,617 | $ 138.88 | 0.89 | 0.94 | 0.84 | $ 117.27 | $ - | $ - | $ - |
| ABAD & OAA Duals | 6,081 | $ 203.86 | 1.00 | 0.94 | 0.94 | $ 191.84 | $ - | $ 3.36 | $ - |
| ABAD & OAA Medicaid Only | 6,999 | $ 1,166.70 | 1.01 | 0.94 | 0.95 | $ 1,103.15 | $ - | $ 24.62 | $ - |
| CAF | 2,176 | $ 455.10 | 1.00 | 0.94 | 0.94 | $ 426.58 | $ - | $ - | $ 46.00 |
| ACA 19-44 | 36,261 | $ 294.12 | 0.86 | 0.94 | 0.81 | $ 238.77 | $ - | $ - | $ - |
| ACA 45-54 | 14,252 | $ 531.39 | 0.95 | 0.94 | 0.90 | $ 477.62 | $ - | $ - | $ - |
| ACA 55-64 | 14,043 | $ 594.03 | 1.00 | 0.94 | 0.94 | $ 558.88 | $ 38.09 | $ - | $ - |
| BCCP | 122 | $ 1,333.12 | 1.00 | 0.95 | 0.95 | $ 1,267.45 | $ - | $ 24.62 | $ - |
| **Total** | **134,771** | **$ 359.43** | | | | **$ 321.58** | **$ 3.97** | **$ 1.53** | **$ 0.74** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 3.77 | $ - | $ 29.44 | $ 0.60 | $ 11.15 | $ - | $ - | $ 363.74 |
| PLMA | 2,556 | $ 4.01 | $ - | $ 33.83 | $ 0.69 | $ 10.28 | $ - | $ - | $ 350.22 |
| CHILD 00-01 | 3,267 | $ 0.26 | $ - | $ 209.29 | $ 4.27 | $ 25.43 | $ - | $ - | $ 849.21 |
| CHILD 01-05 | 11,458 | $ 0.24 | $ - | $ 7.33 | $ 0.15 | $ 3.77 | $ - | $ - | $ 124.87 |
| CHILD 06-18 | 29,617 | $ 0.38 | $ - | $ 6.70 | $ 0.14 | $ 3.73 | $ - | $ - | $ 128.21 |
| ABAD & OAA Duals | 6,081 | $ 30.77 | $ - | $ 2.95 | $ 0.06 | $ 5.95 | $ - | $ - | $ 234.93 |
| ABAD & OAA Medicaid Only | 6,999 | $ 32.85 | $ - | $ 118.59 | $ 2.42 | $ 39.04 | $ - | $ - | $ 1,320.67 |
| CAF | 2,176 | $ 1.36 | $ 3.39 | $ 22.60 | $ 0.46 | $ 8.87 | $ - | $ - | $ 509.26 |
| ACA 19-44 | 36,261 | $ 3.43 | $ - | $ 26.04 | $ 0.53 | $ 9.22 | $ - | $ - | $ 277.99 |
| ACA 45-54 | 14,252 | $ 6.85 | $ - | $ 51.30 | $ 1.05 | $ 17.74 | $ - | $ - | $ 554.56 |
| ACA 55-64 | 14,043 | $ 4.35 | $ - | $ 66.96 | $ 1.37 | $ 20.88 | $ - | $ - | $ 690.52 |
| BCCP | 122 | $ 32.85 | $ - | $ 125.10 | $ 2.55 | $ 44.87 | $ - | $ - | $ 1,497.45 |
| **Total** | **134,771** | **$ 5.65** | **$ 0.05** | **$ 35.72** | **$ 0.73** | **$ 11.62** | **$ -** | **$ -** | **$ 381.60** |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 88 of 184

Ex. 1 - Wilson Decl.
Page 156 of 260

## Appendix IV.L: Trillium Community Health Plan, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 57,779 | $ 354.13 | 1.01 | 1.05 | 1.06 | $ 374.55 | $ - | $ 1.78 | $ - |
| PLMA | 20,080 | $ 319.48 | 1.00 | 1.05 | 1.05 | $ 334.18 | $ - | $ 1.86 | $ - |
| CHILD 00-01 | 29,600 | $ 646.02 | 1.00 | 1.05 | 1.05 | $ 676.26 | $ - | $ 3.80 | $ - |
| CHILD 01-05 | 107,817 | $ 126.61 | 1.05 | 1.05 | 1.10 | $ 139.77 | $ - | $ 0.51 | $ - |
| CHILD 06-18 | 245,824 | $ 138.88 | 1.06 | 1.05 | 1.11 | $ 153.56 | $ - | $ 0.67 | $ - |
| ABAD & OAA Duals | 49,880 | $ 203.86 | 1.00 | 1.04 | 1.04 | $ 212.69 | $ - | $ 0.73 | $ - |
| ABAD & OAA Medicaid Only | 65,231 | $ 1,166.70 | 0.99 | 1.04 | 1.03 | $ 1,205.29 | $ 35.02 | $ 5.78 | $ - |
| CAF | 24,757 | $ 455.10 | 1.00 | 1.04 | 1.04 | $ 472.95 | $ - | $ 1.95 | $ 31.01 |
| ACA 19-44 | 301,144 | $ 294.12 | 1.00 | 1.05 | 1.04 | $ 307.26 | $ 1.32 | $ 1.38 | $ - |
| ACA 45-54 | 89,008 | $ 531.39 | 1.00 | 1.05 | 1.05 | $ 558.85 | $ 20.86 | $ 2.69 | $ - |
| ACA 55-64 | 79,765 | $ 594.03 | 1.00 | 1.05 | 1.05 | $ 623.11 | $ 40.51 | $ 2.95 | $ - |
| BCCP | 514 | $ 1,333.12 | 1.00 | 1.05 | 1.05 | $ 1,405.21 | $ 35.02 | $ 5.78 | $ - |
| **Total** | **1,071,399** | **$ 350.26** | | | | **$ 368.51** | **$ 7.27** | **$ 1.71** | **$ 0.72** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 57,779 | $ 5.50 | $ - | $ 43.55 | $ 0.89 | $ 11.15 | $ - | $ - | $ 437.41 |
| PLMA | 20,080 | $ 5.84 | $ - | $ 39.10 | $ 0.80 | $ 10.28 | $ - | $ - | $ 392.06 |
| CHILD 00-01 | 29,600 | $ 0.38 | $ - | $ 210.96 | $ 4.31 | $ 25.43 | $ - | $ - | $ 921.13 |
| CHILD 01-05 | 107,817 | $ 0.35 | $ - | $ 16.69 | $ 0.34 | $ 3.77 | $ - | $ - | $ 161.43 |
| CHILD 06-18 | 245,824 | $ 0.55 | $ - | $ 14.41 | $ 0.29 | $ 3.73 | $ - | $ - | $ 173.23 |
| ABAD & OAA Duals | 49,880 | $ 44.87 | $ - | $ 32.02 | $ 0.65 | $ 5.95 | $ - | $ - | $ 296.92 |
| ABAD & OAA Medicaid Only | 65,231 | $ 47.92 | $ - | $ 160.47 | $ 3.27 | $ 39.04 | $ - | $ - | $ 1,496.80 |
| CAF | 24,757 | $ 1.99 | $ 0.27 | $ 24.08 | $ 0.49 | $ 8.87 | $ - | $ - | $ 541.61 |
| ACA 19-44 | 301,144 | $ 5.00 | $ - | $ 31.41 | $ 0.64 | $ 9.22 | $ - | $ - | $ 356.23 |
| ACA 45-54 | 89,008 | $ 9.99 | $ - | $ 69.45 | $ 1.42 | $ 17.74 | $ - | $ - | $ 680.99 |
| ACA 55-64 | 79,765 | $ 6.35 | $ - | $ 69.35 | $ 1.42 | $ 20.88 | $ - | $ - | $ 764.56 |
| BCCP | 514 | $ 47.92 | $ - | $ 115.39 | $ 2.35 | $ 44.87 | $ - | $ - | $ 1,656.56 |
| **Total** | **1,071,399** | **$ 8.36** | **$ 0.01** | **$ 45.53** | **$ 0.93** | **$ 11.23** | **$ -** | **$ -** | **$ 444.26** |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 89 of 184

Ex. 1 - Wilson Decl.
Page 157 of 260

## Appendix IV.M: DCIPA, LLC. Abn Umpqua Health Alliance

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 20,416 | $ 354.13 | 1.08 | 0.94 | 1.01 | $ 356.99 | $ - | $ 1.24 | $ - |
| PLMA | 5,376 | $ 319.48 | 1.00 | 0.93 | 0.93 | $ 298.14 | $ - | $ - | $ - |
| CHILD 00-01 | 8,818 | $ 646.02 | 1.00 | 0.93 | 0.93 | $ 603.34 | $ - | $ - | $ - |
| CHILD 01-05 | 32,205 | $ 126.61 | 0.99 | 0.93 | 0.93 | $ 117.27 | $ - | $ - | $ - |
| CHILD 06-18 | 70,266 | $ 138.88 | 1.01 | 0.93 | 0.94 | $ 130.73 | $ - | $ - | $ - |
| ABAD & OAA Duals | 18,343 | $ 203.86 | 1.00 | 0.93 | 0.93 | $ 189.76 | $ - | $ 7.92 | $ - |
| ABAD & OAA Medicaid Only | 18,401 | $ 1,166.70 | 1.01 | 0.93 | 0.94 | $ 1,094.13 | $ 24.79 | $ 14.03 | $ - |
| CAF | 6,740 | $ 455.10 | 1.00 | 0.93 | 0.93 | $ 421.95 | $ - | $ - | $ 76.89 |
| ACA 19-44 | 80,000 | $ 294.12 | 1.09 | 0.93 | 1.01 | $ 297.92 | $ 5.73 | $ 1.22 | $ - |
| ACA 45-54 | 27,667 | $ 531.39 | 1.09 | 0.93 | 1.02 | $ 541.86 | $ - | $ 1.26 | $ - |
| ACA 55-64 | 25,376 | $ 594.03 | 1.10 | 0.93 | 1.03 | $ 612.61 | $ 4.51 | $ 1.26 | $ - |
| BCCP | 197 | $ 1,333.12 | 1.00 | 0.94 | 0.94 | $ 1,253.69 | $ 24.79 | $ 14.03 | $ - |
| **Total** | **313,807** | **$ 351.57** | | | | **$ 344.96** | **$ 3.29** | **$ 1.90** | **$ 1.65** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 20,416 | $ 4.93 | $ - | $ 42.90 | $ 0.88 | $ 11.15 | $ - | $ - | $ 418.08 |
| PLMA | 5,376 | $ 5.24 | $ - | $ 31.97 | $ 0.65 | $ 10.28 | $ - | $ - | $ 346.29 |
| CHILD 00-01 | 8,818 | $ 0.34 | $ - | $ 220.09 | $ 4.49 | $ 25.43 | $ - | $ - | $ 853.69 |
| CHILD 01-05 | 32,205 | $ 0.31 | $ - | $ 12.16 | $ 0.25 | $ 3.77 | $ - | $ - | $ 133.77 |
| CHILD 06-18 | 70,266 | $ 0.49 | $ - | $ 11.44 | $ 0.23 | $ 3.73 | $ - | $ - | $ 146.64 |
| ABAD & OAA Duals | 18,343 | $ 40.22 | $ - | $ 1.93 | $ 0.04 | $ 5.95 | $ - | $ - | $ 245.82 |
| ABAD & OAA Medicaid Only | 18,401 | $ 42.95 | $ - | $ 182.18 | $ 3.72 | $ 39.04 | $ - | $ - | $ 1,400.83 |
| CAF | 6,740 | $ 1.78 | $ 3.39 | $ 23.05 | $ 0.47 | $ 8.87 | $ - | $ - | $ 536.40 |
| ACA 19-44 | 80,000 | $ 4.48 | $ - | $ 33.65 | $ 0.69 | $ 9.22 | $ - | $ - | $ 352.91 |
| ACA 45-54 | 27,667 | $ 8.96 | $ - | $ 60.69 | $ 1.24 | $ 17.74 | $ - | $ - | $ 631.74 |
| ACA 55-64 | 25,376 | $ 5.69 | $ - | $ 78.06 | $ 1.59 | $ 20.88 | $ - | $ - | $ 724.59 |
| BCCP | 197 | $ 42.95 | $ - | $ 139.36 | $ 2.84 | $ 44.87 | $ - | $ - | $ 1,522.53 |
| **Total** | **313,807** | **$ 7.89** | **$ 0.07** | **$ 44.95** | **$ 0.92** | **$ 11.30** | **$ -** | **$ -** | **$ 416.93** |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 90 of 184

Ex. 1 - Wilson Decl.
Page 158 of 260

## Appendix IV.N: Western Oregon Advanced Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 354.13 | 0.97 | 1.08 | 1.05 | $ 370.85 | $ - | $ 2.28 | $ - |
| PLMA | 3,695 | $ 319.48 | 1.00 | 1.08 | 1.08 | $ 345.07 | $ - | $ 0.08 | $ - |
| CHILD 00-01 | 6,044 | $ 646.02 | 1.00 | 1.08 | 1.08 | $ 698.31 | $ - | $ 0.07 | $ - |
| CHILD 01-05 | 23,304 | $ 126.61 | 0.92 | 1.08 | 1.00 | $ 126.37 | $ - | $ 0.06 | $ - |
| CHILD 06-18 | 50,214 | $ 138.88 | 1.02 | 1.08 | 1.10 | $ 153.35 | $ - | $ 0.19 | $ - |
| ABAD & OAA Duals | 15,543 | $ 203.86 | 1.00 | 1.08 | 1.08 | $ 219.63 | $ - | $ 0.27 | $ - |
| ABAD & OAA Medicaid Only | 17,229 | $ 1,166.70 | 0.94 | 1.08 | 1.01 | $ 1,182.46 | $ 17.97 | $ 0.78 | $ - |
| CAF | 5,814 | $ 455.10 | 1.00 | 1.07 | 1.07 | $ 488.37 | $ - | $ 1.59 | $ 18.57 |
| ACA 19-44 | 58,519 | $ 294.12 | 0.96 | 1.08 | 1.03 | $ 303.88 | $ 0.67 | $ 0.20 | $ - |
| ACA 45-54 | 23,417 | $ 531.39 | 0.96 | 1.08 | 1.04 | $ 553.87 | $ 10.70 | $ 0.26 | $ - |
| ACA 55-64 | 22,905 | $ 594.03 | 0.93 | 1.08 | 1.01 | $ 598.63 | $ 20.78 | $ 4.46 | $ - |
| BCCP | 172 | $ 1,333.12 | 1.00 | 1.09 | 1.09 | $ 1,451.03 | $ 17.97 | $ 0.78 | $ - |
| **Total** | **240,077** | **$ 371.12** | | | | **$ 384.81** | **$ 4.49** | **$ 0.79** | **$ 0.45** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 6.13 | $ - | $ 75.33 | $ 1.54 | $ 11.15 | $ - | $ - | $ 467.27 |
| PLMA | 3,695 | $ 6.51 | $ - | $ 78.59 | $ 1.60 | $ 10.28 | $ - | $ - | $ 442.13 |
| CHILD 00-01 | 6,044 | $ 0.42 | $ - | $ 146.56 | $ 2.99 | $ 25.43 | $ - | $ - | $ 873.77 |
| CHILD 01-05 | 23,304 | $ 0.39 | $ - | $ 16.30 | $ 0.33 | $ 3.77 | $ - | $ - | $ 147.22 |
| CHILD 06-18 | 50,214 | $ 0.61 | $ - | $ 14.44 | $ 0.29 | $ 3.73 | $ - | $ - | $ 172.62 |
| ABAD & OAA Duals | 15,543 | $ 49.97 | $ - | $ 32.47 | $ 0.66 | $ 5.95 | $ - | $ - | $ 308.95 |
| ABAD & OAA Medicaid Only | 17,229 | $ 53.36 | $ - | $ 203.08 | $ 4.14 | $ 39.04 | $ - | $ - | $ 1,500.83 |
| CAF | 5,814 | $ 2.21 | $ - | $ 41.65 | $ 0.85 | $ 8.87 | $ - | $ - | $ 562.12 |
| ACA 19-44 | 58,519 | $ 5.57 | $ - | $ 57.80 | $ 1.18 | $ 9.22 | $ - | $ - | $ 378.53 |
| ACA 45-54 | 23,417 | $ 11.13 | $ - | $ 103.18 | $ 2.11 | $ 17.74 | $ - | $ - | $ 698.97 |
| ACA 55-64 | 22,905 | $ 7.07 | $ - | $ 138.80 | $ 2.83 | $ 20.88 | $ - | $ - | $ 793.45 |
| BCCP | 172 | $ 53.36 | $ - | $ 328.98 | $ 6.71 | $ 44.87 | $ - | $ - | $ 1,903.71 |
| **Total** | **240,077** | **$ 10.89** | **$ -** | **$ 68.97** | **$ 1.41** | **$ 11.96** | **$ -** | **$ -** | **$ 483.76** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 91 of 184

Ex. 1 - Wilson Decl.
Page 159 of 260

## Appendix IV.O: Willamette Valley Community Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 62,434 | $ 395.96 | 0.98 | 0.96 | 0.93 | $ 370.08 | $ - | $ 0.68 | $ - |
| PLMA | 20,065 | $ 343.26 | 1.00 | 0.96 | 0.96 | $ 329.26 | $ - | $ - | $ - |
| CHILD 00-01 | 39,643 | $ 550.24 | 1.00 | 0.96 | 0.96 | $ 529.71 | $ - | $ - | $ - |
| CHILD 01-05 | 160,642 | $ 135.34 | 1.01 | 0.96 | 0.98 | $ 132.17 | $ - | $ - | $ - |
| CHILD 06-18 | 361,728 | $ 153.72 | 0.97 | 0.96 | 0.93 | $ 142.93 | $ - | $ - | $ - |
| ABAD & OAA Duals | 53,859 | $ 235.54 | 1.00 | 0.96 | 0.96 | $ 226.02 | $ - | $ 7.53 | $ - |
| ABAD & OAA Medicaid Only | 55,258 | $ 1,240.93 | 1.01 | 0.96 | 0.96 | $ 1,194.51 | $ 13.83 | $ 14.14 | $ - |
| CAF | 15,686 | $ 452.99 | 1.00 | 0.95 | 0.95 | $ 432.44 | $ - | $ - | $ 90.49 |
| ACA 19-44 | 260,640 | $ 359.59 | 0.97 | 0.96 | 0.93 | $ 334.16 | $ 1.09 | $ 0.69 | $ - |
| ACA 45-54 | 80,639 | $ 617.77 | 0.99 | 0.95 | 0.94 | $ 580.92 | $ 8.06 | $ 0.69 | $ - |
| ACA 55-64 | 61,642 | $ 684.58 | 1.00 | 0.95 | 0.95 | $ 652.60 | $ 4.50 | $ 0.70 | $ - |
| BCCP | 346 | $ 1,376.67 | 1.00 | 0.95 | 0.95 | $ 1,307.01 | $ 13.83 | $ 14.14 | $ - |
| **Total** | **1,172,579** | **$ 345.69** | | | | **$ 326.82** | **$ 1.69** | **$ 1.29** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 62,434 | $ 5.70 | $ - | $ 36.06 | $ 0.74 | $ 12.46 | $ - | $ - | $ 425.73 |
| PLMA | 20,065 | $ 6.06 | $ - | $ 24.07 | $ 0.49 | $ 10.55 | $ - | $ - | $ 370.43 |
| CHILD 00-01 | 39,643 | $ 0.39 | $ - | $ 127.86 | $ 2.61 | $ 20.56 | $ - | $ - | $ 681.13 |
| CHILD 01-05 | 160,642 | $ 0.36 | $ - | $ 11.47 | $ 0.23 | $ 3.79 | $ - | $ - | $ 148.03 |
| CHILD 06-18 | 361,728 | $ 0.57 | $ - | $ 8.66 | $ 0.18 | $ 4.06 | $ - | $ - | $ 156.39 |
| ABAD & OAA Duals | 53,859 | $ 46.51 | $ - | $ 13.19 | $ 0.27 | $ 6.73 | $ - | $ - | $ 300.25 |
| ABAD & OAA Medicaid Only | 55,258 | $ 49.67 | $ - | $ 146.45 | $ 2.99 | $ 41.74 | $ - | $ - | $ 1,463.32 |
| CAF | 15,686 | $ 2.06 | $ 3.05 | $ 11.64 | $ 0.24 | $ 9.76 | $ - | $ - | $ 549.68 |
| ACA 19-44 | 260,640 | $ 5.18 | $ - | $ 29.75 | $ 0.61 | $ 11.18 | $ - | $ - | $ 382.67 |
| ACA 45-54 | 80,639 | $ 10.36 | $ - | $ 59.31 | $ 1.21 | $ 20.30 | $ - | $ - | $ 680.84 |
| ACA 55-64 | 61,642 | $ 6.58 | $ - | $ 72.54 | $ 1.48 | $ 23.20 | $ - | $ - | $ 761.60 |
| BCCP | 346 | $ 49.67 | $ - | $ 150.55 | $ 3.07 | $ 48.04 | $ - | $ - | $ 1,586.30 |
| **Total** | **1,172,579** | **$ 7.38** | **$ 0.04** | **$ 33.11** | **$ 0.68** | **$ 10.83** | **$ -** | **$ -** | **$ 383.05** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 92 of 184

Ex. 1 - Wilson Decl.
Page 160 of 260

## Appendix IV.P: Yamhill County Care Organization, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 395.96 | 1.03 | 0.95 | 0.98 | $ 389.89 | $ 8.10 | $ 5.00 | $ - |
| PLMA | 4,907 | $ 343.26 | 1.00 | 0.95 | 0.95 | $ 327.79 | $ - | $ 0.87 | $ - |
| CHILD 00-01 | 8,354 | $ 550.24 | 1.00 | 0.96 | 0.96 | $ 527.34 | $ - | $ - | $ - |
| CHILD 01-05 | 34,842 | $ 135.34 | 1.01 | 0.96 | 0.97 | $ 131.15 | $ - | $ - | $ - |
| CHILD 06-18 | 82,112 | $ 153.72 | 1.01 | 0.96 | 0.97 | $ 148.40 | $ - | $ 0.02 | $ - |
| ABAD & OAA Duals | 6,505 | $ 235.54 | 1.00 | 0.96 | 0.96 | $ 225.01 | $ - | $ 8.63 | $ - |
| ABAD & OAA Medicaid Only | 8,809 | $ 1,240.93 | 1.08 | 0.95 | 1.03 | $ 1,277.80 | $ 32.28 | $ 14.07 | $ - |
| CAF | 3,389 | $ 452.99 | 1.00 | 0.95 | 0.95 | $ 430.51 | $ - | $ - | $ 126.14 |
| ACA 19-44 | 64,738 | $ 359.59 | 1.07 | 0.95 | 1.01 | $ 364.83 | $ - | $ 3.42 | $ - |
| ACA 45-54 | 21,328 | $ 617.77 | 1.04 | 0.95 | 0.99 | $ 608.63 | $ 25.89 | $ 7.31 | $ - |
| ACA 55-64 | 17,196 | $ 684.58 | 1.01 | 0.95 | 0.95 | $ 653.34 | $ 36.59 | $ 3.70 | $ - |
| BCCP | 122 | $ 1,376.67 | 1.00 | 0.95 | 0.95 | $ 1,301.17 | $ 32.28 | $ 14.07 | $ - |
| Total | 267,808 | $ 344.10 | | | | $ 339.75 | $ 5.96 | $ 2.64 | $ 1.60 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 8.06 | $ - | $ 49.30 | $ 1.01 | $ 12.46 | $ - | $ - | $ 473.82 |
| PLMA | 4,907 | $ 8.56 | $ - | $ 29.52 | $ 0.60 | $ 10.55 | $ - | $ - | $ 377.90 |
| CHILD 00-01 | 8,354 | $ 0.55 | $ - | $ 101.08 | $ 2.06 | $ 20.56 | $ - | $ - | $ 651.60 |
| CHILD 01-05 | 34,842 | $ 0.51 | $ - | $ 10.66 | $ 0.22 | $ 3.79 | $ - | $ - | $ 146.33 |
| CHILD 06-18 | 82,112 | $ 0.81 | $ - | $ 17.21 | $ 0.35 | $ 4.06 | $ - | $ - | $ 170.85 |
| ABAD & OAA Duals | 6,505 | $ 65.72 | $ - | $ 18.83 | $ 0.38 | $ 6.73 | $ - | $ - | $ 325.31 |
| ABAD & OAA Medicaid Only | 8,809 | $ 70.19 | $ - | $ 248.34 | $ 5.07 | $ 41.74 | $ - | $ - | $ 1,689.48 |
| CAF | 3,389 | $ 2.91 | $ 2.07 | $ 19.54 | $ 0.40 | $ 9.76 | $ - | $ - | $ 591.32 |
| ACA 19-44 | 64,738 | $ 7.32 | $ - | $ 38.10 | $ 0.78 | $ 11.18 | $ - | $ - | $ 425.63 |
| ACA 45-54 | 21,328 | $ 14.64 | $ - | $ 54.99 | $ 1.12 | $ 20.30 | $ - | $ - | $ 732.88 |
| ACA 55-64 | 17,196 | $ 9.29 | $ - | $ 79.68 | $ 1.63 | $ 23.20 | $ - | $ - | $ 807.43 |
| BCCP | 122 | $ 70.19 | $ - | $ 81.45 | $ 1.66 | $ 48.04 | $ - | $ - | $ 1,548.86 |
| Total | 267,808 | $ 8.46 | $ 0.03 | $ 40.83 | $ 0.83 | $ 10.79 | $ - | $ - | $ 410.87 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 93 of 184

Ex. 1 - Wilson Decl.
Page 161 of 260

**Appendix V.  CCO-E Rate Development Summary (RDS)**

Exhibit 3
Page 94 of 184

Ex. 1 - Wilson Decl.
Page 162 of 260

## Appendix V.A: Allcare CCO, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 36,134 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.42 | $ - |
| PLMA | 11,984 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 17,505 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 68,111 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 133,596 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 26,572 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 6.00 | $ - |
| ABAD & OAA Medicaid Only | 28,522 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 12.04 | $ - |
| CAF | 8,496 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ 34.46 |
| ACA 19-44 | 150,902 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 1.42 | $ - |
| ACA 45-54 | 53,628 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 1.43 | $ - |
| ACA 55-64 | 51,012 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 1.43 | $ - |
| BCCP | 354 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 12.04 | $ - |
| **Total** | **586,817** | **$ 44.89** | | | | **$ 44.89** | **$ -** | **$ 1.57** | **$ 0.50** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 36,134 | $ 4.40 | $ - | $ 1.16 | $ 0.02 | $ - | $ - | $ - | $ 47.95 |
| PLMA | 11,984 | $ 4.67 | $ - | $ 0.71 | $ 0.01 | $ - | $ - | $ - | $ 32.60 |
| CHILD 00-01 | 17,505 | $ 0.30 | $ - | $ 0.02 | $ 0.00 | $ - | $ - | $ - | $ 7.96 |
| CHILD 01-05 | 68,111 | $ 0.28 | $ - | $ 0.35 | $ 0.01 | $ - | $ - | $ - | $ 20.88 |
| CHILD 06-18 | 133,596 | $ 0.44 | $ - | $ 1.31 | $ 0.03 | $ - | $ - | $ - | $ 36.41 |
| ABAD & OAA Duals | 26,572 | $ 35.88 | $ - | $ 0.78 | $ 0.02 | $ - | $ - | $ - | $ 84.62 |
| ABAD & OAA Medicaid Only | 28,522 | $ 38.31 | $ - | $ 18.03 | $ 0.37 | $ - | $ - | $ - | $ 216.93 |
| CAF | 8,496 | $ 1.59 | $ 3.35 | $ 8.71 | $ 0.18 | $ - | $ - | $ - | $ 263.38 |
| ACA 19-44 | 150,902 | $ 4.00 | $ - | $ 3.91 | $ 0.08 | $ - | $ - | $ - | $ 51.77 |
| ACA 45-54 | 53,628 | $ 7.99 | $ - | $ 3.59 | $ 0.07 | $ - | $ - | $ - | $ 61.20 |
| ACA 55-64 | 51,012 | $ 5.07 | $ - | $ 2.47 | $ 0.05 | $ - | $ - | $ - | $ 52.83 |
| BCCP | 354 | $ 38.31 | $ - | $ 2.74 | $ 0.06 | $ - | $ - | $ - | $ 107.41 |
| **Total** | **586,817** | **$ 6.24** | **$ 0.05** | **$ 3.01** | **$ 0.06** | **$ -** | **$ -** | **$ -** | **$ 56.32** |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 95 of 184

Ex. 1 - Wilson Decl.
Page 163 of 260

## Appendix V.B: Cascade Health Alliance, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE[1] | Children's Wraparound[1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ 0.57 | $ - |
| PLMA | 3,828 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 6,653 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 23,954 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 47,670 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 8,896 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ 0.81 | $ - |
| ABAD & OAA Medicaid Only | 11,271 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ 0.45 | $ - |
| CAF | 3,836 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 46,975 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ 0.60 | $ - |
| ACA 45-54 | 16,896 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ 2.87 | $ - |
| ACA 55-64 | 14,098 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ - | $ - |
| BCCP | 52 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ 0.45 | $ - |
| **Total** | **196,245** | **$ 39.92** | | | | **$ 39.92** | **$ -** | **$ 0.49** | **$ 1.91** |

| COA | CY 2015 MMs | NEMT[1] | CANS[1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 10.43 | $ - | $ 0.98 | $ 0.02 | $ - | $ - | $ - | $ 45.05 |
| PLMA | 3,828 | $ 4.88 | $ - | $ 0.34 | $ 0.01 | $ - | $ - | $ - | $ 19.87 |
| CHILD 00-01 | 6,653 | $ 0.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.27 |
| CHILD 01-05 | 23,954 | $ 0.63 | $ - | $ 0.07 | $ 0.00 | $ - | $ - | $ - | $ 14.07 |
| CHILD 06-18 | 47,670 | $ 1.11 | $ - | $ 0.27 | $ 0.01 | $ - | $ - | $ - | $ 36.36 |
| ABAD & OAA Duals | 8,896 | $ 59.78 | $ - | $ 0.29 | $ 0.01 | $ - | $ - | $ - | $ 96.13 |
| ABAD & OAA Medicaid Only | 11,271 | $ 46.37 | $ - | $ 5.38 | $ 0.11 | $ - | $ - | $ - | $ 173.31 |
| CAF | 3,836 | $ 3.04 | $ 2.96 | $ 0.60 | $ 0.01 | $ - | $ - | $ - | $ 361.12 |
| ACA 19-44 | 46,975 | $ 14.29 | $ - | $ 0.77 | $ 0.02 | $ - | $ - | $ - | $ 47.59 |
| ACA 45-54 | 16,896 | $ 18.98 | $ - | $ 0.84 | $ 0.02 | $ - | $ - | $ - | $ 61.78 |
| ACA 55-64 | 14,098 | $ 22.59 | $ - | $ 0.81 | $ 0.02 | $ - | $ - | $ - | $ 63.43 |
| BCCP | 52 | $ 46.37 | $ - | $ 0.26 | $ 0.01 | $ - | $ - | $ - | $ 103.50 |
| **Total** | **196,245** | **$ 13.24** | **$ 0.06** | **$ 0.79** | **$ 0.02** | **$ -** | **$ -** | **$ -** | **$ 56.43** |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 96 of 184

Ex. 1 - Wilson Decl.
Page 164 of 260

## Appendix V.C: Columbia-Pacific CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 17,437 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ 0.62 | $ - |
| PLMA | 5,221 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ 0.16 | $ - |
| CHILD 00-01 | 8,497 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 33,251 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 74,203 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ 0.00 | $ - |
| ABAD & OAA Duals | 9,401 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ 18.44 | $ - |
| ABAD & OAA Medicaid Only | 14,886 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 30.49 | $ - |
| CAF | 5,112 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ 0.33 | $ 35.75 |
| ACA 19-44 | 76,337 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 1.10 | $ - |
| ACA 45-54 | 28,729 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ 1.70 | $ - |
| ACA 55-64 | 26,667 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ 0.78 | $ - |
| BCCP | 195 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 30.49 | $ - |
| **Total** | **299,935** | **$ 38.53** | | | | **$ 38.53** | **$ -** | **$ 2.67** | **$ 0.61** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 6.97 | $ - | $ 0.85 | $ 0.02 | $ - | $ - | $ - | $ 42.87 |
| PLMA | 5,221 | $ 7.40 | $ - | $ 0.09 | $ 0.00 | $ - | $ - | $ - | $ 32.06 |
| CHILD 00-01 | 8,497 | $ 0.48 | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.50 |
| CHILD 01-05 | 33,251 | $ 0.44 | $ - | $ - | $ - | $ - | $ - | $ - | $ 25.90 |
| CHILD 06-18 | 74,203 | $ 0.70 | $ - | $ 0.32 | $ 0.01 | $ - | $ - | $ - | $ 35.76 |
| ABAD & OAA Duals | 9,401 | $ 56.83 | $ - | $ 0.32 | $ 0.01 | $ - | $ - | $ - | $ 112.28 |
| ABAD & OAA Medicaid Only | 14,886 | $ 60.68 | $ - | $ 5.74 | $ 0.12 | $ - | $ - | $ - | $ 179.73 |
| CAF | 5,112 | $ 2.52 | $ - | $ 1.53 | $ 0.03 | $ - | $ - | $ - | $ 197.15 |
| ACA 19-44 | 76,337 | $ 6.33 | $ - | $ 1.91 | $ 0.04 | $ - | $ - | $ - | $ 47.54 |
| ACA 45-54 | 28,729 | $ 12.65 | $ - | $ 1.46 | $ 0.03 | $ - | $ - | $ - | $ 54.74 |
| ACA 55-64 | 26,667 | $ 8.04 | $ - | $ 0.55 | $ 0.01 | $ - | $ - | $ - | $ 42.08 |
| BCCP | 195 | $ 60.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ 105.88 |
| **Total** | **299,935** | **$ 9.18** | **$ -** | **$ 1.12** | **$ 0.02** | **$ -** | **$ -** | **$ -** | **$ 52.13** |

[1] *Rate Add-Ons are inclusive of a 9.7% non-medical load*

Exhibit 3
Page 97 of 184

Ex. 1 - Wilson Decl.
Page 165 of 260

## Appendix V.D: Eastern Oregon Coordinated Care Org., LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 35,140 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ 0.89 | $ - |
| PLMA | 10,728 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 19,960 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 79,747 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 166,877 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 19,203 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ 9.49 | $ - |
| ABAD & OAA Medicaid Only | 27,719 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ 15.50 | $ - |
| CAF | 8,679 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 119.12 |
| ACA 19-44 | 120,655 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ 0.89 | $ - |
| ACA 45-54 | 41,610 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ 0.89 | $ - |
| ACA 55-64 | 37,243 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ 0.89 | $ - |
| BCCP | 227 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ 15.50 | $ - |
| Total | 567,788 | $ 37.80 | | | | $ 37.80 | $ - | $ 1.45 | $ 1.82 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 35,140 | $ 10.77 | $ - | $ 1.27 | $ 0.03 | $ - | $ - | $ - | $ 46.02 |
| PLMA | 10,728 | $ 4.93 | $ - | $ 0.37 | $ 0.01 | $ - | $ - | $ - | $ 19.94 |
| CHILD 00-01 | 19,960 | $ 0.73 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.06 |
| CHILD 01-05 | 79,747 | $ 0.72 | $ - | $ 0.08 | $ 0.00 | $ - | $ - | $ - | $ 14.17 |
| CHILD 06-18 | 166,877 | $ 1.12 | $ - | $ 0.65 | $ 0.01 | $ - | $ - | $ - | $ 36.75 |
| ABAD & OAA Duals | 19,203 | $ 69.41 | $ - | $ 0.19 | $ 0.00 | $ - | $ - | $ - | $ 114.35 |
| ABAD & OAA Medicaid Only | 27,719 | $ 52.86 | $ - | $ 5.44 | $ 0.11 | $ - | $ - | $ - | $ 194.90 |
| CAF | 8,679 | $ 3.61 | $ - | $ 2.51 | $ 0.05 | $ - | $ - | $ - | $ 381.93 |
| ACA 19-44 | 120,655 | $ 16.67 | $ - | $ 1.25 | $ 0.03 | $ - | $ - | $ - | $ 50.75 |
| ACA 45-54 | 41,610 | $ 20.89 | $ - | $ 1.37 | $ 0.03 | $ - | $ - | $ - | $ 62.26 |
| ACA 55-64 | 37,243 | $ 25.37 | $ - | $ 0.83 | $ 0.02 | $ - | $ - | $ - | $ 67.11 |
| BCCP | 227 | $ 52.86 | $ - | $ 0.07 | $ 0.00 | $ - | $ - | $ - | $ 124.84 |
| Total | 567,788 | $ 12.96 | $ - | $ 1.02 | $ 0.02 | $ - | $ - | $ - | $ 55.07 |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 98 of 184

Ex. 1 - Wilson Decl.
Page 166 of 260

## Appendix V.E: FamilyCare, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 27.05 | 1.00 | 1.00 | 1.00 | $ 27.05 | $ - | $ 0.64 | $ - |
| PLMA | 31,363 | $ 15.03 | 1.00 | 1.00 | 1.00 | $ 15.03 | $ - | $ 0.07 | $ - |
| CHILD 00-01 | 51,492 | $ 1.02 | 1.00 | 1.00 | 1.00 | $ 1.02 | $ - | $ - | $ - |
| CHILD 01-05 | 171,505 | $ 13.97 | 1.00 | 1.00 | 1.00 | $ 13.97 | $ - | $ - | $ - |
| CHILD 06-18 | 335,194 | $ 26.69 | 1.00 | 1.00 | 1.00 | $ 26.69 | $ - | $ 0.01 | $ - |
| ABAD & OAA Duals | 27,114 | $ 45.52 | 1.00 | 1.00 | 1.00 | $ 45.52 | $ - | $ 0.74 | $ - |
| ABAD & OAA Medicaid Only | 35,750 | $ 120.82 | 1.00 | 1.00 | 1.00 | $ 120.82 | $ - | $ 1.43 | $ - |
| CAF | 18,916 | $ 157.09 | 1.00 | 1.00 | 1.00 | $ 157.09 | $ - | $ 0.04 | $ 68.88 |
| ACA 19-44 | 473,722 | $ 29.08 | 1.00 | 1.00 | 1.00 | $ 29.08 | $ - | $ 0.24 | $ - |
| ACA 45-54 | 127,549 | $ 28.94 | 1.00 | 1.00 | 1.00 | $ 28.94 | $ - | $ 0.22 | $ - |
| ACA 55-64 | 101,009 | $ 18.75 | 1.00 | 1.00 | 1.00 | $ 18.75 | $ - | $ 0.18 | $ - |
| BCCP | 916 | $ 35.45 | 1.00 | 1.00 | 1.00 | $ 35.45 | $ - | $ 1.43 | $ - |
| Total | 1,456,042 | $ 28.84 | | | | $ 28.84 | $ - | $ 0.20 | $ 0.89 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 7.53 | $ - | $ 1.72 | $ 0.04 | $ - | $ - | $ - | $ 36.97 |
| PLMA | 31,363 | $ 7.36 | $ - | $ 0.49 | $ 0.01 | $ - | $ - | $ - | $ 22.96 |
| CHILD 00-01 | 51,492 | $ 0.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.42 |
| CHILD 01-05 | 171,505 | $ 0.19 | $ - | $ 0.35 | $ 0.01 | $ - | $ - | $ - | $ 14.53 |
| CHILD 06-18 | 335,194 | $ 0.41 | $ - | $ 2.28 | $ 0.05 | $ - | $ - | $ - | $ 29.44 |
| ABAD & OAA Duals | 27,114 | $ 40.54 | $ - | $ 1.75 | $ 0.04 | $ - | $ - | $ - | $ 88.58 |
| ABAD & OAA Medicaid Only | 35,750 | $ 44.95 | $ - | $ 9.75 | $ 0.20 | $ - | $ - | $ - | $ 177.15 |
| CAF | 18,916 | $ 2.42 | $ 2.07 | $ 11.71 | $ 0.24 | $ - | $ - | $ - | $ 242.45 |
| ACA 19-44 | 473,722 | $ 8.04 | $ - | $ 2.60 | $ 0.05 | $ - | $ - | $ - | $ 40.01 |
| ACA 45-54 | 127,549 | $ 13.30 | $ - | $ 2.25 | $ 0.05 | $ - | $ - | $ - | $ 44.76 |
| ACA 55-64 | 101,009 | $ 10.09 | $ - | $ 1.34 | $ 0.03 | $ - | $ - | $ - | $ 30.38 |
| BCCP | 916 | $ 44.95 | $ - | $ 3.79 | $ 0.08 | $ - | $ - | $ - | $ 85.69 |
| Total | 1,456,042 | $ 7.11 | $ 0.03 | $ 2.24 | $ 0.05 | $ - | $ - | $ - | $ 39.35 |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 99 of 184

Ex. 1 - Wilson Decl.
Page 167 of 260

## Appendix V.F: Health Share of Oregon

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 138,371 | $ 27.05 | 1.00 | 1.00 | 1.00 | $ 27.05 | $ - | $ 2.36 | $ - |
| PLMA | 43,468 | $ 15.03 | 1.00 | 1.00 | 1.00 | $ 15.03 | $ - | $ 0.64 | $ - |
| CHILD 00-01 | 71,377 | $ 1.02 | 1.00 | 1.00 | 1.00 | $ 1.02 | $ - | $ - | $ - |
| CHILD 01-05 | 311,494 | $ 13.97 | 1.00 | 1.00 | 1.00 | $ 13.97 | $ - | $ 0.18 | $ - |
| CHILD 06-18 | 740,685 | $ 26.69 | 1.00 | 1.00 | 1.00 | $ 26.69 | $ - | $ 1.01 | $ - |
| ABAD & OAA Duals | 197,759 | $ 45.52 | 1.00 | 1.00 | 1.00 | $ 45.52 | $ - | $ 19.71 | $ - |
| ABAD & OAA Medicaid Only | 167,576 | $ 120.82 | 1.00 | 1.00 | 1.00 | $ 120.82 | $ - | $ 26.99 | $ - |
| CAF | 33,833 | $ 157.09 | 1.00 | 1.00 | 1.00 | $ 157.09 | $ - | $ 6.51 | $ 99.60 |
| ACA 19-44 | 704,231 | $ 29.08 | 1.00 | 1.00 | 1.00 | $ 29.08 | $ - | $ 3.20 | $ - |
| ACA 45-54 | 211,360 | $ 28.94 | 1.00 | 1.00 | 1.00 | $ 28.94 | $ - | $ 1.47 | $ - |
| ACA 55-64 | 171,210 | $ 18.75 | 1.00 | 1.00 | 1.00 | $ 18.75 | $ - | $ 0.93 | $ - |
| BCCP | 747 | $ 35.45 | 1.00 | 1.00 | 1.00 | $ 35.45 | $ - | $ 26.99 | $ - |
| Total | 2,792,111 | $ 33.30 | | | | $ 33.30 | $ - | $ 4.49 | $ 1.21 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 6.95 | $ - | $ 2.37 | $ 0.05 | $ - | $ - | $ - | $ 38.78 |
| PLMA | 43,468 | $ 6.01 | $ - | $ 1.06 | $ 0.02 | $ - | $ - | $ - | $ 22.77 |
| CHILD 00-01 | 71,377 | $ 0.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.78 |
| CHILD 01-05 | 311,494 | $ 0.38 | $ - | $ 0.37 | $ 0.01 | $ - | $ - | $ - | $ 14.92 |
| CHILD 06-18 | 740,685 | $ 0.49 | $ - | $ 2.92 | $ 0.06 | $ - | $ - | $ - | $ 31.18 |
| ABAD & OAA Duals | 197,759 | $ 62.13 | $ - | $ 3.39 | $ 0.07 | $ - | $ - | $ - | $ 130.81 |
| ABAD & OAA Medicaid Only | 167,576 | $ 48.55 | $ - | $ 14.99 | $ 0.31 | $ - | $ - | $ - | $ 211.66 |
| CAF | 33,833 | $ 4.54 | $ - | $ 13.66 | $ 0.28 | $ - | $ - | $ - | $ 281.68 |
| ACA 19-44 | 704,231 | $ 3.78 | $ - | $ 3.33 | $ 0.07 | $ - | $ - | $ - | $ 39.45 |
| ACA 45-54 | 211,360 | $ 8.38 | $ - | $ 3.19 | $ 0.07 | $ - | $ - | $ - | $ 42.04 |
| ACA 55-64 | 171,210 | $ 6.34 | $ - | $ 1.98 | $ 0.04 | $ - | $ - | $ - | $ 28.04 |
| BCCP | 747 | $ 48.55 | $ - | $ 6.77 | $ 0.14 | $ - | $ - | $ - | $ 117.90 |
| Total | 2,792,111 | $ 9.99 | $ - | $ 3.46 | $ 0.07 | $ - | $ - | $ - | $ 52.52 |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 100 of 184

Ex. 1 - Wilson Decl.
Page 168 of 260

## Appendix V.G: InterCommunity Health Network, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ - | $ - |
| PLMA | 11,402 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ - | $ - |
| CHILD 00-01 | 19,126 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 74,130 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 161,389 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ - | $ - |
| ABAD & OAA Duals | 31,670 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 37,543 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 0.24 | $ - |
| CAF | 9,998 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ - | $ 1.00 |
| ACA 19-44 | 172,948 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 0.03 | $ - |
| ACA 45-54 | 54,224 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ - | $ - |
| ACA 55-64 | 48,668 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ - | $ - |
| BCCP | 237 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 0.24 | $ - |
| **Total** | **658,578** | **$ 38.67** | | | | **$ 38.67** | **$ -** | **$ 0.02** | **$ 0.02** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 10.54 | $ - | $ 0.95 | $ 0.02 | $ - | $ - | $ - | $ 45.92 |
| PLMA | 11,402 | $ 11.19 | $ - | $ 0.05 | $ 0.00 | $ - | $ - | $ - | $ 35.65 |
| CHILD 00-01 | 19,126 | $ 0.72 | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.75 |
| CHILD 01-05 | 74,130 | $ 0.67 | $ - | $ - | $ - | $ - | $ - | $ - | $ 26.13 |
| CHILD 06-18 | 161,389 | $ 1.06 | $ - | $ 0.57 | $ 0.01 | $ - | $ - | $ - | $ 36.38 |
| ABAD & OAA Duals | 31,670 | $ 85.91 | $ - | $ 0.40 | $ 0.01 | $ - | $ - | $ - | $ 123.00 |
| ABAD & OAA Medicaid Only | 37,543 | $ 91.74 | $ - | $ 6.14 | $ 0.13 | $ - | $ - | $ - | $ 180.94 |
| CAF | 9,998 | $ 3.80 | $ 0.25 | $ 1.28 | $ 0.03 | $ - | $ - | $ - | $ 163.36 |
| ACA 19-44 | 172,948 | $ 9.57 | $ - | $ 2.52 | $ 0.05 | $ - | $ - | $ - | $ 50.34 |
| ACA 45-54 | 54,224 | $ 19.13 | $ - | $ 1.62 | $ 0.03 | $ - | $ - | $ - | $ 59.69 |
| ACA 55-64 | 48,668 | $ 12.15 | $ - | $ 0.68 | $ 0.01 | $ - | $ - | $ - | $ 45.55 |
| BCCP | 237 | $ 91.74 | $ - | $ - | $ - | $ - | $ - | $ - | $ 106.69 |
| **Total** | **658,578** | **$ 15.58** | **$ 0.00** | **$ 1.43** | **$ 0.03** | **$ -** | **$ -** | **$ -** | **$ 55.75** |

[1] *Rate Add-Ons are inclusive of a 9.7% non-medical load*

Exhibit 3
Page 101 of 184

Ex. 1 - Wilson Decl.
Page 169 of 260

## Appendix V.H: Jackson County CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE[1] | Children's Wraparound[1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ - | $ - |
| PLMA | 5,637 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 9,401 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 40,414 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 97,699 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 13,179 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 16,823 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 8.26 | $ - |
| CAF | 6,353 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ - |
| ACA 19-44 | 87,059 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ - | $ - |
| ACA 45-54 | 28,687 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ - | $ - |
| ACA 55-64 | 25,043 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ - | $ - |
| BCCP | 290 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 8.26 | $ - |
| **Total** | **350,162** | **$ 45.18** | | | | **$ 45.18** | **$ -** | **$ 0.40** | **$ -** |

| COA | CY 2015 MMs | NEMT[1] | CANS[1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 3.66 | $ - | $ 1.96 | $ 0.04 | $ - | $ - | $ - | $ 46.61 |
| PLMA | 5,637 | $ 3.89 | $ - | $ 1.91 | $ 0.04 | $ - | $ - | $ - | $ 33.04 |
| CHILD 00-01 | 9,401 | $ 0.25 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ - | $ 7.92 |
| CHILD 01-05 | 40,414 | $ 0.23 | $ - | $ 0.21 | $ 0.00 | $ - | $ - | $ - | $ 20.69 |
| CHILD 06-18 | 97,699 | $ 0.37 | $ - | $ 1.44 | $ 0.03 | $ - | $ - | $ - | $ 36.46 |
| ABAD & OAA Duals | 13,179 | $ 29.87 | $ - | $ 0.91 | $ 0.02 | $ - | $ - | $ - | $ 72.75 |
| ABAD & OAA Medicaid Only | 16,823 | $ 31.90 | $ - | $ 19.79 | $ 0.40 | $ - | $ - | $ - | $ 208.52 |
| CAF | 6,353 | $ 1.32 | $ - | $ 7.30 | $ 0.15 | $ - | $ - | $ - | $ 223.87 |
| ACA 19-44 | 87,059 | $ 3.33 | $ - | $ 3.95 | $ 0.08 | $ - | $ - | $ - | $ 49.72 |
| ACA 45-54 | 28,687 | $ 6.65 | $ - | $ 3.79 | $ 0.08 | $ - | $ - | $ - | $ 58.63 |
| ACA 55-64 | 25,043 | $ 4.22 | $ - | $ 3.61 | $ 0.07 | $ - | $ - | $ - | $ 51.71 |
| BCCP | 290 | $ 31.90 | $ - | $ 0.94 | $ 0.02 | $ - | $ - | $ - | $ 95.37 |
| **Total** | **350,162** | **$ 4.78** | **$ -** | **$ 3.24** | **$ 0.07** | **$ -** | **$ -** | **$ -** | **$ 53.67** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 102 of 184

Ex. 1 - Wilson Decl.
Page 170 of 260

## Appendix V.I: PacificSource Community Solutions, Inc. (Central)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ - | $ - |
| PLMA | 10,676 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 19,035 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 70,368 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 172,046 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 25,538 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 22,804 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ - | $ - |
| CAF | 6,955 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 164,445 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ - | $ - |
| ACA 45-54 | 54,291 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ - | $ - |
| ACA 55-64 | 48,275 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ - | $ - |
| BCCP | 550 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ - | $ - |
| **Total** | **632,577** | **$ 36.58** | | | | **$ 36.58** | **$ -** | **$ -** | **$ 1.08** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 6.06 | $ - | $ 0.69 | $ 0.01 | $ - | $ - | $ - | $ 39.82 |
| PLMA | 10,676 | $ 6.43 | $ - | $ 0.14 | $ 0.00 | $ - | $ - | $ - | $ 21.21 |
| CHILD 00-01 | 19,035 | $ 0.42 | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.74 |
| CHILD 01-05 | 70,368 | $ 0.39 | $ - | $ 0.08 | $ 0.00 | $ - | $ - | $ - | $ 13.84 |
| CHILD 06-18 | 172,046 | $ 0.61 | $ - | $ 0.32 | $ 0.01 | $ - | $ - | $ - | $ 35.90 |
| ABAD & OAA Duals | 25,538 | $ 49.40 | $ - | $ 0.05 | $ 0.00 | $ - | $ - | $ - | $ 84.71 |
| ABAD & OAA Medicaid Only | 22,804 | $ 52.76 | $ - | $ 4.44 | $ 0.09 | $ - | $ - | $ - | $ 178.29 |
| CAF | 6,955 | $ 2.19 | $ - | $ 0.40 | $ 0.01 | $ - | $ - | $ - | $ 357.10 |
| ACA 19-44 | 164,445 | $ 5.50 | $ - | $ 0.97 | $ 0.02 | $ - | $ - | $ - | $ 38.40 |
| ACA 45-54 | 54,291 | $ 11.00 | $ - | $ 0.80 | $ 0.02 | $ - | $ - | $ - | $ 50.89 |
| ACA 55-64 | 48,275 | $ 6.99 | $ - | $ 0.47 | $ 0.01 | $ - | $ - | $ - | $ 47.47 |
| BCCP | 550 | $ 52.76 | $ - | $ 0.15 | $ 0.00 | $ - | $ - | $ - | $ 109.32 |
| **Total** | **632,577** | **$ 7.56** | **$ -** | **$ 0.66** | **$ 0.01** | **$ -** | **$ -** | **$ -** | **$ 45.89** |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 103 of 184

Ex. 1 - Wilson Decl.
Page 171 of 260

## Appendix V.J: PacificSource Community Solutions, Inc. (Gorge)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 6,934 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ - | $ - |
| PLMA | 2,995 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 5,073 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 20,443 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 47,576 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 4,049 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 5,753 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ - | $ - |
| CAF | 2,571 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 34,571 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ - | $ - |
| ACA 45-54 | 12,849 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ - | $ - |
| ACA 55-64 | 11,136 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ - | $ - |
| BCCP | 95 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ - | $ - |
| **Total** | **154,046** | **$ 37.43** | | | | **$ 37.43** | **$ -** | **$ -** | **$ 1.63** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 6,934 | $ 3.27 | $ - | $ 0.42 | $ 0.01 | $ - | $ - | $ - | $ 36.75 |
| PLMA | 2,995 | $ 3.47 | $ - | $ 0.04 | $ 0.00 | $ - | $ - | $ - | $ 18.15 |
| CHILD 00-01 | 5,073 | $ 0.22 | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.55 |
| CHILD 01-05 | 20,443 | $ 0.21 | $ - | $ 0.05 | $ 0.00 | $ - | $ - | $ - | $ 13.63 |
| CHILD 06-18 | 47,576 | $ 0.33 | $ - | $ 0.28 | $ 0.01 | $ - | $ - | $ - | $ 35.58 |
| ABAD & OAA Duals | 4,049 | $ 26.66 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ - | $ 61.94 |
| ABAD & OAA Medicaid Only | 5,753 | $ 28.47 | $ - | $ 2.49 | $ 0.05 | $ - | $ - | $ - | $ 152.01 |
| CAF | 2,571 | $ 1.18 | $ - | $ 0.17 | $ 0.00 | $ - | $ - | $ - | $ 355.86 |
| ACA 19-44 | 34,571 | $ 2.97 | $ - | $ 0.24 | $ 0.00 | $ - | $ - | $ - | $ 35.12 |
| ACA 45-54 | 12,849 | $ 5.94 | $ - | $ 0.42 | $ 0.01 | $ - | $ - | $ - | $ 45.44 |
| ACA 55-64 | 11,136 | $ 3.77 | $ - | $ 0.28 | $ 0.01 | $ - | $ - | $ - | $ 44.07 |
| BCCP | 95 | $ 28.47 | $ - | $ 0.01 | $ 0.00 | $ - | $ - | $ - | $ 84.89 |
| **Total** | **154,046** | **$ 3.59** | **$ -** | **$ 0.32** | **$ 0.01** | **$ -** | **$ -** | **$ -** | **$ 42.98** |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 104 of 184

## Appendix V.K: Primary Health of Josephine County, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.24 | $ - |
| PLMA | 2,556 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 3,267 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 11,458 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 29,617 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 6,081 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 3.36 | $ - |
| ABAD & OAA Medicaid Only | 6,999 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 24.62 | $ - |
| CAF | 2,176 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ 46.00 |
| ACA 19-44 | 36,261 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ - | $ - |
| ACA 45-54 | 14,252 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ - | $ - |
| ACA 55-64 | 14,043 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ - | $ - |
| BCCP | 122 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 24.62 | $ - |
| Total | 134,771 | $ 46.60 | | | | $ 46.60 | $ - | $ 1.53 | $ 0.74 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 3.77 | $ - | $ 1.41 | $ 0.03 | $ - | $ - | $ - | $ 47.40 |
| PLMA | 2,556 | $ 4.01 | $ - | $ 1.55 | $ 0.03 | $ - | $ - | $ - | $ 32.78 |
| CHILD 00-01 | 3,267 | $ 0.26 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ - | $ 7.93 |
| CHILD 01-05 | 11,458 | $ 0.24 | $ - | $ 0.16 | $ 0.00 | $ - | $ - | $ - | $ 20.65 |
| CHILD 06-18 | 29,617 | $ 0.38 | $ - | $ 0.86 | $ 0.02 | $ - | $ - | $ - | $ 35.89 |
| ABAD & OAA Duals | 6,081 | $ 30.77 | $ - | $ 0.29 | $ 0.01 | $ - | $ - | $ - | $ 76.38 |
| ABAD & OAA Medicaid Only | 6,999 | $ 32.85 | $ - | $ 12.75 | $ 0.26 | $ - | $ - | $ - | $ 218.66 |
| CAF | 2,176 | $ 1.36 | $ 3.39 | $ 7.33 | $ 0.15 | $ - | $ - | $ - | $ 273.32 |
| ACA 19-44 | 36,261 | $ 3.43 | $ - | $ 3.03 | $ 0.06 | $ - | $ - | $ - | $ 48.88 |
| ACA 45-54 | 14,252 | $ 6.85 | $ - | $ 3.16 | $ 0.06 | $ - | $ - | $ - | $ 58.19 |
| ACA 55-64 | 14,043 | $ 4.35 | $ - | $ 2.68 | $ 0.05 | $ - | $ - | $ - | $ 50.90 |
| BCCP | 122 | $ 32.85 | $ - | $ 2.31 | $ 0.05 | $ - | $ - | $ - | $ 114.09 |
| Total | 134,771 | $ 5.65 | $ 0.05 | $ 2.54 | $ 0.05 | $ - | $ - | $ - | $ 57.18 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 105 of 184

Ex. 1 - Wilson Decl.
Page 173 of 260

**Appendix V.L: Trillium Community Health Plan, Inc.**

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 57,779 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.78 | $ - |
| PLMA | 20,080 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ 1.86 | $ - |
| CHILD 00-01 | 29,600 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ 3.80 | $ - |
| CHILD 01-05 | 107,817 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ 0.51 | $ - |
| CHILD 06-18 | 245,824 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ 0.67 | $ - |
| ABAD & OAA Duals | 49,880 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 0.73 | $ - |
| ABAD & OAA Medicaid Only | 65,231 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 5.78 | $ - |
| CAF | 24,757 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ 1.95 | $ 31.01 |
| ACA 19-44 | 301,144 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 1.38 | $ - |
| ACA 45-54 | 89,008 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 2.69 | $ - |
| ACA 55-64 | 79,765 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 2.95 | $ - |
| BCCP | 514 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 5.78 | $ - |
| **Total** | **1,071,399** | **$ 48.05** | | | | **$ 48.05** | **$ -** | **$ 1.71** | **$ 0.72** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 57,779 | $ 5.50 | $ - | $ 2.09 | $ 0.04 | $ - | $ - | $ - | $ 50.36 |
| PLMA | 20,080 | $ 5.84 | $ - | $ 1.79 | $ 0.04 | $ - | $ - | $ - | $ 36.73 |
| CHILD 00-01 | 29,600 | $ 0.38 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ - | $ 11.85 |
| CHILD 01-05 | 107,817 | $ 0.35 | $ - | $ 0.37 | $ 0.01 | $ - | $ - | $ - | $ 21.49 |
| CHILD 06-18 | 245,824 | $ 0.55 | $ - | $ 1.86 | $ 0.04 | $ - | $ - | $ - | $ 37.75 |
| ABAD & OAA Duals | 49,880 | $ 44.87 | $ - | $ 3.14 | $ 0.06 | $ - | $ - | $ - | $ 90.76 |
| ABAD & OAA Medicaid Only | 65,231 | $ 47.92 | $ - | $ 17.26 | $ 0.35 | $ - | $ - | $ - | $ 219.49 |
| CAF | 24,757 | $ 1.99 | $ 0.27 | $ 7.81 | $ 0.16 | $ - | $ - | $ - | $ 258.28 |
| ACA 19-44 | 301,144 | $ 5.00 | $ - | $ 3.66 | $ 0.07 | $ - | $ - | $ - | $ 52.47 |
| ACA 45-54 | 89,008 | $ 9.99 | $ - | $ 4.28 | $ 0.09 | $ - | $ - | $ - | $ 65.17 |
| ACA 55-64 | 79,765 | $ 6.35 | $ - | $ 2.78 | $ 0.06 | $ - | $ - | $ - | $ 55.94 |
| BCCP | 514 | $ 47.92 | $ - | $ 2.13 | $ 0.04 | $ - | $ - | $ - | $ 110.14 |
| **Total** | **1,071,399** | **$ 8.36** | **$ 0.01** | **$ 3.58** | **$ 0.07** | **$ -** | **$ -** | **$ -** | **$ 62.49** |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 106 of 184

## Appendix V.M: DCIPA, LLC. Abn Umpqua Health Alliance

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 20,416 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.24 | $ - |
| PLMA | 5,376 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 8,818 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 32,205 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 70,266 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 18,343 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 7.92 | $ - |
| ABAD & OAA Medicaid Only | 18,401 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 14.03 | $ - |
| CAF | 6,740 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ 76.89 |
| ACA 19-44 | 80,000 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 1.22 | $ - |
| ACA 45-54 | 27,667 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 1.26 | $ - |
| ACA 55-64 | 25,376 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 1.26 | $ - |
| BCCP | 197 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 14.03 | $ - |
| Total | 313,807 | $ 47.56 | | | | $ 47.56 | $ - | $ 1.90 | $ 1.65 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 20,416 | $ 4.93 | $ - | $ 2.06 | $ 0.04 | $ - | $ - | $ - | $ 49.22 |
| PLMA | 5,376 | $ 5.24 | $ - | $ 1.46 | $ 0.03 | $ - | $ - | $ - | $ 33.93 |
| CHILD 00-01 | 8,818 | $ 0.34 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ - | $ 8.01 |
| CHILD 01-05 | 32,205 | $ 0.31 | $ - | $ 0.27 | $ 0.01 | $ - | $ - | $ - | $ 20.83 |
| CHILD 06-18 | 70,266 | $ 0.49 | $ - | $ 1.48 | $ 0.03 | $ - | $ - | $ - | $ 36.63 |
| ABAD & OAA Duals | 18,343 | $ 40.22 | $ - | $ 0.19 | $ 0.00 | $ - | $ - | $ - | $ 90.29 |
| ABAD & OAA Medicaid Only | 18,401 | $ 42.95 | $ - | $ 19.59 | $ 0.40 | $ - | $ - | $ - | $ 225.15 |
| CAF | 6,740 | $ 1.78 | $ 3.39 | $ 7.48 | $ 0.15 | $ - | $ - | $ - | $ 304.78 |
| ACA 19-44 | 80,000 | $ 4.48 | $ - | $ 3.92 | $ 0.08 | $ - | $ - | $ - | $ 52.06 |
| ACA 45-54 | 27,667 | $ 8.96 | $ - | $ 3.74 | $ 0.08 | $ - | $ - | $ - | $ 62.15 |
| ACA 55-64 | 25,376 | $ 5.69 | $ - | $ 3.13 | $ 0.06 | $ - | $ - | $ - | $ 53.95 |
| BCCP | 197 | $ 42.95 | $ - | $ 2.57 | $ 0.05 | $ - | $ - | $ - | $ 113.87 |
| Total | 313,807 | $ 7.89 | $ 0.07 | $ 3.42 | $ 0.07 | $ - | $ - | $ - | $ 62.56 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 107 of 184

Ex. 1 - Wilson Decl.
Page 175 of 260

## Appendix V.N: Western Oregon Advanced Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 2.28 | $ - |
| PLMA | 3,695 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ 0.08 | $ - |
| CHILD 00-01 | 6,044 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ 0.07 | $ - |
| CHILD 01-05 | 23,304 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ 0.06 | $ - |
| CHILD 06-18 | 50,214 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ 0.19 | $ - |
| ABAD & OAA Duals | 15,543 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 0.27 | $ - |
| ABAD & OAA Medicaid Only | 17,229 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 0.78 | $ - |
| CAF | 5,814 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ 1.59 | $ 18.57 |
| ACA 19-44 | 58,519 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 0.20 | $ - |
| ACA 45-54 | 23,417 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 0.26 | $ - |
| ACA 55-64 | 22,905 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 4.46 | $ - |
| BCCP | 172 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 0.78 | $ - |
| Total | 240,077 | $ 49.87 | | | | $ 49.87 | $ - | $ 0.79 | $ 0.45 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 6.13 | $ - | $ 3.61 | $ 0.07 | $ - | $ - | $ - | $ 53.04 |
| PLMA | 3,695 | $ 6.51 | $ - | $ 3.60 | $ 0.07 | $ - | $ - | $ - | $ 37.45 |
| CHILD 00-01 | 6,044 | $ 0.42 | $ - | $ 0.02 | $ 0.00 | $ - | $ - | $ - | $ 8.15 |
| CHILD 01-05 | 23,304 | $ 0.39 | $ - | $ 0.36 | $ 0.01 | $ - | $ - | $ - | $ 21.07 |
| CHILD 06-18 | 50,214 | $ 0.61 | $ - | $ 1.86 | $ 0.04 | $ - | $ - | $ - | $ 37.33 |
| ABAD & OAA Duals | 15,543 | $ 49.97 | $ - | $ 3.18 | $ 0.06 | $ - | $ - | $ - | $ 95.44 |
| ABAD & OAA Medicaid Only | 17,229 | $ 53.36 | $ - | $ 21.84 | $ 0.45 | $ - | $ - | $ - | $ 224.61 |
| CAF | 5,814 | $ 2.21 | $ - | $ 13.51 | $ 0.28 | $ - | $ - | $ - | $ 251.25 |
| ACA 19-44 | 58,519 | $ 5.57 | $ - | $ 6.73 | $ 0.14 | $ - | $ - | $ - | $ 54.99 |
| ACA 45-54 | 23,417 | $ 11.13 | $ - | $ 6.36 | $ 0.13 | $ - | $ - | $ - | $ 65.99 |
| ACA 55-64 | 22,905 | $ 7.07 | $ - | $ 5.57 | $ 0.11 | $ - | $ - | $ - | $ 61.01 |
| BCCP | 172 | $ 53.36 | $ - | $ 6.08 | $ 0.12 | $ - | $ - | $ - | $ 114.61 |
| Total | 240,077 | $ 10.89 | $ - | $ 5.58 | $ 0.11 | $ - | $ - | $ - | $ 67.68 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 108 of 184

Ex. 1 - Wilson Decl.
Page 176 of 260

## Appendix V.O: Willamette Valley Community Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 62,434 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ 0.68 | $ - |
| PLMA | 20,065 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ - | $ - |
| CHILD 00-01 | 39,643 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 160,642 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 361,728 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ - | $ - |
| ABAD & OAA Duals | 53,859 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ 7.53 | $ - |
| ABAD & OAA Medicaid Only | 55,258 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 14.14 | $ - |
| CAF | 15,686 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ - | $ 90.49 |
| ACA 19-44 | 260,640 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 0.69 | $ - |
| ACA 45-54 | 80,639 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ 0.69 | $ - |
| ACA 55-64 | 61,642 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ 0.70 | $ - |
| BCCP | 346 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 14.14 | $ - |
| **Total** | **1,172,579** | **$ 37.50** | | | | **$ 37.50** | **$ -** | **$ 1.29** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 62,434 | $ 5.70 | $ - | $ 0.92 | $ 0.02 | $ - | $ - | $ - | $ 41.74 |
| PLMA | 20,065 | $ 6.06 | $ - | $ 0.09 | $ 0.00 | $ - | $ - | $ - | $ 30.56 |
| CHILD 00-01 | 39,643 | $ 0.39 | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.42 |
| CHILD 01-05 | 160,642 | $ 0.36 | $ - | $ - | $ - | $ - | $ - | $ - | $ 25.82 |
| CHILD 06-18 | 361,728 | $ 0.57 | $ - | $ 0.35 | $ 0.01 | $ - | $ - | $ - | $ 35.67 |
| ABAD & OAA Duals | 53,859 | $ 46.51 | $ - | $ 0.22 | $ 0.00 | $ - | $ - | $ - | $ 90.94 |
| ABAD & OAA Medicaid Only | 55,258 | $ 49.67 | $ - | $ 6.51 | $ 0.13 | $ - | $ - | $ - | $ 153.14 |
| CAF | 15,686 | $ 2.06 | $ 3.05 | $ 0.75 | $ 0.02 | $ - | $ - | $ - | $ 253.36 |
| ACA 19-44 | 260,640 | $ 5.18 | $ - | $ 1.99 | $ 0.04 | $ - | $ - | $ - | $ 46.08 |
| ACA 45-54 | 80,639 | $ 10.36 | $ - | $ 1.35 | $ 0.03 | $ - | $ - | $ - | $ 51.33 |
| ACA 55-64 | 61,642 | $ 6.58 | $ - | $ 0.63 | $ 0.01 | $ - | $ - | $ - | $ 40.63 |
| BCCP | 346 | $ 49.67 | $ - | $ - | $ - | $ - | $ - | $ - | $ 78.51 |
| **Total** | **1,172,579** | **$ 7.38** | **$ 0.04** | **$ 1.05** | **$ 0.02** | **$ -** | **$ -** | **$ -** | **$ 48.49** |

[1] *Rate Add-Ons are inclusive of a 9.7% non-medical load*

Exhibit 3
Page 109 of 184

Ex. 1 - Wilson Decl.
Page 177 of 260

**Appendix V.P: Yamhill County Care Organization, Inc.**

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ 5.00 | $ - |
| PLMA | 4,907 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ 0.87 | $ - |
| CHILD 00-01 | 8,354 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 34,842 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 82,112 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ 0.02 | $ - |
| ABAD & OAA Duals | 6,505 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ 8.63 | $ - |
| ABAD & OAA Medicaid Only | 8,809 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 14.07 | $ - |
| CAF | 3,389 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ - | $ 126.14 |
| ACA 19-44 | 64,738 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 3.42 | $ - |
| ACA 45-54 | 21,328 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ 7.31 | $ - |
| ACA 55-64 | 17,196 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ 3.70 | $ - |
| BCCP | 122 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 14.07 | $ - |
| **Total** | **267,808** | **$ 36.87** | | | | **$ 36.87** | **$ -** | **$ 2.64** | **$ 1.60** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 8.06 | $ - | $ 1.26 | $ 0.03 | $ - | $ - | $ - | $ 48.76 |
| PLMA | 4,907 | $ 8.56 | $ - | $ 0.11 | $ 0.00 | $ - | $ - | $ - | $ 33.95 |
| CHILD 00-01 | 8,354 | $ 0.55 | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.58 |
| CHILD 01-05 | 34,842 | $ 0.51 | $ - | $ - | $ - | $ - | $ - | $ - | $ 25.97 |
| CHILD 06-18 | 82,112 | $ 0.81 | $ - | $ 0.69 | $ 0.01 | $ - | $ - | $ - | $ 36.28 |
| ABAD & OAA Duals | 6,505 | $ 65.72 | $ - | $ 0.31 | $ 0.01 | $ - | $ - | $ - | $ 111.36 |
| ABAD & OAA Medicaid Only | 8,809 | $ 70.19 | $ - | $ 11.04 | $ 0.23 | $ - | $ - | $ - | $ 178.22 |
| CAF | 3,389 | $ 2.91 | $ 2.07 | $ 1.26 | $ 0.03 | $ - | $ - | $ - | $ 289.40 |
| ACA 19-44 | 64,738 | $ 7.32 | $ - | $ 2.55 | $ 0.05 | $ - | $ - | $ - | $ 51.52 |
| ACA 45-54 | 21,328 | $ 14.64 | $ - | $ 1.25 | $ 0.03 | $ - | $ - | $ - | $ 62.12 |
| ACA 55-64 | 17,196 | $ 9.29 | $ - | $ 0.69 | $ 0.01 | $ - | $ - | $ - | $ 46.41 |
| BCCP | 122 | $ 70.19 | $ - | $ - | $ - | $ - | $ - | $ - | $ 98.96 |
| **Total** | **267,808** | **$ 8.46** | **$ 0.03** | **$ 1.44** | **$ 0.03** | **$ -** | **$ -** | **$ -** | **$ 51.06** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 110 of 184

Ex. 1 - Wilson Decl.
Page 178 of 260

## Appendix VI.  CCO-F Rate Development Summary (RDS)

Exhibit 3
Page 111 of 184

Ex. 1 - Wilson Decl.
Page 179 of 260

## Appendix VI.A: Allcare CCO, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 36,134 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 11,984 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 17,505 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 68,111 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 133,596 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 26,572 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 28,522 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 8,496 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 150,902 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 53,628 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 51,012 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 354 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| Total | 586,817 | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 36,134 | $ 4.40 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 28.39 |
| PLMA | 11,984 | $ 4.67 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 23.37 |
| CHILD 00-01 | 17,505 | $ 0.30 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.72 |
| CHILD 01-05 | 68,111 | $ 0.28 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.66 |
| CHILD 06-18 | 133,596 | $ 0.44 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.78 |
| ABAD & OAA Duals | 26,572 | $ 35.88 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 63.01 |
| ABAD & OAA Medicaid Only | 28,522 | $ 38.31 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 66.71 |
| CAF | 8,496 | $ 1.59 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 26.66 |
| ACA 19-44 | 150,902 | $ 4.00 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 26.89 |
| ACA 45-54 | 53,628 | $ 7.99 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 41.00 |
| ACA 55-64 | 51,012 | $ 5.07 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 36.97 |
| BCCP | 354 | $ 38.31 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 66.71 |
| Total | 586,817 | $ 6.24 | $ - | $ - | $ - | $ - | $ - | $ 24.25 | $ 30.49 |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 112 of 184

Ex. 1 - Wilson Decl.
Page 180 of 260

## Appendix VI.B: Cascade Health Alliance, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 3,828 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 6,653 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 23,954 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 47,670 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 8,896 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 11,271 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 3,836 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 46,975 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 16,896 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 14,098 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 52 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **196,245** | **$ -** | | | | **$ -** | **$ -** | **$ -** | **$ -** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 10.43 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 34.42 |
| PLMA | 3,828 | $ 4.88 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 23.58 |
| CHILD 00-01 | 6,653 | $ 0.95 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 2.36 |
| CHILD 01-05 | 23,954 | $ 0.63 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 23.01 |
| CHILD 06-18 | 47,670 | $ 1.11 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 23.45 |
| ABAD & OAA Duals | 8,896 | $ 59.78 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 86.91 |
| ABAD & OAA Medicaid Only | 11,271 | $ 46.37 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 74.76 |
| CAF | 3,836 | $ 3.04 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 28.11 |
| ACA 19-44 | 46,975 | $ 14.29 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 37.19 |
| ACA 45-54 | 16,896 | $ 18.98 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 51.99 |
| ACA 55-64 | 14,098 | $ 22.59 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 54.48 |
| BCCP | 52 | $ 46.37 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 74.76 |
| **Total** | **196,245** | **$ 13.24** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 24.02** | **$ 37.26** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 113 of 184

Ex. 1 - Wilson Decl.
Page 181 of 260

## Appendix VI.C: Columbia-Pacific CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 17,437 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 5,221 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 8,497 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 33,251 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 74,203 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 9,401 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 14,886 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 5,112 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 76,337 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 28,729 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 26,667 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 195 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **299,935** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 6.97 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 30.96 |
| PLMA | 5,221 | $ 7.40 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 26.10 |
| CHILD 00-01 | 8,497 | $ 0.48 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.89 |
| CHILD 01-05 | 33,251 | $ 0.44 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.82 |
| CHILD 06-18 | 74,203 | $ 0.70 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 23.03 |
| ABAD & OAA Duals | 9,401 | $ 56.83 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 83.96 |
| ABAD & OAA Medicaid Only | 14,886 | $ 60.68 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 89.08 |
| CAF | 5,112 | $ 2.52 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 27.58 |
| ACA 19-44 | 76,337 | $ 6.33 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 29.23 |
| ACA 45-54 | 28,729 | $ 12.65 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 45.66 |
| ACA 55-64 | 26,667 | $ 8.04 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 39.93 |
| BCCP | 195 | $ 60.68 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 89.08 |
| **Total** | **299,935** | $ 9.18 | $ - | $ - | $ - | $ - | $ - | $ 24.30 | $ 33.48 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 114 of 184

Ex. 1 - Wilson Decl.
Page 182 of 260

## Appendix VI.D: Eastern Oregon Coordinated Care Org., LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 35,140 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 10,728 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 19,960 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 79,747 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 166,877 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 19,203 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 27,719 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 8,679 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 120,655 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 41,610 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 37,243 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 227 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **567,788** | **$ -** | | | | **$ -** | **$ -** | **$ -** | **$ -** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 35,140 | $ 10.77 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 34.76 |
| PLMA | 10,728 | $ 4.93 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 23.63 |
| CHILD 00-01 | 19,960 | $ 0.73 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 2.15 |
| CHILD 01-05 | 79,747 | $ 0.72 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 23.10 |
| CHILD 06-18 | 166,877 | $ 1.12 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 23.45 |
| ABAD & OAA Duals | 19,203 | $ 69.41 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 96.54 |
| ABAD & OAA Medicaid Only | 27,719 | $ 52.86 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 81.25 |
| CAF | 8,679 | $ 3.61 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 28.68 |
| ACA 19-44 | 120,655 | $ 16.67 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 39.57 |
| ACA 45-54 | 41,610 | $ 20.89 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 53.90 |
| ACA 55-64 | 37,243 | $ 25.37 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 57.26 |
| BCCP | 227 | $ 52.86 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 81.25 |
| **Total** | **567,788** | **$ 12.96** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 23.67** | **$ 36.63** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 115 of 184

Ex. 1 - Wilson Decl.
Page 183 of 260

## Appendix VI.E: FamilyCare, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| PLMA | 31,363 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| CHILD 00-01 | 51,492 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| CHILD 01-05 | 171,505 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| CHILD 06-18 | 335,194 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| ABAD & OAA Duals | 27,114 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| ABAD & OAA Medicaid Only | 35,750 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| CAF | 18,916 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| ACA 19-44 | 473,722 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| ACA 45-54 | 127,549 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| ACA 55-64 | 101,009 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| BCCP | 916 | $    - | - | - | - | $    - | $    - | $    - | $    - |
| **Total** | **1,456,042** | **$    -** | | | | **$    -** | **$    -** | **$    -** | **$    -** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $    7.53 | $    - | $    - | $    - | $    - | $    - | $    30.30 | $    37.82 |
| PLMA | 31,363 | $    7.36 | $    - | $    - | $    - | $    - | $    - | $    25.18 | $    32.53 |
| CHILD 00-01 | 51,492 | $    0.40 | $    - | $    - | $    - | $    - | $    - | $    0.87 | $    1.27 |
| CHILD 01-05 | 171,505 | $    0.19 | $    - | $    - | $    - | $    - | $    - | $    23.72 | $    23.91 |
| CHILD 06-18 | 335,194 | $    0.41 | $    - | $    - | $    - | $    - | $    - | $    26.39 | $    26.80 |
| ABAD & OAA Duals | 27,114 | $    40.54 | $    - | $    - | $    - | $    - | $    - | $    35.19 | $    75.73 |
| ABAD & OAA Medicaid Only | 35,750 | $    44.95 | $    - | $    - | $    - | $    - | $    - | $    34.07 | $    79.02 |
| CAF | 18,916 | $    2.42 | $    - | $    - | $    - | $    - | $    - | $    26.90 | $    29.32 |
| ACA 19-44 | 473,722 | $    8.04 | $    - | $    - | $    - | $    - | $    - | $    29.46 | $    37.50 |
| ACA 45-54 | 127,549 | $    13.30 | $    - | $    - | $    - | $    - | $    - | $    44.30 | $    57.60 |
| ACA 55-64 | 101,009 | $    10.09 | $    - | $    - | $    - | $    - | $    - | $    43.99 | $    54.08 |
| BCCP | 916 | $    44.95 | $    - | $    - | $    - | $    - | $    - | $    34.07 | $    79.02 |
| **Total** | **1,456,042** | **$    7.11** | **$    -** | **$    -** | **$    -** | **$    -** | **$    -** | **$    29.52** | **$    36.63** |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 116 of 184

Ex. 1 - Wilson Decl.
Page 184 of 260

## Appendix VI.F: Health Share of Oregon

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 43,468 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 71,377 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 311,494 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 740,685 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 197,759 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 167,576 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 33,833 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 704,231 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 211,360 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 171,210 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 747 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **2,792,111** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 6.95 | $ - | $ - | $ - | $ - | $ - | $ 30.30 | $ 37.25 |
| PLMA | 43,468 | $ 6.01 | $ - | $ - | $ - | $ - | $ - | $ 25.18 | $ 31.19 |
| CHILD 00-01 | 71,377 | $ 0.75 | $ - | $ - | $ - | $ - | $ - | $ 0.87 | $ 1.62 |
| CHILD 01-05 | 311,494 | $ 0.38 | $ - | $ - | $ - | $ - | $ - | $ 23.72 | $ 24.10 |
| CHILD 06-18 | 740,685 | $ 0.49 | $ - | $ - | $ - | $ - | $ - | $ 26.39 | $ 26.89 |
| ABAD & OAA Duals | 197,759 | $ 62.13 | $ - | $ - | $ - | $ - | $ - | $ 35.19 | $ 97.32 |
| ABAD & OAA Medicaid Only | 167,576 | $ 48.55 | $ - | $ - | $ - | $ - | $ - | $ 34.07 | $ 82.63 |
| CAF | 33,833 | $ 4.54 | $ - | $ - | $ - | $ - | $ - | $ 26.90 | $ 31.44 |
| ACA 19-44 | 704,231 | $ 3.78 | $ - | $ - | $ - | $ - | $ - | $ 29.46 | $ 33.24 |
| ACA 45-54 | 211,360 | $ 8.38 | $ - | $ - | $ - | $ - | $ - | $ 44.30 | $ 52.68 |
| ACA 55-64 | 171,210 | $ 6.34 | $ - | $ - | $ - | $ - | $ - | $ 43.99 | $ 50.33 |
| BCCP | 747 | $ 48.55 | $ - | $ - | $ - | $ - | $ - | $ 34.07 | $ 82.63 |
| **Total** | **2,792,111** | $ 9.99 | $ - | $ - | $ - | $ - | $ - | $ 29.92 | $ 39.91 |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 117 of 184

Ex. 1 - Wilson Decl.
Page 185 of 260

## Appendix VI.G: InterCommunity Health Network, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 37,242 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 11,402 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 19,126 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 74,130 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 161,389 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 31,670 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 37,543 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 9,998 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 172,948 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 54,224 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 48,668 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 237 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| Total | 658,578 | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 10.54 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 34.52 |
| PLMA | 11,402 | $ 11.19 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 29.88 |
| CHILD 00-01 | 19,126 | $ 0.72 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 2.14 |
| CHILD 01-05 | 74,130 | $ 0.67 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 23.05 |
| CHILD 06-18 | 161,389 | $ 1.06 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 23.39 |
| ABAD & OAA Duals | 31,670 | $ 85.91 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 113.04 |
| ABAD & OAA Medicaid Only | 37,543 | $ 91.74 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 120.13 |
| CAF | 9,998 | $ 3.80 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 28.87 |
| ACA 19-44 | 172,948 | $ 9.57 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 32.47 |
| ACA 45-54 | 54,224 | $ 19.13 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 52.14 |
| ACA 55-64 | 48,668 | $ 12.15 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 44.04 |
| BCCP | 237 | $ 91.74 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 120.13 |
| Total | 658,578 | $ 15.58 | $ - | $ - | $ - | $ - | $ - | $ 24.12 | $ 39.70 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 118 of 184

Ex. 1 - Wilson Decl.
Page 186 of 260

## Appendix VI.H: Jackson County CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 19,577 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 5,637 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 9,401 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 40,414 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 97,699 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 13,179 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 16,823 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 6,353 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 87,059 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 28,687 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 25,043 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 290 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **350,162** | **$ -** | | | | **$ -** | **$ -** | **$ -** | **$ -** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 3.66 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 27.65 |
| PLMA | 5,637 | $ 3.89 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 22.59 |
| CHILD 00-01 | 9,401 | $ 0.25 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.67 |
| CHILD 01-05 | 40,414 | $ 0.23 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.61 |
| CHILD 06-18 | 97,699 | $ 0.37 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.70 |
| ABAD & OAA Duals | 13,179 | $ 29.87 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 57.00 |
| ABAD & OAA Medicaid Only | 16,823 | $ 31.90 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 60.29 |
| CAF | 6,353 | $ 1.32 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 26.39 |
| ACA 19-44 | 87,059 | $ 3.33 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 26.22 |
| ACA 45-54 | 28,687 | $ 6.65 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 39.66 |
| ACA 55-64 | 25,043 | $ 4.22 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 36.12 |
| BCCP | 290 | $ 31.90 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 60.29 |
| **Total** | **350,162** | **$ 4.78** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 24.04** | **$ 28.82** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 119 of 184

Ex. 1 - Wilson Decl.
Page 187 of 260

## Appendix VI.I: PacificSource Community Solutions, Inc. (Central)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 10,676 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 19,035 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 70,368 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 172,046 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 25,538 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 22,804 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 6,955 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 164,445 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 54,291 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 48,275 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 550 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **632,577** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 6.06 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 30.05 |
| PLMA | 10,676 | $ 6.43 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 25.13 |
| CHILD 00-01 | 19,035 | $ 0.42 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.83 |
| CHILD 01-05 | 70,368 | $ 0.39 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.77 |
| CHILD 06-18 | 172,046 | $ 0.61 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.94 |
| ABAD & OAA Duals | 25,538 | $ 49.40 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 76.53 |
| ABAD & OAA Medicaid Only | 22,804 | $ 52.76 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 81.15 |
| CAF | 6,955 | $ 2.19 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 27.25 |
| ACA 19-44 | 164,445 | $ 5.50 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 28.40 |
| ACA 45-54 | 54,291 | $ 11.00 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 44.01 |
| ACA 55-64 | 48,275 | $ 6.99 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 38.88 |
| BCCP | 550 | $ 52.76 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 81.15 |
| **Total** | **632,577** | $ 7.56 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 31.55 |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 120 of 184

Ex. 1 - Wilson Decl.
Page 188 of 260

## Appendix VI.J: PacificSource Community Solutions, Inc. (Gorge)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 2,995 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 5,073 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 20,443 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 47,576 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 4,049 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 5,753 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 2,571 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 34,571 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 12,849 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 11,136 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 95 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **154,046** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 3.27 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 27.26 |
| PLMA | 2,995 | $ 3.47 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 22.17 |
| CHILD 00-01 | 5,073 | $ 0.22 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.64 |
| CHILD 01-05 | 20,443 | $ 0.21 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.59 |
| CHILD 06-18 | 47,576 | $ 0.33 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.66 |
| ABAD & OAA Duals | 4,049 | $ 26.66 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 53.79 |
| ABAD & OAA Medicaid Only | 5,753 | $ 28.47 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 56.86 |
| CAF | 2,571 | $ 1.18 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 26.25 |
| ACA 19-44 | 34,571 | $ 2.97 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 25.87 |
| ACA 45-54 | 12,849 | $ 5.94 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 38.95 |
| ACA 55-64 | 11,136 | $ 3.77 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 35.66 |
| BCCP | 95 | $ 28.47 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 56.86 |
| **Total** | **154,046** | $ 3.59 | $ - | $ - | $ - | $ - | $ - | $ 23.77 | $ 27.35 |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 121 of 184

Ex. 1 - Wilson Decl.
Page 189 of 260

## Appendix VI.K: Primary Health of Josephine County, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 7,942 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 2,556 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 3,267 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 11,458 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 29,617 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 6,081 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 6,999 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 2,176 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 36,261 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 14,252 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 14,043 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 122 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **134,771** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 7,942 | $ 3.77 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 27.76 |
| PLMA | 2,556 | $ 4.01 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 22.70 |
| CHILD 00-01 | 3,267 | $ 0.26 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.67 |
| CHILD 01-05 | 11,458 | $ 0.24 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.62 |
| CHILD 06-18 | 29,617 | $ 0.38 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.71 |
| ABAD & OAA Duals | 6,081 | $ 30.77 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 57.90 |
| ABAD & OAA Medicaid Only | 6,999 | $ 32.85 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 61.25 |
| CAF | 2,176 | $ 1.36 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 26.43 |
| ACA 19-44 | 36,261 | $ 3.43 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 26.32 |
| ACA 45-54 | 14,252 | $ 6.85 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 39.86 |
| ACA 55-64 | 14,043 | $ 4.35 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 36.24 |
| BCCP | 122 | $ 32.85 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 61.25 |
| **Total** | **134,771** | $ 5.65 | $ - | $ - | $ - | $ - | $ - | $ 24.72 | $ 30.37 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 122 of 184

Ex. 1 - Wilson Decl.
Page 190 of 260

## Appendix VI.L: Trillium Community Health Plan, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 57,779 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 20,080 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 29,600 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 107,817 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 245,824 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 49,880 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 65,231 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 24,757 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 301,144 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 89,008 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 79,765 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 514 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| Total | 1,071,399 | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 57,779 | $ 5.50 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 29.49 |
| PLMA | 20,080 | $ 5.84 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 24.54 |
| CHILD 00-01 | 29,600 | $ 0.38 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.79 |
| CHILD 01-05 | 107,817 | $ 0.35 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.73 |
| CHILD 06-18 | 245,824 | $ 0.55 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.89 |
| ABAD & OAA Duals | 49,880 | $ 44.87 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 72.00 |
| ABAD & OAA Medicaid Only | 65,231 | $ 47.92 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 76.31 |
| CAF | 24,757 | $ 1.99 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 27.05 |
| ACA 19-44 | 301,144 | $ 5.00 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 27.90 |
| ACA 45-54 | 89,008 | $ 9.99 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 43.00 |
| ACA 55-64 | 79,765 | $ 6.35 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 38.24 |
| BCCP | 514 | $ 47.92 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 76.31 |
| Total | 1,071,399 | $ 8.36 | $ - | $ - | $ - | $ - | $ - | $ 24.20 | $ 32.56 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 123 of 184

Ex. 1 - Wilson Decl.
Page 191 of 260

## Appendix VI.M: DCIPA, LLC. Abn Umpqua Health Alliance

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 20,416 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 5,376 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 8,818 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 32,205 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 70,266 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 18,343 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 18,401 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 6,740 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 80,000 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 27,667 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 25,376 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 197 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **313,807** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 20,416 | $ 4.93 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 28.92 |
| PLMA | 5,376 | $ 5.24 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 23.93 |
| CHILD 00-01 | 8,818 | $ 0.34 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.75 |
| CHILD 01-05 | 32,205 | $ 0.31 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.69 |
| CHILD 06-18 | 70,266 | $ 0.49 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.83 |
| ABAD & OAA Duals | 18,343 | $ 40.22 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 67.35 |
| ABAD & OAA Medicaid Only | 18,401 | $ 42.95 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 71.34 |
| CAF | 6,740 | $ 1.78 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 26.85 |
| ACA 19-44 | 80,000 | $ 4.48 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 27.38 |
| ACA 45-54 | 27,667 | $ 8.96 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 41.96 |
| ACA 55-64 | 25,376 | $ 5.69 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 37.58 |
| BCCP | 197 | $ 42.95 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 71.34 |
| **Total** | **313,807** | $ 7.89 | $ - | $ - | $ - | $ - | $ - | $ 24.35 | $ 32.24 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 124 of 184

Ex. 1 - Wilson Decl.
Page 192 of 260

## Appendix VI.N: Western Oregon Advanced Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 3,695 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 6,044 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 23,304 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 50,214 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 15,543 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 17,229 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 5,814 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 58,519 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 23,417 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 22,905 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 172 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **240,077** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 6.13 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 30.12 |
| PLMA | 3,695 | $ 6.51 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 25.20 |
| CHILD 00-01 | 6,044 | $ 0.42 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.84 |
| CHILD 01-05 | 23,304 | $ 0.39 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.77 |
| CHILD 06-18 | 50,214 | $ 0.61 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.95 |
| ABAD & OAA Duals | 15,543 | $ 49.97 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 77.10 |
| ABAD & OAA Medicaid Only | 17,229 | $ 53.36 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 81.76 |
| CAF | 5,814 | $ 2.21 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 27.28 |
| ACA 19-44 | 58,519 | $ 5.57 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 28.46 |
| ACA 45-54 | 23,417 | $ 11.13 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 44.14 |
| ACA 55-64 | 22,905 | $ 7.07 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 38.96 |
| BCCP | 172 | $ 53.36 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 81.76 |
| **Total** | **240,077** | $ 10.89 | $ - | $ - | $ - | $ - | $ - | $ 24.75 | $ 35.64 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 125 of 184

Ex. 1 - Wilson Decl.
Page 193 of 260

### Appendix VI.O: Willamette Valley Community Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 62,434 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 20,065 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 39,643 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 160,642 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 361,728 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 53,859 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 55,258 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 15,686 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 260,640 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 80,639 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 61,642 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 346 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| **Total** | **1,172,579** | $ - | | | | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 62,434 | $ 5.70 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 29.69 |
| PLMA | 20,065 | $ 6.06 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 24.75 |
| CHILD 00-01 | 39,643 | $ 0.39 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.81 |
| CHILD 01-05 | 160,642 | $ 0.36 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.74 |
| CHILD 06-18 | 361,728 | $ 0.57 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 22.91 |
| ABAD & OAA Duals | 53,859 | $ 46.51 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 73.64 |
| ABAD & OAA Medicaid Only | 55,258 | $ 49.67 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 78.06 |
| CAF | 15,686 | $ 2.06 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 27.13 |
| ACA 19-44 | 260,640 | $ 5.18 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 28.08 |
| ACA 45-54 | 80,639 | $ 10.36 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 43.37 |
| ACA 55-64 | 61,642 | $ 6.58 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 38.47 |
| BCCP | 346 | $ 49.67 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 78.06 |
| **Total** | **1,172,579** | $ 7.38 | $ - | $ - | $ - | $ - | $ - | $ 23.57 | $ 30.94 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 126 of 184

Ex. 1 - Wilson Decl.
Page 194 of 260

## Appendix VI.P: Yamhill County Care Organization, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 15,506 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| PLMA | 4,907 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 00-01 | 8,354 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 01-05 | 34,842 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CHILD 06-18 | 82,112 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Duals | 6,505 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 8,809 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| CAF | 3,389 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 19-44 | 64,738 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 45-54 | 21,328 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| ACA 55-64 | 17,196 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| BCCP | 122 | $ - | - | - | - | $ - | $ - | $ - | $ - |
| Total | 267,808 | $ - | - | - | - | $ - | $ - | $ - | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 8.06 | $ - | $ - | $ - | $ - | $ - | $ 23.99 | $ 32.05 |
| PLMA | 4,907 | $ 8.56 | $ - | $ - | $ - | $ - | $ - | $ 18.70 | $ 27.26 |
| CHILD 00-01 | 8,354 | $ 0.55 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.97 |
| CHILD 01-05 | 34,842 | $ 0.51 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 22.89 |
| CHILD 06-18 | 82,112 | $ 0.81 | $ - | $ - | $ - | $ - | $ - | $ 22.34 | $ 23.14 |
| ABAD & OAA Duals | 6,505 | $ 65.72 | $ - | $ - | $ - | $ - | $ - | $ 27.13 | $ 92.85 |
| ABAD & OAA Medicaid Only | 8,809 | $ 70.19 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 98.58 |
| CAF | 3,389 | $ 2.91 | $ - | $ - | $ - | $ - | $ - | $ 25.07 | $ 27.98 |
| ACA 19-44 | 64,738 | $ 7.32 | $ - | $ - | $ - | $ - | $ - | $ 22.90 | $ 30.22 |
| ACA 45-54 | 21,328 | $ 14.64 | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 47.64 |
| ACA 55-64 | 17,196 | $ 9.29 | $ - | $ - | $ - | $ - | $ - | $ 31.89 | $ 41.19 |
| BCCP | 122 | $ 70.19 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 98.58 |
| Total | 267,808 | $ 8.46 | $ - | $ - | $ - | $ - | $ - | $ 23.67 | $ 32.13 |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 127 of 184

Ex. 1 - Wilson Decl.
Page 195 of 260

**Appendix VII.  CCO-G Rate Development Summary (RDS)**

Exhibit 3
Page 128 of 184

Ex. 1 - Wilson Decl.
Page 196 of 260

## Appendix VII.A: Allcare CCO, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 36,134 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.42 | $ - |
| PLMA | 11,984 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 17,505 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 68,111 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 133,596 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 26,572 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 6.00 | $ - |
| ABAD & OAA Medicaid Only | 28,522 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 12.04 | $ - |
| CAF | 8,496 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ 34.46 |
| ACA 19-44 | 150,902 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 1.42 | $ - |
| ACA 45-54 | 53,628 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 1.43 | $ - |
| ACA 55-64 | 51,012 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 1.43 | $ - |
| BCCP | 354 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 12.04 | $ - |
| Total | 586,817 | $ 44.89 | | | | $ 44.89 | $ - | $ 1.57 | $ 0.50 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 36,134 | $ 4.40 | $ - | $ 1.16 | $ 0.02 | $ - | $ - | $ 23.99 | $ 71.94 |
| PLMA | 11,984 | $ 4.67 | $ - | $ 0.71 | $ 0.01 | $ - | $ - | $ 18.70 | $ 51.30 |
| CHILD 00-01 | 17,505 | $ 0.30 | $ - | $ 0.02 | $ 0.00 | $ - | $ - | $ 1.42 | $ 9.38 |
| CHILD 01-05 | 68,111 | $ 0.28 | $ - | $ 0.35 | $ 0.01 | $ - | $ - | $ 22.38 | $ 43.25 |
| CHILD 06-18 | 133,596 | $ 0.44 | $ - | $ 1.31 | $ 0.03 | $ - | $ - | $ 22.34 | $ 58.74 |
| ABAD & OAA Duals | 26,572 | $ 35.88 | $ - | $ 0.78 | $ 0.02 | $ - | $ - | $ 27.13 | $ 111.75 |
| ABAD & OAA Medicaid Only | 28,522 | $ 38.31 | $ - | $ 18.03 | $ 0.37 | $ - | $ - | $ 28.39 | $ 245.32 |
| CAF | 8,496 | $ 1.59 | $ 3.35 | $ 8.71 | $ 0.18 | $ - | $ - | $ 25.07 | $ 288.45 |
| ACA 19-44 | 150,902 | $ 4.00 | $ - | $ 3.91 | $ 0.08 | $ - | $ - | $ 22.90 | $ 74.66 |
| ACA 45-54 | 53,628 | $ 7.99 | $ - | $ 3.59 | $ 0.07 | $ - | $ - | $ 33.01 | $ 94.21 |
| ACA 55-64 | 51,012 | $ 5.07 | $ - | $ 2.47 | $ 0.05 | $ - | $ - | $ 31.89 | $ 84.73 |
| BCCP | 354 | $ 38.31 | $ - | $ 2.74 | $ 0.06 | $ - | $ - | $ 28.39 | $ 135.80 |
| Total | 586,817 | $ 6.24 | $ 0.05 | $ 3.01 | $ 0.06 | $ - | $ - | $ 24.25 | $ 80.57 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 129 of 184

Ex. 1 - Wilson Decl.
Page 197 of 260

## Appendix VII.B: Cascade Health Alliance, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ 0.57 | $ - |
| PLMA | 3,828 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 6,653 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 23,954 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 47,670 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 8,896 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ 0.81 | $ - |
| ABAD & OAA Medicaid Only | 11,271 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ 0.45 | $ - |
| CAF | 3,836 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 46,975 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ 0.60 | $ - |
| ACA 45-54 | 16,896 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ 2.87 | $ - |
| ACA 55-64 | 14,098 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ - | $ - |
| BCCP | 52 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ 0.45 | $ - |
| **Total** | **196,245** | **$ 39.92** | | | | **$ 39.92** | **$ -** | **$ 0.49** | **$ 1.91** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 12,116 | $ 10.43 | $ - | $ 0.98 | $ 0.02 | $ - | $ - | $ 23.99 | $ 69.04 |
| PLMA | 3,828 | $ 4.88 | $ - | $ 0.34 | $ 0.01 | $ - | $ - | $ 18.70 | $ 38.56 |
| CHILD 00-01 | 6,653 | $ 0.95 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 2.69 |
| CHILD 01-05 | 23,954 | $ 0.63 | $ - | $ 0.07 | $ 0.00 | $ - | $ - | $ 22.38 | $ 36.45 |
| CHILD 06-18 | 47,670 | $ 1.11 | $ - | $ 0.27 | $ 0.01 | $ - | $ - | $ 22.34 | $ 58.69 |
| ABAD & OAA Duals | 8,896 | $ 59.78 | $ - | $ 0.29 | $ 0.01 | $ - | $ - | $ 27.13 | $ 123.26 |
| ABAD & OAA Medicaid Only | 11,271 | $ 46.37 | $ - | $ 5.38 | $ 0.11 | $ - | $ - | $ 28.39 | $ 201.70 |
| CAF | 3,836 | $ 3.04 | $ 2.96 | $ 0.60 | $ 0.01 | $ - | $ - | $ 25.07 | $ 386.18 |
| ACA 19-44 | 46,975 | $ 14.29 | $ - | $ 0.77 | $ 0.02 | $ - | $ - | $ 22.90 | $ 70.49 |
| ACA 45-54 | 16,896 | $ 18.98 | $ - | $ 0.84 | $ 0.02 | $ - | $ - | $ 33.01 | $ 94.79 |
| ACA 55-64 | 14,098 | $ 22.59 | $ - | $ 0.81 | $ 0.02 | $ - | $ - | $ 31.89 | $ 95.32 |
| BCCP | 52 | $ 46.37 | $ - | $ 0.26 | $ 0.01 | $ - | $ - | $ 28.39 | $ 131.89 |
| **Total** | **196,245** | **$ 13.24** | **$ 0.06** | **$ 0.79** | **$ 0.02** | **$ -** | **$ -** | **$ 24.02** | **$ 80.45** |

[1] Rate Add-Ons are inclusive of a 11.5% non-medical load

Exhibit 3
Page 130 of 184

Ex. 1 - Wilson Decl.
Page 198 of 260

## Appendix VII.C: Columbia-Pacific CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | Risk Factor A/B Adjustment | Risk Factor CCO Adjustment | Risk Factor PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ 0.62 | $ - |
| PLMA | 5,221 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ 0.16 | $ - |
| CHILD 00-01 | 8,497 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 33,251 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 74,203 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ 0.00 | $ - |
| ABAD & OAA Duals | 9,401 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ 18.44 | $ - |
| ABAD & OAA Medicaid Only | 14,886 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 30.49 | $ - |
| CAF | 5,112 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ 0.33 | $ 35.75 |
| ACA 19-44 | 76,337 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 1.10 | $ - |
| ACA 45-54 | 28,729 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ 1.70 | $ - |
| ACA 55-64 | 26,667 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ 0.78 | $ - |
| BCCP | 195 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 30.49 | $ - |
| **Total** | **299,935** | **$ 38.53** | | | | **$ 38.53** | **$ -** | **$ 2.67** | **$ 0.61** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 17,437 | $ 6.97 | $ - | $ 0.85 | $ 0.02 | $ - | $ - | $ 23.99 | $ 66.86 |
| PLMA | 5,221 | $ 7.40 | $ - | $ 0.09 | $ 0.00 | $ - | $ - | $ 18.70 | $ 50.75 |
| CHILD 00-01 | 8,497 | $ 0.48 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 15.92 |
| CHILD 01-05 | 33,251 | $ 0.44 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 48.28 |
| CHILD 06-18 | 74,203 | $ 0.70 | $ - | $ 0.32 | $ 0.01 | $ - | $ - | $ 22.34 | $ 58.10 |
| ABAD & OAA Duals | 9,401 | $ 56.83 | $ - | $ 0.32 | $ 0.01 | $ - | $ - | $ 27.13 | $ 139.41 |
| ABAD & OAA Medicaid Only | 14,886 | $ 60.68 | $ - | $ 5.74 | $ 0.12 | $ - | $ - | $ 28.39 | $ 208.13 |
| CAF | 5,112 | $ 2.52 | $ - | $ 1.53 | $ 0.03 | $ - | $ - | $ 25.07 | $ 222.22 |
| ACA 19-44 | 76,337 | $ 6.33 | $ - | $ 1.91 | $ 0.04 | $ - | $ - | $ 22.90 | $ 70.44 |
| ACA 45-54 | 28,729 | $ 12.65 | $ - | $ 1.46 | $ 0.03 | $ - | $ - | $ 33.01 | $ 87.75 |
| ACA 55-64 | 26,667 | $ 8.04 | $ - | $ 0.55 | $ 0.01 | $ - | $ - | $ 31.89 | $ 73.98 |
| BCCP | 195 | $ 60.68 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 134.28 |
| **Total** | **299,935** | **$ 9.18** | **$ -** | **$ 1.12** | **$ 0.02** | **$ -** | **$ -** | **$ 24.30** | **$ 76.43** |

[1] *Rate Add-Ons are inclusive of a 9.7% non-medical load*

Exhibit 3
Page 131 of 184

Ex. 1 - Wilson Decl.
Page 199 of 260

## Appendix VII.D: Eastern Oregon Coordinated Care Org., LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 35,140 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ 0.89 | $ - |
| PLMA | 10,728 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 19,960 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 79,747 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 166,877 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 19,203 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ 9.49 | $ - |
| ABAD & OAA Medicaid Only | 27,719 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ 15.50 | $ - |
| CAF | 8,679 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 119.12 |
| ACA 19-44 | 120,655 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ 0.89 | $ - |
| ACA 45-54 | 41,610 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ 0.89 | $ - |
| ACA 55-64 | 37,243 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ 0.89 | $ - |
| BCCP | 227 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ 15.50 | $ - |
| **Total** | **567,788** | $ 37.80 | | | | $ 37.80 | $ - | $ 1.45 | $ 1.82 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 35,140 | $ 10.77 | $ - | $ 1.27 | $ 0.03 | $ - | $ - | $ 23.99 | $ 70.01 |
| PLMA | 10,728 | $ 4.93 | $ - | $ 0.37 | $ 0.01 | $ - | $ - | $ 18.70 | $ 38.63 |
| CHILD 00-01 | 19,960 | $ 0.73 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 2.47 |
| CHILD 01-05 | 79,747 | $ 0.72 | $ - | $ 0.08 | $ 0.00 | $ - | $ - | $ 22.38 | $ 36.55 |
| CHILD 06-18 | 166,877 | $ 1.12 | $ - | $ 0.65 | $ 0.01 | $ - | $ - | $ 22.34 | $ 59.09 |
| ABAD & OAA Duals | 19,203 | $ 69.41 | $ - | $ 0.19 | $ 0.00 | $ - | $ - | $ 27.13 | $ 141.48 |
| ABAD & OAA Medicaid Only | 27,719 | $ 52.86 | $ - | $ 5.44 | $ 0.11 | $ - | $ - | $ 28.39 | $ 223.30 |
| CAF | 8,679 | $ 3.61 | $ - | $ 2.51 | $ 0.05 | $ - | $ - | $ 25.07 | $ 406.99 |
| ACA 19-44 | 120,655 | $ 16.67 | $ - | $ 1.25 | $ 0.03 | $ - | $ - | $ 22.90 | $ 73.64 |
| ACA 45-54 | 41,610 | $ 20.89 | $ - | $ 1.37 | $ 0.03 | $ - | $ - | $ 33.01 | $ 95.27 |
| ACA 55-64 | 37,243 | $ 25.37 | $ - | $ 0.83 | $ 0.02 | $ - | $ - | $ 31.89 | $ 99.01 |
| BCCP | 227 | $ 52.86 | $ - | $ 0.07 | $ 0.00 | $ - | $ - | $ 28.39 | $ 153.23 |
| **Total** | **567,788** | $ 12.96 | $ - | $ 1.02 | $ 0.02 | $ - | $ - | $ 23.67 | $ 78.74 |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 132 of 184

Ex. 1 - Wilson Decl.
Page 200 of 260

## Appendix VII.E: FamilyCare, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 27.05 | 1.00 | 1.00 | 1.00 | $ 27.05 | $ - | $ 0.64 | $ - |
| PLMA | 31,363 | $ 15.03 | 1.00 | 1.00 | 1.00 | $ 15.03 | $ - | $ 0.07 | $ - |
| CHILD 00-01 | 51,492 | $ 1.02 | 1.00 | 1.00 | 1.00 | $ 1.02 | $ - | $ - | $ - |
| CHILD 01-05 | 171,505 | $ 13.97 | 1.00 | 1.00 | 1.00 | $ 13.97 | $ - | $ - | $ - |
| CHILD 06-18 | 335,194 | $ 26.69 | 1.00 | 1.00 | 1.00 | $ 26.69 | $ - | $ 0.01 | $ - |
| ABAD & OAA Duals | 27,114 | $ 45.52 | 1.00 | 1.00 | 1.00 | $ 45.52 | $ - | $ 0.74 | $ - |
| ABAD & OAA Medicaid Only | 35,750 | $ 120.82 | 1.00 | 1.00 | 1.00 | $ 120.82 | $ - | $ 1.43 | $ - |
| CAF | 18,916 | $ 157.09 | 1.00 | 1.00 | 1.00 | $ 157.09 | $ - | $ 0.04 | $ 68.88 |
| ACA 19-44 | 473,722 | $ 29.08 | 1.00 | 1.00 | 1.00 | $ 29.08 | $ - | $ 0.24 | $ - |
| ACA 45-54 | 127,549 | $ 28.94 | 1.00 | 1.00 | 1.00 | $ 28.94 | $ - | $ 0.22 | $ - |
| ACA 55-64 | 101,009 | $ 18.75 | 1.00 | 1.00 | 1.00 | $ 18.75 | $ - | $ 0.18 | $ - |
| BCCP | 916 | $ 35.45 | 1.00 | 1.00 | 1.00 | $ 35.45 | $ - | $ 1.43 | $ - |
| **Total** | **1,456,042** | **$ 28.84** | | | | **$ 28.84** | **$ -** | **$ 0.20** | **$ 0.89** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 81,512 | $ 7.53 | $ - | $ 1.72 | $ 0.04 | $ - | $ - | $ 30.30 | $ 67.27 |
| PLMA | 31,363 | $ 7.36 | $ - | $ 0.49 | $ 0.01 | $ - | $ - | $ 25.18 | $ 48.14 |
| CHILD 00-01 | 51,492 | $ 0.40 | $ - | $ - | $ - | $ - | $ - | $ 0.87 | $ 2.29 |
| CHILD 01-05 | 171,505 | $ 0.19 | $ - | $ 0.35 | $ 0.01 | $ - | $ - | $ 23.72 | $ 38.25 |
| CHILD 06-18 | 335,194 | $ 0.41 | $ - | $ 2.28 | $ 0.05 | $ - | $ - | $ 26.39 | $ 55.83 |
| ABAD & OAA Duals | 27,114 | $ 40.54 | $ - | $ 1.75 | $ 0.04 | $ - | $ - | $ 35.19 | $ 123.77 |
| ABAD & OAA Medicaid Only | 35,750 | $ 44.95 | $ - | $ 9.75 | $ 0.20 | $ - | $ - | $ 34.07 | $ 211.23 |
| CAF | 18,916 | $ 2.42 | $ 2.07 | $ 11.71 | $ 0.24 | $ - | $ - | $ 26.90 | $ 269.35 |
| ACA 19-44 | 473,722 | $ 8.04 | $ - | $ 2.60 | $ 0.05 | $ - | $ - | $ 29.46 | $ 69.47 |
| ACA 45-54 | 127,549 | $ 13.30 | $ - | $ 2.25 | $ 0.05 | $ - | $ - | $ 44.30 | $ 89.06 |
| ACA 55-64 | 101,009 | $ 10.09 | $ - | $ 1.34 | $ 0.03 | $ - | $ - | $ 43.99 | $ 74.37 |
| BCCP | 916 | $ 44.95 | $ - | $ 3.79 | $ 0.08 | $ - | $ - | $ 34.07 | $ 119.77 |
| **Total** | **1,456,042** | **$ 7.11** | **$ 0.03** | **$ 2.24** | **$ 0.05** | **$ -** | **$ -** | **$ 29.52** | **$ 68.87** |

[1] *Rate Add-Ons are inclusive of a 10.1% non-medical load*

Exhibit 3
Page 133 of 184

Ex. 1 - Wilson Decl.
Page 201 of 260

## Appendix VII.F: Health Share of Oregon

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 138,371 | $ 27.05 | 1.00 | 1.00 | 1.00 | $ 27.05 | $ - | $ 2.36 | $ - |
| PLMA | 43,468 | $ 15.03 | 1.00 | 1.00 | 1.00 | $ 15.03 | $ - | $ 0.64 | $ - |
| CHILD 00-01 | 71,377 | $ 1.02 | 1.00 | 1.00 | 1.00 | $ 1.02 | $ - | $ - | $ - |
| CHILD 01-05 | 311,494 | $ 13.97 | 1.00 | 1.00 | 1.00 | $ 13.97 | $ - | $ 0.18 | $ - |
| CHILD 06-18 | 740,685 | $ 26.69 | 1.00 | 1.00 | 1.00 | $ 26.69 | $ - | $ 1.01 | $ - |
| ABAD & OAA Duals | 197,759 | $ 45.52 | 1.00 | 1.00 | 1.00 | $ 45.52 | $ - | $ 19.71 | $ - |
| ABAD & OAA Medicaid Only | 167,576 | $ 120.82 | 1.00 | 1.00 | 1.00 | $ 120.82 | $ - | $ 26.99 | $ - |
| CAF | 33,833 | $ 157.09 | 1.00 | 1.00 | 1.00 | $ 157.09 | $ - | $ 6.51 | $ 99.60 |
| ACA 19-44 | 704,231 | $ 29.08 | 1.00 | 1.00 | 1.00 | $ 29.08 | $ - | $ 3.20 | $ - |
| ACA 45-54 | 211,360 | $ 28.94 | 1.00 | 1.00 | 1.00 | $ 28.94 | $ - | $ 1.47 | $ - |
| ACA 55-64 | 171,210 | $ 18.75 | 1.00 | 1.00 | 1.00 | $ 18.75 | $ - | $ 0.93 | $ - |
| BCCP | 747 | $ 35.45 | 1.00 | 1.00 | 1.00 | $ 35.45 | $ - | $ 26.99 | $ - |
| **Total** | **2,792,111** | **$ 33.30** | | | | **$ 33.30** | **$ -** | **$ 4.49** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 138,371 | $ 6.95 | $ - | $ 2.37 | $ 0.05 | $ - | $ - | $ 30.30 | $ 69.08 |
| PLMA | 43,468 | $ 6.01 | $ - | $ 1.06 | $ 0.02 | $ - | $ - | $ 25.18 | $ 47.95 |
| CHILD 00-01 | 71,377 | $ 0.75 | $ - | $ - | $ - | $ - | $ - | $ 0.87 | $ 2.64 |
| CHILD 01-05 | 311,494 | $ 0.38 | $ - | $ 0.37 | $ 0.01 | $ - | $ - | $ 23.72 | $ 38.64 |
| CHILD 06-18 | 740,685 | $ 0.49 | $ - | $ 2.92 | $ 0.06 | $ - | $ - | $ 26.39 | $ 57.57 |
| ABAD & OAA Duals | 197,759 | $ 62.13 | $ - | $ 3.39 | $ 0.07 | $ - | $ - | $ 35.19 | $ 166.01 |
| ABAD & OAA Medicaid Only | 167,576 | $ 48.55 | $ - | $ 14.99 | $ 0.31 | $ - | $ - | $ 34.07 | $ 245.73 |
| CAF | 33,833 | $ 4.54 | $ - | $ 13.66 | $ 0.28 | $ - | $ - | $ 26.90 | $ 308.58 |
| ACA 19-44 | 704,231 | $ 3.78 | $ - | $ 3.33 | $ 0.07 | $ - | $ - | $ 29.46 | $ 68.92 |
| ACA 45-54 | 211,360 | $ 8.38 | $ - | $ 3.19 | $ 0.07 | $ - | $ - | $ 44.30 | $ 86.33 |
| ACA 55-64 | 171,210 | $ 6.34 | $ - | $ 1.98 | $ 0.04 | $ - | $ - | $ 43.99 | $ 72.03 |
| BCCP | 747 | $ 48.55 | $ - | $ 6.77 | $ 0.14 | $ - | $ - | $ 34.07 | $ 151.98 |
| **Total** | **2,792,111** | **$ 9.99** | **$ -** | **$ 3.46** | **$ 0.07** | **$ -** | **$ -** | **$ 29.92** | **$ 82.44** |

[1] Rate Add-Ons are inclusive of a 10.1% non-medical load

Exhibit 3
Page 134 of 184

Ex. 1 - Wilson Decl.
Page 202 of 260

## Appendix VII.G: InterCommunity Health Network, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 37,242 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ - | $ - |
| PLMA | 11,402 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ - | $ - |
| CHILD 00-01 | 19,126 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 74,130 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 161,389 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ - | $ - |
| ABAD & OAA Duals | 31,670 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 37,543 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 0.24 | $ - |
| CAF | 9,998 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ - | $ 1.00 |
| ACA 19-44 | 172,948 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 0.03 | $ - |
| ACA 45-54 | 54,224 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ - | $ - |
| ACA 55-64 | 48,668 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ - | $ - |
| BCCP | 237 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 0.24 | $ - |
| **Total** | **658,578** | **$ 38.67** | | | | **$ 38.67** | **$ -** | **$ 0.02** | **$ 0.02** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,242 | $ 10.54 | $ - | $ 0.95 | $ 0.02 | $ - | $ - | $ 23.99 | $ 69.91 |
| PLMA | 11,402 | $ 11.19 | $ - | $ 0.05 | $ 0.00 | $ - | $ - | $ 18.70 | $ 54.34 |
| CHILD 00-01 | 19,126 | $ 0.72 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 16.16 |
| CHILD 01-05 | 74,130 | $ 0.67 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 48.51 |
| CHILD 06-18 | 161,389 | $ 1.06 | $ - | $ 0.57 | $ 0.01 | $ - | $ - | $ 22.34 | $ 58.72 |
| ABAD & OAA Duals | 31,670 | $ 85.91 | $ - | $ 0.40 | $ 0.01 | $ - | $ - | $ 27.13 | $ 150.13 |
| ABAD & OAA Medicaid Only | 37,543 | $ 91.74 | $ - | $ 6.14 | $ 0.13 | $ - | $ - | $ 28.39 | $ 209.34 |
| CAF | 9,998 | $ 3.80 | $ 0.25 | $ 1.28 | $ 0.03 | $ - | $ - | $ 25.07 | $ 188.43 |
| ACA 19-44 | 172,948 | $ 9.57 | $ - | $ 2.52 | $ 0.05 | $ - | $ - | $ 22.90 | $ 73.24 |
| ACA 45-54 | 54,224 | $ 19.13 | $ - | $ 1.62 | $ 0.03 | $ - | $ - | $ 33.01 | $ 92.69 |
| ACA 55-64 | 48,668 | $ 12.15 | $ - | $ 0.68 | $ 0.01 | $ - | $ - | $ 31.89 | $ 77.44 |
| BCCP | 237 | $ 91.74 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 135.08 |
| **Total** | **658,578** | **$ 15.58** | **$ 0.00** | **$ 1.43** | **$ 0.03** | **$ -** | **$ -** | **$ 24.12** | **$ 79.86** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 135 of 184

Ex. 1 - Wilson Decl.
Page 203 of 260

## Appendix VII.H: Jackson County CCO, LLC.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 19,577 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ - | $ - |
| PLMA | 5,637 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 9,401 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 40,414 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 97,699 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 13,179 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 16,823 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 8.26 | $ - |
| CAF | 6,353 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ - |
| ACA 19-44 | 87,059 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ - | $ - |
| ACA 45-54 | 28,687 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ - | $ - |
| ACA 55-64 | 25,043 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ - | $ - |
| BCCP | 290 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 8.26 | $ - |
| Total | 350,162 | $ 45.18 | | | | $ 45.18 | $ - | $ 0.40 | $ - |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 19,577 | $ 3.66 | $ - | $ 1.96 | $ 0.04 | $ - | $ - | $ 23.99 | $ 70.60 |
| PLMA | 5,637 | $ 3.89 | $ - | $ 1.91 | $ 0.04 | $ - | $ - | $ 18.70 | $ 51.73 |
| CHILD 00-01 | 9,401 | $ 0.25 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ 1.42 | $ 9.34 |
| CHILD 01-05 | 40,414 | $ 0.23 | $ - | $ 0.21 | $ 0.00 | $ - | $ - | $ 22.38 | $ 43.07 |
| CHILD 06-18 | 97,699 | $ 0.37 | $ - | $ 1.44 | $ 0.03 | $ - | $ - | $ 22.34 | $ 58.80 |
| ABAD & OAA Duals | 13,179 | $ 29.87 | $ - | $ 0.91 | $ 0.02 | $ - | $ - | $ 27.13 | $ 99.88 |
| ABAD & OAA Medicaid Only | 16,823 | $ 31.90 | $ - | $ 19.79 | $ 0.40 | $ - | $ - | $ 28.39 | $ 236.92 |
| CAF | 6,353 | $ 1.32 | $ - | $ 7.30 | $ 0.15 | $ - | $ - | $ 25.07 | $ 248.93 |
| ACA 19-44 | 87,059 | $ 3.33 | $ - | $ 3.95 | $ 0.08 | $ - | $ - | $ 22.90 | $ 72.61 |
| ACA 45-54 | 28,687 | $ 6.65 | $ - | $ 3.79 | $ 0.08 | $ - | $ - | $ 33.01 | $ 91.64 |
| ACA 55-64 | 25,043 | $ 4.22 | $ - | $ 3.61 | $ 0.07 | $ - | $ - | $ 31.89 | $ 83.61 |
| BCCP | 290 | $ 31.90 | $ - | $ 0.94 | $ 0.02 | $ - | $ - | $ 28.39 | $ 123.77 |
| Total | 350,162 | $ 4.78 | $ - | $ 3.24 | $ 0.07 | $ - | $ - | $ 24.04 | $ 77.71 |

[1] *Rate Add-Ons are inclusive of a 11.8% non-medical load*

Exhibit 3
Page 136 of 184

## Appendix VII.I: PacificSource Community Solutions, Inc. (Central)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ - | $ - |
| PLMA | 10,676 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 19,035 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 70,368 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 172,046 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 25,538 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 22,804 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ - | $ - |
| CAF | 6,955 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 164,445 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ - | $ - |
| ACA 45-54 | 54,291 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ - | $ - |
| ACA 55-64 | 48,275 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ - | $ - |
| BCCP | 550 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ - | $ - |
| **Total** | **632,577** | **$ 36.58** | | | | **$ 36.58** | **$ -** | **$ -** | **$ 1.08** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 37,593 | $ 6.06 | $ - | $ 0.69 | $ 0.01 | $ - | $ - | $ 23.99 | $ 63.81 |
| PLMA | 10,676 | $ 6.43 | $ - | $ 0.14 | $ 0.00 | $ - | $ - | $ 18.70 | $ 39.91 |
| CHILD 00-01 | 19,035 | $ 0.42 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 2.16 |
| CHILD 01-05 | 70,368 | $ 0.39 | $ - | $ 0.08 | $ 0.00 | $ - | $ - | $ 22.38 | $ 36.22 |
| CHILD 06-18 | 172,046 | $ 0.61 | $ - | $ 0.32 | $ 0.01 | $ - | $ - | $ 22.34 | $ 58.24 |
| ABAD & OAA Duals | 25,538 | $ 49.40 | $ - | $ 0.05 | $ 0.00 | $ - | $ - | $ 27.13 | $ 111.84 |
| ABAD & OAA Medicaid Only | 22,804 | $ 52.76 | $ - | $ 4.44 | $ 0.09 | $ - | $ - | $ 28.39 | $ 206.68 |
| CAF | 6,955 | $ 2.19 | $ - | $ 0.40 | $ 0.01 | $ - | $ - | $ 25.07 | $ 382.17 |
| ACA 19-44 | 164,445 | $ 5.50 | $ - | $ 0.97 | $ 0.02 | $ - | $ - | $ 22.90 | $ 61.30 |
| ACA 45-54 | 54,291 | $ 11.00 | $ - | $ 0.80 | $ 0.02 | $ - | $ - | $ 33.01 | $ 83.90 |
| ACA 55-64 | 48,275 | $ 6.99 | $ - | $ 0.47 | $ 0.01 | $ - | $ - | $ 31.89 | $ 79.36 |
| BCCP | 550 | $ 52.76 | $ - | $ 0.15 | $ 0.00 | $ - | $ - | $ 28.39 | $ 137.72 |
| **Total** | **632,577** | **$ 7.56** | **$ -** | **$ 0.66** | **$ 0.01** | **$ -** | **$ -** | **$ 23.99** | **$ 69.88** |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 137 of 184

Ex. 1 - Wilson Decl.
Page 205 of 260

## Appendix VII.J: PacificSource Community Solutions, Inc. (Gorge)

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE[1] | Children's Wraparound[1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 33.06 | 1.00 | 1.00 | 1.00 | $ 33.06 | $ - | $ - | $ - |
| PLMA | 2,995 | $ 14.63 | 1.00 | 1.00 | 1.00 | $ 14.63 | $ - | $ - | $ - |
| CHILD 00-01 | 5,073 | $ 0.33 | 1.00 | 1.00 | 1.00 | $ 0.33 | $ - | $ - | $ - |
| CHILD 01-05 | 20,443 | $ 13.37 | 1.00 | 1.00 | 1.00 | $ 13.37 | $ - | $ - | $ - |
| CHILD 06-18 | 47,576 | $ 34.97 | 1.00 | 1.00 | 1.00 | $ 34.97 | $ - | $ - | $ - |
| ABAD & OAA Duals | 4,049 | $ 35.25 | 1.00 | 1.00 | 1.00 | $ 35.25 | $ - | $ - | $ - |
| ABAD & OAA Medicaid Only | 5,753 | $ 121.00 | 1.00 | 1.00 | 1.00 | $ 121.00 | $ - | $ - | $ - |
| CAF | 2,571 | $ 256.64 | 1.00 | 1.00 | 1.00 | $ 256.64 | $ - | $ - | $ 97.87 |
| ACA 19-44 | 34,571 | $ 31.90 | 1.00 | 1.00 | 1.00 | $ 31.90 | $ - | $ - | $ - |
| ACA 45-54 | 12,849 | $ 39.08 | 1.00 | 1.00 | 1.00 | $ 39.08 | $ - | $ - | $ - |
| ACA 55-64 | 11,136 | $ 40.01 | 1.00 | 1.00 | 1.00 | $ 40.01 | $ - | $ - | $ - |
| BCCP | 95 | $ 56.41 | 1.00 | 1.00 | 1.00 | $ 56.41 | $ - | $ - | $ - |
| **Total** | **154,046** | **$ 37.43** | | | | **$ 37.43** | **$ -** | **$ -** | **$ 1.63** |

| COA | CY 2015 MMs | NEMT[1] | CANS[1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 6,934 | $ 3.27 | $ - | $ 0.42 | $ 0.01 | $ - | $ - | $ 23.99 | $ 60.74 |
| PLMA | 2,995 | $ 3.47 | $ - | $ 0.04 | $ 0.00 | $ - | $ - | $ 18.70 | $ 36.84 |
| CHILD 00-01 | 5,073 | $ 0.22 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 1.97 |
| CHILD 01-05 | 20,443 | $ 0.21 | $ - | $ 0.05 | $ 0.00 | $ - | $ - | $ 22.38 | $ 36.01 |
| CHILD 06-18 | 47,576 | $ 0.33 | $ - | $ 0.28 | $ 0.01 | $ - | $ - | $ 22.34 | $ 57.92 |
| ABAD & OAA Duals | 4,049 | $ 26.66 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ 27.13 | $ 89.07 |
| ABAD & OAA Medicaid Only | 5,753 | $ 28.47 | $ - | $ 2.49 | $ 0.05 | $ - | $ - | $ 28.39 | $ 180.41 |
| CAF | 2,571 | $ 1.18 | $ - | $ 0.17 | $ 0.00 | $ - | $ - | $ 25.07 | $ 380.93 |
| ACA 19-44 | 34,571 | $ 2.97 | $ - | $ 0.24 | $ 0.00 | $ - | $ - | $ 22.90 | $ 58.02 |
| ACA 45-54 | 12,849 | $ 5.94 | $ - | $ 0.42 | $ 0.01 | $ - | $ - | $ 33.01 | $ 78.45 |
| ACA 55-64 | 11,136 | $ 3.77 | $ - | $ 0.28 | $ 0.01 | $ - | $ - | $ 31.89 | $ 75.96 |
| BCCP | 95 | $ 28.47 | $ - | $ 0.01 | $ 0.00 | $ - | $ - | $ 28.39 | $ 113.28 |
| **Total** | **154,046** | **$ 3.59** | **$ -** | **$ 0.32** | **$ 0.01** | **$ -** | **$ -** | **$ 23.77** | **$ 66.74** |

[1] *Rate Add-Ons are inclusive of a 11.5% non-medical load*

Exhibit 3
Page 138 of 184

Ex. 1 - Wilson Decl.
Page 206 of 260

## Appendix VII.K: Primary Health of Josephine County, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.24 | $ - |
| PLMA | 2,556 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 3,267 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 11,458 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 29,617 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 6,081 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 3.36 | $ - |
| ABAD & OAA Medicaid Only | 6,999 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 24.62 | $ - |
| CAF | 2,176 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ 46.00 |
| ACA 19-44 | 36,261 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ - | $ - |
| ACA 45-54 | 14,252 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ - | $ - |
| ACA 55-64 | 14,043 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ - | $ - |
| BCCP | 122 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 24.62 | $ - |
| Total | 134,771 | $ 46.60 | | | | $ 46.60 | $ - | $ 1.53 | $ 0.74 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 7,942 | $ 3.77 | $ - | $ 1.41 | $ 0.03 | $ - | $ - | $ 23.99 | $ 71.39 |
| PLMA | 2,556 | $ 4.01 | $ - | $ 1.55 | $ 0.03 | $ - | $ - | $ 18.70 | $ 51.48 |
| CHILD 00-01 | 3,267 | $ 0.26 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ 1.42 | $ 9.35 |
| CHILD 01-05 | 11,458 | $ 0.24 | $ - | $ 0.16 | $ 0.00 | $ - | $ - | $ 22.38 | $ 43.03 |
| CHILD 06-18 | 29,617 | $ 0.38 | $ - | $ 0.86 | $ 0.02 | $ - | $ - | $ 22.34 | $ 58.22 |
| ABAD & OAA Duals | 6,081 | $ 30.77 | $ - | $ 0.29 | $ 0.01 | $ - | $ - | $ 27.13 | $ 103.51 |
| ABAD & OAA Medicaid Only | 6,999 | $ 32.85 | $ - | $ 12.75 | $ 0.26 | $ - | $ - | $ 28.39 | $ 247.06 |
| CAF | 2,176 | $ 1.36 | $ 3.39 | $ 7.33 | $ 0.15 | $ - | $ - | $ 25.07 | $ 298.39 |
| ACA 19-44 | 36,261 | $ 3.43 | $ - | $ 3.03 | $ 0.06 | $ - | $ - | $ 22.90 | $ 71.78 |
| ACA 45-54 | 14,252 | $ 6.85 | $ - | $ 3.16 | $ 0.06 | $ - | $ - | $ 33.01 | $ 91.20 |
| ACA 55-64 | 14,043 | $ 4.35 | $ - | $ 2.68 | $ 0.05 | $ - | $ - | $ 31.89 | $ 82.79 |
| BCCP | 122 | $ 32.85 | $ - | $ 2.31 | $ 0.05 | $ - | $ - | $ 28.39 | $ 142.49 |
| Total | 134,771 | $ 5.65 | $ 0.05 | $ 2.54 | $ 0.05 | $ - | $ - | $ 24.72 | $ 81.89 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 139 of 184

Ex. 1 - Wilson Decl.
Page 207 of 260

## Appendix VII.L: Trillium Community Health Plan, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 57,779 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.78 | $ - |
| PLMA | 20,080 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ 1.86 | $ - |
| CHILD 00-01 | 29,600 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ 3.80 | $ - |
| CHILD 01-05 | 107,817 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ 0.51 | $ - |
| CHILD 06-18 | 245,824 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ 0.67 | $ - |
| ABAD & OAA Duals | 49,880 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 0.73 | $ - |
| ABAD & OAA Medicaid Only | 65,231 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 5.78 | $ - |
| CAF | 24,757 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ 1.95 | $ 31.01 |
| ACA 19-44 | 301,144 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 1.38 | $ - |
| ACA 45-54 | 89,008 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 2.69 | $ - |
| ACA 55-64 | 79,765 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 2.95 | $ - |
| BCCP | 514 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 5.78 | $ - |
| **Total** | **1,071,399** | $ 48.05 | | | | $ 48.05 | $ - | $ 1.71 | $ 0.72 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 57,779 | $ 5.50 | $ - | $ 2.09 | $ 0.04 | $ - | $ - | $ 23.99 | $ 74.35 |
| PLMA | 20,080 | $ 5.84 | $ - | $ 1.79 | $ 0.04 | $ - | $ - | $ 18.70 | $ 55.42 |
| CHILD 00-01 | 29,600 | $ 0.38 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ 1.42 | $ 13.27 |
| CHILD 01-05 | 107,817 | $ 0.35 | $ - | $ 0.37 | $ 0.01 | $ - | $ - | $ 22.38 | $ 43.87 |
| CHILD 06-18 | 245,824 | $ 0.55 | $ - | $ 1.86 | $ 0.04 | $ - | $ - | $ 22.34 | $ 60.09 |
| ABAD & OAA Duals | 49,880 | $ 44.87 | $ - | $ 3.14 | $ 0.06 | $ - | $ - | $ 27.13 | $ 117.89 |
| ABAD & OAA Medicaid Only | 65,231 | $ 47.92 | $ - | $ 17.26 | $ 0.35 | $ - | $ - | $ 28.39 | $ 247.88 |
| CAF | 24,757 | $ 1.99 | $ 0.27 | $ 7.81 | $ 0.16 | $ - | $ - | $ 25.07 | $ 283.35 |
| ACA 19-44 | 301,144 | $ 5.00 | $ - | $ 3.66 | $ 0.07 | $ - | $ - | $ 22.90 | $ 75.37 |
| ACA 45-54 | 89,008 | $ 9.99 | $ - | $ 4.28 | $ 0.09 | $ - | $ - | $ 33.01 | $ 98.18 |
| ACA 55-64 | 79,765 | $ 6.35 | $ - | $ 2.78 | $ 0.06 | $ - | $ - | $ 31.89 | $ 87.83 |
| BCCP | 514 | $ 47.92 | $ - | $ 2.13 | $ 0.04 | $ - | $ - | $ 28.39 | $ 138.54 |
| **Total** | **1,071,399** | $ 8.36 | $ 0.01 | $ 3.58 | $ 0.07 | $ - | $ - | $ 24.20 | $ 86.69 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 140 of 184

Ex. 1 - Wilson Decl.
Page 208 of 260

**Appendix VII.M: DCIPA, LLC. Abn Umpqua Health Alliance**

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 20,416 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 1.24 | $ - |
| PLMA | 5,376 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ - | $ - |
| CHILD 00-01 | 8,818 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ - | $ - |
| CHILD 01-05 | 32,205 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ - | $ - |
| CHILD 06-18 | 70,266 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ - | $ - |
| ABAD & OAA Duals | 18,343 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 7.92 | $ - |
| ABAD & OAA Medicaid Only | 18,401 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 14.03 | $ - |
| CAF | 6,740 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ - | $ 76.89 |
| ACA 19-44 | 80,000 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 1.22 | $ - |
| ACA 45-54 | 27,667 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 1.26 | $ - |
| ACA 55-64 | 25,376 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 1.26 | $ - |
| BCCP | 197 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 14.03 | $ - |
| **Total** | **313,807** | $ 47.56 | | | | $ 47.56 | $ - | $ 1.90 | $ 1.65 |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 20,416 | $ 4.93 | $ - | $ 2.06 | $ 0.04 | $ - | $ - | $ 23.99 | $ 73.21 |
| PLMA | 5,376 | $ 5.24 | $ - | $ 1.46 | $ 0.03 | $ - | $ - | $ 18.70 | $ 52.62 |
| CHILD 00-01 | 8,818 | $ 0.34 | $ - | $ 0.03 | $ 0.00 | $ - | $ - | $ 1.42 | $ 9.43 |
| CHILD 01-05 | 32,205 | $ 0.31 | $ - | $ 0.27 | $ 0.01 | $ - | $ - | $ 22.38 | $ 43.21 |
| CHILD 06-18 | 70,266 | $ 0.49 | $ - | $ 1.48 | $ 0.03 | $ - | $ - | $ 22.34 | $ 58.97 |
| ABAD & OAA Duals | 18,343 | $ 40.22 | $ - | $ 0.19 | $ 0.00 | $ - | $ - | $ 27.13 | $ 117.42 |
| ABAD & OAA Medicaid Only | 18,401 | $ 42.95 | $ - | $ 19.59 | $ 0.40 | $ - | $ - | $ 28.39 | $ 253.54 |
| CAF | 6,740 | $ 1.78 | $ 3.39 | $ 7.48 | $ 0.15 | $ - | $ - | $ 25.07 | $ 329.85 |
| ACA 19-44 | 80,000 | $ 4.48 | $ - | $ 3.92 | $ 0.08 | $ - | $ - | $ 22.90 | $ 74.95 |
| ACA 45-54 | 27,667 | $ 8.96 | $ - | $ 3.74 | $ 0.08 | $ - | $ - | $ 33.01 | $ 95.15 |
| ACA 55-64 | 25,376 | $ 5.69 | $ - | $ 3.13 | $ 0.06 | $ - | $ - | $ 31.89 | $ 85.84 |
| BCCP | 197 | $ 42.95 | $ - | $ 2.57 | $ 0.05 | $ - | $ - | $ 28.39 | $ 142.26 |
| **Total** | **313,807** | $ 7.89 | $ 0.07 | $ 3.42 | $ 0.07 | $ - | $ - | $ 24.35 | $ 86.91 |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 141 of 184

Ex. 1 - Wilson Decl.
Page 209 of 260

## Appendix VII.N: Western Oregon Advanced Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 40.95 | 1.00 | 1.00 | 1.00 | $ 40.95 | $ - | $ 2.28 | $ - |
| PLMA | 3,695 | $ 27.20 | 1.00 | 1.00 | 1.00 | $ 27.20 | $ - | $ 0.08 | $ - |
| CHILD 00-01 | 6,044 | $ 7.64 | 1.00 | 1.00 | 1.00 | $ 7.64 | $ - | $ 0.07 | $ - |
| CHILD 01-05 | 23,304 | $ 20.24 | 1.00 | 1.00 | 1.00 | $ 20.24 | $ - | $ 0.06 | $ - |
| CHILD 06-18 | 50,214 | $ 34.63 | 1.00 | 1.00 | 1.00 | $ 34.63 | $ - | $ 0.19 | $ - |
| ABAD & OAA Duals | 15,543 | $ 41.96 | 1.00 | 1.00 | 1.00 | $ 41.96 | $ - | $ 0.27 | $ - |
| ABAD & OAA Medicaid Only | 17,229 | $ 148.18 | 1.00 | 1.00 | 1.00 | $ 148.18 | $ - | $ 0.78 | $ - |
| CAF | 5,814 | $ 215.09 | 1.00 | 1.00 | 1.00 | $ 215.09 | $ - | $ 1.59 | $ 18.57 |
| ACA 19-44 | 58,519 | $ 42.36 | 1.00 | 1.00 | 1.00 | $ 42.36 | $ - | $ 0.20 | $ - |
| ACA 45-54 | 23,417 | $ 48.12 | 1.00 | 1.00 | 1.00 | $ 48.12 | $ - | $ 0.26 | $ - |
| ACA 55-64 | 22,905 | $ 43.81 | 1.00 | 1.00 | 1.00 | $ 43.81 | $ - | $ 4.46 | $ - |
| BCCP | 172 | $ 54.26 | 1.00 | 1.00 | 1.00 | $ 54.26 | $ - | $ 0.78 | $ - |
| **Total** | **240,077** | $ **49.87** | | | | $ **49.87** | $ **-** | $ **0.79** | $ **0.45** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 13,221 | $ 6.13 | $ - | $ 3.61 | $ 0.07 | $ - | $ - | $ 23.99 | $ 77.03 |
| PLMA | 3,695 | $ 6.51 | $ - | $ 3.60 | $ 0.07 | $ - | $ - | $ 18.70 | $ 56.15 |
| CHILD 00-01 | 6,044 | $ 0.42 | $ - | $ 0.02 | $ 0.00 | $ - | $ - | $ 1.42 | $ 9.57 |
| CHILD 01-05 | 23,304 | $ 0.39 | $ - | $ 0.36 | $ 0.01 | $ - | $ - | $ 22.38 | $ 43.44 |
| CHILD 06-18 | 50,214 | $ 0.61 | $ - | $ 1.86 | $ 0.04 | $ - | $ - | $ 22.34 | $ 59.67 |
| ABAD & OAA Duals | 15,543 | $ 49.97 | $ - | $ 3.18 | $ 0.06 | $ - | $ - | $ 27.13 | $ 122.57 |
| ABAD & OAA Medicaid Only | 17,229 | $ 53.36 | $ - | $ 21.84 | $ 0.45 | $ - | $ - | $ 28.39 | $ 253.00 |
| CAF | 5,814 | $ 2.21 | $ - | $ 13.51 | $ 0.28 | $ - | $ - | $ 25.07 | $ 276.32 |
| ACA 19-44 | 58,519 | $ 5.57 | $ - | $ 6.73 | $ 0.14 | $ - | $ - | $ 22.90 | $ 77.89 |
| ACA 45-54 | 23,417 | $ 11.13 | $ - | $ 6.36 | $ 0.13 | $ - | $ - | $ 33.01 | $ 99.00 |
| ACA 55-64 | 22,905 | $ 7.07 | $ - | $ 5.57 | $ 0.11 | $ - | $ - | $ 31.89 | $ 92.90 |
| BCCP | 172 | $ 53.36 | $ - | $ 6.08 | $ 0.12 | $ - | $ - | $ 28.39 | $ 143.00 |
| **Total** | **240,077** | $ **10.89** | $ **-** | $ **5.58** | $ **0.11** | $ **-** | $ **-** | $ **24.75** | $ **92.44** |

[1] Rate Add-Ons are inclusive of a 11.8% non-medical load

Exhibit 3
Page 142 of 184

Ex. 1 - Wilson Decl.
Page 210 of 260

## Appendix VII.O: Willamette Valley Community Health, LLC

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor | | | | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Risk Score | A/B Adjustment | CCO Adjustment | PMPM | | | |
| TANF | 62,434 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ 0.68 | $ - |
| PLMA | 20,065 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ - | $ - |
| CHILD 00-01 | 39,643 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 160,642 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 361,728 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ - | $ - |
| ABAD & OAA Duals | 53,859 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ 7.53 | $ - |
| ABAD & OAA Medicaid Only | 55,258 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 14.14 | $ - |
| CAF | 15,686 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ - | $ 90.49 |
| ACA 19-44 | 260,640 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 0.69 | $ - |
| ACA 45-54 | 80,639 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ 0.69 | $ - |
| ACA 55-64 | 61,642 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ 0.70 | $ - |
| BCCP | 346 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 14.14 | $ - |
| **Total** | **1,172,579** | **$ 37.50** | | | | **$ 37.50** | **$ -** | **$ 1.29** | **$ 1.21** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TANF | 62,434 | $ 5.70 | $ - | $ 0.92 | $ 0.02 | $ - | $ - | $ 23.99 | $ 65.73 |
| PLMA | 20,065 | $ 6.06 | $ - | $ 0.09 | $ 0.00 | $ - | $ - | $ 18.70 | $ 49.25 |
| CHILD 00-01 | 39,643 | $ 0.39 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 15.83 |
| CHILD 01-05 | 160,642 | $ 0.36 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 48.20 |
| CHILD 06-18 | 361,728 | $ 0.57 | $ - | $ 0.35 | $ 0.01 | $ - | $ - | $ 22.34 | $ 58.00 |
| ABAD & OAA Duals | 53,859 | $ 46.51 | $ - | $ 0.22 | $ 0.00 | $ - | $ - | $ 27.13 | $ 118.07 |
| ABAD & OAA Medicaid Only | 55,258 | $ 49.67 | $ - | $ 6.51 | $ 0.13 | $ - | $ - | $ 28.39 | $ 181.54 |
| CAF | 15,686 | $ 2.06 | $ 3.05 | $ 0.75 | $ 0.02 | $ - | $ - | $ 25.07 | $ 278.43 |
| ACA 19-44 | 260,640 | $ 5.18 | $ - | $ 1.99 | $ 0.04 | $ - | $ - | $ 22.90 | $ 68.97 |
| ACA 45-54 | 80,639 | $ 10.36 | $ - | $ 1.35 | $ 0.03 | $ - | $ - | $ 33.01 | $ 84.34 |
| ACA 55-64 | 61,642 | $ 6.58 | $ - | $ 0.63 | $ 0.01 | $ - | $ - | $ 31.89 | $ 72.53 |
| BCCP | 346 | $ 49.67 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 106.90 |
| **Total** | **1,172,579** | **$ 7.38** | **$ 0.04** | **$ 1.05** | **$ 0.02** | **$ -** | **$ -** | **$ 23.57** | **$ 72.05** |

[1] Rate Add-Ons are inclusive of a 9.7% non-medical load

Exhibit 3
Page 143 of 184

Ex. 1 - Wilson Decl.
Page 211 of 260

## Appendix VII.P: Yamhill County Care Organization, Inc.

| COA | CY 2015 MMs | Regional Base PMPM | Risk Factor Risk Score | A/B Adjustment | CCO Adjustment | PMPM | Breakthrough Therapy | ACT/SE [1] | Children's Wraparound [1] |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 34.42 | 1.00 | 1.00 | 1.00 | $ 34.42 | $ - | $ 5.00 | $ - |
| PLMA | 4,907 | $ 24.41 | 1.00 | 1.00 | 1.00 | $ 24.41 | $ - | $ 0.87 | $ - |
| CHILD 00-01 | 8,354 | $ 14.03 | 1.00 | 1.00 | 1.00 | $ 14.03 | $ - | $ - | $ - |
| CHILD 01-05 | 34,842 | $ 25.46 | 1.00 | 1.00 | 1.00 | $ 25.46 | $ - | $ - | $ - |
| CHILD 06-18 | 82,112 | $ 34.74 | 1.00 | 1.00 | 1.00 | $ 34.74 | $ - | $ 0.02 | $ - |
| ABAD & OAA Duals | 6,505 | $ 36.68 | 1.00 | 1.00 | 1.00 | $ 36.68 | $ - | $ 8.63 | $ - |
| ABAD & OAA Medicaid Only | 8,809 | $ 82.70 | 1.00 | 1.00 | 1.00 | $ 82.70 | $ - | $ 14.07 | $ - |
| CAF | 3,389 | $ 157.00 | 1.00 | 1.00 | 1.00 | $ 157.00 | $ - | $ - | $ 126.14 |
| ACA 19-44 | 64,738 | $ 38.17 | 1.00 | 1.00 | 1.00 | $ 38.17 | $ - | $ 3.42 | $ - |
| ACA 45-54 | 21,328 | $ 38.90 | 1.00 | 1.00 | 1.00 | $ 38.90 | $ - | $ 7.31 | $ - |
| ACA 55-64 | 17,196 | $ 32.71 | 1.00 | 1.00 | 1.00 | $ 32.71 | $ - | $ 3.70 | $ - |
| BCCP | 122 | $ 14.70 | 1.00 | 1.00 | 1.00 | $ 14.70 | $ - | $ 14.07 | $ - |
| **Total** | **267,808** | **$ 36.87** | | | | **$ 36.87** | **$ -** | **$ 2.64** | **$ 1.60** |

| COA | CY 2015 MMs | NEMT [1] | CANS [1] | Tier 1 HRA | Tier 1 HRA Admin | Tier 2 HRA | Health Insurer Fee | Dental | CY17 Payment Rate |
|---|---|---|---|---|---|---|---|---|---|
| TANF | 15,506 | $ 8.06 | $ - | $ 1.26 | $ 0.03 | $ - | $ - | $ 23.99 | $ 72.75 |
| PLMA | 4,907 | $ 8.56 | $ - | $ 0.11 | $ 0.00 | $ - | $ - | $ 18.70 | $ 52.65 |
| CHILD 00-01 | 8,354 | $ 0.55 | $ - | $ - | $ - | $ - | $ - | $ 1.42 | $ 15.99 |
| CHILD 01-05 | 34,842 | $ 0.51 | $ - | $ - | $ - | $ - | $ - | $ 22.38 | $ 48.35 |
| CHILD 06-18 | 82,112 | $ 0.81 | $ - | $ 0.69 | $ 0.01 | $ - | $ - | $ 22.34 | $ 58.61 |
| ABAD & OAA Duals | 6,505 | $ 65.72 | $ - | $ 0.31 | $ 0.01 | $ - | $ - | $ 27.13 | $ 138.49 |
| ABAD & OAA Medicaid Only | 8,809 | $ 70.19 | $ - | $ 11.04 | $ 0.23 | $ - | $ - | $ 28.39 | $ 206.61 |
| CAF | 3,389 | $ 2.91 | $ 2.07 | $ 1.26 | $ 0.03 | $ - | $ - | $ 25.07 | $ 314.47 |
| ACA 19-44 | 64,738 | $ 7.32 | $ - | $ 2.55 | $ 0.05 | $ - | $ - | $ 22.90 | $ 74.41 |
| ACA 45-54 | 21,328 | $ 14.64 | $ - | $ 1.25 | $ 0.03 | $ - | $ - | $ 33.01 | $ 95.13 |
| ACA 55-64 | 17,196 | $ 9.29 | $ - | $ 0.69 | $ 0.01 | $ - | $ - | $ 31.89 | $ 78.30 |
| BCCP | 122 | $ 70.19 | $ - | $ - | $ - | $ - | $ - | $ 28.39 | $ 127.36 |
| **Total** | **267,808** | **$ 8.46** | **$ 0.03** | **$ 1.44** | **$ 0.03** | **$ -** | **$ -** | **$ 23.67** | **$ 74.73** |

[1] *Rate Add-Ons are inclusive of a 9.7% non-medical load*

Exhibit 3
Page 144 of 184

Ex. 1 - Wilson Decl.
Page 212 of 260

## Appendix VIII Reimbursement Policy

Please see accompanying PDF document titled: "OR CY17 Rates - Appendix VIII Reimbursement Policy.pdf"

Exhibit 3
Page 145 of 184

Ex. 1 - Wilson Decl.
Page 213 of 260

## Appendix IX ABA & Hep-C Risk Corridor

Please see accompanying PDF document titled: "OR CY17 Rates - Appendix IX ABA & Hep-C Risk Corridor.pdf"

Exhibit 3
Page 146 of 184

Ex. 1 - Wilson Decl.
Page 214 of 260

## Appendix X CDPS+Rx Risk Score Methodology

Please see accompanying PDF document titled: "OR CY17 Rates - Appendix X CDPS+Rx Risk Score Methodology.pdf"

Exhibit 3
Page 147 of 184

Ex. 1 - Wilson Decl.
Page 215 of 260

## Appendix XI CCO Q&As

Please see accompanying PDF documents titled:
"OR CY17 Rates - Appendix XI CCO Q&As NorthWest.pdf"
"OR CY17 Rates - Appendix XI CCO Q&As SouthWest.pdf"
"OR CY17 Rates - Appendix XI CCO Q&As Tri-County.pdf"

Exhibit 3
Page 148 of 184

Ex. 1 - Wilson Decl.
Page 216 of 260

## Appendix XII Dental Adjustment

Please see accompanying PDF document titled: "OR CY17 Rates - Appendix XII Dental Adjustment.pdf"

Exhibit 3
Page 149 of 184

Ex. 1 - Wilson Decl.
Page 217 of 260



# 2017 Reimbursement Review

## Rate Process Overview

As of September 30, 2016, the Oregon Health Authority presented the 2017 rates to CCOs and is finalizing the submission of rates and the actuarial certification to CMS. OHA has continued to contract with Optumas, our Medicaid Actuarial consultant, to develop and certify the 2017 rates. The rate development leverages the regional and risk score methodology used for 2015 and 2016 CCO rates. As part of this development process, Optumas and OHA reviewed the CCO 2015 financial information submitted by CCOs and created the regional base data, which is the basis for the 2017 rates. The following outlines how those adjustments were determined.

## 2015 Financial Picture and Rate Setting

During the 2015 financial review process, Optumas found that some CCOs were reporting a significant increase in per member spending from 2014 to 2015, while others were reporting sustainable or low rates of growth. However, **on aggregate, the per member costs from 2014 to 2015 still grew at a rate of 8.6% as reported by CCOs (see next page for graphs).** This growth rate far out-paced the sustainable rate of growth of 3.4%.

OHA asked Optumas to explore the drivers for CCOs that experienced significant increases, and found a major driver was due to business decisions made by the CCOs, including the business decision to increase reimbursement and/or payout surpluses to providers as incentives. Other significant drivers that affected CCO increases in per member cost include increased pharmacy and A/B hospital costs.

### Drivers of increased costs per member from 2014 to 2015

- Increased reimbursement to providers between 2014 to 2015 for specific CCOs
- Surplus payouts to providers (incentive payments) for specific CCOs
- Increased pharmacy costs (both generic and brand) affecting all CCOs
- Increased A/B hospital costs for specific CCOs

Given the noted reimbursement increases and increased incentives, OHA asked Optumas to conduct a reimbursement analysis across the program to further understand the changes over time. The following graphs provide more insight to the landscape of the growth reported by CCOs at a regional level from 2014 to 2015.

Exhibit 3
Page 150 of 184

Ex. 1 - Wilson Decl.
Page 218 of 260

## 2014 to 2015 Implied Growth Rate
*CCO reported financial comparison by region and statewide, adjusted for population mix*



## 2014 to 2015 Implied Growth Rate by CCO
*CCO reported financial comparison, adjusted for population mix*



Exhibit 3
Page 151 of 184

## Base Data Policy and Reimbursement Review

Based on the information laid out above, OHA adopted a rate development policy to mitigate the high rate of growth from 2014 to 2015. The policy still promotes efficiency and the success we've seen with lower growth for some CCOs. Without action, the State of Oregon would be in jeopardy of not achieving the 3.4% sustainable rate of growth agreed upon with CMS. **Please note, these rate adjustments do not result in a CCO-specific rate increase or decrease, due to the regional rate methodology.**

**Policy Principles**:
- Develop a policy that promotes containing costs across a CCO's budget, no matter the reimbursement method or reimbursement level.
- Do not perpetuate CCO business decisions of increased spending from 2014 to 2015 into 2017, unless they are sustainable.
- Do not carry forward into 2017 increased incentives or reimbursement payments that were the result of payout surpluses gained in 2014 and 2015.

**2017 Base Data Policy**:
- For CCOs that met a sustainable growth rate, no reimbursement adjustment was made. However, surplus and one-time costs were removed.
- For CCOs that were outliers and above a sustainable growth, and also had increased reimbursement from 2014 to 2015 – adjustments were made in claims level reimbursement and/or incentive payments.

After the above policy was applied, the base data resulted in a 4.7% increase from 2014 to 2015. While the sustainable rate of growth was used to evaluate drivers, if CCOs experienced increased costs based on such things as pharmacy or A/B hospital expenditures, adjustments were not made to those categories. **In summary, the base data was not adjusted to attain a sustainable rate of growth, but was evaluated to reveal drivers of growth that are both unsustainable and significantly above national trends and Oregon's sustainable rate of growth of 3.4%**

| Region | CY14 to CY15 PMPM Rate of Growth - Mix Adjusted | | CY15 Financial Dollars | | |
| | Reported Financials [1] | Adjusted Financials [2] | Reported Financials [1] | Adjusted Financials [2] | Difference |
|---|---|---|---|---|---|
| Tri-County | 8.8% | 5.6% | $ 1,151,175,403 | $ 1,116,762,916 | $ (34,412,487) |
| Northwest | 5.5% | 3.1% | $ 719,413,330 | $ 703,265,950 | $ (16,147,380) |
| Southwest | 10.4% | 3.9% | $ 814,775,774 | $ 766,804,592 | $ (47,971,181) |
| Central/Eastern | 9.7% | 6.4% | $ 502,302,716 | $ 487,321,980 | $ (14,980,736) |
| Statewide | 8.6% | 4.7% | $ 3,187,667,223 | $ 3,074,155,437 | $ (113,511,785) |

## CMS Final Rule

In addition, the new Centers for Medicare and Medicaid Services (CMS) Managed Care Rule, gives states the discretion to set minimum and maximum reimbursement levels that are reasonable to attain access to services, and gives states additional flexibility to determine which services and models are appropriate for value-based purchasing. (§438.4(b)(3))   This new guidance supports OHA's ability to conduct reimbursement analyses and develop policy related to business models that affect reimbursement and incentives.

Exhibit 3
Page 152 of 184

Ex. 1 - Wilson Decl.
Page 220 of 260

**CCO Risk Corridor**

    a.    **Definitions**

The following definitions apply solely within this Exhibit C, Section 6.

(1)    "ABA" means applied behavioral analysis, as further described in the Prioritized List of Health Services.

(2)    "ABA Expense" means priced encounters for eligible ABA services during the ABA Risk Corridor Period.

(3)    "ABA Risk Corridor Period" means July 1, 2016 through December 31, 2017.

(4)    "ABA Revenue" means an amount included in the ABA adjustment specified in the Contractor Rates as set forth in Attachment 1 to this Exhibit C multiplied by Contractor's Member enrollment for the ABA Risk Corridor Period, and 50% of the administrative allowance attributed to the ABA adjustment described below.

**(5)    "Hepatitis C DAA drugs" means the class of direct acting antiviral (DAA) drugs to treat Hepatitis C.**

**(6)    "Hepatitis C DAA Expense" means encounters with a paid amount recorded for Hepatitis C DAA drugs during the Hepatitis C Risk Corridor Period.**

**(7)    "Hepatitis C Risk Corridor Period" means January 1, 2017 through December 31, 2017.**

**(8)    "Hepatitis C DAA Revenue" means an amount included in the Hepatitis C DAA adjustment specified in the Contractor Rates as set forth in Attachment 1 to this Exhibit C multiplied by Contractor's Member enrollment for the Hepatitis C Risk Corridor Period.**

**(9)    "Hepatitis C DAA Admin Revenue" means the administrative allowance attributed to the Hepatitis C DAA adjustment in Attachment 1 to this Exhibit C multiplied by Contractor's Member enrollment for the Hepatitis C Risk Corridor Period.**

Exhibit 3
Page 153 of 184

Ex. 1 - Wilson Decl.
Page 221 of 260

(10) **"Statewide Supplemental Rebate Agreement" means an agreement entered into by OHA with a prescription drug manufacturer for a pricing agreement /or rebate agreement, or combination thereof, with requirements regarding dispensing criteria, preferred drug list placement, or prior authorization criteria. OHA will provide Contractor a list of the provisions applicable to Contractor as contained within the Statewide Supplemental Rebate Agreement to ensure consistent application of the provisions contained therein by all CCOs. OHA will provide Contractor 60 days' prior written notice of the applicable Statewide Supplemental Rebate Agreement provisions.**

(11) **"CCO Risk Corridor"** means a risk sharing mechanism in which OHA and Contractor share in both higher and lower than adjusted expenses under the Contract outside of the predetermined target amount, so that if Contractor's adjusted expenses are outside the corridor in which the Contractor is responsible for all its adjusted expenses, the OHA contributes a portion toward additional adjusted expenses, or receives a portion of lower adjusted expenses.

(12) **"Charge"** means the flow of funds from the Contractor to the OHA.

(13) **"Offsets"** means amounts that are not included in the CCO Payment from OHA but that are received from other sources in relation to allowable expenses covered by this Risk Corridor. Offsets include but are not limited to third party resources, Medicare, reinsurance (if any), or other funds or services that resulted in reduction of expenses. Offsets are calculated on an accrual basis.

(14) **"Payment"** means the flow of funds from OHA to Contractor.

b. **Operation of the CCO Risk Corridor**

Contractor shall comply with the requirements for administration of the risk corridor established in this Section. The CCO Risk Corridor utilizes specific percentages above and below a target amount, establishing "bands" of risk, which define how the

Exhibit 3
Page 154 of 184

Ex. 1 - Wilson Decl.
Page 222 of 260

Contractor and OHA will review the adjusted costs of **the ABA Expenses of Members receiving eligible ABA services during the ABA Risk Corridor Period and the Hepatitis C DAA Expenses of Members during the Hepatitis C Risk Corridor Period,** both as subject to settlement.

(1)     ABA Settlements.

     (a)     Completion of data submissions.  Encounter data for the period from July 1, 2016 through December 31, 2017 (18 months), must be submitted to OHA no later than April 30, 2018. Contractor shall submit the following information to OHA for Members receiving ABA for dates of service during the ABA Risk Corridor Period.

          (i)     Timely and accurate encounter data for all ABA services for Members, with claims including ABA procedure codes and a diagnosis of autism or self-injurious behavior, as set forth in the Prioritized List of Health Services.

          (ii)     A form specified by OHA, accompanied by an attestation that all Members who received eligible ABA  services followed the required prior authorization protocol as specified in OAR 410-172-0650(4)(h).

     (b)     OHA will compare the ABA Expenses using the encounter data.  OHA may request additional information if needed for clarification. A settlement report in a form prepared by OHA with information about the methodology will be sent to CCOs for encounter data validation purposes. The settlement process is further described in OHA's Applied Behavioral Analysis (ABA) Implementation Policy and Procedures available on the CCO Contract Reports Web Site.

     (c)     ABA Expenses will be compared with ABA Revenue.

     (d)     The outcome of this process will be used to determine whether OHA owes a payment to the

Exhibit 3
Page 155 of 184

Ex. 1 - Wilson Decl.
Page 223 of 260

Contractor or the Contractor owes a payment to OHA.

(2)     ABA Risk Corridor Payments

(a)     Contractor will receive a payment from OHA in the following amounts under the following circumstances:

(i)     When Contractor's ABA Expenses for the ABA Risk Corridor Period are between 110 percent and 120 percent of the ABA Revenue, OHA will pay Contractor an amount equal to 50 percent of the ABA Expenses between 110 percent and 120 percent of the ABA Revenue; or

(ii)     When Contractor's ABA Expenses for the ABA Risk Corridor Period are equal to or greater than 120 percent of the ABA Revenue, OHA will pay Contractor an amount equal to 100 percent of ABA Expenses in excess of 120 percent of the ABA Revenue, and 50 percent of ABA Expenses between 110 percent and 120 percent of ABA Revenue.

(b)     Contractor will owe payments to OHA in the following amounts under the following circumstances:

(i)     When Contractor's ABA Expenses for the ABA Risk Corridor Period are between 80 percent and 90 percent of the ABA Revenue, the Contractor will owe OHA an amount equal to 50 percent of the excess between 90 percent of the ABA Revenue and the ABA Expenses; or

(ii)     When Contractor's ABA Expenses for the ABA Risk Corridor Period are less than, or equal to, 80 percent of the ABA Revenue, the Contractor shall owe OHA an amount equal to 100 percent of the difference between the Contractor's ABA Expenses and 80 percent of the ABA Revenue; and the Contractor shall owe OHA 50 percent of ABA Revenue between the 80 percent and 90 percent corridor.

(c)     OHA will, after conferring with the Contractor about the method and timing of the payment or charge, make the

Exhibit 3
Page 156 of 184

Ex. 1 - Wilson Decl.
Page 224 of 260

payment to Contractor or require a payment from Contractor by adjusting future payments to Contractor.

**(3)     Hepatitis C DAA Settlements.**

**(a)     Completion of Data Submissions.  Encounter Data for the period from January 1, 2017 through December 31, 2017 (12 months), must be submitted to OHA no later than April 30, 2018. Contractor shall submit the following information to OHA for Members receiving Hepatitis C DAA drugs for dates of service during the Hepatitis C Risk Corridor Period:**

**(i)     Timely and accurate Encounter Data for all Hepatitis C DAA drugs.**

**(ii)     A form specified by OHA, accompanied by an attestation that any restrictive drug list (as defined in OAR 410-141-3070) will, at a minimum, include the Hepatitis C DAA drugs included on the OHA-approved fee for service ("FFS") Preferred Drug List (also known as the practitioner managed prescription drug plan or "PMPDP"). Contractor may continue to prefer additional Hepatitis C DAA drugs, so long as doing so does not conflict with any Statewide Supplemental Rebate Agreement entered into by OHA. Any drugs found to be in conflict with a Statewide Supplemental Rebate Agreement included in the Contractor's Hepatitis C DAA data will be repriced as if the FFS preferred drug were used (net of rebates), if reported cost is higher.**

**(iii)     A form specified by OHA, accompanied by an attestation that all Members eligible for, and who received, Hepatitis C DAA drugs followed the same criteria and prior authorization protocol as specified in the OHA-approved coverage criteria for FFS members. The FFS criteria do not apply when Medicaid is the secondary payer. CCOs may specify alternative criteria for non-preferred PMPDP Hepatitis C DAA drugs, as long as doing so does not conflict with any Statewide Supplemental Rebate Agreements entered into by OHA.**

Exhibit 3
Page 157 of 184

Ex. 1 - Wilson Decl.
Page 225 of 260

(iv)    **A form specified by OHA, containing an attestation completed by Contractor that Contractor has not received and will not seek conflicting supplemental rebates for Hepatitis C DAA drugs dispensed during the Hepatitis C Risk Corridor Period. In the same form, Contractor shall also report any offsets as it relates to Hepatitis C DAA Expenses. CCOs can continue to collect supplemental rebates for Hepatitis C DAA drugs, as long as doing so does not conflict with any Statewide Supplemental Rebate Agreements entered into by OHA.**

(v)    **A form specified by OHA, containing an attestation completed by Contractor detailing the care management protocol for each Member receiving DAA drugs for treatment of Hepatitis C. Prior to commencement of the Hepatitis C Risk Corridor Period, OHA will consult with the Coordinated Care Organizations to develop a definition for "adequate care management". The definition will be posted to the Contract Reports Web Site, prior to January 1, 2017.**

(b)    **OHA will compare the Hepatitis C Expenses using the paid amounts reported on the Encounter Data.  OHA may request additional information if needed for clarification, or if any encounters have a zero paid amounts. A settlement report in a form prepared by OHA with information about the methodology will be sent to CCOs for Encounter Data validation purposes.**

(c)    **Hepatitis C DAA Expenses will be compared with Hepatitis C DAA Revenue.**

(d)    **Hepatitis C DAA Admin Revenue will be evaluated against Contractor's care management protocol contained in the form referenced above. Contractor will be required to return a portion of the Hepatitis C DAA Admin Revenue to OHA if OHA determines, in its sole discretion, that Contractor failed to perform adequate care management for Hepatitis C DAA Drugs.**

(e)    **The outcome of this settlement process will be used to determine whether OHA owes a payment to the Contractor or the Contractor owes a payment to OHA.**

Exhibit 3
Page 158 of 184

Ex. 1 - Wilson Decl.
Page 226 of 260

**(4)     Hepatitis C Risk Corridor Payments**

**(a)     Contractor will receive a payment from OHA in the following amounts under the following circumstances:**

**(i)     When Contractor's Hepatitis C DAA Expenses for the Hepatitis C Risk Corridor Period are equal to or greater than 105 percent of the Hepatitis C DAA Revenue, OHA will pay Contractor an amount equal to 100 percent of Hepatitis C DAA Expenses in excess of 105 percent of the Hepatitis C Revenue.**

**(b)     Contractor will owe payments to OHA in the following amounts under the following circumstances:**

**(i)     When Contractor's Hepatitis C DAA Expenses for the Hepatitis C Risk Corridor Period are less than, or equal to, 95 percent of the Hepatitis C DAA Revenue, the Contractor shall owe OHA an amount equal to 100 percent of the difference between the Contractor's Hepatitis C Expenses and 95 percent of the Hepatitis C DAA Revenue.**

**(c)     OHA will, after conferring with the Contractor about the method and timing of the payment or charge, make the payment to Contractor or require a payment from Contractor by adjusting future payments to Contractor.**

Exhibit 3
Page 159 of 184

Ex. 1 - Wilson Decl.
Page 227 of 260

# Oregon - 2017 CDPS+Rx Risk Score Methodology

## Overview

The following narrative describes the steps and assumptions used in the application of risk scores for the Oregon CY17 rate development.

## Data

Consistent with the CY15 and CY16 rate setting, **Optumas** used the Combined Chronic Illness and Pharmacy Payment System (CDPS+Rx) to assess the risk of the Medicaid-eligible population currently enrolled with the Coordinated Care Organizations (CCOs). The newest CDPS+Rx risk model (Version 6.1) was used to develop the risk factors applied in the CY17 rate development.  CY15 eligibility was used for both rate development and CDPS+Rx risk score development, however, an updated CY15 eligibility file was pulled on 8/29/2016 for the CDPS+Rx analysis in order to get the most recent information related to CY15 membership. The same CY15 claims data used in the base data development was used for the CDPS+Rx analysis. The CY15 claims data was pulled in April 2016 and included runout data paid through March 2016. CCOs received a copy of the claims data on 6/27/2016

## Data Validation

**Optumas** conducted several validation checks to ensure the CPDS+RX results were both accurate and appropriate to apply in the CY17 rate development. It was concluded that 99.99% of all members included in the original CY15 eligibility file were captured and assigned a risk factor during the CDPS+Rx analysis. In addition, **Optumas** performed several scenario tests to evaluate the change in risk scores based on the following snapshot periods:

- Members enrolled in CY15
- Members enrolled in the last quarter of CY15 (October-December 2015)
- Members enrolled in the second quarter of CY16 (April-June 2016)

It was determined that the normalized risk scores had no significant variation between the three snapshot periods which resulted in the decision to use the full CY15 enrollment.

Exhibit 3
Page 160 of 184

Ex. 1 - Wilson Decl.
Page 228 of 260

Additional scenario tests were performed to determine the impact of member duration on the risk score calculation. **Optumas** evaluated the change in risk scores based on the following member duration scenarios:

- Members with any duration in CY15
- Members with 3+ months of duration in CY15
- Members with 6+ months of duration in CY15

In assessing the appropriate threshold of member duration, **Optumas** wanted to evaluate the change in risk scores as well as the number of scored members versus non-scored members during the various scenarios. In conclusion, **Optumas** determined that the most appropriate durational threshold was 6+ months, which aligns with the widely accepted industry standard.

## Methodology Overview

*What weights were used?*
**Optumas** is using the prospective national weights as opposed to state specific weights.  In addition, there are separate weights used for disabled adults and children (DADC), TANF adults (AA), and TANF children (AC).  OHA will continue to collaborate with the CCOs to develop state specific weights for future rate cycles.

*How are members attributed to specific rating cohorts and CCOs?*
Members are attributed to the rating cohort and CCO reflective in their last month of eligibility within CY15.  For example, a member enrolled with CCO A through June 2015 and then CCO B through December 2015 would be assigned to CCO B.  This will assign members to their most recent CCO and rating cohort allowing the aggregate risk scores to best reflect the risk of known enrollment.

*How are scored vs unscored members addressed?*
Members that have less than 6 months of duration within CY15 are considered to be non-scored members.  Non-scored members are assumed to be similar to the scored members with respect to total risk score, therefore all non-scored members are assigned the average risk score for the CCO and rating cohort in which they are attributed. A summary of scored members' vs non-scored members by rating cohort and CCO are shown in Appendix II.B.

*Which specific rating cohorts are not risk adjusted using CDPS+Rx?*
**PLMA** – Since the PLMA cohort consists of pregnant women, challenges exist when using a tool such as CDPS+Rx to measure risk of the population.  This population typically has shorter enrollment duration than other cohorts, and the largest cost driver is typically the delivery event incurred by these members, which is accounted for through the maternity case rate payment.
**Child 00-01** – This cohort consists of children under the age of 1.  Since the driver of cost differences within this cohort are typically indicative of costs associated with the birth of a newborn, rather than a chronic condition.  Additionally, durational concerns play a role in this decision, since the majority of these members will reside in a different cohort the following year, which conflicts with the prospective nature of the risk score tool.
**Dual-Meds** – Since not all claims for Medicare eligibles are available in Medicaid data, the full spectrum of diagnosis codes that relate to this population cannot be used in the calculation of each members' risk

Exhibit 3
Page 161 of 184

Ex. 1 - Wilson Decl.
Page 229 of 260

score.  Furthermore, the majority of costs are the responsibility of Medicare, and not necessarily reflective of costs that CCOs are responsible for.  Therefore, the CDPS+Rx tool has not been used for this cohort.

**CAF** – Due to the transient nature of foster care children, as well as the unique utilization profile that these members have with regard to behavioral health services, the CDPS+Rx tool may not necessarily capture the true risk of this population.

*How is credibility addressed within the analysis?*
Specific rating cohorts within each CCO that have less than 2,000 unique members are adjusted for credibility by using classical credibility formula:

(Member Months / 24,000) ^ (.5) = weight given to the CCO specific rating cohort

The complement percentage is given to the regional average for that rating cohort.  The result is a credibility adjusted risk score that mitigates bias due to cell size.

*How are CCO specific risk scores calculated?*
Once members have been attributed, risk scores are summarized by rating cohort and CCO.  Credibility is applied as needed to the summarized values resulting in CCO specific scores for each rating cohort. These CCO specific risk scores by rating cohort are then aggregated into regional risk scores by rating cohort.  This allows each CCO specific risk score by rating cohort to be normalize by dividing by the regional risk score for that same rating cohort.

*How are normalized risk scores applied?*
Normalized risk scores are applied in a budget neutral manner, ensuring that no cost are removed or added by applying the risk score factors to the regional benchmark for a given rating cohort.

Exhibit 3
Page 162 of 184

Ex. 1 - Wilson Decl.
Page 230 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 1 | Yamhill | **Summary of the Concern:** Concerned about the regional non-medical load methodology used for 2017 and believes that Yamhill's continued investment in alternatives to traditional services is key to bringing about a holistic system of care with lower costs and better health outcomes. We respectively request that OHA review the impact of this decision on Yamhill CCO and propose an alternative that is more aligned with the system investments the company is making. It is imperative that CCOs supported in these efforts and the best to do that is by using a CCO specific methodology that acknowledges the transformational work that a CCO is doing and encourages continued system investments. | OHA and Optumas agree that a CCO specific approach to administrative expense, flex services, and care management is a better mechanism in matching payment to risk due to varying levels of outreach with respect to flex services and care management. OHA and Optumas also adhere to the idea of having a transparent process in developing rates as well as promoting a collaborative process in designing the methodology. As such, based on feedback from the broader CCO group, CCO specific administrative expense was not pursued this cycle due to concerns surrounding consistency in reporting and defining these services. OHA will encourage discussions with and between participating CCOs over the next few months to promote more consistency with respect to the reporting of these services. OHA and Optumas will continue to champion the idea of CCO specific adjustments in the area for the next rating cycle. |

Exhibit 3
Page 163 of 184

Ex. 1 - Wilson Decl.
Page 231 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|-------------|----------------------|
| 1 | Trillium | The State has made a significant reduction to our base data and we understand that other reductions were made to the base data of other CCOs. | In the current 1115 waiver, OHA encourages CCOs spend money to improve outcomes and lower costs, including paying providers for value or through alternative arrangements. OHA has also committed to a sustainable rate of growth to both CMS in the 1115 waiver and to the Oregon legislature. In the reimbursement document attached, OHA lays out that CCOs can reimburse providers at any level deemed necessary, as long as the total growth rate is not unsustainable and does not negatively impact our commitment to our federal and state partners.<br><br>The underlying cost/reimbursement was reviewed across the Southwest region for Inpatient, Outpatient, and Professional Services.  Any reimbursement, inclusive of FFS, subcapitation and incentive dollars, that was an outlier was adjusted to reflect a more reasonable reimbursement level.  Inclusive of this adjustment, the Southwest region received an overall increase of 0.6%.  OHA assumes that current CY2016 rates are allowing for timely access to services, adequate networks, and coordination of continuity of care, given the recent performance on quality metrics and current financial solvency.  Therefore, an overall regional increase of 0.6%, and 4.4% specific increase for this particular CCO is expected to allow the CCOs within the Southwest region to continue the current level of outreach and member access.  The assertion that the analysis and documentation surrounding the reimbursement adjustment was not shared is false, as each CCO impacted by the reimbursement adjustment had a call with OHA/Optumas to walk through the analysis and results.  In addition, each CCOs data used within the analysis was shared with that CCO.<br><br>The assertion that this adjustment jeopardizes member access is implying that a 4.4) increase in revenue from CY2016 levels in some way interrupts access. OHA would be interested in exploring how this may materialize with this CCO given this rate of growth is higher than the statewide sustainable rate of growth commitment to CMS and state partners. |

Exhibit 3
Page 164 of 184

Ex. 1 - Wilson Decl.
Page 232 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 2 | Trillium | The State is reducing what is built into the rates for the non-medical load by cutting the risk & contingency margin by half without justification. | The risk contingency component of the non-medical load has been reduced from 1.0% to 0.5% due to several factors<br>1) The implementation of risk corridor around HEP-C<br>2) The implementation of risk corridor around ABA<br>3) More information being available for the ACA population and their related risk/acuity<br>These factors lower the level of unexpected risk within the contract period and therefore support the lower risk contingency factor which was introduced due to the uncertainty surrounding these services and population.   OHA encourages each CCO to benchmark the non-medical load used within the rate development to their internal administrative expenditures and determine reasonableness for their CCO. |
| 3 | Trillium | Finally, we would appreciate a methodology description of several rate development components such as trend and the "add-on" payments. | Trends have been shared with the CCOs at a category of aid and category of service level.  OHA encourages the CCOs to compare these trends with their internal trend projections to assist in determining the risk associated with the projected capitation rates.<br><br>The add-on adjustments have been shared with the CCOs and OHA/Optumas have walked each CCO through the developed adjustments.  The adjustments were based on the CCO reported expenditures for these add-on services within the financial template. |

Exhibit 3
Page 165 of 184

Ex. 1 - Wilson Decl.
Page 233 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 4 | Trillium | As previously requested, please provide a file that will allow us to crosswalk between the financial template we submitted and the regional base data. At a minimum, this file should include:<br>• PMPMs taken from the financial templates by category of aid for CCO-A members in each CCO in the region<br>• PMPM adjustments by the same groupings or in total that:<br>   ○ Reconcile between encounter and financial template data,<br>   ○ Remove Hepatitis C from the base data,<br>   ○ Remove case management and flexible services to be included in the NML calculation,<br>   ○ Remove "outlier" payments, and<br>   ○ Reflect any other data adjustments that were made. | CCOs were sent a summary showing their contribution to the regional average by rating cohort. In addition, CCOs have been provided specific validation summaries to ensure that all appropriate costs have been included in the base data for that CCO. |
| 5 | Trillium | Specifically for the "outlier" payment adjustments above, please provide:<br>• A written explanation as to how these reductions are actuarially sound. | Rates need to be robust enough to allow for appropriate access to care for all members. After the adjustment in question, Trillium received a 4.4% overall increase in their 2017 payment rates. Since there has not been any major changes in population risk for Trillium, OHA believes this adjustment is reasonable and consistent with both actuarially sound principles. As mentioned above, if the increase does somehow interrupt member access, OHA leadership would be interested in having follow up discussions with Trillium to discuss. Please reference the attached reimbursement document for additional background. |

Exhibit 3
Page 166 of 184

Ex. 1 - Wilson Decl.
Page 234 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 6 | Trillium | A comparison of relative unit costs or utilization reviewed to determine expenses were "outliers". | Each CCOs information has been shared during the presentation where Optumas/OHA presented the reimbursement analysis showing costs compared longitudinally.  There is not further information that will be shared. |
| 7 | Trillium | A confirmation that the state is not making this reduction to hit the 3.4% sustainable growth rate. | Confirmed. |
| 8 | Trillium | A listing and values of additional adjustments of this type that were made to the base data for other CCOs in the Southwest region. | As specified in the reimbursement review document attached, the aggregate impact of the adjustment resulted in a statewide base data increase of 4.7%. This confirms that there was no budgetary targeting of a 3.4% sustainable rate of growth within the rate development.<br><br>Furthermore, while the 3.4% sustainable rate of growth target has not been considered within the risk assessment of the program it is a fundamental focal point of the overall program and is a keystone to sustainable transformation within the system.  All adjustments will be described within the rate certification sent to CMS. |

Exhibit 3
Page 167 of 184

Ex. 1 - Wilson Decl.
Page 235 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 9 | Trillium | Additionally, in order to verify that the base data and adjustments used in the rate development are reasonable and appropriate for the purposes for which they have been used, we also request each of the following:<br>• Confirmation that the total PMPMs after all of the adjustments described above would match to the regional PMPM shown in the exhibit shared Tuesday September 27th before adjustment for the 7/1/2016 amendments. | While OHA/Optumas welcome constructive input during the rate development from each of the CCOs, it is important to note that the CCOs need to assess whether the proposed rates are reasonable/appropriate for their business model.  OHA will submit the rate certification to CMS/OACT, whom will perform an independent review of the rate methodology in working toward final approval of rates and determination of actuarial soundness.<br><br>OHA/Optumas confirm that the sum of the CCOs specific adjusted base data within a given region equal the regional base data. |
| 10 | Trillium | • Confirmation that the total PMPMs after these adjustments would match to the regional rate model (after summing across categories of service) that we expect to receive on 10/7/2016. | OHA/Optumas confirm that the sum of the CCOs specific adjusted base data within a given region equal the regional base data. |

Exhibit 3
Page 168 of 184

Ex. 1 - Wilson Decl.
Page 236 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 11 | Trillium | A description of any high level limitations of the base data and data quality concerns for purposes of the development of these rates, including<br>• Comparisons between the data used for the base data and the data used to develop the trends<br>• Whether or not the categories of service are defined in a consistent manner for all services, including encounter based, sub-capitated and other provider payment streams | Relevant information surrounding base data will be included as part of the rate certification. |
| | | Please provide a description of the historical periods that were used in the trend analysis, including information about which data sources were used for each category of service and category of aid for which trend was developed. | Optumas utilized CY14 and CY15 reported encounter/financial data to inform trend development. OHA has also provided each CCO their detailed encounter data extracts that were used within the rate development. OHA encourages the CCO to evaluate their internal trends and compare them to those used within the rate development in order to evaluate the appropriateness of the rates for the CCO in question. |
| | | Please describe any concerns you may have about the quality of the data underlying these analyses. | Any concerns on data quality will be discussed in rate certification. |
| | | Please provide a description of any adjustments that were made to these historical trends to reflect expected changes in the future or to account for issues with data quality. | OHA/Optumas has had individual meetings with each CCO surrounding data validation and data quality. OHA is expecting that data quality will continue to be a focal point for the participating CCOs. Any concerns on data quality will be discussed in rate certification |

Exhibit 3
Page 169 of 184

Ex. 1 - Wilson Decl.
Page 237 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| | | Please provide the utilization and unit cost components of each of the trends by category of service. | Regional rate models will be provided on 10/7/16. |
| | | In particular, please discuss how each of the following data sources other than OHA encounter data were incorporated in the analysis if at all:<br>• Plan-provided financial templates from 2014 and 2015 and underreporting adjustments to reconcile between the claims based expenditures in those templates and OHA encounter data. | This has been provided to the CCOs via the triangulation summary discussion when OHA/Optumas were validating the base data. |
| | | • Non claims-based expenditures reported in financial templates in 2014 and 2015 (e.g. provider incentives, alternative payment methods, and sub-capitation). | This has been provided to the CCOs during the base data discussions during which OHA/Optumas itemized each CCOs total expenditures inclusive of FFS, Incentives, and subcapitation. |
| | | • 2016 emerging experience templates for plans to report pharmacy costs. | This was shared with the CCOs during the CCO specific rate presentation. This information was used to inform the HEP-C adjustment, benchmark Rx trends, and further validate CY15 Rx base data. In addition, the regional pharmacy trend information shared during those meetings will be sent out the final rate package to each CCO on 10/7/16. |
| | | • Other 2016 emerging experience information for non-pharmacy costs | Emerging MLRs were reviewed by OHA/Optumas for Q1 and Q2 of CY16 to understand the current financial profiles of each CCO. |

Exhibit 3
Page 170 of 184

Ex. 1 - Wilson Decl.
Page 238 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| | | Please provide a detailed development of each of the add-ons including a qualitative description and summary values for the base data, adjustments, projection factors, and all other assumptions and smoothing methods. We particularly need to understand the following, and while we do recognize that some of these were trended forward from previous periods, we never received the detail requested in those previous periods:<br>• Hep C<br>• NEMT<br>• ACT/SE<br>• ABA<br>• Back Pain | **Hep C**<br>Reported experience via pharmacy supplemental template was used to inform this add-on, if available.<br><br>**NEMT**<br>CCOs reported expenditures on financial template was used to inform adjustment.<br><br>**ACT/SE**<br>CCOs reported expenditures on financial template was used to inform adjustment.<br><br>**ABA**<br>OHA would refer the CCO to prior presentation given at all CCO meetings as well as the mid-year CY16 rate certification for details surrounding the adjustment.<br><br>**Back Pain**<br>OHA would refer the CCO to prior presentation given at all CCO meetings as well as the mid-year CY16 rate certification for details surrounding the adjustment. |
| | | Please provide the detailed development of the case management and flexible services portion of this non-medical load build based on the submissions in the Southwest region. | The amount built into the administrative load is based on the amount reported by each CCO on their financial templates. |
| | | Please provide the basis for the development of the Admin portion of the rate. | Review of recent and prior financial reports. |

Exhibit 3
Page 171 of 184

Ex. 1 - Wilson Decl.
Page 239 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|---------------------|
| | | We are extremely concerned about the reductions over time and specifically the reduction of the Risk & Contingency portion of the rates by half from 2016 to 2017 (see table above for historical values).<br>o   Based on our conversations, we understand that no contractual changes were made that would have significantly decreased CCO risk between 2016 and 2017. In fact, the CCOs' risk has increased.<br>o   In addition, the CCOs' financial requirements (e.g., risk based capital) have not changed.<br>o   The State could not provide a clear reason for the reduction, and we are concerned that it was made to hit a budget or sustainable rate of growth target. The state was very clear in their explanation, however,<br>o   Please provide an explanation for this change, along with supporting documentation of any analyses done to demonstrate that this reduction is actuarially sound. | The risk contingency component of the non-medical load has been reduced from 1.0% to 0.5% due to several factors<br>1)      The implementation of risk corridor around HEP-C<br>2)      The implementation of risk corridor around ABA<br>3)      More information being available for the ACA population and their related risk/acuity<br><br>These factors lower the level of unexpected risk within the contract period and therefore   support the lower risk contingency factor which was introduced due to the uncertainty surrounding these services and population.   OHA encourages each CCO to benchmark the non-medical load used within the rate development to their internal administrative expenditures and determine reasonableness for their CCO. |

Exhibit 3
Page 172 of 184

Ex. 1 - Wilson Decl.
Page 240 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 1 | FamilyCare | Explain OHA's philosophy with regard to payment levels for primary care physician (PCP) services, and what was the basis (OAR or OHA policy) for reducing certain CCO's PCP spend to a level predetermined by OHA? | In the current 1115 waiver, OHA encourages CCOs to improve outcomes and lower costs, including paying providers for value or through alternative arrangements. OHA has also committed to a sustainable rate of growth to both CMS in the 1115 waiver and to the Oregon legislature. In the reimbursement document attached, OHA lays out that CCOs can reimburse providers at any level deemed necessary, as long as the total growth rate is sustainable and does not negatively impact our commitment to our federal and state partners.  The underlying cost/reimbursement was reviewed across the Tri-County region for Inpatient, Outpatient, and Professional Services.  Any reimbursement, inclusive of FFS, subcapitation and incentive dollars, that was an outlier was adjusted to reflect a more reasonable reimbursement level. Inclusive of this adjustment, the Tri-County region received an overall increase of 2.6%.  OHA assumes that current CY2016 rates are allowing for timely access to services, adequate networks, and coordination of continuity of care, given the recent performance on Quality metrics and current financial solvency.  Therefore, an overall increase of 2.6% is expected to allow the CCOs within the Tri-County region to continue the current level of outreach and member access. |
| 2 | FamilyCare | How did OHA determine which rate setting components were to be based on Regional versus CCO specific data? | OHA and Optumas requested additional detail from CCOs this year in the financial template to allow us to better match payment to risk and use individual CCO financial experience to develop each rate add-on. Rate add-ons that had limited or no experience (i.e. back pain, ABA), were developed at a regional level. In addition, CMS included a comment in both our 2015 and 2016 rate approval level encouraging OHA to use financial experience for rate add-ons, specifically Children's WrapAround since there are varying levels of outreach related to each of these services across the CCOs. |

Exhibit 3
Page 173 of 184

Ex. 1 - Wilson Decl.
Page 241 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 3 | FamilyCare | How did OHA account for CCOs that have extensive related party transactions which may inflate the underlying encounter costs? | As discussed in prior meetings, OHA used reported encounter data along with the reported financial template as base data for rate development. All reported expenditures are validated through encounters or additional conversation/substantiation from CCOs including all reported subcapitation and incentive payments. Through this process any anomalies related to reported expenditures and encounters are identified and reconciled through further discussion with CCO. In addition, OHA reviewed the underlying reimbursement for each CCO as it relates to their reported expenditures and identified any outliers. Through these processes, OHA continues to ensure that excessive reported costs do not inflate the base data. Also, it should be noted that the regional approach to rate development along with risk adjustment mitigates the outcome of any one specific CCO benefiting from reporting excessive cost, as this would only increase the regional PMPM and not directly impact the CCO specific PMPM. The CCO specific PMPM would be developed using the risk factor that allocates the regional PMPM based on measured risk of the CCO specific population. |
| 4 | FamilyCare | How did OHA determine the administrative expense reimbursement levels, and why were they applied at the Regional level versus the State level or CCO specific? | OHA and Optumas agree that a CCO specific approach to administrative expense, flex services, and care management is a better mechanism in matching payment to risk due to varying levels of outreach with respect to flex services and care management. Based on feedback from CCOs, CCO specific administrative expense was not pursued this cycle due to concerns surrounding consistency in reporting and defining these services and was kept at a regional level, similar to 2015 and 2016 rate development. OHA will encourage discussions with and between participating CCOs over the next few months to promote more consistency with respect to the reporting of these services. OHA and Optumas will continue to champion the idea of CCO specific adjustments in the area for the next rating cycle. |

Exhibit 3
Page 174 of 184

Ex. 1 - Wilson Decl.
Page 242 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 5 | FamilyCare | What OAR or OHA policy was relied upon to reduce the administrative expense component of the rate, and allowed for the movement of case management and flexible expenses from medical to administrative expense? | In OHA's current 1115 waiver with CMS, flexible services must be counted as an administrative expense in rate development. As discussed during the September rates workgroup, OHA is working on adjusting this policy going forward in the 1115 renewal submitted to CMS. In regards to case management, OHA decided to move it to the non-benefit load this year to create a consistency between financial reporting and rate development.  In addition, the movement of case management to administrative expense highlights the difference in outreach and interventions between CCOs and promotes the idea of CCO specific adjustment for future rate cycles.  The risk contingency component of the non-medical load has been reduced from 1.0% to 0.5% due to several factors<br><br>1)     The implementation of risk corridor around HEP-C<br>2)     The implementation of risk corridor around ABA<br>3)     More information being available for the ACA population and their related risk/acuity<br><br>These factors lower the level of unexpected risk within the contract period and, therefore, support the lower risk contingency factor which was introduced due to the uncertainty surrounding these services and population in prior rate cycles.   OHA encourages each CCO to benchmark the non-medical load used within the rate development to their internal administrative expenditures and determine reasonableness for their CCO. |

Exhibit 3
Page 175 of 184

Ex. 1 - Wilson Decl.
Page 243 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 6 | FamilyCare | Why did OHA chose to pay at the 5% of the low/high regional band, even though the resultant increase is less than the 3.4% target? | OHA chose the 5% percentile of the regional rate range for every rate group and every CCO for 2017. The decision was reached by analyzing the budget impact. Selecting the 5% across the program allows for consistency and fairness across cohorts and between regions. The aggregate impact of 3.2% allows OHA to also add additional funding into the incentive pool in 2017 and keeps away from the absolute lower bound of the rate range. Ideally, the target percent increase for 2017 would have been 2.65% to allow for 0.75% of room to be added to the incentive pool. The final incentive pool figure will be decided mid-2017 after budget actuals can be evaluated. |
| 7 | FamilyCare | How does the rate setting process adjust rates for high cost, low quality CCOs as compared to low cost, high quality CCOs? | OHA and Optumas chose a methodology that rewards for efficiency as it relates to containing costs of chronic populations. In the regional model, CCOs are not incentivized to spend more money on clients as base data is regionalized, and the dollars are distributed based on disease risk. If a CCO contains costs due to high quality and their population is more chronic than the regional average, then that CCO will be rewarded with a higher payment. This is one way CCOs are encouraged to perform high quality care for lower costs. OHA is also in discussions to develop new tools in rate development that further encourage high quality and low cost, some of which were discussed at the September rates workgroup. |
| 8 | FamilyCare | How does OHA utilize a CCO's past or current profitability in the rate setting process, and how does a CCO's revenue recognition and related party accounting impact such utilization? | Currently, actuarially sound rates do not directly consider past or current profitability in the rate setting process. Optumas reviews financial statements as part of the triangulation process to ensure total reported dollars tie out to the base data inclusive of FFS cost, incentives, and subcapitation. The rate development is based on reported expenditures that can be substantiated and health based risk assessment scores. |
| 9 | FamilyCare | When will the CCOs receive a comprehensive set of end-to-end rate setting models which start with the CCO rate template through the CCO specific rate determination? | OHA will release the final rate setting package on 10/7/16 with all the materials provided to date and the regional base data models. |

Exhibit 3
Page 176 of 184

Ex. 1 - Wilson Decl.
Page 244 of 260

| # | CCO | CCO Question | OHA/Optumas Response |
|---|-----|--------------|----------------------|
| 10 | FamilyCare | Please confirm that an expected medical loss ratio of 89.9% (100% less 10.1% - administration expense, case management, profit, and contingency) was utilized in the development of the Tri-County regional rate model. | Not confirmed.  The MLR calculation is more nuanced than taking the complement of the non-medical load, as the non-medical load contains expenditures that can be considered "expenditures that improve quality/efficiency" and therefore can be included in the numerator of the MLR calculation.  This definition of MLR is consistent with CMS Final Rule. |
| 11 | FamilyCare | What was the final determination regarding the Hepatitis C risk corridor carve-out and related policies? | OHA submitted updated Hepatitis C DAA drug risk corridor contract language to CMS for review and to incorporate it into the 2017 contract.  Once CMS completes their review, the final contract will include that that updated language specifying the Hepatitis C DAA drug risk corridor.  The updated contract language is attached for your reference. |

Exhibit 3
Page 177 of 184

Ex. 1 - Wilson Decl.
Page 245 of 260

### Oregon Dental July 1, 2016 Benefit Change Adjustment Methodology

## Overview

The following narrative describes the steps and assumptions utilized to develop the impact of the "Dental Buy-Back" policy change, under Oregon's CCO and DCO programs.

Note that the base data used in the development of the current dental rates is CY13; therefore, all adjustments described below are relative to 2013 utilization.

Additionally, consistent with the rate development, the impact has been developed for both the Tri-County and non Tri-County (Other) regions separately. While the approach to developing the adjustment is consistent between both regions, the underlying data varies, and therefore the impact for each region will vary accordingly.

## Impacted Populations

Benefit package changes are intended to mirror those offered to children under 21 and pregnant women; therefore:

- Impacts have been developed for TANF, ABAD/OAA, and ACA adult populations.
    - Since the base data reflects CY13, prior to the ACA expansion, the base data used to develop the ACA adult population adjustments reflect CY13 TANF data, stratified by the ACA cohort age bands (i.e., 19-44, 45-54, and 55-64).
- No Impact developed for Pregnant Women (PLMA) and Children (CAF and Child 00-01, 01-05, 06-18).

## Impacted Services

### Full Dentures

Full dentures will be covered once every 10 years if dentally appropriate; the policy change removes the requirement that tooth extraction must have occurred within the last 6 months.

Exhibit 3
Page 178 of 184

Ex. 1 - Wilson Decl.
Page 246 of 260

In the development of this adjustment, the first step was to identify the difference in utilization after 2009. As the policy change is intended to reflect the policy that was in place in 2009, but modified the next year, it would be anticipated that utilization differences would occur between 2009 and 2010. A significant decrease was observed, nearly a 50% decrease from 2009 to 2011/2012. Note that utilization as a whole was reviewed, which includes utilization for both lower and upper dentures.

The adjustment for this policy change considers the following:

1. An increase in total utilizers of this service – with the removal of the "extraction within the last 6 months" requirement, it is anticipated that an increase in total utilizers will ensue. This adjustment has been developed using a sensitivity analysis approach:

   *On the lower bound, it is assumed that a 25% increase in current utilizers will occur.*

   *On the upper bound, it is assumed that a 50% increase in utilizers will occur.*

2. An increase in frequency of services utilized – noting that both lower and upper dentures are available under the benefit package, it is possible that not only an increase in utilizers, but also in number of services per utilizer will ensue. This could be due to a combination of a differences in the risk/needs of the additional members that will receive dentures, pent-up demand for enrollees who were not previously able to receive dentures due to the 6 month requirement, or increased utilization due to provider practice patterns.

   *At the lower bound, it is expected that 20% of the members who had received only a lower or upper denture will now receive both.*

   *At the upper bound, it is assumed that 40% will now receive both.*

3. Cost of services – the final consideration is the cost of these services. Based on research of costs for these services in other markets:

   *These services are assumed to cost between $1,150 and $1,250 per denture.*

***Partial Dentures***

Partial dentures will be covered once every 5 years if dentally appropriate, increased from once every 10 years.

Similar to the adjustment for Full Dentures, in the development of this adjustment, the first step was to identify the difference in utilization after 2009. As the policy change is intended to reflect the policy that was in place in 2009, but modified the next year, it would be anticipated that utilization differences would occur between 2009 and 2010. A significant decrease was observed, nearly a 50% decrease from 2009 to 2011/2012, and nearly 70% decrease from 2009 to 2013. Note that utilization as a whole was reviewed, which includes utilization for both lower and upper dentures.

The adjustment for this policy change considers the following:

Exhibit 3
Page 179 of 184

Ex. 1 - Wilson Decl.
Page 247 of 260

1. An increase in total utilizers of this service – with the change from being covered every 10 years to now being covered every 5 years, it is anticipated that an increase in total utilizers will ensue. This adjustment has been developed using a sensitivity analysis approach:

   *On the lower bound, it is assumed that a 50% increase in current utilizers will occur*

   *On the upper bound, it is assumed that a 100% increase in utilizers will occur.*

2. An increase in frequency of services utilized – noting that both lower and upper dentures are available under the benefit package, it is possible that not only an increase in utilizers, but also in number of services per utilizer will ensue. This could be due to a combination of a difference in the risk/needs of the additional members that will receive dentures, pent-up demand for enrollees who were not previously able to receive dentures due to the 6 month requirement, increased utilization due to provider practice patterns, or timing (to the extent that one partial denture had been replaced more than 5 years ago, but less than 10).

   *At the lower bound, it is expected that 25% of the members who had received only a lower or upper denture will now receive both.*

   *At the upper bound, it is assumed that 50% will now receive both.*

3. Cost of services – the final consideration is the cost of these services. Based on research of costs for these services in other markets:

   *These services are assumed to cost between $900 and $1,200 per denture.*

**Stainless Steel Crowns**

Stainless steel crowns will be covered for posterior permanent teeth, and all primary teeth; a change from no coverage previously.

The first step in this adjustment was to identify the decline in utilization after 2009, to measure the decline after the original policy decision was made in 2010 to remove this benefit. After review, it was evident that the benefit coverage declined dramatically, with very minor utilization coming through for cohorts that are solely or primarily adult cohorts.

The adjustment for this policy change considers the following:

1. An assumed percent of utilizers of the total enrolled population – the total number of utilizers was identified in 2009, and then adjusted for the enrollment growth (based on member months) in 2013. Once this was identified, a percentage of this number was assumed to develop the projected utilization after this benefit is restored. Further, an assumption was made to reflect the number of services that could be received from these new utilizers. For example, if 1,000

Exhibit 3
Page 180 of 184

Ex. 1 - Wilson Decl.
Page 248 of 260

people are expected to utilize the benefit, how many of these will receive 1 service, 2 services, or 3 services?

> *At the lower bound, it is assumed that 50% of the utilizers based on the 2009 data will receive services in the future (after benefit restoration), in addition to the utilization that was actually identified in the 2013 data. Of those, 85% would receive 1 service, 10% would receive 2, and 5% would receive 3 services. Of those few that already received 2 services in 2013, 60% would receive 2, and 40% could receive 3 if the full benefit were restored.*

> *At the upper bound, it is assumed that 100% of the utilizers based on the 2009 data will receive services in the future (after benefit restoration), in addition to the utilization that was actually identified in the 2013 data. Of those, 70% would receive 1 service, 20% would receive 2, and 10% would receive 3 services. Of those few that already received 2 services in 2013, 40% would receive 2, and 60% could receive 3 if the full benefit were restored.*

2. Impacts to services related to crowns – in addition to the utilization of the "Stainless Steel Crown" benefit itself, considerations need to be given to other related services that could experience additional utilization with the restoration of this service. For example, the "prefabricated post and core in addition to crown" (D2954) service, is somewhat dependent on the crown being an offered benefit. In 2009, the utilization for the D2954 service was ~25% of the utilization for the Stainless Steel Crowns, with some cohorts seeing close to 40%; as the Stainless Steel Crown benefit ceased to exist for non-pregnant adults, a significant decrease to the D2954 service also occurred. It should be noted that, for the Child 06-18 cohort which did not see a change in benefits offered after 2009; the utilization for both of these services has remained somewhat steady across time.

> *At the lower bound it is assumed that, of the additional Stainless Steel Crowns offered, 20% will include a D2954 service. For example, if 100 Stainless Steel Crown services are assumed, then there will also be an additional 20 D2954 services.*

> *At the upper bound it is assumed that, of the additional Stainless Steel Crowns offered, 40% will include a D2954 service. For example, if 100 Stainless Steel Crown services are assumed, then there will also be an additional 40 D2954 services.*

3. Impacts to other services – in addition to the increase in utilization of the D2954 service, it is assumed that there could be a decline in other services such as tooth extractions; this could result in an increase in already covered services such as root canals. While no explicit adjustment is being made to reduce the number of tooth extractions, a moderate increase is being assumed for an increase in root canals being provided.

> *At the lower bound it is assumed that, of the additional crowns being added per the restoration of services, 10% of those could be related to an additional root canal.*

Exhibit 3
Page 181 of 184

Ex. 1 - Wilson Decl.
Page 249 of 260

*At the upper bound it is assumed that, of the additional crowns being added per the restoration of services, 20% of those could be related to an additional root canal.*

4. Cost of services – the final consideration is the cost of these services. Based on research of costs for these services in other markets, these services are assumed to cost:

*Stainless Steel Crowns: Between $175 and $215 per crown*
*Prefabricated Post and Core: Between $180 and $220 per service*
*Root Canals: Between $600 and $800 per service*

### Full Mouth Debridement

Full mouth debridement will be covered once every 2 years, an increase from the current benefit of once every 3 years.

In the development of this adjustment, the first step was to identify the difference in utilization after 2009. As the policy change is intended to reflect the policy that was in place in 2009, but modified the next year, it would be anticipated that utilization differences would occur between 2009 and 2010. A significant decrease was observed.

The adjustment for this policy change considers the following:

1. An increase in total utilizers of this service – with the change from the benefit being offered once every 2 years, rather than every 3 years, it is anticipated that an increase in total utilizers will ensue:

   *At the lower bound, it is assumed that there will be a 25% increase in utilizers of this service once the restoration of benefits occurs.*

   *At the upper bound, it is assumed that there will be a 50% increase in utilizers of this service; this assumes the upper bound reflects an increase of (3 years/2 years)-1, based on a change in number of years between eligible services.*

2. Cost of services – the final consideration is the cost of these services. Based on research of costs for these services in other markets:

   *These services are assumed to cost between $95 and $105 per service.*

### Periodontal Scaling/Root Planing

Periodontal scaling/root planing will be covered once every 2 years, an increase from the current benefit of once every 3 years.

In the development of this adjustment, the first step was to identify the difference in utilization after 2009. As the policy change is intended to reflect the policy that was in place in 2009, but modified the

Exhibit 3
Page 182 of 184

Ex. 1 - Wilson Decl.
Page 250 of 260

next year, it would be anticipated that utilization differences would occur between 2009 and 2010. A significant decrease was observed.

Per discussion with OHA and its HERC representatives, this benefit is typically offered after a full mouth debridement service has occurred. This is a precursor for members to receive periodontal maintenance treatment, after the scaling/planing services have been completed.

The adjustment for this policy change considers the following:

1. An increase in total utilizers of this service – with the change from the benefit being offered once every 2 years, rather than every 3 years, it is anticipated that an increase in total utilizers will ensue.

   *At the lower bound, the assumption is that total utilizers would increase by 20%.*

   *At the upper bound, the assumption is that total utilizers would increase by 40%*

2. An increase in total services per utilizer – this service can be provided in any of four quadrants within the mouth; in addition to the number of people who will actually receive this service, an assumption should be made to consider that a change in the average number of services per member could occur, particularly as new recipients could have varied levels of need. While it is possible that the average number of services could decrease, no reduction has been assumed:

   *At the lower bound, the assumption is that the total number of services per recipient, does not change, resulting in a 0% adjustment.*

   *At the upper bound, the assumption is that the total number of services per recipient will increase by 5%.*

3. Cost of services – in addition to the combination of both adjustments noted above, the final consideration is the cost of these services. Based on research of costs for these services in other markets:

   *These services are assumed to cost between $175 and $185 per service.*

### *Periodontal Maintenance*

Periodontal maintenance will be covered once every 6 months, increased from the current benefit of once every 12 months.

In the development of this adjustment, the first step was to identify the difference in utilization after 2009. As the policy change is intended to reflect the policy that was in place in 2009, but modified the next year, it would be anticipated that utilization differences would occur between 2009 and 2010. While a consistent decrease was not identified moving from 2009 to 2010, the utilization inherent in 2013 is notably lower than what was observed in 2009.

Exhibit 3
Page 183 of 184

Ex. 1 - Wilson Decl.
Page 251 of 260

The adjustment for this policy change considers the following:

1.  An increase in total utilizers of this service – with the change from the benefit being offered once every 6 months, rather than every 12 months, it is anticipated that an increase in total utilizers will ensue, as this benefit will be more widely offered:

    *At the lower bound, the assumption is that total utilizers would increase by 25%.*

    *At the upper bound, the assumption is that total utilizers would increase by 75%*

2.  An increase in total services per utilizer – since this service is now offered every 6 months, it opens the opportunity for current utilizers to also utilize more frequently during any given year. An adjustment has been made to reflect that the populations impacted by this change could now utilize multiple times throughout the year, which was not the case in 2013:

    *At the lower bound, the assumption is that:*
    *95% of new utilizers will utilize one service, while 5% will utilize two services.*
    *60% of people currently receiving one service, would continue use one service under the new benefit package, while 40% would now utilize two services.*

    *At the upper bound, the assumption is that:*
    *90% of new utilizers will utilize one service, while 10% will utilize two services.*
    *40% of current utilizers would use one service under the new benefit package, while 60% would utilize two services.*

3.  Cost of services – in addition to the combination of both adjustments noted above, the final consideration is the cost of these services. Based on research of costs for these services in other markets:

    *These services are assumed to cost $120 per service.*

Exhibit 3
Page 184 of 184

Ex. 1 - Wilson Decl.
Page 252 of 260

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs/Freedom of Information Group**
Refer to:   Control Number 102220157009 and PIN YQQC

**Date:**   August 23, 2016

**To:**     All Medicare Advantage Organizations – Chief Executive Officer, Chief Financial Officer

I am writing to you because a request has been made under the Freedom of Information Act
(FOIA) (5 U.S.C. § 552) that seeks disclosure of certain records that your organization submitted
to this agency – please see a copy of the request, attached, for the specific records that have been
requested under FOIA control number 102220157009.

Under FOIA, upon receipt of a request, we must disclose responsive records in our possession
unless one of FOIA's exemptions permits us to withhold the records (or some reasonably
segregable portion thereof).  When responsive records contain information submitted to us by a
business, we consider whether some or all of such information might be withheld under FOIA's
Exemption 4 (5 U.S.C. § 552(b)(4); 45 C.F.R. § 5.65).  This Exemption permits a Federal agency
to withhold information that is in the nature of "trade secrets and commercial or financial
information obtained from a person [that is] privileged or confidential." If we determine that the
responsive records we have located, or any reasonably segregable portion thereof, qualifies for
withholding under this Exemption, we will withhold all such information.  We will disclose all
information that does not qualify for withholding under the Exemption.

This letter is to give you an opportunity to identify information requested from us through FOIA
that you believe should be withheld under FOIA's Exemption 4.  If you elect to assert that any
information in the requested records should be withheld under Exemption 4, you should advise
us to that effect in accordance with the following:

1.      Identify Exemption 4 covered information clearly and specifically.   As an alternative,
you may describe specific portions of text, referencing page number(s), line(s), or any other
indicator that may be useful to accurately designate particular text and/or data.

2.      Furnish written comments, and any other pertinent evidence you may wish to offer,
which show that: (a) the designated information constitutes confidential commercial or financial
information (i.e., information protected by 5 U.S.C. §552(b)(4)), and (b) disclosure of such

Exhibit 4
Page 1 of 3

Ex. 1 - Wilson Decl.
Page 253 of 260

information is likely to cause your organization substantial competitive harm. **Presumptive statements of CMS protecting the data are insufficient. The burden of proof is your responsibility.**

3.       In articulating your position regarding information you believe should be withheld under Exemption 4, it is important to explicitly state the specific, reasonably foreseeable, substantial competitive harm that is likely to result by releasing such information.  You should explain, in detail, any specific harm that will flow from the affirmative use of particular information by your competitors.  **Generalized, conclusory claims of competitive harm are <u>not</u> a sufficient basis for us to invoke the Exemption.**

4.       It is also important that you identify only that information for which you can make a showing that the information is confidential and that its disclosure would result in substantial competitive injury.  For example, **how the information, if disclosed, would cause substantial competitive harm to an MAO with respect to negotiations with providers?  (See Lamberth opinion.)**  Overbroad designations (of an entire document, chapter, page, or section) are not useful to assist our analysis because, by law, we must disclose any reasonably segregable portion of a record that contains non-exempt information.

5.       To assure consideration, your reply should be received in this office within **ten (10) business days of the date of this letter**.  Please send any comments you wish to make directly to:

> Emmett Nicholson, Freedom of Information Specialist
> Freedom of Information Group
> Centers for Medicare & Medicaid Services
> 7500 Security Boulevard, Room N2-20-16
> Baltimore, Maryland 21244-1850

Although we must reach an independent decision regarding release or withholding of information in the subject records, your timely comments will ensure that we will have considered your position before making a disclosure decision.  If you have not fully apprised us of your views on this matter within the time limit indicated above, we may be compelled to release information from the requested record(s) without your views being fully considered.  Thus, your prompt attention to this matter is advisable.

Attached are some documents to supply background information about the records being requested through FOIA.  It includes the FOIA request (dated 10/16/2015), the subsequent denial of his request, and Brian Biles' appeal letter (dated 1/22/2016).  A decision and response to the appeal letter has not been made.  An additional attachment includes a decision by Judge Lamberth for releasing similar information in a prior request made by Dr. Biles.  The following link contains the data CMS released as a result of the decision by Judge Lamberth: https://www.cms.gov/Medicare/Health-Plans/MedicareAdvtgSpecRateStats/DataRequests.html

Exhibit 4
Page 2 of 3

Ex. 1 - Wilson Decl.
Page 254 of 260

Also attached is a more recent FOIA request (dated 8/12/2016) from Brian Biles seeking information contained in the CY2016 Bid Pricing Tools. Note that the outstanding FOIA requests seek additional information beyond what was disclosed as a result of the prior lawsuit, such as information contained in Worksheet 4 of the Medicare Advantage Bid Pricing Tool. CMS suggests you follow these guidelines in a separate writing to substantiate claims of competitive harm for that request regarding CY 2016 Bid Pricing Tools, if applicable. That substantiation can be forwarded to CMS by September 30th.

Questions concerning this matter may be directed to Emmett Nicholson at Emmett.Nicholson@cms.hhs.gov. Thank you for your cooperation in this matter.

Sincerely yours,

Hugh Gilmore
Director
Freedom of Information Group

Attachments:    Incoming FOIA requests, initial decision and appeal, Lamberth decision

Exhibit 4
Page 3 of 3



1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

+1.503.727.2000
+1.503.727.2222
PerkinsCoie.com

February 9, 2017

Stephen F. English
SEnglish@perkinscoie.com
D.  +1.503.727.2003

**VIA EMAIL TO THEODORE.FALK@DOJ.STATE.OR.US**

Theodore C. Falk
Attorney-in-Charge
Health and Human Services Section
Oregon Department of Justice

Re:    **February 8, 2017 Response to Request for Disclosure of Public Records**

Dear Ted:

Thank you for your February 8 letter responding to FamilyCare's third request for disclosure of public records. Your letter states that OHA cannot agree that the information requested is not confidential and that OHA will contact all the CCOs about FamilyCare's discrete requests to further evaluate the issue, a process that will take approximately three weeks. OHA and FamilyCare both anticipated that Confidential Information may be involved in the Dispute Resolution Process. In fact, FamilyCare's prior disputes with OHA have centered around this same information and the ability to receive it. Consistent with the expectation set for the Dispute Resolution Process, we will work cooperatively towards an agreement for the protection of any Confidential Information. Further, requests that include responsive documents that do not contain Confidential Information should be produced expediently and without involving third parties.

In the interest of keeping the Dispute Resolution Process moving forward, I propose an alternative, based on two principles: (1) Not all of the information requested implicates the other CCOs; and (2) Regardless of whether OHA takes the position that some of the data requested is Confidential Information, the Dispute Resolution Agreement contemplates that such information would be produced to FamilyCare in any event, just subject to protection.

In keeping with those two principles, I propose that OHA produce the information requested in FamilyCare's Request No. 5 of February 6, 2017, specifically about the 2017 Reimbursement Review adjustments to FamilyCare's costs data as soon as possible to facilitate a meaningful discussion about it at our next meeting. I also propose that we immediately begin the process of cooperatively working toward an agreement to protect any Confidential Information.

123045-0001/134413574.4

Perkins Coie LLP

Exhibit 5
Page 1 of 3

Theodore Falk
February 9, 2017
Page 2

FamilyCare's Request No. 5 in my February 6, 2017, letter relates to a policy decision made by OHA about the 2017 Reimbursement Review adjustments and the implementation of that decision by Optumas. That request sought:

**Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**

While some of that data and some of those adjustments might implicate other CCOs, information related to the adjustment to FamilyCare's costs should not. As a result, please provide us with that data as soon as possible, as well as any other data requested that OHA has determined is not Confidential Information. If you disagree, please so inform us what data you are concluding is "Confidential Information," and help me understand why.

Under the terms of the Dispute Resolution Agreement, a determination that data is Confidential Information does not end the issue. Rather, as the subsequent sentence of paragraph 6 makes clear, it merely triggers an obligation for the parties to "work cooperatively toward an agreement for protection of Confidential Information . . . ." In other words, the Dispute Resolution Agreement contemplates that OHA will produce information that "FamilyCare's actuary believes is relevant and necessary to evaluate actuarial rates," regardless of whether OHA deems it confidential. The issue is how that information will be protected when it is produced, not whether it will be produced.

As we stated earlier, we will agree to restrict anything OHA deems to be Confidential Information to attorneys and FamilyCare's actuary and consultants. I understand OHA to take the position that it needs a mediator involved to make such agreements effective. If that is indeed OHA's position, then we are happy to involve a mediator to ensure that OHA's concerns are satisfied, and we will begin reaching out to mediators immediately. If my suggestions are not satisfactory, please propose an alternative. But please understand that an alternative that includes OHA not producing the requested information is unacceptable and would violate the Dispute Resolution Agreement.

We also write to correct the statement that at the January 17 dispute resolution conference "it emerged Ben Diederich had not had the opportunity to familiarize himself with all the documents OHA provided to FamilyCare during the rate development process for 2017." At the January 17 meeting, Mr. Diederich explained what additional data he needed to evaluate the actuarial soundness of the 2017 capitation rates developed by OHA. Contrary to the statement in your letter, Mr. Diederich has had full access to all documents that OHA provided to FamilyCare. There is no need for OHA to divert its attention away from addressing FamilyCare's public records requests to reproduce documents we have already received.

Perkins Coie LLP

Exhibit 5
Page 2 of 3

Ex. 1 - Wilson Decl.
Page 257 of 260

Theodore Falk
February 9, 2017
Page 3

Finally, the Dispute Resolution Agreement requires the parties to have their second meeting no later than February 16, 2017. We are available on February 15 or 16. Please let us know which works best for you by close of business, Monday, February 13, 2017, or sooner. At that meeting, I propose:

1. Per the Dispute Resolution Agreement, OHA agreed to provide an explanation "as to why [it] believes the rates are sound in light of CMS approvals[.]" That has not yet happened. Please have your actuarial team and/or Optumas present this information at our next meeting.

2. If OHA provides us with the information requested related to the 2017 Reimbursement Review adjustments to FamilyCare's costs quickly enough that Ben Diederich has time to evaluate the information in advance of the meeting, we may be in a position to present Mr. Diederich's conclusions.

3. If we have not done so by the time of the meeting, we should plan on resolving the terms of the "agreement for protection of Confidential Information."

Very truly yours,

Stephen F. English

SFE


Cc:                         Keely L. West, Oregon Health Authority
                            Renee Stineman, Oregon Department of Justice
                            Misha Isaak, Office of Governor Kate Brown
                            Ellen F. Rosenblum, Attorney General of Oregon
                            Jeff Heatherington, President & CEO, FamilyCare, Inc.
                            William H. Murray, COO, FamilyCare, Inc.
                            Stephen F. English, Perkins Coie LLP
                            Thomas R. Johnson, Perkins Coie LLP
                            Melanie K. Curtice, Perkins Coie LLP
                            Matthew Gordon, Perkins Coie LLP
                            Meredith M. Price, Perkins Coie LLP


Perkins Coie LLP

Exhibit 5
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **SECOND AMENDED COMPLAINT** on the following:

> Oregon Health Authority
>   Renee Stineman
>   Carla Scott
>   Elleanor Chin
> Department of Justice, Special
> Litigation Unit
> 100 SW Market St.
> Portland, OR  97201
> renee.stineman@doj.state.or.us
> carla.a.scott@doj.state.or.us
> elleanor.chin@doj.state.or.us
>
> *Attorneys for Oregon Health Authority*

to be sent by the following indicated method or methods, on the date set forth below:

[X]   by **email**

[X]   by **mail**

DATED:  September 12, 2017                    **PERKINS COIE LLP**


By: */s/ Stephen F. English*
    Stephen F. English

**CERTIFICATE OF SERVICE**

I certify that on September  25 , 2017, I served the foregoing DEFENDANT'S RULE 21

MOTIONS RESPONDING TO SECOND AMENDED COMPLAINT upon the parties hereto by

the method indicated below, and addressed to the following:

Stephen F. English
Courtney Rian Peck
Thomas Russell Johnson
Perkins Coie LLP
1120 NW Couch 10th Flr
Portland, OR  97209
*Of Attorneys for Plaintiff*

   \_\_\_ HAND DELIVERY
   _X_ MAIL DELIVERY
   \_\_\_ OVERNIGHT MAIL
   \_\_\_ SERVED BY E-FILING

*s/ Carla A. Scott*
RENEE STINEMAN #994610
Attorney-in-Charge
CARLA A. SCOTT #054725
Senior Assistant Attorney General
ELLEANOR H. CHIN #061484
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880/Fax (971) 673-5000
Renee.Stineman@doj.state.or.us
Carla.A.Scott@doj.state.or.us
Elleanor.Chin@doj.state.or.us
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
      RS7/rh2/8084159-v6

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Ex. 1 - Wilson Decl.
Page 260 of 260