Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant. | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18−cv−00296−MO<br><br>FAMILYCARE, INC.'S CORPORATE DISCLOSURE STATEMENT<br><br>Pursuant to FRCP 7.1 |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant. | |

1-    CORPORATE DISCLOSURE STATEMENT

123045-0001/138996723.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

In accordance with Federal Rule of Civil Procedure 7.1, FamilyCare, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED:  March 15, 2018

**PERKINS COIE LLP**

By: *s/Stephen F. English*
      Stephen F. English, OSB No. 730843
      SEnglish@perkinscoie.com
      Matthew P. Gordon, *pro hac vice*
      MGordon@perkinscoie.com
      Brian P. Samuelson, OSB No. 165476
      BSamuelson@perkinscoie.com
      Perkins Coie LLP
      1120 N.W. Couch Street, 10th Floor
      Portland, OR  97209-4128
      Telephone:  503.727.2000
      Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

2-    CORPORATE DISCLOSURE STATEMENT

123045-0001/138996723.1