**Exhibit A: Categories of Documents Identified as Potentially Confidential by CCOs**

| | Category of Document | Description |
|---|---|---|
| 1 | CCO rate of growth tool | This type of document contains information and calculations relating to the rate at which a CCO's medical expenditures have grown over time, based on the CCO's reported costs at a global level.  This document has no competitive value because it only contains information at an aggregate level, provides no provider-specific information, and is based on information similar in nature to that which is readily attainable from a CCO's financial statements, which are publicly posted. |
| 2 | Exhibit L | This type of document contains information on a CCO's reported costs. Although one schedule contained within this document (Report L16) has some provider-specific information, which could be easily redacted, the remainder of the information in this document is of limited competitive value because it consists of aggregated data that is similar in nature to that which is readily available from other sources. In the past, most of the information contained in this document, or substantially similar information, was routinely disclosed by OHA as part of the rate-setting process or in other disclosures by OHA, and analogous information is made public in other contexts. |
| 3 | Supplemental Rate Templates | This type of document contains information relating to certain expenditures that are separately calculated as a component of a CCO's capitation rates (for example, aggregated pharmacy expenditures related to a particular medical condition).  The information contained in this type of document lacks competitive value because it is aggregated at a fairly high level and more specific information that might be considered valuable cannot be derived from it. |
| 4 | Claims and encounter data submissions to state | This type of document contains information on the medical claims and provider encounters that a CCO's members experience in a given year.  Like Exhibit L, documents of this type may contain specific data that could be of competitive value, but in other cases that information is summarized at a high-level. Documents containing summaries of this information are routinely made public in other contexts. |
| 5 | State enrollment data, including premiums paid | This is data that OHA creates, manages, and distributes publicly, including monthly postings of member enrollment by CCO by rate group to OHA's website. Individual CCO payment rates |

| | | |
|---|---|---|
| | | (premiums) by rate group are also posted to OHA's website. It has no value to a competitor, as it is already publicly available |
| 6 | MLR Template | This type of document summarizes an individual CCO's costs according to certain categories of expenses, and calculates the ratio between those expenses and the income received. All of the information contained within this type of document is aggregated at a high level and is similar to that which is routinely made available to the public in a summarized form. Detailed information on the calculations contained in this type of document were included in an addendum to the actuarial certification that OHA's actuary prepared and published for OHA's 2018 rates. As a result, documents of this type lack competitive value. |
| 7 | Audited Financials | This category includes financial statements relating to a CCO's operating results (income and expenses) and its financial condition (assets, liabilities and equity/fund balance). These are documents that each CCO is required to submit to OHA on an annual basis and which OHA then publishes online. Because this information is not confidential, and readily available, it lacks any competitive value. |
| 8 | Actuarial Opinions | This is a type of document that CCOs are required to submit to OHA to insure the CCO has sufficient financial capacity (reserves) to cover medical claims that have been incurred but not yet reported. The information contained within this type of document comes in the form of an aggregated summary and can be derived in part from other publicly available sources. In addition, OHA has in the past made these reports available in full to the public. This type of information is of no competitive value. |
| 9 | SNRG (Special Needs Rate Group) Reconciliation | This type of document contains data relating to special categories of Oregon Health Plan members who historically were not included in the regular rate-setting process due to lack of sufficient historical data. The information contained in this type of document is created from aggregated data about revenue and expenses relating to SNRG members. Because it is wholly aggregated and contains nothing at the provider level, it lacks competitive value. |
| 10 | FB 231 Primary Care Template | The FB 231 Primary Care Template is a summary of what a CCO spends on primary care. The information contained within this type of document is aggregated according to the type of payment and does not include any provider-specific data. In addition, a summary form of this information is published |

- 2 -

138964769.1

| | | annually by OHA in its report on primary care. As a result, the information contained within this type of document lacks competitive value. |
|---|---|---|
| 11 | Any records or detail data that would identify prescription drug prices or rates | This category includes a wide range of documents, including both summary reports on a CCO's overall pharmacy costs by category of member, and more specific information about what a CCO spends for particular prescription drugs.  Aggregated summaries of this type of information are routinely made public. As a result, only some of the information that might be contained in this category has any competitive value. |
| 12 | Any other records or detail that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | This category appears to include all documents that reference in any way the information outlined in the categories above. However, the information contained in such documents is often highly aggregated and summarized so that no specific provider-level information is revealed.  Reports and documents summarizing this type of information are routinely made available to the public. Therefore, to the extent that there are any documents in this category that have competitive value, those documents are relatively few and contain specific information about a CCO's interactions with particular providers. Documents that contain only high-level summaries or passing references to those topics lack any competitive value. |
| 13 | Regional Rate Models and supporting exhibits | These show the individual components of the rates that OHA sets each year according to region.  While documents in this category provide some high-level information on what CCOs in particular region spend on care, that information is aggregated in several ways so that provider-specific information cannot be derived from it. Much of the information contained within this type of document is made publicly available in other forms and OHA routinely provides documents of this type in full to other CCOs in other regions.  Because of the high-level nature of this information and its availability from other sources, it lacks any competitive value. |

138964769.1