# Coordinated Care Organization Service Areas



**Exhibit B**
Page 1 of 1

OHA 8116 (Rev. 1/18)