Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff, | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18-cv-00296-MO<br><br><br><br>DECLARATION OF ALLETTA S. BRENNER IN SUPPORT OF DISCOVERY MOTIONS OF FAMILYCARE, INC. |

1-    BRENNER DECLARATION IN SUPPORT OF
        DISCOVERY MOTIONS OF FAMILYCARE, INC.

139064399.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and in
his official capacity as director of the Oregon
Health Authority,

             Defendants.

I, Alletta Brenner, state as follows:

1.      I am an attorney with the firm of Perkins Coie, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned cases. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of FamilyCare's First Requests for Production to OHA.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the referenced pages from the November 30, 2017 hearing transcript.

4.      Attached hereto as Exhibit 3 to this declaration is a true and correct copy of Judge Armstrong's January 2, 2018 Order Granting FamilyCare, Inc.'s Motion to Compel.

5.      I have been informed that at present, the Oregon Health Authority (OHA)'s document production contains approximately 54,000 documents designated as Confidential and approximately 19,000 documents designated as Attorney's Eyes Only (AEO).

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Protective Order entered by Judge Armstrong of the Marion County Circuit Court on November 1, 2017.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a table comparing the instructions provided by each CCO as to each category of information identified. This table was

2-   BRENNER DECLARATION IN SUPPORT OF
     DISCOVERY MOTIONS OF FAMILYCARE, INC.

139064399.1

prepared at my direction by another associate in my office, based on the information contained in the below-referenced designation instructions.

8.    Attached hereto as Exhibit 6 are true and correct copies of the designation instructions provided by these CCOs, which were either served on FamilyCare directly by those CCOs, or provided to FamilyCare by counsel for OHA.

9.    Attached hereto as Exhibit 7 are three examples of the sort of documents that were initially produced to FamilyCare with an AEO designation, but that have since been de-designated.

10.    Attached as hereto as Exhibit 8, is a true and correct copy of an email from Greg Scott, dated December 6, 2017 regarding OHA's de-designation of AEO documents.

11.    Attached hereto as Exhibit 9, is a copy of the instructions provided to OHA by Trillium Community Health Plan in February 2017.

12.    Attached as Exhibit 10 is a true and correct copy of an email from OHA staffer Rhonda Busek to the Oregon CCOs.

13.    Attached as Exhibit 11 are true and correct copies of response letters received from several CCOs.

14.    Attached hereto as Exhibit 12 is a true and correct copy of an email from BethAnne Darby, dated June 27, 2017.

15.    Attached hereto as Exhibit 13 is a true and correct copy of an email from Robb Cowie, dated July 24, 2017.

16.    Attached hereto as Exhibit 14 is a true and correct copy of emails released to the Portland Tribune.

17.    Attached hereto as Exhibit 15 is a compilation of entries from OHA's privilege log.

3-    BRENNER DECLARATION IN SUPPORT OF
      DISCOVERY MOTIONS OF FAMILYCARE, INC.

139064399.1

18.     Attached as Exhibit 17 is a true and correct copy of a letter from Lynne Saxton to Jeff Heatherington.

19.     Attached hereto as Exhibit 18 is a true and correct copy of an email from BethAnne Darby, dated August 1, 2017.

20.     Attached hereto as Exhibit 19 is a sample of the sort of documents that were still designated as AEO after OHA's December 2017 de-designation of about 5,000 documents, and which exemplify the continuing issues with OHA's over-marking of documents.

21.     Attached hereto as Exhibit 20 is a true and correct copy of an email from Courtney Crowell, dated February 21, 2017.

22.     Attached hereto as Exhibit 21 is March 3, 2017 email from OHA employee Chelsea Guest and Optumas employee Zachary Aters.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: March 16, 2018

*s/ Alletta S. Brenner*
Alletta S. Brenner

4-    BRENNER DECLARATION IN SUPPORT OF
      DISCOVERY MOTIONS OF FAMILYCARE, INC.

139064399.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222