IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

FAMILYCARE, INC., an Oregon non-profit corporation,

               Plaintiff,

      v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

               Defendant,

and

ALLCARE CCO, INC., an Oregon corporation; CASCADE HEALTH ALLIANCE, LLC, an Oregon limited liability company; COLUMBIA PACIFIC CCO, LLC, an Oregon limited liability company; EASTERN OREGON COORDINATED CARE ORGANIZATION, LLC, an Oregon limited liability company; INTERCOMMUNITY HEALTH PLANS, INC., an Oregon corporation doing business as INTERCOMMUNITY HEALTH NETWORK – COORDINATED CARE ORGANIZATION; JACKSON COUNTY CCO, LLC, an Oregon limited liability company doing business as JACKSON CARE CONNECT; PACIFICSOURCE COMMUNITY SOLUTIONS, an Oregon nonprofit; PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC, an Oregon limited liability company; TRILLIUM COMMUNITY HEALTH PLAN, INC., an Oregon corporation; UMPQUA HEALTH ALLIANCE, LLC, an Oregon limited

Case No. 17CV09226

**ORDER GRANTING FAMILYCARE, INC.'S MOTION TO COMPEL**

PAGE  1-    ORDER GRANTING FAMILYCARE, INC.'S MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 3
Page 1 of 45

liability company; WESTERN OREGON ADVANCED HEALTH, LLC, an Oregon limited liability company; WILLAMETTE VALLEY COMMUNITY HEALTH, LLC, an Oregon limited liability company; AND, YAMHILL COMMUNITY CARE ORGANIZATION, INC., an Oregon corporation,

Joint Intervenors.

The Court, having reviewed the Motion to Compel filed by FamilyCare, Inc. (FamilyCare) and having heard oral argument on the matter by counsel for FamilyCare and counsel for Defendant Oregon Health Authority (OHA), it is hereby:

ORDERED that OHA shall produce to FamilyCare, by January 19, 2018, all materials identified on the list attached to this order as Appendix A, which includes, but is not limited to, those materials previously identified by OHA as being in its possession but withheld from production at Optumas's request.

IT IS FURTHER ORDERED THAT FamilyCare and OHA shall submit to the Court, by January 12, 2018, a proposed form of protective order pertaining to the production of the documents identified on Appendix A.  If FamilyCare and OHA are unable to agree on a proposed form of protective order, they may submit separate proposed protective orders, and the Court will select and enter the one that the Court deems most reasonable.

IT IS FURTHER ORDERED THAT, pursuant to the court's prior instructions, OHA shall collect and produce to FamilyCare, by January 12, 2018, additional Optumas documents, emails, and communications responsive to FamilyCare's requests for production, without regard to whether those documents, emails, and communications are currently in OHA's possession. Such documents shall be identified by using the 60 search terms listed on Appendix B, which reflects the 75 terms proposed by FamilyCare and the 15 terms struck by OHA, to search Optumas data.  This search shall not be limited to the emails that Optumas has previously provided to OHA but

PAGE  2-    ORDER GRANTING FAMILYCARE, INC.'S MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222    Exhibit 3
Page 2 of 45

shall include all data from those Optumas custodians previously identified by the parties.

Signed: 1/2/2018 12:06 PM

Circuit Court Judge Sean E. Armstrong

Presented by:

**PERKINS COIE LLP**
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta S. Brenner, OSB No. 142844
ABrenner@perkinscoie.com

PAGE  3-    ORDER GRANTING FAMILYCARE, INC.'S
MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222    Exhibit 3
Page 3 of 45

APPENDIX A

OptumasFilesforExclusion
AB Hospital Adjustment - 2015.09.16.xlsx
AB Hospital Adjustment - 2015.09.14.xlsx
AB Hospital Adjustment - 2015.09.16 V2.xlsx
Oregon ABA Model - 2015.09.29.xlsx
Oregon ABA Model - 2015.09.24_JC.xlsx
Oregon ABA Model - 2015.09.25_JC.xlsx
Oregon ABA Model - 2015.09.21.xlsx
Oregon ABA Model - 2015.09.22.xlsx
Oregon ABA Model - 2015.09.24 v2.xlsx
Oregon ABA Model - 2015.09.24.xlsx
Oregon ABA Model - 2015.09.29_MHO_BJ.xlsx
Oregon ABA Model - 2016.04.04.xlsx
Oregon ABA Model - 2016.04.08.xlsx
Oregon ABA Model - 2016.04.11.xlsx
Oregon ABA Model - 2016.04.12.xlsx
Oregon ABA Model - 2016.04.13 v2.xlsx
Oregon ABA Model - 2016.04.13 v3.xlsx
Oregon ABA Model - 2016.04.13.xlsx
ACA Monthly Enrollment Summaries - for AR.xlsx
OR - MST & FFT Util Summary 2016.02.02.xlsx
OR Peer Services Summary - 2016.04.18.xlsx
Admin from Other States.xlsx
Admin from Other States_v2.xlsx
OR Admin Summary (For AL).xlsx
OR Admin Summary (For AL)_v2.xlsx
RRDS CY16 Exhibits (CCO A) - 2015.11.03_Admin Summary for AL.xlsx
RRDS CY16 Exhibits (CCO E) - 2015.11.04_Admin Summary for AL.xlsx
Back Pain Base Data- 2016.03.14.xlsx
Back Pain Model - 2016.04.14.xlsx
Back Pain Model - 2016.04.14_LB.xlsx
Back Pain Model - 2016.04.14_UB.xlsx
Back Pain Model - 2016.04.21_LB.xlsx
CY16 Rate Impact - 2016.04.14_BJ.xlsx
CY16 Rate Impact - 2016.04.21_BJ.xlsx
CY16 Rate Impact - 2016.04.22.xlsx
Back Pain Base Data- 2016.03.14_PEER.xlsx
Back Pain Model - 2016.03.14 v2_PEER.xlsx
Back Pain Analysis - 2016.02.18.xlsx
Back Pain Analysis - 2016.02.19.xlsx
Back Pain Analysis - 2016.02.25.xlsx
Back Pain Analysis - 2016.03.02.xlsx
Back Pain Analysis - 2016.03.11.xlsx
Back Pain Base Data- 2016.03.12.xlsx
Back Pain Model - 2016.03.12.xlsx
Back Pain Model - 2016.03.13.xlsx
Back Pain Model - 2016.03.14 v2.xlsx

Back Pain Model - 2016.03.14.xlsx
Back Pain Model - 2016.03.15.xlsx
Copy of Back Pain Model - 2016.03.14 v2.xlsx
OR Back Pain Analysis - 2015.10.06.xlsx
OR Back Pain Analysis - 2015.10.07.xlsx
OR Back Pain Analysis - 2015.10.08.xlsx
OR Back Pain Analysis - 2016.02.09.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.24 - Copy.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Cascade 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.24.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.10.05.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.24.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.09.24.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.10.05.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.24.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.24.xlsx
Regional - CY14 PMPM and MMs 2015.10.08_FC Scenarios.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.08.12_Peer.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.08.31.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.08.31.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.10_Peer.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.10_Peer.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.08.31_Peer.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.24_Peer.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.24_Peer.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.21_Peer.xlsx

OR CY16 Rates - Base Data Model AllCare 2015.08.12.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.08.18.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.08.26.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.08.27.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.08.29.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.01.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.10.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.08.17.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.08.18.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.08.26.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.09.01.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.09.01_v2.xlsx
OR CY16 Rates - Base Data Model Cascade  2015.09.10.xlsx
OR CY16 Rates - Base Data Model Cascade 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.08.29.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.10.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.21.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.08.18.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.08.26.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.08.29.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.08.31.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.01.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.01_v2.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.10.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.08.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.10.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.24.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.10.05_MJM_PJU.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.10.19_Addl Incentive QP Pmts (Test).xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.08.31_UPDATE FT.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.01_v2.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.08.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.10.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.08.17.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.08.26.xlsx

APPENDIX A

OR CY16 Rates - Base Data Model Intercommunity 2015.08.28.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.08.29.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.11_UR Adj.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.08.29.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.11.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.21.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.08.18.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.08.26.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.08.31.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.09.01.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.09.10.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.09.21.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.08.18.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.08.26.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.08.31.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.01.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.02.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.10.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.08.28.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.08.29.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.09.09.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.08.29.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.01_v2.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.11_Allocation Adj.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.12.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.24.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.08.18.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.08.26.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.08.29.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.01.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.11_Allocation.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.21.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.08.26.xlsx

OR CY16 Rates - Base Data Model Willamette 2015.08.31_UPDATE FT.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.11_Subcap Adj.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.21.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.08.18.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.08.26.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.08.31.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.01.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.11_UR Adj.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.21.xlsx
OR CY16 Rates - Base Data Model WOAH_Net Flex.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.08.18.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.08.26.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.08.29.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.01.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.11.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.21.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.10_No Rx.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.10_No Rx.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.11_UR Adj_No Rx.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.11_No Rx.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.09.09_No Rx.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.12_No Rx.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.14_No Rx.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.11_Subcap Adj_No Rx.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.11_UR Adj_No Rx.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.11_No Rx.xlsx
OR CY16 Rates - Base Data Model AllCare 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Cascade 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.17.xlsx
OR CY16 Rates - Base Data Model EOCCO 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Familycare 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Healthshare 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Intercommunity 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Jackson 2015.09.17.xlsx
OR CY16 Rates - Base Data Model PacificSource (Central) 2015.09.17.xlsx
OR CY16 Rates - Base Data Model PacificSource (Gorge) 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Primary Health 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Trillium 2015.09.17.xlsx
OR CY16 Rates - Base Data Model UMPQUA 2015.09.17.xlsx
OR CY16 Rates - Base Data Model Willamette 2015.09.17.xlsx
OR CY16 Rates - Base Data Model WOAH 2015.09.16.xlsx
OR CY16 Rates - Base Data Model Yamhill 2015.09.17.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.16_Base Adjustments.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.10.19_HRA Adj.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.10.19_HRA Adj.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.10.19_HRA Adj.xlsx

APPENDIX A

OR CY16 Rates - Regional Base Blend Model - Tri County 2015.10.19_HRA Adj.xlsx
Tri County Base Scenarios 2015.09.28.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.14_Incentive Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.14_Incentive Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.15_Incentive Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.14_Incentive Flex.xlsx
OR CY16 Rates - Base Blend Model - Statewide PEER_JG.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.23_Peer.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.24_Peer.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.23_Do LClaims_Peer.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.11_Peer.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.30.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.30.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.10.05_WOAH Adj.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.30.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.15_Incentive Flex.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.15_Incentive Flex_Lori Call.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.15_Incentive Flex_v1.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.15_Incentive Flex_v2.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.16.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.16_No Rx.xlsx
OR CY16 Rates - Base Blend Model - Statewide 2015.09.16_No Rx_v2.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.11.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.16.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.23.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.25.xlsx
OR CY16 Rates - Regional Base Blend Model - Central Eastern 2015.09.28.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.12.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.17.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.23_Do IHN LClaims.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.25.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.09.28.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.11.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.12.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.14_Incentive Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.16.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.23_Do LClaims.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.25.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.28.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.09.30.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.10.05.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.08.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.10.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.14.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.16.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.21.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.24.xlsx

APPENDIX A

OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.25.xlsx

OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.28.xlsx

OR CY16 Rates - Regional Base Blend Model - Tri County 2015.09.28_v2.xlsx

OR CY16 Rates - Regional Base Blend Model - Tri County 2015.10.19_FC Addl Incentives.xlsx

OR CY16 Rates - Regional Base Blend Model - Tri County 2015.10.19_HRA Adj_MJM_PJU.xlsx

51B7DD15.tmp

Dental CY16 Rate Model - 2015.09.28.xlsx

Dental Buy-Back Adjustment  2016.04.11_Other.xlsx

Dental Buy-Back Adjustment  2016.04.11_SW.xlsx

Dental Buy-Back Adjustment  2016.04.11_Tri County.xlsx

Dental Buy-Back Adjustment - Rate Impact Exhibits.xlsx

Dental Buy-Back Estimate 2016.03.18.xlsx

Dental Buy-Back and Back Pain Estimated Impact 2016.04.18.xlsx

Dental Buy-Back Rates DCO Impact 2016.04.20.xlsx

Dental Buy-Back Adjustment  2016.04.11_SW_CW.xlsx

Dental Buy-Back Adjustment  2016.04.11_SW_SC.xlsx

Dental Buy-Back Adjustment  2016.03.17.xlsx

Dental Buy-Back Adjustment  2016.03.18.xlsx

Dental Buy-Back Adjustment  2016.04.05.xlsx

Dental Buy-Back Adjustment  2016.04.07_Other.xlsx

Dental Buy-Back Adjustment  2016.04.07_SW.xlsx

Dental Buy-Back Adjustment  2016.04.07_Tri County.xlsx

Copy of Dental Buy-Back Adjustment  2016.03.15 v2.xlsx

Dental Buy Back - 2015.10.08.xlsx

Dental Buy Back - 2015.10.09.xlsx

Dental Buy Back - 2015.10.13.xlsx

Dental Buy-Back Adjustment  2016.03.14.xlsx

Dental Buy-Back Adjustment  2016.03.15.xlsx

Dental CY16 2H Model 2016.03.02.xlsx

Dental CY16 2H Model 2016.03.02_BJ.xlsx

Member Month Checks 2016.03.09.xlsx

Serivce Claim Combinations 2016.03.14.xlsx

Services Per Member 2016.03.15_v2.xlsx

Dental Data Control Totals.xlsx

Services Per Member 2016.03.14.xlsx

Services Per Member 2016.03.15.xlsx

Ref-Integ Checks 2016.03.10.xlsx

Dental Data Volume Graphs 2016.03.02.xlsx

Dental Data Volume Graphs 2016.02.26_Peer_KW.xlsx

Dental Data Volume Graphs 2016.02.26_Peer_KW_2.xlsx

Dental Data Volume Graphs 2016.02.26.xlsx

MAT Model - State Version 2015.10.24.xlsx

MAT Model - State Version 2015.09.29_DRAFT!!.xlsx

MAT Model - State Version 2015.10.04.xlsx

2016 Rate Change Summary for Oregon 2015.11.16.xlsx

OR CY16 Rates - Regional Rate Model (Central) 2015.11.04_ACA Risk Score.xlsx

OR CY16 Rates - Regional Rate Model (Northwest) 2015.11.04_ACA Risk Score.xlsx

APPENDIX A

OR CY16 Rates - Regional Rate Model (Southwest) 2015.11.04_ACA Risk Score.xlsx
OR CY16 Rates - Regional Rate Model (TriCounty) 2015.11.04_ACA Risk Score.xlsx
OR CY16 Rates - Base Data Model AllCare_Net Flex.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific_Net Flex.xlsx
OR CY16 Rates - Base Data Model Familycare_Net Flex.xlsx
OR CY16 Rates - Base Data Model Healthshare_Net Flex.xlsx
OR CY16 Rates - Base Data Model Intercommunity_Net Flex.xlsx
OR CY16 Rates - Base Data Model Primary Health_Net Flex.xlsx
OR CY16 Rates - Base Data Model Trillium_Net Flex.xlsx
OR CY16 Rates - Base Data Model UMPQUA_Net Flex.xlsx
OR CY16 Rates - Base Data Model Willamette_Net Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Northwest 2015.10.19_Net Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Southwest 2015.10.19_Net Flex.xlsx
OR CY16 Rates - Regional Base Blend Model - Tri County 2015.10.19_Net Flex.xlsx
Payment Rate Model - 2016.04.25_Net Flex.xlsx
~$Payment Rate Model - 2015.12.14_Risk Score.xlsx
Payment Rate Model - 2015.12.14.xlsx
Payment Rate Model - 2015.12.14_NEMT Check.xlsx
Payment Rate Model - 2015.12.14_Risk Score.xlsx
CY16 Contract Sheet Template - 2016.05.23_Deliv_TRI 20th %.xlsx
CY16 Contract Sheet Template - 2016.05.23_TRI 20th %.xlsx
CY16 Payment Rate Model - 2016.05.23_MH Only_TRI 20th %.xlsx
CY16 Payment Rate Model - 2016.05.23_TRI 20th %.xlsx
CY16 Contract Sheet Template - 2016.05.23_Deliv_FC 20th %.xlsx
CY16 Contract Sheet Template - 2016.05.23_FC 20th %.xlsx
Payment Rate Model - 2016.05.04_ABA_TRI 20th %.xlsx
Payment Rate Model - 2016.04.14_Dental Buyback.xlsx
Payment Rate Model - 2016.04.15_Back Pain_v2_TRI 20th %.xlsx
Payment Rate Model - 2016.04.15_Back Pain_v2_TRI 20th %_BP PJU.xlsx
Payment Rate Model - 2015.10.24_No ABA_MH Only.xlsx
Payment Rate Model - 2015.10.24_No ABA_MH Only_v2.xlsx
Payment Rate Model - 2016.07.15_WRAP_HIPF.xlsx
Payment Rate Model - 2015.10.06_PEER_SG.xlsx
Payment Rate Model - 2015.10.07-Umpqua & Gorge Adj._v3 (No Back Pain)_MC_Peer.xlsx
Payment Rate Model - 2015.10.19_A&D and HRA Adjustments_JG.xlsx
Payment Rate Model - 2015.11.04_Prev. 2015 Rate Summaries_JG.xlsx
Payment Rate Model - 2015.10.05.xlsx
Payment Rate Model - 2015.10.05_v2.xlsx
Payment Rate Model - 2015.10.06.xlsx
Payment Rate Model - 2015.10.07.xlsx
Payment Rate Model - 2015.10.07-Umpqua & Gorge Adj._v2 .xlsx
Payment Rate Model - 2015.10.07-Umpqua & Gorge Adj._v3 (No Back Pain)_BJ.xlsx
Payment Rate Model - 2015.10.07-Umpqua & Gorge Adj._v3 [No Back Pain].xlsx
Payment Rate Model - 2015.10.07-Umpqua & Gorge Adj._v3 [With Back Pain].xlsx
Payment Rate Model - 2015.10.07-Umpqua Adj..xlsx
Payment Rate Model - 2015.10.07-Umpqua and Gorge Adj..xlsx
Payment Rate Model - 2015.10.13 (with Dental).xlsx

APPENDIX A

Payment Rate Model - 2015.10.13 (with Dental)_v2.xlsx
Payment Rate Model - 2015.10.13 (without Dental).xlsx
Payment Rate Model - 2015.10.13 (without Dental)_v2.xlsx
Payment Rate Model - 2015.10.19_A&D Adjustments.xlsx
Payment Rate Model - 2015.10.19_A&D Adjustments_v2.xlsx
Payment Rate Model - 2015.10.19_A&D and HRA Adjustments.xlsx
Payment Rate Model - 2015.10.19_FC Addtl Incentives.xlsx
Payment Rate Model - 2015.10.24_No ABA.xlsx
Payment Rate Model - 2015.11.04_ACA Risk Score.xlsx
Payment Rate Model - 2015.11.04_Prev. 2015 Rate Summaries.xlsx
Payment Rate Model - 2016.04.15_Back Pain.xlsx
Payment Rate Model - 2016.04.21_ABA.xlsx
Payment Rate Model - 2016.04.22_ABA.xlsx
OR - Risk Score Normalization 2015.09.16.xlsx
OR - Risk Score Normalization 2015.09.17.xlsx
OR - Risk Score Normalization 2015.09.17_ACA AB Factor.xlsx
OR - Risk Score Normalization 2016.05.19_v2.xlsx
OR - Risk Score Normalization 2016.05.19_v3.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.09.11 - No SNRG.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.09.14 - SNRG.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.10.15 - SNRG.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.10.15 - SNRG_Cert Exhibit.xlsx
Oregon Risk Score Analysis - 5.4 CDPS+Rx 2014 Q4 Snapshot (National Weights Prospective) - Initial Summary 201
Oregon Risk Score Analysis - 5.4 CDPS+Rx 2014 Q4 Snapshot (National Weights Prospective) - Initial Summary 201
Oregon Risk Score Analysis - 5.4 CDPS+Rx 2014 Q4 Snapshot (National Weights Prospective) - Initial Summary 201
Oregon Risk Score Analysis - 5.4 CDPS+Rx 2014 Q4 Snapshot (National Weights Prospective) - Initial Summary 201
Oregon Risk Score Analysis - 5.4 CDPS+Rx 2014 Q4 Snapshot (National Weights Prospective) - Initial Summary 201
Oregon Risk Score Analysis - CCO Specific Scores - National Prospective Weights 2015.09.29.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.09.14 - SNRG_peer.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.07.17.xlsx
Oregon Risk Score Analysis - 2014 Aggregate Analysis (National CDPS Pro) 2015.09.11 - SNRG.xlsx
Oregon Risk Score Analysis - 5.4 CDPS+Rx 2014 Q4 Snapshot (National Weights Prospective) - Initial Summary 201
Copy of OR - Risk Score Normalization 2015.09.17_PEER AB Factors.xlsx
OR - Risk Score Normalization 2015.09.17_Peer.xlsx
OR - Risk Score Normalization 2016.05.19.xlsx
OR CY16 Rates - Base Data Model Cascade 2015.09.24_Exhibit L.xlsx
OR CY16 Rates - Base Data Model Columbia Pacific 2015.09.24_Exhibit L.xlsx
Dental Assumption Support.xlsx
OR DCO Rate Amendment Round 1 Questions.docx
Oregon CY16 MHO Amendment Round One Questions.DOCX
DCO Dental Buy-Back Presentation_2016.04.21.ppt
Thumbs.db
FW  Oregon CY 2016 MHO Rate Review Questions.msg
Oregon CY16 MHO Round One Questions .pdf
Oregon CY16 MHO Round One Questions .docx
FW Oregon_DCO_20160701-20161231_Amendment_20160602 - Round 1 Questions.msg
FW Oregon_MHO_20160701-20161231_Amendment_20160602 - Round 1 Questions.msg

APPENDIX A

OR DCO Rate Amendment Round 1 Questions_clean.docx
Oregon CY16 MHO Amendment Round One Questions_clean.docx
DCO Questions.msg
OR DCO 2016 Round 2 Questions.docx
OR DCO 2016 Round 2 Questions.pdf
Oregon - Other State Trend Summaries 2015.10.19.xlsx
TriCounty Migration Matrix - 2015.12.04.xlsx
CY14 CCO Paid and Allowed Amount Volume.xlsx
Familycare ACA Transition - Prevalence Report.xlsx
HSO ACA Transition - Prevalence Report.xlsx
Tri County Rate Scenarios 2015.12.03.xlsx
TriCounty Migration Matrix - 2015.12.03.xlsx
Tri-County Prevalence Summaries - Updated Risk Scores.xlsx
Oregon - CY16 Dental Buy-Back Methodology 2016.04.21.pdf
Copy of Payment Rate Model - 2015.12.14_Risk Score.xlsx
Regional - CY14 PMPM and MMs Scenario Modeling.xlsx
Regional - CY14 PMPM and MMs Scenario Modeling_PEER BJ.xlsx
Scenario Exhibit FC.xlsx
CY16 July Amendment Contract Sheet Template - 2016.05.23_Deliv_TRI 20th %.xlsx
FamilyCare CY16 Payment Rate Exhibit - Current and ACA 20th Percentile 2016.05.21.xlsx
76E94CF8.tmp
COS Logic - 2015.05.11.xlsx
CY14 Volume Checks - 2015.05.08.xlsx
Allowed Amount Checks - 2015.09.08.xlsx
Allowed Amount Checks - 2015.09.02.xlsx
CCO Standardized Name Crosswalk.xlsx
CY16 Control Totals - 2015.04.20.xlsx
CY16 Control Totals - 2015.04.21.xlsx
CCO enrl 201401-201503 pasted values_Optumas.xlsx
CY14 Volume Checks - 2015.05.01 - PEER.xlsx
CY14 Volume Checks - 2015.05.03 - PEER.xlsx
CY16 Control Totals - 2015.04.21 - PEER.xlsx
CY14 Volume Checks - 2015.05.01.xlsx
CY14 Volume Checks - 2015.05.03.xlsx
CY14 Volume Checks - 2015.05.06.xlsx
CY14 Volume Checks - 2015.05.07.xlsx
Dollar Volume Checks - 2015.04.29 v2.xlsx
Dollar Volume Checks - 2015.04.29 v3.xlsx
Dollar Volume Checks - 2015.04.29.xlsx
Dollar Volume Checks - 2015.04.30.xlsx
OR - AB Hospital Adjustment - 2016.09.08.xlsx
OR - AB Hospital Adjustment - SW.xlsx
Copy of OR - AB Hospital Adjustment - 2016.09.06.xlsx
OR - AB Hospital Adjustment - 2016.09.01.xlsx
OR - AB Hospital Adjustment - 2016.09.02 v2.xlsx
OR - AB Hospital Adjustment - 2016.09.02.xlsx
OR - AB Hospital Adjustment - 2016.09.03.xlsx

APPENDIX A

OR - AB Hospital Adjustment - 2016.09.03_don't use.xlsx
OR - AB Hospital Adjustment - 2016.09.06 (martin.mcnamara v1).xlsx
OR - AB Hospital Adjustment - 2016.09.06.xlsb
OR - AB Hospital Adjustment - 2016.09.06.xlsx
OR CY17 AB Factor Analysis 2016-08-31.xlsb
OR CY17 AB Factor Analysis 2016-08-31_2.xlsb
OR CY17 AB Factor Analysis 2016-09-01.xlsb
AL NEMT Proc Code Summary 2017.02.10.xlsx
Admin Model.xlsx
Admin Model_Final.xlsx
Admin Model_Final_bj.xlsx
Reinsurance Detail by CCO.xlsx
Admin Model_PEER.xlsx
~$OR CY17 Rates - Base Data Model Allcare 2016.06.14_bj.xlsb
~$OR CY17 Rates - Base Data Model Allcare 2016.06.23.xlsb
~$OR CY17 Rates - Base Data Model Familycare 2016.06.07.xlsx
~$OR CY17 Rates - Base Data Model Healthshare 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.24_v2_No Exclusions.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model IHN 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model STATEWIDE TJU FOR SAMPLE DATA.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.09.24_v2.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.09.24_v2.xlsb
Regional Summary.xlsx
~$OR CY17 Rates - Base Data Model Healthshare FOR COS SUMMARY 2016.06.13.xlsx
~$OR CY17 Rates - Base Data Model Trillium FOR COS SUMMARY 2016.06.13.xlsx
OR CY17 Rates - Base Data Model Healthshare FOR COS SUMMARY 2016.06.13.xlsx
OR CY17 Rates - Base Data Model Trillium COS SUMMARY 2016.06.13 TJUUUUUUUUU.xlsx
OR CY17 Rates - Base Data Model Trillium FOR COS SUMMARY 2016.06.13.xlsx
OR CY17 Rates - Base Data Model WOAH FOR COS SUMMARY 2016.06.13.xlsx
OR CY17 Rates - Base Data Model Yamhill FOR COS SUMMARY 2016.06.13.xlsx
OR Peer Notes.txt
OR CY17 Rates - Base Data Model Allcare PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Cascade PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model ColPac PEER 2016.06.08.xlsx

OR CY17 Rates - Base Data Model EOCCO PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Familycare PEER 2016.06.07.xlsx
OR CY17 Rates - Base Data Model Healthshare PEER 2016.06.07.xlsx
OR CY17 Rates - Base Data Model Healthshare PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model IHN PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Jackson PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model PacificSource (Central) PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model PacificSource (Gorge) PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Primary Health PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Trillium PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Umpqua PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model WOAH PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model WVCH PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Yamhill PEER 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Allcare 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model IHN 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.09.24_v2_peer.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.09.24_v2_peer.xlsb
Data Paste MJM 2016-06-14.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Allcare 2016.06.08_v2.xlsx
OR CY17 Rates - Base Data Model Allcare 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.06.14_bj.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.06.14_v2.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.06.20.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.06.30.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.07.11.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.07.12.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.07.14.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.07.18.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.07.18_Reimbursement Adj..xlsb
OR CY17 Rates - Base Data Model Allcare 2016.08.04.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.08.09.xlsb

APPENDIX A

OR CY17 Rates - Base Data Model Allcare 2016.08.17.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.08.31_OLD.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Allcare 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.06.07.xlsx
OR CY17 Rates - Base Data Model Cascade 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.06.28.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.07.12.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.07.15.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.07.20.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.08.16.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.24.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.06.08.xlsx
OR CY17 Rates - Base Data Model ColPac 2016.06.14.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.06.22.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.06.23.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.07.05.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.07.18.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.08.17.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.08.18.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.09.01.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.09.23.xlsb
OR CY17 Rates - Base Data Model ColPac 2016.09.24.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.06.07.xlsx
OR CY17 Rates - Base Data Model EOCCO 2016.06.14.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.06.23.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.07.05.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.07.18.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.07.26.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.08.16.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.08.18.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.09.01.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.09.23.xlsb
OR CY17 Rates - Base Data Model EOCCO 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.05.28.xlsx
OR CY17 Rates - Base Data Model Familycare 2016.06.01.xlsx
OR CY17 Rates - Base Data Model Familycare 2016.06.02 v2.xlsx
OR CY17 Rates - Base Data Model Familycare 2016.06.02.xlsx

APPENDIX A

OR CY17 Rates - Base Data Model Familycare 2016.06.07.xlsx
OR CY17 Rates - Base Data Model Familycare 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.07.18.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.07.19.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.07.23.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.08.15.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.23_v2.xlsb
OR CY17 Rates - Base Data Model Familycare 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Familycare.xlsx
OR CY17 Rates - Base Data Model Healthshare 2016.06.07.xlsx
OR CY17 Rates - Base Data Model Healthshare 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.07.12.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.07.18.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.08.02.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.08.15.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.08.30_New FT.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.01_2.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.01_2_HSO PMPM.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Healthshare 2016.09.24_v2 - PJU I DO WHAT I WANT.xlsb
OR CY17 Rates - Base Data Model IHN 2016.06.08.xlsx
OR CY17 Rates - Base Data Model IHN 2016.06.14.xlsb
OR CY17 Rates - Base Data Model IHN 2016.06.23.xlsb
OR CY17 Rates - Base Data Model IHN 2016.06.28.xlsb
OR CY17 Rates - Base Data Model IHN 2016.07.05.xlsb
OR CY17 Rates - Base Data Model IHN 2016.07.19.xlsb
OR CY17 Rates - Base Data Model IHN 2016.08.18.xlsb
OR CY17 Rates - Base Data Model IHN 2016.09.01.xlsb
OR CY17 Rates - Base Data Model IHN 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model IHN 2016.09.23.xlsb
OR CY17 Rates - Base Data Model IHN 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Jackson 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.06.22.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.07.18.xlsb

OR CY17 Rates - Base Data Model Jackson 2016.07.19.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.08.17.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Jackson 2016.09.24.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.06.07.xlsx
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.06.08.xlsx
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.06.14.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.06.22.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.06.23.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.07.05.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.07.11.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.07.19.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.08.16.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.08.19.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.08.19_DATA CHECK.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.09.01.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.09.23.xlsb
OR CY17 Rates - Base Data Model PacificSource (Central) 2016.09.24.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.06.07.xlsx
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.06.08.xlsx
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.06.14.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.06.22.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.06.23.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.07.05.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.07.11.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.07.19.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.07.26.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.08.16.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.08.19.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.09.01.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.09.23.xlsb
OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Primary Health 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.06.22.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.07.05_v2.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.07.19.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.08.11_Updated FT.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.08.17.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.09.01_v2.xlsb

OR CY17 Rates - Base Data Model Primary Health 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Primary Health 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Trillium 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.07.18.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.07.19.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.08.17_New FT.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.08.17_New FT_No CM.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Trillium 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Umpqua 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.07.11.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.07.19.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.08.17.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.02_v2.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Umpqua 2016.09.24.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.06.08.xlsx
OR CY17 Rates - Base Data Model WOAH 2016.06.13.xlsx
OR CY17 Rates - Base Data Model WOAH 2016.06.14.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.06.23.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.07.05.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.07.19.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.08.17.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.09.01.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.09.07.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.09.16.xlsb
OR CY17 Rates - Base Data Model WOAH 2016.09.24.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.06.08.xlsx
OR CY17 Rates - Base Data Model WVCH 2016.06.14.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.06.23.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.07.05.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.07.12.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.07.19.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.08.18.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.09.01.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.09.06.xlsb
OR CY17 Rates - Base Data Model WVCH 2016.09.16.xlsb

APPENDIX A

OR CY17 Rates - Base Data Model WVCH 2016.09.24.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.06.08 PJU.xlsx
OR CY17 Rates - Base Data Model Yamhill 2016.06.08.xlsx
OR CY17 Rates - Base Data Model Yamhill 2016.06.14.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.06.21.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.06.23.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.07.05.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.07.19.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.08.18.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.09.01.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.09.01_v2.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.09.23.xlsb
OR CY17 Rates - Base Data Model Yamhill 2016.09.24.xlsb
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.24.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.09.24_v2.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.24_v2.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.24.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.24_PJU for remove add-ons question.xlsx
Regional Control Checks.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.05 PEER 2.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.05 PEER.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.08.15.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.02.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.05.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.06 MJM.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.06_OLD.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.15.xlsx
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.23.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.08.19.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.09.06.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.09.14.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.09.15.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.09.23.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.09.24.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.08.19.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.05.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.07 (2).xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.07.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.15.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.23.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.24.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.08.15.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.01.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.05.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.05_v2.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.05_v2_just for reference.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.06.xlsx

APPENDIX A

OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.14.xlsx

OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.15.xlsx

OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.23_HRA Adjustment.xlsx

OR CY17 Rates - Regional Base Blend Model - Tri County 2016.09.23_old.xlsx

OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.09.06.xlsx

OR CY17 Rates - Regional Base Blend Model - Southwest 2016.09.14.xlsx

OR - CY17 Dental - IBNR_Databook_Trendv4.xlsx

OR - CY17 Dental Rate Model 2016.09.13.xlsx

OR - CY17 Dental Rate Model 2016.09.13_v2.xlsx

OR - CY17 Dental Rate Model 2016.10.08 w_RDS.xlsx

COLA Work.xlsx

OR - CY17 Dental Rate Model 2016.09.13_PEER.xlsx

2017 Rate Development - Shortcut.lnk

Dental_AvgPrice.xlsx

OR - CY17 Dental - IBNR_Databook_Trend 2016.09.01.xlsx

OR - CY17 Dental - IBNR_Databook_Trend.xlsx

OR - CY17 Dental - IBNR_Databook_Trendv2.xlsx

OR - CY17 Dental - IBNR_Databook_Trendv3.xlsx

OR - CY17 Dental Rate Model 2016.08.23.xlsx

OR - CY17 Dental Rate Model v2.xlsx

OR - CY17 Dental Rate Model v3.xlsx

OR - CY17 Dental Rate Model v4.xlsx

OR HCI3 Analysis 2016-08-29.xlsb

CY17 MHO Relational Modeling Exhibit.xlsx

MHO Rates 2016.10.24.xlsx

OR CY17 MHO Contract Rate Sheets 2016.10.24.xlsx

ABA_RiskCorridor_20160429.pdf

DRAFT Oregon CY17 Rate Certification - MHO Rates 2016.11.02.docx

Oregon CY17 MHO Capitation Rate Certification 2016.11.02.pdf

DRAFT Oregon CY17 Rate Certification - MHO Rates 2016.10.17.docx

DRAFT Oregon CY17 Rate Certification - MHO Rates 2016.10.17_MJM.docx

DRAFT Oregon CY17 Rate Certification - MHO Rates 2016.10.24.docx

Oregon CY17 MHO Capitation Rate Certification 2016.10.24.pdf

DRAFT Oregon CY16 Rate Certification - MHO Rates 2016.01.12.docx

OR CY16 Contract Amendment Certification Letter - MHO Rates 2016.06.02.docx

~$O 20170101-20171231 Round 1 Questions Clean_Response.docx

2017 Rate Guidance Crosswalk_OR MHO Rates.docx

MHO 20170101-20171231 Round 1 Questions Clean_Response.docx

MHO 20170101-20171231 Round 1 Questions Clean_Response_cg_bj.docx

MHO 20170101-20171231 Round 1 Questions Clean.docx

MHO Rates 2016.09.26_JL.xlsx

CY17 MHO RDS and Payment Rate Exhibit 2016.10.13.xlsx

MHO Rates 2016.09.26.xlsx

MHO Rates.xlsx

CY17 Payment Rate Model - Full Rates 2016.10.07.xlsb

CY17 Payment Rate Model - MH Only 2016.10.07.xlsb

CY17 Payment Rate Model - Full Rates 2016.10.07 PJU for checking rate modelz.xlsb

APPENDIX A

CY17 Payment Rate Model - Full Rates 2016.10.07_mod for Payment Rate Summary.xlsb

CY17 Payment Rate Model - Full Rates 2016.10.07_w mms summary.xlsb

CY17 Payment Rate Model 2016.09.21 In Progress.xlsx

CY17 Payment Rate Model 2016.09.22.xlsx

CY17 Payment Rate Model 2016.09.22_2.xlsx

CY17 Payment Rate Model 2016.09.23 - CW Fix.xlsx

CY17 Payment Rate Model 2016.09.23.xlsx

CY17 Payment Rate Model 2016.09.25 v2.xlsx

CY17 Payment Rate Model 2016.09.25 v3.xlsx

CY17 Payment Rate Model 2016.09.25.xlsx

CY17 Payment Rate Model 2016.09.26.xlsx

CY17 Payment Rate Model 2016.09.26_Call.xlsx

CY17 Payment Rate Model 2016.09.26_v2.xlsx

CY17 Payment Rate Model 2016.09.26_v3.xlsb

CY17 Payment Rate Model 2016.09.29.xlsb

CY17 Payment Rate Model 2016.09.29_v2.xlsb

CY17 Payment Rate Model 2016.10.06.xlsb

CY17 Payment Rate Model 2016.10.06_ACT ADJ.xlsb

MH Only CY17 Payment Rate Model 2016.10.05.xlsb

MH Only CY17 Payment Rate Model 2016.10.06.xlsb

MH Only CY17 Payment Rate Model 2016.10.06_ACT ADJ.xlsb

1161DB3E.tmp

50E303F3.tmp

OR - Central RDS Model 2016.09.27.xlsx

OR - Northwest RDS Model 2016.09.27.xlsx

OR - Southwest RDS Model 2016.09.29.xlsx

OR - TriCounty RDS Model 2016.09.27.xlsx

OR - Central RDS Model 2016.09.26 v2.xlsx

OR - Central RDS Model 2016.09.26.xlsx

OR - Northwest RDS Model 2016.09.26 v.xlsx

OR - Northwest RDS Model 2016.09.26 v2.xlsx

OR - Northwest RDS Model 2016.09.26 v3.xlsx

OR - Northwest RDS Model 2016.09.26.xlsx

OR - Southwest RDS Model 2016.09.26 v2.xlsx

OR - Southwest RDS Model 2016.09.26.xlsx

OR - Southwest RDS Model 2016.09.27.xlsx

OR - Southwest RDS Model 2016.10.05_WOAH.xlsx

OR - TriCounty RDS Model 2016.09.26 v2.xlsx

OR - TriCounty RDS Model 2016.09.26.xlsx

CY17 Payment Rate Model - Full Rates 2016.10.07 - Statewide Version.xlsb

CY17 Payment Rate Model - Full Rates 2016.10.07 - Statewide Version_Admin Check.xlsb

OR - Umpqua Rx Trend Analysis 2016.08.02_ALL CCO HepC.xlsb

OR - Central Rx Trend Analysis.xlsb

OR - Central Rx Trend Analysisv2.xlsb

OR - Central Rx Trend Analysisv2_bj.xlsb

OR - Cascade Rx Trend Analysis 2016.08.02.xlsb

OR - EOCCO Rx Trend Analysis 2016.08.02.xlsb

APPENDIX A

OR - PacificSource Central Rx Trend Analysis 2016.08.02.xlsb
OR - PacificSource Gorge Rx Trend Analysis 2016.08.02.xlsb
OR - Cascade Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - Central Rx Trend Analysis - GK.xlsb
OR - Central Rx Trend Analysisv2 -GK.xlsb
OR - EOCCO Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - PacificSource Central Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - PacificSource Gorge Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - Northwest Rx Trend Analysis (Autosaved).xlsb
OR - Northwest Rx Trend Analysis.xlsb
OR - Northwest Rx Trend AnalysisV2.xlsb
OR - Northwest Rx Trend AnalysisV2_bj.xlsb
OR - ColPac Rx Trend Analysis 2016.08.02.xlsb
OR - IHN Rx Trend Analysis 2016.08.02.xlsb
OR - WVCH Rx Trend Analysis 2016.08.02.xlsb
OR - Yamhill Rx Trend Analysis 2016.08.02.xlsb
OR - ColPac Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - IHN Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - Northwest and Central Rx Trend LB UB Check.xlsb
OR - Northwest Rx Trend Analysis - GK.xlsb
OR - Northwest Rx Trend AnalysisV2 - GK.xlsb
OR - WVCH Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - Yamhill Rx Trend Analysis 2016.08.02 - GK.xlsb
OR - Familycare Rx Trend Analysis 2016.06.30_peer_KW.xlsb
OR - Familycare Rx Trend Analysis 2016.06.27.xlsb
OR - Familycare Rx Trend Analysis 2016.06.28.xlsb
OR - Familycare Rx Trend Analysis 2016.06.29.xlsb
OR - Familycare Rx Trend Analysis 2016.06.30.xlsb
OR - Pharmacy Trend Analysis 2016.06.15.xlsb
OR - Pharmacy Trend Analysis 2016.06.15.xlsx
OR - Tricounty Rx Trend Analysis 2016.06.15.xlsb
OR - Tricounty Rx Trend Analysis 2016.06.16.xlsb
OR - Tricounty Rx Trend Analysis 2016.06.24.xlsb
OR - Tricounty Rx Trend Analysis 2016.06.27.xlsb
OR - Southwest Rx Trend Analysis.xlsb
OR - Southwest Rx Trend Analysis_bj.xlsb
OR - Allcare Rx Trend Analysis 2016.08.02.xlsb
OR - Jackson Rx Trend Analysis 2016.08.02.xlsb
OR - Primary Rx Trend Analysis 2016.08.02.xlsb
OR - Trillium Rx Trend Analysis 2016.08.02.xlsb
OR - Umpqua Rx Trend Analysis 2016.08.02.xlsb
OR - WOAH Rx Trend Analysis 2016.08.02.xlsb
OR - Allcare Rx Trend Analysis 2016.08.02_PEER_JL.xlsb
OR - Jackson Rx Trend Analysis 2016.08.02_PEER_JL.xlsb
OR - Primary Rx Trend Analysis 2016.08.02_PEER_JL.xlsb
OR - Southwest Rx Trend Analysis_PEER_JL.xlsb
OR - Southwest Rx Trend Analysis_V2_PEER_JL.xlsb

OR - Trillium Rx Trend Analysis 2016.08.02_PEER_JL.xlsb

OR - Umpqua Rx Trend Analysis 2016.08.02_PEER_JL.xlsb

OR - WOAH Rx Trend Analysis 2016.08.02_PEER_JL.xlsb

Regional Brand.xlsx

Regional Generic.xlsx

Regional Specialty.xlsx

OR - TriCounty Rx Trend Analysis.xlsb

OR - TriCounty Rx Trend Analysis_bj.xlsb

OR - Familycare Rx Trend Analysis 2016.07.29.xlsb

OR - Familycare Rx Trend Analysis.xlsb

OR - HealthShare Rx Trend Analysis 2016.08.02.xlsb

Regional RX Category Totals .xlsx

OR - TriCounty Rx Trend Analysis_PEER_JL.xlsb

OR - TriCounty Rx Trend Analysis_peer_KW.xlsb

OR CY17 Maternity Model 2016-09-16.xlsb

OR CY17 Maternity Model 2016-08-29_PEER.xlsb

OR CY17 Maternity Model 2016-08-29_PEER_JL.xlsb

Copy of OR CY17 Maternity Model 2016-08-26_2.xlsb

Copy of OR CY17 Maternity Model 2016-08-26_3.xlsb

Copy of OR CY17 Maternity Model 2016-08-26_3_BJ.xlsb

Copy of OR CY17 Maternity Model 2016-08-26_3_v2.xlsb

MAT Model - State Version 2015.10.24.xlsb

OR CY17 Maternity Model 2016-08-15.xlsb

OR CY17 Maternity Model 2016-08-15.xlsx

OR CY17 Maternity Model 2016-08-19.xlsb

OR CY17 Maternity Model 2016-08-20.xlsb

OR CY17 Maternity Model 2016-08-23 with time limit.xlsb

OR CY17 Maternity Model 2016-08-23.xlsb

OR CY17 Maternity Model 2016-08-24.xlsb

OR CY17 Maternity Model 2016-08-25.xlsb

OR CY17 Maternity Model 2016-08-25_with new PS Data.xlsb

OR CY17 Maternity Model 2016-08-25_with new PS Data_incl all.xlsb

OR CY17 Maternity Model 2016-08-26.xls

OR CY17 Maternity Model 2016-08-26.xlsb

OR CY17 Maternity Model 2016-08-26_2.xlsb

OR CY17 Maternity Model 2016-08-26_pju.xlsb

OR CY17 Maternity Model 2016-08-26_PJU.xlsx

OR CY17 Maternity Model 2016-08-28 - Copy.xlsb

OR CY17 Maternity Model 2016-08-29.xlsb

OR CY17 Maternity Model 2016-08-29_CCO Spec Base.xlsb

OR CY17 Maternity Model 2016-08-30.xlsb

OR CY17 Maternity Model 2016-08-30_HRA.xlsb

OR CY17 Maternity Model 2016-08-30_HRA_FC_checks.xlsb

OR CY17 Maternity Model 2016-09-02 PJU with CCO responses.xlsb

OR CY17 Maternity Model 2016-09-13.xlsb

OR CY17 Maternity Model 2016-09-13_2.xlsb

OR CY17 Maternity Model 2016-09-14.xlsb

OR CY17 Maternity Model 2016-09-15.xlsb
OR - NEMT Rate Development 2016.09.26.xlsb
OR - NEMT Rate Development 2016.09.23_JL.xlsb
OR - NEMT Rate Development 2016.09.21.xlsb
OR - NEMT Rate Development 2016.09.21.xlsx
OR - NEMT Rate Development 2016.09.22.xlsb
OR - NEMT Rate Development 2016.09.23.xlsb
Rate of Growth and Admin Model 2016.08.09.xlsx
Rate of Growth and Admin Model 2016.09.13.xlsx
CCO Rate of Growth Tool 2017-01-24.xlsx
CCO Rate of Growth Tool 2017-02-10.xlsx
CCO Rate of Growth Tool 2017-02-13.xlsx
CCO Rate of Growth Tool 2017-02-14.xlsx
CCO Rate of Growth Tool BASE 2017-02-14.xlsx
CCO Rate of Growth Tool BASE_v2_2017-02-27.xlsx
CCO Rate of Growth Tool_Allcare.xlsx
CCO Rate of Growth Tool_Cascade.xlsx
CCO Rate of Growth Tool_Columbia-Pacific.xlsx
CCO Rate of Growth Tool_EOCCO.xlsx
CCO Rate of Growth Tool_FamilyCare.xlsx
CCO Rate of Growth Tool_HealthShare.xlsx
CCO Rate of Growth Tool_IHN.xlsx
CCO Rate of Growth Tool_Jackson.xlsx
CCO Rate of Growth Tool_PacSCentral.xlsx
CCO Rate of Growth Tool_PacSGorge.xlsx
CCO Rate of Growth Tool_PrimaryHealth.xlsx
CCO Rate of Growth Tool_Trillium.xlsx
CCO Rate of Growth Tool_Umpqua.xlsx
CCO Rate of Growth Tool_WOAH.xlsx
CCO Rate of Growth Tool_WVCH.xlsx
CCO Rate of Growth Tool_Yamhill.xlsx
1. Checks.xlsx
CCO Rate of Growth Tool Allcare 2017-03-01.xlsx
CCO Rate of Growth Tool Cascade 2017-03-01.xlsx
CCO Rate of Growth Tool ColPac 2017-03-01.xlsx
CCO Rate of Growth Tool EOCCO 2017-03-01.xlsx
CCO Rate of Growth Tool FamilyCare 2017-03-01.xlsx
CCO Rate of Growth Tool HealthShare 2017-03-01.xlsx
CCO Rate of Growth Tool IHN 2017-03-01.xlsx
CCO Rate of Growth Tool Jackson 2017-03-01.xlsx
CCO Rate of Growth Tool Primary Health 2017-03-01.xlsx
CCO Rate of Growth Tool PS Central 2017-03-01.xlsx
CCO Rate of Growth Tool PS Gorge 2017-03-01.xlsx
CCO Rate of Growth Tool Trillium 2017-03-01.xlsx
CCO Rate of Growth Tool Umpqua 2017-03-01.xlsx
CCO Rate of Growth Tool WOAH 2017-03-01.xlsx
CCO Rate of Growth Tool WVCH 2017-03-01.xlsx

CCO Rate of Growth Tool Yamhill 2017-03-01.xlsx
CCO Rate of Growth Tool Allcare 2017-02-27.xlsx
CCO Rate of Growth Tool BASE 2017-02-27.xlsx
CCO Rate of Growth Tool Cascade 2017-02-27.xlsx
CCO Rate of Growth Tool ColPac 2017-02-27.xlsx
CCO Rate of Growth Tool EOCCO 2017-02-27.xlsx
CCO Rate of Growth Tool Familycare 2017-02-27.xlsx
CCO Rate of Growth Tool HealthShare 2017-02-27.xlsx
CCO Rate of Growth Tool IHN 2017-02-27.xlsx
CCO Rate of Growth Tool Jackson 2017-02-27.xlsx
CCO Rate of Growth Tool Primary Health 2017-02-27.xlsx
CCO Rate of Growth Tool PS Central 2017-02-27.xlsx
CCO Rate of Growth Tool PS Gorge 2017-02-27.xlsx
CCO Rate of Growth Tool Trillium 2017-02-27.xlsx
CCO Rate of Growth Tool Umpqua 2017-02-27.xlsx
CCO Rate of Growth Tool WOAH 2017-02-27.xlsx
CCO Rate of Growth Tool WVCH 2017-02-27.xlsx
CCO Rate of Growth Tool Yamhill 2017-02-27.xlsx
CCO Rate of Growth Tool Allcare 2017-02-28.xlsx
CCO Rate of Growth Tool Cascade 2017-02-28.xlsx
CCO Rate of Growth Tool ColPac 2017-02-28.xlsx
CCO Rate of Growth Tool EOCCO 2017-02-28.xlsx
CCO Rate of Growth Tool FamilyCare 2017-02-28.xlsx
CCO Rate of Growth Tool HealthShare 2017-02-28.xlsx
CCO Rate of Growth Tool IHN 2017-02-28.xlsx
CCO Rate of Growth Tool Jackson 2017-02-28.xlsx
CCO Rate of Growth Tool Primary Health 2017-02-28.xlsx
CCO Rate of Growth Tool PS Central 2017-02-28.xlsx
CCO Rate of Growth Tool PS Gorge 2017-02-28.xlsx
CCO Rate of Growth Tool Trillium 2017-02-28.xlsx
CCO Rate of Growth Tool Umpqua 2017-02-28.xlsx
CCO Rate of Growth Tool WOAH 2017-02-28.xlsx
CCO Rate of Growth Tool WVCH 2017-02-28.xlsx
CCO Rate of Growth Tool Yamhill 2017-02-28.xlsx
CCO Rate of Growth Tool Allcare 2017-02-27_PJU.xlsx
CCO Rate of Growth Tool Allcare 2017-02-27_PJU2.xlsx
CCO Rate of Growth Tool WVCH 2017-02-27 TJU TEST.xlsx
CCO Rate of Growth Tool 2017-01-24 PEER.xlsx
CCO Rate of Growth Tool 2016-11-07 TEST.xlsx
CCO Rate of Growth Tool 2016-11-07.xlsx
CCO Rate of Growth Tool 2016-12-02.xlsx
CCO Rate of Growth Tool 2016-12-14.xlsx
CCO Rate of Growth Tool 2016-13-02.xlsx
CCO Rate of Growth Tool 2017-01-18.xlsx
CCO Rate of Growth Tool 2017-01-19.xlsx
Rate of Growth and Admin Model 2016.09.13_PJU.xlsx
Rate of Growth and Admin Model 2016.07.26.xlsx

APPENDIX A

Rate of Growth and Admin Model 2016.08.02.xlsx
Rate of Growth Exhibit 2016.07.19.xlsx
Rate of Growth Exhibit 2016.07.26.xlsx
OR CY17 Rates - Base Data Model Cascade 2016.10.13_v2.xlsb
OR CY17 Rates - Regional Base Blend Model - Central Eastern 2016.10.13.xlsx
OR CY17 Rates - Regional Base Blend Model - Northwest 2016.10.13.xlsx
OR CY17 Rates - Regional Base Blend Model - Southwest 2016.10.13_v2.xlsx
OR CY17 Rates - Regional Base Blend Model - Tri County 2016.10.13.xlsx
Regional Base Blend Checks.xlsx
OR CY17 Rates - Regional Rate Model (CentralEastern) 2016-10-06.xlsb
OR CY17 Rates - Regional Rate Model (Northwest) 2016-10-06.xlsb
OR CY17 Rates - Regional Rate Model (Southwest) 2016-10-06.xlsb
OR CY17 Rates - Regional Rate Model (TriCounty) 2016-10-06.xlsb
CY17 Payment Rate Model - Full Rates 2016.10.07_JL.xlsb
OR CY17 Rates - Base Data Model Cascade 2016.09.24_v2_MJM.xlsb
CY17 Payment Rate Model - Full Rates 2016.10.07 FULL REIMB.xlsb
OR - Central Prof Reimbursement 2016.07.22.xlsb
OR - Northwest Prof Reimbursement 2016.07.22.xlsb
OR - Southwest Prof Reimbursement 2016.07.22.xlsb
OR - Tricounty Prof Reimbursement 2016.07.22.xlsb
OR - Tricounty Monthly UC 2017.03.02.xlsx
OR - Tricounty Monthly UC 2017.03.02_peer_JL.xlsx
OR - Tricounty Prof Reimbursement 2016.07.06_MS.xlsx
OR - Central Prof Reimbursement 2016.07.06.xlsx
OR - Central Prof Reimbursement 2016.07.07.xlsb
OR - Central Prof Reimbursement 2016.07.19.xlsb
OR - Northwest Prof Reimbursement 2016.07.06.xlsb
OR - Northwest Prof Reimbursement 2016.07.06.xlsx
OR - Northwest Prof Reimbursement 2016.07.07.xlsb
OR - Northwest Prof Reimbursement 2016.08.01.xlsb
OR - Southwest Prof Reimbursement 2016.07.06.xlsb
OR - Southwest Prof Reimbursement 2016.07.06.xlsx
OR - Southwest Prof Reimbursement 2016.07.07.xlsb
OR - Southwest Prof Reimbursement 2016.07.18.xlsb
OR - Southwest Prof Reimbursement 2016.07.19.xlsb
OR - Tricounty Prof Reimbursement 2016.06.30.xlsx
OR - Tricounty Prof Reimbursement 2016.07.01.xlsx
OR - Tricounty Prof Reimbursement 2016.07.06.xlsx
OR - Tricounty Prof Reimbursement 2016.07.07.xlsb
OR - Tricounty Prof Reimbursement 2016.07.08.xlsb
OR - Tricounty Prof Reimbursement 2016.07.11.xlsb
OR - Tricounty Prof Reimbursement 2016.07.12.xlsb
OR - Tricounty Prof Reimbursement 2016.07.13 v2.xlsb
OR - Tricounty Prof Reimbursement 2016.07.13.xlsb
OR - Tricounty Prof Reimbursement 2016.07.14.xlsb
OR - Tricounty Prof Reimbursement 2016.07.15.xlsb
OR - Tricounty Prof Reimbursement 2016.07.18.xlsb

OR - WVCH Prof Reimbursement 2016.08.01.xlsb

OR - Northwest Prof Reimbursement 2016.08.01_WVCH_LIVE.xlsb

OR - IP Other Reimbursement 2016.07.21.xlsb

OR - IP Reimbursement 2016.07.21.xlsb

OR - OP Other Reimbursement 2016.07.22.xlsb

OR - OP Reimbursement 2016.07.22.xlsb

OR - IP Reimbursement 2016.07.14.xlsb

OR - IP Reimbursement 2016.07.15.xlsb

OR - IP Reimbursement 2016.07.18.xlsb

OR - IP Reimbursement 2016.07.18_2.xlsb

OR - IP Reimbursement 2016.07.19.xlsb

OR - IP Reimbursement 2016.07.20.xlsb

OR - OP Other Reimbursement 2016.07.21.xlsb

OR - OP Reimbursement 2016.07.14.xlsb

OR - OP Reimbursement 2016.07.18.xlsb

OR - OP Reimbursement 2016.07.18_2.xlsb

OR - OP Reimbursement 2016.07.20.xlsb

OR - OP Reimbursement 2016.07.21.xlsb

OR - Tricounty IP Reimbursement 2016.07.08.xlsb

OR - Tricounty IP Reimbursement 2016.07.12.xlsb

OR - Tricounty OP Reimbursement 2016.07.13.xlsb

OR - Tricounty OP Reimbursement 2016.07.13_2.xlsb

OR - Tricounty Prof Reimbursement 2016.07.08_PJU yeah dont use this one.xlsb

Mental Health Non-Inpatient Reimbursement Analyses.zip

OR - Central MH Reimbursement 2016.07.20.xlsb

OR - Northwest MH Reimbursement 2016.07.21.xlsb

OR - Southwest MH Reimbursement 2016.07.21.xlsb

OR - Tricounty MH Reimbursement 2016.07.21.xlsb

OR Summary of MH Non-IP Costs.xlsx

MH Non-IP CCO - Other Payments.xlsx

OR - Tricounty MH Reimbursement 2016.07.20.xlsb

OR- CY17 Risk Score Analysis 2016.09.07.xlsx

OR- CY17 Risk Score Analysis CCOE-CCOG 2016.10.24.xlsb

OR- CY17 Risk Score Analysis CCOE-CCOG 2016.10.24_before change.xlsb

OR- CY17 Risk Score Analysis 2016.08.31_JL.xlsx

OR- CY17 Risk Score Analysis 2016.08.31.xlsx

OR- CY17 Risk Score Analysis 2016.09.05.xlsx

OR- CY17 Risk Score Analysis 2016.09.07_old.xlsx

OR CY17 Rates - Base Data Model PacificSource (Central) 2016.08.16_UPD.xlsb

OR CY17 Rates - Base Data Model PacificSource (Gorge) 2016.08.16_UPD.xlsb

OR - FamilyCare Prevalence Summary 2016.05.26.xlsb

OR - FamilyCare Prevalence Summary 2016.05.26_NON.xlsb

OR - HealthShare Prevalence Summary 2016.05.26.xlsb

OR - HealthShare Prevalence Summary 2016.05.26_NON.xlsb

OR - Tricounty Transitional Analysis 2016.05.26.xlsx

OR - Tricounty Transitional Summary 2016.05.26.xlsx

Copy of Copy of OR - FamilyCare Prevalence Summary 2016.05.23_MJM v2.xlsb

APPENDIX A

Copy of OR - FamilyCare Prevalence Summary 2016.05.23_MJM.xlsb
Copy of OR - FamilyCare Prevalence Summary 2016.05.23_MJM.xlsx
Copy of OR - FamilyCare Prevalence Summary 2016.05.25_MJM.xlsb
OR - FamilyCare Prevalence Summary 2016.05.23_JC.xlsx
OR - Tricounty Transitional Analysis 2016.05.23_JC.xlsx
OR - FamilyCare Prevalence Summary 2016.05.23.xlsx
OR - FamilyCare Prevalence Summary 2016.05.24 v2.xlsx
OR - FamilyCare Prevalence Summary 2016.05.24.xlsx
OR - FamilyCare Prevalence Summary 2016.05.25.xlsx
OR - HealthShare Prevalence Summary 2016.05.25.xlsb
OR - HealthShare Prevalence Summary 2016.05.25.xlsx
OR - Tricounty Transitional Analysis 2016.05.22.xlsx
OR - Tricounty Transitional Analysis 2016.05.23.xlsx
OR - Tricounty Transitional Analysis 2016.05.24.xlsx
OR - Tricounty Transitional Analysis 2016.05.25.xlsx
TriCounty Transitional Analysis -2016.05.20.xlsx
OR - Central UC Trend Analysis Final.xlsb
OR - Northwest UC Trend Analysis Final.xlsb
OR - Southwest UC Trend Analysis Final.xlsb
OR - Tricounty UC Trend Analysis Final.xlsb
OR - Tricounty UC Trend Analysis 2016.09.14 v2_Peer.xlsb
OR - Central UC Trend Analysis 2016.09.15.xlsb
OR - Central UC Trend Analysis 2016.09.17.xlsb
OR - Northwest UC Trend Analysis 2016.09.15.xlsb
OR - Northwest UC Trend Analysis 2016.09.17.xlsb
OR - Southwest UC Trend Analysis 2016.09.15.xlsb
OR - Southwest UC Trend Analysis 2016.09.17.xlsb
OR - Tricounty UC Trend Analysis 2016.09.13.xlsx
OR - Tricounty UC Trend Analysis 2016.09.14 v1.xlsb
OR - Tricounty UC Trend Analysis 2016.09.14.xlsb
OR - Tricounty UC Trend Analysis 2016.09.14.xlsx
OR - Tricounty UC Trend Analysis 2016.09.17.xlsb
OR - Tricounty UC Trend Analysis Final_MJM.xlsb
OR - Central Util Trend Analysis 2016.09.23.xlsb
OR - Northwest Util Trend Analysis 2016.09.23.xlsb
OR - Southwest Util Trend Analysis 2016.09.23.xlsb
OR - Tricounty Util Trend Analysis 2016.09.23.xlsb
OR - Tricounty Util Trend Analysis 2016.09.17_Peer.xlsb
Copy of Book1 MJM.xlsx
OR - Central Util Trend Analysis 2016.09.17.xlsb
OR - Central Util Trend Analysis 2016.09.19.xlsb
OR - Northwest Util Trend Analysis 2016.09.17.xlsb
OR - Northwest Util Trend Analysis 2016.09.19.xlsb
OR - Southwest Util Trend Analysis 2016.09.17.xlsb
OR - Southwest Util Trend Analysis 2016.09.19.xlsb
OR - Tricounty Util Trend Analysis 2016.09.16.xlsb
OR - Tricounty Util Trend Analysis 2016.09.17.xlsb

OR - Tricounty Util Trend Analysis 2016.09.19.xlsb

AB Hospital Identification.xlsx

OR - AB Hospital Trend 2016.07.15.xlsb

OR - AB Hospital Trend Analysis 2016.07.15.xlsb

OR - Central UC Trend Analysis Final 2017.06.30 (2016).xlsb

OR - Northwest UC Trend Analysis Final 2017.06.30 (2016).xlsb

OR - Southwest UC Trend Analysis Final 2017.06.30 (2016).xlsb

OR - Tricounty UC Trend Analysis Final 2017.06.30 (2016).xlsb

OR - Central Util Trend Analysis 2017.06.29 (2016).xlsb

OR - Northwest Util Trend Analysis 2017.06.29 (2016).xlsb

OR - Southwest Util Trend Analysis 2017.06.29 (2016).xlsb

OR - Tricounty Util Trend Analysis 2017.06.29.xlsb

elig.sas7bdat

id_3m.sas7bdat

ind_score.sas7bdat

FTCY15_GOBHI_20160510.xlsx

SCIP SAIP amt paid.xlsx

Cost Analysis Habilitative 20160819.xlsx

HCI3_OPT_OR_HEADER_20160705.csv.gz

HCI3_OPT_OR_MED_20160705.csv.gz

HCI3_OPT_OR_MEMBER_20160705.csv.gz

HCI3_OPT_OR_PROVIDER_20160705.csv.gz

HCI3_OPT_OR_RX_20160705.csv.gz

OR CY17 Rates - Regional Rate Model (CentralEastern) 2016-10-25.xlsb

Oregon CY17 DCO Capitation Rate Certification 2016.10.28.pdf

Oregon CY17 DCO Capitation Rate Certification 2016.11.02.pdf

2017 Rate Guidance Crosswalk_OR DCO Rates.docx

DCO 20170101-20171231 Round 1 Questions.docx

OR CCO Rate of Growth Templates.msg

~$OR Longitudinal  Volume Checks_v3.xlsx

OR Clean Claims Paste - JG.xlsx

OR Longitudinal  Volume Checks_2016.08.23.xlsx

OR Longitudinal & Volume Checks.xlsx

OR Paid Methodology Summary - 2016.06.07.xlsx

OR Paid Methodology Summary.xlsx

OR Regional & CCO Validation Summaries.xlsx

OR COS Validation - 2016.03.31.xlsx

OR COS Validation - 2016.04.01.xlsb

OR COS Validation - 2016.04.04 v2.xlsx

OR COS Validation - 2016.04.04.xlsx

OR Longitudinal  Volume Checks.xlsx

OR Longitudinal  Volume Checks_v2.xlsx

OR Longitudinal  Volume Checks_v2_2.xlsx

OR Longitudinal  Volume Checks_v3.xlsx

OR Claims Volume Checks 2016-05-19.xlsb

OR Claims Volume Checks 2016-05-23.xlsb

OR Eligibility Volume Checks 2016-05-05.xlsb

APPENDIX A

OR Volume Checks 2016-05-02.xlsb
OR Claims Volume Checks 2016-05-13.xlsb
OR Claims Volume Checks 2016-05-17.xlsb
OR Volume Checks 2016-04-29.xlsx
OR Volume Checks 2016-05-02.xlsx

APPENDIX A

APPENDIX A

APPENDIX A

APPENDIX A

APPENDIX A

APPENDIX A

APPENDIX A

APPENDIX A

5.07.17.xlsx
5.09.11.xlsx
5.09.14 SNRG.xlsx
5.09.16 SNRG.xlsx
5.10.15 SNRG.xlsx

5.09.11 SNRG.xlsx

## SEARCH TERMS

1. OHA
2. "Oregon Health Authority"
3. CCO
4. "coordinated care organization"
5. FamilyCare
6. "Family Care"
7. FCI
8. HealthShare
9. "Health Share"
10. "Settlement Agreement"
11. "Dispute Resolution Agreement"
12. DRA
13. "Policy adjustment"
14. Oregon
15. ~~actuar* w/2 sound*~~
16. ("Oregon Health Authority" OR OHA) AND ("settlement agreement" OR agreement OR contract)
17. "Settlement Credit" OR "$24,800,000" OR "$24.8" OR "$24 million"
18. OHA AND ((rates w/5 2016) OR (contract w/5 2016))
19. Databook OR "data book"
20. ~~438.4 OR 438.6~~
21. cost AND "category of service" AND overpayment
22. "Health Management Associates" AND capitat*
23. "Health Share" AND capitat*
24. "Rate Review Tool" OR RRT
25. "raw risk score" AND region
26. "Regional Base Data" AND adjustments
27. "Regional Rate Model" OR RRM
28. Saxton
29. Heatherington
30. "state.or.us"
31. (OHA /10 contract)
32. ("CCO" OR "Coordinated Care Organization*" OR "*CMS*" OR "Centers for Medicare and Medicaid Services" OR "*Optumas*" OR "FamilyCare") AND ("Rate*" OR "actuar*" OR "438.6" OR "438.4" OR "capitat*" OR "base data")
33. ("FamilyCare" OR "CCO" OR "Coordinated Care Organization*" OR "*CMS*" OR "Centers for Medicare and Medicaid Services") AND ("media" OR "press" OR "legisl*" OR "lobby" OR "PR" OR "public*" OR "communication plan" OR "comm*" OR "strategy")
34. "communications plan"
35. allocat* AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
36. assig* AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")

37. "business model" AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
38. capacity AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
39. certif* AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
40. (enroll OR enrolled OR enrolling OR enrollment) AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
41. "health plan" AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
42. MCO AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
43. model AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
44. operation AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
45. structure AND (HSO OR TCMC OR "Tri-County Medicaid Collaborative")
46. Optumas AND (FamilyCare OR CCO OR OHA OR (Actuar* w/2 sound*))
47. ~~rate~~
48. ~~rate setting~~
49. "rate setting"
50. CFR AND (FamilyCare OR CCO OR OHA)
51. C.F.R. AND (FamilyCare OR CCO OR OHA)
52. ~~Certification~~
53. ~~Actuar*~~
54. ~~"capitation rate"~~
55. ~~"base data"~~
56. ~~Model~~
57. ~~Summary~~
58. ~~Optumas AND capitat*~~
59. Oregon /25 rat!
60. Oregon /25 polic!
61. Oregon /3 health
62. Oregon /10 state
63. ~~Actuar! /5 sound!~~
64. ~~Actuar! /10 sound!~~
65. ~~"actuarially sound"~~
66. ~~"actuarial soundness"~~
67. Coordinated /3 care /3 organization
68. 438! AND (FamilyCare OR CCO OR OHA)
69. Family /3 care
70. 2016 /10 rate!
71. 2017 /10 rate!
72. 2015 /10 rate!
73. OHA /3 contract
74. OHA /5 contract
75. OHA /10 contract

## CERTIFICATE OF READINESS

### Pursuant to UTCR 5.100

The submission is ready for judicial signature because:

☐ 1. Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

☒ 2. Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation or approval sent to me.

☐ 3. I have served a copy of this order or judgment on all parties entitled to service and:

　　☐ a.　No objection has been served on me.

　　☐ b.　I received objections that I could not resolve with the opposing party despite reasonable efforts to do so.  I have filed a copy of the objections I received and indicated which objections remain unresolved.

　　☐ c.　After conferring about objections _(opposing party)__ agreed to independently file any remaining objection.

☐ 4. The relief sought is against an opposing party who has been found in default.

☐ 5. An order of default is being requested with this proposed judgment.

☐ 6. Service is not required pursuant to subsection (3) of this rule, or by statute, rule or otherwise.

☐ 7. This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (4) of this rule.

DATED:  December 29, 2017　　　　　　**PERKINS COIE LLP**

By: _s/ Alletta S. Brenner_
Alletta S. Brenner, OSB No. 142844
Attorney for Plaintiff FamilyCare, Inc.

PAGE 1-　CERTIFICATE OF READINESS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 3
Page 43 of 45

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on December 29, 2017, they caused to be served on the person(s) listed below in the manner shown:

*PROPOSED ORDER GRANTING FAMILYCARE, INC.'S MOTION TO COMPEL*

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Brian M. Parrott
Brian M Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR 97204
brian@bparrott-law.com

*Attorney for PrimaryHealth of Josephine County, LLC*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen
851 SW 6th Ave Ste 1500
Portland OR 97204
eknight@dunncarney.com
mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Anna Sortun
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com

*Attorney for Cascade Health Alliance, LLC, Western Oregon Advanced Health, LLC, and Umpqua Health Alliance*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy Ste 900
Portland OR 97209
dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Frank V. Langfitt III
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com

*Attorney for Eastern Oregon Coordinated Care Organization, LLC*

PAGE 1-    CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 3
Page 44 of 45

Gregory A. Chaimov
Christopher McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610

*Attorneys for Health Share of Oregon*

W. Chris Jenkins
Tyler G. Jacobsen
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR  97330
wjenkins@samhealth.org
tjacobsen@samhealth.org

*Attorney for Intercommunity Health Network - Coordinated Care Organization*

Eric A Lindenauer
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR  97204
elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Joel A. Parker
Jeffrey D. Hern
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR  97204
jparker@schwabe.com
jhern@schwabe.com

*Attorneys for Trillium Community Health Plan, Inc.*

Arden J. Olson
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR  97401
arden.j.olson@harrang.com

*Attorney for Willamette Valley Community Health, LLC*

Peter F. Stoloff
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR  97035
pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care Organization*

☒    United States Mail, First Class

☒    By E-Mail

Dated at Portland, Oregon, on December 29, 2017.

*/s/ Alletta Brenner*
Alletta Brenner

PAGE 2-    CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 3
Page 45 of 45