| | AllCare CCO, Inc. | Cascade Health Alliance, LLC | Columbia Pacific CCO, LLC | Eastern Oregon CCO, LLC | Health Share | Intercomm. Health Network CCO | Jackson Care Connect | Pacific Source Comm. Solutions | Primary Health of Josephine County, LLC | Trillium Comm. Health Plan, Inc. | Umpqua Health Alliance | Western Oregon Advanced Health, LLC | Will. Valley Comm. Health, LLC | Yamhill Community Care Organization |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 CCO rate of growth tool | AEO | AEO | AEO in part | AEO | AEO | AEO in part | AEO in part | AEO in part | ? | AEO | AEO | AEO | None | AEO in part |
| 2 Exhibit L | AEO in part | AEO in part (some public) | AEO in part | AEO in part | AEO in part | AEO in part | AEO in part | AEO in part | ? | AEO in part | AEO in part | AEO in part | AEO in part | AEO in part |
| 3 Supplemental Rate Templates | AEO in part | AEO | AEO in part | AEO | AEO | AEO in part | AEO in part | AEO in part | ? | AEO | AEO | AEO | None | AEO in part |
| 4 Claims and encounter data submissions to state | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO |
| 5 State enrollment data, including premiums paid | AEO | AEO in part | None | AEO | AEO | AEO | None | None | AEO | AEO in part | AEO in part | AEO in part | None | None |
| 6 MLR Template | ? | AEO | Conf. | AEO | AEO | AEO | Conf. | AEO | AEO | AEO | AEO | AEO | None | AEO |
| 7 Audited Financials | N/A | AEO in part | None | None | None | AEO | None | N/A | None | AEO in part | AEO in part | AEO in part | None | AEO |
| 8 Actuarial Opinions | ? | AEO | Conf./None | AEO | N/A | AEO | Conf. | AEO | None | AEO | AEO | AEO | N/A | AEO |
| 9 SNRG Reconciliation | ? | AEO | None | AEO | ? | AEO | None | AEO | AEO | AEO | AEO | AEO | None | AEO |
| 10 SB 231 Primary Care Template | ? | AEO | Conf. | AEO | AEO | AEO | Conf. | AEO | AEO | AEO | AEO | AEO | None | AEO |
| 11 Any records or detail data that would identify prescription drug prices or rates | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | Conf. | AEO |
| 12 Any other records or detail that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO | AEO |
| 13 Regional Rate Models and supporting exhibits (*) | Blinded version is ok; otherwise AEO | Blinded version ok; otherwise AEO | AEO | Blinded Version ok; otherwise AEO | AEO | AEO in part | AEO | Blinded version ok; otherwise AEO | N/A | AEO | Blinded version ok; otherwise AEO | Blinded version ok; otherwise AEO | None | Non-blinded version AEO |

Exhibit 5
Page 1 of 2

| | | AllCare CCO, Inc. | Cascade Health Alliance, LLC | Columbia Pacific CCO, LLC | Eastern Oregon CCO, LLC | Health Share | Intercomm. Health Network CCO | Jackson Care Connect | Pacific Source Comm. Solutions | Primary Health of Josephine County, LLC | Trillium Comm. Health Plan, Inc. | Umpqua Health Alliance | Western Oregon Advanced Health, LLC | Will. Valley Comm. Health, LLC | Yamhill Community Care Organization |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Supplemental correspondence and exchanges between CCO or actuary related to above categories | AEO in part | N/A | N/A | N/A | AEO in part | N/A | N/A | N/A | N/A | AEO | N/A | N/A | N/A | N/A |
| 15 | OHA/Optumas documents that include, incorporate, or comment on the above categories and are specific to or concern the CCO | N/A | AEO | N/A | AEO | N/A | N/A | N/A | N/A | N/A | AEO | AEO | AEO | N/A | N/A |
| (*) | "Blinded version" means a version of the model in which specific categories of information related to provider-level payment and utilization has been redacted. | | | | | | | | | | | | | | |

Exhibit 5
Page 2 of 2