**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Anna Sortun
Admitted to Practice in Oregon and Washington

Direct Dial:  503.802.2107
Direct Fax:  503.972.3807
anna.sortun@tonkon.com

November 13, 2017

Stephen F. English
Matthew P. Gordon
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209

Dallas DeLuca
Matthew A. Levin
Markowitz Herbold PC
3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204

> Re:  Designations Pursuant to Protective Order
> *FamilyCare, Inc. v. Oregon Health Authority*
> Marion County Circuit Court Case No. 17CV09226

Dear Counsel:

Our office represents Western Oregon Advanced Health ("WOAH"), Cascade Health Alliance, LLC ("Cascade"), and Umpqua Health Alliance, LLC ("Umpqua Health").  I'm writing to provide our clients' responses to and designations of confidential and protected documents in accordance with the October 27, 2017 Discovery Order ("Discovery Order") and the November 1, 2017 Protective Order ("Protective Order") entered in this case.  Attached please find summaries of our clients' designations.

As previously stated by counsel for other CCOs, WOAH, Cascade, and Umpqua Health provide these designation without waiver of our position that the documents and information within the categories in the attached chart should not be discoverable and should not be disclosed by OHA.  We are providing these designations pursuant to the Court's Discovery Order and the Protective Order entered in this case.

Exhibit 6
Page 1 of 55

Stephen F. English
Matthew P. Gordon
Dallas DeLuca
Matthew A. Levin
November 13, 2017
Page 2


            Please let me know if you have any questions or concerns regarding our clients' designations.

Sincerely,

Anna Sortun


AKS/jma
Attachment
copy:    Renee Stineman (w/attachment, via e-mail)
          Elleanor Chin (w/attachment, via e-mail)


036421/00021/8508744v1

Exhibit 6
Page 2 of 55

November 13, 2017

**Response and Designations Pursuant to Discovery Order and Protective Order**
**OHA Worksheet**
**Western Oregon Advanced Health, Cascade Health Alliance, LLC, and Umpqua Health Alliance, LLC**

| Description of Information | DO NOT PRODUCE[1] | Produce Only if Subject to Amended Stipulated Protective Order | Notes |
|---|---|---|---|
| 1.  CCO Rate of Growth Tool | | Designate and mark as AEO. | |
| 2.  Exhibit L – all | | Designate and mark as AEO. | Some already public. AEO designations for reports L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.1, L19 & Scratch Sheet. |
| 3.  Supplement Rate Templates | | Designate and mark as AEO. | |
| 4.  Claims and Encounter data submissions to the state | | Designate and mark as AEO. | |
| 5.  State enrollment data including premiums paid | | Designate and mark as AEO. | Some already public. |
| 6.  MLR Template | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | |
| 7.  Audited Financials | Do not produce; not related to rate setting process and publicly available. | If produced over objection, designate and mark as AEO. | Already public; category excluded in court's 10/27/17 discovery order. |

[1] Consistent with the prior positions of CCOs, the documents and information within these categories of documents should not be discoverable and should not have to be disclosed by OHA because of their lack of relevance to FamilyCare's claims in this litigation and because of their confidential, proprietary, and trade secret status.

Western Oregon Advanced Health, Cascade Health Alliance LLC, and Umpqua Health Alliance, LLC Response to OHA Worksheet and Provisions of Protective Order

CONFIDENTIAL - 1

Exhibit 6
Page 3 of 55



**Response and Designations Pursuant to Discovery Order and Protective Order**
**OHA Worksheet**
**Western Oregon Advanced Health, Cascade Health Alliance, LLC, and Umpqua Health Alliance, LLC**

November 13, 2017

| Description of Information | DO NOT PRODUCE[2] | Produce Only if Subject to Amended Stipulated Protective Order | Notes |
|---|---|---|---|
| 8. Actuarial Opinions | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | Category excluded in court's 10/27/17 discovery order. |
| 9. SNRG Reconciliation | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | Portion of category excluded in court's 10/27/17 discovery order. |
| 10. FB 231 Primary Care template | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | |
| 11. Any records or detail data that would identify prescription drug prices or rates | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | Do not produce unless blinded version; do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | Version that is produced should be blinded; and that version should be AEO. |
| 13. Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions | | Blinded version okay to produce without designation. | Non-blinded version and files regarding professional reiumbursement to be designated AEO. |

[2]  Consistent with the prior positions of CCOs, the documents and information within these categories of documents should not be discoverable and should not have to be disclosed by OHA because of their lack of relevance to FamilyCare's claims in this litigation and because of their confidential, proprietary, and trade secret status.

Western Oregon Advanced Health, Cascade Health Alliance LLC, and Umpqua Health Alliance, LLC Response to OHA Worksheet and Provisions of Protective Order

CONFIDENTIAL - 2

Exhibit 6
Page 4 of 55



**Response and Designations Pursuant to Discovery Order and Protective Order**
**OHA Worksheet**
**Western Oregon Advanced Health, Cascade Health Alliance, LLC, and Umpqua Health Alliance, LLC**

November 13, 2017

| Description of Information | DO NOT PRODUCE[3] | Produce Only if Subject to Amended Stipulated Protective Order | Notes |
|---|---|---|---|
| 14. OHA/Optumas documents that include, incorporate, or comment on the above categories and are specific to or concern Western Oregon Advanced Health, Cascade Health Alliance LLC or Umpqua Health Alliance, LLC | Do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | All materials and exhibits that include, incorporate, or comment upon the AEO designated above including payment rate development summaries, redetermination factors, and PMPM and risk score summaries all should be designated AEO. |

036421/00021/8509877v1

---

[3]  Consistent with the prior positions of CCOs, the documents and information within these categories of documents should not be discoverable and should not have to be disclosed by OHA because of their lack of relevance to FamilyCare's claims in this litigation and because of their confidential, proprietary, and trade secret status.

---

Western Oregon Advanced Health, Cascade Health Alliance LLC, and Umpqua Health Alliance, LLC Response to OHA Worksheet and Provisions of Protective Order

CONFIDENTIAL - 3

Exhibit 6
Page 5 of 55



U.S. Bancorp Tower
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204

OFFICE 503.224.5858
FAX 503.224.0155

**Frank V. Langfitt**
frank.langfitt@millernash.com
503.205.2425 direct line

January 17, 2018

**VIA U.S. MAIL & E-MAIL**

*bsamuelson@perkinscoie.com*

Mr. Brian Samuelson
Perkins Coie, LLP
1120 N.W. Couch Street, 10th Floor
Portland, Oregon 97209-4128

*dallasdeluca@mhgm.com*

Mr. Dallas DeLuca
Markowitz Herbold PC
1211 S.W. Fifth Avenue, Suite 3000
Portland, Oregon  97204

*hannah.porter@gknet.com*

Ms. Hannah H. Porter
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona  85016-9225

Subject:     *FamilyCare, Inc. v. Oregon Health Authority*
             Marion County Circuit Court Case No. 17CV09226

             **Plaintiff FamilyCare, Inc.'s Fifth Set of Requests for Production
             of Documents to Defendant Oregon Health Authority**

Dear Counsel:

        This office represents Eastern Oregon CCO.  We are in receipt of Plaintiff's
Fifth Set of Requests for Production of Documents to Defendant.  Pursuant to paragraph
5.b. of the Protective Order signed by Judge Armstrong on November 1, 2017, and in
response to Plaintiff's Fifth Request for Production, Eastern Oregon CCO identifies as
"Confidential" and/or "Attorneys' Eyes Only" the same documents, categories of
documents and information designated as "Confidential" or "Attorneys' Eyes Only" in its
prior correspondence to counsel dated October 25, 2017, a copy of which is enclosed.  If
counsel have any questions or would like to discuss Eastern Oregon CCO's designations,
please contact the undersigned.

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4827-0668-7834.1
Exhibit 6
Page 6 of 55



MILLER
NASH | GRAHAM
&DUNN LLP
ATTORNEYS AT LAW

Brian Samuelson
Mr. Dallas DeLuca
Ms. Hannah H. Porter
January 17, 2018
Page 2

Thank you.

Very truly yours,

Frank V. Langfitt

Enclosures
cc:    CCO Counsel (via e-mail only)

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA
MILLERNASH.COM

4827-0668-7834.1

Exhibit 6
Page 7 of 55



MILLER NASH | GRAHAM & DUNN LLP
ATTORNEYS AT LAW

U.S. Bancorp Tower
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97201

503.224.5858
503.224.0155

**Frank V. Langfitt**
frank.langfitt@millernash.com
503.205.2425 direct line

October 25, 2017

**VIA E-MAIL**
*elleanor.chin@doj.state.or.us*                    *dallasdeluca@mhgm.com*

Ms. Elleanor H. Chin                  Mr. Dallas DeLuca
DOJ Trial Division Civil Litigation Section   Markowitz Herbold PC
100 SW Market Street                 1211 SW 5th Avenue, Suite 3000
Portland, Oregon 97201               Portland, Oregon 97204

Subject:    *FamilyCare, Inc. v. Oregon Health Authority*
            Marion County Circuit Court Case No. 17CV09226

Dear Ms. Chin and Mr. DeLuca:

        With this correspondence, I am providing Eastern Oregon CCO's ("Eastern Oregon") designations of confidential documents. I have used the spreadsheet provided by Ms. Chin with 13 categories of documents. Also, I have added a 14th category for OHA or Optumas documents that have incorporated confidential information into new documents.

        The form of applicable Protective Order will be the form entered as a result of the Court hearing of October 19, 2017.

        Please let me know if you have questions or concerns about Eastern Oregon's designations. Thank you.

                            Very truly yours,

                            Frank V. Langfitt

Attachment
cc: All Counsel (via e-mail)

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4823-9217-7746.1

Exhibit 6
Page 8 of 55

**FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED**

REVISED September 22, 2017    CCO - Eastern Oregon CCO (October 23, 2017)

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Form of PO to be entered pursuant to Court Order of 10/19/2017) | Notes |
|---|---|---|---|---|---|---|
| 1. CCO Rate of Growth Tool | YES | NO | | | Produce all, including all tabs and hidden tabs. | Designate all Attorney Eyes Only (AEO) |
| 2. Exhibit L – all | YES | | | | Produce all | AEO designations for reports L13, L14, L15, l16, L17, L17.1, L17.2, L18, L18.1, L19 & Scratch Sheet |
| 3. Supplement Rate Templates | YES[1] | NO | | | Produce all | Designate all AEO |
| 4. Claims and Encounter data submissions to the state | YES | NO | | | Produce all | Designate all AEO |
| 5. State enrollment data including premiums paid | YES | NO | | | Okay to Produce. | Designate all AEO |
| 6. MLR Template | YES | NO | | | Produce all | Designate all AEO |
| 7. Audited Financials | YES | ?? | | | Already public | |
| 8. Actuarial Opinions | YES | NO | | | Produce to the extent opinions | Designate all AEO |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

JUSTICE-#8495850-v2-FamilyCare_9226_DISC_Ind_CCO_Disc_Worksheet 4819-4025-9665 v.1.docx

4819-4025-9665.1

Exhibit 6
Page 9 of 55

**FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED**

REVISED September 22, 2017    CCO – Eastern Oregon CCO (October 23, 2017)

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Form of PO to be entered pursuant to Court Order of 10/19/2017) | Notes |
|---|---|---|---|---|---|---|
|  |  |  |  |  | have been expressed |  |
| 9. SNRG Reconciliation | YES | NO |  |  | Produce | Designate all AEO |
| 10. SB 231 Primary Care template | YES | NO |  |  | Produce | Designate all AEO |
| 11. Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO |  |  | Produce | Designate all AEO |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO |  |  | Produce | Designate all AEO |
| 13. [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and | YES | Need CCO position on this category |  |  | Blinded version okay to produce without PO. | Non-blinded version and files regarding Professional Reimbursement to be |

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers
[3] See comment on No.11

JUSTICE-#8495850-v2-FamilyCare_9226_DISC_Ind_CCO_Disc_Worksheet 4819-4025-9665 v.1.docx

Page 2

4819-4025-9665.1

Exhibit 6
Page 10 of 55

[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]

REVISED September 22, 2017   CCO - Eastern Oregon CCO (October 23, 2017)

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Form of PO to be entered pursuant to Court Order of 10/19/2017) | Notes |
|---|---|---|---|---|---|---|
| supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | | | | | | Designate all AEO |
| 14. OHA/Optumas materials/exhibits developed that are specific to Eastern Oregon CCO | | | | | Produce to the extent related to rate setting. | All materials/exhibits that include, incorporate or comment upon the AEO designated documents described above, including payment rate development summaries, redetermination factors, and PMPM and risk score summaries be designated all AEO |

4819-4025-9665.1

Exhibit 6
Page 11 of 55

| | [   ] |
|---|---|
| REVISED September 22, 2017 | CCO – InterCommunity Health Network |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | | | All tabs and hidden tabs are AEO except tabs 1 "Directions" 2 "CY12 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" | |
| 2.  Exhibit L – all | YES | | [Redactions] | | AEO portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | |
| 3.  Supplement Rate Templates | YES[1] | NO | | | AEO except tabs "Instructions" "Specialty Drugs" "Hepatitis C Criteria" and "Hep C NDC List" | |
| 4.  Claims and Encounter data submissions to the state | YES | NO | | | AEO | |
| 5.  State enrollment data including premiums paid | YES | NO | | | AEO | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

Exhibit 6
Page 12 of 55

| | [ ] |
|---|---|
| REVISED September 22, 2017 | **CCO – InterCommunity Health Network** |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 6.   MLR Template | YES | NO | Do not produce – not relevant to rate setting. | | If produced over IHN's object, designate as AEO. | |
| 7.   Audited Financials | YES | ?? | | | AEO | |
| 8.   Actuarial Opinions | YES | NO | | | AEO | |
| 9.   SNRG Reconciliation | YES | NO | | | AEO | |
| 10.   FB 231 Primary Care template | YES | NO | Do not produce – not applicable to rate setting. | | If produced over IHN's objection, designate as AEO. | |
| 11.   Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | | | AEO | |
| 12.   Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | | | AEO | |

---

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers

[3] See comment on No.11

Exhibit 6
Page 13 of 55

[    ]

REVISED September 22, 2017    CCO – InterCommunity Health Network

| Description of  Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | Need CCO position on this category | | | Non-blinded version and file regarding Professional Reimbursement are AEO | |

Exhibit 6
Page 14 of 55



Suite 2400
1300 SW Fifth Avenue
Portland, OR  97201-5610

**Christopher F. McCracken**
503-778-5223 tel
503-778-5299 fax

chrismccracken@dwt.com

October 13, 2017


*Via Email*

Elleanor H Chin
DOJ Trial Division Civil Litigation Section
100 SW Market Street
Portland, OR  97201
elleanor.chin@doj.state.or.us

Dallas DeLuca
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, OR  97204
dallasdeluca@mhgm.com


Re:    *FamilyCare, Inc. v. Oregon Health Authority*
       Marion County Case No. 17CV09226

Counsel:

In accordance with the Amended Stipulated Protective Order ("SPO") my client, Health Share of Oregon, has reviewed FamilyCare's four sets of requests for production to OHA.

Health Share started with the list of 13 documents developed by the other CCOs.  I attach Health Share's completed response form indicating which of those documents should not be produced because they do not relate to rate setting, and which should only be produced if protected and marked as "Attorneys Eyes Only" ("AEO").

Health Share does not know how OHA may have copied or transferred the protected information contained in those documents, or whether OHA created new documents containing the information.  Therefore, Health Share requests any such copies, transferred information, or new documents, only be produced if  marked and protected as AEO.

Health Share is happy to work with OHA to facilitate discovery and is willing to answer any questions.

In addition, Health Share requests that OHA designate the following additional documents and categories of documents as AEO:

4833-5072-0593v.3 0095765-000004

Anchorage    New York    Seattle
Bellevue     Portland    Shanghai
Los Angeles  San Francisco    Washington, D.C.

www.dwt.com

Exhibit 6
Page 15 of 55

Elleanor Chin
Dallas DeLuca
October 13, 2017
Page 2

- Any documents, communications, datasets, and the like that include Personal Health Information (PHI), including but not limited to enrollment details and member level risk scores, for Health Share's past and present members.

- Any documents, communications, datasets, and the like that include Health Share's claim level details, regardless of format or source, including all Health Share 837, APAC (All Payer All Claims), supplemental, and any other formats of encounter data.

- All documents, communications, datasets, and the like, relating to Health Share, that have been or require transfer between parties via a secure file transfer (SFTP).

- All documents, communications, datasets, and the like, relating to Health Share, that have been sent or received via secure email.

- All documents, communications, datasets, and the like that include Health Share's description of payment arrangements, contracted entity names, transformation/innovation projects, and/or internal policies (including without limitation provider names for all inpatient and outpatient analyses for DRG hospitals).

- All documents, communications, datasets, and the like that include Health Share's specific units of encounter or service types, unit costs, and/or provider names, including, without limitation, the masked portions of any Tri-County Regional Rate Model.

- All documents, communications, datasets, and the like that include any form of Health Share's specific breakout of payment types, including but not limited to fee-for-service, sub-capitation, incentive, and/or other payment arrangements.

- All documents, communications, datasets, and the like related to Health Share's base data and/or financial reconciliations and triangulation.

- All documents, communications, datasets, and the like that include Health Share's specific utilization patterns/rates, inclusive of Health Share's specific case rate models for maternity and bariatric case rates.

- All documents, communications, datasets, printouts, and the like that were provided and/or displayed during Health Share's specific rate setting meetings.

4833-5072-0593v.3 0095765-000004

Exhibit 6
Page 16 of 55

Elleanor Chin
Dallas DeLuca
October 13, 2017
Page 3

- All documents, communications, datasets, and the like generated and provided by the Health Share's consulting actuaries, inclusive of all documents on the actuary's letterhead.

Health Share also requests that the following documents be listed as confidential**:**

- All other documents, communications, datasets, and the like that were provided during Health Share's specific rate setting meetings that do not fall under the AEO designations above.

Again, Health Share is happy to answer any questions.  And, to state the obvious, nothing should be produced until the Amended Stipulated Protective Order is entered.

Sincerely,

Davis Wright Tremaine LLP

Christopher F. McCracken

Attachments

cc: All counsel

4833-5072-0593v.3 0095765-000004

Exhibit 6
Page 17 of 55

October 13, 2017  CCO – Health Share of Oregon

| Description of Information | DO NOT PRODUCE | Produce Only if Subject to Amended Stipulated Protective Order | Comments |
|---|---|---|---|
| 1.  CCO Rate of Growth Tool | | Designate and mark as "Attorneys Eyes Only" ("AEO") | |
| 2.  Exhibit L – all | | See Itemized Excel Document Attached – Designate and mark as AEO, with exception of those already public, as indicated in the attached excel spreadsheet | |
| 3.  Supplement Rate Templates | | Designate and mark as AEO | |
| 4.  Claims and Encounter data submissions to the state | | Designate and mark as AEO | |
| 5.  State enrollment data including premiums paid | | Designate and mark as AEO | |
| 6.  MLR Template | Do not produce. Not applicable to rates. | If produced over Health Share's objection, designate and mark as AEO. | |
| 7.  Audited Financials | | | Already Public |
| 8.  Actuarial Opinions | Do not produce.  Not applicable to rates. | FamilyCare agrees this document is not rate related. | Health Share did not generate such documents. |
| 9.  SNRG Reconciliation | Do not produce.  Not applicable to rates. | FamilyCare agrees this document is not rate related. | |
| 10.  SB 231 Primary Care template | Do not produce.  Not applicable to rates. | If produced over Health Share's objection, designate | |

Health Share of Oregon's response to OHA's Document Worksheet

October 13, 2017  CCO – Health Share of Oregon

| Description of Information | DO NOT PRODUCE | Produce Only if Subject to Amended Stipulated Protective Order | Comments |
|---|---|---|---|
| | | and mark as AEO. | |
| 11. Any records or detail data that would identify prescription drug prices or rates | | Designate and mark as AEO | |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | | Designate and mark as AEO | |
| 13. Supplemental correspondence and exchanges between Health Share and OHA or its actuary related to the above categories | Do not produce if not related to rate setting. | Designate and mark as AEO, if related to a category listed above as requiring AEO designation, or a category listed for AEO designation in the October 13, letter from Health Share's counsel to Ms. Chin and Mr. DeLuca. | |

Health Share of Oregon's response to OHA's Document Worksheet

| Exhibit L Financial Reporting Template | | | Designation/Notes |
|---|---|---|---|
| Instructions | | + | |
| L1 | General Information and Certification | + | |
| L2 | Members approaching or surpassing stop-loss deductible | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| L3 | Restricted Reserves | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| L3.1 | Secondary Reserve Requirement Based on Enrollment Data | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| L3.2 | Secondary Reserve Requirement Based on Historical Expenses | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| L3.3 | Adjusted and Unadjusted Medical Loss Ratios | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| L4 | Key Financial Indicators | * | Public |
| L5 | Quarterly Balance Sheet of Corporate Activity | * | Public |
| L6 Guidance | Quarterly Statement of Revenues and Expenses - Guidance | + | |
| L6 Corp | Quarterly Statement of Revenues, Expenses, and Changes in Net Assets - Corporate Total | * | Portions are public - all portions not already public should be designated and marked AEO |
| L6 OHP | Quarterly Statement of Revenues & Expenses - OHP Line of Business | * | Portions are public - all portions not already public should be designated and marked AEO |
| L6.1 Guidance | Quarterly Statement of Administrative and other Non-Benefit Costs - Guidance | + | |
| L6.1 OHP | Quarterly Statement of Administrative and other Non-Benefit Costs - OHP Line of Business | | Designate and mark AEO |
| L6.2 OHP | Flexible Expenses - OHP Line of Business | | Designate and mark AEO-carried a different report number in prior years |
| L6.3 OHP | Case Management - OHP Line of Business | | Designate and mark AEO-carried a different report number in prior years |
| L6.4 OHP | Case Management Breakdown - OHP Line of Business | | Designate and mark AEO-carried a different report number in prior years |
| L7 | Cash Flow Analysis Corporate Activity/Indirect Method | * | Public |
| L8 Guidance | Corporate Relationship of Contractors | + | |
| L8 | Corporate Relationship of Contractors | | Designate and mark AEO |
| L9 | Audited Annual Balance Sheet of Corporate Activity | | Designate and mark AEO |
| L10 | Audited Annual Statement of Revenues, Expenses, & Changes in Net Assets | | Designate and mark AEO |
| L11 Guidance | Disclosure of Compensation - Where to Report - Guidance | + | |
| L11 | Disclosure of Compensation | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| L12-L19 | Rate Setting Overview | + | |
| Report L6.3 | Non-Benefit Case Management Services | | Designate and mark AEO-carried a different report number in prior years |
| Report L12 | Enrollment Validation | | Designate and mark AEO |
| Report L13 | Medical Costs | | Designate and mark AEO |
| Report L14 | IBNR | | Designate and mark AEO |
| Report L15 | Sub-Capitation | | Designate and mark AEO |
| Report L16 | Breakdown of all Alternative Payment Arrangements by Provider | | Designate and mark AEO |
| Report L17 | Incentive Programs | | Designate and mark AEO |
| Report L17.1 | Quality Pool Payment Breakdown | | Designate and mark AEO |
| Report L17.2 | Other Incentive Payment Breakdown | | Designate and mark AEO |
| Report L18 | Other Payment Arrangements | | Designate and mark AEO |
| Report L18.1 | Other Payments Breakdown | | Designate and mark AEO |
| Report L19 | Financial Overview and Reconciliation of Costs | | Designate and mark AEO |
| Scratch Sheet | Additional Informtion that didn't fit anywhere else | | Designate and mark AEO |

Please note that report numbers 5 through 10 on the Exhibit L templates were significantly adjusted between calendar years 2015 and 2016. The same information from earlier versions should receive the same AEO designation as shown here.

Key
+     Not Proprietary/Confidential
*     Appears on OHA Website

| SB 231 PrimaryCare Template | | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
|---|---|---|---|
| Overview | | + | |
| Report 1a | Commercial Member Months/Commercial Non Claims-based Expenditures | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 1b | Medicaid Coordinated Care Member Months/ Medicaid Coordinated Care Non Claims-based Expenditures | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 1C | State of Oregon PEBB and OEBB Member Months/PEBB and OEBB Non Claims-Based Expenditures | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 1D | Medicare Member Months/ Medicare Non Claims-based Expenditures | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 1 Summary | Summary of Reports 1a-1d | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 2 | Explanation of non claims-based expenditures | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 3 | FFS Data Issues | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Report 4 | Certification | + | |
| Scratch Sheet | | | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |

Key

Exhibit 6
Page 20 of 55

Not Proprietary/Confidential

| Medical Loss Ratio Rebate Template | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
|---|---|
| 2017 MLR Rebate | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |
| Scratch sheet | Do not produce. Not applicable to rates. If produced, designate and mark as AEO. |

Exhibit 6
Page 21 of 55



**Elizabeth C. Knight**
Admitted in
Oregon and Washington
eknight@dunncarney.com
**Direct** 503.306.5312

November 6, 2017

**Via E-mail**
**Via First-Class Mail**

Elleanor Chin
DOJ Trial Division Civil Litigation Section
100 SW Market Street
Portland, OR  97201

Dallas DeLuca
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, OR  97204

Re:     *FamilyCare, Inc. v. Oregon Health Authority*
        Marion County Case No. 17CV09226

Dear Counsel:

Enclosed is a spreadsheet reflecting AllCare CCO's "Confidential" and "Attorneys Eyes Only" designations with respect to OHA's production of documents to FamilyCare. Please note that we have also identified several categories of documents which should not be produced, as they are not related to the rate-setting process and are consequently not within the scope of the Court's recent Discovery Order. Further, AllCare does not know how OHA may have used the information AllCare provided to OHA, and does not know, for example, whether OHA may have created new documents using AllCare's information. To the extent OHA did create new documents using AllCare's confidential information, AllCare requests that OHA mark the new documents "Confidential" and/or "Attorneys Eyes Only" consistent with the enclosed spreadsheet.

Exhibit 6



November 6, 2017
Page 2


Please let me know if we can further assist OHA with the designations or production of AllCare's information.  Thank you.

Very truly yours,

Elizabeth C. Knight

ECK:kno

Enclosure

cc:    AllCare CCO, Inc.
       Michael D. Crew

DCAPDX_2524414_v1

Exhibit 6
Page 23 of 55

| | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** |
|---|---|
| REVISED November 3, 2017 | CCO – AllCare CCO, Inc. |

| Description of Information (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| 1. CCO Rate of Growth Tool | X (subject to redactions and AEO designations) | Redact all provider names, payment arrangement descriptions | Entire document | Entire document | | |
| 2. Exhibit L – all | X (subject to redactions and AEO designations) | Redact all provider names, payment arrangement descriptions | Tabs L3.1, L4, L5, L6, L6.2, L6.3, L7, L8, L12, L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.2, L19 | See AEO designations; anything marked AEO should also be marked confidential | Tab L11 | Tab L11 re: compensation is filed annually – this is not part of the rate setting process and therefore not responsive. |
| 3. Supplemental Rate Templates | X (subject to AEO designation) | | Report A, Pharmacy Claims, HepC PA Criteria, HepC SVR, the Scratch Sheet | Same as AEO designations | | |
| 4. Claims and Encounter data submissions to the state | X | The only data fields that should be provided are place of service, date of service and paid amount. All other information (e.g. patient names, provider names, names of providers' | Entire data file | Entire data file | | This data file should be produced as a summary file and not a line detailed file. |

DCAPDX_2504276_v2

Exhibit 6
Page 24 of 55

| | REVISED November 3, 2017 | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** <br> CCO – AllCare CCO, Inc. |
|---|---|---|

| Description of Information <br><br> (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| | | employers, services provided, names of entities billed for services, etc.) should be redacted. | | | | |
| 5. State enrollment data including premiums paid | X (subject to redactions and AEO designations) | Amount of premiums paid; member names and IDs | Entire data file | Entire data file | | |
| 6. MLR Template | | | | | X | Not responsive because not related to the rate-setting process |
| 7. Actuarial Opinions | | | | | X | Not responsive per Matt Gordon's 10/10/17 email. Should not be produced. |
| 8. SNRG Reconciliation | | | | | X | Not responsive per Matt Gordon's 10/10/17 email. Should not be produced. |

Exhibit 6
Page 25 of 55

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|
| REVISED November 3, 2017 | CCO – AllCare CCO, Inc. |

| Description of Information (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| 9. SB231 Primary Care Template | | | | | X | Not responsive because not related to the rate-setting process. |
| 10. Any records or detail data that would identify prescription drug prices or rates | X (subject to AEO designation) | The only data fields that should be provided are place of service, date of service and paid amount; the rest should be redacted or withheld. | Entire data file | Entire data file | | This data file should be submitted as a summary file not a line detailed file. |
| 11. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | X (subject to redactions and AEO designation) | Provider names; rates paid to providers; contractual arrangements with providers | All documents | All documents | Contractual agreements | Contractual agreements are not included in the rate setting process and are therefore not responsive. |
| 12. "Regional Rate Models and supporting exhibits for the Southwestern, | X (subject to redactions) | Unit costs, contractual payments to providers on non-blinded version | Non-blinded version should be designated AEO | Same as AEO designation | | Blinded rate model is not proprietary and can be produced without restrictions; |

DCAPDX_2504276_v2

Exhibit 6
Page 26 of 55

**[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**
CCO – AllCare CCO, Inc.

| Description of Information (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| Northwestern and Eastern Oregon Regions" (additional category identified by plaintiffs on 9/20) | | | | | | non-blinded version is trade secret/confidential and should be designated AEO and confidential |
| 13. Supplemental correspondence and exchanges regarding the above categories | X (subject to the redactions and AEO designations noted above for categories 1-12) | See above for categories 1-12 | See above for categories 1-12 | See above | See above | |

Exhibit 6
Page 27 of 55

| | | | |
|---|---|---|---|
| **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** | | | |
| REVISED September 22, 2017 | **CCO – PacificSource Community Solutions** | | |

| **Description of Information** **(B. Parrott 9/11/2017)** | **FCI has REQ. 9/20/17** | **Agreement with FCI's counsel 9/21/17** | **Information Requested should not be produced AT ALL** | **Information could be produced under FC's proposed PO 9/11/17** | **Under another form of PO** **(Forms entered by Court to the extent "related to the rate setting process" and under AEO provision)** | **Notes** |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | | | All tabs and hidden tabs except tabs 1 "Directions" 2 "CY16 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" are AEO (Attorneys' Eyes Only) | |
| 2.  Exhibit L – all | YES | NO | | | AEO portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | |
| 3.  Supplement Rate Templates | YES[1] | NO | | | AEO except tabs "Instructions," "Specialty Drugs," | |

---

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

Exhibit 6
Page 28 of 55

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Forms entered by Court to the extent "related to the rate setting process" and under AEO provision) | Notes |
|---|---|---|---|---|---|---|
| | | | | | "Hepatitis C Criteria," and "Hep C NDC List" | |
| 4. Claims and Encounter data submissions to the state | YES | NO | | | AEO | |
| 5. State enrollment data including premiums paid | YES | NO | | | | Okay to produce without Protective Order |
| 6. MLR Template | YES | NO | | | AEO | |
| 7. Audited Financials | YES | NO | | | | Audited Financials do not exist for PacificSource Community Solutions |
| 8. Actuarial Opinions | YES | NO | | | To the extent opinions have been expressed, they are AEO | |
| 9. SNRG Reconciliation | YES | NO | | | AEO | |
| 10. FB 231 Primary Care template | YES | NO | | | AEO | |

8965377_1.docx    Page 2

Exhibit 6
Page 29 of 55

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|
| REVISED September 22, 2017 | CCO – PacificSource Community Solutions |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Forms entered by Court to the extent "related to the rate setting process" and under AEO provision) | Notes |
|---|---|---|---|---|---|---|
| | | | | | | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | | | AEO | |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | | | AEO | |
| 13.  "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | NO | | | Non-blinded version and file regarding Professional Reimbursement are AEO | Blinded version okay to produce without Protective Order |

GSB:8965377.1

---

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers
[3] See comment on No.11

Exhibit 6
Page 30 of 55

| [Pick the date] | [   ] CCO - NAME |
|---|---|

| Description of Information | DO NOT PRODUCE | Produce Subject to Agreement | Status of Agreement |
|---|---|---|---|
| 1.  CCO Rate of Growth Tool | | See Attached | |
| 2.  Exhibit L – all | | See Attached | |
| 3.  Supplement Rate Templates | | See Attached | |
| 4.  Claims and Encounter data submissions to the state | | Attorneys eyes only | |
| 5.  State enrollment data including premiums paid | | Attorneys eyes only | |
| 6.  MLR Template | | Attorneys eyes only | |
| 7.  Audited Financials | | No Designation | |
| 8.  Actuarial Opinions | | No Designation | |
| 9.  SNRG Reconciliation | | Attorneys eyes only | |
| 10.  FB 231 Primary Care template | | Attorneys eyes only | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | | Attorneys eyes only | |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual | | Attorneys eyes only | |

Exhibit 6
Page 31 of 55

**[    ]**
[Pick the date]    **CCO - NAME**

| Description of Information | DO NOT PRODUCE | Produce Subject to Agreement | Status of Agreement |
|---|---|---|---|
| agreements with physicians, hospitals or any other providers | | | |

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|
| REVISED September 22, 2017 | COLUMBIA PACIFIC CCO |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | | All tabs and hidden tabs except tabs 1 "Directions" 2 "CY16 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" are Attorneys Eyes Only. All versions of bid templates for CY13 and CY14 are Attorneys Eyes Only. | | |
| 2.  Exhibit L – all | YES | | | Attorneys Eyes Only portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | | |
| 3.  Supplement Rate Templates | YES[1] | NO | | Attorneys Eyes Only except tabs "Instructions," "Specialty Drugs," "Hepatitis C Criteria," and "Hep C NDC List" | | |
| 4.  Claims and Encounter data submissions to the state | YES | NO | This information should not be produced at all. This is protected trade secret information. | | | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

Exhibit 6
Page 33 of 55

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|
| REVISED September 22, 2017 | COLUMBIA PACIFIC CCO |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 5.  State enrollment data including premiums paid | YES | NO | | | | We have no objection to this information being produced. |
| 6.  MLR Template | YES | NO | | Confidential | | |
| 7.  Audited Financials | YES | | | | | CareOregon's audited financials are already publicly available |
| 8.  Actuarial Opinions | YES | NO | | Confidential | | If any opinions are included as part of the audited financial statements, those opinions may be disclosed and do not implicate the PO. |
| 9.  SNRG Reconciliation | YES | NO | | | | We have no objection to this information being produced. |
| 10.  FB 231 Primary Care template | YES | NO | | Confidential | | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | This information should not be produced at all. This is protected trade secret information. | | | CareOregon has always included attestation to the state that prescription drug prices and rates are |

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers

Exhibit 6
Page 34 of 55

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|
| REVISED September 22, 2017 | COLUMBIA PACIFIC CCO |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| | | | | | | proprietary. Furthermore, this information is not relevant to FCI's claims/ inquiry. |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | This information should not be produced at all. This is protected trade secret information. | | | |
| [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | Need CCO position on this category | | Attorneys Eyes Only. | | The Regional Rate Models and supporting exhibits for the Southwestern, Northwestern, and Eastern Oregon Regions is not necessary or relevant to FCI's claims/inquiry. |

[3] See comment on No.11

Exhibit 6
Page 35 of 55

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | | All tabs and hidden tabs except tabs 1 "Directions" 2 "CY16 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" are Attorneys Eyes Only. All versions of bid templates for CY13 and CY14 are Attorneys Eyes Only. | | |
| 2.  Exhibit L – all | YES | | | Attorneys Eyes Only portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | | |
| 3.  Supplement Rate Templates | YES[1] | NO | | Attorneys Eyes Only except tabs "Instructions," "Specialty Drugs," "Hepatitis C Criteria," and "Hep C NDC List" | | |
| 4.  Claims and Encounter data submissions to the state | YES | NO | This information should not be produced at all. This is protected trade secret information. | | | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

| | | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|---|
| REVISED September 22, 2017 | | JACKSON CARE CONNECT CCO |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 5.  State enrollment data including premiums paid | YES | NO | | | | We have no objection to this information being produced. |
| 6.  MLR Template | YES | NO | | Confidential | | |
| 7.  Audited Financials | YES | | | | | CareOregon's audited financials are already publicly available |
| 8.  Actuarial Opinions | YES | NO | | Confidential | | If any opinions are included as part of the audited financial statements, those opinions may be disclosed and do not implicate the PO. |
| 9.  SNRG Reconciliation | YES | NO | | | | We have no objection to this information being produced. |
| 10.  FB 231 Primary Care template | YES | NO | | Confidential | | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | This information should not be produced at all. This is protected trade secret information. | | | CareOregon has always included attestation to the state that prescription drug prices and rates are |

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers

Exhibit 6
Page 37 of 55

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| | | | | | | proprietary. Furthermore, this information is not relevant to FCI's claims/ inquiry. |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | This information should not be produced at all. This is protected trade secret information. | | | |
| [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | Need CCO position on this category | | Attorneys Eyes Only. | | The Regional Rate Models and supporting exhibits for the Southwestern, Northwestern, and Eastern Oregon Regions is not necessary or relevant to FCI's claims/inquiry. |

[3] See comment on No.11

| Tab | Description | Do Not Produce | Produce Subject to P/O | Notes |
|---|---|---|---|---|
| **CCO Rate of Growth Tool** | | | | |
| Directions | Directions | | | Not Proprietary/Conf |
| L12 Paste | Enrollment Validation | | Confidential | |
| L13 Paste | Medical Costs | | Attorney Eyes Only | |
| L14 Paste | IBNR Completion Rate | | Attorney Eyes Only | |
| L17.2 Paste | Other Incentive Payment Breakdown | | Attorney Eyes Only | |
| L18.1 Paste | Other Payments Breakdown | | Attorney Eyes Only | |
| L19 Paste | Financial Overview and Reconciliation of Costs | | Attorney Eyes Only | |
| Summary | Rage of Growth Summary | | Attorney Eyes Only | |
| | | | | |
| **Exhibit L Financial Reporting Template** | | | | |
| Instructions | Instructions | | | Not Proprietary/Conf |
| L1 | General Information and Certification | | | Not Proprietary/Conf |
| L2 | cCon | | Confidential | |
| L3 | Restricted Reserves | | Attorney Eyes Only | |
| L3.1 | Secondary Reserve Requirement Based on Enrollment Data | | Attorney Eyes Only | |
| L3.2 | Secondary Reserve Requirement Based on Historical Expenses | | Attorney Eyes Only | |
| L3.3 | Adjusted and Unadjusted Medical Loss Ratios | | Attorney Eyes Only | |
| L4 | Key Financial Indicators | | | Publically Available |
| L5 | Quarterly Balance Sheet of Corporate Activity | | | Publically Available |
| L6 Guidance | Quarterly Statement of Revenues and Expenses - Guidance | | | Not Proprietary/Conf |
| L6 Corp | Quarterly Statement of Revenues, Expenses, and Changes in Net Assets - Corporate Total | | | Publically Available |
| L6 OHP | Quarterly Statement of Revenues & Expenses - OHP Line of Business | | | Publically Available |
| L6.1 Guidance | Quarterly Statement of Administrative and other Non-Benefit Costs - Guidance | | | Not Proprietary/Conf |
| L6.1 OHP | Quarterly Statement of Administrative and other Non-Benefit Costs - OHP Line of Business | | | Publically Available |
| L6.2 OHP | Flexible Expenses - OHP Line of Business | | Confidential | |
| L6.3 OHP | Case Management - OHP Line of Business | | Confidential | |
| L6.4 OHP | Case Management Breakdown - OHP Line of Business | | Confidential | |
| L7 | Cash Flow Analysis Corporate Activity/Indirect Method | | | Publically Available |
| L8 Guidance | Corporate Relationship of Contractors | | | Not Proprietary/Conf |
| L8 | Corporate Relationship of Contractors | | Confidential | |
| L9 | Audited Annual Balance Sheet of Corporate Activity | | Confidential | |
| L10 | Audited Annual Statement of Revenues, Expenses, & Changes in Net Assets | | Confidential | |
| L11 Guidance | Disclosure of Compensation - Where to Report - Guidance | | | Not Proprietary/Conf |
| L11 | Disclosure of Compensation | | Attorney Eyes Only | |
| L12-L19 | Rate Setting Overview | | | Not Proprietary/Conf |
| Report L12 | Enrollment Validation | | Attorney Eyes Only | |
| Report L13 | Medical Costs | | Attorney Eyes Only | |
| Report L14 | IBNR | | Attorney Eyes Only | |
| Report L15 | Sub-Capitation | | Attorney Eyes Only | |
| Report L16 | Breakdown of all Alternative Payment Arrangements by Provider | | Attorney Eyes Only | |
| Report L17 | Incentive Programs | | Attorney Eyes Only | |
| Report L17.1 | Quality Pool Payment Breakdown | | Attorney Eyes Only | |
| Report L17.2 | Other Incentive Payment Breakdown | | Attorney Eyes Only | |
| Report L18 | Other Payment Arrangements | | Attorney Eyes Only | |
| Report L18.1 | Other Payments Breakdown | | Attorney Eyes Only | |
| Report L19 | Financial Overview and Reconciliation of Costs | | Attorney Eyes Only | |
| Scratch Sheet | Additional Information that didn't fit anywhere else | | Attorney Eyes Only | |
| | | | | |
| **Supplemental Rate Templates** | | | | |
| Instructions | Supplemental Rate Setting Template | | | Not Proprietary/Conf |
| Report A | Quality Pool Payment Breakdown | | Confidential | |
| Report B | Hepatitis C DAA Drug Claims | | Confidential | |
| | | | | |
| **Medical Loss Ratio Rebate Template** | | | | |
| 2017 MLR Rebate | | | Confidential | |
| Scratch sheet | | | Attorney Eyes Only | |
| | | | | |
| **SNRG Settlement Template** | | | | |
| Overview | SNRG Risk Corridor Settlement Calculation Form | | | Not Proprietary/Conf |
| Settle Calc | SNRG Risk Corridor Settlement Calculation Form | | Attorney Eyes Only | |
| Attestation | | | | Not Proprietary/Conf |
| Scratch Sheet | | | Attorney Eyes Only | |
| Rates 13 | Special Needs Rage Group CCO Specific PMs | | Confidential | |
| Rates 14 | Special Needs Rage Group CCO Specific PMs | | Confidential | |
| Enrl | SNRG Enrollment by CCO & Month | | Confidential | |
| | | | | |
| **SB 231 PrimaryCare Template** | | | | |
| Overview | | | | Not Proprietary/Conf |
| Report 1a | Commercial Member Months/Commercial Non Claims-based Expenditures | | Attorney Eyes Only | |
| Report 1b | Medicaid Coordinated Care Member Months/ Medicaid Coordinated Care Non Claims-based Expenditures | | Attorney Eyes Only | |
| Report 1C | State of Oregon PEBB and OEBB Member Months/PEBB and OEBB Non Claims-Based Expenditures | | Attorney Eyes Only | |
| Report 1D | Medicare Member Months/ Medicare Non Claims-based Expenditures | | Attorney Eyes Only | |
| Report 1 Summary | Summary of Reports 1a-1d | | Confidential | |
| Report 2 | Explanation of non claims-based expenditures | | Confidential | |
| Report 3 | FFS Data Issues | | Confidential | |
| Report 4 | Certification | | | Not Proprietary/Conf |
| Scratch Sheet | | | Attorney Eyes Only | |

Exhibit 6
Page 39 of 55

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (as proposed by the CCOs) | Notes |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |
| 2.  Exhibit L – all | YES | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | | Reports L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.1, L19, and the Scratch Sheets should be designated Attorney Eyes Only if disclosed over WVCH's relevance objection. | Other than as to Reports L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.1, L19, and the Scratch Sheets, WVCH has no confidentiality objection to OHS releasing of this category |
| 3.  Supplement Rate Templates | YES[1] | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |
| 4.  Claims and Encounter data submissions to the state | YES | NO | WVCH joins in the relevance objections which the non-Portland area CCOs have made.  In particular, (1) claims-level | | | The confidentiality of this data (and the catchall under Category 12 which has the same characteristics) |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

Exhibit 6
Page 40 of 55

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (as proposed by the CCOs) | Notes |
|---|---|---|---|---|---|---|
| | | | encounter data fields that show payments to specific providers on specific claims are not only irrelevant and not calculated to lead to admissible evidence, but would enable any competitor to understand WVCH's contract rates and methods, which is highly sensitive from a competitive standpoint and from the negative impact that information would have on provider contracting negotiations; and (2) this data contains PHI which cannot under federal law be shared. | | | represents WVCH's highest level of concern. Footnote 2 states that FamilyCare is not seeking "provider level information," but most of this encounter data relates to provider payments. |
| 5.   State enrollment data including premiums paid | YES | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |
| 6.   MLR Template | YES | NO | WVCH joins in the relevance objection which the non-Portland area | YES | YES | WVCH has no confidentiality objection to OHS releasing this |

Exhibit 6
Page 41 of 55

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (as proposed by the CCOs) | Notes |
|---|---|---|---|---|---|---|
| | | | CCOs have made. | | | category |
| 7. Audited Financials | YES | NO | This information is publicly available. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |
| 8. Actuarial Opinions | YES | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES, if any exist | YES, if any exist | WVCH does not believe OHA has any such thing from WVCH |
| 9. SNRG Reconciliation | YES | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |
| 10. FB 231 Primary Care template | YES | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |
| 11. Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES if designated CONFIDENTIAL | YES if designated CONFIDENTIAL | |
| 12. Any other records or detail data that would expose encounters, rates, or contractual | YES[3] | NO | WVCH joins in the relevance objection which the non-Portland area | | | See comment under Category 4. |

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers
[3] See comment on No.11

Exhibit 6
Page 42 of 55

| | [WVCH RESPONSE TO DOJ REQUESTS (00957764).DOCX] |
|---|---|
| REVISED September 22, 2017 | WILLAMETTE VALLEY COMMUNITY HEALTH |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (as proposed by the CCOs) | Notes |
|---|---|---|---|---|---|---|
| agreements with physicians, hospitals or any other providers | | | CCOs have made. In particular, (1) claims-level encounter data fields that show payments to specific providers on specific claims are not only irrelevant and not calculated to lead to admissible evidence, but would enable any competitor to understand WVCH's contract rates and methods, which is highly sensitive from a competitive standpoint and from the negative impact that information would have on provider contracting negotiations; and (2) this data contains PHI which cannot under federal law be shared. | | | |
| "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | | WVCH joins in the relevance objection which the non-Portland area CCOs have made. | YES | YES | WVCH has no confidentiality objection to OHS releasing this category |

Exhibit 6
Page 43 of 55

Exhibit 6
Page 44 of 55

|   | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** |
|---|---|
| REVISED September 22, 2017 | **CCO – Yamhill County Care Organization** |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO* | Notes |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | | | All tabs and hidden tabs are AEO except tabs 1 "Directions" 2 "CY12 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" | |
| 2.  Exhibit L – all | YES | | | | AEO portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | |
| 3.  Supplement Rate Templates | YES[1] | NO | | | AEO except tabs "Instructions" "Specialty Drugs" "Hepatitis C Criteria" and "Hep C NDC List" | |
| 4.  Claims and Encounter data submissions to the state | YES | NO | | | AEO | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

*This column assumes that the court enters a Protective Order limiting production to documents "related to the rate setting process" and providing for an appropriate AEO designation process and limitation on future activities of those who review AEO documents.

Exhibit 6
Page 45 of 55

**[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**

REVISED September 22, 2017    CCO – Yamhill County Care Organization

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO* | Notes |
|---|---|---|---|---|---|---|
| 5.  State enrollment data including premiums paid | YES | NO | | | | Okay to produce without Protective Order |
| 6.  MLR Template | YES | NO | | | AEO | |
| 7.  Audited Financials | YES | | | | AEO | |
| 8.  Actuarial Opinions | YES | NO | | | To the extent actuarial opinions have been expressed, they are AEO | |
| 9.  SNRG Reconciliation | YES | NO | | | AEO | |
| 10.  FB 231 Primary Care template | YES | NO | | | AEO | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | | | AEO | |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | | | AEO | |

---

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers
[3] See comment on No.11

YCCO-FamilyCare Worksheet.docx    Page 2

Exhibit 6
Page 46 of 55

**[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**

REVISED September 22, 2017    **CCO – Yamhill County Care Organization**

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO* | Notes |
|---|---|---|---|---|---|---|
| | | | | | | |
| 13. "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | Need CCO position on this category | | | Non-blinded version and file regarding Professional Reimbursement are AEO | |

Exhibit 6
Page 47 of 55



November 10, 2017

**Jeffrey D. Hern**
Admitted in Oregon
T: 503-796-2919
jhern@schwabe.com

**VIA EMAIL**

Stephen F. English
Matthew P. Gordon
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128

Dallas DeLuca
Matthew A. Levin
Markowitz Herbold PC
3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730

RE:     Trillium Designations Pursuant to Protective Order
        *FamilyCare, Inc. v. Oregon Health Authority*
        Marion County Circuit Court Case No. 17CV09226
        Our File No.:  126360-229340

Dear Counsel:

With respect to the above-referenced matter, this office hereby provides Trillium Community Health Plan, Inc.'s ("Trillium") response to and designations of confidential and protected documents and information in accordance with the Discovery Order entered October 27, 2017 (the "Discovery Order") and the Protective Order entered November 1, 2017 (the "Protective Order").  Attached hereto are summaries of Trillium's positions on these matters.  Specifically, we used and completed the worksheet previously provided by Oregon Health Authority's ("OHA") counsel with thirteen categories of documents and information.  We added a fourteenth category for OHA or Optumas documents that incorporate or contain confidential or protected information into new documents.  As you will see, the attachments indicate primarily which documents or categories of documents should be not be produced because they do not relate to rate setting process, and which, if produced over Trillium's objections or otherwise, should be designated and marked as "Attorneys Eyes Only" ("AEO") under the terms of the Protective Order.

Even though it has provided this information, Trillium maintains its prior positions that the documents and information within these categories should not be discoverable and should not have to be disclosed based on, *inter alia*, their lack of relevance to FamilyCare's claims and due to their confidential, proprietary, and trade secret status and nature.  Trillium, without waiver, is

Pacwest Center  |  1211 SW 5th  |  Suite 1900  |  Portland, OR  |  97204  |  **M** 503.222.9981  |  **F** 503.796.2900  |  schwabe.com

Exhibit 6
Page 48 of 55

Stephen F. English
Dallas DeLuca
November 10, 2017
Page 2

merely responding to and complying with the Discovery Order and the Protective Order at this time.

Trillium also does not know how OHA may have copied or transferred the confidential or protected information contained in its documents, or whether OHA created any new documents or materials containing such information. Therefore, Trillium requests any such copies, transferred information, or new documents, only be produced if designated and marked as AEO. Trillium is willing and available to work with OHA to facilitate discovery and answer any questions.

In addition, Trillium requests that OHA designate the following additional documents and categories of documents as AEO:

- Any documents, communications, datasets, and the like that include Personal Health Information (PHI), including but not limited to enrollment details and member level risk scores, for Trillium's past and present members.

- Any documents, communications, datasets, and the like that include Trillium's claim level details, regardless of format or source, including all Trillium 837, APAC (All Payer All Claims), supplemental, and any other formats of encounter data.

- All documents, communications, datasets, and the like relating to Trillium, that have been or require transfer between parties via a secure file transfer (SFTP).

- All documents, communications, datasets, and the like relating to Trillium, that have been sent or received via secure email.

- All documents, communications, datasets, and the like that include Trillium's description of payment arrangements, contracted entity names, transformation/innovation projects, and/or internal policies (including without limitation provider names for all inpatient and outpatient analyses for DRG hospitals).

- All documents, communications, datasets, and the like that include Trillium's specific units of encounter or service types, unit costs, and/or provider names, including, without limitation, the masked portions of any Tri-County Regional Rate Model.

- All documents, communications, datasets, and the like that include any form of Trillium's specific breakout of payment types, including but not limited to fee-for-service, sub-capitation, incentive, and/or other payment arrangements.

- All documents, communications, datasets, and the like related to Trillium's base data and/or financial reconciliations and triangulation.

Stephen F. English
Dallas DeLuca
November 10, 2017
Page 3

- All documents, communications, datasets, and the like that include Trillium's specific utilization patterns/rates, inclusive of Trillium's specific case rate models for maternity and bariatric case rates.

- All documents, communications, datasets, printouts, and the like that were provided and/or displayed during Trillium's specific rate setting meetings.

- All documents, communications, datasets, and the like generated and provided by the Trillium's consulting actuaries, inclusive of all documents on the actuary's letterhead.

Trillium also requests that the following documents be listed as confidential:

- All other documents, communications, datasets, and the like that were provided during Trillium's specific rate setting meetings that do not fall under the AEO designations above.

Please let us know if you should have any questions or concerns in these regards. Again, Trillium remains willing and available to assist or answer questions regarding any document production in this case. Thank you for your time and attention to these matters.

Respectfully,

SCHWABE, WILLIAMSON & WYATT, P.C.

Jeffrey D. Hern

JED:dks
Attachment

cc:    Renee Stineman (*w/Attachments, via e-mail*)
       Elleanor Chin (*w/Attachments, via e-mail*)
       Joel Parker (*w/Attachments, via e-mail*)

PDX\126360\229340\JED\21672041.1

schwabe.com

Exhibit 6
Page 50 of 55

## Trillium Community Health Plan, Inc.'s Response and Designations
## Pursuant to Discovery Order and Protective Order

## OHA WORKSHEET

*FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17-cv-09226

---

| Description of Information | DO NOT PRODUCE[1] | Produce Only if Subject to Amended Stipulated Protective Order | Comments |
|---|---|---|---|
| 1. CCO Rate of Growth Tool | | Designate and mark as "Attorney Eyes Only" ("AEO") | |
| 2. Exhibit L - All | | Designate and mark as AEO pursuant to attached spreadsheet. | Some already in public. |
| 3. Supplement Rate Templates | | Designate and mark as AEO. | |
| 4. Claims and Encounter Data Submissions to the State | | Designate and mark as AEO. | |
| 5. State Enrollment Data Including Premius Paid | | Designate and mark as AEO. | Some already in public. |
| 6. MLR Template | Do not produce – not related to rate setting process. | If produced over Trillium's objections, designate and mark as AEO. | |

---

[1] Consistent with its prior positions, Trillium maintains that the documents and information within these thirteen categories should not be discoverable and should not have to be disclosed based on, *inter alia*, their lack of relevance to FamilyCare's claims in this action and due to their confidential, proprietary, and trade secret status and nature. Trillium asserts—but will not repeat and restate in this column—this position.

===============================================================================

Trillium's Response to OHA's Worksheet and Provisions of Protective Order     11/10/2017
(CONFIDENTIAL)

# Trillium Community Health Plan, Inc.'s Response and Designations
## Pursuant to Discovery Order and Protective Order

## OHA WORKSHEET

*FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17-cv-09226

-------------------------------------------------------------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| 7. Audited Financials | Do not produce – not related to rate setting process and publicly available. | If produced over Trillium's objections, designate and mark as AEO. | Already in public. Category excluded in Court's 10/27/17 Discovery Order. |
| 8. Actuarial Opinions | Do not produce – not related to rate setting process. | If produced over Trillium's objections, designate and mark as AEO. | Category excluded in Court's 10/27/17 Discovery Order. |
| 9. SNRG Reconciliation | Do not produce – not related to rate setting process. | If produced over Trillium's objections, designate and mark as AEO. | Portion of category excluded in Court's 10/27/17 Discovery Order. |
| 10. SB 231 Primary Care Template | Do not produce – not related to rate setting process. | If produced over Trillium's objections, designate and mark as AEO. | |
| 11. Any records or detail data that would identify prescription drug prices or rates | Do not produce – not related to rate setting process. | If produced over Trillium's objections, designate and mark as AEO. | |
| 12. Any records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals, or any other providers | Do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | |
| 13. Supplemental correspondence and exchanges between Trillium | Do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | |

==================================================================================================

Trillium's Response to OHA's Worksheet and Provisions of Protective Order (CONFIDENTIAL)

11/10/2017

**Trillium Community Health Plan, Inc.'s Response and Designations
Pursuant to Discovery Order and Protective Order**

**OHA WORKSHEET**

*FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17-cv-09226

--------------------------------------------------------------------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| and OHA or its actuary related to the above categories | | | |
| 14. OHA/Optumas documents that include, incorporate, or comment on the above categories and are specific to or concern Trillium | Do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | |

=================================================================================================

Trillium's Response to OHA's Worksheet and Provisions of Protective Order
(CONFIDENTIAL)

11/10/2017

**TRILLIUM'S RESPONSE AND DESIGNATIONS**
**EXHIBIT L**

*FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court, Case No. 17-cv-09226

| | Exhibit L Financial Reporting Template | | Designation/Notes |
|---|---|---|---|
| Instructions | | + | |
| L1 | General Information and Certification | + | |
| L2 | Members approaching or surpassing stop-loss deductible | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| L3 | Restricted Reserves | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| L3.1 | Secondary Reserve Requirement Based on Enrollment Data | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| L3.2 | Secondary Reserve Requirement Based on Historical Expenses | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| L3.3 | Adjusted and Unadjusted Medical Loss Ratios | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| L4 | Key Financial Indicators | * | Public |
| L5 | Quarterly Balance Sheet of Corporate Activity | * | Public |
| L6 Guidance | Quarterly Statement of Revenues and Expenses - Guidance | + | |
| L6 Corp | Quarterly Statement of Revenues, Expenses, and Changes in Net Assets - Corporate Total | * | Portions are public - all portions not already public should be designated and marked AEO |
| L6 OHP | Quarterly Statement of Revenues & Expenses - OHP Line of Business | * | Portions are public - all portions not already public should be designated and marked AEO |
| L6.1 Guidance | Quarterly Statement of Administrative and other Non-Benefit Costs - Guidance | + | |
| L6.1 OHP | Quarterly Statement of Administrative and other Non-Benefit Costs - OHP Line of Business | * | Designate and mark AEO |
| L6.2 OHP | Flexible Expenses - OHP Line of Business | | Designate and mark AEO - carried a different report nubmer in prior years |
| L6.3 OHP | Case Management - OHP Line of Business | | Designate and mark AEO - carried a different report nubmer in prior years |
| L6.4 OHP | Case Management Breakdown - OHP Line of Business | | Designate and mark AEO - carried a different report nubmer in prior years |
| L7 | Cash Flow Analysis Corporate Activity/Indirect Method | * | Public |
| L8 Guidance | Corporate Relationship of Contractors | + | |
| L8 | Corporate Relationship of Contractors | | Designate and mark AEO |
| L9 | Audited Annual Balance Sheet of Corporate Activity | | Designate and mark AEO |
| L10 | Audited Annual Statement of Revenues, Expenses, & Changes in Net Assets | | Designate and mark AEO |
| L11 Guidance | Disclosure of Compensation - Where to Report - Guidance | + | |
| L11 | Disclosure of Compensation | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| L12-L19 | Rate Setting Overview | + | |
| Report L6.3 | Non-Benefit Case Management Services | | Designate and mark AEO |
| Report L12 | Enrollment Validation | | Designate and mark AEO |
| Report L13 | Medical Costs | | Designate and mark AEO |
| Report L14 | IBNR | | Designate and mark AEO |
| Report L15 | Sub-Capitation | | Designate and mark AEO |
| Report L16 | Breakdown of all Alternative Payment Arrangements by Provider | | Designate and mark AEO |
| Report L17 | Incentive Programs | | Designate and mark AEO |
| Report L17.1 | Quality Pool Payment Breakdown | | Designate and mark AEO |
| Report L17.2 | Other Incentive Payment Breakdown | | Designate and mark AEO |
| Report L18 | Other Payment Arrangements | | Designate and mark AEO |
| Report L18.1 | Other Payments Breakdown | | Designate and mark AEO |
| Report L19 | Financial Overview and Reconciliation of Costs | | Designate and mark AEO |
| Scratch Sheet | Additional Informtion that didn't fit anywhere else | | Designate and mark AEO |

Key
+    Not Proprietary/Confidential
*    Appears on OHA Website

| | SB 231 PrimaryCare Template | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
|---|---|---|---|
| Overview | | + | |
| Report 1a | Commercial Member Months/Commercial Non Claims-based Expenditures | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| Report 1b | Medicaid Coordinated Care Member Months/ Medicaid Coordinated Care Non Claims-based Expenditures | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| Report 1C | State of Oregon PEBB and OEBB Member Months/PEBB and OEBB Non Claims-Based Expenditures | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |
| Report 1D | Medicare Member Months/ Medicare Non Claims-based Expenditures | | Do not produce - not related to rate setting process. If produced, designate and mark as AEO |

(CONFIDENTIAL)

**TRILLIUM'S RESPONSE AND DESIGNATIONS**

**EXHIBIT L**

*FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court, Case No. 17-cv-09226

| | | |
|---|---|---|
| Report 1 Summary | Summary of Reports 1a-1d | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |
| Report 2 | Explanation of non claims-based expenditures | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |
| Report 3 | FFS Data Issues | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |
| Report 4 | Certification | + |
| Scratch Sheet | | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |

Key

+          Not Proprietary/Confidential

| Medical Loss Ratio Rebate Template | | |
|---|---|---|
| | | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |
| 2017 MLR Rebate | | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |
| Scratch sheet | | Do not produce - not related to rate setting process.  If produced, designate and mark as AEO |

(CONFIDENTIAL)