| From: | Greg Scott |
|---|---|
| To: | Samuelson, Brian P. (POR); Gordon, Matthew P. (SEA); Brenner, Alletta S.(POR); Pahl, Douglas (POR) |
| Cc: | Matt Levin; Laura Salerno Owens; David Markowitz; Harry Wilson |
| Subject: | FamilyCare v OHA |
| Date: | Wednesday, December 06, 2017 7:11:13 PM |
| Attachments: | designate_to_confidential.xlsx |
| | designate_to_no_designation.xlsx |

Counsel,

OHA has removed the Attorneys' Eyes Only designation for the documents identified in the attached.

**Greg A. Scott** | Paralegal
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web | LinkedIn

CONFIDENTIALITY NOTICE: The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

Exhibit 8
Page 1 of 1