| | |
|---|---|
| **From:** | Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us> |
| **Sent:** | Tuesday, February 21, 2017 10:08 PM |
| **To:** | Stineman Renee; Wahl Jeffrey; Falk Theodore C |
| **Subject:** | FW: Request for Disclosure of Public Records |
| **Attachments:** | JUSTICE-#8039570-v1-CCO_Questionnaire Trillium.pdf |

**Importance:**    High

FYI –

Thanks!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Chris.D.Ellertson@healthnet.com [mailto:Chris.D.Ellertson@healthnet.com]
**Sent:** Saturday, February 18, 2017 8:41 AM
**To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Cc:** sconley <sconley@trilliumchp.com>
**Subject:** RE: Request for Disclosure of Public Records
**Importance:** High

Hi Rhonda,

Our response to the questionnaire is attached.

We would like to request the following with regard to this matter:

OHA000248

Exhibit 9
Page 1 of 6

1) Short term: as last year, we would appreciate that the same information that is shared with FamilyCare is also shared with all plans, for fairness.

2) Long term: We routinely requested the information in items 1) and 3) be shared with CCOs during the 2017 rate setting process, at least within each region (e.g. the two Tri-County plans would receive the regional model for Tri-County unblinded, etc.) and were told that this information could not be shared because it is proprietary. We do not believe this is the case, and would appreciate if, in future rate setting exercises, this information is shared up front so that it can be discussed as part of the rate development review discussions rather than being requested after the fact.

Thanks very much for consulting us on this issue.

Chris

Sent with Good (www.good.com)

----- Message from "Busek Rhonda J" <rhonda.j.busek@state.or.us> on Tue, 14 Feb 2017 16:43:29 GMT -----

**From:**    "Busek Rhonda J" <rhonda.j.busek@state.or.us>

**To:**    "Chris Ellerton" , "sconley"

**CC:**    "WAHL Jeffrey" , "Coyner Lori A" , "Saxton Lynne" , "Fairbanks Mark R" , "STINEMAN Renee" , "Falk Theodore C (theodore.falk@doj.state.or.us)" , "Chauhan Varsha"

**Subject:**    Request for Disclosure of Public Records

Dear CCO Leadership:

Please find attached, a letter and other information related to a request for input on whether specific data you have submitted to OHA is trade secret.  A response is requested by February 21, 2017.

Please let me know if you have any questions.

Thanks!  Have a great day!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



CONFIDENTIALITY NOTICE

2

This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

------------------------------------------------------------------------
This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return e-mail and delete this message, along with any attachments, from your computer. Thank you.

------------------------------------------------------------------------

OHA000250
Exhibit 9
Page 3 of 6

**CCO Questionnaire to Assist OHA in Responding to FamilyCare's February 6 Public Records Request**

**Please return to OHA by February February 21, 2016**

Name of CCO: <u>Trillium</u>

Details regarding the five specific requests for records are attached as Appendix A. Please answer the following questions (the questions are the same for each request)

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K unmasked.**
a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☐     No ☒
b.  Does this information have actual or potential commercial value? Yes ☐ No ☒
c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐     No ☒
d.  If "yes" to all three questions:
    i.   Is this information patented? Yes ☐     No ☒
    ii.  Describe briefly the commercial value or business advantage


**Request #2: Base Data Exhibits for all other CCOs.**
a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☒     No ☐
b.  Does this information have actual or potential commercial value? Yes ☒ No ☐
c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☒     No ☐
d.  If "yes" to all three questions:
    i.   Is this information patented? Yes ☐     No ☒
    ii.  Describe briefly the commercial value or business advantage
    *The data includes proprietary contractual information. Provider negotiations may become more difficult if all of this information is disclosed to provider organizations.*

**Request #3: Comparable Region Rate Models for the other three regions.**

a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☐    No ☒
b. Does this information have actual or potential commercial value? Yes ☐ No ☒
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐    No ☒
d. If "yes" to all three questions:
   i.  Is this information patented? Yes ☐    No ☐
   ii. Describe briefly the commercial value or business advantage

**Request #4: Raw Risk Score data at the regional level for all regions.**
a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☐    No ☒
b. Does this information have actual or potential commercial value? Yes ☐ No ☒
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐    No ☒
d. If "yes" to all three questions:
   i.  Is this information patented? Yes ☐    No ☐
   ii. Describe briefly the commercial value or business advantage

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**
a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☒    No ☐
b. Does this information have actual or potential commercial value? Yes ☒ No ☐
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☒    No ☐
d. If "yes" to all three questions:
   i.  Is this information patented? Yes ☐    No ☒
   ii. Describe briefly the commercial value or business advantage
   *The data includes proprietary contractual information. Provider negotiations may become more difficult if all of this information is disclosed to provider organizations.*

OHA000252

Exhibit 9
Page 5 of 6

**Appendix A.        FamilyCare's Five Specific Requests for OHA Records**

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K unmasked.**

*See* Exhibit 1: "OR CY17 Rates — Regional Rate Model (TriCounty) 2016-10-06.xlsb" (enclosed). Columns I, J, and K were masked in the original model. FamilyCare is seeking the spreadsheet marked as Exhibit 1 with those columns unmasked.

**Request #2: Base Data Exhibits for all other CCOs.**

FamilyCare seeks the CY2015 Base Data Summary. *See* Exhibit 2: "OR - FamilyCare Base Data Exhibits.xlsx" (enclosed). FamilyCare's request is only for the data on the "BASE DATA SUMMARY" tab.

**Request #3: Comparable Region Rate Models for the other three regions.**

FamilyCare requests the comparable region rate models for the other three regions: Northwest, Southwest, and Central/Eastern. FamilyCare requests that this comparable region data be unmasked, consistent with FamilyCare's Request No. 1 above.

**Request #4: Raw Risk Score data at the regional level for all regions.**

*See* Exhibit 3: "CY17 Rates — FamilyCare Regional Base Data and Risk Factors.xlsx" (enclosed). The specific column references needed are the columns related to regional data: Columns D, G, I, K. FamilyCare does not seek any of the CCO specific data contained within this Exhibit 2.

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**

*See* Exhibit 4: "FamilyCare PMPM Summary.xslx" (enclosed). FamilyCare seeks the documents and data to understand the specific adjustments, and any related policy decisions, made to FamilyCare's reported costs reflected in this spreadsheet.