| | |
|---|---|
| **From:** | Busek Rhonda J |
| **To:** | Doug Flow2; Cynthia Ackerman (Cynthia.Ackerman@allcarehealth.com) |
| **CC:** | Saxton Lynne; Chauhan Varsha; Fairbanks Mark R; Coyner Lori A; Falk Theodore C (theodore.falk@doj.state.or.us); WAHL Jeffrey; STINEMAN Renee |
| **Sent:** | 2/14/2017 8:23:47 AM |
| **Subject:** | Request for Disclosure of Public Records |
| **Attachments:** | CCO Letter re Trade Secrets 022016. RB Signed.pdf; JUSTICE-#8039570-v1-CCO_Questionnaire_for_Response_to_FamilyCare_Februar....docx; Ex. 1 - OR CY17 Rates - Regional Rate Model (TriCounty) 2016-10-06 Maske....xlsb; Ex. 2 - OR - FamilyCare Base Data Exhibits.xlsx; Ex. 3 - CY17 Rates - FamilyCare Regional Base Data and Risk Factors.xlsx; Ex. 4 - FamilyCare PMPM Summary.xlsx |

Dear CCO Leadership:

Please find attached, a letter and other information related to a request for input on whether specific data you have submitted to OHA is trade secret.  A response is requested by February 21, 2017.

Please let me know if you have any questions.

Thanks!  Have a great day!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 10
Page 1 of 1

OHA_LIT_00338426