| | |
|---|---|
| **From:** | Darby BethAnne |
| **To:** | 'Nick Budnick'; West Keely L |
| **CC:** | Cowie Robb; Ellenberg Noah; KRON Michael C; Windham Jeanne |
| **Sent:** | 6/27/2017 10:36:24 AM |
| **Subject:** | RE: Public Records Request |

Nick – you have requested a PRO from DOJ. A response will be provided via that process.

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

**Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)**

**From:** Nick Budnick [mailto:nickbudnick@gmail.com]
**Sent:** Tuesday, June 27, 2017 9:05 AM
**To:** West Keely L <KEELY.L.WEST@dhsoha.state.or.us>
**Cc:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Cowie Robb
<ROBB.COWIE@dhsoha.state.or.us>; Ellenberg Noah <Noah.Ellenberg@doj.state.or.us>; KRON Michael C
<Michael.C.KRON@doj.state.or.us>; Windham Jeanne <JEANNE.WINDHAM@dhsoha.state.or.us>
**Subject:** Re: Public Records Request

Thanks, Keely.
Can you tell me what specific exemptions justify the specific redactions in this email attached (from page 13 of the

> **From:** Darby BethAnne [mailto:BETHANNE.DARBY@dhsoha.state.or.us]
> **Sent:** Friday, January 20, 2017 5:52 PM
> **To:** Crowell Courtney W
> **Cc:** Wahl Jeffrey
> **Subject:** RE: Attorney-Client privilege: Family Care
>
> JEFF –
>
> HI Courtney –
>
> **BethAnne Darby**
> Director, External Relations Division
> OREGON HEALTH AUTHORITY

PDF)?

On Tue, Jun 27, 2017 at 8:58 AM, Nick Budnick <nickbudnick@gmail.com> wrote:

On Tue, Jun 27, 2017 at 8:56 AM, West Keely L <KEELY.L.WEST@dhsoha.state.or.us> wrote:
Good morning,

Exhibit 12
Page 1 of 3
OHA_LIT_00330364

It's my assumption from this email that I need to provide the citations for the exemptions. Information in the document Nick was provided were made under the protections of:

·    ORS 192.502(8), HIPAA and ORS 192.502(2) – federal law exemption, protected health information, and personal privacy exemption

·    ORS 192.502(9)(b) and ORS 40.225 – attorney-client privilege

·    ORS 192.502(1) – internal advisory communications

·    ORS 192.501(1) – public records pertaining to litigation

Please let me know if I can be of additional assistance.
Thank you,

Keely L. West, J.D.
**Keely L. West, J.D.**
Central Operations Lead
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Central Operations: Contracts and Policy
Records and Rules
Internal Litigation Coordination
500 Summer St. NE, E-20
Salem, OR 97301
503-945-6292
http://www.oregon.gov/OHA

**From:** Darby BethAnne
**Sent:** Monday, June 26, 2017 8:22 PM
**To:** Nick Budnick <nickbudnick@gmail.com>
**Cc:** West Keely L <KEELY.L.WEST@dhsoha.state.or.us>; Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>
**Subject:** Re: Public Records Request

Hi Nick,

We will provide info about our exemptions. for you tomorrow - thanks.

 BethAnne Darby
(503)798-7100
Sent from my iPhone

On Jun 26, 2017, at 8:01 PM, Nick Budnick <nickbudnick@gmail.com> wrote:

Thank you for the document. I don't see what exemption(s) you contend allows you redact this information. For example, can you please provide the exemption for the attached Jan. 20 email?

On Mon, Jun 26, 2017 at 7:43 PM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:
Nick - please see the attached document in response to your public records request.

If this document transmits any information which could be protected by the attorney-client privilege, it may not be

Exhibit 12
Page 2 of 3
OHA_LIT_00330365

construed as a waiver of attorney-client privilege for any other information. Also, we did not construe documents as being within the scope of your request if the term "FamilyCare" occurs in an email attachment as part of a listing or data file showing all of the CCOs; if we have misunderstood your intended scope in this regard, please let us know.

BethAnne Darby
(503)798-7100
Sent from my iPhone


<Screen Shot 2017-06-26 at 7.57.49 PM.png>

Exhibit 12
Page 3 of 3
OHA_LIT_00330366