**From:**       Saxton Lynne
**To:**         Cowie Robb
**CC:**         Black Jeston J
**Sent:**       7/24/2017 12:07:12 PM
**Subject:**    RE: response to your records request

Any response? We assume tomorrow's paper?

**From:** Cowie Robb
**Sent:** Friday, July 21, 2017 1:32 PM
**To:** NBudnick@PortlandTribune.com
**Cc:** West Keely L <KEELY.L.WEST@dhsoha.state.or.us>
**Subject:** response to your records request

Nick:

In response to your record request, attached please find the draft communications plans and associated emails related to the FamilyCare litigation. Director Saxton asked me to send these documents to you. In addition, I've attached a timeline of FamilyCare's lawsuits against OHA.

These plans were prepared in the context of an adversarial legal process, as part of our overall response to FamilyCare's litigation and its public comments about its lawsuits. We considered the communication plan in this context exempt from production under the public records laws, which is why we denied your earlier request. As you know, this opinion is under review by the Attorney General's office. We are choosing to release the documents to you at this time. (However, despite the release of this communication plan and accompanying documents, OHA reserves all rights and privileges, including its attorney-client privilege, for any other document for which an attorney-client privilege may be asserted.)

Please keep in mind a couple of considerations. First, it is standard practice for OHA communications officers to develop communications plans on a variety of issues facing the agency – we prepare communications plans on large and small topics ranging from Oregon Health Plan (OHP) benefit changes, to opioids, to Zika to encouraging doulas to become certified for Medicaid billing. We see developing a communications plan as a best practice.

Second, these communications plans are draft documents. These drafts served to sketch out a range of outreach options and messages we explored to counter FamilyCare's aggressive and often incorrect public statements. They were never formally reviewed or approved, or fully implemented.

OHA has a responsibility to ensure that taxpayer dollars are used to provide appropriate health care services to OHP members. We will continue to work with all CCOs to set actuarially sound rates and keep policymakers, stakeholders and the public informed about that process.

Let me know if you have questions.

Robb Cowie
Communications Director
External Relations Division
Oregon Health Authority
robb.cowie@state.or.us
Desk: 503-945-7849
Cell: 503-421-7684
www.oregon.gov/OHA

Exhibit 13
Page 1 of 1

OHA_LIT_00330343