| Priv Log # | ProdBegBates | ProdEndBates | Optumas Prod No | DocDate | DocTitle | PrivLog DocAuthor | PrivLog To | PrivLog CC | PrivLog BCC | Privilege Type | Priv Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OHA_PRIV_0001437 | | | | 3/10/2016 | RE: FamilyCare Pre-Meeting Communication | Falk, Theodore (DOJ)* | Robbins, Alissa; Fritsche, Jeffrey; Fairbanks, Mark; Darby, BethAnne; Saxton, Lynne | Souza, Theresa; Coyner, Lori; Stineman, Renee (DOJ)*; Cowie, Robb; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)*; Laidler, Deanna (DOJ)*; Lippold, Steve (DOJ)*; Weston, Sarah (DOJ)* | AC & WP | Email reflecting and seeking legal advice re: communication Plan. |
| OHA_PRIV_0001438 | | | | 3/10/2016 | Re: FamilyCare Pre-Meeting Communication | Robbins, Alissa | Fritsche, Jeffrey; Fairbanks, Mark; Darby, BethAnne; Falk, Theodore (DOJ)*; Saxton, Lynne | Souza, Theresa; Coyner, Lori; Stineman, Renee (DOJ)*; Cowie, Robb; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)*; Laidler, Deanna (DOJ)*; Lippold, Steve (DOJ)*; Weston, Sarah (DOJ)* | AC & WP | Email reflecting legal advice and/or work product re: communication Plan. |
| OHA_PRIV_0001439 | | | | 3/10/2016 | FamilyCare Pre-Meeting Communication | Falk, Theodore (DOJ)* | Saxton, Lynne | Souza, Theresa; Coyner, Lori; Darby, BethAnne; Stineman, Renee (DOJ)*; Cowie, Robb; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)*; Robbins, Alissa; Laidler, Deanna (DOJ)*; Lippold, Steve (DOJ)*; Fritsche, Jeffrey; Fairbanks, Mark; Weston, Sarah (DOJ)* | AC & WP | Email reflecting legal advice and/or work product re: communication Plan. |
| OHA_PRIV_0001432 | | | | 3/11/2016 | RE: FamilyCare Communications | Robbins, Alissa | Saxton, Lynne | Falk, Theodore (DOJ)*; Darby, BethAnne; Coyner, Lori; Stineman, Renee (DOJ)*; Cowie, Robb; Uhlman, Jennifer; Nickerson, Keri; Gearheart, Rhonda (DOJ)*; Wahl, Jeffrey (DOJ)*; Weston, Sarah (DOJ)*; Souza, Theresa; Wahl, Jeffrey (DOJ)*; Laidler, Deanna (DOJ)*; Lippold, Steve (DOJ)* | Attorney Client | Email reflecting and seeking legal advice re: communication Plan. |
| OHA_PRIV_0001433 | | | | 3/11/2016 | RE: FamilyCare Communications | Robbins, Alissa | Falk, Theodore (DOJ)*; Darby, BethAnne; Coyner, Lori; Stineman, Renee (DOJ)*; Cowie, Robb; Uhlman, Jennifer; Nickerson, Keri; Gearheart, Rhonda (DOJ)*; Wahl, Jeffrey (DOJ)*; Weston, Sarah (DOJ)*; Souza, Theresa; Saxton, Lynne; Wahl, Jeffrey (DOJ)*; Laidler, Deanna (DOJ)* | Lippold, Steve (DOJ)* | Attorney Client | Email reflecting and seeking legal advice re: communication Plan. |
| OHA_PRIV_0001160 | | | | 3/13/2016 | Re: Updated timeline/Attorney Client Privilege | Saxton, Lynne | Robbins, Alissa | Fritsche, Jeffrey; Falk, Theodore (DOJ)*; Fairbanks, Mark; Darby, BethAnne; Souza, Theresa; Coyner, Lori; Stineman, Renee (DOJ)*; Cowie, Robb; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)*; Laidler, Deanna (DOJ)*; Lippold, Steve (DOJ)*; Weston, Sarah (DOJ)* | | Attorney Client | Email providing info/facilitate provision of legal advice re: communication Plan. |
| OHA_PRIV_0000358 | | | | 3/14/2016 | RE: Updated timeline/Attorney Client Privilege | Coyner, Lori | Guest, Chelsea; Robbins, Alissa; MacInnes, Tricia | | | Attorney Client | Email relaying counsel's advice re: communication Plan. |
| OHA_PRIV_0001665 | | | | 3/14/2016 | RE: Latest versions: news release and timeline (ATTORNEY/CLIENT PRIVILEGE) | Coyner, Lori | Robbins, Alissa; Saxton, Lynne | Darby, BethAnne; Wahl, Jeffrey (DOJ)* | | Attorney Client | Email providing info/facilitate provision of legal advice re: communication Plan. |
| OHA_PRIV_0001666 | | | | 3/14/2016 | RE: Latest versions: news release and timeline (ATTORNEY/CLIENT PRIVILEGE) | Coyner, Lori | Robbins, Alissa; Saxton, Lynne | Darby, BethAnne; Wahl, Jeffrey (DOJ)* | | Attorney Client | Email providing info/facilitate provision of legal advice re: communication Plan. |
| OHA_PRIV_0001672 | | | | 3/14/2016 | RE: Updated timeline/Attorney Client Privilege | Coyner, Lori | Robbins, Alissa | Weston, Sarah (DOJ)*; Stineman, Renee (DOJ)* | | Attorney Client | Email providing info/facilitate provision of legal advice re: settlement agreement and communication Plan. |
| OHA_PRIV_0001850 | OHA_LIT_00564239 | OHA_LIT_00564239 | | 3/16/2016 | FINAL Media Documents: Family Care & Rate Setting March 2016 | Darby, BethAnne | Saxton, Lynne; Coyner, Lori; Wahl, Jeffrey (DOJ)*; Stineman, Renee (DOJ)*; Falk, Theodore (DOJ)* | Robbins, Alissa; Cowie, Robb; Black, Jeston | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0000155 | | | | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Saxton, Lynne | Wahl, Jeffrey (DOJ)*; Darby, BethAnne; Falk, Theodore (DOJ)*; Chauhan, Varsha; Busek, Rhonda | Stineman, Renee (DOJ)*; Schramm, Steve; Aters, Zachary; Coyner, Lori; Souza, Theresa | | Attorney Client | Email seeking legal advice re: communication Plan. |
| OHA_PRIV_0001405 | | | | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Souza, Theresa | Saxton, Lynne | | | Attorney Client | Email reflecting and seeking legal advice re: communications plan. |
| OHA_PRIV_0001406 | | | | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Aters, Zachary | Saxton, Lynne | | | Attorney Client | Email providing info/facilitate provision of legal advice re: communications plan. |
| OHA_PRIV_0001407 | | | | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Saxton, Lynne | Wahl, Jeffrey (DOJ)*; Darby, BethAnne; Falk, Theodore (DOJ)*; Chauhan, Varsha; Busek, Rhonda | Stineman, Renee (DOJ)*; Schramm, Steve; Aters, Zachary; Coyner, Lori; Souza, Theresa | | Attorney Client | Email reflecting and seeking legal advice re: communications plan. |
| OHA_PRIV_0001408 | | | | 3/21/2016 | Family Care communications plan 03_21_16 (003) | Wahl, Jeffrey (DOJ)* | Saxton, Lynne; Darby, BethAnne | | | Attorney Client | Email reflecting legal advice re: communications plan. |
| OHA_PRIV_0001409 | | | | 3/21/2016 | Attorney/Client Privilege: FC Draft Comms Plan | Darby, BethAnne | Saxton, Lynne | Wahl, Jeffrey (DOJ)* | | Attorney Client | Email reflecting counsel's edits and/or comments re: communications plan. |
| OHA_PRIV_0001542 | OHA_LIT_00570069 | OHA_LIT_00570070 | | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Saxton, Lynne | Aters, Zachary | Darby, BethAnne; Coyner, Lori | | AC & WP | Email reflecting and seeking legal advice re: communication Plan. |
| OHA_PRIV_0001824 | | | | 3/21/2016 | Attorney/Client Privilege: FC Draft Comms Plan | Darby, BethAnne | Saxton, Lynne | Wahl, Jeffrey (DOJ)* | | AC & WP | Email reflecting info/facilitate provision of legal advice re: communication Plan. |
| OHA_PRIV_0001832 | | | | 3/21/2016 | Additional FAQs - Rates/FC (ATTORNEY/CLIENT PRIVILEGED) | Robbins, Alissa | Stineman, Renee (DOJ)*; Falk, Theodore (DOJ)*; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)* | Cowie, Robb; Darby, BethAnne | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0001833 | | | | 3/21/2016 | FAQs (ATTORNEY CLIENT PRIVILEGED) | Robbins, Alissa | Tripp, Stephanie | Wahl, Jeffrey (DOJ)*; Cowie, Robb; Darby, BethAnne | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0001834 | | | | 3/21/2016 | Re: Q & A document | Robbins, Alissa | Wahl, Jeffrey (DOJ)*; Darby, BethAnne | Cowie, Robb | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0001835 | | | | 3/21/2016 | RE: Q & A document | Wahl, Jeffrey (DOJ)* | Robbins, Alissa; Darby, BethAnne | Cowie, Robb | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0001836 | | | | 3/21/2016 | Q & A document | Robbins, Alissa | Darby, BethAnne | Cowie, Robb; Wahl, Jeffrey (DOJ)* | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0002423 | | | | 3/21/2016 | Attorney/Client Privilege: FC Draft Comms Plan | Darby, BethAnne | Saxton, Lynne | Wahl, Jeffrey (DOJ)* | | Attorney Client | Email providing info/facilitate provision of legal advice re: communication Plan. |
| OHA_PRIV_0005294 | | | OPTUMAS_00051661 | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Saxton, Lynne | Darby, BethAnne; Wahl, Jeffrey (DOJ)*; Busek, Rhonda; Falk, Theodore (DOJ)*; Chauhan, Varsha | Coyner, Lori; Stineman, Renee (DOJ)*; Schramm, Steve; Souza, Theresa; Aters, Zachary | | Attorney Client | Email reflecting legal advice re: external communications. |
| OHA_PRIV_0005320 | | | OPTUMAS_00055657 | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Aters, Zachary | Saxton, Lynne | | | Attorney Client | Email reflecting legal advice re: external communications. |
| OHA_PRIV_0005330 | | | OPTUMAS_00058085 | 3/21/2016 | RE: Family Care communications plan 03_21_16 (003)/Attorney Client Privilege | Saxton, Lynne | Aters, Zachary | Darby, BethAnne; Coyner, Lori | | Attorney Client | Email reflecting legal advice re: external communications. |

Exhibit 15

Page 1 of 2

| Priv Log # | ProdBegBates | ProdEndBates | Optumas Prod No | DocDate | DocTitle | PrivLog DocAuthor | PrivLog To | PrivLog CC | PrivLog BCC | Privilege Type | Priv Log Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OHA_PRIV_0001829 | | | | 3/24/2016 | Re: Additional FAQs - Rates/FC (ATTORNEY/CLIENT PRIVILEGED) | Robbins, Alissa | Stineman, Renee (DOJ)* | Falk, Theodore (DOJ)*; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)*; Cowie, Robb; Darby, BethAnne | | Attorney Client | Email seeking legal advice re: communication Plan. |
| OHA_PRIV_0001830 | | | | 3/24/2016 | Re: Additional FAQs - Rates/FC (ATTORNEY/CLIENT PRIVILEGED) | Robbins, Alissa | Stineman, Renee (DOJ)*; Falk, Theodore (DOJ)*; Wahl, Jeffrey (DOJ)*; Wahl, Jeffrey (DOJ)* | Cowie, Robb; Darby, BethAnne | | Attorney Client | Email seeking legal advice re: communication Plan. |
| OHA_PRIV_0001859 | | | | 2/21/2017 | RE: FamilyCare-OHA Dispute Resolution/attorney client privilege | Stineman, Renee (DOJ)* | Darby, BethAnne | | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0002228 | | | | 2/21/2017 | FW: FamilyCare-OHA Dispute Resolution/attorney client privilege | Stineman, Renee (DOJ)* | Falk, Theodore (DOJ)*; Wahl, Jeffrey (DOJ)*; Scott, Carla (DOJ)* | | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0002330 | | | | 2/21/2017 | FC/Comms plan draft | Stineman, Renee (DOJ)* | Wahl, Jeffrey (DOJ)*; Falk, Theodore (DOJ)* | Scott, Carla (DOJ)* | | AC & WP | Email requesting info/facilitate provision of legal advice re: communication Plan. |
| OHA_PRIV_0001865 | | | | 2/22/2017 | Re: FamilyCare-OHA Dispute Resolution/attorney client privilege | Darby, BethAnne | Stineman, Renee (DOJ)* | | | Attorney Client | Email reflecting legal advice re: communication Plan. |
| OHA_PRIV_0005562 | | | OPTUMAS_00041240 | 7/18/2017 | FW: JUSTICE-#8391531-v2-Familycare_timeline_of_legal_events | Frazier, Calah | Fairbanks, Mark; Nass, Kate; Aters, Zachary | Jones, Kayla; Guest, Chelsea | | AC & WP | Email reflecting legal advice and/or work product re: litigation strategy;rate setting. |
| OHA_PRIV_0005563 | | | OPTUMAS_00041241 | 7/18/2017 | JUSTICE-#8391531-v2-Familycare_timeline_of_legal_events.DOCX | Wahl, Jeffrey (DOJ)* | | | | AC & WP | Draft document reflecting legal advice and/or work product re: litigation strategy;rate setting. |
| OHA_PRIV_0005572 | | | OPTUMAS_00041332 | 7/18/2017 | RE: JUSTICE-#8391531-v2-Familycare_timeline_of_legal_events | Fairbanks, Mark | Guest, Chelsea; Frazier, Calah | Jones, Kayla; Nass, Kate; Aters, Zachary | | AC & WP | Email relaying counsel's advice re: external communications and litigation. |
| OHA_PRIV_0005573 | | | OPTUMAS_00041333 | 7/18/2017 | FW: JUSTICE-#8391531-v2-Familycare_timeline_of_legal_events | Guest, Chelsea | Frazier, Calah | Fairbanks, Mark; Jones, Kayla; Nass, Kate; Aters, Zachary | | AC & WP | Email requesting info/facilitate provision of legal advice re: external communications and litigation. |

Exhibit 15
Page 2 of 2