

OFFICE OF THE DIRECTOR

Kate Brown, Governor



500 Summer St NE E20
Salem OR 97301
Voice: 503-947-2340
Fax: 503-947-2341
www.Oregon.Gov/OHA
www.health.oregon.gov

August 7, 2017

Jeff Heatherington, CEO
FamilyCare
825 NE Multnomah, Suite 1400
Portland, OR 97232

Dear Jeff:

I am writing to express my sincere regret that a draft communications plan implied that OHA thought sharing negative information about FamilyCare with media was an acceptable strategy. **Let me be clear: it is not an acceptable strategy for OHA or any state agency**. This draft plan – developed by OHA staff in the heat of ongoing litigation – was not implemented or acted on in any way. No OHA staff sought to pitch negative stories to media about FamilyCare. These ideas were shelved in their draft form because they weren't in keeping with how we conduct ourselves at OHA.

OHA values our coordinated care organization (CCO) partners. Oregon has become a national model for health transformation through our collaboration with the CCOs. Together we have improved the quality of care Oregon Health Plan members receive, produced better health outcomes and lowered taxpayer costs. While OHA and FamilyCare may continue to litigate our differences over rates, I am committed to making sure OHA continues to work with all CCOs in an open and equitable way.

I have instructed my staff to refrain from communications planning that exceeds the boundaries of a state agency's responsibility to the public trust. I have also asked the Attorney General's Office to train our staff on DOJ's application of attorney-client privilege for state agencies. OHA staff believed that due to the ongoing litigation, the drafts were within the attorney-client privilege.

Again, my sincere apology. OHA did not and will not support this form of communication.

Sincerely,

*Lynne Saxton*

Lynne Saxton
Director

Exhibit 17
Page 1 of 1
OHA_LIT_00449882