| From: | Darby BethAnne |
|---|---|
| To: | Nick Budnick |
| CC: | Cowie Robb; OHA DirectorsOffice |
| Sent: | 8/1/2017 4:07:45 PM |
| Subject: | RE: Interview with Director Saxton? |

Hi Nick,

Unfortunately both Robb and Lynne are on vacation this week and unavailable for an interview.

As Robb mentioned in his note to you, this was an initial draft communications planning tool created by the Communications team-- it was never finalized or implemented, and quite frankly, never seriously vetted or reviewed. OHA is a large agency with over 200 stakeholders, media and policymakers paying attention -- until these last few months, we found communications planning to be a valuable opportunity to pro-actively organize our thinking and consider all the different communication challenges an issue might offer; and also to help us prepare as we faced urgent communication inquiries. These documents are living organizational tools that change with thinking, planning and information - rather than stagnant for execution. In this particular instance, given the recurring FamilyCare mediation and litigation processes, it seemed wise to prepare for all contingencies and to brain dump possible responses and areas for research. Unfortunately, the current media environment does not allow for state agencies to distinguish between a planning tool and an implementation plan.

Here is the link to information about FamilyCare (and the other 15 CCOs) finances and performance:
·  Oregon's Health System Transformation Quarterly Legislative Report – Q 4 2016
·  Oregon's Health System Transformation Quarterly Legislative Report – Q2 & Q3 2016
·  Oregon's Health System Transformation Quarterly Legislative Report – Q 1 2016

You can find CCO finance documents here:   http://www.oregon.gov/oha/FOD/Pages/CCO-Financial.aspx

You can find the 2016 CCO Metrics Report here: http://www.oregon.gov/oha/HPA/ANALYTICS-MTX/Documents/CCO-Metrics-2016-Final-Report.pdf

Please let me know if you have other questions.

Thanks -

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

**Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)**

**From:** NBudnick@PortlandTribune.com [mailto:NBudnick@PortlandTribune.com]
**Sent:** Tuesday, August 01, 2017 2:29 PM
**To:** Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** ohadirector@service.govdelivery.com
**Subject:** Interview with Director Saxton?

Hi Lynne, BethAnne, Robb,
 I'm working on a piece about these documents and would greatly appreciate the chance to speak with the Director.

Exhibit 18
Page 1 of 3
OHA_LIT_00330319

Would that be possible?

Lynne, I'd appreciate the interview to explore some of the statements in these documents with you, such the one about OHA's "reputation" being "at risk" due to the legislation, and the push to dissuade lawmakers from pursuing or adopting legislation that would affect the rate-setting process. Trying to better understand the motivation here and some of the tensions at work.

Also, BethAnne, Robb, maybe you help me. Below, where you talk about the plan not being "fully implemented," what aspects were not implemented?

The draft plan talks about how OHA could highlight how inclusive Health Share is, looking for opportunities to hurt FamilyCare's credibility in the news, portraying them as more interested in profits than health, and getting an investigative report to look into "key areas of business." Can you provide more detail of what you meant by this? What evidence can you provide of FC's priority on profits over health, and what key areas of business were you referring to?

It would be great if Lynne and I could speak later today or tomorrow. It would also be great to get answers to my other questions by tomorrow as well. Does that sound doable?

Thanks,
Nick Budnick
Reporter, Portland Tribune
Cell 503-961-5025

On Jul 21, 2017, at 1:31 PM, Cowie Robb <ROBB.COWIE@dhsoha.state.or.us> wrote:

Nick:

In response to your record request, attached please find the draft communications plans and associated emails related to the FamilyCare litigation. Director Saxton asked me to send these documents to you. In addition, I've attached a timeline of FamilyCare's lawsuits against OHA.

These plans were prepared in the context of an adversarial legal process, as part of our overall response to FamilyCare's litigation and its public comments about its lawsuits. We considered the communication plan in this context exempt from production under the public records laws, which is why we denied your earlier request. As you know, this opinion is under review by the Attorney General's office. We are choosing to release the documents to you at this time. (However, despite the release of this communication plan and accompanying documents, OHA reserves all rights and privileges, including its attorney-client privilege, for any other document for which an attorney-client privilege may be asserted.)

Please keep in mind a couple of considerations. First, it is standard practice for OHA communications officers to develop communications plans on a variety of issues facing the agency – we prepare communications plans on large and small topics ranging from Oregon Health Plan (OHP) benefit changes, to opioids, to Zika to encouraging doulas to become certified for Medicaid billing. We see developing a communications plan as a best practice.

Second, these communications plans are draft documents. These drafts served to sketch out a range of outreach options and messages we explored to counter FamilyCare's aggressive and often incorrect public statements. They were never formally reviewed or approved, or fully implemented.

Exhibit 18
Page 2 of 3
OHA_LIT_00330320

OHA has a responsibility to ensure that taxpayer dollars are used to provide appropriate health care services to OHP members. We will continue to work with all CCOs to set actuarially sound rates and keep policymakers, stakeholders and the public informed about that process.

Let me know if you have questions.

Robb Cowie
Communications Director
External Relations Division
Oregon Health Authority
robb.cowie@state.or.us
Desk: 503-945-7849
Cell: 503-421-7684
www.oregon.gov/OHA


<JUSTICE-#8367249-v3-Documents_at_issue.pdf><JUSTICE-#8391531--Familycare_timeline_of_legal_events Atty Client Priv.pdf>

Exhibit 18
Page 3 of 3
OHA_LIT_00330321