**From:** GUEST Chelsea A
**To:** Zachary Aters
**CC:** WAHL Jeff *OHA
**Sent:** 3/3/2017 3:59:14 PM
**Subject:** Greenlick response - attorney client/privilege
**Attachments:** reimbursement charts.docx; TriCounty Summary_v2.xlsx

Hi Zach,

## Privilege

**Privilege** (I've copied Jeff to keep this a privileged exchange)

\*\*\*

# Privilege

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260

Exhibit 21
Page 1 of 2

CONFIDENTIAL



CONFIDENTIALITY NOTICE

This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 21
Page 2 of 2

CONFIDENTIAL

OPT00085857