Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Defendant FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　　Defendant.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br>　　　　　　　　Plaintiff,<br>　　　v. | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18-cv-00296-MO<br><br><br><br><br>DECLARATION OF WILLIAM MURRAY IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL |

1-　MURRAY DECLARATION IN SUPPORT OF
　　FAMILYCARE, INC.'S RESPONSE TO OREGON
　　HEALTH AUTHORITY'S MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and in
his official capacity as director of the Oregon
Health Authority,

                    Defendants.

I, William Murray, state as follows:

1.     I am the Chief Operating Officer of FamilyCare, Inc., ("FamilyCare"), party to the above-captioned cases.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.     In my role as FamilyCare's Chief Operating Officer, I am responsible for leading the day-to-day operations of the organization, overseeing reporting and monitoring of the organizational performance, and staying abreast of changes in the healthcare industry and adjusting business operations as required.  I am also directly involved in preparing and submitting the specific kinds of data and information that FamilyCare was, as a CCO, required to submit to OHA as part of the rate-setting process, and in communicating with OHA about those submissions and the rate-setting process in general.

3.     Prior to joining FamilyCare in 2013, I was Chief Executive Officer with another Oregon Medicaid managed care organization for 10 years.  I have also been active in Oregon's administrative and legislative process in the healthcare field, including serving on the Oregon Health Policy Board's Health Incentives and Outcomes Committee that helped develop Oregon's Coordinated Care Organization (CCO) model that is in effect today.  I have over 30 years of leadership, business management, information systems, finance and regulatory experience.  I began my career as a certified public accountant (CPA) with an international accounting firm and subsequently ran my own healthcare-focused CPA practice for seven years.

4.     Based on this experience, I am familiar with the types of information that CCOs submit to the Oregon Health Authority (OHA) as part of the rate-setting process.

2-   MURRAY DECLARATION IN SUPPORT OF
     FAMILYCARE, INC.'S RESPONSE TO OREGON
     HEALTH AUTHORITY'S MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

5.      The CCOs, including FamilyCare, each routinely submit to OHA detailed claims data. OHA, in turn, uses that claims data as a starting point in rate development. The claims data submitted by FamilyCare consists of detailed information about every healthcare claim received and adjudicated by FamilyCare. Each processed claim includes details about the member who received the services, the provider, the date of service, the type of service, the amount billed, whether the claim was approved or denied, and the amount paid. FamilyCare has regularly submitted such data to OHA. FamilyCare's provider claims database is maintained by a third party. The vast majority of the information stored in that database has already been provided to OHA. The database contains some additional information related to claims, such as additional demographic information about providers—their addresses and, sometimes, personal information—but that is not information that was considered by OHA in its rate setting. Given the size and complexity of the database—it includes information about well over 10 million unique claims, often with multiple lines of activity per claim—producing it to OHA would require considerable effort and expense.

6.      In 2015 and 2016, FamilyCare was involved in litigation with OHA over the 2015 and 2016 capitation rates. FamilyCare hired Stoel Rives LLP to represent it in that litigation, and, in 2015, Stoel Rives, in turn, engaged PricewaterhouseCoopers LLP ("PWC") as an expert in connection with that litigation. FamilyCare and OHA settled that litigation on June 1, 2016. I understood that PWC's expert engagement was part of FamilyCare's privileged relationship with Stoel Rives, and, to my knowledge, that privilege has not been intentionally waived by FamilyCare.

7.      Perkins Coie LLP retained PWC in 2017 as an expert in connection with FamilyCare's current litigation against OHA. I understand that PWC's expert engagement is part of FamilyCare's privileged relationship with Perkins Coie LLP, and, to my knowledge, that privilege has not been intentionally waived by FamilyCare.

3-    MURRAY DECLARATION IN SUPPORT OF
      FAMILYCARE, INC.'S RESPONSE TO OREGON
      HEALTH AUTHORITY'S MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

8.    The engagements described above in Paragraphs 6 and 7 are the only instances in which PWC has been engaged on FamilyCare's behalf since January 1, 2015.  In that time, FamilyCare has not directly retained PWC.

9.    I have reviewed the documents attached to the Second Declaration of Brittany M. Simpson in Support of Oregon Health Authority's Motion to Compel Production of Documents from FamilyCare, Inc. (Doc. 20).

     **a.**  The document attached as Exhibit 1 to that declaration (Doc. 20-1) references PWC because, as of October 20, 2017, PWC had been retained by Perkins Coie LLP as an expert in connection with this litigation.

     **b.**  The document attached as Exhibit 2 to that declaration (Doc. 20-2) is a printout of a spreadsheet that was created by FamilyCare.

     **c.**  The document attached at Exhibit 9 to that declaration (Doc. 20-9) includes a reference to PWC's "independent analysis of proposed rates," which refers to the analysis referenced in Exhibits 10 and 11 to Ms. Simpson's declaration (Doc. 20-10 and 20-11).

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: March 26, 2018            *s/ William Murray*
_____

                                            William Murray

4-  MURRAY DECLARATION IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222