Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Defendant FamilyCare, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant. | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18-cv-00296-MO |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff, | DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF FAMILYCARE, INC.'S RESPONSES TO OREGON HEALTH AUTHORITY'S MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS |

1- MERTENS DECLARATION IN SUPPORT OF
FAMILYCARE, INC.'S RESPONSES TO OREGON
HEALTH AUTHORITY'S MOTIONS TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and in
his official capacity as director of the Oregon
Health Authority,

Defendants.

I, Matthew J. Mertens, state as follows:

1.      I am an attorney with the firm of Perkins Coie LLP, counsel for FamilyCare, Inc.
("FamilyCare"), party to the above-captioned cases.  I have personal knowledge of the matters
stated herein and am competent to testify thereto.

2.      In response to OHA's discovery requests, FamilyCare produced approximately
2,550 documents, mostly emails, that were sent to, from, or copied one of the Consultants.
FamilyCare redacted portions of approximately 56 of these documents to prevent disclosure of
protected work product.  In addition, FamilyCare withheld approximately 153 documents in their
entirety that were sent to, from, or copied one of the Consultants.

3.      Attached hereto as Exhibit 1 is an excerpt of FamilyCare's privilege log in this
matter.   There are 209 entries on this privilege log excerpt, corresponding to the 56 redacted
documents and 153 withheld documents referenced in Paragraph 2.

4.      Each yellow-highlighted entry represents an email that was prepared by
FamilyCare or its attorneys in anticipation of litigation and disclosed to one or more Consultants,
either by initially copying them on the email or by subsequently forwarding them the email.

5.      In this litigation, OHA has served 225 requests for production on FamilyCare and
more than twenty document subpoenas on third parties.  In response, FamilyCare has, so far,
produced almost 70,000 documents, consisting of 554,236 pages, and third parties have, so far,

2-   MERTENS DECLARATION IN SUPPORT OF
     FAMILYCARE, INC.'S RESPONSES TO OREGON
     HEALTH AUTHORITY'S MOTIONS TO COMPEL

produced another 17,423 documents, totaling 59,940 pages. Additionally, OHA has taken multiple depositions of public relations professionals who worked with FamilyCare.

6.      Attached as Exhibit 2 is a true and correct copy of a letter from Richard J. DeMarco to Matthew A. Levin, dated January 23, 2018.

7.      Attached as Exhibit 3 is a true and correct copy of a subpoena for documents issued to PricewaterhouseCoopers LLP on March 22, 2018.

8.      Attached as Exhibit 4 is a true and correct copy of the Protective Order entered by the state court.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: March 26, 2018

*s/ Matthew J. Mertens*

Matthew J. Mertens

3-    MERTENS DECLARATION IN SUPPORT OF FAMILYCARE, INC.'S RESPONSES TO OREGON HEALTH AUTHORITY'S MOTIONS TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222