| Privilege Log No. | Production Bates Begin | Date | Email From / Document Author | Email To | Email CC | Privilege Type | Privilege Basis | Description | x |
|---|---|---|---|---|---|---|---|---|---|
| 818 | | 3/16/2015 | Josh Balloch | William Murray | Paul Phillips; Jeff Heatherington; Kelly Knivila (Stoel Rives)* | Withheld | AC/WP | Email providing information to facilitate legal advice regarding 2015 rates. | |
| 819 | | 3/16/2015 | Josh Balloch | | | Withheld | AC/WP | Document providing information to facilitate legal advice regarding 2015 rates. | |
| 820 | | 3/18/2015 | William Murray | Jeff Heatherington; Josh Balloch; Paul Phillips; Kelly Knivila (Stoel Rives)*; Cindy Becker | | Withheld | AC/WP | Email seeking legal advice regarding 2015 rates. | |
| 2496 | | 3/24/2015 | William Murray | Kelly Knivila (Stoel Rives)*; Josh Balloch; Paul Phillips | | Withheld | AC | Email seeking legal advice regarding 2015 rates. | |
| 832 | | 4/29/2015 | William Murray | Jeff Heatherington; Josh Balloch; Paul Phillips; Cindy Becker; Kelly Knivila (Stoel Rives)* | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. | |
| 2955 | | 5/7/2015 | William Murray | Josh Balloch | | Withheld | AC | Email relaying advice of counsel regarding 2016 rates. | |
| 7305 | FCI0308377 | 10/12/2015 | Karen Mainzer | Cindy Becker | | Redacted | AC | Email reflecting advice of counsel regarding 2015 rates. | |
| 972 | | 10/12/2015 | Jeff Heatherington | Karen Mainzer | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. | |
| 7306 | FCI0308706 | 10/19/2015 | Cindy Becker | Scott Gallant; Karen Mainzer | | Redacted | AC | Email reflecting & seeking legal advice regarding 2015 rates; regarding 2016 rates. | |
| 5630 | | 10/29/2015 | Cindy Becker | Heather Raeburn; Scott Gallant; Karen Mainzer | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. | |
| 5631 | | 10/30/2015 | Cindy Becker | Scott Gallant; Karen Mainzer; Heather Raeburn | | Withheld | AC | Email forward of email containing legal advice regarding 2015 rates. | |
| 5635 | FCI0262397 | 10/31/2015 | Cindy Becker | Scott Gallant; Karen Mainzer; Heather Raeburn | | Redacted | AC | Email relaying advice of counsel regarding 2015 rates. | |
| 5636 | | 10/31/2015 | Cindy Becker | Scott Gallant; Karen Mainzer; Heather Raeburn | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. | |
| 5645 | | 11/14/2015 | Heather Raeburn | Karen Mainzer; Scott Gallant | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. | |
| 1064 | | 11/16/2015 | Cindy Becker | William Murray; Jeff Heatherington; Kelly Knivila (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Reilley Keating (Stoel Rives)* | Heather Raeburn; Scott Gallant; Karen Mainzer | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. | |
| 7308 | | 11/17/2015 | Cindy Becker | Scott Gallant | | Withheld | WP | Email prepared in anticipation of litigation regarding 2015 rates. | |
| 7309 | | 11/24/2015 | Cindy Becker | Karen Mainzer | | Withheld | WP | Email reflecting counsel's edits and/or comments regarding 2016 rates. | |
| 7310 | | 11/24/2015 | Scott Gallant | Cindy Becker | | Withheld | WP | Email prepared in anticipation of litigation regarding 2015 rates; regarding 2016 rates. | |
| 7311 | | 11/24/2015 | Cindy Becker | Scott Gallant | | Withheld | WP | Email prepared in anticipation of litigation regarding 2015 rates; regarding 2016 rates. | |
| 1080 | | 11/24/2015 | Cindy Becker | Scott Gallant; Karen Mainzer; William Murray; Jeff Heatherington | Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Withheld | AC/WP | Email seeking legal advice regarding 2015 rates; regarding 2016 rates. | |

Exhibit 1
Page 1 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1081 | | 11/24/2015 | Jeremy Sacks (Stoel Rives)* | Cindy Becker; Scott Gallant; William Murray; Jeff Heatherington | Kelly Knivila (Stoel Rives)* | Withheld | AC/WP | Email reflecting advice of counsel regarding 2015 rates; regarding 2016 rates. |
| 1082 | | 11/24/2015 | Cindy Becker | Jeremy Sacks (Stoel Rives)*; Scott Gallant; William Murray; Jeff Heatherington | Kelly Knivila (Stoel Rives)* | Withheld | AC/WP | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 1083 | | 11/24/2015 | Cindy Becker | Scott Gallant; Karen Mainzer; Jeff Heatherington; William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Heather Raeburn | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 1085 | | 11/24/2015 | Jeff Heatherington | Cindy Becker | Scott Gallant; Karen Mainzer; William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Heather Raeburn | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 1086 | | 11/24/2015 | Cindy Becker | Jeff Heatherington; William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)* | Scott Gallant; Karen Mainzer; Heather Raeburn | Withheld | AC/WP | Email seeking legal advice regarding 2016 rates. |
| 1088 | | 11/24/2015 | Heather Raeburn | Cindy Becker | Jeff Heatherington; William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Scott Gallant; Karen Mainzer | Withheld | AC/WP | Email reflecting & seeking legal advice regarding 2015 rates; regarding 2016 rates. |
| 1092 | | 11/24/2015 | Jeff Heatherington | Cindy Becker | William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Scott Gallant; Karen Mainzer; Heather Raeburn | Withheld | AC/WP | Email seeking legal advice regarding 2016 rates. |
| 1095 | | 11/24/2015 | Jeff Heatherington | Cindy Becker | Scott Gallant; Karen Mainzer; William Murray; Heather Raeburn; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 7312 | FCI0310772 | 11/25/2015 | Cindy Becker | Karen Mainzer | | Redacted | AC | Email reflecting counsel's edits and/or comments regarding 2016 rates. |
| 1098 | | 11/25/2015 | William Murray | Cindy Becker | Jeff Heatherington; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Scott Gallant; Karen Mainzer; Heather Raeburn | Withheld | AC/WP | Email seeking legal advice regarding 2016 rates. |

Exhibit 1
Page 2 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1099 | | 11/25/2015 | Karen Mainzer | William Murray | Cindy Becker; Jeff Heatherington; Scott Gallant; Heather Raeburn | Withheld | AC/WP | Email reflecting advice of counsel regarding 2015 rates; regarding 2016 rates. |
| 1102 | | 11/25/2015 | Cindy Becker | William Murray; Jeff Heatherington; Jeremy Sacks (Stoel Rives)* | Heather Raeburn; Scott Gallant; Karen Mainzer | Withheld | AC | Email seeking legal advice regarding 2016 rates. |
| 1105 | | 11/25/2015 | Cindy Becker | Jeff Heatherington; William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Scott Gallant; Karen Mainzer; Heather Raeburn | Withheld | AC | Email providing information to facilitate legal advice regarding 2016 rates. |
| 1108 | | 11/25/2015 | Jeff Heatherington | Cindy Becker; William Murray; Jeremy Sacks (Stoel Rives)* | Heather Raeburn; Scott Gallant; Karen Mainzer | Withheld | AC | Email providing information to facilitate legal advice regarding 2016 rates. |
| 5647 | | 12/9/2015 | Cindy Becker | Heather Raeburn; Karen Mainzer; Scott Gallant | | Withheld | AC | Email relaying advice of counsel regarding 2016 rates. |
| 5651 | FCI0262590 | 12/10/2015 | Cindy Becker | Heather Raeburn; Karen Mainzer; Scott Gallant | | Redacted | AC | Email relecting communications seeking legal advice regarding 2016 rates. |
| 1308 | | 1/29/2016 | William Murray | Cindy Becker; Jeff Heatherington; Karen Mainzer; Heather Raeburn; Scott Gallant | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. |
| 1309 | | 1/30/2016 | Kelly Knivila (Stoel Rives)* | William Murray; Cindy Becker; Heather Raeburn; Karen Mainzer; Scott Gallant; Jeff Heatherington | | Withheld | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 1310 | | 1/30/2016 | William Murray | Cindy Becker; Heather Raeburn; Karen Mainzer; Scott Gallant; Jeff Heatherington | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. |
| 7313 | FCI0313008 | 2/2/2016 | Scott Gallant | Cindy Becker | | Redacted | AC | Email providing information to facilitate legal advice regarding settlement and/or mediation. |
| 1314 | | 2/2/2016 | Jeff Heatherington | William Murray; Cindy Becker; Kelly Knivila (Stoel Rives)*; Karen Mainzer; Scott Gallant; Reilley Keating (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Heather Raeburn | | Withheld | AC | Email providing information to facilitate legal advice regarding 2016 rates. |
| 1315 | | 2/2/2016 | Cindy Becker | William Murray; Kelly Knivila (Stoel Rives)*; Karen Mainzer; Scott Gallant; Jeff Heatherington; Reilley Keating (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Heather Raeburn | | Withheld | AC | Email seeking legal advice regarding 2016 rates. |

Exhibit 1
Page 3 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1332 | FCI0251965 | 2/5/2016 | William Murray | Jeff Heatherington; Cindy Becker; Heather Raeburn; Karen Mainzer; Scott Gallant; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Barbara Nay (Stoel Rives)* | Redacted | AC | Email providing information to facilitate legal advice regarding settlement and/or mediation. |
| 1333 | | 2/6/2016 | William Murray | Cindy Becker; Jeff Heatherington; Heather Raeburn; Scott Gallant; Karen Mainzer; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Jeremy Sacks (Stoel Rives)* | Withheld | AC | Email seeking legal advice regarding 2015 rates. |
| 7314 | FCI0313133 | 2/8/2016 | Cindy Becker | Pat McCormick | Redacted | AC | Email reflecting communication seeking legal advice regarding settlement and/or mediation. |
| 4174 | | 2/8/2016 | William Murray | Cindy Becker; Heather Raeburn; Scott Gallant; Karen Mainzer | Withheld | AC | Email relaying advice of counsel regarding 2016 rates. |
| 1339 | FCI0072286 | 2/12/2016 | William Murray | Scott Gallant; Cindy Becker; Jeff Heatherington; Heather Raeburn; Karen Mainzer | Redacted | AC | Email relaying advice of counsel regarding 2016 rates. |
| 4196 | | 2/14/2016 | William Murray | Scott Gallant; Cindy Becker | Withheld | AC | Email relaying advice of counsel regarding 2016 rates. |
| 1340 | | 2/16/2016 | William Murray | Jeff Heatherington; Cindy Becker; Heather Raeburn; Karen Mainzer; Scott Gallant | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 4210 | | 2/17/2016 | William Murray | Scott Gallant; Karen Mainzer; Cindy Becker; Heather Raeburn | Withheld | AC | Email relaying advice of counsel regarding 2015 rates; regarding 2016 rates. |
| 5653 | | 2/18/2016 | Scott Gallant | Heather Raeburn | Withheld | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 1376 | | 3/1/2016 | William Murray | Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Jeff Heatherington; Cindy Becker; Karen Mainzer; Scott Gallant; Heather Raeburn; Kelly Knivila (Stoel Rives)* | Withheld | AC | Email seeking legal advice regarding 2015 rates. |
| 7317 | FCI0314973 | 3/4/2016 | Cindy Becker | Karen Mainzer; Scott Gallant | Redacted | AC | Email providing information to facilitate legal advice regarding settlement and/or mediation. |
| 7318 | FCI0314977 | 3/4/2016 | Scott Gallant | Cindy Becker | Redacted | AC | Email providing information to facilitate legal advice regarding settlement and/or mediation. |
| 1392 | | 3/10/2016 | Jeff Heatherington | Scott Gallant; Karen Mainzer | Withheld | AC | Email relaying advice of counsel regarding 2015 rates; regarding 2016 rates. |
| 1400 | | 3/11/2016 | Jeff Heatherington | Scott Gallant; Karen Mainzer | Withheld | AC | Email relaying advice of counsel regarding 2015 rates; regarding 2016 rates. |

Exhibit 1
Page 4 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1504 | | 3/12/2016 | Cindy Becker | Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Pat McCormick | Withheld | AC | Email providing information to facilitate legal advice regarding 2016 rates. |
| 1426 | | 3/12/2016 | Cindy Becker | Jeff Heatherington; William Murray; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Pat McCormick | | Withheld | AC/WP | Email seeking legal advice regarding 2015 rates; regarding 2016 rates. |
| 1428 | | 3/12/2016 | Jeremy Sacks (Stoel Rives)* | Cindy Becker; Jeff Heatherington; William Murray; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Pat McCormick; Barbara Nay (Stoel Rives)* | | Withheld | AC/WP | Email reflecting advice of counsel regarding 2015 rates; regarding 2016 rates. |
| 1462 | | 3/12/2016 | William Murray | Jeremy Sacks (Stoel Rives)* | Cindy Becker; Jeff Heatherington; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Pat McCormick; Barbara Nay (Stoel Rives)* | Withheld | AC/WP | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 1432 | | 3/12/2016 | Cindy Becker | Jeff Heatherington; Jeremy Sacks (Stoel Rives)*; William Murray; Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Pat McCormick; Barbara Nay (Stoel Rives)* | | Withheld | AC/WP | Email seeking legal advice regarding 2015 rates; regarding 2016 rates. |
| 7321 | | 3/13/2016 | Karen Mainzer | Cindy Becker | Scott Gallant | Withheld | WP | Email reflecting communications seeking and receiving legal advice regarding 2015 rates; regarding 2016 rates. |
| 1459 | | 3/13/2016 | Cindy Becker | Jeff Heatherington; William Murray; Scott Gallant; Karen Mainzer; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Pat McCormick; Heather Raeburn | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 1458 | | 3/13/2016 | Jeff Heatherington | Cindy Becker; William Murray; Scott Gallant; Karen Mainzer; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)* | Pat McCormick; Heather Raeburn | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 7326 | FCI0315149 | 3/14/2016 | Cindy Becker | Karen Mainzer; Scott Gallant | | Redacted | AC | Email relaying advice of counsel regarding 2016 rates. |

Exhibit 1
Page 5 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1447 | | 3/14/2016 | Cindy Becker | Jeff Heatherington; William Murray; Karen Mainzer; Scott Gallant; Heather Raeburn; Pat McCormick; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Reilley Keating (Stoel Rives)* | | Withheld | AC/WP | Email seeking legal advice regarding 2015 rates; regarding 2016 rates. |
| 1430 | | 3/14/2016 | Karen Mainzer | Cindy Becker | Jeff Heatherington; William Murray; Scott Gallant; Heather Raeburn; Pat McCormick; Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Reilley Keating (Stoel Rives)* | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates; regarding settlement and/or mediation. |
| 4514 | | 3/14/2016 | Cindy Becker | Karen Mainzer; Scott Gallant | Jeff Heatherington; William Murray; Heather Raeburn; Barbara Nay (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Pat McCormick | Withheld | AC/WP | Email providing information to facilitate legal advice regarding 2015 rates; regarding 2016 rates; regarding settlement and/or mediation. |
| 4516 | FCI0266654 | 3/15/2016 | Cindy Becker | Karen Mainzer; Scott Gallant | Jeff Heatherington; William Murray; Heather Raeburn; Barbara Nay (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Pat McCormick | Withheld | AC | Email regarding ongoing mediation with OHA regarding settlement and/or mediation. |
| 6214 | FCI0266665 | 3/15/2016 | Cindy Becker | Scott Gallant; Karen Mainzer; Pat McCormick | William Murray; Jeff Heatherington | Redacted | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 4515 | FCI0251977 | 3/15/2016 | Cindy Becker | Karen Mainzer; Scott Gallant | Jeff Heatherington; William Murray; Heather Raeburn; Barbara Nay (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Pat McCormick | Withheld | AC/WP | Email reflecting counsel's edits and/or comments regarding 2015 rates; regarding 2016 rates; regarding settlement and/or mediation. |
| 1493 | FCI0104877 | 3/16/2016 | Jeff Heatherington | Scott Gallant; Karen Mainzer | | Redacted | AC/WP | Email relaying advice of counsel regarding settlement and/or mediation. |

Exhibit 1
Page 6 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4610 | 3/17/2016 | Cindy Becker | William Murray | Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Jeff Heatherington; Karen Mainzer; Scott Gallant; Pat McCormick | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 1446 | 3/17/2016 | Jeremy Sacks (Stoel Rives)* | Cindy Becker; William Murray | Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Jeff Heatherington; Karen Mainzer; Scott Gallant; Pat McCormick | Withheld | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 4415 | 3/17/2016 | William Murray | Scott Gallant; Karen Mainzer | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. |
| 4418 | 3/17/2016 | Karen Mainzer | William Murray | Scott Gallant | Withheld | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 1521 | 3/17/2016 | Jeff Heatherington | Jeremy Sacks (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Scott Gallant; Karen Mainzer; William Murray; Laura Recko; Heather Raeburn | | Withheld | AC | Email seeking legal advice regarding settlement and/or mediation. |
| 4426 | 3/17/2016 | William Murray | Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Barbara Nay (Stoel Rives)* | Scott Gallant; Karen Mainzer; Cindy Becker | Withheld | AC | Email providing information to facilitate legal advice regarding settlement and/or mediation. |
| 4429 | 3/17/2016 | Cindy Becker | William Murray | Kelly Knivila (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Scott Gallant; Karen Mainzer | Withheld | AC | Email providing information to facilitate legal advice regarding settlement and/or mediation. |
| 4438 | 3/18/2016 | William Murray | Karen Mainzer | | Withheld | AC | Email relaying advice of counsel regarding 2015 rates. |
| 4447 | 3/18/2016 | William Murray | Pat McCormick | | Withheld | AC | Email reflecting communications seeking and receiving legal advice regarding 2015 rates. |
| 4511 | 3/20/2016 | William Murray | Scott Gallant; Karen Mainzer; Pat McCormick; Cindy Becker | | Withheld | AC | Email relaying advice of counsel regarding settlement and/or mediation. |
| 4612 | 3/20/2016 | Karen Mainzer | William Murray | Scott Gallant; Pat McCormick; Cindy Becker | Withheld | WP | Email prepared in anticipation of litigation regarding 2015 rates. |
| 1512 | 3/20/2016 | Scott Gallant | Karen Mainzer | William Murray; Pat McCormick; Cindy Becker | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 6213 | 3/20/2016 | Cindy Becker | William Murray | Pat McCormick; Karen Mainzer; Scott Gallant | Withheld | AC | Email relaying advice of counsel regarding settlement and/or mediation. |

Exhibit 1
Page 7 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1576 | | 3/20/2016 | Cindy Becker | Jeff Heatherington; William Murray; Heather Raeburn; Kelly Knivila (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Pat McCormick | | Withheld | AC | Email seeking legal advice regarding 2015 rates. |
| 1578 | | 3/20/2016 | Jeff Heatherington | Cindy Becker; William Murray; Heather Raeburn; Kelly Knivila (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Pat McCormick | | Withheld | AC | Email seeking legal advice regarding settlement and/or mediation. |
| 7329 | FCI0315271 | 3/21/2016 | Jessica Cassity | Cindy Becker; Pat McCormick | | Redacted | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 7330 | FCI0315275 | 3/21/2016 | Pat McCormick | Jessica Cassity | Cindy Becker | Redacted | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 7331 | FCI0315280 | 3/21/2016 | Jessica Cassity | Pat McCormick | Cindy Becker | Redacted | AC | Email reflecting advice of counsel regarding 2015 rates. |
| 7332 | FCI0315285 | 3/21/2016 | Pat McCormick | Jessica Cassity | Cindy Becker | Redacted | AC | Email reflecting advice of counsel regarding 2016 rates. |
| 7333 | | 3/21/2016 | Cindy Becker | Pat McCormick | | Withheld | AC | Email reflecting counsel's advice regarding settlement and/or mediation. |
| 1580 | | 3/21/2016 | Heather Raeburn | Jeff Heatherington; Cindy Becker; William Murray; Kelly Knivila (Stoel Rives)*; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Pat McCormick | | Withheld | AC | Email seeking legal advice regarding settlement and/or mediation. |
| 7319 | | 3/21/2016 | Cindy Becker | William Murray | Heather Raeburn; Pat McCormick | Withheld | AC | Email reflecting advice of counsel regarding settlement and/or mediation. |
| 1441 | | 3/21/2016 | William Murray | Cindy Becker | Heather Raeburn; Pat McCormick | Withheld | AC | Email relaying advice of counsel regarding settlement and/or mediation. |
| 1584 | | 3/21/2016 | William Murray | Cindy Becker; Jeff Heatherington; Heather Raeburn; Pat McCormick | | Withheld | AC | Email relaying advice of counsel regarding settlement and/or mediation. |
| 7336 | FCI0315334 | 3/23/2016 | Cindy Becker | Pat McCormick | | Redacted | AC | Email reflecting communication seeking legal advice regarding 2015 rates; regarding 2016 rates. |
| 7337 | FCI0315336 | 3/23/2016 | Cindy Becker | Pat McCormick | | Redacted | AC | Email reflecting communication to facilitate legal advice regarding 2015 rates; regarding 2016 rates. |
| 5663 | FCI0093784 | 3/23/2016 | Pat McCormick | | | Withheld | WP | Draft Press Release reflecting legal advice and work product regarding settlement and/or mediation. |
| 4669 | FCI0253719 | 3/26/2016 | William Murray | Cindy Becker; Heather Raeburn; Pat McCormick; Laura Recko; Scott Gallant; Karen Mainzer | | Redacted | AC | Email relaying advice of counsel regarding settlement and/or mediation. |
| 4697 | FCI0078671 | 3/31/2016 | William Murray | Karen Mainzer | | Redacted | AC | Email relaying advice of counsel regarding 2015 rates. |
| 1709 | | 4/6/2016 | Jeff Heatherington | Scott Gallant; Karen Mainzer | | Withheld | AC | Email reflecting communication seeking legal advice regarding 2016 rates. |

Exhibit 1
Page 8 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1711 | | 4/6/2016 | Karen Mainzer | Jeff Heatherington | Scott Gallant | Withheld | AC | Email providing information to facilitate legal advice regarding 2016 rates. |
| 4712 | | 4/7/2016 | William Murray | Cindy Becker; Scott Gallant; Karen Mainzer | | Withheld | AC | Email reflecting communications seeking legal advice regarding 2016 rates. |
| 1736 | | 4/12/2016 | Cindy Becker | William Murray; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Jeff Heatherington; Oscar Clark; Heather Raeburn | Cheri Pfannes; Karen Mainzer; Scott Gallant | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 1738 | | 4/12/2016 | Cindy Becker | Jeff Heatherington | William Murray; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Oscar Clark; Heather Raeburn; Cheri Pfannes; Karen Mainzer; Scott Gallant | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 1739 | | 4/12/2016 | Cheri Pfannes | Jeff Heatherington; Cindy Becker | William Murray; Jeremy Sacks (Stoel Rives)*; Reilley Keating (Stoel Rives)*; Kelly Knivila (Stoel Rives)*; Barbara Nay (Stoel Rives)*; Oscar Clark; Heather Raeburn; Karen Mainzer; Scott Gallant | Withheld | AC | Email providing information to facilitate legal advice regarding 2015 rates. |
| 7350 | | 6/15/2016 | Karen Mainzer | Cindy Becker; Scott Gallant | | Withheld | WP | Email prepared in anticipation of litigation regarding 2015 rates; regarding 2016 rates. |
| 2004 | FCI0105363 | 6/15/2016 | Jeff Heatherington | Heather Raeburn; Cindy Becker; Karen Mainzer; Scott Gallant | | Redacted | AC/WP | Email relaying advice of counsel regarding settlement and/or mediation. |
| 2006 | | 6/16/2016 | Karen Mainzer | Jeff Heatherington; Heather Raeburn; Cindy Becker; Scott Gallant | | Withheld | AC | Email reflecting advice of counsel regarding settlement and/or mediation. |
| 705 | FCI0064547 | 10/31/2016 | Jack Coleman | Karen Mainzer; Jeff Heatherington; William Murray | Scott Gallant | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 706 | FCI0064549 | 11/1/2016 | Karen Mainzer | Jack Coleman; Jeff Heatherington; William Murray | Scott Gallant | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 707 | FCI0064552 | 11/4/2016 | Jack Coleman | Karen Mainzer; Jeff Heatherington; William Murray | Scott Gallant | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 710 | FCI0064558 | 11/5/2016 | Karen Mainzer | Jack Coleman; Jeff Heatherington; William Murray | Scott Gallant; Lisa Jones | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 711 | FCI0064562 | 11/7/2016 | Jack Coleman | Karen Mainzer; Jeff Heatherington; William Murray | Scott Gallant; Lisa Jones | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |

Exhibit 1
Page 9 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 712 | FCI0064567 | 11/7/2016 | Karen Mainzer | Jack Coleman; Jeff Heatherington; William Murray | Scott Gallant; Lisa Jones | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 713 | FCI0064572 | 11/7/2016 | Jack Coleman | Karen Mainzer | | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 714 | FCI0064577 | 11/7/2016 | Karen Mainzer | Jack Coleman | Scott Gallant | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 719 | FCI0064583 | 11/9/2016 | Jack Coleman | Karen Mainzer | Scott Gallant | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 726 | FCI0064593 | 11/11/2016 | Jack Coleman | Karen Mainzer; Jeff Heatherington; William Murray | Scott Gallant; Lisa Jones | Redacted | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 790 | | 3/29/2017 | Meredith Price (Perkins Coie)* | William Murray; Jeff Heatherington; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Brett Hamilton; Stephen English (Perkins Coie)*; Thomas Johnson (Perkins Coie)*; Lisa Jones; Matthew Gordon (Perkins Coie)*; Melanie Curtice (Perkins Coie)* | | Withheld | AC | Email reflecting & seeking legal advice regarding 2017 rates. |
| 791 | FCI0065801 | 4/5/2017 | Jack Coleman | Liz Fuller; Brian Gard | Jeff Heatherington; Art Suchorzewski; William Murray | Redacted | AC | Email relaying advice of counsel regarding 2017 rates. |
| 793 | | 4/25/2017 | Jeff Heatherington | Art Suchorzewski; Jack Coleman; Scott Gall | | Withheld | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 795 | | 4/25/2017 | Jack Coleman | Brian Gard | Liz Fuller; Scott Gallagher | Withheld | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 805 | FCI0007465 | 5/25/2017 | William Murray | Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer | | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 640 | | 6/6/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Withheld | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 642 | | 6/6/2017 | Jack Coleman | Scott Gallagher | Liz Fuller | Withheld | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 643 | | 6/12/2017 | Jack Coleman | Scott Gallagher; Liz Fuller | | Withheld | WP | Email prepared in anticipation of litigation regarding 2017 rates. |
| 6572 | | 7/13/2017 | Jack Coleman | Scott Gallagher; Liz Fuller | | Withheld | AC | Email prepared in anticipation of litigation regarding 2017 rates. |
| 6574 | | 7/13/2017 | Jack Coleman | Scott Gallagher; Liz Fuller | | Withheld | AC | Email prepared in anticipation of litigation regarding 2017 rates. |
| 6576 | | 7/13/2017 | Scott Gallagher | Jack Coleman | Liz Fuller | Withheld | AC/WP | Email reflecting communication about legal advice and work product regarding 2017 rates. |
| 6577 | | 7/13/2017 | Liz Fuller | Jack Coleman | Scott Gallagher | Withheld | AC/WP | Email providing information to facilitate legal advice regarding 2017 rates. |
| 5974 | | 7/25/2017 | William Murray | Karen Mainzer; Scott Gallant | Art Suchorzewski; Lisa Jones | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6593 | FCI0267942 | 7/25/2017 | Scott Gallagher | | | Withheld | WP | Draft Document prepared in anticipation of litigation regarding 2017 rates. |
| 6594 | FCI0267943 | 7/26/2017 | Jeff Heatherington | William Murray; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Brian Gard; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Thomas Johnson (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |

Exhibit 1
Page 10 of 17

| 6598 | FCI0268119 | 7/26/2017 | Jeff Heatherington | William Murray; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Brian Gard; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Thomas Johnson (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6613 | FCI0268312 | 7/26/2017 | Jeff Heatherington | William Murray; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Brian Gard; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*' Melanie Curtice (Perkins Coie)*; Thomas Johnson (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6595 | FCI0268111 | 7/26/2017 | Meredith Price (Perkins Coie)* | Jeff Heatherington; William Murray; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Brian Gard; Stephen English (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Thomas Johnson (Perkins Coie)* | | Redacted | AC | Email reflecting advice of counsel regarding 2017 rates. |
| 6596 | FCI0268113 | 7/26/2017 | Jack Coleman | Jeff Heatherington; William Murray; Art Suchorzewski; Scott Gallant; Karen Mainzer; Brian Gard; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Thomas Johnson (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6597 | FCI0268116 | 7/26/2017 | Jack Coleman | Jeff Heatherington; William Murray; Art Suchorzewski; Scott Gallant; Karen Mainzer; Brian Gard; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Thomas Johnson (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6599 | FCI0268287 | 7/26/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Redacted | AC | Email reflecting communication seeking legal advice regarding 2017 rates. |
| 6989 | | 7/27/2017 | William Murray | Scott Gallant; Karen Mainzer | | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6991 | | 7/27/2017 | Scott Gallant | William Murray | Karen Mainzer | Withheld | AC | Email reflecting communications seeking and receiving legal advice regarding 2018 rates. |

Exhibit 1
Page 11 of 17

| ID | Date | From | To | CC | Status | Type | Description |
|----|------|------|-----|----|--------|------|-------------|
| 6604 | 7/27/2017 | Jack Coleman | Brian Gard; Liz Fuller; Scott Gallagher | | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 7145 | 7/27/2017 | Art Suchorzewski | Karen Mainzer; Scott Gallant | | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6606 | 7/27/2017 | Jack Coleman | Liz Fuller; Scott Gallagher; Brian Gard | | Withheld | AC | Meeting Invitation forward of email containing legal advice regarding 2017 rates. |
| 6607 | 7/27/2017 | Jack Coleman | Liz Fuller;Scott Gallagher;Brian Gard | | Withheld | AC | Meeting Invitation forward of email containing legal advice regarding 2017 rates. |
| 6608 | 7/27/2017 | Jack Coleman | Brian Gard; Liz Fuller; Scott Gallagher | | Withheld | AC | Meeting Invitation forward of email containing legal advice regarding 2017 rates. |
| 6609 | 7/27/2017 | Jack Coleman | Brian Gard;Liz Fuller;Scott Gallagher | | Withheld | AC | Meeting Invitation forward of email containing legal advice regarding 2017 rates. |
| 5987 | 7/27/2017 | Meredith Price (Perkins Coie)* | Stephen English (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Matthew Gordon (Perkins Coie)*; Alletta Brenner (Perkins Coie)*; Lisa Jones; Jeff Heatherington; William Murray; Art Suchorzewski; Jack Coleman | Scott Gallagher; Liz Fuller | Withheld | AC | Meeting Invitation reflecting & seeking legal advice regarding 2017 rates. |
| 5988 | 7/27/2017 | Meredith Price (Perkins Coie)* | Stephen English (Perkins Coie)*;Melanie Curtice (Perkins Coie)*;Matthew Gordon (Perkins Coie)*;Alletta Brenner (Perkins Coie)*;Lisa Jones;Jeff Heatherington;William Murray;Art Suchorzewski;Jack Coleman;Scott Gallagher;Liz Fuller | | Withheld | AC | Meeting Invitation reflecting & seeking legal advice regarding 2017 rates. |
| 5991 | 7/27/2017 | Meredith Price (Perkins Coie)* | Stephen English (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Matthew Gordon (Perkins Coie)*; Alletta Brenner (Perkins Coie)*; Lisa Jones; Jeff Heatherington; William Murray; Art Suchorzewski; Jack Coleman | Scott Gallagher; Liz Fuller | Withheld | AC | Meeting Invitation reflecting & seeking legal advice regarding 2017 rates. |
| 5992 | 7/27/2017 | Meredith Price (Perkins Coie)* | Stephen English (Perkins Coie)*;Melanie Curtice (Perkins Coie)*;Matthew Gordon (Perkins Coie)*;Alletta Brenner (Perkins Coie)*;Lisa Jones;Jeff Heatherington;William Murray;Art Suchorzewski;Jack Coleman;Scott Gallagher;Liz Fuller | | Withheld | AC | Meeting Invitation reflecting & seeking legal advice regarding 2017 rates. |
| 6610 | 7/27/2017 | Liz Fuller | Meredith Price (Perkins Coie)* | Scott Gallagher; Brian Gard; Jack Coleman | Withheld | AC | Meeting Invitation reflecting & seeking legal advice regarding 2017 rates. |

Exhibit 1
Page 12 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6003 | | 7/28/2017 | Jack Coleman | Jeff Heatherington | Art Suchorzewski; William Murray; Liz Fuller; Brian Gard; Scott Gallagher; Lisa Jones | Withheld | AC/WP | Email reflecting legal advice and work product regarding 2017 rates. |
| 6007 | | 7/31/2017 | Liz Fuller | Jack Coleman | Jeff Heatherington; Art Suchorzewski; William Murray; Brian Gard; Scott Gallagher; Lisa Jones | Withheld | AC/WP | Email reflecting legal advice and work product regarding 2017 rates. |
| 6008 | | 7/31/2017 | Liz Fuller | Lisa Jones | Scott Gallagher | Withheld | AC/WP | Email reflecting legal advice and work product regarding 2017 rates. |
| 6009 | | 7/31/2017 | Lisa Jones | Liz Fuller | Scott Gallagher | Withheld | AC/WP | Email reflecting legal advice and work product regarding 2017 rates. |
| 6010 | | 7/31/2017 | Lisa Jones | Scott Gallagher; Liz Fuller; Brian Gard | Meredith Price (Perkins Coie)* | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6011 | | 7/31/2017 | Lisa Jones | Liz Fuller | | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6020 | | 8/1/2017 | Meredith Price (Perkins Coie)* | Lisa Jones; Scott Gallagher; Liz Fuller; Brian Gard | Jeff Heatherington; William Murray | Withheld | AC | Email reflecting & seeking legal advice regarding 2017 rates. |
| 6623 | | 8/3/2017 | Art Suchorzewski | Jack Coleman; Scott Gallagher | Liz Fuller; Brian Gard; William Murray; Jeff Heatherington | Redacted | WP | Email reflecting legal advice and work product regarding 2018 rates. |
| 6625 | FCI0268490 | 8/3/2017 | Scott Gallagher | Art Suchorzewski | Jack Coleman; Liz Fuller; Brian Gard; William Murray; Jeff Heatherington | Redacted | WP | Email reflecting legal advice and work product regarding 2018 rates. |
| 6629 | FCI0268497 | 8/7/2017 | Jeff Heatherington | Art Suchorzewski; William Murray; Jack Coleman; Scott Gallant; Karen Mainzer; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*; Matthew Gordon (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2016 rates. |
| 6630 | FCI0268505 | 8/7/2017 | William Murray | Meredith Price (Perkins Coie)* | Jeff Heatherington; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Stephen English (Perkins Coie)*; Matthew Gordon (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6631 | FCI0268507 | 8/7/2017 | Meredith Price (Perkins Coie)* | William Murray | Jeff Heatherington; Art Suchorzewski; Jack Coleman; Scott Gallant; Karen Mainzer; Stephen English (Perkins Coie)*; Matthew Gordon (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Alletta Brenner (Perkins Coie)*; Meredith Price (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |

Exhibit 1
Page 13 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6632 | FCI0268509 | 8/7/2017 | Scott Gallant | William Murray | Meredith Price (Perkins Coie)*; Jeff Heatherington; Art Suchorzewski; Jack Coleman; Karen Mainzer; Stephen English (Perkins Coie)*; Matthew Gordon (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6633 | | 8/8/2017 | Meredith Price (Perkins Coie)* | Jack Coleman; Jeff Heatherington; William Murray; Art Suchorzewski | Stephen English (Perkins Coie)*; Scott Gallant; Karen Mainzer; Liz Fuller; Scott Gallagher; Brian Gard | Withheld | AC | Email reflecting & seeking legal advice regarding 2017 rates. |
| 6634 | | 8/8/2017 | Scott Gallagher | Meredith Price (Perkins Coie)* | Jack Coleman; Jeff Heatherington; William Murray; Art Suchorzewski; Stephen English (Perkins Coie)*; Scott Gallant; Karen Mainzer; Liz Fuller; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6636 | | 8/8/2017 | Meredith Price (Perkins Coie)* | Scott Gallagher | Jack Coleman; Jeff Heatherington; William Murray; Art Suchorzewski; Stephen English (Perkins Coie)*; Scott Gallant; Karen Mainzer; Liz Fuller; Brian Gard | Withheld | AC | Email reflecting & seeking legal advice regarding 2017 rates. |
| 6637 | | 8/8/2017 | Jack Coleman | Jeff Heatherington; William Murray; Art Suchorzewski | Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)*; Scott Gallant; Karen Mainzer; Liz Fuller; Scott Gallagher; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6638 | | 8/8/2017 | Jack Coleman | Scott Gallagher | | Withheld | WP | Email forward of email containing legal advice regarding 2017 rates. |
| 6648 | | 8/8/2017 | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6649 | | 8/9/2017 | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6650 | | 8/9/2017 | Meredith Price (Perkins Coie)* | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington; Scott Gallant; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email reflecting & seeking legal advice regarding 2017 rates. |

Exhibit 1
Page 14 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6655 | | 8/10/2017 | Meredith Price (Perkins Coie)* | Jack Coleman; Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email reflecting & seeking legal advice regarding 2017 rates. |
| 6664 | | 8/11/2017 | Meredith Price (Perkins Coie)* | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington; Scott Gallant; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email reflecting advice of counsel regarding 2017 rates. |
| 6665 | | 8/11/2017 | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6666 | | 8/11/2017 | Meredith Price (Perkins Coie)* | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington; Scott Gallant; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email reflecting advice of counsel regarding 2017 rates. |
| 6671 | FCI0268525 | 8/11/2017 | Jeff Heatherington | William Murray; Art Suchorzewski; Jack Coleman; Stephen English (Perkins Coie)*; Scott Gallant; Matthew Gordon (Perkins Coie)*; Karen Mainzer; Meredith Price (Perkins Coie)*; Alletta Brenner (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6672 | FCI0268640 | 8/11/2017 | Meredith Price (Perkins Coie)* | Jeff Heatherington | William Murray; Art Suchorzewski; Jack Coleman; Stephen English (Perkins Coie)*; Scott Gallant; Matthew Gordon (Perkins Coie)*; Karen Mainzer; Alletta Brenner (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6673 | FCI0268642 | 8/11/2017 | William Murray | Meredith Price (Perkins Coie)*; Jeff Heatherington | Art Suchorzewski; Jack Coleman; Stephen English (Perkins Coie)*; Scott Gallant; Matthew Gordon (Perkins Coie)*; Karen Mainzer; Alletta Brenner (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6674 | FCI0268644 | 8/11/2017 | Art Suchorzewski | William Murray; Meredith Price (Perkins Coie)*; Jeff Heatherington | Jack Coleman; Stephen English (Perkins Coie)*; Scott Gallant; Matthew Gordon (Perkins Coie)*; Karen Mainzer; Alletta Brenner (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |

Exhibit 1
Page 15 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6677 | FCI0268647 | 8/14/2017 | Meredith Price (Perkins Coie)* | Art Suchorzewski; William Murray; Jeff Heatherington | Jack Coleman; Stephen English (Perkins Coie)*; Scott Gallant; Matthew Gordon (Perkins Coie)*; Karen Mainzer; Alletta Brenner (Perkins Coie)* | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6684 | | 8/14/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Withheld | AC | Email reflecting legal advice and work product regarding 2017 rates. |
| 6695 | FCI0268704 | 8/15/2017 | Art Suchorzewski | Jack Coleman; William Murray; Jeff Heatherington; Scott Gallagher; Brian Gard; Liz Fuller; Stephen English (Perkins Coie)*; Meredith Price (Perkins Coie)* | | Redacted | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6697 | | 8/15/2017 | Stephen English (Perkins Coie)* | Jack Coleman; Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6705 | | 8/22/2017 | Art Suchorzewski | Stephen English (Perkins Coie)* | Jack Coleman; William Murray; Jeff Heatherington; Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6717 | | 8/30/2017 | Jack Coleman | Stephen English (Perkins Coie)*; Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6718 | | 8/31/2017 | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6136 | FCI0266063 | 8/31/2017 | Scott Gallant | William Murray | Art Suchorzewski; Jack Coleman; Jeff Heatherington; Stephen English (Perkins Coie)*; Matthew Gordon (Perkins Coie)*; Alletta Brenner (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Brian Samuelson (Perkins Coie)*; Lisa Jones; Kevin Clancy; Karen Mainzer | Redacted | AC | Email providing information to facilitate legal advice regarding 2018 rates. |
| 6719 | | 9/1/2017 | Jack Coleman | Art Suchorzewski; William Murray; Jeff Heatherington | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |

Exhibit 1
Page 16 of 17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6732 | FCI0268744 | 9/11/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Redacted | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6733 | | 9/11/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Withheld | AC | Email forward of email containing legal advice regarding 2017 rates. |
| 6735 | | 9/11/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Withheld | AC | Email reflecting communication seeking legal advice regarding 2017 rates. |
| 6736 | | 9/11/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Withheld | WP | Email reflecting work product regarding 2018 rates. |
| 6758 | | 9/14/2017 | Jack Coleman | Scott Gallagher | | Withheld | WP | Email reflecting work product regarding 2018 rates. |
| 6760 | | 9/14/2017 | Jack Coleman | Scott Gallagher | | Withheld | WP | Email reflecting work product regarding 2018 rates. |
| 6762 | | 9/18/2017 | Karen Mainzer | Jack Coleman | Scott Gallant; Art Suchorzewski | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6763 | | 9/18/2017 | Jack Coleman | Karen Mainzer | Scott Gallant; Art Suchorzewski | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6764 | | 9/18/2017 | Jack Coleman | Karen Mainzer | Scott Gallant; Art Suchorzewski | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 5748 | | 9/19/2017 | Jeff Heatherington | William Murray; Stephen English (Perkins Coie)*; Matthew Gordon (Perkins Coie)*; Thomas Johnson (Perkins Coie)*; Alletta Brenner (Perkins Coie)*; Brian Samuelson (Perkins Coie)*; Brian Gard; Art Suchorzewski; Jack Coleman; Tony Jackson | | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6766 | | 9/19/2017 | Jack Coleman | William Murray; Jeff Heatherington; Art Suchorzewski | Scott Gallant; Meredith Price (Perkins Coie)*; Scott Gallagher; Liz Fuller; Karen Mainzer; Stephen English (Perkins Coie)*; Brian Gard | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |
| 6771 | | 9/26/2017 | Jack Coleman | Scott Gallagher; Liz Fuller | | Withheld | AC/WP | Email reflecting work product and communications seeking legal advice regarding 2017 rates. |
| 6772 | | 9/26/2017 | Jack Coleman | Liz Fuller; Scott Gallagher | | Withheld | AC/WP | Email reflecting work product and communications seeking legal advice regarding 2017 rates. |
| 6774 | | 9/27/2017 | Scott Gallagher | Jack Coleman | Liz Fuller | Withheld | AC | Email reflecting communications seeking and receiving legal advice regarding 2018 rates. |
| 6775 | | 9/27/2017 | Jack Coleman | Scott Gallagher | Liz Fuller | Withheld | AC | Email reflecting & seeking legal advice regarding 2018 rates. |
| 6782 | FCI0269594 | 10/5/2017 | Jack Coleman | Scott Gallagher; Liz Fuller | | Redacted | AC | Email relaying advice of counsel regarding 2018 rates. |
| 6784 | | 10/6/2017 | Jack Coleman | Jeff Heatherington; William Murray; Art Suchorzewski; Kevin Clancy | Stephen English (Perkins Coie)*; Thomas Johnson (Perkins Coie)*; Melanie Curtice (Perkins Coie)*; Matthew Gordon (Perkins Coie)*; Alletta Brenner (Perkins Coie)*; Courtney Peck (Perkins Coie)*; Brian Samuelson (Perkins Coie)*; Liz Fuller; Scott Gallagher | Withheld | AC | Email providing information to facilitate legal advice regarding 2017 rates. |

Exhibit 1
Page 17 of 17