**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>                             Plaintiff,<br><br>     v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                            Defendant.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                            Plaintiff,<br><br>     v. | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO (Trailing)<br><br><br>**OREGON HEALTH AUTHORITY'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**<br><br>**LR 26-3(b)(1)** |

**Page 1 -  OREGON HEALTH AUTHORITY'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

Defendants.

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1(a)(1), Oregon Health Authority ("OHA") certifies that counsel for OHA has conferred in good faith with counsel for FamilyCare, Inc. regarding the relief requested in this motion. FamilyCare takes no position on the Motion for Leave to File Memorandum in Excess of Page Limit.

## MOTION

OHA respectfully moves this Court for leave to file a brief in excess of the ten-page limit prescribed by LR 26-3(b). Specifically, OHA seeks leave to file an approximately 30-page Memorandum in Opposition to FamilyCare's Omnibus Discovery Motions. The grounds for this request to exceed the standard 10-page limit are set forth below.

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

FamilyCare combined four distinct motions in the memorandum of law it submitted in support of its Omnibus Discovery Motion. OHA did not oppose, and this court granted, FamilyCare's motion to exceed the page limit for that memorandum. Now OHA requests the same relief in responding to FamilyCare's motion. FamilyCare's motion raises four issues critical to the conduct of discovery in this case, including the number of depositions necessary, the volume of production that can be compelled from a third-party, and the scope of confidentiality, trade secret, and privilege protections. Analyzing each FamilyCare motion requires a discussion of a different area of law and a different factual history. OHA requires space comparable to that granted FamilyCare in order to effectively respond to FamilyCare's motions.

///

**Page 2 -   OREGON HEALTH AUTHORITY'S MOTION FOR LEAVE TO FILE
               MEMORANDUM IN EXCESS OF PAGE LIMIT**

## CONCLUSION

For the reasons set forth above, OHA respectfully requests that this Court grant this motion.

DATED this 28th day of March, 2018.

> ELLEN ROSENBLUM
> ATTORNEY GENERAL
> FOR THE STATE OF OREGON
>
> By:    */s/ Harry B. Wilson*
> _____
>    David B. Markowitz, OSB #742046
>    DavidMarkowitz@MarkowitzHerbold.com
>    Matthew A. Levin, OSB #003054
>    MattLevin@MarkowitzHerbold.com
>    Renée E. Rothauge, OSB #903712
>    ReneeRothauge@Markowitzherbold.com
>    Harry B. Wilson, OSB #077214
>    HarryWilson@MarkowitzHerbold.com
>    Laura Salerno Owens, OSB #076230
>    LauraSalerno@MarkowitzHerbold.com
>        *Special Assistant Attorneys General for*
>        *Oregon Health Authority, an agency of the*
>        *State of Oregon, and Patrick Allen, both*
>        *individually and in his official capacity as*
>        *director of the Oregon Health Authority*

**Page 3 -   OREGON HEALTH AUTHORITY'S MOTION FOR LEAVE TO FILE
              MEMORANDUM IN EXCESS OF PAGE LIMIT**