Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Defendant FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant. | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18-cv-00296-MO<br><br><br>DECLARATION OF BRIAN P. SAMUELSON IN SUPPORT OF PLAINTIFF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>Defendants. | |

SAMUELSON DECLARATION IN SUPPORT OF
PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Brian P. Samuelson, state as follows:

1.　　I am an attorney with the firm of Perkins Coie LLP, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned cases.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.　　Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Motions to Dismiss, Motion to Strike, and Motion to Make More Definite and Certain, filed in Marion County Circuit Court Case No. 17CV09226 on April 10, 2017.

3.　　Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff FamilyCare, Inc.'s Proposed Order Denying Defendant's Motions to Dismiss, Denying Defendant's Motion to Strike, and Granting in part Defendant's Motion to Make More Definite and Certain, filed in Marion County Circuit Court Case No. 17CV09226 and signed by Judge Armstrong on May 31, 2017.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: March 29, 2018　　　　　　　*s/ Brian P. Samuelson*
　　　　　　　　　　　　　　　　　　　　Brian P. Samuelson

2- SAMUELSON DECLARATION IN SUPPORT OF
PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222