IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Defendant. | Case No. 17CV09226<br><br>**PLAINTIFF FAMILYCARE, INC. PROPOSED ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS, DENYING DEFENDANT'S MOTION TO STRIKE, AND GRANTING IN PART DEFENDANT'S MOTION TO MAKE MORE DEFINITE AND CERTAIN** |

This matter has come before the Court on Defendant Oregon Health Authority's (OHA's) Motion to Dismiss, Motion to Strike, and Motion to Make More Definite and Certain.  The Court has considered the Motions, having held a hearing on May 19, 2017.  The Court being fully advised, IT IS HEREBY ORDERED that the Motions to Dismiss are DENIED, the Motion to Strike are DENIED, and the Motion to Make More Definite and Certain is GRANTED IN PART as follows:

1. OHA's motion to dismiss FamilyCare's First Claim for Relief (Specific Performance of Settlement Agreement) for failure to state a claim pursuant to ORCP 21 A(8) is DENIED.

2. OHA's motion to dismiss FamilyCare's Third Claim for Relief (Judicial Review Under ORS 183.480(3) and ORS 183.484) for lack of subject matter jurisdiction pursuant to ORCP 21 A(1) is DENIED.

PAGE  1-  **ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS AND GRANTING DEFENDANT'S MOTION TO MAKE MORE DEFINITE AND CERTAIN**

123045-0001/LEGAL135659761.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 1 of 4

3.  OHA's motion to strike the allegations in paragraphs 13, 21, 23-24, 35-36, 37-39, 40-45, 55, 59, 61, Heading II, Heading IV, Heading V, and to strike Exhibits 1 and Exhibit 4 of FamilyCare's complaint pursuant to ORCP 21 E is DENIED.

4.  OHA's motion to require FamilyCare to make its claim more Definite and Certain pursuant to ORCP 21 D is GRANTED IN PART.  FamilyCare is ordered to state its allegations regarding the alleged breach of the Settlement Agreement (First Claim for Relief) with greater specificity.  FamilyCare is further ordered to state its allegations in its request for Judicial Review Under ORS 183.480(3) and ORS 183.484 (Third Claim for Relief) regarding OHA's use of actuarial processes "in contravention with Oregon law, federal law, and federal regulations" (*see* Compl. ¶ 70) with greater specificity.

FamilyCare is ordered to make the allegations set forth in its First, Second, and Third Claims for Relief more definite and certain  as set forth in the court's oral ruling on May 19, 2017.

Signed: 5/31/2017 04:31 PM

**Circuit Court Judge Sean E. Armstrong**
The Honorable Sean Armstrong

Submitted By:

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Meredith M. Price, OSB No. 134627
MPrice@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

*Attorney for Plaintiff FamilyCare, Inc.*

Melanie K. Curtice WSB No. 28479
MCurtice@perkinscoie.com
Matthew P. Gordon, WSB No. 41128
MGordon@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

*Of Counsel (admitted pro hac vice)*

PAGE  2-   **ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS AND GRANTING DEFENDANT'S MOTION TO MAKE MORE DEFINITE AND CERTAIN**

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

123045-0001/LEGAL135659761.1

Exhibit 2
Page 2 of 4

# CERTIFICATE OF READINESS

## Pursuant to UTCR 5.100

The submission is ready for judicial signature because:

☐ 1. Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

☐ 2. Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation or approval sent to me.

☒ 3. I have served a copy of this order or judgment on all parties entitled to service and:

    ☐ a.   No objection has been served on me.

    ☒ b.   I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

    ☐ c.   After conferring about objections _(opposing party)__ agreed to independently file any remaining objection.

☐ 4. The relief sought is against an opposing party who has been found in default.

☐ 5. An order of default is being requested with this proposed judgment.

☐ 6. Service is not required pursuant to subsection (3) of this rule, or by statute, rule or otherwise.

☐ 7. This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (4) of this rule.

DATED: May 31, 2017

**PERKINS COIE LLP**

By: s/ *Meredith M. Price*
    Meredith M. Price, OSB No. 134627
    Thomas R. Johnson, OSB No. 010645
Attorneys for Plaintiff FamilyCare, Inc.

PAGE  3-  **ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS AND GRANTING DEFENDANT'S MOTION TO MAKE MORE DEFINITE AND CERTAIN**

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

123045-0001/LEGAL135659761.1

Exhibit 2
Page 3 of 4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on May 31, 2017, he caused to be served on the person(s) listed below in the manner shown:

**ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS AND GRANTING DEFENDANT'S MOTION TO MAKE MORE DEFINITE AND CERTAIN**

Oregon Health Authority
c/o Renee Stineman
Department of Justice, Special Litigation Unit
100 SW Market St.
Portland, OR  97201

*Attorneys for Oregon Health Authority*

☒    United States Mail, First Class

☐    By Messenger

☒    By E-Mail

☐    By regular e-mail and/or court's electronic service if parties are enrolled

Dated at Portland, Oregon, on May 31, 2017.

s/ *Meredith M. Price*

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Meredith M. Price, OSB No. 134627
MPrice@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorney for Plaintiff FamilyCare, Inc.*

Page 1 -    CERTIFICATE OF SERVICE

123045-0001/LEGAL135659761.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 4 of 4