**Michael D. Crew, OSB No. 720603**
Email: mcrew@dunncarney.com
**Elizabeth C. Knight, OSB No. 992454**
Email: eknight@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone:  503-224-6440
Fax:  503-224-7324

Attorneys for Non-Party AllCare CCO, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATRICK ALLEN**, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>**FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Defendant.<br>———————————————————<br>**FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v. | **No. 3:18-cv-00212-MO (LEAD)**<br>**No. 6:18-cv-00296-MO**<br><br>**DECLARATION OF ELIZABETH C. KNIGHT IN SUPPORT OF NONPARTY ALLCARE CCO, INC.'S RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS** |

Page 1      DECLARATION OF KNIGHT IN SUPPORT OF NONPARTY ALLCARE'S
             RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS
DCAPDX_2675669_v1

**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as Director of the Oregon Health Authority,

Defendants.

I, Elizabeth C. Knight, make this declaration under the penalty of perjury.

1.      I am an attorney at the law firm of Dunn, Carney, Allen, Higgins and Tongue, LLP located in Portland, Oregon. I make this declaration based on personal knowledge and in support of Nonparty Allcare CCO, Inc.'s Response To FamilyCare, Inc.'s Omnibus Discovery Motions. Prior to filing the Omnibus Discovery Motions, FamilyCare, Inc. ("FamilyCare") did not confer with AllCare.

2.      On November 6, 2017, I sent a letter to counsel for Oregon Health Authority ("OHA") and included a worksheet providing instructions to OHA concerning the types of documents requiring AEO or Confidential designations. AllCare expended significant time identifying with specificity the kinds of documents requiring protection, as reflected on the worksheet. I understand that OHA promptly provided this worksheet to counsel for FamilyCare. Attached as Exhibit 1 is a true and correct copy of my November 6, 2017 letter to OHA.

3.      On December 5, 2017, I provided AllCare's designation instructions to OHA again, and this time copied the letter and instructions worksheet to FamilyCare's counsel. Attached as Exhibit 2 is a true and correct copy of my December 5, 2017 letter to OHA copying FamilyCare.

4.      On March 6, 2018 I received a letter from FamilyCare's counsel, objecting to AllCare's AEO and Confidential designations. The March 6 letter was the first time that FamilyCare objected to the designations. Attached as Exhibit 3 is a true and correct copy of the

Page 2      DECLARATION OF KNIGHT IN SUPPORT OF NONPARTY ALLCARE'S
RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS

March 6, 2018 letter I received from FamilyCare, and attached as Exhibit 4 is a true and correct copy of my March 16, 2018 response.

5.        Attached as Exhibit 5 is a true and correct copy of the Declaration of Twila Farris in Support of Joint Intervenors' Motion for Protective Order, without exhibits.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 30th day of March, 2018.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP


s/ Elizabeth C. Knight
**Elizabeth C. Knight, OSB No. 992454**