

Elizabeth C. Knight
Admitted in
Oregon and Washington
eknight@dunncarney.com
Direct 503.306.5312

November 6, 2017

**Via E-mail**
**Via First-Class Mail**

Elleanor Chin
DOJ Trial Division Civil Litigation Section
100 SW Market Street
Portland, OR  97201

Dallas DeLuca
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, OR  97204

Re:    *FamilyCare, Inc. v. Oregon Health Authority*
       Marion County Case No. 17CV09226

Dear Counsel:

Enclosed is a spreadsheet reflecting AllCare CCO's "Confidential" and "Attorneys Eyes Only" designations with respect to OHA's production of documents to FamilyCare. Please note that we have also identified several categories of documents which should not be produced, as they are not related to the rate-setting process and are consequently not within the scope of the Court's recent Discovery Order.  Further, AllCare does not know how OHA may have used the information AllCare provided to OHA, and does not know, for example, whether OHA may have created new documents using AllCare's information.  To the extent OHA did create new documents using AllCare's confidential information, AllCare requests that OHA mark the new documents "Confidential" and/or "Attorneys Eyes Only" consistent with the enclosed spreadsheet.



November 6, 2017
Page 2

Please let me know if we can further assist OHA with the designations or production of AllCare's information.  Thank you.

Very truly yours,

Elizabeth C. Knight

ECK:kno

Enclosure

cc:     AllCare CCO, Inc.
        Michael D. Crew

DCAPDX_2524414_v1

Exhibit 1
Page 2 of 6

|  | REVISED November 3, 2017 | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]<br>CCO – AllCare CCO, Inc. |
|---|---|---|

| Description of Information<br>(B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| 1. CCO Rate of Growth Tool | X<br>(subject to redactions and AEO designations) | Redact all provider names, payment arrangement descriptions | Entire document | Entire document |  |  |
| 2. Exhibit L – all | X<br>(subject to redactions and AEO designations) | Redact all provider names, payment arrangement descriptions | Tabs L3.1, L4, L5, L6, L6.2, L6.3, L7, L8, L12, L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.2, L19 | See AEO designations; anything marked AEO should also be marked confidential | Tab L11 | Tab L11 re: compensation is filed annually – this is not part of the rate setting process and therefore not responsive. |
| 3. Supplemental Rate Templates | X<br>(subject to AEO designation) |  | Report A, Pharmacy Claims, HepC PA Criteria, HepC SVR, the Scratch Sheet | Same as AEO designations |  |  |
| 4. Claims and Encounter data submissions to the state | X | The only data fields that should be provided are place of service, date of service and paid amount. All other information (e.g. patient names, provider names, names of providers' | Entire data file | Entire data file |  | This data file should be produced as a summary file and not a line detailed file. |

DCAPDX_2504276_v2

Page 1

Exhibit 1<br>Page 3 of 6

| | | | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|---|---|
| REVISED November 3, 2017 | | | CCO – AllCare CCO, Inc. |

| Description of Information (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| | | employers, services provided, names of entities billed for services, etc.) should be redacted. | | | | |
| 5. State enrollment data including premiums paid | X (subject to redactions and AEO designations) | Amount of premiums paid; member names and IDs | Entire data file | Entire data file | | |
| 6. MLR Template | | | | | X | Not responsive because not related to the rate-setting process |
| 7. Actuarial Opinions | | | | | X | Not responsive per Matt Gordon's 10/10/17 email. Should not be produced. |
| 8. SNRG Reconciliation | | | | | X | Not responsive per Matt Gordon's 10/10/17 email. Should not be produced. |

DCAPDX_2504276_v2

Page 2

Exhibit 1
Page 4 of 6

REVISED November 3, 2017 **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**
CCO – AllCare CCO, Inc.

| Description of Information (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| 9. SB231 Primary Care Template | | | | | X | Not responsive because not related to the rate-setting process. |
| 10. Any records or detail data that would identify prescription drug prices or rates | X (subject to AEO designation) | The only data fields that should be provided are place of service, date of service and paid amount; the rest should be redacted or withheld. | Entire data file | Entire data file | | This data file should be submitted as a summary file not a line detailed file. |
| 11. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | X (subject to redactions and AEO designation) | Provider names; rates paid to providers; contractual arrangements with providers | All documents | All documents | Contractual agreements | Contractual agreements are not included in the rate setting process and are therefore not responsive. |
| 12. "Regional Rate Models and supporting exhibits for the Southwestern, | X (subject to redactions) | Unit costs, contractual payments to providers on non-blinded version | Non-blinded version should be designated AEO | Same as AEO designation | | Blinded rate model is not proprietary and can be produced without restrictions; |

DCAPDX_2504276_v2

Page 3

Exhibit 1
Page 5 of 6

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] | | | | | |
|---|---|---|---|---|---|---|
| REVISED November 3, 2017 | CCO – AllCare CCO, Inc. | | | | | |

| Description of Information (B. Parrott 9/11/17) | Information should be produced IF related to the rate-setting process | Information should be redacted and produced IF related to the rate-setting process | Designate AEO pursuant to the PO | Mark confidential | Do not produce | Notes |
|---|---|---|---|---|---|---|
| Northwestern and Eastern Oregon Regions" (additional category identified by plaintiffs on 9/20) | | | | | | non-blinded version is trade secret/confidential and should be designated AEO and confidential |
| 13. Supplemental correspondence and exchanges regarding the above categories | X (subject to the redactions and AEO designations noted above for categories 1-12) | See above for categories 1-12 | See above for categories 1-12 | See above | See above | |

Exhibit 1
Page 6 of 6