IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

|  |  |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 17CV09226 |
| Plaintiff, | JUDGE: SEA |
| v. | **DECLARATION OF TWILA FARRIS IN SUPPORT OF JOINT INTERVENORS' MOTION FOR PROTECTIVE ORDER** |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | |
| Defendant. | |

I, Twila Farris, hereby declare and state as follows:

1.      I am the Chief Financial Officer (CFO) of AllCare CCO, Inc., a coordinated care organization with a contract with the State of Oregon to provide Medicaid services. I make this declaration based on personal knowledge and in support of Joint Intervenors' Motion for Protective order.

2.      The information identified as trade secret and confidential business information was identified as such because access to the information would give a person significant knowledge of a CCO's financial status, its policies and programs intended to improve its performance as a CCO, and contract and rate information pertaining to contractual relationships with contractors, providers, and suppliers.

Page 1    DECLARATION OF TWILA FARRIS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Brian M. Parrott, LLC
851 SW 6th Ave, Ste 1500
Portland, OR 97204
503-607-2715

Exhibit 5
Page 1 of 3

3. Attached to this Declaration as Exhibit 1 is a list of the category of documents for which protection is sought, along with a brief explanation of the documents and their importance.

4. Attached to Exhibit 1 as Exhibits A – G are samples of some of the documents being sought as further identified in Exhibit 1.

5. The information sought to be protected is generally not released outside a CCO except when required as part of the contracting process.

6. While all the information is generated from within the organization, only a few people within the organization have access to all the information presented in these documents.

7. CCOs compete with one another by attempting to provide the most services to their enrollees for the limited funds provided under the contracting process. These documents give detailed information on the alternative, incentive, and payment arrangements of the CCO which are unique to each CCO. Giving a competitor access to the information in these documents would allow a competitor to see precisely how the CCO is conducting its business.

8. The information could be used to copy successful programs, under bid providers and suppliers, and impact the CCOs' business arrangements in other ways.

9. Compiling the information for Oregon Health Authority ("OHA") entails a significant amount of time on the part of the CCO. Information must be gathered from multiple departments within the CCO, checked, re-checked, and formatted precisely as requested by OHA.

10. The information presented in these documents is unique as to each CCO. No two CCOs will report in the exact same way and none will have the same numbers. While the templates are a standard format, the information in the templates cannot be easily determined by any outside person nor could they be easily duplicated.

Page 2   DECLARATION OF TWILA FARRIS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Brian M. Parrott, LLC
851 SW 6th Ave, Ste 1500
Portland, OR 97204
503-607-2715

Exhibit 5
Page 2 of 3

11.    Failure to protect the information would give a competitor every piece of information necessary to duplicate the successful programs of a CCO, or determine the weaknesses of a CCO for possible exploitation.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 27th day of September, 2017.

By:    _Twila M. Farris_
Twila Farris
Chief Financial Officer
AllCare CCO, Inc.

Page 3    DECLARATION OF TWILA FARRIS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Brian M. Parrott, LLC
851 SW 6th Ave, Ste 1500
Portland, OR  97204
503-607-2715

Exhibit 5
Page 3 of 3