**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW 5th Ave, Ste 2400
Portland, Oregon  97201-5610
Telephone:  503-241-2300
Facsimile:   503-778-5299

Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>PLAINTIFF,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>DEFENDANT. | Case No. 3:18-cv-00212-MO (LEAD)<br>Case No. 6:18-cv-00296-MO<br><br>**NON-PARTY HEALTH SHARE OF OREGON'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**<br><br>**LR 26-3(b)** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>DEFENDANTS. | |

Page 1 – HEALTH SHARE OF OREGON'S MOTION FOR LEAVE TO FILE MEMORANDUM IN
EXCESS OF PAGE LIMIT
4829-6908-3488v.3 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

### LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1(a)(1), Non-Party Health Share of Oregon ("Health Share") certifies that counsel for Health Share conferred in good faith with counsel for Oregon Health Authority ("OHA") and FamilyCare Inc. ("FamilyCare") regarding the relief requested in this Motion. Neither party takes a position on the Motion.

### MOTION

Health Share of Oregon respectfully moves this Court for leave to file a brief in excess of the 10-page limit prescribed by LR 26-3(b).  Specifically, Health Share seeks leave to file an approximately 25-page Response to FamilyCare's Motion to Compel De-Designation and Down-Designation of AEO and Confidential Documents.  The grounds for this request are set forth below.

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

FamilyCare combined four distinct motions in the memorandum of law it submitted in support of its Omnibus Discovery Motion.  One of those motions is FamilyCare's Motion to Compel De-Designation and Down-Designation of AEO and Confidential Documents.  That motion alone exceeded 10 pages.  Through its motion, FamilyCare seeks, among other relief, to de-designate and down-designate Attorneys' Eyes Only ("AEO") and Confidential documents thereby allowing FamilyCare employees to obtain the sensitive business information of the state's 15 Coordinated Care Organizations ("CCOs").  In an effort to reduce the burden on the Court, the CCOs are working together to provide as unified a response as possible.  Permitting Health Share, which has taken the lead in preparing the response, to submit an overlong response in which other CCOs can join should result in substantially smaller submissions than if all 15 affected CCOs filed duplicative individual responses.  This collective response should be accomplished by Health Share's filing a brief in which all CCOs can join, with other CCOs filing

Page 2 – HEALTH SHARE OF OREGON'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT
4829-6908-3488v.3 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

separately to add facts and arguments special to each CCO. Health Share requires the additional

pages to effectively respond to FamilyCare's motion on behalf of all CCOs.

DATED this 30th day of March, 2018.

**DAVIS WRIGHT TREMAINE LLP**


By  s/GREGORY A. CHAIMOV
    Gregory A. Chaimov, OSB #822180
    gregorychaimov@dwt.com
    Christopher F. McCracken, OSB #894002
    christophermccracken@dwt.com
    Telephone:  503-241-2300
    Facsimile:  503-778-5299

    Attorneys for Non-Party Health Share of Oregon

Page 3 – HEALTH SHARE OF OREGON'S MOTION FOR LEAVE TO FILE MEMORANDUM IN
EXCESS OF PAGE LIMIT
4829-6908-3488v.3 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax