**Arden J. Olson, OSB #870704**
**arden.j.olson@harrang.com**
**Lorelei A. Craig, OSB #152515**
**lorelei.craig@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    541-485-0220
Facsimile:    541-686-6564
Of Attorneys for Intervenor Willamette Valley Community Health, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>              Plaintiff,<br><br>      v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>              Defendant. | Case No. 3:18-cv-00212-MO (LEAD)<br>Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>              Defendants. | |

Page 1 – **DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS**

The undersigned, Lorelei A. Craig, states as follows:

1.      I serve as counsel for Non-Party Willamette Valley Community Health, LLC (WVCH).

2.      On March 7, 2018, I received an electronic copy of FamilyCare, Inc.'s letter to Willamette Valley Community Health, LLC ("WVCH") dated March 6, 2018, regarding FamilyCare's concerns about Oregon Health Authority's production of documents with confidential or attorney's eyes only designations pursuant to instructions from various Coordinated Care Organizations.  Attached hereto as Exhibit 1 is a true and correct copy of FamilyCare's letter to WVCH dated March 6, 2018.

3.      On March 16, 2018, WVCH responded to FamilyCare's letter.  A true and correct copy of WVCH's response letter and cover email to counsel for FamilyCare is attached hereto as Exhibit 2.

4.      FamilyCare never provided WVCH or its counsel with a specific response to WVCH's March 16th letter.  Instead, on Sunday, March 18, 2018, FamilyCare electronically served WVCH by email with FamilyCare's omnibus discovery motion that it had filed on Friday, March 16, 2018.

5.      On Sunday, March 16, 2018, I received a copy of a chart FamilyCare provided to Health Share concerning Health Share's AEO/Confidential designations.  A true and correct copy of the chart I received is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of March, 2018.

HARRANG LONG GARY RUDNICK P.C.


By:    s/Lorelei A. Craig
          Lorelei A. Craig


Page 2 – **DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS**

## CERTIFICATE OF SERVICE

I certify that on March 30, 2018, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** on the party or parties listed below as follows:

☑    Via CM / ECF Filing

☐    Via First Class Mail, Postage Prepaid

☐    Via Email

☐    Via Personal Delivery

Carla Scott, OSB #054725
Renee R. Stineman, OSB #994610
Oregon Department of Justice

Matthew A. Levin, OSB #003054
Dallas S. DeLuca, OSB #072992
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Laura R. Salerno Owens, OSB #076230
Renee E. Rothauge, OSB #903712
Markowitz Herbold PC

Of Attorneys for Patrick Allen

Matthew A. Levin, OSB #003054
Dallas S. DeLuca, OSB #072992
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077215
Laura R. Salerno Owens, OSB #076230
Renee E. Rothauge, OSB #903712
Markowitz Herbold PC

Of Attorneys for Oregon Health Authority

Matthew P. Gordon, *Pro Hac Vice*
Stephen F. English, OSB #730843
Alletta S. Brenner, OSB #142844
Brian P. Samuelson, OSB #165476
Douglas R. Pahl, OSB #950476
Thomas R. Johnson, OSB #010645
Perkins Coie, LLP

Of Attorneys for FamilyCare, Inc.

Page 3 – **DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS**

I further certify that service will be accomplished to the following parties listed below as follows:

☑   Via First Class Mail, Postage Prepaid
☐   Via Email
☐   Via Personal Delivery

Brian M. Parrott, OSB #013760
brian@bparrott-law.com
Brian M. Parrott LLC
851 SW 6th Ave. Suite 1500
Portland, OR 97204
Telephone: (503) 607-2715

Of Attorney for PrimaryHealth of Josephine County, LLC

Elizabeth C. Knight, OSB #992454
eknight@dunncarney.com
Michael D. Crew, OSB #720603
mcrew@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW 6th Ave., Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440

Of Attorneys for AllCare CCO, Inc.

Anna Sortun, OSB #045729
anna.sortun@tonkon.com
Tonkon Torp LLP
888 SW 5th Ave., Suite 1600
Portland, OR 97204
Telephone: (503) 802-2107

Of Attorneys for Cascade Health Alliance; LLC, Western Oregon Advanced Health, LLC; and Umpqua Health Alliance

Daniel P. Larsen, OSB #943645
dpl@aterwynne.com
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, OR 97209
Telephone: (503) 226-1191

Of Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect

Frank V. Langfitt, III, OSB #731770
frank.langfitt@millernash.com
Miller Nash Graham & Dunn LLP
111 SW 5th Ave., Suite 3400
Portland, OR 97204
Telephone: (503) 205-2425

Of Attorney for Eastern Oregon Coordinated Care Organization, LLC

W. Chris Jenkins, OSB #090612
chris.jenkins@bcidaho.com
Blue Cross of Idaho
3000 E. Pine Ave.
Meridian, ID 83642
Telephone: (800) 274-4018

Of Attorney for Intercommunity Health Network – Coordinated Care Organization

Page 4 – **DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS**

Eric A. Lindenauer, OSB #833721
elindenauer@gsblaw.com
Garvey Schubert Barer
121 SW Morrison St., 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939

Of Attorney for PacificSource Community
Solutions


Peter F. Stoloff, OSB #780898
pstoloff@peterstoloff-law.com
Peter F. Stoloff PC
5285 Meadows Rd., Suite 235
Lake Oswego, OR 97035
Telephone: (503) 992-6463

Of Attorney for Yamhill Community Care
Organization

Joel A. Parker, OSB #001633
jparker@schwabe.com
Jeffrey D. Hern, OSB #043138
jhern@schwabe.com
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 796-2975

Of Attorneys for Trillium Community
Health Plan, Inc.


HARRANG LONG GARY RUDNICK P.C.



By:   s/Arden J. Olson
      Arden J. Olson, OSB #870704
      Lorelei A. Craig, OSB #152515
      Of Attorneys for Intervenor Willamette Valley
      Community Health, LLC


01098428.v1


Page 5 – **DECLARATION OF LORELEI A. CRAIG IN SUPPORT OF WILLAMETTE
         VALLEY COMMUNITY HEALTH, LLC'S RESPONSE TO FAMILYCARE'S
         MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL
         DOCUMENTS**