**Daniel P. Larsen**, OSB No. 943645
E-mail:        dpl@aterwynne.com
**ATER WYNNE LLP**
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone:    (503) 226-1191
Facsimile:    (503) 226-0079

Attorneys for Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **PATRICK ALLEN**, in his official capacity as **DIRECTOR OF THE OREGON HEALTH AUTHORITY**, an agency of the State of Oregon,<br><br>        Plaintiff,<br><br>    v.<br><br>**FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>        Defendant.<br><br>        AND | Case No. 3:18-cv-00212-MO (Lead )<br><br>Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF DANIEL P. LARSEN IN SUPPORT OF INTERVENORS COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS** |

DECLARATION OF DANIEL P. LARSEN IN SUPPORT OF
INTERVENORS CPC'S AND JCC'S RESPONSE TO FAMILYCARE,
INC.'S OMNIBUS DISCOVERY MOTIONS

Page 1

3046060/1/DPL/101821-0073

**FAMILYCARE, INC.**, an Oregon non-profit corporation,

               Plaintiff,

     v.

**OREGON HEALTH AUTHORITY,** an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority,

               Defendants.

I, Daniel P. Larsen, hereby declare and state as follows:

1.      I am one of the attorneys for Intervenors Columbia Pacific CCO, LLC ("CPC") and Jackson Care Connect ("JCC") in the above captioned case; and I have personal knowledge of the matters set forth in this declaration.  I make this declaration in support of CPC's and JCC's Response to FamilyCare, Inc.'s ("FamilyCare") Omnibus Discovery Motions to Oregon Health Authority ("OHA").

2.      Before this case was removed to U.S.D.C., CPC and JCC joined in the Motion to Intervene in the Marion County Case Circuit Court No. 17CV09226.  Attached hereto as **Exhibit 1** is a true and correct copy of the Order Granting Intervention.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the parties' Protective Order ("Protective Order") entered on November 1, 2017.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the templates of thirteen categories of documents to be designated as "Confidential" or "Attorney Eyes Only" ("AEO") that CPC and JCC provided to FamilyCare and OHA.

DECLARATION OF DANIEL P. LARSEN IN SUPPORT OF INTERVENORS CPC'S AND JCC'S RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS

Page 2

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

3046060/1/DPL/101821-0073

5.      Attached hereto as **Exhibit 4** are true and correct copies of letters dated March 6, 2018, from FamilyCare to CPC and JCC regarding FamilyCare's objections to the designations of categories of unidentified documents.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of my letter dated March 16, 2018, to Thomas R. Johnson for FamilyCare advising of the deficiency that FamilyCare references only categories of documents that have been produced by OHA that contain information that FamilyCare contends is not entirely entitled to the confidential designations.

7.      The Protective Order's approach of allowing coordinated care organizations ("CCOs") to designate categories of documents was designed to address unique challenges and interests, which included: (i) FamilyCare's interest in receiving broad discovery for its experts to analyze, (ii) the CCOs' interests in protecting confidential information that was not in their possession and incapable of being efficiently reviewed before production, and (iii) OHA's challenge and burden in identifying information that was confidential to the CCOs.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this  30th  day of March, 2018.

Daniel P. Larsen

DECLARATION OF DANIEL P. LARSEN IN SUPPORT OF INTERVENORS CPC'S AND JCC'S RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

3046060/1/DPL/101821-0073

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF DANIEL P. LARSEN**

**IN SUPPORT OF INTERVENORS COLUMBIA PACIFIC CCO, LLC'S AND JACKSON**

**CARE CONNECT'S RESPONSE TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY**

**MOTIONS** with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to the following persons, and by e-mail as noted below:

Stephen F. English
Brian P. Samuelson
Alletta S. Brenner
Douglas R. Pahl
Thomas R. Johnson
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com
bsamuelson@perkinscoie.com
abrenner@perkinscoie.com
dpahl@perkinscoie.com
*Attorneys for FamilyCare, Inc.*

Matthew A. Levin
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
MattLevin@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com
*Attorneys for Oregon Health Authority*

Matthew P. Gordon
Perkins Coie LLP (Seattle)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
MGordon@perkinscoie.com
*Attorneys for FamilyCare, Inc.*

Carla Scott
Renee R. Stineman
Oregon Department of Justice
100 S.W. Market Street
Portland, OR 97201
carla.a.scott@doj.state.or.us
renee.stineman@doj.state.or.us
*Attorneys for Patrick Allen*

Brian M. Parrott  (Via E-mail Only)
Brian M Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR 97204
brian@bparrott-law.com
*Attorney for PrimaryHealth of Josephine
County, LLC*

Frank V. Langfitt, III  (Via E-mail Only)
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com
*Attorney for Eastern Oregon Coordinated
Care Organization, LLC*

CERTIFICATE OF SERVICE

Gregory A. Chaimov  (Via E-mail Only)
Christopher McCracken  (Via E-mail Only)
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com
Christophermccracken@dwt.com
*Attorneys for Health Share of Oregon*

W. Chris Jenkins  (Via E-mail Only)
Tyler G. Jacobsen  (Via E-mail Only)
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org
*Attorney for Intercommunity Health
Network - Coordinated Care Organization*

Eric A Lindenauer  (Via E-mail Only)
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com
*Attorney for PacificSource Community
Solutions*

Joel A. Parker  (Via E-mail Only)
Jeffrey D. Hern  (Via E-mail Only)
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com
*Attorneys for Trillium Community Health
Plan, Inc.*

Arden J. Olson  (Via E-mail Only)
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
*Attorney for Willamette Valley Community
Health, LLC*

Peter F. Stoloff  (Via E-mail Only)
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com
*Attorney for Yamhill Community Care
Organization*

DATED this  30th  day of March, 2018.

_Daniel P. Larsen_
Daniel P. Larsen, OSB No. 943645
Attorneys for Intervenors
Columbia Pacific CCO, LLC and Jackson Care
Connect

CERTIFICATE OF SERVICE