Verified Correct Copy of Original 9/27/2017.

IN THE CIRCUIT COURT OF STATE OF OREGON
FOR MARION COUNTY

FAMILYCARE, INC., an Oregon non-profit )
corporation, )
)
Plaintiff, )
) Case No.: 17CV09226
)
v. ) ORDER GRANTING INTERVENTION
)
OREGON HEALTH AUTHORITY, an agency )
of the State of Oregon, )
)
Defendant. )
)

This matter came before the court for oral argument on September 21, 2017 on Non-Parties' Motion to Intervene. The court reviewed the pleadings and heard oral argument. Now, therefore, it is hereby ORDERED that;

Non-Parties Motion to Intervene is GRANTED for the limited purpose of entering an appropriate form of protective order and for hearing Non-Parties' objections to defendant's production of documents under ORCP 36. The court will review proposed forms of protective order and hear oral argument on Non-Parties' ORCP 36 objections on September 28, 2017 at 1:00 pm.

DATED this 27th day of September, 2017.

_Sean E. Armstrong_
Honorable Sean E. Armstrong
Circuit Court Judge

Order prepared by Court

1 – ORDER

Exhibit 1
Page 1 of 1