| REVISED September 22, 2017 | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**<br>**COLUMBIA PACIFIC CCO** |
|---|---|

| Description of Information<br>(B. Parrott 9/11/2017) | FCI has REQ.<br>9/20/17 | Agreement with FCI's counsel<br>9/21/17 | Information Requested should not be produced<br>AT ALL | Information could be produced under FC's proposed PO<br>9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 1.   CCO Rate of Growth Tool | YES | NO | | All tabs and hidden tabs except tabs 1 "Directions" 2 "CY16 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" are Attorneys Eyes Only. All versions of bid templates for CY13 and CY14 are Attorneys Eyes Only. | | |
| 2.   Exhibit L – all | YES | | | Attorneys Eyes Only portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | | |
| 3.   Supplement Rate Templates | YES[1] | NO | | Attorneys Eyes Only except tabs "Instructions," "Specialty Drugs," "Hepatitis C Criteria," and "Hep C NDC List" | | |
| 4.   Claims and Encounter data submissions to the state | YES | NO | This information should not be produced at all. This is protected trade secret information. | | | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

JUSTICE-#8495850-v2-FamilyCare_9226_DISC_Ind_CCO_Disc_Worksheet_Columbia….docx                                                                Page 1

Exhibit 3 - CPC and JCC Templates
Page 1 of 6

| REVISED September 22, 2017 | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** |
|---|---|
| | **COLUMBIA PACIFIC CCO** |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 5. State enrollment data including premiums paid | YES | NO | | | | We have no objection to this information being produced. |
| 6. MLR Template | YES | NO | | Confidential | | |
| 7. Audited Financials | YES | | | | | CareOregon's audited financials are already publicly available |
| 8. Actuarial Opinions | YES | NO | | Confidential | | If any opinions are included as part of the audited financial statements, those opinions may be disclosed and do not implicate the PO. |
| 9. SNRG Reconciliation | YES | NO | | | | We have no objection to this information being produced. |
| 10. FB 231 Primary Care template | YES | NO | | Confidential | | |
| 11. Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | This information should not be produced at all. This is protected trade secret information. | | | CareOregon has always included attestation to the state that prescription drug prices and rates are |

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers

Exhibit 3 - CPC and JCC Templates
Page 2 of 6

| REVISED September 22, 2017 | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**<br>**COLUMBIA PACIFIC CCO** |
|---|---|

| Description of Information<br>(B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| | | | | | | proprietary. Furthermore, this information is not relevant to FCI's claims/ inquiry. |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | This information should not be produced at all. This is protected trade secret information. | | | |
| [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | Need CCO position on this category | | Attorneys Eyes Only. | | The Regional Rate Models and supporting exhibits for the Southwestern, Northwestern, and Eastern Oregon Regions is not necessary or relevant to FCI's claims/inquiry. |

---

[3] See comment on No.11

| | | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
| REVISED September 22, 2017 | | JACKSON CARE CONNECT CCO |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 1. CCO Rate of Growth Tool | YES | NO | | All tabs and hidden tabs except tabs 1 "Directions" 2 "CY16 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" are Attorneys Eyes Only. All versions of bid templates for CY13 and CY14 are Attorneys Eyes Only. | | |
| 2. Exhibit L – all | YES | | | Attorneys Eyes Only portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | | |
| 3. Supplement Rate Templates | YES[1] | NO | | Attorneys Eyes Only except tabs "Instructions," "Specialty Drugs," "Hepatitis C Criteria," and "Hep C NDC List" | | |
| 4. Claims and Encounter data submissions to the state | YES | NO | This information should not be produced at all. This is protected trade secret information. | | | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

| REVISED September 22, 2017 | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** **JACKSON CARE CONNECT CCO** |
|---|---|

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| 5. State enrollment data including premiums paid | YES | NO | | | | We have no objection to this information being produced. |
| 6. MLR Template | YES | NO | | Confidential | | |
| 7. Audited Financials | YES | | | | | CareOregon's audited financials are already publicly available |
| 8. Actuarial Opinions | YES | NO | | Confidential | | If any opinions are included as part of the audited financial statements, those opinions may be disclosed and do not implicate the PO. |
| 9. SNRG Reconciliation | YES | NO | | | | We have no objection to this information being produced. |
| 10. FB 231 Primary Care template | YES | NO | | Confidential | | |
| 11. Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | This information should not be produced at all. This is protected trade secret information. | | | CareOregon has always included attestation to the state that prescription drug prices and rates are |

---

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers

| REVISED September 22, 2017 | **[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]** |
|---|---|
| | **JACKSON CARE CONNECT CCO** |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/24/17 (DRAFT) | Under another form of PO | Notes |
|---|---|---|---|---|---|---|
| | | | | | | proprietary. Furthermore, this information is not relevant to FCI's claims/ inquiry. |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | This information should not be produced at all. This is protected trade secret information. | | | |
| [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | Need CCO position on this category | | Attorneys Eyes Only. | | The Regional Rate Models and supporting exhibits for the Southwestern, Northwestern, and Eastern Oregon Regions is not necessary or relevant to FCI's claims/inquiry. |

---

[3] See comment on No.11

Exhibit 3 - CPC and JCC Templates
Page 6 of 6