Eric A. Lindenauer, OSB #833721
E-Mail: elindenauer@gsblaw.com
Garvey Schubert Barer, P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

       Attorneys for Intervenor
       PacificSource Community Solutions

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, <br><br>     Plaintiff, <br><br>   v. <br><br> FAMILYCARE, INC., an Oregon non-profit corporation, <br><br>     Defendant. | Case No. 3:18-cv-00212-MO (LEADING) <br><br> **PACIFICSOURCE COMMUNITY SOLUTIONS' CORPORATE DISCLOSURE STATEMENT** |
| FAMILYCARE, INC., an Oregon non-profit corporation, <br>     Plaintiff, <br><br>   v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, <br><br>     Defendant. | Case No. 6:18-cv-00296-MO |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PacificSource Community Solutions states as follows:

PacificSource Community Solutions is an Oregon nonprofit corporation.  PacificSource Community Health Plans, an Oregon nonprofit corporation, is the sole member of PacificSource Community Solutions.  No publicly held company owns stock in PacificSource Community Solutions.

DATED this 30th day of March, 2018.

Respectfully submitted,

GARVEY SCHUBERT BARER, P.C.


By  s/ Eric A. Lindenauer
Eric A. Lindenauer, OSB #833721
Telephone:  (503) 228-3939
Fax:  (503) 226-0259
E-Mail:  elindenauer@gsblaw.com
Attorneys for Intervenor PacificSource
Community Solutions

GSB:9363690.1