**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading) Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |

FAMILYCARE, INC., an Oregon non-profit
corporation,

**Page 1 -  DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON
HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO
FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS**

Plaintiff,

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

Defendants.

I, Matthew A. Levin, declare:

1.    I am one of the attorneys representing defendant Oregon Health Authority ("OHA"). The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Plaintiff FamilyCare, Inc. has yet to take a single deposition in this lawsuit.

3.    Counsel for Optumas, OHA's third-party actuary, informed me Optumas has collected documents in response to FamilyCare's Fifth and Sixth Requests for Production of Documents and intends to produce responsive documents.

4.    In making confidentiality and attorneys' eyes only designations, OHA has attempted to abide by all requests made by CCOs to designate and stamp documents either "confidential" or "attorneys' eyes only."

5.    OHA will be producing redacted versions of the documents identified in FamilyCare's Exhibit 15 to the Declaration of Alletta S. Brenner in support of its Omnibus Discovery Motions.  OHA expects this supplemental production to be complete prior to the April 6 hearing on this motion.

6.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
| --- | --- |
| 1 | December 5, 2012 Personal/Professional Services Contact Between Optumas and OHA |
| 2 | January 12, 2018 Letter from Kevin O'Malley to Hon. Sean Armstrong |
| 3 | March 2, 2018 Email from Hannah Porter to Douglas R. Pahl |
| 4 | March 10, 2016 Amendment No. 5 to Contract Between Optumas and OHA |

**Page 2 -  DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON
      HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO
      FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS**

| Exhibit No. | Description |
|---|---|
| 5 | March 16, 2018 Letter from Matthew A. Levin to Thomas R. Johnson Jr. |
| 6 | March 30, 2018 Email from Matthew Mertens to Alletta S. Brenner et al. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 30th day of March, 2018.

*/s/ Matthew A. Levin*

Matthew A. Levin, OSB #003054

712624

**Page 3 -   DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS**