| | |
|---|---|
| **From:** | Porter, Hannah H. |
| **To:** | Pahl, Douglas (Perkins Coie) |
| **Cc:** | O"Malley, Kevin E.; Samuelson, Brian P. (Perkins Coie); Thompson, Christopher W.; Brenner, Alletta S. (Perkins Coie); Gordon, Matthew P. (Perkins Coie); Matt Levin; Laura Salerno Owens; Brittany M. Simpson; Harry Wilson; Johnson, Thomas R., Jr. (Perkins Coie); Joel Leonard; John Ostrander |
| **Subject:** | RE: Production of Optumas Documents |
| **Date:** | Friday, March 2, 2018 3:50:28 PM |
| **Attachments:** | image005.jpg |
| | image006.png |
| | image001.jpg |
| | image002.jpg |
| | Potential Optumas Clawbacks.zip |

Doug,

Thank you for your email.

==To confirm, Optumas is currently conducting a review of the documents that hit on the search terms included in your February 14, 2018 letter.  That process is ongoing.  Given the number of documents to review, we plan to produce documents in batches.==  We anticipate producing the first batch within approximately 72 hours.

In addition, after further review, Optumas has determined that the documents in the attached zip folder are non-responsive.  Specifically, the documents in the first list contain communications between Optumas and a third party concerning an engagement that is unrelated to OHA.  The documents in the second and third list contain personal information of Optumas employees that is irrelevant to this case.  Accordingly, we request to claw back these documents. Please confirm once you have deleted them.

Thank you,



2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Hannah H. Porter
Attorney Profile
hannah.porter@gknet.com
602-530-8175



---

**From:** Pahl, Douglas (Perkins Coie) [mailto:DPahl@perkinscoie.com]
**Sent:** Friday, February 23, 2018 6:26 PM
**To:** Porter, Hannah H. <hannah.porter@gknet.com>
**Cc:** O'Malley, Kevin E. <kevin.omalley@gknet.com>; Samuelson, Brian P. (Perkins Coie) <BSamuelson@perkinscoie.com>; Thompson, Christopher W. <chris.thompson@gknet.com>;

Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Matt Levin (mattlevin@markowitzherbold.com) <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Joel Leonard <Joel@eoplaw.com>; John Ostrander <John@eoplaw.com>
**Subject:** RE: Production of Optumas Documents

Hannah

Thank you for your email.  As discussed with Matt Levin and Joel Leonard, we were concerned that Optumas had decided to cease its court-ordered review and production of documents.  We now understand this is not the case and appreciate the clarification.

Regarding the amended complaint, we anticipate issuing new RFPs to OHA early next week, with the understanding that OHA will work with Optumas to collect and produce responsive documents.  Provided that Optumas has been treating all documents related to FamilyCare or Optumas' rate-setting work for OHA through the date of collection as responsive, we do not anticipate the new RFPs to affect Optumas' current review very much, although they may require Optumas to collect and review documents from additional custodians or time periods as appropriate.

In the meantime, although this case is now in federal court, "[a]ll injunctions, orders, and other proceedings" entered in state court before removal "remain in full force and effect until dissolved or modified by the district court."  28 U.S.C. 1450.  Judge Armstrong's order granting FamilyCare's motion to compel is still in effect, and Optumas's production of documents as ordered by Judge Armstrong continues to be overdue.

In my letter of February 14, 2018, I proposed a procedure for completing the court-ordered production.  We've not received a reply indicating that process is unreasonable or unworkable and understand from your email below that Optumas is currently working to review documents according to the proposed procedure.

Please let me know when you anticipate producing responsive documents.  I'm otherwise happy to discuss any of this at your convenience.

Many thanks.

Doug

Douglas R. Pahl
Perkins Coie LLP
503-727-2087

---

**From:** Porter, Hannah H. [mailto:hannah.porter@gknet.com]
**Sent:** Thursday, February 22, 2018 3:19 PM
**To:** Pahl, Douglas (POR)
**Cc:** O'Malley, Kevin E.; Thompson, Christopher W.; Brenner, Alletta S.(POR); Gordon, Matthew P. (SEA); Matt Levin (mattlevin@markowitzherbold.com); Laura Salerno Owens; Brittany M. Simpson; Harry Wilson; Johnson, Thomas R., Jr. (POR); Joel Leonard; John Ostrander
**Subject:** RE: Production of Optumas Documents

All,

It has come to our attention that my earlier email may have been misunderstood.  We wanted to clarify a couple of points.

My email was intended to raise the fact that the amended complaint has undoubtedly changed the overall scope of discovery.  However, the effect of the amended complaint upon Optumas' review and production of documents is less clear.  Optumas is currently working on a review of the excluded documents.  We do not want to complete this review and then be told that we have to run another search and review of the same documents for new issues related to the new claims.  Multiple reviews of the same documents would be inefficient and cause unnecessary delay.   Thus, to avoid duplication of effort, we would appreciate knowing as soon as possible what changes, if any, the amended complaint has upon Optumas' review of documents.  We remain committed to working with the parties to address any disputes that may arise.

If you have any questions, please let us know.  We are also available for a phone call to discuss further.

Thank you,



2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Hannah H. Porter
Attorney Profile
hannah.porter@gknet.com
602-530-8175

---

**From:** Porter, Hannah H.
**Sent:** Tuesday, February 20, 2018 5:24 PM
**To:** 'Pahl, Douglas (Perkins Coie)' <DPahl@perkinscoie.com>
**Cc:** O'Malley, Kevin E. <kevin.omalley@gknet.com>; Thompson, Christopher W. <chris.thompson@gknet.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Matt Levin (mattlevin@markowitzherbold.com) <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Joel Leonard <Joel@eoplaw.com>; John Ostrander <John@eoplaw.com>
**Subject:** RE: Production of Optumas Documents

Doug,

It is our understanding that FamilyCare has filed a Third Amended Complaint, which includes new claims not previously raised, and that the entire case has been removed to federal court. Given that the new claims expand the scope of the proceedings and thus the scope of discovery, we believe it would be more efficient to first determine the impact of the new claims on our ongoing efforts to provide responsive materials so as to ensure that our client is not subject to another round of additional requests for documents from within the same voluminous set of electronic materials. We remain committed to working with FamilyCare and OHA to resolve any disputes that may arise.

Thank you,



2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Hannah H. Porter
Attorney Profile
hannah.porter@gknet.com
602-530-8175

---

**From:** Pahl, Douglas (Perkins Coie) [mailto:DPahl@perkinscoie.com]
**Sent:** Wednesday, February 14, 2018 7:09 PM
**To:** Porter, Hannah H. <hannah.porter@gknet.com>
**Cc:** O'Malley, Kevin E. <kevin.omalley@gknet.com>; Thompson, Christopher W. <chris.thompson@gknet.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Matt Levin (mattlevin@markowitzherbold.com) <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Joel Leonard <Joel@eoplaw.com>; John Ostrander <John@eoplaw.com>
**Subject:** RE: Production of Optumas Documents

Hannah

See the attached letter and marked search term report.

Doug

Douglas R. Pahl

Perkins Coie LLP

503-727-2087

**From:** Porter, Hannah H. [mailto:hannah.porter@gknet.com]
**Sent:** Tuesday, February 13, 2018 4:03 PM
**To:** Pahl, Douglas (POR); Brenner, Alletta S.(POR); Gordon, Matthew P. (SEA); Matt Levin (mattlevin@markowitzherbold.com); Laura Salerno Owens; Brittany M. Simpson; Harry Wilson
**Cc:** O'Malley, Kevin E.; Thompson, Christopher W.; Joel Leonard; John Ostrander
**Subject:** Production of Optumas Documents

All,

It is my understanding that on Sunday, you should have received the documents produced from the 7 inadvertently excluded CCO domains.  I still have not heard from you regarding any other domains that you believe should not be used and so I assume that our list covered your issues.  If you do have concerns about any of the other excluded domains, please let us know as soon as possible.

Optumas has run the search terms that I sent to you on Friday, February 9.  Attached is a copy of the search term report for those search terms.  According to Discovia, the terms hit on approximately 6,500 documents (including families).  Optumas will review and produce responsive documents that hit on these search terms.  We are also willing to consider running additional search terms and can be available for a call to discuss possible terms.

Thank you,



2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Hannah H. Porter
Attorney Profile
hannah.porter@gknet.com
602-530-8175



This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.