

**Contract Number 140329**

## AMENDMENT TO
## STATE OF OREGON
### PERSONAL/PROFESSIONAL SERVICES CONTRACT

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

This is amendment number **5** to Contract Number **140329** between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA" and

**Optumas**
**7400 East McDonald Drive, Suite 101**
**Scottsdale, Arizona  85250**
**Telephone: 480-588-2499**
**Facsimile: 480-315-1795**
**E-mail address: steve.schramm@optumas.com**

hereinafter referred to as "Contractor."

1.   Upon approval of this amendment by every party and, when required, by Department of Justice, this amendment shall become effective on **January 1, 2016** regardless of the date this amendment has been fully executed by every party.

2.   The Contract is hereby amended as follows:

   a.   Section 3.a. Consideration, is amended as follows: language to be deleted or replaced is ~~struck through~~; new language is **underlined and bold**:

   "**3.    Consideration.**

   a.   The maximum, not-to-exceed compensation payable to Contractor under this Contract, which includes any allowable expenses, is **$5,040,000.00** ~~$2,745,000.00~~.  OHA will not pay Contractor any amount in excess of the not-to-exceed compensation of this Contract for completing the Work, and will not pay for Work performed before the date this Contract becomes effective or after the termination or expiration of this Contract.  If the maximum compensation is increased by amendment of this Contract, the amendment must be fully effective before Contractor performs Work subject to the amendment."

b.    Exhibit A, Part 1, Statement of Work is amended to add the following Work, Tasks and Deliverables:

| Calendar Year 2016 (CY16) Rate Development - Continued |
| --- |
| *Task # 5 Continuation of 2016 CCO Rate  Development*<br><br>Contractor shall complete all deliverables required by Amendment #4 to this Contract. , Completion requires additional work due to legislative involvement and significant stakeholder engagement.<br><br>**(Estimated hours for completion of Task #3 by Contractor's Staff: 1436-1462 hours)** |
| *Task #6: Leverage CCO rate development to certify non-CCO contracts*<br><br>Contractor shall create Base Data, Rate Model, Projection Factors and Actuarial Certification for MHOs and DCOs:<br>   -   Utilize information and work done for CCO rate development for Calendar Year 2016 (CY16) Rate Development to develop MHO and DCO 2016 rates; and<br>   -   Engage with stakeholders regarding data discrepancies if needed;<br>   -   Develop payment rates appropriate for these managed care entities; and<br>   -   Deliver Actuarial Certifications for MHO and DCO rates, and all required documentation for submission to CMS.<br>        **(Estimated hours for completion of Task #6 by Contractor's Staff: 872-984 hours).** |

Ex 4 - Levin Decl<br>Page 2 of 11

OHA_LIT_00068047

**Calendar Year 2017 Rate Development**

*Task #1: Contractor shall review Rate Methodology in detail*
Contractor shall perform these Review Process tasks:
- Identify areas that need to be improved; and
- Work with ASU to understand the underlying process for each analysis.

**(Estimated hours for completion of Task #1 by Contractor's Staff: 205-256 hours).**

*Task #2: Develop Base Data Model/Credibility Methodology*

Contractor shall create a Base Data Model and complete the following tasks:
- Develop a methodology that recognizes regional differences in risk across all Plans and adjusts for credibility with regard to small cell sizes;
- Identify additional Plan specific risks;
- Understand Plan specific reimbursement;
- Share the resulting methodology with each Plan, solicit feedback;
- Ensure that all applicable guidance from CMS and Office the Actuary is being followed;
- Understand the underlying risk of the populations across each Plan, risk score analysis;
- Quantify impact of any base data program changes;
- Develop IBNR/under-reporting estimates; and
- Engage with Plans throughout the process.

**(Estimated hours for completion of Task #2 by Contractor's Staff: 821-974 hours).**

Ex 4 - Levin Decl
Page 3 of 11

OHA_LIT_00068048

| Calendar Year 2017 Rate Development |
| --- |
| *Task #3: Develop Projection Models/Rate Model*<br><br>Contractor shall create Rate Model and Projection Factors and perform the following tasks:<br>   - Develop Trend Model<br>     Quantify impact of prospective program changes<br>   - Develop methodology for expansion population<br>   - Review administrative loads<br>   - Review Plan financials<br>   - Rate range development<br>   - Share model with Plans<br><br>**(Estimated hours for completion of Task #3 by Contractor's Staff: 1026-1179 hours).** |
| *Task #4 Choose Payment Rate for each Plan/Prepare Responses to CMS questions*<br><br>Contractor shall work with OHA to determine Plan payment rates and perform the following tasks:<br>   - Develop payment rates with consideration given to global budget;<br>   - Ensure any unexpected changes in payment rates can be explained through supplemental analysis;<br>   - Present to Plans; and<br>   - Meet all state and federally required timelines.<br><br>**(Estimated hours for completion of Task #4 by Contractor's Staff: 282-333 hours).** |

**Timeline for Task Completion**: will be set by the parties' mutual agreement: Optumas will submit a project plan with specified timelines for OHA approval.

Ex 4 - Levin Decl<br>Page 4 of 11<br>OHA_LIT_00068049

**Preparation of Section 1115 Waiver Amendment**

**Background**

In 2012,Oregon secured CMS approval of its a Section 1115[1] demonstration project[2] from the Center for Medicaid and CHIP Services (CMCS) which enabled it to establish Coordinated Care Organizations (CCOs) as Oregon's Medicaid delivery system and to implement health system transformation for the Oregon Health Plan.  The goal of Oregon's demonstration was to transform and improve care delivery, driven by locally-determined models of care, while reducing the rate of spending growth in the Medicaid program. Oregon developed a coordinated care model for this transformation. This model changes the delivery system to ensure that benefits and services are integrated and coordinated. Through extensive measurement and monitoring, the amendment and extension of Oregon's waiver seeks to demonstrate the effectiveness of this model in achieving a three-part aim: improving the individual experience of care; improving the health of populations; and reducing the per capita costs of care for populations. The demonstration runs from July 2012 through June 2017.

As approved, Oregon's demonstration employs "global budgets" to reimburse CCOs in the form of a per member per month (PMPM) payment which integrates multiple funding streams intended to represent the total cost of care for all services for which the CCO is responsible.

Since 2012, Oregon has modified its CCO rate setting approach several times in response to, among other things, guidance from CMCS and concerns expressed by the CCOs.  Oregon has retained Contractor to develop its 2015 and 2016 CCO rates and will be working with Contractor to better align the concepts of the waiver with 2017 rate development.

Oregon now seeks to ensure that it is able to set global budget payment rates to CCOs in a way that meets its delivery system and cost objectives while adhering to CMCS guidance.   Among other things, Oregon seeks to incorporate the following into its CCO rate setting model and metrics:
1) the value of "in lieu of" and alternative services, which are key components of the CCO delivery model, in the medical component of the CCO rate;
2) a sustainable and predictable rate of growth; and
3) a quality valuation index and value-based purchasing metrics.

---

[1] Section 1115 of the Social Security Act.
[2] See https://www.medicaid.gov/medicaid-chip-program-information/by-topics/waivers/1115/section-1115-demonstrations.html

140329-5 / JFG
OHA PSK Amendment

Ex 4 - Levin Decl
Page 5 of 11

OHA_LIT_00068050

Contractor, using the services of its subcontractor Manatt, Phelps & Phillips, LLP, shall perform the tasks below to assist OHA to develop and secure CMS approval for Oregon's CCO rate setting methodology, within the global budget framework that creates incentives for CCOs to deliver preventive services, health promotion and outcomes through an integrated service system that rewards value and efficiency. CMS approval may require amending the Section 1115 Medicaid demonstration waiver terms and conditions and waiving additional provisions of federal Medicaid law and regulation. The specific tasks to be completed for this preparation of the Section 1115 waiver amendment are listed below.

**Required Contractor Tasks:**
Contractor shall complete the following tasks, using the services of its subcontractor Manatt, Phelps & Phillips, LLP (and specifically the subcontractor's staff, Deborah Bachrach and Cindy Mann) by **May 30, 2016**:

1. **Task #1:** Review Oregon's Section 1115 waiver, and operational protocols, most particularly with respect to the rate setting provisions (Section 34 of the Special Terms and Conditions of Oregon's Section 1115 waiver) and quality metrics.
2. **Task #2:** Review the correspondence with CMCS and more generally any materials describing the current rate setting methodology.
3. **Task #3:** Engage key OHA staff to fully understand the issues that have arisen with the existing rate setting approaches, including the concerns raised by CCOs, the approaches that have been discussed with CMCS, and the goals OHA seeks to advance with the new rate setting methodology and quality metrics. (This will occur at an on-site meeting at OHA offices in Portland, Oregon). Provided cross-walk to existing and proposed federal law, regulations and guidance, including ASOP 49.
4. **Task #4:** Determine, in consultation with OHA staff, the most appropriate approach for achieving OHA's desired goals and what, if any, modification to the existing waiver or an additional waiver are required
5. **Task #5:** Draft a concept paper that OHA may use to advance its proposal with CMCS; share it with OHA; and, revise in accordance with received feedback.
6. **Task #6:** Participate in an in-person meeting with OHA and CCO representatives to review the draft concept paper, gather feedback and consider appropriate revisions. Revise the concept paper as required.
7. **Task #7:** Work with OHA to present and discuss the concept paper with CMCS
8. **Task #8:** Participate in telephone consultation as requested by OHA to provide up to two updates to CCO representatives with respect to feedback from CMCS.
9. **Task #9:** Draft any required waiver amendment reflecting the CMCS guidance and feedback.

Ex 4 - Levin Decl
Page 6 of 11

OHA_LIT_00068051

> 10. **Task #10:** Work with OHA to secure CMCS approval of the rate setting methodology and quality metrics.
>
> Contractor shall provide documentation of completion of the above activities and tasks to the OHA Contract Administrator with Contractor's invoices. Said documentation must be accepted by the OHA Contract Administrator (or delegate) before OHA will authorize payment based on completion of the above work.

3.  Exhibit A, Part 2 Consideration is amended as follows: language to be deleted or replaced is ~~struck through~~; new language is **underlined and bold**:

## "EXHIBIT A

### Part 2
### Consideration

1.  **Payment Provisions.**

    OHA will reimburse the Contractor at the rate of $195.00 per hour for all services performed under this **Contract, except for Preparation of Section 1115 Waiver Amendment (for which payment provisions are listed below).**

    **Payment for Preparation of Section 1115 Waiver Amendment: Following OHA's approval of Contractor's invoices and related documentation verifying completion of tasks required for Preparation of Section 1115 Waiver Amendment, OHA will pay Contractor as follows:**

    | | |
    |---|---|
    | **Fee for Completion of Phase 1 (Tasks 1 through 4):** | **$115,000** |
    | **Fee for Completion of Phase 2 (Tasks 5 and 6):** | **$135,000** |
    | **Fee for Completion of Phase 3 (Tasks 8 and 9):** | **$35,000** |
    | **Fee for Completion of Phase 4 (Tasks 7 and 10):** | **$50,000** |
    | **Total of above fees for Tasks #1-10:** | **$335,000** |

    Contractor shall submit monthly invoices to OHA's Contract Administrator at the address specified on page 1 of this Contract, or to any other address as OHA may indicate in writing to Contractor. Contractor's claims to OHA for overdue payments on invoices are subject to ORS 293.462.

2.  **Travel and Other Expenses.**

    OHA shall not reimburse Contractor for any travel or additional expenses under this Contract."

140329-5 / JFG
OHA PSK Amendment

Page 7 of 11
Updated: 05.26.15

Ex 4 - Levin Decl
Page 7 of 11

OHA_LIT_00068052

4.   OHA's performance hereunder is conditioned upon Contractor's compliance with provisions of ORS 279B.220, 279B.225, 279B.230, 279B.235, and 279B.270, which are hereby incorporated by reference. Contractor shall, to the maximum extent economically feasible in the performance of this Contract, use recycled paper (as defined in ORS 279A.010(1)(gg)), recycled PETE products (as defined in 279A.010(1)(hh)), and other recycled products (as "recycled product" is defined in 279A.010(1)(ii)).

5.   Except as expressly amended above, all other terms and conditions of the initial Contract and any previous amendments are still in full force and effect. Contractor certifies that the representations, warranties and certifications contained in the initial Contract are true and correct as of the effective date of this amendment and with the same effect as though made at the time of this amendment.

6.   **Certification.** The Contractor acknowledges that the Oregon False Claims Act, ORS 180.750 to 180.785, applies to any "claim" (as defined by ORS 180.750) that is made by (or caused by) the Contractor and that pertains to this Contract or to the project for which the Contract work is being performed. The Contractor certifies that no claim described in the previous sentence is or will be a "false claim" (as defined by ORS 180.750) or an act prohibited by ORS 180.755. Contractor further acknowledges that in addition to the remedies under this Contract, if it makes (or causes to be made) a false claim or performs (or causes to be performed) an act prohibited under the Oregon False Claims Act, the Oregon Attorney General may enforce the liabilities and penalties provided by the Oregon False Claims Act against the Contractor. Without limiting the generality of the foregoing, by signature on this Contract, the Contractor hereby certifies that:

   a.   Under penalty of perjury the undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a state tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS chapters 118, 314, 316, 317, 318, 321 and 323 and the elderly rental assistance program under ORS 310.630 to 310.706 and local taxes administered by the Department of Revenue under ORS 305.620;

   b.   The information shown in Contractor Data and Certification, of original Contract or as amended is Contractor's true, accurate and correct information;

   c.   To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

   d.   Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals and Blocked Persons" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at:
   *http://www.treas.gov/offices/enforcement/ofac/sdn/t11sdn.pdf*;

   e.   Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Non-procurement Programs" found at: *https://www.sam.gov/portal/public/SAM/*;

Ex 4 - Levin Decl
Page 8 of 11

OHA_LIT_00068053

f.    Contractor is not subject to backup withholding because:

    (1)    Contractor is exempt from backup withholding;

    (2)    Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

    (3)    The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

g.    Contractor hereby certifies that the FEIN or SSN provided to OHA is true and accurate. If this information changes, Contractor is also required to provide OHA with the new FEIN or SSN within 10 days.

140329-5 / JFG
OHA PSK Amendment

Page 9 of 11
Updated: 05.26.15

Ex 4 - Levin Decl
Page 9 of 11

OHA_LIT_00068054

7. **Contractor Data.** Contractor shall provide current information as required below. This information is requested pursuant to ORS 305.385.

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

If Contractor is self-insured for any of the Insurance Requirements specified in Exhibit C of this Contract, Contractor may so indicate by: (i) writing "Self-Insured" on the appropriate line(s); and (ii) submitting a certificate of insurance as required in Exhibit C, section 9.

**Contractor Name (exactly as filed with the IRS):** Schramm Health Partners, LLC dba Optumas

Street address: 1400 E McDonald Drive, Suite 101

City, state, zip code: Scottsdale, Arizona 85250

Email address: Steve.schramm@optumas.com

Telephone: (480) 588-2499    Facsimile: (480) 588-2498

**Is Contractor a nonresident alien**, as defined in 26 U.S.C. § 7701(b)(1)? *(Check one box)*: ☐ YES ☑ NO

**Contractor Proof of Insurance**, as required by Exhibit C:

All insurance listed must be in effect at the time of provision of services under this Contract.

Professional Liability Insurance Company: Evanston Insurance Co.

Policy #: E0861788    Expiration Date: 12.21.2016

Commercial General Liability Insurance Company: Valley Forge Insurance Co. (CNA)

Policy #: 4012466560    Expiration Date: 11.21.2016

Automobile Liability Insurance Company: Valley Forge Insurance Co (CNA)

Policy #: 4012466624    Expiration Date: 11.21.2016

**Workers' Compensation:** Does Contractor have any subject workers, as defined in ORS 656.027? *(Check one box)*: ☑ YES ☐ NO *If YES, provide the following information:*

Workers' Compensation Insurance Company: The Hartford

Policy #: 76-WEG-FY9359    Expiration Date: 12.01.2016

**Business Designation:** *(Check one box)*:

☑ Professional Corporation    ☐ Nonprofit Corporation    ☐ Limited Partnership
☐ Limited Liability Company    ☐ Limited Liability Partnership    ☐ Sole Proprietorship
☐ Corporation    ☐ Partnership    ☐ Other

Contractor shall provide proof of Insurance upon request by OHA or OHA designee.

140329-5 / JFG
OHA PSK Amendment

Page 10 of 11
Updated: 05.26.15

Ex 4 - Levin Decl
Page 10 of 11

OHA_LIT_00068055

7.     Signatures.

CONTRACTOR:   YOU WILL NOT BE PAID FOR SERVICES RENDERED PRIOR TO
NECESSARY STATE APPROVALS.

Optumas
By:

_Steven R. Schramm_ _MANAGING DIRECTOR_ _MARCH 3, 2016_
Authorized Signature                    Title                         Date

State of Oregon, acting by and through its Oregon Health Authority
By:

_Clement_ _HPA Director_ _3/9/16_
Authorized Signature                    Title                         Date

Approved for Legal Sufficiency:

_Approved by Mark Williams, Attorney-in-Charge_                      2/25/16
  Assistant Attorney General                                        Date

OHA Program Review:

_Jennifer C. Davis_           _Proeject Manager, Health Analytics_    2/4/16
  Authorized Signature                 Title                         Date

Office of Contracts and Procurement:

_John F. Harder_                                                     3/10/16
  Contract Specialist                                               Date

140329-5 / JFG                                              Page 11 of 11
OHA PSK Amendment                                         Updated: 05.26.15

OHA_LIT_00068056