REDACTED



**From:** "Mertens, Matthew (Perkins Coie)" <MMertens@perkinscoie.com>
**Date:** March 30, 2018 at 12:15:00 PM PDT
**To:** "Brenner, Alletta S. (Perkins Coie)" <ABrenner@perkinscoie.com>, "Gordon, Matthew P. (Perkins Coie)" <MGordon@perkinscoie.com>, "Samuelson, Brian P. (Perkins Coie)" <BSamuelson@perkinscoie.com>, "English, Stephen F. (Perkins Coie)" <SEnglish@perkinscoie.com>
**Cc:** "Petrova, Sasha (Perkins Coie)" <SPetrova@perkinscoie.com>, "Pahl, Douglas (Perkins Coie)" <DPahl@perkinscoie.com>, Matt Levin <mattlevin@markowitzherbold.com>, Laura Salerno Owens <laurasalerno@markowitzherbold.com>, Renee Rothauge <reneerothauge@markowitzherbold.com>, Harry Wilson <harrywilson@markowitzherbold.com>, Dallas DeLuca <dallasdeluca@markowitzherbold.com>
**Subject: RE: FamilyCare, Inc v. Oregon Health Authority (OHA) -- correction regarding FamilyCare's omnibus discovery motion (Dkt 30) and Brenner declaration (Dkt 32)**

Counsel –

It came to our attention today that there was a mistake in the final paragraph of FamilyCare's omnibus discovery motion (ECF No. 30). We requested that the court conduct an in camera review of the documents identified in Exhibit 19 to the Brenner Declaration. Exhibit 19 is not the correct reference for this request. Due to a miscommunication, the Brenner Declaration inadvertently omitted Exhibit 22, which is

a chart of OHA's privilege log entries that appear to pertain to the communications plan. The request for the in camera review pertains to this Exhibit 22 and not to Exhibit 19. Proposed Exhibit 22 is attached to this email.

We are going to file a supplemental declaration explaining the above and attaching Exhibit 22, and we will subsequently email chambers (copying you) to explain that the reference to Exhibit 19 in the last paragraph of the omnibus motion should actually be to Exhibit 22 of the supplemental declaration. We wanted you to have the proper exhibit as quickly as possible before starting this process.

Best,

**Matthew Mertens | Perkins Coie LLP**
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
E. MMertens@perkinscoie.com

**From:** Greg Scott [mailto:gregscott@markowitzherbold.com]
**Sent:** Friday, March 30, 2018 9:28 AM
**To:** Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; Mertens, Matthew (POR) <MMertens@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Samuelson, Brian P. (POR) <BSamuelson@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>
**Cc:** Petrova, Sasha (POR) <SPetrova@perkinscoie.com>; Pahl, Douglas (POR) <DPahl@perkinscoie.com>; Matt Levin <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Renee Rothauge <reneerothauge@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Dallas DeLuca <dallasdeluca@markowitzherbold.com>
**Subject:** RE: FamilyCare, Inc v. Oregon Health Authority (OHA), USDC Case No. 6:18-cv-00296-MO

Counsel,

Attached is a letter regarding OHA's 32nd – 34th productions.
The Fed ex tracking number for this shipment is 771879147123.

Please let me know if you require any assistance accessing these productions.

**Greg A. Scott** | Paralegal
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web | LinkedIn

CONFIDENTIALITY NOTICE: The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.