**From:** "Brenner, Alletta S. (Perkins Coie)" <ABrenner@perkinscoie.com>
**Date:** March 15, 2018 at 11:21:10 AM PDT
**To:** "Chaimov, Gregory" <gregorychaimov@dwt.com>
**Cc:** "Johnson, Thomas R., Jr. (Perkins Coie)" <TRJohnson@perkinscoie.com>,
"ESamuel@perkinscoie.com" <ESamuel@perkinscoie.com>
**Subject: FamilyCare v. OHA: follow up on AEO issues**

Greg,

Per our discussion earlier this week, attached is a chart outlining the various categories of documents that have been identified for confidentiality designations and FamilyCare's position as to each.

Best,
Alletta

**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT 3 to Decl. of Chaimov
Page 1 of 5

| | Category of Document | Health Share's Instruction | Description |
|---|---|---|---|
| 1 | CCO rate of growth tool | Designate and mark as AEO. | FamilyCare does not believe that any form confidentiality designation is appropriate for this document because it contains only aggregated information, reveals no provider-specific information, and is based on information that is readily attainable from CCO financial statements, which are publicly available. |
| 2 | Exhibit L | Designate and mark as AEO with the exception of some publicly available documents. | FamilyCare believes that this document should not be marked as AEO because FamilyCare is no longer a competitor of Health Share and because most of this document consists of aggregated data that can readily be derived from other sources and which has been routinely disclosed in the past and in in other contexts.<br><br>To the extent that the court may conclude that certain provider-level information contained in this document may be proprietary, FamilyCare believes that it should be redacted as an alternative to designating the entire document, and any affiliated documents, as AEO. |
| 3 | Supplemental Rate Templates | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because the information contained within it is aggregated at a high level and more specific information that might be considered proprietary cannot be derived from it. |
| 4 | Claims and encounter data submissions to state | Designate and mark as AEO. | FamilyCare believes that this document should not be marked as AEO because FamilyCare is no longer a competitor of Health Share. Furthermore, aggregated versions of this data lacks competitive value and is routinely made public in other contexts.<br><br>To the extent that the court may conclude that certain provider-level information may be proprietary such that it should be marked as confidential, FamilyCare does not object to that. However, when appropriate, redaction should be considered an alternative to |

138983666.2

**EXHIBIT 3 to Decl. of Chaimov**

| | | | designating the entire document, and any affiliated documents, as AEO. |
|---|---|---|---|
| 5 | State enrollment data, including premiums paid | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for documents of this type as it is public information that is routinely disseminated. |
| 6 | MLR Template | If produced over Health Share's objection, designate and mark as AEO. | FamilyCare believes no type of confidentiality designation is appropriate for this category of document because the information within it is aggregated at a high level and is routinely made available to the public in a summarized form. |
| 7 | Audited Financials | No designation requested. | FamilyCare agrees that no confidentiality designation is appropriate for this type of document because it is publicly available. |
| 8 | Actuarial Opinions | Health Share states that it does not generate such documents, but requests AEO designation for All documents, communications, datasets, and the like generated and provided by its consulting actuaries, inclusive of all documents on the actuary's letterhead. | FamilyCare believes that no confidentiality designation is appropriate for this category of document because it contains only an is an aggregated summary that can be derived in part from other publicly available sources.  In the past, OHA has made these reports publicly available. |
| 9 | SNRG (Special Needs Rate Group) Reconciliation | No response was provided by Health Share to this category, but it appears that OHA has designated this category of documents as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because this information is wholly aggregated and not provider-specific. |
| 10 | FB 231 Primary Care Template | If produced over Health Share's objection, designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because the information in it is aggregated according to the type of payment and does not include any provider-specific data. In addition, a summary form of this information is published annually by OHA in its report on primary care. |

- 2 -

**EXHIBIT 3 to Decl. of Chaimov**
**Page 3 of 5**

| 11 | Any records or detail data that would identify prescription drug prices or rates | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for many of the documents within this category because in many cases these are aggregated summaries of types of information that are routinely made public. Because FamilyCare is no longer a competitor, no documents in this category should be marked as AEO. However, to the extent that the court concludes that some protection from disclosure is appropriate, documents should be marked Confidential, with that designation limited to those documents that actually reveal individual pricing information, and that where appropriate, redaction should be considered as an alternative to designating the entire document. |
| --- | --- | --- | --- |
| 12 | Any other records or detail that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for most of the documents in this category because the information contained in most of these documents is aggregated and summarized so that no specific, provider-level information is revealed. Furthermore, reports and documents summarizing this type of information are routinely made available to the public.<br><br>To the extent that the court concludes that some protection from disclosure is warranted, designation should be limited to Confidential only because FamilyCare is no longer a competitor of Health Share. Where appropriate, redaction should be considered as an alternative to designating the entire document. |
| 13 | Regional Rate Models and supporting exhibits | No response provided, but it appears that OHA has designated this category of documents as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because documents in this category provide only high-level information on what CCOs in particular regions spend on care, aggregated in a way such that provider-specific information cannot be derived. Furthermore, much of the information contained in this type |

- 3 -

**EXHIBIT 3 to Decl. of Chaimov**
**Page 4 of 5**

| | | | |
|---|---|---|---|
| | | | of document has been routinely made publicly available in other contexts. |

**Additional categories not covered above identified in Health Share's letter**

| | | | |
|---|---|---|---|
| 14. | All documents relating to Health Share that have been sent by secure email or file transfer | AEO | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary. |
| 15. | All documents related to Health Share's base data | AEO | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary.<br><br>In addition, for the reasons outlined above, there is no reasons for such documents to be AEO as FamilyCare is not a competitior. To the extent that some specific information may have competitive value to others, it should be marked as Confidential only and redaction should be considered as an alternative to designation where appropriate. |
| 16. | All documents that include specific utilization rates for Health Share | AEO | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary.<br><br>Furthermore, FamilyCare believes that no confidentiality designation is appropriate because utilization data is not confidential and routinely disseminated to the public. |
| 17. | Documents that were provided or displayed during rate-setting meetings | Confidential | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary.<br><br>To the extent that any of the specific documents contained within this category overlap with the other categories outlined above, FamilyCare objects to their designation for the same reasons stated. |

- 4 -

**EXHIBIT 3 to Decl. of Chaimov**