**Davis Wright Tremaine LLP**

Suite 2400
1300 SW Fifth Avenue
Portland, OR  97201-5630

**Gregory A. Chaimov**
503.778.5328 tel
503.778.5299 fax

gregorychaimov@dwt.com

March 26, 2018

**VIA EMAIL – <u>abrenner@perkinscoie.com</u>**

Alletta Brenner
Perkins Coie LLP
1120 NW Couch St, 10th Flr
Portland OR  97209-4128

Re:     *FamilyCare, Inc. v. Oregon Health Authority*,
        <u>U.S. District Court Case No. 6:18-cv-00296-MO</u>

Dear Alletta:

This letter responds to your correspondence on March 15, 2018.

In an effort to aid our discussion about the confidentiality of documents, we are enclosing the chart you provided expanded to respond to the concerns FamilyCare raised about the designations of documents by category.

We intend for the information to facilitate a discussion that may lead to an agreement on issues FamilyCare raises and not to be a response under paragraph 5(a) of the Protective Order.  We may have additional information to provide as we continue to consider FamilyCare's concerns. In the event, however, FamilyCare considers the communications to be under paragraph 5(a) of the Protective Order, we are providing the information within the time provided by the Protective Order.

Please let us know if you have any questions or need additional information and when you are available to discuss the issues.

Very truly yours,

Davis Wright Tremaine LLP

Gregory A. Chaimov

GAC/jan
Enclosure
4814-8582-4607v.1 0095765-000004

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com

**EXHIBIT 4 to Decl. of Chaimov
Page 1 of 10**

**CHART OF HEALTH SHARE DESIGNATION**
**INSTRUCTIONS WITH COMMENTS**

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| 1. | CCO rate of growth tool | Designate and mark as AEO. | FamilyCare does not believe that any form confidentiality designation is appropriate for this document because it contains only aggregated information, reveals no provider-specific information, and is based on information that is readily attainable from CCO financial statements, which are publicly available. | This document includes Exhibit L reports that are not included in the readily attainable and publicly available CCO financial statements, and furthermore includes additional narrative pertaining to CCO specific strategies and pilot projects. | Content includes Health Share's business strategies and pilot projects, which are not publicly available and which, if disclosed, would permit a competitor to obtain an advantage over Health Share. |
| 2. | Exhibit L | Designate and mark as AEO | FamilyCare believes that this document should not be marked as AEO because FamilyCare is no longer a competitor of Health Share and because most of this document consists of aggregated data that can readily be derived from other sources and which has been routinely disclosed in the past and in in other contexts.<br><br>To the extent that the court may conclude that certain provider-level information contained in this document may be proprietary, FamilyCare believes that it should be redacted as an alternative to designating the entire document, and any affiliated documents, as AEO. | Although FamilyCare recently ceased operations, FamilyCare has publicly stated its intent to re-enter the market and compete with Health Share during the 2020 contract procurement. That process will formally begin in a few months with work already underway to prepare for the process. Just as important, de-designation of documents would allow FamilyCare executives to obtain and review Health Share's commercially sensitive information, which would significantly harm Health Share because, for example, it may then be used to benefit FamilyCare, any other CCO, or new market entrant.<br><br>OHA has already disseminated the subset of Exhibit L reports that are appropriate for public disclosure. The other sections of Exhibit L include information that is specific to Health | Content includes Health Share's business strategies and pilot projects, which are not publicly available and which if disclosed, would permit a competitor to obtain an advantage over Health Share.. Exhibit L also reveals the nature of Health Shares financial arrangements with business partners, some of which also worked with FamilyCare until February, 2018, and could again in the near future. |

**EXHIBIT 4 to Decl. of Chaimov**
**Page 2 of 10**

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| | | | | Share. | |
| 3. | Supplemental Rate Templates | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because the information contained within it is aggregated at a high level and more specific information that might be considered proprietary cannot be derived from it. | This document does not include only aggregated information. The purpose of this document is to provide additional detail that may help inform the rate setting process. | Health Share's plan partners (RAEs) independently negotiate proprietary drug pricing fee schedules (e.g. Hepatitis C drugs) with their unique vendors, which would be disclosed within this document for included drugs. That information is so commercially sensitive that Health Share does not even share it among health plan partners. |
| 4. | Claims and encounter data submissions to state | Designate and mark as AEO. | FamilyCare believes that this document should not be marked as AEO because FamilyCare is no longer a competitor of Health Share. Furthermore, aggregated versions of this data lacks competitive value and is routinely made public in other contexts.<br><br>To the extent that the court may conclude that certain provider-level information may be proprietary such that it should be marked as confidential, FamilyCare does not object to that. However, when appropriate, redaction should be considered an alternative to designating the entire document, and any affiliated documents, as AEO. | Although FamilyCare recently ceased operations, FamilyCare has publicly stated its intent to re-enter the market and compete with Health Share during the 2020 contract procurement. That process will formally begin in a few months with work already underway to prepare for the process. Just as important, de-designation of documents would allow FamilyCare executives to obtain and review Health Share's commercially sensitive information, which would significantly harm Health Share because, for example, the information may then be used to benefit FamilyCare, any other CCO, or new market entrant.<br><br>This is a request for line-by-line encounter data; not aggregated datasets. This information is not routinely made | It includes line by line encounter data submissions, inclusive of provider cost data, payment rates, and member level Protected Health Information (PHI) such as diagnosis of an individual's health status. This is the most sensitive information including provider-specific payment information and PHI of Health Share members. |

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| | | | | public in any context, and the information contains personal health information (PHI), and propriety information. | |
| 5. | State enrollment data, including premiums paid | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for documents of this type as it is public information that is routinely disseminated. | Health Share needs more information from FamilyCare to understand the scope of the documents described in this category.  If this category of documents includes member level enrollment data and the premium payments attached to individual members, then the information is not information ever publicly disclosed, as the information contains protected health information (PHI) of Health Share's members. | Health Share needs more information from FamilyCare to understand the scope of the documents described in this category.  At this point, Health Share believes the requested information includes protected health information (PHI) for its assigned members. |
| 6. | MLR Template | If produced over Health Share's objection, designate and mark as AEO. | FamilyCare believes no type of confidentiality designation is appropriate for this category of document because the information within it is aggregated at a high level and is routinely made available to the public in a summarized form. | This document should not be produced as the underlying details are not utilized in rate setting (not relevant).<br><br>MLR reports are not routinely made available to the public. | This document includes scratch sheets for providing additional notes and support, which provide insight into CCO contractual agreements and provider payment rates. |
| 7. | Audited Financials | No designation requested. | FamilyCare agrees that no confidentiality designation is appropriate for this type of document because it is publicly available. | No disputed issue. | |

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| 8. | Actuarial Opinions | Health Share states that it does not generate such documents, but requests AEO designation for all documents, communications, datasets, and the like generated and provided by its consulting actuaries, inclusive of all documents on the actuary's letterhead. | FamilyCare believes that no confidentiality designation is appropriate for this category of document because it contains only an aggregated summary that can be derived in part from other publicly available sources. In the past, OHA has made these reports publicly available. | Health Share needs more information from FamilyCare to understand the scope of the documents described in this category.<br><br>Health Share seeks AEO designation for all documents, communications, datasets, and the like generated and provided by its consulting actuaries, inclusive of all documents on the actuary's letterhead. | These documents may include proprietary, commercially sensitive advice from consulting actuaries including but not limited to topics such as CCO contracting, CCO global budget allocation strategies, and rate development strategies. |
| 9. | SNRG (Special Needs Rate Group) Reconciliation | No response was provided by Health Share to this category, but it appears that OHA has designated this category of documents as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because this information is wholly aggregated and not provider-specific. | Health Share believes OHA properly designated this category as AEO. The document contains commercially sensitive information. Not all of the information is aggregated. | This document includes scratch sheets for providing additional notes and support, inclusive of providing insight into CCO internal contractual agreements and payment rates. |
| 10. | FB 231 Primary Care Template | If produced over Health Share's objection, designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because the information in it is aggregated according to the type of payment and does not include any provider-specific data. In addition, a summary form of this information is published annually by OHA in its report on primary care. | To our knowledge, this report is not used in rate setting and is, therefore, not relevant. The report only includes non-FFS payments under completely different reporting instructions and logic than those utilized in rate setting.<br><br>This template does not include only aggregate information, nor is all of the information readily attainable via | Content includes Health Share's plan partners' alternative payment methodologies and pilot projects, which are not publicly available and are the primary tool used by managed care entities to compete. This information is so commercially sensitive that Health Share does not share it among health plan |

4826-7127-9968v.5 0095765-000004

**EXHIBIT 4 to Decl. of Chaimov**
**Page 5 of 10**

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| | | | | the published report. | partners. |
| 11. | Any records or detail data that would identify prescription drug prices or rates | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for many of the documents within this category because in many cases these are aggregated summaries of types of information that are routinely made public. Because FamilyCare is no longer a competitor, no documents in this category should be marked as AEO. However, to the extent that the court concludes that some protection from disclosure is appropriate, documents should be marked Confidential, with that designation limited to those documents that actually reveal individual pricing information, and that where appropriate, redaction should be considered as an alternative to designating the entire document. | Although FamilyCare recently ceased operations, FamilyCare has publicly stated its intent to re-enter the market and compete with Health Share during the 2020 contract procurement. That process will formally begin in a few months with work already underway to prepare for the process. Just as important, de-designation of documents would allow FamilyCare executives to obtain and review Health Share's commercially sensitive information, which would significantly harm Health Share because, for example, the information may then be used to benefit FamilyCare, any other CCO, or new market entrant.<br><br>Health Share's understanding of this category is that the documents would include detailed encounter data; not aggregated datasets. The category would also include proprietary information. | Such information would include pharmacy cost information in the form of pricing. Each of our physical health plan partners independently negotiates proprietary drug pricing fee schedules with their unique vendors, which would be disclosed in these documents. This information is so commercially sensitive, Health Share does not disclose it among health plan partners. |
| 12. | Any other records or detail that would expose encounters, rates, or contractual agreements | Designate and mark as AEO. | FamilyCare believes that no confidentiality designation is appropriate for most of the documents in this category because the information contained in most of these | Although FamilyCare recently ceased operations, FamilyCare has publicly stated its intent to re-enter the market and compete with Health Share during | These documents would include line-by-line encounter data submissions, inclusive of provider cost data, payment |

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| | with physicians, hospitals or any other providers | | documents is aggregated and summarized so that no specific, provider-level information is revealed.  Furthermore, reports and documents summarizing this type of information are routinely made available to the public.<br><br>To the extent that the court concludes that some protection from disclosure is warranted, designation should be limited to Confidential only because FamilyCare is no longer a competitor of Health Share.  Where appropriate, redaction should be considered as an alternative to designating the entire document. | the 2020 contract procurement.  That process will formally begin in a few months with work already underway to prepare for the process.  Just as important, de-designation of documents would allow FamilyCare executives to obtain and review Health Share's commercially sensitive information, which would significantly harm Health Share because, for example, the information may then be used to benefit FamilyCare, any other CCO, or new market entrant.<br><br>This includes provider and/or member level data, inclusive of proprietary, commercially sensitive provider fee schedules and member PHI; not aggregated datasets. | arrangements, and member level PHI. Contractual arrangements detailing individual provider compensation are the very definition of commercially sensitive information. |
| 13. | Regional Rate Models and supporting exhibits | No response provided, but it appears that OHA has designated this category of documents as AEO. | FamilyCare believes that no confidentiality designation is appropriate for this type of document because documents in this category provide only high-level information on what CCOs in particular regions spend on care, aggregated in a way such that provider-specific information cannot be derived.  Furthermore, much of the information contained in this type of document has been routinely made publicly available in other contexts. | OHA properly designated these documents as AEO.  We now understand that FCI is requesting unmasked/un-redacted versions of this document. The unmasked versions are appropriately designated as AEO. Public versions (masked versions) of this information have already been provided by OHA. | The unmasked versions reveal a CCO's specific utilization details that would allow a competitor to calculate proprietary provider payment data.  This is especially true in the tri-county region, where Health Share was FamilyCare's only competitor. If FamilyCare receives this information, FamilyCare can directly back into Health Share utilization and payment details through simple arithmetic. |

ADDITIONAL CATEGORIES NOT COVERED ABOVE IDENTIFIED IN HEALTH SHARE'S LETTER

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| 14. | All documents relating to Health Share that have been sent by secure email or file transfer | AEO | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary. | Documents sent by secure email or file transfer contain members' protected health information (PHI) and are sent securely for HIPAA compliance. | Transfer of documents via secure email or file transfer are utilized to specifically maintain HIPAA compliance when providing member level encounter data, as well as proprietary, commercially sensitive provider payment or cost information. |
| 15. | All documents related to Health Share's base data | AEO | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary.<br><br>In addition, for the reasons outlined above, there is no reasons for such documents to be AEO as FamilyCare is not a competitor. To the extent that some specific information may have competitive value to others, it should be marked as Confidential only and redaction should be considered as an alternative to designation where appropriate. | Although FamilyCare recently ceased operations, FamilyCare has publicly stated its intent to re-enter the market and compete with Health Share during the 2020 contract procurement. That process will formally begin in a few months with work already underway to prepare for the process. Just as important, de-designation of documents would allow FamilyCare executives to obtain and review Health Share's commercially sensitive information, which would significantly harm Health Share because, for example, it may then be used to benefit FamilyCare, any other CCO, or new market entrant.<br><br>CCO base data includes information such as proprietary fee schedules and alternative payment arrangements, as well as health plan partner and provider contractual agreements. Finally, the documents in this category have been produced | It includes line-by-line encounter data submissions, including provider cost data, payment arrangements, and member level PHI. This is the definition of commercially sensitive. |

| | Category of Document and Brief Description | Health Share's Instruction | FamilyCare's Position | FamilyCare's position is not accurate because: | This documents is commercially sensitive and appropriately designated because: |
|---|---|---|---|---|---|
| | | | | to FamilyCare's attorneys and expert actuaries. FamilyCare employees should not have access to this propriety information. | |
| 16. | All documents that include specific utilization rates for Health Share | AEO | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary.<br><br>Furthermore, FamilyCare believes that no confidentiality designation is appropriate because utilization data is not confidential and routinely disseminated to the public. | Health Share needs more information from FamilyCare to understand the scope of the documents requested in this category.<br><br>As interpreted, this is line-by-line encounter data; not aggregated datasets. | As interpreted, these documents may include line-by-line encounter data submissions, including provider cost data, payment rates, and member level PHI. |
| 17. | Documents that were provided or displayed during rate-setting meetings | Confidential | FamilyCare believes that this category is inherently overbroad and includes many documents that have no reasonable basis for being treated as proprietary.<br><br>To the extent that any of the specific documents contained within this category overlap with the other categories outlined above, FamilyCare objects to their designation for the same reasons stated. | This information has already been made available to FamilyCare under a confidential designation.<br><br>The confidential designation simply bars disclosure to other individuals, including potential competitors, for purposes other than the lawsuit. | This information has already been made available to FamilyCare staff under a confidential designation. Further down-designation would provide insight into the performance of all CCOs and OHA's processes for any current non-CCOs wishing to pursue becoming a CCO during the procurement for new contracts in 2020. This creates asymmetry between existing CCOs and organizations wishing to become CCOs. |