**Joel A. Parker,** OSB #001633
Email:  jparker@schwabe.com
**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile:  503.796.2900

  Of Attorneys for Trillium Community
  Health Plan, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATRICK ALLEN**, in his official capacity as **DIRECTOR OF OREGON HEALTH AUTHORITY**, an agency of the State of Oregon,<br><br>    Plaintiff,<br><br>  v.<br><br>**FAMILYCARE, INC**., an Oregon non-profit corporation,<br><br>    Defendant. | No. 3:18-cv-00212-MO (Leading)<br>No. 6:18-cv-00296-MO (Trailing)<br><br>**INTERVENOR TRILLIUM COMMUNITY HEALTH PLAN, INC.'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS** |
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>    Defendants. | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

Intervenor Trillium Community Health Plan, Inc. ("Trillium") hereby responds to FamilyCare, Inc.'s Motion for De-Designation, or Down-Designation, of AEO and Confidential Documents (the "Motion for De-Designation"), filed on or around March 16, 2018. This response is supported by the following joinder and additional arguments, the accompanying declarations of Brandie Whitmire and Jeffrey Hern, as well as this Court's file and records in this matter, including those from the removed state court litigation, *FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17CV09226 (the "State Court Action").

## JOINDER IN OTHER CCO RESPONSES

Trillium and the other CCOs are similarly aligned in opposing FamilyCare's Motion for De-Designation. Trillium hereby joins and incorporates by reference the substantive arguments set forth in Health Share of Oregon's, AllCare CCO, Inc.'s, PacificSource Community Solutions', Columbia Pacific CCO, LLC's, and Willamette Valley Community Health, LLC's responses to FamilyCare's Motion for De-Designation. Trillium also reserves its rights to join and adopt the substantive arguments set forth in other CCOs' response briefs, which are expected to be filed today or on April 2, 2018.

## ADDITIONAL RESPONSE ARGUMENTS

**I.    FamilyCare's Motion for De-Designation Should Be Denied Because It Failed to Adequately Confer with Trillium under Fed. R. Civ. P. 37(a)(1), LR 7-1(a), and the Terms of the Protective Order.**

The Motion for De-Designation should be denied because FamilyCare failed to adequately confer prior to filing its motion in violation of Fed. R. Civ. P. 37(a)(1), LR 7-1(a), and the terms of the Protective Order entered in the State Court Action. Trillium first provided its Attorneys' Eyes

**INTERVENOR TRILLIUM'S RESPONSE TO FAMILYCARE'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

Only ("AEO") and Confidential designations to FamilyCare on **November 10, 2017**.[1]  (*See* Hern Decl., ¶ 3, Ex. B.)  Trillium's designations were timely and complied with the terms of the Protective Order by identifying AEO and Confidential designations by "documents and categories of documents."  (*Id.*; *see also id.* at ¶ 2, Ex. A – Protective Order ¶ 5(a), (b).)  Notably, FamilyCare never objected to—or raised any issues with—Trillium's designations until four months later.  FamilyCare's Motion for De-Designation is untimely.

FamilyCare has provided only one communication (arguably) directed at Trillium's AEO and confidentiality designations.  That was a March 6, 2016 letter.  (*See* Hern Decl., ¶ 4, Ex. C.)  In that untimely letter, FamilyCare's counsel raised broad concerns with the CCOs' AEO and confidential designations.  (*Id.*)  But that letter did not adequately identify or provide the contents of any Trillium-specific documents or information, or explain why any such materials were erroneously designated.  (*Id.*)  Trillium then responded, by letter dated March 16, 2016, asking to review any specific documents at issue, requesting an explanation of any purported erroneous designation, and raising other deficiencies with the March 6 letter.  (*See* Hern Decl., ¶ 4, Ex. D.)  Trillium and its counsel heard nothing more from FamilyCare on these matters.  FamilyCare, therefore, failed to meaningful confer with Trillium under Fed. R. Civ. P. 37(a)(1) or LR 7-1(a) prior to filing the Motion for De-Designation.

FamilyCare also failed to comply with conferral provisions in the Protective Order, at ¶ 5(d).  (*Id.*, at Ex. A.)  The Protective Order has been in effect since November 1, 2017, and remains in effect after removal.  *See* 28 U.S.C. ¶ 1450.  Its provisions require FamilyCare, prior to filing any motion regarding a CCO's designations, to identify *specific* documents to the CCO and "explain[] its

---

[1] Trillium subsequently asserted the same designations on January 19 and March 9, 2018.  (*Id.*)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

position why *the document* has been erroneously designated." (Hern Decl., ¶ 2, Ex. A (emphasis added).)  FamilyCare admittedly violated that conferral requirement.  (*See* Mot. for De-Designation 16.)  It attempts to defend its failure to confer by complaining:  "the document-by-document approach is unworkable" and "inappropriate here."  (*Id.*)  Such complaints, however, are belated and do not excuse FamilyCare from complying with the Protective Order.  FamilyCare's Motion for De-Designation, therefore, should be denied due to its conferral failures alone.

## II.    FamilyCare's Motion for De-Designation Should Be Denied Because It Improperly Seeks to Re-Litigate the Terms of the Protective Order.

As discussed in other CCO responses, the Protective Order from the State Court Action was a product of months of negotiations, conferrals, briefing, argument, hearings, and rulings by Judge Armstrong.  Trillium and other CCOs—particularly ones not in the same Tri-County region as, and thus not direct competitors of, FamilyCare—did not receive all the protections that they requested in the Protective Order or other related discovery orders.  Nevertheless, the Protective Order became effective on November 1, 2017, and remains in effect now (five months later).  *See* 28 U.S.C. ¶ 1450.  Trillium has strictly complied with the terms of the Protective Order.  Such compliance began on November 10, 2017, when Trillium first provided its AEO and Confidential Designations to FamilyCare's and Oregon Health Authority's ("OHA") counsel in accordance with the terms of the Protective Order.  (*See* Hern Decl., ¶ 3, Ex. B.)  Trillium reasserted those same designations in January and March 2018, due to additional discovery requests from FamilyCare and as required by the Protective Order.  (*Id.*)  Trillium stands by its designations.[2]  (*See* Whitmire Decl., ¶¶ 2-3.)

---

[2] In its motion, FamilyCare contends Trillium has taken inconsistent positions on the category of regional rate models.  (Mot. for De-Designation 10-11.)  Trillium's letter of November 10, 2017, contained one inadvertent reference to the "Tri-County Regional Rate Model." (*See* Hern Decl. ¶ 3, Ex. B, p. 6).  That reference should be removed and could have been resolved through an

Page 4 -    **INTERVENOR TRILLIUM'S RESPONSE TO FAMILYCARE'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

Tellingly, FamilyCare never raised *any* objections to Trillium's designations *or* the terms of the Protective Order for four months.

Suddenly, FamilyCare broadly moves to de-designate or down-designate nearly all CCO AEO designations and effectively re-litigate the terms of the Protective Order. (*See* Mot. for De-Designation 11-17.) Such an improper and belated effort should be rejected. Notably, FamilyCare makes only one bald assertion why its *employees* now (four months later) must have access to nearly all of the CCOs' AEO documents in order for FamilyCare to prosecute this case—because "its client … is the single best source of expertise and knowledge of these issues." (Mot. for De-Designation 4.) Without more, FamilyCare cannot establish any substantial risk of prejudice if the AEO designations remain in effect. (*See* HealthShare Resp. (discussing same).) FamilyCare has capable counsel and expert witnesses, who have had for five months—and continue to have—more than ample access to roughly a dozen CCOs' highly confidential, proprietary, commercially sensitive, and trade secret documents and information. FamilyCare can adequately prosecute this case.

Finally, legitimate questions exist as to whether FamilyCare should have any access to these protected documents and information, particularly where most of the CCOs (like Trillium) did not compete in the same Tri-County region as FamilyCare at any relevant times. Trillium maintains its prior positions, without waiver, that its (and other CCOs') protected documents and information should not have been discoverable and disclosed in this litigation based on, *inter alia*, their lack of

---

adequate conferral process, which FamilyCare did not engage. Nevertheless, Trillium offers to clarify its position on regional rate models in an accompanying declaration. (*See* Whitmire Decl.. ¶ 4.)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

relevance to FamilyCare's claims (challenging the "actuarial soundness" of its rates) and due to their highly confidential, proprietary, and trade secret status and nature.

For the foregoing reasons, Trillium respectfully requests that this Court deny FamilyCare's Motion for De-Designation, or Down-Designation, of AEO and Confidential Documents.

Dated this 30th day of March, 2018.

Respectfully submitted by,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    s/ Jeffrey Hern

Joel A. Parker, OSB #001633
Email: jparker@schwabe.com
Jeffrey Hern, OSB #043138
Email:  jhern@schwabe.com
Facsimile: 503.796.29

*Attorneys for Trillium Community Health Plan, Inc.*

**INTERVENOR TRILLIUM'S RESPONSE TO FAMILYCARE'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of March, 2018, I served a true copy of the foregoing **INTERVENOR TRILLIUM COMMUNITY HEALTH PLAN, INC.'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS** on:

| | |
|---|---|
| **Stephen F. English**, OSB #730843<br>senglish@perkinscoie.com<br>**Thomas R. Johnson**, OSB #010645<br>trjohnson@perkinscoie.com<br>**Matthew P. Gordon**<br>mgordon@perkinscoie.com<br>**Courtney R. Peck**, OSB #144012<br>cpeck@perkinscoie.com<br>**Alletta M. Brenner**, OSB #142844<br>abrenner@perkinscoie.com<br>**Brian P. Samuelson**, OSB #165476<br>bsamuelson@perkinscoie.com<br>Perkins Coie<br>1120 NW Couch Street, 10th Floor<br>Portland, OR  97209<br>Telephone:  503-727-2000<br>Facsimile:  503-727-2222<br><br>Attorneys for Plaintiff | **David B. Markowitz**, OSB #742046<br>davidmarkowitz@markowitzherbold.com<br>**Matthew A. Levin**, OSB #003054<br>mattlevin@markowitzherbold.com<br>**Renee E. Rothauge**, OSB #903712<br>reneerothauge@markowitzherbold.com<br>**Dallas DeLuca**, OSB # 072992<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**, OSB #077214<br>harrywilson@markowitzherbold.com<br>**Laura Salerno Owens**, OSB #076230<br>laurasalernoowens@markowitzherbold.com<br>docket@markowitzherbold.com<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR  97204<br>Telephone:  503-295-3085<br>Facsimile:  503-323-9105<br><br>Attorneys for Defendant |
| **Brian M. Parrott**, OSB #013760<br>brian@bparrott-law.com<br>Brian M. Parrott, LLC<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR   97204<br>Telephone:  503-607-27;15<br>Facsimile:   503-607-2701<br><br>Attorneys for Primary Health of Josephine County, LLC | **Elizabeth C. Knight**, OSB #992454<br>eknight@dunncarney.com<br>**Michael D. Crew**, OSB #720603<br>mcrew@dunncarney.com<br>Dunn Carney Allen Higgins & Tongue<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR   97204<br>Telephone:  503-224-6440<br>Facsimile:   503-224-7324<br><br>Attorneys for AllCare CCO, Inc. |

Page 1 -     CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.<br>Attorneys at Law<br>Pacwest Center<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR  97204<br>Telephone: 503.222.9981<br>Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

| | |
|---|---|
| **Anna Sortun**, OSB #045279<br>anna.sortun@tonkon.com<br>**Megan R. Reuther**, OSB #153919<br>megan.reuther@tonkon.com<br>Tonkon Torp LLC<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR  97204<br>Telephone:  503-802-2107<br>Facsimile:  503-972-3807<br><br>Attorneys for Cascade Health Alliance, LLC,<br>Western Oregon Advanced Health, LLC, and<br>Umpqua Health Alliance | **Daniel P. Larsen**, OSB #943645<br>dpl@aterwynne.com<br>Ater Wynne LLP<br>1331 NW Lovejoy, Suite 900<br>Portland, OR  97209<br>Telephone:  503-226-1191<br>Facsimile:  503-226-0079<br><br>Attorneys for Columbia Pacific CCO, LLC and<br>Jackson Care Connect |
| **Frank V. Langfitt**, III, OSB #731770<br>frank.langfitt@millernash.com<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR  97204<br>Telephone:  503-205-2425<br>Facsimile:  503-224-0155<br><br>Attorneys for Eastern Oregon Coordinated<br>Care Organization LLC | **Tyler Jacobsen**, OSB #110734<br>tjacobsen@samhealth.org<br>**W. Chris Jenkins**, OSB #090612<br>wjenkins@samhealth.org<br>Samaritan Health Services<br>Avery Square, Suite 136<br>815 NW Ninth Street<br>Corvallis, OR  97330<br>Telephone:  541-768-4020<br><br>Attorneys for Intercommunity Health Network<br>– Coordinated Care Organization |
| **Eric A. Lindenauer**, OSB #833721<br>elindenauer@gsblaw.com<br>Garvey Schubert Barer<br>121 SW Morrison, 11th Floor<br>Portland, OR  97204<br>Telephone:  503-228-3939 X3117<br>Facsimile:  503-226-0259<br><br>Attorneys for PacificSource Community<br>Solutions | **Gregory A. Chaimov**, OSB #822180<br>gregchaimov@dwt.com<br>**Christopher F. McCracken**, OSB #894002<br>chrismccracken@dwt.com<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR  97201-5610<br>Telephone:  503-241-2300<br>Facsimile:  503-778-5299<br><br>Attorneys for Non-Party Health Share of<br>Oregon |

Page 2 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.<br>Attorneys at Law<br>Pacwest Center<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR  97204<br>Telephone: 503.222.9981<br>Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1

| **Arden J. Olson**, OSB #870704 | **Peter F. Stoloff**, OSB #780898 |
|---|---|
| arden.j.olson@harrang.com | pstoloff@peterstoloff-law.com |
| Harrang Long Gary Rudnick PC | Peter F. Stoloff PC |
| 360 East 10th Avenue, Suite 300 | 5285 Meadows Road, Suite 235 |
| Eugene, OR   97401 | Lake Oswego, OR   97035 |
| Telephone:  541-485-0220 | Telephone:  503-992-6463 |
| Facsimile:  541-686-6564 | Facsimile:  503-992-6789 |
| | |
| Attorneys for Willamette Valley Community Health, LLC | Attorneys of Yamhill Community Care Organization |

☒      by the electronic filing system (CM/ECF) of the United States District Court.

☒      by emailing a copy thereof to said attorney at his/her last known email address as set forth above.


s/ Jeffrey Hern
Jeffrey Hern, OSB #043138

Page 3 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128654\203420\JED\22626354.1