**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>PLAINTIFF,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>DEFENDANT.<br><hr><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>DEFENDANTS. | Case No. 3:18-cv-00212-MO (LEAD)<br>Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF LARRY SODERBERG IN SUPPORT OF NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |

Page 1 – DECL. OF LARRY SODERBERG ISO NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE

I, Larry Soderberg, hereby declare:

1.      I am employed as the Chief Financial Officer for Health Share of Oregon ("Health Share").  I make this declaration based on personal knowledge.

2.      Health Share is an Oregon non-profit corporation and a certified Coordinated Care Organization ("CCO") under ORS 414.625.  As a CCO, Health Share contracts with the State of Oregon, through the Oregon Health Authority ("OHA"), to coordinate physical, mental, and dental health services for Medicaid-eligible individuals insured under the Oregon Health Plan ("OHP") in the Tri-County Region of Multnomah, Clackamas, and Washington Counties.

3.      From September 1, 2012 until January 31, 2018, Health Share and FamilyCare were the only two CCOs providing services in the Tri-County Region and, therefore, directly competed with each other.

4.      Effective February 1, 2018, FamilyCare withdrew from providing services under the OHP.

5.       Health Share is not, and does not wish to be, a party in this case.  Health Share hopes to avoid the expense of FamilyCare's protracted litigation with OHA.  After receiving a subpoena from FamilyCare, Health Share obtained a proposal from a vendor for electronic discovery services estimating the costs of gathering, processing, and hosting potentially available electronically stored information.  The vendor, Advanced Discovery, estimated the cost at over $250,000.  Those costs do not include Health Share's internal costs or the costs of Health Share's outside counsel.  The money that Health Share spends dealing with FamilyCare's requests for documents is money that could and should be spent on the low-income Oregonians Health Share was created to serve.  After receiving a subpoena from FamilyCare,

6.      Health Share currently serves approximately 325,000 OHP members. Prior to February 1, 2018, Health Share served approximately 215,000 OHP members.

7.      OHA contracts with the CCOs to coordinate OHP health services through five-year contracts.  Health Share and FamilyCare, as well as the other Oregon CCOs, are currently

Page 2 – DECL. OF LARRY SODERBERG ISO NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE

4818-6472-1504v.7 0095765-000004                    DAVIS WRIGHT TREMAINE LLP
                                                                  1300 S.W. Fifth Avenue, Suite 2400
                                                                  Portland, Oregon  97201-5610
                                                                  (503) 241-2300 main · (503) 778-5299 fax

operating under contracts with OHA which started in 2014 and which are expected to end in 2019. OHA extended the five year contract by one year, through 2019, due to leadership changes at the OHA. OHA's next procurement for a five-year contract that will be in place from 2020 – 2024 is scheduled to take place in 2019.

8.    There is no requirement that only the existing CCOs can compete for future contracts with OHA.

9.    Preparations are already underway to begin the 2020 contract procurement process and the process will formally begin in only a few months.

10.    Attached as Exhibit 1 is the procurement process timeline from the Oregon Health Policy Board meeting packet available on page 9 at:

http://www.oregon.gov/oha/OHPB/MtgDocs/January%2016,%202018%20OHPB%20Retreat%20Board%20Packet.pdf

11.    FamilyCare has already stated its intent to reenter the market as early as 2020.

12.    Through these contracts, OHA funds the cost of providing health services to OHP members by making monthly, per-member payments, known as "capitation" rates to the CCOs. Capitation rates are a predetermined payment that depends on the individual's OHP eligibility status and are paid to CCOs on a monthly basis depending on enrollment. The capitation rates are adjusted annually following yearly rate development proceedings. These adjusted capitation rates are made part of the contracts between OHA and the CCOs through annual amendments to the contracts.

13.    As part of the rate setting, OHA's actuaries develop capitation rates—specific to each CCO—each year. OHA develops regional capitation rates as well as CCO-specific rates that reflect an adjustment for expected risk differences between CCOs in each region.

14.    CCOs make a significant amount of information public, but they are not required to make every document public.

15.    The Protective Order and the protections afforded by the Attorneys' Eyes Only designation of commercially sensitive information are necessary to prevent significant

Page 3 – DECL. OF LARRY SODERBERG ISO NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE

4818-6472-1504v.7 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

competitive harm to Health Share.  Health Share (like other CCOs) provides OHA with a vast array of commercially sensitive information as part of the rate development process including:

- costs and rates Health Share has negotiated with providers of medical, dental, and mental health services including costs for specific procedures;

- costs Health Share has negotiated and incurred to purchase medications for their members;

- claims and encounter data that reflect the costs Health Share has negotiated and paid for individual claims and office visits;

- Health Share's proprietary payment structures such as incentives payment structures and sub-capitation rates negotiated with providers; and

- information about Health Share's business strategy, such as its strategy for reducing costs or, at least, decreasing the rate of cost growth in the future.

16.    Health Share has spent considerable time and effort in adjusting and refining its pay structures (incentive, capitation, and sub-capitation structures) with managed care entities and providers in its network.  The information is not patented and is known only to certain individuals within Health Share and is used in and is critical to Health Share's business.  The information is commercially valuable because it assists Health Share in pricing and negotiating services with its providers.

17.    Health Share does not reveal that information publicly. Health Share also limits who at Health Share has access to this information.  As Health Share gathers this information from its providers Health Share stores the information on a secured electronic platform that can be accessed only by a small number of individuals.  Health Share limits access to those who have a "need to know" such as Health Share's finance team, rate-setting team, actuaries, and CEO. When Health Share is required to provide such information to OHA for rate-setting proceedings, OHA maintains the confidentiality of the information including not sharing the information with other CCOs.

18.    FamilyCare could use Health Share's commercially sensitive information to offer

Page 4 – DECL. OF LARRY SODERBERG ISO NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

to pay providers more than Health Share pays and under a structure more favorable to providers so that the providers would choose to take more FamilyCare members into their practices than Health Share members or simply be induced to terminate their contracts with Health Share and no longer provide services to Health Share members.

19. Disclosure of aggregated information from the Tri-County region where the aggregated data is of only two entities—FamilyCare and Health Share—would allow FamilyCare to easily back out its own data from the aggregated data and arrive at Health Share's data.

20. Health Share and FamilyCare often negotiated contracts with the same providers. For example, Health Share and FamilyCare had identical dental networks, approximately 75% of Health Share's mental health network also contracted with FamilyCare, and approximately 97% of FamilyCare's members were assigned to a primary care provider that also contracted with Health Share.

21. A significant harm that would result from de-designation of AEO documents is that FamilyCare could use Health Share's commercially sensitive information to greatly disrupt and even terminate Health Share's relationships with local medical providers such as dentists, doctors, and hospitals. Provider networks are the main way that CCOs compete for members. FamilyCare would know how to undercut Health Share's pricing with the local medical providers such as dentists, doctors, and hospitals providing healthcare services to Health Share members.

22. A significant harm that would result from de-designation of AEO documents is that FamilyCare could use Health Share's commercially sensitive information to its advantage in a procurement process with OHA.  For example, OHA releases competitive Requests for Proposals or Requests for Applications asking managed care entities, including existing CCOs, to submit proposals to provide Oregon Health Plan services in a defined service area.  If FamilyCare had access to Health Share's commercially sensitive information including but not limited to its provider contracts then it would know how to submit a lower cost or otherwise

Page 5 – DECL. OF LARRY SODERBERG ISO NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE

more competitive proposal to OHA and be awarded the contract.

23.     If FamilyCare employees receive Health Share's commercially sensitive information they cannot help but take it with them to a new employer including other CCOs or new market entrants.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

DATED this 30th day of March, 2018.

Larry Soderberg

Page 6 – DECL. OF LARRY SODERBERG ISO NON-PARTY HEALTH SHARE OF OREGON'S RESPONSE

4818-6472-1504v.7 0095765-000004                    DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax