

EXHIBIT 1 to Decl. of Soderberg

Page 1 of 1