**Joel A. Parker,** OSB #001633
Email:  jparker@schwabe.com
**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile:  503.796.2900

        Of Attorneys for Trillium Community
        Health Plan, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATRICK ALLEN**, in his official capacity as **DIRECTOR OF OREGON HEALTH AUTHORITY**, an agency of the State of Oregon,<br><br>           Plaintiff,<br>   v.<br><br>**FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>           Defendant.<hr>**FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>           Plaintiff,<br>   v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>           Defendants. | No. 3:18-cv-00212-MO (Leading)<br>No. 6:18-cv-00296-MO (Trailing)<br><br>**DECLARATION OF JEFFREY HERN IN SUPPORT OF INTERVENOR TRILLIUM COMMUNITY HEALTH PLAN, INC.'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS** |

Page 1 -    **DECLARATION OF JEFFREY HERN**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662013.1

I, Jeffrey Hern, hereby declare as follows:

1.       I am one of the attorneys of record for Intervenor Trillium Community Health Plan, Inc. ("Trillium") in the above-captioned action.  I make this declaration in support of Trillium's Response to FamilyCare, Inc's Motion for De-Designation, or Down-Designation, of AEO and Confidential Documents (the "Motion for De-Designation").

2.       Attached hereto as "Exhibit A" is a true and correct copy of the Protective Order entered by Judge Sean E. Armstrong on November 1, 2017, in *FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17CV09226 (the "State Court Action").

3.       Attached hereto as part of "Exhibit B" is a true and correct copy of my letter to FamilyCare's and Oregon Health Authority's ("OHA") counsel, dated November 10, 2017, in which I first provided Trillium's Attorneys' Eyes Only ("AEO") and Confidential designations pursuant to the Protective Order in the State Court Action.  "Exhibit B" also contains true and correct copies of two letters, dated January 19 and March 9, 2018, in which I subsequently set forth Trillium's same designations to FamilyCare's and OHA's counsel.

4.       Attached hereto as part of "Exhibit C" is a true and correct copy of a letter from FamilyCare's counsel to me, dated March 6, 2018, in which FamilyCare's counsel first raised any issues related to Trillium's aforementioned designations.  The letter did not identify—or seek to confer on—any specific motion against Trillium.  Further, my office and I never received any other communications at any time from FamilyCare's counsel regarding Trillium's designations.

5.       Attached hereto as part of "Exhibit D" is a true and correct copy of my letter to FamilyCare's counsel, dated March 16, 2018, which responded to FamilyCare's counsel's letter of March 6, 2018.  No further communications were received back from FamilyCare's counsel until they filed the Motion for De-Designation.

6.       Attached hereto as "Exhibit E" is a true and correct copy of an email from FamilyCare's counsel to me, time-stamped and dated 7:20pm, Sunday, March 18, 2018.  In this

Page 2 -    **DECLARATION OF JEFFREY HERN**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662013.1

email transmission, FamilyCare's counsel first provided to my office and me a copy of the Motion for De-Designation, exclusive of the supporting declarations and exhibits.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 30th day of March, 2018.

s/ Jeffrey Hern
Jeffrey Hern, OSB #043138

Page 3 -    **DECLARATION OF JEFFREY HERN**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662013.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of March, 2018, I served a true copy of the foregoing

**DECLARATION OF JEFFREY HERN IN SUPPORT OF INTERVENOR TRILLIUM COMMUNITY HEALTH PLAN, INC.'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS** on:

| | |
|---|---|
| **Stephen F. English**, OSB #730843<br>senglish@perkinscoie.com<br>**Thomas R. Johnson**, OSB #010645<br>trjohnson@perkinscoie.com<br>**Matthew P. Gordon**<br>mgordon@perkinscoie.com<br>**Courtney R. Peck**, OSB #144012<br>cpeck@perkinscoie.com<br>**Alletta M. Brenner**, OSB #142844<br>abrenner@perkinscoie.com<br>**Brian P. Samuelson**, OSB #165476<br>bsamuelson@perkinscoie.com<br>Perkins Coie<br>1120 NW Couch Street, 10th Floor<br>Portland, OR  97209<br>Telephone:  503-727-2000<br>Facsimile:  503-727-2222<br><br>Attorneys for Plaintiff | **David B. Markowitz**, OSB #742046<br>davidmarkowitz@markowitzherbold.com<br>**Matthew A. Levin**, OSB #003054<br>mattlevin@markowitzherbold.com<br>**Renee E. Rothauge**, OSB #903712<br>reneerothauge@markowitzherbold.com<br>**Dallas DeLuca**, OSB # 072992<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**, OSB #077214<br>harrywilson@markowitzherbold.com<br>**Laura Salerno Owens**, OSB #076230<br>laurasalernoowens@markowitzherbold.com<br>docket@markowitzherbold.com<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR  97204<br>Telephone:  503-295-3085<br>Facsimile:  503-323-9105<br><br>Attorneys for Defendant |
| **Brian M. Parrott**, OSB #013760<br>brian@bparrott-law.com<br>Brian M. Parrott, LLC<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR   97204<br>Telephone: 503-607-27;15<br>Facsimile:  503-607-2701<br><br>Attorneys for Primary Health of Josephine County, LLC | **Elizabeth C. Knight**, OSB #992454<br>eknight@dunncarney.com<br>**Michael D. Crew**, OSB #720603<br>mcrew@dunncarney.com<br>Dunn Carney Allen Higgins & Tongue<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR   97204<br>Telephone:  503-224-6440<br>Facsimile:  503-224-7324<br><br>Attorneys for AllCare CCO, Inc. |

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.<br>Attorneys at Law<br>Pacwest Center<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR  97204<br>Telephone: 503.222.9981<br>Fax: 503.796.2900

PDX\126360\229340\JED\22662013.1

| | |
|---|---|
| **Anna Sortun**, OSB #045279<br>anna.sortun@tonkon.com<br>**Megan R. Reuther**, OSB #153919<br>megan.reuther@tonkon.com<br>Tonkon Torp LLC<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR  97204<br>Telephone:  503-802-2107<br>Facsimile:  503-972-3807<br><br>Attorneys for Cascade Health Alliance, LLC,<br>Western Oregon Advanced Health, LLC, and<br>Umpqua Health Alliance | **Daniel P. Larsen**, OSB #943645<br>dpl@aterwynne.com<br>Ater Wynne LLP<br>1331 NW Lovejoy, Suite 900<br>Portland, OR  97209<br>Telephone:  503-226-1191<br>Facsimile:  503-226-0079<br><br>Attorneys for Columbia Pacific CCO, LLC and<br>Jackson Care Connect |
| **Frank V. Langfitt**, III, OSB #731770<br>frank.langfitt@millernash.com<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR  97204<br>Telephone:  503-205-2425<br>Facsimile:  503-224-0155<br><br>Attorneys for Eastern Oregon Coordinated<br>Care Organization LLC | **Tyler Jacobsen**, OSB #110734<br>tjacobsen@samhealth.org<br>**W. Chris Jenkins**, OSB #090612<br>wjenkins@samhealth.org<br>Samaritan Health Services<br>Avery Square, Suite 136<br>815 NW Ninth Street<br>Corvallis, OR  97330<br>Telephone:  541-768-4020<br><br>Attorneys for Intercommunity Health Network<br>– Coordinated Care Organization |
| **Eric A. Lindenauer**, OSB #833721<br>elindenauer@gsblaw.com<br>Garvey Schubert Barer<br>121 SW Morrison, 11th Floor<br>Portland, OR  97204<br>Telephone:  503-228-3939 X3117<br>Facsimile:  503-226-0259<br><br>Attorneys for PacificSource Community<br>Solutions | **Gregory A. Chaimov**, OSB #822180<br>gregchaimov@dwt.com<br>**Christopher F. McCracken**, OSB #894002<br>chrismccracken@dwt.com<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR  97201-5610<br>Telephone:  503-241-2300<br>Facsimile:  503-778-5299<br><br>Attorneys for Non-Party Health Share of<br>Oregon |

Page 2 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.<br>Attorneys at Law<br>Pacwest Center<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR  97204<br>Telephone: 503.222.9981<br>Fax: 503.796.2900

PDX\126360\229340\JED\22662013.1

| **Arden J. Olson**, OSB #870704 | **Peter F. Stoloff**, OSB #780898 |
|---|---|
| arden.j.olson@harrang.com | pstoloff@peterstoloff-law.com |
| Harrang Long Gary Rudnick PC | Peter F. Stoloff PC |
| 360 East 10th Avenue, Suite 300 | 5285 Meadows Road, Suite 235 |
| Eugene, OR   97401 | Lake Oswego, OR   97035 |
| Telephone:  541-485-0220 | Telephone:  503-992-6463 |
| Facsimile:  541-686-6564 | Facsimile:  503-992-6789 |
|  |  |
| Attorneys for Willamette Valley Community Health, LLC | Attorneys of Yamhill Community Care Organization |

☒    by the electronic filing system (CM/ECF) of the United States District Court.

☒    by emailing a copy thereof to said attorney at his/her last known email address as set forth above.


s/ Jeffrey Hern
Jeffrey Hern, OSB #043138

Page 3 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662013.1