**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, <br><br>    PLAINTIFF, <br><br>    v. <br><br> FAMILYCARE, INC., an Oregon non-profit corporation, <br><br>    DEFENDANT. <br><br> FAMILYCARE, INC., an Oregon non-profit corporation, <br><br>    PLAINTIFF, <br><br>    v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, <br><br>    DEFENDANTS. | Case No. 3:18-cv-00212-MO (LEAD) <br> Case No. 6:18-cv-00296-MO <br><br> **DECLARATION OF DAVID A. NEIMAN IN SUPPORT OF HEALTH SHARE OF OREGON'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |

Page 1 – NEIMAN DECLARATION ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

I, David A. Neiman, hereby declare:

1.      I am Director and Senior Consulting Actuary with Wakely Consulting Group.  I am a Member of the American Academy of Actuaries and a Fellow of the Society of Actuaries. I meet the Qualification Standards of the American Academy of Actuaries to issue this opinion. Wakely provides consulting actuarial services with an emphasis in serving the health care industry.  I have worked as an actuary for 15 years with a primary focus on Medicare and Medicaid lines of business.  I have extensive experience in providing Medicaid-related actuarial services including financial analyses, rate negotiations, risk adjustment, and the review of capitation rates for actuarial soundness.  For example, in the past three years alone, I estimate I have provided actuarial services in 10 different states in connection with the setting of Medicaid capitation rates.

2.      The basis of this opinion is my review of the Tri-County capitation rate development documentation provided by OHA and its actuaries and the collective experience reviewing Medicaid capitation rates in other states.  I am not aware of the specific approach, methods, or models used by FamilyCare to complete its review.  To the best of my knowledge, my opinions expressed are in compliance with the appropriate Actuarial Standards of Practice (ASOP) and the Actuarial Code of Professional Conduct with no known deviations.  I have worked in Oregon with Health Share of Oregon ("Health Share") as a Consulting Actuary, paid on an hourly basis by Health Share to provide consulting services, since Health Share's inception in 2012.

3.      To review FamilyCare's rates for actuarial soundness, FamilyCare and its expert actuaries do not need Health Share's confidential information relating to pricing for services at the provider-specific level.  I view this category as a request for the payment terms Health Share (including its risk accepting entities) has negotiated with specific providers for specific services.

4.      To review FamilyCare's rates for actuarial soundness, FamilyCare and its expert actuaries do not need Health Share's confidential information relating to the specific terms of provider contracts.

Page 2 – NEIMAN DECLARATION ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

4813-4547-9776v.3 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

5.      I am unable to understand the scope of FamilyCare's request for Health Share's detailed CCO financial information that is not publicly available in some form.  Nevertheless, the determination of whether the 2015 through 2017 Oregon Medicaid capitation rates developed by OHA are actuarially sound is not a comparative exercise between Coordinated Care Organizations.  The documentation OHA provided to FamilyCare with the rate development package provides sufficient information to FamilyCare to determine whether the rates are actuarially sound.  FamilyCare does not need additional data, costs, or member information for other CCOs to determine whether the rates are actuarially sound.  Health Share's cost data, claims experience, provider pricing, pricing structures, and other information do not factor into the review of the actuarial soundness of FamilyCare's rates.  To determine whether FamilyCare's rates are actuarially sound, FamilyCare's actuaries or other experts in this case do not need to review Health Share's data.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

DATED this 30th day of March, 2018.

_____
David A. Neiman

4813-4547-9776v.3 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax