Joel A. Parker, OSB #001633
Email: jparker@schwabe.com
Jeffrey D. Hern, OSB #043138
Email: jhern@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

    Of Attorneys for Trillium Community
    Health Plan, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as **DIRECTOR OF OREGON HEALTH AUTHORITY**, an agency of the State of Oregon,<br><br>                    Plaintiff,<br><br>        v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Defendant. | No. 3:18-cv-00212-MO (Leading)<br>No. 6:18-cv-00296-MO (Trailing)<br><br>**DECLARATION OF BRANDIE WHITMIRE IN SUPPORT OF INTERVENOR TRILLIUM COMMUNITY HEALTH PLAN, INC.'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>                    Defendants. | |

Page 1 -    **DECLARATION OF BRANDIE WHITMIRE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662242.1

I, Brandie Whitmire, hereby declare as follows:

1.      I am the Director of Finance for Trillium Community Health Plan, Inc. ("Trillium"). I make this declaration in support of Trillium's Response to FamilyCare, Inc.'s Motion for De-Designation, or Down-Designation, of AEO and Confidential Documents.

2.      Attached hereto as "Exhibit B" is a true and correct copy of three letters from Trillium's counsel to FamilyCare's and Oregon Health Authority's ("OHA") counsel, dated November 10, 2017; January 19, 2018; and March 9, 2018.  The letters contain Trillium's Attorneys' Eyes Only ("AEO") and Confidential designations pursuant to the Protective Order entered on November 1, 2017, in *FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17-cv-09226.

3.      I have reviewed and support Trillium's AEO and Confidential designations, with one clarification below, as proper in this matter to protect Trillium's confidential, proprietary, commercially sensitive, and trade secret documents and information.  Such designated materials contain—or can be reverse engineered to reveal—highly confidential and proprietary information regarding, *inter alia*, Trillium's and its related entities' rate setting strategies, processes, and payment structures in Oregon and other states.  Such materials, therefore, could be utilized in the rate setting process or contract bidding to unfairly advantage FamilyCare (upon reentering the market), other CCOs, new entrants in the market, or other third parties competing in the market.

///

///

///

///

///

///

///

///

Page 2 -    **DECLARATION OF BRANDIE WHITMIRE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662242.1

4.      To the extent necessary, I clarify Trillium's designations related to the category involving regional rate models, particularly the Southwestern regional rate model and supporting exhibits.  Such materials should have AEO protections in this matter if they are a non-blinded version and file regarding professional reimbursement.  A blinded version, however, may be produced without the AEO or Confidential protections in this matter.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 30th day of March, 2018.

_____
Brandie Whitmire

Page 3 -     **DECLARATION OF BRANDIE WHITMIRE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662242.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2018, I served a true copy of the foregoing **DECLARATION OF BRANDIE WHITMIRE IN SUPPORT OF INTERVENOR TRILLIUM COMMUNITY HEALTH PLAN, INC.'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DE-DESIGNATION, OR DOWN-DESIGNATION, OF AEO AND CONFIDENTIAL DOCUMENTS** on:

| | |
|---|---|
| **Stephen F. English**, OSB #730843<br>senglish@perkinscoie.com<br>**Thomas R. Johnson**, OSB #010645<br>trjohnson@perkinscoie.com<br>**Matthew P. Gordon**<br>mgordon@perkinscoie.com<br>**Courtney R. Peck**, OSB #144012<br>cpeck@perkinscoie.com<br>**Alletta M. Brenner**, OSB #142844<br>abrenner@perkinscoie.com<br>**Brian P. Samuelson**, OSB #165476<br>bsamuelson@perkinscoie.com<br>Perkins Coie<br>1120 NW Couch Street, 10th Floor<br>Portland, OR  97209<br>Telephone:  503-727-2000<br>Facsimile:  503-727-2222<br><br>Attorneys for Plaintiff | **David B. Markowitz**, OSB #742046<br>davidmarkowitz@markowitzherbold.com<br>**Matthew A. Levin**, OSB #003054<br>mattlevin@markowitzherbold.com<br>**Renee E. Rothauge**, OSB #903712<br>reneerothauge@markowitzherbold.com<br>**Dallas DeLuca**, OSB # 072992<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**, OSB #077214<br>harrywilson@markowitzherbold.com<br>**Laura Salerno Owens**, OSB #076230<br>laurasalernoowens@markowitzherbold.com<br>docket@markowitzherbold.com<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR  97204<br>Telephone:  503-295-3085<br>Facsimile:  503-323-9105<br><br>Attorneys for Defendant |
| **Brian M. Parrott**, OSB #013760<br>brian@bparrott-law.com<br>Brian M. Parrott, LLC<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR  97204<br>Telephone:  503-607-27;15<br>Facsimile:  503-607-2701<br><br>Attorneys for Primary Health of Josephine County, LLC | **Elizabeth C. Knight**, OSB #992454<br>eknight@dunncarney.com<br>**Michael D. Crew**, OSB #720603<br>mcrew@dunncarney.com<br>Dunn Carney Allen Higgins & Tongue<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR  97204<br>Telephone:  503-224-6440<br>Facsimile:  503-224-7324<br><br>Attorneys for AllCare CCO, Inc. |

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.<br>Attorneys at Law<br>Pacwest Center<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR  97204<br>Telephone: 503.222.9981<br>Fax: 503.796.2900

PDX\126360\229340\JED\22662242.1

| | |
|---|---|
| **Anna Sortun**, OSB #045279<br>anna.sortun@tonkon.com<br>**Megan R. Reuther**, OSB #153919<br>megan.reuther@tonkon.com<br>Tonkon Torp LLC<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97204<br>Telephone: 503-802-2107<br>Facsimile: 503-972-3807<br><br>Attorneys for Cascade Health Alliance, LLC, Western Oregon Advanced Health, LLC, and Umpqua Health Alliance | **Daniel P. Larsen**, OSB #943645<br>dpl@aterwynne.com<br>Ater Wynne LLP<br>1331 NW Lovejoy, Suite 900<br>Portland, OR 97209<br>Telephone: 503-226-1191<br>Facsimile: 503-226-0079<br><br>Attorneys for Columbia Pacific CCO, LLC and Jackson Care Connect |
| **Frank V. Langfitt**, III, OSB #731770<br>frank.langfitt@millernash.com<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>Telephone: 503-205-2425<br>Facsimile: 503-224-0155<br><br>Attorneys for Eastern Oregon Coordinated Care Organization LLC | **Tyler Jacobsen**, OSB #110734<br>tjacobsen@samhealth.org<br>**W. Chris Jenkins**, OSB #090612<br>wjenkins@samhealth.org<br>Samaritan Health Services<br>Avery Square, Suite 136<br>815 NW Ninth Street<br>Corvallis, OR 97330<br>Telephone: 541-768-4020<br><br>Attorneys for Intercommunity Health Network – Coordinated Care Organization |
| **Eric A. Lindenauer**, OSB #833721<br>elindenauer@gsblaw.com<br>Garvey Schubert Barer<br>121 SW Morrison, 11th Floor<br>Portland, OR 97204<br>Telephone: 503-228-3939 X3117<br>Facsimile: 503-226-0259<br><br>Attorneys for PacificSource Community Solutions | **Gregory A. Chaimov**, OSB #822180<br>gregchaimov@dwt.com<br>**Christopher F. McCracken**, OSB #894002<br>chrismccracken@dwt.com<br>Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2400<br>Portland, OR 97201-5610<br>Telephone: 503-241-2300<br>Facsimile: 503-778-5299<br><br>Attorneys for Non-Party Health Share of Oregon |

Page 2 -    CERTIFICATE OF SERVICE

PDX\126360\229340\JED\22662242.1

| **Arden J. Olson**, OSB #870704 | **Peter F. Stoloff**, OSB #780898 |
|---|---|
| arden.j.olson@harrang.com | pstoloff@peterstoloff-law.com |
| Harrang Long Gary Rudnick PC | Peter F. Stoloff PC |
| 360 East 10th Avenue, Suite 300 | 5285 Meadows Road, Suite 235 |
| Eugene, OR   97401 | Lake Oswego, OR   97035 |
| Telephone:  541-485-0220 | Telephone:  503-992-6463 |
| Facsimile:  541-686-6564 | Facsimile:  503-992-6789 |
| | |
| Attorneys for Willamette Valley Community Health, LLC | Attorneys of Yamhill Community Care Organization |

☒    by the electronic filing system (CM/ECF) of the United States District Court.

☒    by emailing a copy thereof to said attorney at his/her last known email address as set forth above.

s/ Jeffrey Hern
_____
Jeffrey Hern, OSB #043138

Page 3 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\22662242.1