**Peter F. Stoloff, OSB #780898**
pstoloff@peterstoloff-law.com
Peter F. Stoloff, P.C.
5285 Meadows Road, Suite 235
Lake Oswego, OR 97035
Tele:  (503) 992-6463
Fax:  (503)992-6789

Attorney for Non-Party Intercommunity Health Network – Coordinated Care Organization

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO (Trailing) |
| Plaintiff, | |
| v. | **INTERCOMMUNITY HEALTH NETWORK - COORDINATED CARE ORGANIZATION'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |
| FAMILYCARE, INC., an Oregon non-profit Corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit Corporation, | |
| Plaintiff, | |
| vs. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, Both individually and in his official capacity as Director of the Oregon health Authority, | |
| Defendants. | |

Page 1 – INTERCOMMUNITY HEALTH NETWORK – COORDINATED CARE ORGANIZATION'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

Non-Party, Intercommunity Health Network – Coordinated Care Organization ("IHN") is an Oregon nonprofit corporation and is a certified coordinated care organization ("CCO"). As a CCO, IHN contracts with the State of Oregon, through the defendant Oregon Health Authority ("OHA"), to coordinate physical, mental and dental health services for Medicaid-eligible individuals insured under the Oregon Health Plan ("OHP") in IHN's service area, which includes all of Benton County, Linn County, and Lincoln County.

IHN requests that this Court deny FamilyCare's Motion to Compel De-Designation of AEO and Confidential Documents ("Motion"). IHN incorporates by reference all of the discussion and arguments filed by Health Share of Oregon ("Health Share") in Health Share of Oregon's Response to FamilyCare's Motion to Compel De-Designation or Down-Designation of AEO and Confidential Documents ("Health Share's Response"), which has been or will be filed with the Court today in this matter.

## ARGUMENT

1.    FamilyCare's Motion to De-Designate should be denied  because FamilyCare failed to meaningfully confer in good faith with IHN pursuant to Local Rule 7-1 before FamilyCare filed its Motion to De-Designate. On March 6, 2018, FamilyCare for the first time advised IHN that it had any issues with the categories of commercially sensitive information for OHA to designate as AEO. Pursuant to the October 1, 2017 Protective Order, the CCOs were allowed ten days to respond. Before the ten days expired, FamilyCare filed its Motion to De-Designate. IHN should be deemed a "party" for purposes of the LR 7-1 obligation to confer

Page 2 – INTERCOMMUNITY HEALTH NETWORK – COORDINATED CARE ORGANIZATION'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

about a motion affecting IHN's documents. Moreover, FamilyCare ignored its conferral obligation in the Protective Order Section 5d.

2.     FamilyCare's Motion to De-Designate should be denied because FamilyCare has not demonstrated a substantial risk of prejudice if the AEO designation is used to protect commercially sensitive information. FamilyCare does not need IHN's AEO trade secrets in order to determine the actuarial soundness of the rates paid by OHA to FamilyCare. Specifically, 42 CFR Section 438.4(a) provides that the capitation rates for a CCO such as FamilyCare must be "projected to provide for all reasonable, appropriate, and attainable costs that are required under the terms of [that CCO's] contract and for the operation of the [CCO] for the time period and the population covered under the terms of the contract."

3.     FamilyCare's Motion to De-Designate should be denied because FamilyCare has failed to identify a single document that has been marked AEO or Confidential that should not have been marked in such a manner, as required in Section 5d of the Protective Order.

4.     IHN will suffer specific prejudice or harm if the AEO designation is removed, because FamilyCare's employees would then be allowed to review the commercially sensitive information of IHN relating to pricing of medical services and the terms of IHN's provider contracts. FamilyCare's employees would then have the ability to take that information to a new employer, including other CCOs or new market entrants, and use the information to disrupt or even terminate IHN's relationships with its medical providers such as physician, hospitals, and dentists.

## CONCLUSION

Page 3 – INTERCOMMUNITY HEALTH NETWORK – COORDINATED CARE ORGANIZATION'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

For the reasons stated in Health Share's Response, and for the reasons set forth above,

FamilyCare's Motion to De-Designate should be denied.

DATED this 30th day of March, 2018.

PETER F. STOLOFF, P.C.

By: _____
Peter F. Stoloff, OSB #780898
Peter F. Stoloff, P.C.
5285 Meadows Road, Suite 235
Lake Oswego, OR 97035-5291
pstoloff@peterstoloff-law.com
Tel: (503) 992-6463; Fax: (503) 992-6789
*Attorney for Non-Party*
*Intercommunity Health Network –*
*Coordinated Care Organization*

Page 4 – INTERCOMMUNITY HEALTH NETWORK – COORDINATED CARE ORGANIZATION'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I served the foregoing **INTERCOMMUNITY HEALTH NETWORK – COORDINATED CARE ORGANIZATION'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** on the following:

Stephen F. English
Thomas R. Johnson
Alletta Brenner
Brian P. Samuelson
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
SEnglish@perkinscoie.com
TRJohnson@perkinscoie.com
ABrenner@perkinscoie.com
BSamuelson@perkinscoie.com
*Attorneys for Plaintiff FamilyCare, Inc.*

*Of Counsel (admitted pro hac vice)*
Matthew P. Gordon, WSB No. 41128
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
MGordon@perkinscoie.com
*Attorneys for Plaintiff FamilyCare, Inc.*

Brian M. Parrott
Brian M Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR 97204
brian@bparrot-law.com
*Attorney for PrimaryHealth of Josephine County, LLC*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen
851 SW 6th Ave Ste 1500
Portland OR 97204
eknight@dunncarney.com
mcrew@dunncarney.com
*Attorneys for AllCare CCO, Inc.*

Harry B. Wilson
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730 *Attorneys for Oregon Health Authority*

Anna Sortun
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com
*Attorney for Cascade Health Alliance, LLC, Western Oregon Advanced Health, LLC, and Umpqua Health Alliance*

A. Rowley
Samaritan Health Services, Inc.
2300 NW Walnut Blvd
Corvallis OR 97330
alrowley@samhealth.org
*Attorney for Intercommunity Health Network – Coordinated Care Organization*

Frank V. Langfitt III
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com
*Attorney for Eastern Oregon Coordinated Care Organization, LLC*

Joel A. Parker Jeffrey D. Hern
Schwabe Williamson & Wyatt PC 1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

CERTIFICATE OF SERVICE

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, OR 97209
dpl@aterwynne.com
*Attorney for Columbia Pacific CCO,*
*LLC, and Jackson Care Connect*

Eric A. Lindenauer
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com
*Attorney for PacificSource*
*Community Solutions*

Arden J. Olson
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
*Attorney for Willamette Valley*
*Community Health, LLC*

Christopher McCracken Davis
Wright Tremaine LLP
1300 SW Fifth Ave., Ste. 2400
Portland OR 97201
chrismccracken@dwt.com
*Attorney for Health Share of Oregon*

CERTIFICATE OF SERVICE

by ☒ mailing; ☒ e-mailing; ☐ hand delivery; ☐ facsimile a true and correct copy thereof to said parties on the date stated below.

**DATED:** March 30, 2018.

*Peter F. Stoloff*

_____
Peter F. Stoloff, OSB No. 780898
*Attorney for Intercommunity Health Network – Coordinated Care Organization*

CERTIFICATE OF SERVICE