Anna Sortun, OSB No. 045279
  Direct Dial:  503.802.2107
  E-mail:  anna.sortun@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204

      Of Attorneys for Cascade Health Alliance, LLC,
      Umpqua Health Alliance and Western Oregon Advanced Health, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>                Plaintiff,<br><br>    v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>              Defendant. | Case No. 3:18-cv-00212-MO (LEAD)<br>Case No. 6:18-cv-00296-MO<br><br>**INTERVENORS CASCADE HEALTH ALLIANCE, LLC; UMPQUA HEALTH ALLIANCE; AND WESTERN OREGON ADVANCED HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>              Defendants. | |

PAGE 1 -  INTERVENORS CASCADE HEALTH ALLIANCE, LLC; UMPQUA HEALTH ALLIANCE; AND
          WESTERN OREGON ADVANCED HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION
          TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL
          DOCUMENTS

Intervenors Cascade Health Alliance, LLC ("Cascade"), Umpqua Health Alliance ("Umpqua"), and Western Oregon Advanced Health, LLC ("WOAH") hereby respond to FamilyCare, Inc.'s Motion for De-Designation, or Down-Designation, of AEO and Confidential Documents (the "Motion for De-Designation").  This response is supported by the following joinder, the accompanying Declaration of Anna Sortun ("Sortun Dec."), and the Court's file and records in this matter, including those from the removed state court litigation, *FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court, Case No. 17CV09226 (the "State litigation").

## RELEVANT BACKGROUND

Like the other CCOs involved in this matter, Cascade, Umpqua, and WOAH intervened in the State litigation and worked with counsel for FamilyCare, the CCOs, and the state court to negotiate the terms of the Protective Order which has been attached to several declarations filed by the CCOs in this case.  Pursuant to the terms of the Protective Order, Cascade, Umpqua, and WOAH provided their Attorneys' Eyes Only ("AEO") and Confidential designations to FamilyCare on November 13, 2017.  (Sortun Dec. ¶ 3, Ex. A.)  Cascade, Umpqua, and WOAH, like the other CCOs, made designations by "documents and categories of documents."  *See* Protective Order ¶ 5(a), (b).  FamilyCare did not object to or raise any issues with the designations of Cascade, Umpqua, or WOAH until March 6, 2018. (Sortun Dec. ¶ 7.)

On March 6, 2016, Cascade, Umpqua, and WOAH each received nearly identical letters from FamilyCare, in which FamilyCare raised concerns with the AEO and Confidential designations.  (Sortun Dec. ¶¶ 4-6, Exs. B, C, D.)  The letters were also nearly identical to the letters received by each of the CCOs that intervened in the State litigation.  The letters did not identify or provide the contents of any specific documents that FamilyCare wanted to de-

PAGE 2 -  INTERVENORS CASCADE HEALTH ALLIANCE, LLC; UMPQUA HEALTH ALLIANCE; AND
         WESTERN OREGON ADVANCED HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION
         TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL
         DOCUMENTS

designate as AEO.  (*Id*.)  Cascade, Umpqua, and WOAH responded to the letters from FamilyCare by letter dated March 16, 2016.  (*Id*. ¶ 8, Ex. E.)  Cascade, Umpqua, and WOAH heard nothing further from FamilyCare prior to the filing of the instant motion.  (*Id*. ¶ 8.)

## JOINDER IN OTHER CCO RESPONSES AND ARGUMENTS

Cascade, Umpqua, and WOAH have aligned interests with the other CCOs opposing FamilyCare's Motion for De-Designation.  Cascade, Umpqua, and WOAH hereby join and incorporate by reference the substantive arguments set forth in Heath Share of Oregon's, AllCare COO, Inc.'s, PacificSource Community Solutions', Columbia Pacific CCO, LLC's, Willamette Valley Community Health, LLC's, and Trillium Community Health Plan, Inc.'s responses to FamilyCare's Motion for De-Designation.  Cascade, Umpqua, and WOAH also reserve their right to join and adopt the substantive arguments set forth in other CCOs' response briefs, which are expected to be filed April 2, 2018.

## CONCLUSION

For the reasons set forth by the CCOs listed in the Joinder above, and the facts set forth in the Declaration of Anna Sortun filed herewith, the Court should deny FamilyCare's Motion for De-Designation.

DATED this 2nd day of April, 2018.

TONKON TORP LLP

By       */s/  Anna Sortun*
    Anna Sortun, OSB No. 045279
    anna.sortun@tonkon.com
    Direct Dial:  (503) 802-2107

    Attorneys for Non-Parties Cascade Health Alliance,
    LLC, Umpqua Health Alliance and Western Oregon
    Advanced Health, LLC

036421/00021/8850451v1