Anna Sortun, OSB No. 045279
  Direct Dial:  503.802.2107
  E-mail:  anna.sortun@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204

      Attorneys for Non-Parties Cascade Health Alliance, LLC,
      Umpqua Health Alliance and Western Oregon Advanced Health, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>             Plaintiff,<br>    v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>             Defendant. | Case No. 3:18-cv-00212-MO (LEAD)<br>Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF ANNA SORTUN IN SUPPORT OF CASCADE HEALTH ALLIANCE, LLC; UMPQUA HEALTH ALLIANCE; AND WESTERN OREGON ADVANCED HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>             Plaintiff,<br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>             Defendants. | |

PAGE 1 -  DECLARATION OF ANNA SORTUN IN SUPPORT OF CASCADE HEALTH ALLIANCE, LLC; UMPQUA HEALTH ALLIANCE; AND WESTERN OREGON ADVANCED HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

I, Anna Sortun, declare as follows:

1.      I am an attorney for Intervenors Cascade Health Alliance, LLC ("Cascade"), Umpqua Health Alliance ("Umpqua"), and Western Oregon Advanced Health, LLC ("WOAH") in the above-captioned litigation and I have personal knowledge of the matters set forth in this declaration.  I make this declaration in support of Cascade's, Umpqua's, and WOAH's Response to FamilyCare, Inc.'s ("FamilyCare") Motion for De-Designation, or Down Designation, of AEO and Confidential Documents (the "Motion for De-Designation").

2.      Before this case was removed to this Court, Cascade, Umpqua, and WOAH joined in the Motion to Intervene in the Marion County Circuit Court, Case Number 17CV09226 (the "State litigation"), which motion was granted.

3.      Attached hereto as Exhibit A is a true and correct copy of the letter I sent to the lawyers for FamilyCare and OHA on November 13, 2017, setting forth the Attorneys' Eyes Only ("AEO") and Confidential designations of Cascade, Umpqua, and WOAH, pursuant to the Protective Order in place in the State litigation.  I consulted with each of my clients regarding the AEO and Confidentiality designations in an attempt to provide FamilyCare and OHA with categories that were not overly inclusive of documents requiring protection.

4.      Attached hereto as Exhibit B is a true and correct copy of a March 6, 2018, letter from FamilyCare's counsel to me relating to the designations of Cascade.

5.      Attached hereto as Exhibit C is a true and correct copy of a March 6, 2018, letter from FamilyCare's counsel to me relating to the designations of Umpqua.

6.      Attached hereto as Exhibit D is a true and correct copy of a March 6, 2018, letter from FamilyCare's counsel to me relating to the designations of WOAH.

/ / /

PAGE 2 -  DECLARATION OF ANNA SORTUN IN SUPPORT OF CASCADE HEALTH ALLIANCE, LLC;
          UMPQUA HEALTH ALLIANCE; AND WESTERN OREGON ADVANCED HEALTH, LLC'S
          RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-
          DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

7.      The March 6, 2018, letters to my clients did not identify or seek to confer on any specific motion against Cascade, Umpqua, and WOAH.  The letters were virtually identical to each other and to the letters received by the other intervening CCOs.  I did not receive any other communications from FamilyCare's counsel regarding my clients' designations.

8.      Attached hereto as Exhibit E is a true and correct copy of my letter to FamilyCare's lawyers, dated March 16, 2018, which responded to FamilyCare's March 6, 2018, letters to my clients.  No further communication was received from FamilyCare's lawyers prior to the filing of the Motion for De-Designation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on the 2nd day of April, 2018, in Portland, Oregon.

> */s/ Anna Sortun*
> Anna Sortun

036421/00021/8850487v1

PAGE 3 -  DECLARATION OF ANNA SORTUN IN SUPPORT OF CASCADE HEALTH ALLIANCE, LLC; UMPQUA HEALTH ALLIANCE; AND WESTERN OREGON ADVANCED HEALTH, LLC'S RESPONSE TO FAMILYCARE'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS