**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Anna Sortun
Admitted to Practice in Oregon and Washington

Direct Dial: 503-802-2107
Direct Fax:  503-972-3807
anna.sortun@tonkon.com

March 16, 2018

**VIA E-MAIL & FIRST CLASS MAIL**

Thomas R. Johnson
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
Email: *trjohnson@perkinscoie.com*

> Re: *FamilyCare, Inc. v. Oregon Health Authority*
> US District Court Case No. 6:18-cv-00296-MO

Dear Mr. Johnson:

This letter responds to three letters dated March 6, 2018, addressed to our clients Western Oregon Advanced Health, LLC, Umpqua Health Alliance, and Cascade Health Alliance. Our clients join the objections of the other CCOs that have responded to your identical March 6, 2018, letter. The failure of our clients to address every issue raised by your letter should not be treated as a concession by our clients to such issues.

FamilyCare must take steps to assure that the confidential and proprietary information of our clients is protected, consistent with the designations of AEO our clients made months ago after negotiations and lengthy conversations with OHA and FamilyCare. A copy of our clients' designations, which we first circulated to your office on November 13, 2017, is enclosed for your convenience.

Our clients' primary objection to your letters is FamilyCare's failure to comply with Section 5(d) of the Protective Order entered by Judge Armstrong on November 1, 2017. We must insist that FamilyCare follow the Protective Order's procedures for handling Attorney Eyes Only ("AEO") designations and alleged erroneous designations. Otherwise, our clients cannot meaningfully respond to your request because the letters ask our office to perform an impossible task. The email transmitting the letter included a list of Bates numbered documents that you claim are over-designated AEO; however, our clients have not received a copy of the documents produced to FamilyCare and therefore we have no way of interpreting the list or responding to your request on a document-by-document basis. Furthermore, you have not explained why FamilyCare believes the documents on the list were erroneously designated. If FamilyCare would like to provide us with specific documents for our consideration, then my

Thomas R. Johnson
March 16, 2018
Page 2

clients will be able to respond to your request to de-designate the documents as AEO in a meaningful way.

As with other CCOs, my clients are not comforted by the fact that FamilyCare is not presently a competitor in the marketplace. FamilyCare evidently intends to return to the market in 2020. In the meantime, its former employees may work for our clients' competitors. For that reason alone, the AEO designations for our clients' proprietary and trade secret information must be maintained.

Finally, by responding to your letters of March 6, 2018 within ten days of receipt, as required by the Protective Order, my clients are not waiving their position that FamilyCare has failed to comply by the terms of the Protective Order, and we reserve all of our rights to assert FamilyCare's noncompliance.

Please contact me if you would like to discuss this matter further.

Very truly yours,

Anna Sortun

cc: Matt Levin
AKS/eml
Enclosure
036421/00021/8809860v1

 TONKON TORP LLP
ATTORNEYS



 TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Anna Sortun
Admitted to Practice in Oregon and Washington

Direct Dial:  503.802.2107
Direct Fax:  503.972.3807
anna.sortun@tonkon.com

November 13, 2017

Stephen F. English
Matthew P. Gordon
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209

Dallas DeLuca
Matthew A. Levin
Markowitz Herbold PC
3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204

> Re:    Designations Pursuant to Protective Order
> *FamilyCare, Inc. v. Oregon Health Authority*
> Marion County Circuit Court Case No. 17CV09226

Dear Counsel:

Our office represents Western Oregon Advanced Health ("WOAH"), Cascade Health Alliance, LLC ("Cascade"), and Umpqua Health Alliance, LLC ("Umpqua Health").  I'm writing to provide our clients' responses to and designations of confidential and protected documents in accordance with the October 27, 2017 Discovery Order ("Discovery Order") and the November 1, 2017 Protective Order ("Protective Order") entered in this case.  Attached please find summaries of our clients' designations.

As previously stated by counsel for other CCOs, WOAH, Cascade, and Umpqua Health provide these designation without waiver of our position that the documents and information within the categories in the attached chart should not be discoverable and should not be disclosed by OHA.  We are providing these designations pursuant to the Court's Discovery Order and the Protective Order entered in this case.

EXHIBIT E
Page 3 of 7

Stephen F. English
Matthew P. Gordon
Dallas DeLuca
Matthew A. Levin
November 13, 2017
Page 2


Please let me know if you have any questions or concerns regarding our clients'
designations.

Sincerely,

Anna Sortun


AKS/jma
Attachment
copy:    Renee Stineman (w/attachment, via e-mail)
         Elleanor Chin (w/attachment, via e-mail)


036421/00021/8508744v1



Response and Designations Pursuant to Discovery Order and
Protective Order
OHA Worksheet
Western Oregon Advanced Health, Cascade Health Alliance, LLC,
and Umpqua Health Alliance, LLC

November 13, 2017

| | Description of Information | DO NOT PRODUCE[1] | Produce Only if Subject to Amended Stipulated Protective Order | Notes |
|---|---|---|---|---|
| 1. | CCO Rate of Growth Tool | | Designate and mark as AEO. | |
| 2. | Exhibit L – all | | Designate and mark as AEO. | Some already public. AEO designations for reports L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.1, L19 & Scratch Sheet. |
| 3. | Supplement Rate Templates | | Designate and mark as AEO. | |
| 4. | Claims and Encounter data submissions to the state | | Designate and mark as AEO. | |
| 5. | State enrollment data including premiums paid | | Designate and mark as AEO. | Some already public. |
| 6. | MLR Template | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | |
| 7. | Audited Financials | Do not produce; not related to rate setting process and publicly available. | If produced over objection, designate and mark as AEO. | Already public; category excluded in court's 10/27/17 discovery order. |

[1]  Consistent with the prior positions of CCOs, the documents and information within these categories of documents should not be discoverable and should not have to be disclosed by OHA because of their lack of relevance to FamilyCare's claims in this litigation and because of their confidential, proprietary, and trade secret status.

Western Oregon Advanced Health, Cascade Health Alliance LLC, and Umpqua Health Alliance, LLC Response to
OHA Worksheet and Provisions of Protective Order

CONFIDENTIAL - 1



Response and Designations Pursuant to Discovery Order and
Protective Order
OHA Worksheet
Western Oregon Advanced Health, Cascade Health Alliance, LLC,
and Umpqua Health Alliance, LLC

November 13, 2017

| Description of Information | DO NOT PRODUCE[2] | Produce Only if Subject to Amended Stipulated Protective Order | Notes |
|---|---|---|---|
| 8.  Actuarial Opinions | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | Category excluded in court's 10/27/17 discovery order. |
| 9.  SNRG Reconciliation | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | Portion of category excluded in court's 10/27/17 discovery order. |
| 10.  FB 231 Primary Care template | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | Do not produce; not related to rate setting process. | If produced over objection, designate and mark as AEO. | |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | Do not produce unless blinded version; do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | Version that is produced should be blinded; and that version should be AEO. |
| 13.  Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions | | Blinded version okay to produce without designation. | Non-blinded version and files regarding professional reiumbursement to be designated AEO. |

[2]  Consistent with the prior positions of CCOs, the documents and information within these categories of documents should not be discoverable and should not have to be disclosed by OHA because of their lack of relevance to FamilyCare's claims in this litigation and because of their confidential, proprietary, and trade secret status.

Western Oregon Advanced Health, Cascade Health Alliance LLC, and Umpqua Health Alliance, LLC Response to
OHA Worksheet and Provisions of Protective Order

CONFIDENTIAL - 2



November 13, 2017

Response and Designations Pursuant to Discovery Order and Protective Order
OHA Worksheet
Western Oregon Advanced Health, Cascade Health Alliance, LLC, and Umpqua Health Alliance, LLC

| Description of Information | DO NOT PRODUCE[3] | Produce Only if Subject to Amended Stipulated Protective Order | Notes |
|---|---|---|---|
| 14.  OHA/Optumas documents that include, incorporate, or comment on the above categories and are specific to or concern Western Oregon Advanced Health, Cascade Health Alliance LLC or Umpqua Health Alliance, LLC | Do not produce if not related to rate setting process. | If produced, designate and mark as AEO. | All materials and exhibits that include, incorporate, or comment upon the AEO designated above including payment rate development summaries, redetermination factors, and PMPM and risk score summaries all should be designated AEO. |

036421/00021/8509877v1

[3]  Consistent with the prior positions of CCOs, the documents and information within these categories of documents should not be discoverable and should not have to be disclosed by OHA because of their lack of relevance to FamilyCare's claims in this litigation and because of their confidential, proprietary, and trade secret status.

Western Oregon Advanced Health, Cascade Health Alliance LLC, and Umpqua Health Alliance, LLC Response to OHA Worksheet and Provisions of Protective Order

CONFIDENTIAL - 3