**Brian M. Parrott, OSB No. 013760**
**Email:  brian@bparrott-law.com**
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone:  503-607-2715
Fax:  503-607-2701

      Attorneys for Non-Party PrimaryHealth of
      Josephine County, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATRICK ALLEN**, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | **No. 3:18-cv-00212-MO (LEAD)** **No. 6:18-cv-00296-MO** |
|            Plaintiff, | **DECLARATION OF BRIAN M. PARROTT IN SUPPORT OF NON-PARTY PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS** |
| v. | |
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | |
|            Defendant. | |
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | |
|            Plaintiff, | |

Page 1      DECLARATION OF BRIAN M. PARROTT IN SUPPORT OF NON-PARTY
                PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S RESPONSE TO
                FAMILYCARE, INC.'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-
                DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

v.

**OREGON HEALTH AUTHORITY**, an
agency of the State of Oregon, and **PATRICK
ALLEN**, both individually and in his official
capacity as Director of the Oregon Health
Authority,

Defendants.

I, Brian M. Parrott, make this declaration under the penalty of perjury.

1.     I am the attorney for PrimaryHealth of Josephine County, LLC ("PrimaryHealth")
in relation to the above-captioned case between FamilyCare, Inc. ("FamilyCare") and the Oregon
Health Authority ("OHA"). I make this declaration based on personal knowledge and in support
of PrimaryHealth's Response to FamilyCare Inc's Motion to Compel De-Designation or Down-
Designation of AEO and Confidential Documents (the "Motion").

2.     On or about June 1, 2017, FamilyCare served a First Request for Production of
Documents in the *FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court
Case No. 17CV09226, that sought many of the documents that FamilyCare now seeks to have de-
designated or down-designated.

3.     On or about August 10, 2017, PrimaryHealth, along with 12 other CCOs filed a
Non-Parties' Motion to Intervene in *FamilyCare, Inc. v. Oregon Health Authority*, Marion County
Circuit Court Case No. 17CV09226 for the purpose of protecting their confidential and trade secret
information which had been requested from OHA.

/ / /

Page 2     DECLARATION OF BRIAN M. PARROTT IN SUPPORT OF NON-PARTY
PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S RESPONSE TO
FAMILYCARE, INC.'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-
DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

4. On or about September 11, 2017, FamilyCare sent a proposed Amended Stipulated Protective Order that provided a mechanism for the CCOs to identify documents to be marked Attorney's Eyes Only ("AEO") or Confidential. A true and accurate copy of the email and the proposed Amended Stipulated Protective Order are attached hereto as Exhibit 1.

5. Over the next several weeks, the CCOs and FamilyCare negotiated the terms of the Protective Order. The parties reached agreement on the majority of the Protective Order, including the designation and challenge process, but were unable to reach agreement on the length of time an actuary or other expert who saw AEO or confidential information should be prohibited from providing services to a CCO. On September 28, 2017, the parties appeared before Marion County Circuit Court Judge Armstrong, who ruled on the remaining issues. Despite the ruling from Judge Armstrong, the parties continued to have disagreements regarding the wording of the Protective Order in relation to the experts. Judge Armstrong entered the Protective Order on November 1, 2017. A true and accurate copy of the Protective Order is attached hereto as Exhibit 2.

6. On or about October 6, 2017, I sent Elleanor Chin, an attorney at Oregon Department of Justice who then was representing OHA in this matter, a copy of instructions for designating information as AEO or Confidential. The instructions broke out certain Microsoft Excel Workbooks by tab in an effort to clearly identify appropriate designations. Ms. Chin represented that she would provide the information to FamilyCare. A true and accurate copy of the instructions provided to Ms. Chin are attached hereto as Exhibit 3.

7. On or about March 14, 2018, having become aware of a letter sent by FamilyCare to many, if not all, the other CCOs in the state regarding over designation of documents, I sent an

Page 3    DECLARATION OF BRIAN M. PARROTT IN SUPPORT OF NON-PARTY PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS

email to Mr. Thomas Johnson, one of the attorneys for FamilyCare inquiring whether the failure to send a letter to PrimaryHealth was an oversight. A true and accurate copy of the email is attached to this declaration as Exhibit 4.

8.     On or about March 14, 2018, I received a copy of the letter. A true and accurate copy of the email and letter are attached to this declaration as Exhibit 5.

9.     On or about March 14, 2018, I had a phone conversation with Mr. Johnson in which he agreed to an extension of time to reply to the letter. Mr. Johnson explained some of the reasons behind the letter, but because I had not receive it, we did not have a substantive conferral regarding the issues raised.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 2nd day of April, 2018.

BRIAN M. PARROTT, LLC


*/s/ Brian M. Parrott*
**Brian M. Parrott, OSB # 013760**


Page 4     DECLARATION OF BRIAN M. PARROTT IN SUPPORT OF NON-PARTY PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL DE-DESIGNATION OR DOWN-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS