[   ]
[Pick the date]    CCO - NAME

| Description of Information | DO NOT PRODUCE | Produce Subject to Agreement | Status of Agreement |
|---|---|---|---|
| 1.  CCO Rate of Growth Tool | | See Attached | |
| 2.  Exhibit L – all | | See Attached | |
| 3.  Supplement Rate Templates | | See Attached | |
| 4.  Claims and Encounter data submissions to the state | | Attorneys eyes only | |
| 5.  State enrollment data including premiums paid | | Attorneys eyes only | |
| 6.  MLR Template | | Attorneys eyes only | |
| 7.  Audited Financials | | No Designation | |
| 8.  Actuarial Opinions | | No Designation | |
| 9.  SNRG Reconciliation | | Attorneys eyes only | |
| 10.  FB 231 Primary Care template | | Attorneys eyes only | |
| 11.  Any records or detail data that would identify prescription drug prices or rates | | Attorneys eyes only | |
| 12.  Any other records or detail data that would expose encounters, rates, or contractual | | Attorneys eyes only | |

FamilyCare_9226_DISC_Ind_CCO_Disc_Worksheet_PHJC (002).DOCX                                  Page 1

Exhibit 3
Page 1 of 3

[Pick the date]   [   ]
CCO - NAME

| Description of Information | DO NOT PRODUCE | Produce Subject to Agreement | Status of Agreement |
|---|---|---|---|
| agreements with physicians, hospitals or any other providers | | | |

Exhibit 3
Page 2 of 3

| Tab | Description | Do Not Produce | Produce Subject to P/O | Notes |
|---|---|---|---|---|
| **CCO Rate of Growth Tool** | | | | |
| Directions | Directions | | | Not Proprietary/Conf |
| L12 Paste | Enrollment Validation | | Confidential | |
| L13 Paste | Medical Costs | | Attorney Eyes Only | |
| L14 Paste | IBNR Completion Rate | | Attorney Eyes Only | |
| L17.2 Paste | Other Incentive Payment Breakdown | | Attorney Eyes Only | |
| L18.1 Paste | Other Payments Breakdown | | Attorney Eyes Only | |
| L19 Paste | Financial Overview and Reconciliation of Costs | | Attorney Eyes Only | |
| Summary | Rage of Growth Summary | | Attorney Eyes Only | |
| **Exhibit L Financial Reporting Template** | | | | |
| Instructions | Instructions | | | Not Proprietary/Conf |
| L1 | General Information and Certification | | | Not Proprietary/Conf |
| L2 | cCon | | Confidential | |
| L3 | Restricted Reserves | | Attorney Eyes Only | |
| L3.1 | Secondary Reserve Requirement Based on Enrollment Data | | Attorney Eyes Only | |
| L3.2 | Secondary Reserve Requirement Based on Historical Expenses | | Attorney Eyes Only | |
| L3.3 | Adjusted and Unadjusted Medical Loss Ratios | | Attorney Eyes Only | |
| L4 | Key Financial Indicators | | | Publically Available |
| L5 | Quarterly Balance Sheet of Corporate Activity | | | Publically Available |
| L6 Guidance | Quarterly Statement of Revenues and Expenses - Guidance | | | Not Proprietary/Conf |
| L6 Corp | Quarterly Statement of Revenues, Expenses, and Changes in Net Assets - Corporate Total | | | Publically Available |
| L6 OHP | Quarterly Statement of Revenues & Expenses - OHP Line of Business | | | Publically Available |
| L6.1 Guidance | Quarterly Statement of Administrative and other Non-Benefit Costs - Guidance | | | Not Proprietary/Conf |
| L6.1 OHP | Quarterly Statement of Administrative and other Non-Benefit Costs - OHP Line of Business | | | Publically Available |
| L6.2 OHP | Flexible Expenses - OHP Line of Business | | Confidential | |
| L6.3 OHP | Case Management - OHP Line of Business | | Confidential | |
| L6.4 OHP | Case Management Breakdown - OHP Line of Business | | Confidential | |
| L7 | Cash Flow Analysis Corporate Activity/Indirect Method | | | Publically Available |
| L8 Guidance | Corporate Relationship of Contractors | | | Not Proprietary/Conf |
| L8 | Corporate Relationship of Contractors | | Confidential | |
| L9 | Audited Annual Balance Sheet of Corporate Activity | | Confidential | |
| L10 | Audited Annual Statement of Revenues, Expenses, & Changes in Net Assets | | Confidential | |
| L11 Guidance | Disclosure of Compensation - Where to Report - Guidance | | | Not Proprietary/Conf |
| L11 | Disclosure of Compensation | | Attorney Eyes Only | |
| L12-L19 | Rate Setting Overview | | | Not Proprietary/Conf |
| Report L12 | Enrollment Validation | | Attorney Eyes Only | |
| Report L13 | Medical Costs | | Attorney Eyes Only | |
| Report L14 | IBNR | | Attorney Eyes Only | |
| Report L15 | Sub-Capitation | | Attorney Eyes Only | |
| Report L16 | Breakdown of all Alternative Payment Arrangements by Provider | | Attorney Eyes Only | |
| Report L17 | Incentive Programs | | Attorney Eyes Only | |
| Report L17.1 | Quality Pool Payment Breakdown | | Attorney Eyes Only | |
| Report L17.2 | Other Incentive Payment Breakdown | | Attorney Eyes Only | |
| Report L18 | Other Payment Arrangements | | Attorney Eyes Only | |
| Report L18.1 | Other Payments Breakdown | | Attorney Eyes Only | |
| Report L19 | Financial Overview and Reconciliation of Costs | | Attorney Eyes Only | |
| Scratch Sheet | Additional Information that didn't fit anywhere else | | Attorney Eyes Only | |
| **Supplemental Rate Templates** | | | | |
| Instructions | Supplemental Rate Setting Template | | | Not Proprietary/Conf |
| Report A | Quality Pool Payment Breakdown | | Confidential | |
| Report B | Hepatitis C DAA Drug Claims | | Confidential | |
| **Medical Loss Ratio Rebate Template** | | | | |
| 2017 MLR Rebate | | | Confidential | |
| Scratch sheet | | | Attorney Eyes Only | |
| **SNRG Settlement Template** | | | | |
| Overview | SNRG Risk Corridor Settlement Calculation Form | | | Not Proprietary/Conf |
| Settle Calc | SNRG Risk Corridor Settlement Calculation Form | | Attorney Eyes Only | |
| Attestation | | | | Not Proprietary/Conf |
| Scratch Sheet | | | Attorney Eyes Only | |
| Rates 13 | Special Needs Rage Group CCO Specific PMs | | Confidential | |
| Rates 14 | Special Needs Rage Group CCO Specific PMs | | Confidential | |
| Enrl | SNRG Enrollment by CCO & Month | | Confidential | |
| **SB 231 PrimaryCare Template** | | | | |
| Overview | | | | Not Proprietary/Conf |
| Report 1a | Commercial Member Months/Commercial Non Claims-based Expenditures | | Attorney Eyes Only | |
| Report 1b | Medicaid Coordinated Care Member Months/ Medicaid Coordinated Care Non Claims-based Expenditures | | Attorney Eyes Only | |
| Report 1C | State of Oregon PEBB and OEBB Member Months/PEBB and OEBB Non Claims-Based Expenditures | | Attorney Eyes Only | |
| Report 1D | Medicare Member Months/ Medicare Non Claims-based Expenditures | | Attorney Eyes Only | |
| Report 1 Summary | Summary of Reports 1a-1d | | Confidential | |
| Report 2 | Explanation of non claims-based expenditures | | Confidential | |
| Report 3 | FFS Data Issues | | Confidential | |
| Report 4 | Certification | | | Not Proprietary/Conf |
| Scratch Sheet | | | Attorney Eyes Only | |

Exhibit 3
Page 3 of 3