## Brian Parrott

**From:**     Brian Parrott
**Sent:**     Wednesday, March 14, 2018 3:02 PM
**To:**       Johnson, Thomas R., Jr. (Perkins Coie)
**Subject:**  Overdesignated AEO Documents

Mr. Johnson,

I represent PrimaryHealth of Josephine County, LLC., an intervenor in FamilyCare, Inc. v. Oregon Health Authority.  It has come to my attention that FamilyCare, on or about March 6, 2018, sent a letter to several of the intervenor CCOs raising issues regarding the AEO designation of documents.  I also understand that it is FamilyCare's position that the letter triggers the 10-day period identified in the Protective Order for CCOs to respond to objections to designated documents.  Neither my client nor I received a copy of the letter.

Given that, to my knowledge, all the other CCOs received the letter, I'm wondering whether this was an oversight.  If it was an oversight, please provide me with a copy of the letter and information relevant to my client.  Also, I am scheduled to be out of the office from March 15 to March 26.  If this was an oversight, I request permission to respond by March 30, 2018, or 10 days from receiving the letter, whichever is later.

If it was not an oversight, please confirm that the issues in the letter do not apply to my client.

Thank you for your courtesies.

Brian Parrott



Brian M Parrott
•
503.607.2715
•
brian@bparrott-law.com
•
851 SW 6th Ave, Ste 1500
Portland, OR  97204

I will be out of the office March 15 – March 26, 2018

This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender.

Exhibit 4
Page 1 of 1