**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Oregon Health
       Authority, an agency of the State of Oregon, and Patrick
       Allen, both individually and in his official capacity as
       director of the Oregon Health Authority

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

PATRICK ALLEN, in his official capacity as
DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of the State of
Oregon,

                                Plaintiff,

            v.

FAMILYCARE, INC., an Oregon non-profit
corporation,

                            Defendant.

FAMILYCARE, INC., an Oregon non-profit
corporation,

                               Plaintiff,

            v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official

Case No. 3:18-cv-00212-MO (Leading)
Case No. 6:18-cv-00296-MO(Trailing)

**NOTICE OF APPEARANCE OF
BRITTANY M. SIMPSON**

**Page 1 -   NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**

capacity as director of the Oregon Health
Authority,

Defendants.

PLEASE BE ADVISED that Brittany M. Simpson of Markowitz Herbold PC, hereby enters her appearance for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, and Laura Salerno Owens remain as Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  Special Assistant Attorneys General's contact information is as follows:

> U.S. Mail or Overnight Delivery Service:
> MARKOWITZ HERBOLD PC
> 3000 Pacwest Center
> 1211 SW Fifth Avenue
> Portland, OR 97204-3730
>
> Telephone:
> (503) 295-3085
>
> Facsimile:
> (503) 323-9105
>
> Electronic Mail:
> DavidMarkowitz@MarkowitzHerbold.com
> MattLevin@MarkowitzHerbold.com
> ReneeRothauge@Markowitzherbold.com
> HarryWilson@MarkowitzHerbold.com
> LauraSalerno@MarkowitzHerbold.com
> BrittanySimpson@MarkowitzHerbold.com

DATED this 5th day of April, 2018.

> ELLEN ROSENBLUM
> ATTORNEY GENERAL
> FOR THE STATE OF OREGON
>
>
> By:    *s/ Harry B. Wilson*
> _____
> David B. Markowitz, OSB #742046
> DavidMarkowitz@MarkowitzHerbold.com
> Matthew A. Levin, OSB #003054
> MattLevin@MarkowitzHerbold.com

**Page 2 -   NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**

Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for
Oregon Health Authority, an agency of the
State of Oregon, and Patrick Allen, both
individually and in his official capacity as
director of the Oregon Health Authority*

FAMIOR\715155_1

**Page 3 -   NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**