**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC

1211 SW Fifth Avenue, Suite 3000

Portland, OR  97204-3730

Tele: (503) 295-3085

Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

Plaintiff,

v.

FAMILYCARE, INC., an Oregon non-profit corporation,

Defendant.

FAMILYCARE, INC., an Oregon non-profit corporation,

Plaintiff,

v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official

Case No. 3:18-cv-00212-MO (Leading)
Case No. 6:18-cv-00296-MO(Trailing)

**NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**

**Page 1 -   NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**

capacity as director of the Oregon Health
Authority,

Defendants.

PLEASE BE ADVISED that Brittany M. Simpson of Markowitz Herbold PC, hereby enters her appearance for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, and Laura Salerno Owens remain as Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  Special Assistant Attorneys General's contact information is as follows:

> U.S. Mail or Overnight Delivery Service:
> MARKOWITZ HERBOLD PC
> 3000 Pacwest Center
> 1211 SW Fifth Avenue
> Portland, OR 97204-3730
>
> Telephone:
> (503) 295-3085
>
> Facsimile:
> (503) 323-9105
>
> Electronic Mail:
> DavidMarkowitz@MarkowitzHerbold.com
> MattLevin@MarkowitzHerbold.com
> ReneeRothauge@Markowitzherbold.com
> HarryWilson@MarkowitzHerbold.com
> LauraSalerno@MarkowitzHerbold.com
> BrittanySimpson@MarkowitzHerbold.com

DATED this 5th day of April, 2018.

> ELLEN ROSENBLUM
> ATTORNEY GENERAL
> FOR THE STATE OF OREGON
>
>
> By:    *s/ Brittany M. Simpson*
>
> Brittany M. Simpson, OSB #165326
> BrittanySimpson@MarkowitzHerbold.com
> *Of Attorneys for Oregon Health Authority,*
> *an agency of the State of Oregon, and*
> *Patrick Allen, both individually and in his*

**Page 2 -   NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**

*official capacity as director of the Oregon
Health Authority*

FAMIOR\715155_1

**Page 3 -   NOTICE OF APPEARANCE OF BRITTANY M. SIMPSON**