**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PATRICK ALLEN, in his official capacity as
DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of the State of
Oregon,

Plaintiffs,

v.

FAMILYCARE, INC., an Oregon non-profit
corporation,

Defendant.

Case No. 3:18-cv-00212-MO (Leading)
Case No. 6:18-cv-00296-MO(Trailing)

**DECLARATION OF
RENEE R. STINEMAN IN SUPPORT
OF OREGON HEALTH
AUTHORITY'S OPPOSITION TO
FAMILYCARE'S MOTION FOR A
PROTECTIVE ORDER**

---

FAMILYCARE, INC., an Oregon non-profit
corporation,

Plaintiff,

**Page 1 -    DECLARATION OF RENEE R. STINEMAN IN SUPPORT OF OREGON
HEALTH AUTHORITY'S OPPOSITION TO FAMILYCARE'S MOTION
FOR A PROTECTIVE ORDER**

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

Defendants.

I, Renee R. Stineman, declare:

1.    I am Attorney-in-Charge of the Special Litigation Unit at the Oregon Department of Justice.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    I, along with Ted Falk, was the point person and lead attorney for the Oregon Health Authority ("OHA") for the communications leading up to and during dispute resolution process that occurred at the end of 2016 and the beginning of 2017 regarding the rate-setting dispute between FamilyCare and OHA.

3.    Steve English was the point person and lead attorney for FamilyCare for the communications leading up to and during dispute resolution process described above and appeared to be the architect of FamilyCare's process and strategies to resolve the dispute between FamilyCare and OHA.

4.    I had in-person conversations with English about the details of the dispute resolution process in late 2016.  As FamilyCare and OHA agreed on a process and worked to resolve their dispute in late 2016 through February 2017, English and I continued to have to have in-person conversations regarding the dispute and process for resolution.  English and I are the only ones who can testify about what we said to each other and our conversations taken as a whole.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of April, 2018.

Renee R. Stineman, OSB #994610

**Page 2 -    DECLARATION OF RENEE R. STINEMAN IN SUPPORT OF OREGON HEALTH AUTHORITY'S OPPOSITION TO FAMILYCARE'S MOTION FOR A PROTECTIVE ORDER**