**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renee E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading) Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S OPPOSITION TO FAMILYCARE'S MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |

**Page 1 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S OPPOSITION TO FAMILYCARE'S MOTION FOR A PROTECTIVE ORDER**

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

                                                    Defendants.

    I, Harry B. Wilson, declare:

    1.    I am a Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

    2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | December 30, 2016 Dispute Resolution Agreement |
| 2 | December 17, 2016 Email from Theodore C. Falk to Stephen F. English |
| 3 | December 19, 2016 Email from Stephen F. English to Theodore C. Falk |
| 4 | December 27, 2016 Letter from Stephen F. English to Renee Stineman |
| 5 | January 25, 2017 Letter from Stephen F. English to Renee Stineman |
| 6 | February 27, 2017 Letter from Renee Stineman to Stephen F. English |
| 7 | February 16, 2017 Email Stephen F. English to Renee Stineman |
| 8 | February 3, 2017 Email from Renee Stineman to Stephen F. English and Theodore C. Falk |
| 9 | February 6, 2017 Letter from Stephen F. English to Renee Stineman |
| 10 | February 8, 2017 Letter from Theodore C. Falk to Stephen F. English |
| 11 | February 9, 2017 Letter from Stephen F. English to Theodore C. Falk |
| 12 | February 21, 2017 Letter from Renee Stineman to Stephen F. English |
| 13 | February 3, 2017 Email from Matthew P. Gordon to Renee Stineman and Theodore C. Falk |

**Page 2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S OPPOSITION TO FAMILYCARE'S MOTION FOR A PROTECTIVE ORDER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of April, 2018.

/s/ Harry B. Wilson

Harry B. Wilson, OSB #077214

714995

**Page 3 -** **DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S OPPOSITION TO FAMILYCARE'S MOTION FOR A PROTECTIVE ORDER**