| From: | Falk Theodore C |
|---|---|
| To: | 'English, Stephen F. (Perkins Coie)' |
| CC: | MCurtice@perkinscoie.com; Thomas Johnson - Perkins Coie LLP (TRJohnson@perkinscoie.com); Stineman Renee; Wahl Jeffrey |
| Sent: | 12/17/2016 10:03:51 AM |
| Subject: | RE: FamilyCare |

Steve,

I am following up on our conversation earlier today, in which you requested a lawyer-only meeting to discuss procedures. I have copied the people we discussed including in the meeting.

I was able to reach Renee Stineman, who is out of the office until Thursday the 22nd. Would that be a good date to meet? I haven't checked on Jeff's availability, but any time Thursday works for me.

Ted

Ted Falk
Attorney-in-Charge | Health and Human Services Section | General Counsel Division
Oregon Department of Justice
Mailing address: 1162 Court St. NE, Salem, OR 97301-4096
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-507-8335 (mobile)
Today I am out of the office. Please connect via email.

From: English, Stephen F. (Perkins Coie) [mailto:SEnglish@perkinscoie.com]
Sent: Friday, December 16, 2016 2:18 PM
To: Falk Theodore C
Cc: MCurtice@perkinscoie.com
Subject: FamilyCare

Dear Ted,

I have left you a voice mail and would really appreciate the chance to connect with you on behalf of my client, FamilyCare. We are heading toward the filing of a lawsuit very soon, but would like a chance to chat with you first. Call me on my cell, (503) 799-3307.

Sincerely,

Steve

Stephen English | Perkins Coie LLP
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
C. +1.503.799.3307
E. SEnglish@perkinscoie.com<mailto:%20SEnglish@perkinscoie.com>

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Ex 2 - Jindal Decl
Page 1 of 1

OHA_LIT_00156300