| | |
|---|---|
| **From:** | English, Stephen F. (Perkins Coie) |
| **To:** | Falk Theodore C |
| **CC:** | MCurtice@perkinscoie.com; Johnson, Thomas R., Jr. (Perkins Coie); Stineman Renee; Wahl Jeffrey |
| **Sent:** | 12/19/2016 1:10:03 PM |
| **Subject:** | RE: FamilyCare |

Thank you, Ted

Stephen English | Perkins Coie LLP
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
E. SEnglish@perkinscoie.com

-----Original Message-----
From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Monday, December 19, 2016 1:01 PM
To: English, Stephen F. (POR)
Cc: Curtice, Melanie K. (SEA); Johnson, Thomas R., Jr. (POR); Stineman Renee; Wahl Jeffrey
Subject: Re: FamilyCare

PS I have confirmed Renee's availability Friday morning. Ted

Ted Falk
Oregon Department of Justice
503-947-4430<tel:503-947-4430> (Salem office); 971-673-1980<tel:971-673-1980> (Portland office); 503-931-0517<tel:503-931-0517> (mobile)
Please note changed DOJ mobile number: 503-931-0517<tel:503-931-0517>

On Dec 19, 2016, at 10:49 AM, Falk Theodore C
<theodore.falk@doj.state.or.us<mailto:theodore.falk@doj.state.or.us>> wrote:

Steve,

Confirming our conversation just now, late morning on Friday 23rd works better for you. I am available at that time and believe Jeff is too, but I don't know about Renee. Please send out an invite, and she will respond.

Ted

Ted Falk
Oregon Department of Justice
Today's phone: 971-673-1980 (Portland office)
Alternate phones: 503-947-4430 (Salem office); 503-931-0517 (mobile)
Please note changed DOJ mobile number: 503-931-0517

From: Falk Theodore C
Sent: Saturday, December 17, 2016 10:04 AM
To: 'English, Stephen F. (Perkins Coie)'
Cc: MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Thomas Johnson - Perkins Coie LLP (TRJohnson@perkinscoie.com<mailto:TRJohnson@perkinscoie.com>); Stineman Renee; Wahl Jeffrey
Subject: RE: FamilyCare

Steve,

I am following up on our conversation earlier today, in which you requested a lawyer-only meeting to discuss procedures. I have copied the people we discussed including in the meeting.

I was able to reach Renee Stineman, who is out of the office until Thursday the 22nd. Would that be a good date to meet? I haven't checked on Jeff's availability, but any time Thursday works for me.

Ex 3 - Jindal Decl
Page 1 of 2

OHA_LIT_00156696

Ted

Ted Falk
Attorney-in-Charge | Health and Human Services Section | General Counsel Division
Oregon Department of Justice
Mailing address: 1162 Court St. NE, Salem, OR 97301-4096
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-507-8335 (mobile)
Today I am out of the office. Please connect via email.

From: English, Stephen F. (Perkins Coie) [mailto:SEnglish@perkinscoie.com]
Sent: Friday, December 16, 2016 2:18 PM
To: Falk Theodore C
Cc: MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>
Subject: FamilyCare

Dear Ted,

I have left you a voice mail and would really appreciate the chance to connect with you on behalf of my client, FamilyCare. We are heading toward the filing of a lawsuit very soon, but would like a chance to chat with you first. Call me on my cell, (503) 799-3307.

Sincerely,

Steve

Stephen English | Perkins Coie LLP
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
C. +1.503.799.3307
E. SEnglish@perkinscoie.com<mailto:%20SEnglish@perkinscoie.com>

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

*************************************

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Ex 3 - Jindal Decl
Page 2 of 2

OHA_LIT_00156697