| | |
|---|---|
| From: | English, Stephen F. (Perkins Coie) |
| To: | Stineman Renee |
| CC: | Scott Carla A; Falk Theodore C; Wahl Jeffrey; Johnson, Thomas R., Jr. (Perkins Coie); Gordon, Matthew P. (Perkins Coie); MCurtice@perkinscoie.com; Price, Meredith M. (Perkins Coie) |
| Sent: | 2/16/2017 4:53:12 PM |
| Subject: | RE: FamilyCare/OHA |

Renee,

Thank you for sending us the summary of our call. We look forward to receiving a report from Optumas as soon as possible of the 2017 reimbursement analysis and adjustments, which is critical to continuing this process.

Regarding your statement that OHA will not be in a position to respond to any of FamilyCare's requests "until FamilyCare's actuary completes his presentation on that topic," I am concerned because that is not something that we discussed, and because Ben has told us he can't do any more with the information he has. We ask that consistent with the Dispute Resolution Agreement ("Agreement"), OHA present why it believes the 2017 capitation rates are actuarially sound, and address the additional concerns outlined in our Agreement and FamilyCare's January 17, 2017 presentation. We also would appreciate any insight from OHA or Optumas on the $34 million cost adjustment.

Thank you for forwarding along the emails that you mentioned on the call. It is helpful for our team to see the actual documents you are relying upon. Addressing the emails in turn, first, the email from Lori Coyner to Zachary Aters dated February 7, 2017 at 12:44PM is the email that first identified the $34 million cost adjustment, and thus triggered FamilyCare's concerns about the 2017 capitation rates. It does not provide the "how" or "why" related to the actual adjustment. Our client has seen this email, as well as FamilyCare's actuary, and it does not answer any of the questions we have raised in this process.

Second, the email from Lori Coyner to Zachary Aters dated February 7, 2017 at 12:50PM contains a communication exchange between Bill Murray and Chelsea Guest (among others). This email exchange includes Bill Murray of FamilyCare's analysis of the numbers that OHA did provide to FamilyCare. Look to the page stamped OHA000010, which is Mr. Murray's questions and analysis of the numbers provided by OHA. He raises several questions in that spreadsheet that go unanswered to this day. Ms. Guest's responses to Mr. Murray, found at the page stamped OHA000008, also does not answer FamilyCare's questions. The "Key Principles" and "Base Data Policy" bullet points do not give FamilyCare the data or descriptions of assumptions to verify whether the decisions made by OHA as supported, actuarially sound, or ascertainable as a general matter. Our client has seen this email, as well as FamilyCare's actuary, and it does not answer any of the questions we have raised in this process.

We mentioned on the call that FamilyCare needs to "see the math" to understand how and why these rates were calculated and why certain adjustments were made. We understand that the emails you have forward show that adjustments were in fact made, but that is something all the parties already know. If you believe your client has emails that do in fact answer the questions raised by FamilyCare, as always, we are glad to discuss them with you. Thanks for providing the additional emails sometime next week.

Best regards,

Steve

**Stephen English | Perkins Coie LLP**
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
C. +1.503.799.3307
E. SEnglish@perkinscoie.com

---

**From:** Stineman Renee [mailto:renee.stineman@doj.state.or.us]
**Sent:** Thursday, February 16, 2017 2:14 PM
**To:** English, Stephen F. (POR)
**Cc:** Scott Carla A; Falk Theodore C; Wahl Jeffrey; Johnson, Thomas R., Jr. (POR); Gordon, Matthew P. (SEA); Curtice, Melanie K. (SEA); Price, Meredith M. (POR)

**Subject:** RE: FamilyCare/OHA

Steve,

Attached are the two examples that I mention in my email below.

**Renee R. Stineman**
Oregon Department of Justice
971.673.5021

---

**From:** Stineman Renee
**Sent:** Thursday, February 16, 2017 2:05 PM
**To:** 'English, Stephen F. (Perkins Coie)'
**Cc:** Scott Carla A; Falk Theodore C; Wahl Jeffrey; Johnson, Thomas R., Jr. (Perkins Coie); Gordon, Matthew P. (Perkins Coie); MCurtice@perkinscoie.com; Price, Meredith M. (Perkins Coie)
**Subject:** FamilyCare/OHA

Steve and team,

Thank you for talking with Carla and me today. As discussed, we are working toward a response to your February 6, 2017 request. To prepare a response, OHA must go through a process of gathering input from the third party owners of the data that the request seeks and that process takes time. In the meantime, if you would like to send us a form of confidentiality agreement for us to consider, we will provide our feedback to keep working through this issue. The form must contemplate that the third party owner of the data will be a party to the agreement.

I understand it is FamilyCare's actuary's position that he needs access to the data in the February 6, 2017 request in order to complete his analysis of the rates/methodology. OHA will not be a in position to respond to any concerns of FamilyCare's about the rates/methodology until FamilyCare's actuary completes his presentation on that topic. However, for the time being, as you suggested, we are willing to refocus the discussion to address the 2017 reimbursement analysis and adjustments. Consistent with that new approach, we have offered the following:

1.      We will provide a written explanation by OHA and its actuary of the 2017 reimbursement analysis and adjustments. I expect this can be done by the end of next week, but we need to confirm with the client.
2.      We will provide today two examples of email exchanges between OHA and FamilyCare regarding the details around the 2017 reimbursement analysis and adjustments.
3.      We will provide copies of the email exchanges between OHA and FamilyCare regarding the 2017 reimbursement analysis and adjustments. I expect this can be done by the end of next week (if not before) but we need to confirm with the client.

If my summary does not accurately reflect our conversation, please let me know.

**Renee Stineman**
Attorney in Charge | Special Litigation Unit | Trial Division
Oregon Department of Justice
100 SW Market St.
Portland, Oregon 97201
Main: 971.673.1880 - Direct: 971.673.5021 - Fax: 971.673.5000
renee.stineman@doj.state.or.us

*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

**********************************

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.