**From:** Stineman Renee
**To:** 'English, Stephen F. (Perkins Coie)'; Falk Theodore C
**CC:** Price, Meredith M. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com; Gordon, Matthew P. (Perkins Coie)
**Sent:** 2/3/2017 4:02:00 PM
**Subject:** RE: FamilyCare ADR Meeting

Steve,

Thank you for your message. I understand you, on FamilyCare's behalf, continue to seek certain cost and other data of the other CCOs in Oregon, which the agency understands are likely considered trade secret by the owners of that data. As an update on that issue, the agency is not in a position to produce that information prior to Monday's meeting, nor is it in a position to respond fully to the request at this time. As I mentioned at our last meeting, FamilyCare's request for this type of commercially sensitive information presents many challenges. While we appreciate the feedback you provide in your letter of January 25, 2017, it oversimplifies the issues and does not present an effective resolution to any of the challenges the agency faces (we intend to provide a more substantive written response to your letter as well). Further, in the meantime, another lawyer from your office is actively pursuing a much larger production of documents in response to FamilyCare's multiple and extensive public records requests, which for the most part seek data and other potentially sensitive information relating to other CCOs. Those requests present the same challenges as the request you are pursing, but is further complicated by the sheer volume of documents that will need to be reviewed to identify responsive documents and review for them potential exemptions from disclosure.

For efficiency, and in light of your firms dual approach, the agency has determined that it is most efficient to address all of FamilyCare's requests with the CCOs in one communication. OHA and DOJ continue to work through how to manage that communication in an efficient manner, as well as address other challenges presented by FamilyCare's extensive requests. In light of these issues, we agree that your suggested repurposing of Monday's meeting to discuss these sorts of issues and other procedural matters, without the need for the parties to incur the cost of having their actuaries present, is likely the better approach.

If you would like to talk about this further today, let me know what number I should call. I am not reachable at my office number, I am working from home today, due to the ice. In any event, I look forward to speaking with you Monday.

Renee R. Stineman
Oregon Department of Justice
971.673.5021

From: Anderson, Diane M. (Perkins Coie) [mailto:DAnderson@perkinscoie.com] On Behalf Of English, Stephen F. (Perkins Coie)
Sent: Friday, February 3, 2017 3:09 PM
To: Stineman Renee; Falk Theodore C
Cc: English, Stephen F. (Perkins Coie); Price, Meredith M. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com; Gordon, Matthew P. (Perkins Coie)
Subject: FamilyCare ADR Meeting
Importance: High

Dear Renee and Ted:

I called you both again this afternoon to confirm OHA and DOJ's response to FamilyCare's requests of January 25, 2017, for the second ADR meeting scheduled for this coming Monday, February 6, 2017. If at all possible, we need confirmation that you can provide the data we've requested before the meeting, and that you will provide a substantive presentation regarding why the 2017 capitation rates are actuarially sound. Without the data we've requested, FamilyCare won't be able to provide any further analysis beyond what we provided at the January 17 ADR meeting.

In order for us to achieve the goal of the ADR sessions to have a "free and open discussion between" FamilyCare and OHA regarding the variety of issues identified in the December 30, 2016 agreement, and in our letter of January 25, 2017, we need the information requested. If you can't confirm OHA/DOJ's ability to respond to our requests, I suggest we use our meeting

as a status conference to set out objectives for our second ADR meeting. We are able to host you at our offices so that we can have a productive in-person conference. The easiest way to reach me is on my cell: 503-799-3307. I look forward to speaking with you.

Best regards,
Steve

Stephen English | Perkins Coie LLP
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
E. SEnglish@perkinscoie.com<mailto:%20SEnglish@perkinscoie.com>

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.