**Case Nos.:** 3:18-cv-212-MO; 6:18-cv-296-MO                    **Date of Proceeding:** April 6, 2018

**Case Title:** Allen v. FamilyCare Inc; FamilyCare Inc. v. Oregon Health Authority et al.

**Presiding Judge:  Hon. Michael W. Mosman**              **Courtroom Deputy:** Kara Scheele
                                                          Chambers_Mosman@ord.uscourts.gov
                                                          Telephone number (503) 326-8031

**Reporter:**  Bonita Shumway

---

**DOCKET ENTRY:**  RECORD OF THE DISCOVERY HEARING:

Oral Argument held.

For reasons stated on the record, the Court makes the following rulings.

The Court GRANTS in part and DENIES in part Oregon Health Authority's Motion to Compel [17 in 18-212; 14 in 18-296]. The Court GRANTS as to materials prepared by lobbying services that were sent to the attorneys; the Court DENIES as to materials prepared by the attorneys and sent to the lobbying services, except as materials that address the impact of litigation rather than the litigation itself.

The Court DENIES OHA's Motion to Compel [19 in 18-212; 16 in 18-296] as to all requested materials.

The Court GRANTS in part, DENIES in part, and DENIES AS MOOT in part FamilyCare's Omnibus Discovery Motion [30 in 18-212; 27 in 18-296]. The parties may conduct up to 19 depositions. As to FamilyCare's request for a deadline for compliance with the state court order requiring production related to third-party Optumas, the Court accepts OHA's representation that required production is complete. Accordingly, the Court DENIES AS MOOT FamilyCare's request. As to FamilyCare's request for the de-designation of certain documents, the Court orders the intervenor / nonparty Coordinated Care Organizations to reexamine the AEO and Confidential designations and to permit de-designation of documents wherever appropriate. The Court sets a telephone status conference on this matter for both parties and intervenor / nonparties on 4/26/18 at 10:30am. The Court expects substantial progress to be made at that time. The Court DENIES FamilyCare's request for documents related to disclosure of the Communications Plan.

The Court GRANTS FamilyCare's motion for a protective order [34 in 18-212; 31 in 18-296] that quashes the notice of deposition of Attorney Stephen English.

The Court further DENIES AS MOOT Health Share of Oregon's Motion to File Excess Pages [49 in 18-212; 46 in 18-296].

**Civil Minutes**                                          **Honorable  Michael W. Mosman**
**Revised 3/15/96**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Plaintiff's counsel | Defendant's counsel |
| Stephen English, Alletta Brenner, | Matthew Levin, Brittany Simpson, |
| Douglas Pahl, Thomas Johnson | David Markowitz |

cc:{  }  All counsel