**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renee E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

　　　　Special Assistant Attorneys General for Oregon Health
　　　　Authority, an agency of the State of Oregon, and Patrick
　　　　Allen, both individually and in his official capacity as
　　　　director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO(Trailing)<br><br>**DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

FAMILYCARE, INC., an Oregon non-profit corporation,

　　　　　　　　　　Plaintiff,

**Page 1 -　　DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF MOTION TO DISMISS**

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

                                              Defendants.

I, Harry B. Wilson, declare:

1.      I am a Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of December 9, 2013 Contract Between Oregon Health Authority and FamilyCare, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of April, 2018.

                                        /s/ Harry B. Wilson
                                        _____
                                        Harry B. Wilson, OSB #077214

718655

**Page 2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK
             ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT
             OF MOTION TO DISMISS**



# OREGON HEALTH PLAN

# HEALTH PLAN SERVICES CONTRACT

## Coordinated Care Organization

## Contract # 143114

## with

## FamilyCare, Inc.

OHA_LIT_00399001

Coordinated Care Organization                                      Effective: January 1, 2014

## VI.    Interpretation and Administration of Contract

A.    OHA has adopted policies, procedures, rules and interpretations to promote orderly and efficient administration of this Contract. Contractor shall abide by all laws and Oregon Administrative Rules (OARs) applicable to Contractor's performance under this Contract, including but not limited to the CCO Administrative Rules.

B.    In interpreting this Contract, the Parties shall construe its terms and conditions as much as possible to be complementary, giving preference to this Contract (without exhibits, schedules or attachments) over any exhibits schedules or attachments.  In the event of any conflict between the terms and conditions in any other exhibits, schedules or attachments, the document earlier in the Table of Contents controls.

C.    In the event that the Parties need to look outside of this Contract for interpreting its terms, the Parties shall consider only the following sources, as in effect at the time of interpretation, in the order of precedence listed:

1.    The Oregon State Medicaid Plan and any Grant Award Letters, waivers or other directives or permissions approved by CMS for operation of the Oregon Health Plan (OHP).

2.    The Federal Medicaid Act, Title XIX of the Social Security Act, the Children's Health Insurance Program(CHIP), established by Title XXI of the Social Security Act, and the Patient Protection and Affordable Care Act (PPACA), and their implementing regulations published in the Code of Federal Regulations (CFR), except as waived by CMS for the OHP.

3.    The Oregon Revised Statutes (ORS) or other enacted Oregon Laws concerning the OHP.

4.    The Oregon Administrative Rules (OAR) promulgated by OHA prior to the effective date of this Contract or subsequent amendments to the Contract, to implement the OHP.

5.    The OARs promulgated by the Department of Human Services (DHS), to implement the OHP.

6.    Other applicable Oregon statutes and OARs concerning the Medical Assistance Program and health services.

D.    If Contractor believes that any provision of this Contract or OHA's interpretation thereof is in conflict with federal or State statutes or regulations, Contractor shall notify OHA in writing immediately.

If any provision of this Contract is in conflict with applicable federal Medicaid or CHIP statutes or regulations that CMS has not waived for the OHP, the Parties shall amend this Contract to conform to the provision of those laws or regulations.

OHA_LIT_00399010

Coordinated Care Organization                                          Effective: January 1, 2014

4.   Contractor is not listed on the non-procurement portion of the General Service
     Administration's "List of Parties Excluded from Federal procurement or Nonprocurement
     Programs" found at: http://www.epls.gov/ or such alternative system required for use by
     Medicaid programs;

5.   Contractor is not subject to backup withholding because:

     a.   Contractor is exempt from backup withholding;

     b.   Contractor has not been notified by the IRS that Contractor is subject to backup
          withholding as a result of a failure to report all interest or dividends; or

     c.   The IRS has notified Contractor that Contractor is no longer subject to backup
          withholding.

6.   Contractor is required to provide their Federal Employer Identification Number (FEIN)
     or Social Security Number (SSN) as applicable to OHA. By Contractor's signature on
     this Contract, Contractor hereby certifies that the FEIN or SSN provided is true and
     accurate. If this information changes, Contractor is required to provide OHA with the
     new FEIN or SSN within 10 days.

VIII.  Signatures

CONTRACTOR

By _____          12/6/13
Authorized  WILLIAM  H.  MURRAY               _____
Title  CHIEF  OPERATING  OFFICER              Date

OHA - DIVISION OF MEDICAL ASSISTANCE PROGRAMS

By _____          12/6/2013
OHA    Director; Medical Assistance           _____
       Programs,                              Date

Approved as to Legal Sufficiency:

Electronic approval by: Theodore C. Falk, Attorney-in-Charge, Health and Human Services
Section, on November 21, 2013, email in Contract file.

Reviewed by Office of Contracts & Procurement:

By _____          12/9/13
Tammy L. Hurst, Contract Specialist           _____
                                              Date

Contract # 143114                    Contract Document                      Page 12 of 332

Ex 1 - Wilson Decl
Page 3 of 5

OHA_LIT_00399012

**b.**    Contractor shall make Enhanced Payments to Qualified Physicians and Qualified Midlevel Practitioners for Qualifying Service Codes.

**c.**    Contractor shall make Enhanced Payments for the administration of vaccines provided by Qualified Physicians and Qualified Midlevel Practitioners through the VFC Program, as specified in OAR 410-130-0255 The codes and rate can be found at http://www.oregon.gov/oha/healthplan/pages/pcp-rates.aspx

**d.**    OHA will post a weekly provider file that will enable the Contractor to identify Qualified Physicians. For physicians and midlevel practitioners that are Subcontractors but are not enrolled in Medicaid, the Contractor shall develop an attestation procedure to identify providers qualifying for the Enhanced Payments.

**e.**    Contractor shall meet Enhanced Payment requirements to Qualified Physicians and Qualified Midlevel Practitioners for Members that are Fully Dual Eligible, and have Third Party Resources.

**f.**    Contractor shall validate that the full benefit of the Enhanced Payment will be passed through for services furnished by Qualified Physicians and Qualified Midlevel Practitioners. The structure of the Contractor's Delivery System Network does not mitigate this responsibility.

**g.**    Contractor may make Enhanced Payments as part of its regular payment to the Qualified Physician and Qualified Midlevel Practitioner or as quarterly lump sum payment. The Contractor shall submit its Enhanced Payment methodology to OHA prior to implementation for approval in accordance with this section. The Contractor shall report the Enhanced Payments to OHA as part of the Encounter Data submission or in a separate report of supplemental payments.

**h.**    After the end of 2014, OHA will audit Contractor's Enhanced Payments made to Qualified Physicians and Qualified Midlevel Practitioners, in accordance with 410-120-1340, 410-130-0005, and OAR 410-130-0255, to verify that its Enhanced Payments met the federal requirements and were paid only to Qualified Physicians and Qualified Midlevel Practitioners. If the Contractor identifies a provider that was paid in error, the Contractor will notify the provider and shall recoup the Enhanced Payment from the provider as an adjusted payment.

**i.**    Contractor shall document Qualified Physician and Qualified Midlevel Practitioner status through provider contract, credentialing verification, or specific attestation from the Physician as to Medicaid codes paid.

**3.    Payment in Full**

The consideration described in this Exhibit C is the total consideration payable to Contractor for all work performed under this Contract.

**4.    Changes in Payment Rates**

The CCO Payment Rates may be changed only by amendment to this Contract pursuant to Exhibit D, Section 20 of this Contract.

**a.**    Changes in the CCO Payment Rates as a result of adjustments to the Service Area or to the Enrollment limit may be required pursuant to Exhibit B, Part 4, Section 2 of this Contract.

OHA_LIT_00399117

Effective: January 1, 2014

**8.    Global Payment Rate Methodology**

OHA has developed actuarially set Adjusted Per Capita Costs (Capitation Rates) to reimburse plans for providing the Covered Services. A full description of the methodology used to calculate per capita costs may be found in the OHA document *"Capitation Rate Development Coordinated Care Organizations January 2014 – December 2014*, dated November 15, 2013 (the "Actuarial Report"). The Actuarial Report is available at http://www.oregon.gov/oha/healthplan/pages/data_pubs/rates-costs/main.aspx . The Actuarial Report is not part of this Contract, and except where specifically referred to herein, may not be used in the interpretation or construction of this Contract.

**9.    Administrative Performance Withhold**

With implementation of the Administrative Performance (AP) Standard, OHA utilizes an AP Withhold (APW) methodology in accordance with Exhibit B Part 8, Section 7.d.

**10.   Quality Pool**

Upon CMS approval, Contractor will be eligible for additional payments under the Quality Pool in accordance with Exhibit B Part 9.

**11.   Intent to Amend Rates; Automatic Termination If Not Amended**

The Capitation Rates and the Actuarial Report apply to dates of service earlier than January 1, 2015 (the "Rate Amendment Date"). The parties intend to amend this Contract to supply Capitation Rates and an Actuarial Report for dates starting on the Rate Amendment Date (a "Rate Amendment"). Contractor shall notify OHA not less than 120 days before the Rate Amendment Date of its intent to not proceed with a Rate Amendment. OHA shall notify Contractor not less than 120 days before the Rate Amendment Date of its intent to not proceed with a Rate Amendment. If the parties have not entered into a Rate Amendment by the Rate Amendment Date, then this Contract will terminate on the Rate Amendment Date automatically and without any requirement for notice between the parties.

OHA_LIT_00399125