Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Non-Party Moda Health Plan, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>        Plaintiff,<br><br>   v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Defendant. | Case No. 3:18-cv-00212-MO (Lead Case)<br>Case No. 3:18-cv-00296-MO (Trailing Case)<br><br><br>OBJECTIONS OF NON-PARTY MODA HEALTH PLAN, INC. TO SUBPOENA OF OREGON HEALTH AUTHORITY AND PATRICK ALLEN |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>        Defendants. | |

Page 1 -    Objections of Non-Party Moda Health Plan, Inc. to Subpoena of Oregon Health
           Authority and Patrick Allen

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

TO:    PATRICK ALLEN AND OREGON HEALTH AUTHORITY, and its counsel of record David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, Laura Salerno Owens, and Markowitz Herbold PC, 1211 S.W. Fifth Avenue, Suite 3000, Portland, OR 97204

Non-Party Moda Health Plan, Inc. ("MHP"), is the recipient of a Subpoena to Produce Documents, Information, or Objects ("Subpoena") in the above-entitled matter, which was served on April 18, 2018. MHP objects to the Subpoena pursuant to Fed R Civ P 26 and 45.

Without limiting MHP's right to raise additional objections before or after conferral with the above-named attorneys, MHP makes the following objections:

## OBJECTION TO RESPONSE DEADLINE

MHP objects to the date and time set forth in the Subpoena for its response because three weeks is not a reasonable time.

## OBJECTIONS TO INSTRUCTIONS

1.    MHP objects to the instructions regarding Electronically Stored Information ("ESI"). MHP does not have the capability to provide responsive ESI in the manner and form instructed without inordinate staff time and expense that would be disproportionate to the relevance of the ESI requested.

2.    MHP objects to the ESI instruction to the extent it purports to require MHP to produce ESI that is not readily accessible.

## OBJECTIONS TO DEFINITIONS

1.    MHP objects to the definitions of "You," "Your," or "Moda Health Plan, Inc." as overly broad. The Subpoena was issued to and served on Moda Health Plan, Inc., and only that entity will respond for itself and its employees, officers, executives, managers, and agents over whom it has control, in their capacity as such for MHP.

Page 2 -    Objections of Non-Party Moda Health Plan, Inc. to Subpoena of Oregon Health Authority and Patrick Allen

4850-1225-7379.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

2.      MHP objects to the definition of "FamilyCare" as over broad, and including numerous individuals or entities without naming the same, leaving MHP without any means of identifying those individuals or entities.

**OBJECTIONS TO DOCUMENT REQUESTS**

**REQUEST NO. 1:** All documents related to the sale or potential sale of FamilyCare or You, including but not limited to all documents related to Your negotiations with FamilyCare to purchase FamilyCare and all documents related to Your offers to purchase FamilyCare.

**OBJECTIONS:**

(a)     The request has no limitation as to a relevant time frame.

(b)     The request for "[a]ll documents related to the sale or potential sale of * * * 'You,' * * *" is vague, ambiguous, and seeks documents that are not relevant and that are out of proportion to the issues in the captioned litigation. MHP can only assume that this is a typographical error. Because there is no relevant time frame in the request, the request as written seeks irrelevant documents and documents that are intrusive, confidential, contain proprietary, financial, and trade secrets information, and seeks discovery that is not proportional to the issues in the case.

(c)     Even if the request is limited to the sale or potential sale of FamilyCare to MHP, the request is over broad, seeks documents that are not relevant, and that are not proportional to the issues in the case. To the extent the request seeks documents including MHP's internal analyses, assessments, thought processes, and conclusions about any potential purchase of FamilyCare, the request should be limited to information supplied by FamilyCare to MHP and communications between MHP and FamilyCare.

Page 3 -    Objections of Non-Party Moda Health Plan, Inc. to Subpoena of Oregon Health Authority and Patrick Allen

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

(d)    Some of the documents sought are confidential, involve proprietary information, proprietary financial information, and proprietary information about MHP's methods of business, the production of which could place MHP at a competitive disadvantage. To the extent documents are required to be produced, an appropriate protective order should be in place prior to any production.

(e)    MHP objects to producing any documents that are subject to attorney-client privilege, attorney work product, or that were generated in anticipation of litigation.

**REQUEST NO. 2:**  All documents related to the sale or potential sale of FamilyCare to anyone.

**OBJECTION:**  To the extent the request involves documents described in Request No. 1, MHP incorporates by reference its objections to Request No. 1.

**REQUEST NO. 3:**  All documents in Your possession, custody, or control related to the wind up or dissolution of FamilyCare.

**OBJECTIONS:**

(a)    To the extent the request involves documents described in Request No. 1, MHP incorporates by reference its objections to Request No. 1.

Page 4 -    Objections of Non-Party Moda Health Plan, Inc. to Subpoena of Oregon Health
Authority and Patrick Allen

4850-1225-7379.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

(b)     MHP objects to producing news stories or other public documents that are as readily accessible to Oregon Health Authority and Patrick Allen as they are to MHP.

DATED:  May 2, 2018                                   MILLER NASH GRAHAM & DUNN LLP


_s/ Frank V. Langfitt_
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorney for Non-Party Moda Health Plan, Inc.

Page 5 -    Objections of Non-Party Moda Health Plan, Inc. to Subpoena of Oregon Health
            Authority and Patrick Allen

4850-1225-7379.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Objections of Non-Party Moda Health

Plan, Inc. to Subpoena of Oregon Health Authority and Patrick Allen on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon  97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon  97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

4850-1225-7379.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
E-mail: anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon 97330
E-mail: wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon 97401
E-mail: arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon 97201
E-mail: gregchaimov@dwt.com
E-mail: chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204
E-mail: elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon 97035
E-mail: pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒        **CM/ECF system transmission.**

DATED this 2nd day of May, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Of Attorneys for Non-Party Moda Health
Plan, Inc.

Page 2 -    Certificate of Service

4850-1225-7379.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204