**Arden J. Olson, OSB #870704**
**arden.j.olson@harrang.com**
**Lorelei A. Craig, OSB #152515**
**lorelei.craig@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
497 Oakway Road, Suite 380
Eugene, OR 97401-3273
Telephone:    541-485-0220
Facsimile:    541-686-6564
Of Attorneys for Intervenor Willamette Valley Community Health, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (LEAD) Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | |
| Defendants. | |

Page 1 – **NOTICE OF CHANGE OF ADDRESS**

Arden J. Olson and Lorelei Craig, attorneys for intervenor Willamette Valley Community Health, LLC, give notice of change of address.  Effective immediately, all future pleadings, documents, correspondence, notices, and other papers should be sent to the following address:

Arden J. Olson
Lorelei Craig
Harrang Long Gary Rudnick P.C.
497 Oakway Road, Suite 380
Eugene, OR 97401
Telephone:  (541) 485-0220
Facsimile:  (541) 686-6564
Email: arden.j.olson@harrang.com
Email: lorelei.craig@harrang.com

DATED this 8th day of May, 2018.

HARRANG LONG GARY RUDNICK P.C.


By:   s/ Arden J. Olson
       Arden J. Olson, OSB #870704
       Lorelei A. Craig, OSB #152515
       Of Attorneys for Intervenor Willamette Valley
       Community Health, LLC

Page 2 – **NOTICE OF CHANGE OF ADDRESS**

## CERTIFICATE OF SERVICE

I certify that on May 8, 2018, I served or caused to be served a true and complete copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** on the party or parties listed below as follows:

☑      Via CM / ECF Filing

☐      Via First Class Mail, Postage Prepaid

☐      Via Email

☐      Via Personal Delivery

Mary-Anne S. Rayburn
Robert Spajic
Gordon & Polscer, L.L. C.
Suite 650
9755 S.W. Barnes Road
Portland, OR  97225

Of Attorneys for Defendant ELAP
Services, LLC

Kris Alderman
FisherBroyles
945 East Paces Ferry Road, Suite 2000
Atlanta, GA  30326

Of Attorneys for Defendant Mancuso and
ELAP Services, LLC

HARRANG LONG GARY RUDNICK P.C.

By:   s/ Arden J. Olson
    Arden J. Olson, OSB #870704
    Lorelei A. Craig, OSB #152515
    Of Attorneys for Intervenor Willamette Valley
    Community Health, LLC

01166476.v1

Page 3 – **NOTICE OF CHANGE OF ADDRESS**