**B. Scott Whipple** (OSB # 983750)
Email: scott@whipplelawoffice.com
**Whipple Law Office, LLC**
1675 SW Marlow Avenue, Suite 201
Portland, OR 97225
Telephone: 503-222-6004

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PATRICK ALLEN, in his official capacity
as DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of the State of
Oregon,

                       Plaintiff,

v.

FAMILYCARE, INC., an Oregon non-profit
corporation,

                       Defendant.

Case No. 3:18-cv-00212-MO (Leading)
Case No. 6:18-cv-00296-MO (Trailing)

**ASIAN HEALTH AND SERVICE CENTER'S
RESPONSES AND OBJECTIONS TO
SUBPOENA SERVED BY PATRICK ALLEN
AND OREGON HEALTH AUTHORITY**

FAMILYCARE, INC., an Oregon non-profit
corporation,

                       Plaintiff,

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK ALLEN,
both individually and in his official capacity as
director of Oregon Health Authority,

                       Defendants.

| Page - 1 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC 1675 SW Marlow Ave., Suite 201 Portland, OR 97225 503-222-6004 |
|---|---|---|

**TO:    Patrick Allen and the Oregon Health Authority by and through its counsel of record, Harry Wilson, 1211 SW 5th Ave, Ste 3000, Portland, OR 97204**

Plaintiff Asian Health and Service Center ("AHSC") hereby responds and objects to Patrick Allen's ("Allen") and the Oregon Health Authority's ("OHA") subpoena as follows:

## GENERAL OBJECTIONS

A.    AHSC objects to Allen's and OHA's "Instructions" to the extent they are inconsistent with or exceed the requirements of the Federal Rules of Civil Procedure.

B.    AHSC specifically objects to the Instruction related to Electronically Stored Information, as it would cause AHSC and undue burden and cost and AHSC will not be producing responsive documents in accordance with that instruction.  FRCP 45(e)(1)(D).

C.    AHSC objections to Allen's and OHA's "Definitions" to the extent that they are inconsistent with or exceed the requirements of the Federal Rules of Civil Procedure.

D.    AHSC specifically objects to the Definition of "Document(s)" as it requires the production of each copy and each draft of any responsive document.  AHSC employs more than fifty (50) people and providing copies and drafts of all potentially responsive documents would be unduly burdensome and expensive and AHSC does not intend to produce all drafts and copies of responsive documents until Allen and OHA establish the relevance of such documents, and there is a reasoned consideration of the parties' resources, the importance of the discovery in resolving the issues and whether the burden or expense of the proposed discovery outweighs its likely benefit.  FRCP 26(b)(1).

E.    AHSC specifically objects to the Definition of "relating to" or "relate to" on the grounds that it is vague, ambiguous, overly broad and unduly burdensome.

| Page - 2 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC<br>1675 SW Marlow Ave., Suite 201<br>Portland, OR 97225<br>503-222-6004 |
|---|---|---|

F.    AHSC objects to Defendant's requests for production to the extent they seek documents protected by the attorney-client privilege and the work product doctrine.

G.    None of these responses is an admission relative to the existence of any documents or to the relevance or admissibility of a document, or to the truth or accuracy of any statement or characterization contained in Allen's and OHA's subpoena.

H.    AHSC's counsel is prepared to meet and confer with Allen's and OHA's counsel about any disputes that may arise concerning the meaning, scope and relevance of the subpoena requests and/or these objections and responses.

## RESPONSES AND SPECIFIC OBJECTIONS TO SUBPOENA

**REQUEST NO. 1:** All Communication between You and anyone related to the allegations, claims and defenses in the Lawsuit, the allegations, claims and defenses in any other lawsuit between FamilyCare and OHA, or the rates FamilyCare receives from OHA.

**RESPONSE:** Objection. In addition to the General Objections set forth above, AHSC specifically objects to Request No. 1 as follows:

A.  Undue Burden and Expense. Allen and OHA have a duty to "take reasonable steps to avoid imposing an undue burden and expense" on AHSC.  FRCP 45 (d)(1).  However, the request that AHSC produce "all Communications" "related to the allegations, claims and defenses in the Lawsuit" would cause AHSC an undue burden and expense.  The Third Amended Complaint (served with the subpoena) is fifty-two (52) pages long, contains one hundred fifty-seven (157) allegations and eleven (11) distinct claims for relief.  Allen and OHA did not serve any other pleadings, and without conducting independent research, AHSC is not aware of any defenses to the allegations contained in the Third Amended Complaint.  It would require

| Page - 3 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC 1675 SW Marlow Ave., Suite 201 Portland, OR 97225 503-222-6004 |

AHSC's counsel many hours at a cost of many thousands of dollars to familiarize himself with the litigation in order to evaluate whether a particular Communication relates to the allegations, claims and defenses in the Lawsuit. Then, in order to fully comply with this request, AHSC's counsel and representatives would have to painstakingly review all communications from more than fifty (50) employees, and make an independent determination whether that Communication "related to" any of the one hundred fifty-seven (157) allegations, plus any defenses that are further discovered by AHSC's counsel. AHSC does not maintain a central server and locating all communications with FamilyCare would require AHSC to review emails on a computer-by-computer basis for each employee (past and present) for responsive communications over approximately three-and-one-half (3 ½) years. This would cause AHSC an undue burden and expense.

B. Mental Impressions. In order to comply with the request, as discussed above, AHSC's counsel would have to make a determination for each Communication whether the Communication was related to a particular allegation or defense, necessarily requiring the disclosure of the mental impressions of AHSC's counsel, which the Court must protect against. FRCP 26(b)(3)(B)

Subject to both the General Objections and Specific Objections above, AHSC discloses that it is not aware of any "other lawsuit between FamilyCare and OHA" and does not have any Communications regarding the rates that FamilyCare receives from OHA.

**REQUEST NO. 2:** All contracts between You and FamilyCare from January 1, 2015 through the present.

**RESPONSE:** Subject to the General Objections above, AHSC will produce responsive documents in its possession, custody or control.

**REQUEST NO. 3:** All invoices or bills for Your work from FamilyCare from January 1, 2015 through the present.

**RESPONSE:** Objection. In addition to the General Objections set forth above, AHSC specifically objects to Request No. 3 because with respect to the Mental Health Contract ("MH Contract") and the Diabetic Prevention Program Contract ("DPP Contract") between AHSC and FamilyCare, the submission of data to trigger payment for services rendered includes confidential client information. Subject to the both the General Objections and Specific Objections above, AHSC will produce responsive documents but in the case of payments relating to the MH Contract and the DPP Contract, will only produce the pages that show the payment from FamilyCare to AHSC and not produce the documentation that contains confidential client information.

**REQUEST NO. 4:** All documents prepared by You, received by Your, or in Your possession, custody, or control as a result of Your work for FamilyCare related to OHA; the State of Oregon; the allegations, claims, and defenses in the Lawsuit; or in the allegations, claims, and defenses in any other lawsuit between FamilyCare and OHA.

**RESPONSE:** Objection. In addition to the General Objections set forth above, AHSC specifically objects to Request No. 4 as follows:

A. <u>Undue Burden and Expense</u>. Allen and OHA have a duty to "take reasonable steps to avoid imposing an undue burden and expense" on AHSC. FRCP 45 (d)(1). However, the request that AHSC produce "all documents" "related to the allegations, claims and defenses in the Lawsuit" would cause AHSC an undue burden and expense. The Third Amended Complaint (served with the subpoena) is fifty-two (52) pages long, contains one hundred fifty-seven (157) allegations and eleven (11) distinct claims for relief. Allen and OHA did not serve any other pleadings, and without conducting independent research, AHSC is not aware of any

| Page - 5 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC<br>1675 SW Marlow Ave., Suite 201<br>Portland, OR 97225<br>503-222-6004 |
|---|---|---|

defenses to the allegations contained in the Third Amended Complaint. It would require AHSC's counsel many hours at a cost of many thousands of dollars to familiarize himself with the litigation in order to evaluate whether a particular document relates to the allegations, claims and defenses in the Lawsuit. Then, in order to fully comply with this request, AHSC's counsel and representatives would have to painstakingly review all documents from more than fifty (50) employees, and make an independent determination whether that Communication "related to" any of the one hundred fifty-seven (157) allegations, plus any defenses that are further discovered by AHSC's counsel. AHSC does not maintain a central server and locating all documents "related to" the Lawsuit would require AHSC to review emails on a computer-by-computer basis for communications over approximately three and-one-half (3 ½) years. This would cause AHSC an undue burden and expense.

Moreover, to require AHSC to produce "all documents" "as a result" of AHSC's work for FamilyCare, would impose an undue burden and expense on AHSC. AHSC has approximately eight (8) employees dedicated solely to the contracts that AHSC has with FamilyCare. Additionally, many of the other employees also create documents that relate to AHSC's work with FamilyCare and to review the contents of each employee's (past and present) work stations to locate documents as a result of AHSC's work for Family Care, without the required showing of the relevance of such documents, and without reasoned consideration of the parties' resources, the importance of the discovery in resolving the issues and whether the burden or expense of the proposed discovery outweighs its likely benefit, would cause AHSC and undue burden and expense. FRCP 45(d)(1); FRCP 26(b)(1).

| Page - 6 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC<br>1675 SW Marlow Ave., Suite 201<br>Portland, OR 97225<br>503-222-6004 |

B. <u>Mental Impressions</u>.  In order to comply with the request, as discussed above, AHSC's counsel would have to make a determination for each document whether the document was related to a particular allegation or defense, necessarily requiring the disclosure of AHSC's mental impressions, which the Court must protect against.  FRCP 26(b)(3)(B).

Subject to both the General Objections and Specific Objections above, AHSC discloses that it is not aware of any "other lawsuit between FamilyCare and OHA."

**REQUEST NO. 5:**  All documents related to FamilyCare's donation to You from January 1, 2015 through the present, including but not limited to copies of all donation checks.

**RESPONSE:**  Subject to the General Objections above, AHSC will produce responsive documents in its custody, possession or control.

**REQUEST NO. 6:**  All documents related to incentive payments You received from FamilyCare from January 1, 2015 through the present.

**RESPONSE:**  Subject to the General Objections above, AHSC will produce responsive documents in its custody, possession or control.

**REQUEST NO. 7:**  All documents related to payments of any kind from FamilyCare to You or any of Your employees, including but not limited to Dr. Erik Szeto.

**RESPONSE:**  AHSC does not have any responsive documents in its possession, custody or control.

**REQUEST NO. 8:**  All communications between you and FamilyCare from January 1, 2015 through the present.

**RESPONSE:**  Objection.  In addition to the General Objections set forth above, AHSC specifically objects to Request No. 8 as follows:

<u>Undue Burden and Expense</u>. Allen and OHA have a duty to "take reasonable steps to avoid imposing an undue burden and expense" on AHSC.  FRCP 45 (d)(1).  However,

| Page - 7 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC<br>1675 SW Marlow Ave., Suite 201<br>Portland, OR 97225<br>503-222-6004 |

the request that AHSC produce "all communications between" AHSC and FamilyCare for more than a three-year period would cause AHSC an undue burden and expense. AHSC has approximately eight (8) employees dedicated solely to the contracts that AHSC has with FamilyCare. In addition, many other AHSC employees communicate with FamilyCare. AHSC does not maintain a central server and locating all communications with FamilyCare would require AHSC to review emails and other communications on a computer-by-computer basis over approximately three and-one-half (3 ½) years without the required showing of the relevance of such documents, and without reasoned consideration of the parties' resources, the importance of the discovery in resolving the issues and whether the burden or expense of the proposed discovery outweighs its likely benefit, would cause AHSC and undue burden and expense. FRCP 45(d)(1); FRCP 26(b)(1).

DATED: May 9, 2018                    WHIPPLE LAW OFFICE, LLC

                                      By:    *s/ B. Scott Whipple*
                                             B. SCOTT WHIPPLE, OSB No. 983750
                                             scott@whipplelawoffice.com

                                             Attorney for Non-Party Asian Health and
                                             Service Center

| Page - 8 - | ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY | Whipple Law Office, LLC<br>1675 SW Marlow Ave., Suite 201<br>Portland, OR 97225<br>503-222-6004 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of May 2018, I served the following ASIAN HEALTH AND SERVICE CENTER'S RESPONSES AND OBJECTIONS TO SUBPOENA SERVED BY PATRICK ALLEN AND OREGON HEALTH AUTHORITY on:

All counsel who have registered with the CM/ECF system in Case Nos. 3:18-CV-00212-MO and 6:18-CV-00296-MO

&#x2612;  via the CM/ECF system transmission.

DATED this 9th day of May, 2018.

*s/ B. Scott Whipple*
B. Scott Whipple, OSB #983750

Page 1 -    CERTIFICATE OF SERVICE

WHIPPLE LAW OFFICE, LLC.
1675 SW Marlow Ave., Suite 201
Portland, OR 97225
503.222.6004