**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S OPPOSITION TO MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |

FAMILYCARE, INC., an Oregon non-profit corporation,

**Page 1 -  DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S OPPOSITION TO MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Plaintiff,

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

Defendants.

I, Harry B. Wilson, declare:

1.    I am a Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from 05/19/17 hearing transcript |
| 2 | Excerpts from 04/20/18 hearing transcript |
| 3 | 04/25/18 email from Brian Samuelson to Brittany Simpson re conferral (attachment omitted) |
| 4 | 04/25/18 email notification re filing of Motion for Leave to File Fourth Amended Complaint |
| 5 | 03/12/16 letter from William H. Murray to David L. Meacham re dispute with Oregon Health Authority |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of May, 2018.

/s/ Harry B. Wilson

Harry B. Wilson, OSB #077214

**Page 2 -  DECLARATION OF HARRY B. WILSON IN SUPPORT OF PATRICK ALLEN
AND OREGON HEALTH AUTHORITY'S OPPOSITION TO MOTION FOR
LEAVE TO FILE FOURTH AMENDED COMPLAINT**