IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

FAMILY CARE, INC.,                    ) Case No.:  17CV09226
                                      )
          Plaintiff-Respondent,       )
                                      )
     v.                               )
                                      )
OREGON HEALTH AUTHORITY,              )
                                      )
          Defendant-Appellant.        )  **HEARING**

TRANSCRIPT OF PROCEEDINGS

VOLUME I OF I (Pages 1 through 54)

APPEARANCES:   For the Plaintiff: Stephen English
                                   Meredith Price
                                   Matt Gordon

               For the Defendant: Renee Stineman
                                  Carla Scott

BE IT REMEMBERED THAT the above-entitled matter came on regularly for hearing before the Honorable Sean Armstrong, Judge of the Circuit Court of the County of Marion, State of Oregon, commencing on the 19th day of May 2017.

Page                                                                1

TRANSCRIPT OF PROCEEDINGS

*[Time noted: 10:37 a.m.]*

THE COURT:  Okay.  17CV09226.  I'm Judge Armstrong.  This is FamilyCare, Inc. versus the Oregon Health Authority here on Rule 21 motions filed by the State.  Could everybody give me their names really slowly?

MR. ENGLISH:  Good morning, Your Honor.  My name is Stephen English.  And I'm one of the Counsel for FamilyCare.  And Your Honor, if I can introduce my colleagues as well.

THE COURT:  Sure.

MR. ENGLISH:  Meredith Price.

MS. PRICE:  Good morning, Your Honor.

THE COURT:  Good morning.

MR. ENGLISH:  And Matt Gordon.

MR. GORDON:  Good morning, Your Honor.

THE COURT:  Morning.

MR. ENGLISH:  Your Honor, with your permission we have divided the argument into three parts.  And the Administrative Procedure Act portion will be held by Ms. Price.  And the breach of contract and specific performance part will be handled by Mr. Gordon.  And I will be doing the motion to strike, and if necessary the sanction issue.

THE COURT:  Okay.  So breach of contract and

Business Support Services, Inc.
960 Broadway NE, Suite 4, Salem, Oregon 97301
503-585-6201

Page                                                              35

MR. GORDON:  And can you repeat the question?

THE COURT:  Yeah.  It reads like a bad-faith claim or a fraud claim, without using the words bad faith or fraud.

MR. GORDON:  Well, and --

THE COURT:  And I don't understand why, frankly.

MR. GORDON:  Okay.  Well, I think two things about that, Your Honor.  First, part of the reason it reads like that is because this is a long running issue between FamilyCare and OHA.  And I -- we thought it would be helpful for the Court to understand how we got to this point, and to understand why FamilyCare believes when it sees this $34 million cut to its cost, that they draw a line between that and the settlement credit that was entered into just months before that.

So a lot of the story here provides the color for explaining how we got to this point, and why FamilyCare believes what it believes about what the State has done. As far as pleading fraud, at this point we're pleading that they've breached the contract.  And that they breached the contract by doing something that they weren't allowed to do per the terms of our settlement agreement.  That's where we are at this point in time.

THE COURT:  Okay.

MR. GORDON:  I'm not going to say --

Page                                                                55

## CERTIFICATE

I, Jayne Rosamond, do hereby certify that I am an electronic transcriptionist for Business Support Services of Salem, Inc., that as such transcriptionist I prepared to the best of my ability from a Marion County recorded and duplicated FTR recording of the proceedings had upon the hearing of this cause, Case Number 17CV09226, before the Honorable Sean Armstrong, Judge of the Circuit Court of the County of Marion, State of Oregon; that I thereafter had reduced by transcribing the foregoing transcript, and that the foregoing transcript, consisting of pages 1 through 54, both inclusive, constitutes a full, true, and accurate record of the process had upon the hearing of said cause, and of the whole thereof.

WITNESS my hand as transcriptionist this 1st day of June 2017.

*Jayne Rosamond*
_____
Jayne Rosamond, Transcriptionist
*Stephen Wright*

Proofreader/Editor:  jr/jr

Business Support Services, Inc.
960 Broadway NE, Suite 4, Salem, Oregon 97301
503-585-6201