IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) |
| | ) |
| Plaintiff, | ) Case No. 6:18-cv-00296-MO |
| | ) |
| v. | ) |
| | ) |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| ------------------------------ | ) |
| PATRICK ALLEN, in his official capacity as director of Oregon Health Authority, an agency of the State of Oregon, | ) ) ) ) |
| | ) |
| Plaintiff, | ) Case No. 3:18-cv-00212-MO |
| | ) |
| v. | ) |
| | ) April 20, 2018 |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) |
| | ) |
| Defendant. | ) Portland, Oregon |
| | ) |

**Oral Argument**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

APPEARANCES

FOR FAMILYCARE, INC:    Mr. Stephen F. English
                        Mr. Brian P. Samuelson
                        Ms. Alletta S. Brenner
                        Perkins Coie, LLP
                        1120 N.W. Couch Street, 10th Floor
                        Portland, OR 97209-4128

                        Mr. Matthew P. Gordon
                        Perkins Coie, LLP
                        1201 Third Avenue, Suite 4800
                        Seattle, WA 98101-3099

FOR OREGON HEALTH
AUTHORITY and PATRICK
ALLEN:                  Mr. David Markowitz
                        Mr. Matthew A. Levin
                        Markowitz Herbold PC
                        1211 S.W. Fifth Avenue, Suite 3000
                        Portland, OR 97204

                        Ms. Carla Scott
                        Oregon Department of Justice
                        100 S.W. Market Street
                        Portland, OR 97201

COURT REPORTER:         Bonita J. Shumway, CSR, RMR, CRR
                        United States District Courthouse
                        1000 S.W. Third Ave., Room 301
                        Portland, OR  97204
                        (503) 326-8188

(P R O C E E D I N G S)

(April 20, 2018)

THE CLERK:  Your Honor, this is the time set for oral argument in Case No. 3:18-cv-00212-MO, Allen v. FamilyCare, Inc.; and Case No. 6:18-cv-296-MO, FamilyCare, Inc. v. Oregon Health Authority, et al.

Counsel, please state your name for the record.

MR. ENGLISH:  Stephen English on behalf of FamilyCare, Your Honor.  Argument today will be handled by my colleagues, Brian Samuelson, Matt Gordon, and Alletta Brenner.

THE COURT:  Thank you.

MR. LEVIN:  Good morning, Your Honor.  Matt Levin on behalf of OHA and Mr. Allen.  Argument will be handled by me and by my colleague, Mr. Markowitz, and we also have Carla Scott here from the Department of Justice.

THE COURT:  Thank you.

I'd like to take oral argument in pieces, and some of those pieces are tentative -- and I'll give you my tentative views -- and some are not.

So OHA has moved to dismiss, and one of its initial -- I might call it sort of a threshold theory -- is that there is -- that FamilyCare simply doesn't have a right to actuarially sound rates, and therefore Claims 1 through 6, 8, and 10 through 11 should go on that basis.

And there's quite a bit of heat over the *Armstrong*

program is administered or the history here.

THE COURT:  All right.

I'll try not to worry about the parade of horribles too much.  My motto has always been "fiat justicia ruat caelum."  So we'll see where that goes.

Give me one second here.

(There is a pause in the proceedings.)

THE COURT:  All right.  Thank you very for your helpful oral arguments here.  I will try to get you an answer as soon as possible.

I'm confident that some claims will go forward, so to the degree that we're in the middle of discovery, I think it ought to continue.  And we'll outline the exact contours of what goes forward as quickly as possible, but I just didn't want anyone to sort of sit on their hands the entire time.

Anything further from plaintiffs today?

MR. ENGLISH:  Your Honor, with respect to the current 1983 claim, it is our intention to actually add a paragraph, and I don't know where that should be added because I'm not sure if it relates to your ruling or not, but it would be our intention to add.  DO you want us to submit something at this point?

THE COURT:  Why don't you move to amend it, submit the proposed language, and then -- I just don't know, but I'll see whether it adjusts in any way my decision on the 1983

claim.

MR. ENGLISH:  Thank you, Your Honor.  As I said, I'm not sure if it relates to some of the issue you're raising today either, but with your okay, we will move to amend and do so accordingly.

THE COURT:  Thank you.

Anything further from defendants?

MR. MARKOWITZ:  No, Your Honor.

THE COURT:  Thank you.  We'll be in recess.

THE CLERK:  Court is in recess.

(Proceedings concluded.)

--oOo--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


/s/Bonita J. Shumway                    May 4, 2018
_____          _____
BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
Official Court Reporter