| | |
|---|---|
| **From:** | Samuelson, Brian P. (Perkins Coie) |
| **To:** | Brittany M. Simpson |
| **Cc:** | Matt Levin; Harry Wilson; Johnson, Thomas R., Jr. (Perkins Coie); Laura Salerno Owens; Renee Rothauge |
| **Subject:** | RE: Fourth Amended Complaint Conferral |
| **Date:** | Wednesday, April 25, 2018 2:18:57 PM |
| **Attachments:** | Redline_Third Amended Complaint - 2018-04-24 DRAFT Proposed Fourth Amended Complaint.pdf |

Brittany,

Attached is our proposed fourth amendment complaint, redlined against the current complaint. The biggest changes:

1. Expanding the 1983 claim to include the theory that Defendants retaliated against FamilyCare for exercise of their constitutionally protected right to criticize the defendants;
2. Adding Lynne Saxton as a defendant;

We've also made some other housekeeping changes, for example, to clarify the appropriate defendants under the 1983 claim. We plan to file this today. Please let me know if this changes your position below.

Thanks,
Brian

**Brian Samuelson | Perkins Coie LLP**
**ASSOCIATE**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2170
F. +1.503.346.2170
E. BSamuelson@perkinscoie.com

**From:** Brittany M. Simpson [mailto:brittanysimpson@markowitzherbold.com]
**Sent:** Wednesday, April 25, 2018 2:11 PM
**To:** Samuelson, Brian P. (POR) <BSamuelson@perkinscoie.com>
**Cc:** Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Renee Rothauge <reneerothauge@markowitzherbold.com>
**Subject:** Fourth Amended Complaint Conferral

Brian,

Below is our statement regarding conferral on the Fourth Amended Complaint. We request that FamilyCare includes our statement in its motion.

We were notified that FamilyCare intended to file a Fourth Amended Complaint during the hearing on the motions to dismiss on April 20, 2018. After the hearing, we asked to review the Fourth Amended Complaint. Today at 1:17 p.m., FamilyCare's lawyers informed us that the Fourth Amended Complaint was not yet ready for our review but they intend to file the Fourth Amended

Complaint today.  As of the writing of this email, we still do not have a copy of the proposed Fourth Amended Complaint.   Because we have no basis to make a recommendation to the client regarding the filing of the Fourth Amended Complaint, we cannot consent to its filing at this time.

Best,


**Brittany M. Simpson** | Lawyer
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web

**CONFIDENTIALITY NOTICE:** The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.