| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:18-cv-00212-MO Allen v. FamilyCare Inc. Motion - Miscellaneous |
| **Date:** | Wednesday, April 25, 2018 4:59:29 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Oregon**

**Notice of Electronic Filing**

The following transaction was entered by English, Stephen on 4/25/2018 at 4:58 PM PDT and filed on 4/25/2018

| | |
|---|---|
| **Case Name:** | Allen v. FamilyCare Inc. |
| **Case Number:** | 3:18-cv-00212-MO |
| **Filer:** | FamilyCare Inc. |
| **Document Number:** | 85 |

**Docket Text:**
Motion *For Leave to File Fourth Amended Complaint*. Filed by FamilyCare Inc.. (Attachments: # (1) Exhibit 1)Associated Cases: 3:18-cv-00212-MO, 6:18-cv-00296-MO (English, Stephen)

| | |
|---|---|
| **Case Name:** | FamilyCare Inc. v. Oregon Health Authority et al |
| **Case Number:** | 6:18-cv-00296-MO |
| **Filer:** | FamilyCare Inc. |
| **Document Number:** | 85 |

**Docket Text:**
Motion *For Leave to File Fourth Amended Complaint*. Filed by FamilyCare Inc.. (Attachments: # (1) Exhibit 1)Associated Cases: 3:18-cv-00212-MO, 6:18-cv-00296-MO (English, Stephen)

**3:18-cv-00212-MO Notice has been electronically mailed to:**

Alletta S. Brenner    abrenner@perkinscoie.com, docketpor@perkinscoie.com, ESamuel@perkinscoie.com

Anna Sortun    anna.sortun@tonkon.com, judy.alexander@tonkon.com

Arden J. Olson    arden.j.olson@harrang.com, ginger.fullerton@harrang.com, lorelei.craig@harrang.com, tessa.landis@harrang.com

Brian M. Parrott    brian@bparrott-law.com

Brian P. Samuelson    bsamuelson@perkinscoie.com, DocketPOR@perkinscoie.com, rrapp@perkinscoie.com

Carla Scott    carla.a.scott@doj.state.or.us, marianna.almasi@doj.state.or.us, samantha.moon@doj.state.or.us

Daniel P. Larsen    dpl@aterwynne.com, dml@aterwynne.com, rlt@aterwynne.com

Douglas R. Pahl    dpahl@perkinscoie.com, danderson@perkinscoie.com, docketpor@perkinscoie.com

Elizabeth C. Knight    eknight@dunncarney.com, kno@dunn-carney.com

Eric A. Lindenauer    elindenauer@gsblaw.com, lberg@gsblaw.com

Gregory A. Chaimov    gregorychaimov@dwt.com, janbrooker@dwt.com, pdxdocket@dwt.com

Harry B. Wilson    harrywilson@markowitzherbold.com, 2591600420@filings.docketbird.com, docket@markowitzherbold.com, joannastalheim@markowitzherbold.com

Jeffrey D. Hern    jhern@schwabe.com, docket@schwabe.com, dstrickler@schwabe.com

Laura R. Salerno Owens    LauraSalerno@MarkowitzHerbold.com, AbigailAdams@MarkowitzHerbold.com, Docket@MarkowitzHerbold.com

Matthew P. Gordon    MGordon@perkinscoie.com, ALake@perkinscoie.com

Peter F. Stoloff    pstoloff@peterstoloff-law.com

Renee R. Stineman    renee.stineman@doj.state.or.us, Dorisdae.Belford@doj.state.or.us, marianna.almasi@doj.state.or.us

Stephen F. English    senglish@perkinscoie.com, docketpor@perkinscoie.com, jmccune@perkinscoie.com

Thomas R. Johnson    TRJohnson@perkinscoie.com, docketpor@perkinscoie.com, esamuel@perkinscoie.com

**3:18-cv-00212-MO Notice will <u>not</u> be electronically mailed to:**

**6:18-cv-00296-MO Notice has been electronically mailed to:**

Alletta S. Brenner    abrenner@perkinscoie.com, docketpor@perkinscoie.com,

ESamuel@perkinscoie.com

Brian P. Samuelson    bsamuelson@perkinscoie.com, DocketPOR@perkinscoie.com, rrapp@perkinscoie.com

Brittany M. Simpson    brittanysimpson@markowitzherbold.com, 5108258420@filings.docketbird.com, 6586962420@filings.docketbird.com, docket@markowitzherbold.com, shellicebatman@markowitzherbold.com

Dallas S. DeLuca    dallasdeluca@mhgm.com, 9226161420@filings.docketbird.com, docket@mhgm.com, tamihall@markowitzherbold.com

David B. Markowitz    DavidMarkowitz@MHGM.com, docket@MHGM.com

Douglas R. Pahl    dpahl@perkinscoie.com, danderson@perkinscoie.com, docketpor@perkinscoie.com

Frank V. Langfitt    frank.langfitt@millernash.com, cindy.switzler@millernash.com

Harry B. Wilson    harrywilson@markowitzherbold.com, 2591600420@filings.docketbird.com, docket@markowitzherbold.com, joannastalheim@markowitzherbold.com

Laura R. Salerno Owens    LauraSalerno@MarkowitzHerbold.com, AbigailAdams@MarkowitzHerbold.com, Docket@MarkowitzHerbold.com

Matthew A. Levin    MattLevin@MarkowitzHerbold.com, 8445231420@filings.docketbird.com, Docket@MarkowitzHerbold.com, LynnGutbezahl@MarkowitzHerbold.com, MichelleRobles@MarkowitzHerbold.com

Matthew P. Gordon    MGordon@perkinscoie.com, ALake@perkinscoie.com

Renee E. Rothauge    ReneeRothauge@markowitzherbold.com, 5020374420@filings.docketbird.com, CarolMcLemore@markowitzherbold.com, Docket@markowitzherbold.com, JanetCarswell@markowitzherbold.com

Stephen F. English    senglish@perkinscoie.com, docketpor@perkinscoie.com, jmccune@perkinscoie.com

Thomas R. Johnson    TRJohnson@perkinscoie.com, docketpor@perkinscoie.com, esamuel@perkinscoie.com

**6:18-cv-00296-MO Notice will __not__ be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=4/25/2018] [FileNumber=6179656-0] [

5ff68b20bb2295f39a05ae0a4a27900694132ab345e1d1e6398092e7577cf4cea711c4
76ff366d59e8540b48baa0cba27644ef9f4494a9642b425dae827003ae]]
**Document description:**Exhibit 1
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=4/25/2018] [FileNumber=6179656-1] [
0cc25029a01dadc092711c46cc3e5c4256bc7895c78b866eb0cc4445f381a32de3d95e
086d55d8907c2d3e69e0c91c31883da89d31535ccb4ba80a577b3368a6]]