**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

3:18-cv-00212-MO (LEAD)
**Civil Case No.** 6:18-cv-00296-MO

FAMILYCARE, INC.
_____
        **Plaintiff(s),**

**v.**

OREGON HEALTH AUTHORITY, et al.
_____
        **Defendant(s).**

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Amanda J. Beane requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Beane            Amanda            J.
       *(Last Name)*        *(First Name)*        *(MI)*      *(Suffix)*

Firm or Business Affiliation: Perkins Coie LLP

Mailing Address: 1201 Third Avenue, Suite 4900

City: Seattle        State: WA        Zip: 98101

Phone Number: 206.359.3965        Fax Number: 206.359.4965

Business E-mail Address: ABeane@perkinscoie.com

---

**(2)     BAR ADMISSIONS INFORMATION:**

**(a)**      State bar admission(s), date(s) of admission, and bar ID number(s):

Washington State Bar, Admitted 11/21/02, ID No. 33070

California State Bar, Admitted 6/14/16, ID No. 310185

**(b)**      Other federal court admission(s), date(s) of admission, and bar ID number(s):

US Supreme Court (3/8/10); US Court of Appeals, 9th Circuit (8/1/01);

USDC: Western Dist. WA (9/11/03), Eastern Dist. WA (9/11/03),

Central Dist CA (2/15/17), Southern Dist. CA (2/13/17), Northern Dist. California (2/16/17)

**(3)     CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**     ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**     ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)     CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)     REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

FamilyCare, Inc.

**(6)     CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 15th     day of May         , 2018

s/ Amanda J. Beane

*(Signature of Pro Hac Counsel)*

Amanda J. Beane

*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1.  To associate with local counsel, obtain the signature of local counsel in the following section.  To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___15th___ day of __May_____, __2018_____

s/ Thomas R. Johnson
_____
*(Signature of Local Counsel)*

Name: __Johnson_____    __Thomas_____    __R____    _____
*(Last Name)*                    *(First Name)*            *(MI)*    *(Suffix)*

Oregon State Bar Number: __010645_____

Firm or Business Affiliation: __Perkins Coie LLP_____

Mailing Address: __1120 NW Couch Street, Tenth Floor_____

City:__Portland_____    State: __OR_____    Zip: __97209_____

Phone Number: __503.727.2000_____    Business E-mail Address: __TRJohnson@perkinscoie.com__

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this __21st___ day of _____May_____, __2018_____

__s/Michael W. Mosman_____
Judge

---