Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant. | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18-cv-00296-MO<br><br><br><br>DECLARATION OF BRIAN SAMUELSON IN SUPPORT OF FAMILYCARE, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO AMEND |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff, | |

1-    DECLARATION OF BRIAN SAMUELSON IN SUPPORT OF FAMILYCARE, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO AMEND

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and in
his official capacity as director of the Oregon
Health Authority,

        Defendants.

I, Brian Samuelson, state as follows:

1.      I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff

FamilyCare, Inc., ("FamilyCare"), and I have personal knowledge of the matters stated herein

and am competent to testify thereto.

2.      Four depositions have been taken in this case to date.  I have been informed that

Defendants have issued 225 requests for production and FamilyCare has produced more than

500,000 pages of documents to date.  I have further been informed that Defendants have issued

25 third-party subpoenas.

*I hereby declare that the above statement is true to the best of my knowledge and belief,
and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: May 23, 2018

                           *s/Brian Samuelson*
                           Brian Samuelson

2-    DECLARATION OF BRIAN SAMUELSON IN
SUPPORT OF FAMILYCARE, INC.'S REPLY
BRIEF IN SUPPORT OF MOTION TO AMEND

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222