**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

3:18-cv-00212-MO (leading)
Civil Case No. __3:18-cv-00296-MO__ (trailing)

Patrick Allen
      **Plaintiff(s),**

v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

FamilyCare,, Inc.
      **Defendant(s).**

Attorney __Vivek A. Kothari__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: __Kothari__        __Vivek__        __A.__
       *(Last Name)*       *(First Name)*      *(MI)*    *(Suffix)*

Firm or Business Affiliation: __Markowitz Herbold PC__

Mailing Address:    __1211 SW Fifth Ave., Suite 3000__

City:__Portland__      State: __OR__      Zip: __97204__

Phone Number: __(503) 295-3085__    Fax Number: __(503) 323-9105__

Business E-mail Address: __VivekKothari@MarkowitzHerbold.com__

---

**(2)    BAR ADMISSIONS INFORMATION:**

**(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

New York - Bar number: 872559

Georgia - Bar number: 190359

**(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

US District Court, Northern Dist of Georgia - admitted: 8/18/2016

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**    ☒ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Oregon Health Authority, an agency of the State of Oregon, and

Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 22nd day of May , 2018

_____
(Signature of Pro Hac Counsel)

Vivek A. Kothari
(Typed Name)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this _22nd_ day of ___May___, _2018_

_____
(Signature of Local Counsel)

Name: ___Wilson___     ___Harry___     ___B.___     _____
    (Last Name)     (First Name)     (MI)     (Suffix)

Oregon State Bar Number: __077214__

Firm or Business Affiliation: __Markowitz Herbold PC__

Mailing Address: __1211 SW Fifth Avenue, Suite 3000__

City: __Portland__     State: __OR__     Zip: __97204__

Phone Number: __(503) 295-3085__     Business E-mail Address: __HarryWilson@MarkowitzHerbold.com__

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this __23rd__ day of ___May___, __2018__

___/s/ Michael W. Mosman___
Judge