IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,      ) | |
|      ) | |
|      Plaintiff,      ) | Case No. 6:18-cv-00296-MO |

FAMILYCARE, INC., an Oregon
non-profit corporation,                )
                                       )
          Plaintiff,                   )    Case No. 6:18-cv-00296-MO
                                       )
     v.                                )
                                       )
OREGON HEALTH AUTHORITY, an            )
agency of the State of Oregon,         )
and PATRICK ALLEN, both                )
individually and in his               )
official capacity as director          )
of the Oregon Health Authority,)
                                       )
          Defendants.                  )
-------------------------------)
PATRICK ALLEN, in his official )
capacity as director of Oregon )
Health Authority, an agency of )
the State of Oregon,                   )
                                       )
          Plaintiff,                   )    Case No. 3:18-cv-00212-MO
                                       )
     v.                                )
                                       )    April 26, 2018
FAMILYCARE, INC., an Oregon            )
non-profit corporation,                )
                                       )
          Defendant.                   )    Portland, Oregon
_____)


**Telephone Status Conference**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

APPEARANCES


FOR FAMILYCARE, INC:    Mr. Stephen F. English
                        Ms. Alletta S. Brenner
                        Mr. Brian P. Samuelson
                        Mr. Douglas R. Pahl
                        Perkins Coie, LLP
                        1120 N.W. Couch Street, 10th Floor
                        Portland, OR 97209-4128


                        Mr. Matthew P. Gordon
                        Perkins Coie, LLP
                        1201 Third Avenue, Suite 4800
                        Seattle, WA 98101-3099


FOR OREGON HEALTH
AUTHORITY and PATRICK
ALLEN:                  Mr. Matthew A. Levin
                        Markowitz Herbold PC
                        1211 S.W. Fifth Avenue, Suite 3000
                        Portland, OR 97204


                        Ms. Carla Scott
                        Ms. Elleanor Chin
                        Oregon Department of Justice
                        100 S.W. Market Street
                        Portland, OR 97201


COURT REPORTER:         Bonita J. Shumway, CSR, RMR, CRR
                        United States District Courthouse
                        1000 S.W. Third Ave., Room 301
                        Portland, OR  97204
                        (503) 326-8188


ALSO PRESENT:           Mr. Christopher McCracken
                        Mr. Greg Scott

(P R O C E E D I N G S)

(April 26, 2018)

THE CLERK:  Counsel, we are here for a telephone status conference in Case No. 3:18-cv-212-MO, Allen v. FamilyCare, Inc.; and Case No. 6:18-cv-296-MO, FamilyCare, Inc. v. Oregon Health Authority, et al.

Here is Judge Mosman.

THE COURT:  I'm going to start by making sure that FamilyCare and OHA each received a copy of the letter hand delivered to me today by Davis Wright Tremaine, representing Health Share.

For FamilyCare, did you receive that?

MS. BRENNER:  Yes, Your Honor.

THE COURT:  For OHA?

MR. LEVIN:  Yes, Your Honor.

THE COURT:  Who spoke for FamilyCare?

MS. BRENNER:  This is Alletta Brenner.

THE COURT:  And who spoke for OHA?

MR. LEVIN:  Matt Levin, Your Honor.

THE COURT:  Thank you.

My take on the combination of letters and emails I've received on this discovery dispute, this de-designation dispute, is that matters are proceeding apace about like I have -- like I could reasonably expect them to do.

I do want to inquire, and I guess I'll start with

OHA, although if you need to ask counsel for Health Share to chip in, that's fine.  I view them as sort of representative of the CCOs, typical of the progress of the CCOs in this case.

So I'll start first with OHA, whether you can give me a timetable for the de-designation process in total, including whether production can occur in waves along the way.

MR. LEVIN:  Yes, Your Honor.  This is Matt Levin for OHA.

As to the second question about whether production can occur in waves, the answer is yes, it can occur in waves and it has been occurring in waves.  In fact, since the hearing, based on input that we have received from the CCOs, we have identified about a thousand of the 20,000 AEO documents to de-designate, and those efforts are continuing.

Just so Your Honor understands the scope of the effort, OHA, since the hearing, provided about 10,000 documents that have been identified as AEO to the CCOs for review.  We understand that FamilyCare has provided about 45 documents to the CCOs for review, which is -- that process is the process that the protective order anticipates.

And so we're making progress through those documents specifically and through the kind of culls that OHA made on AEO designation is something that is proceeding and is happening on a daily basis.

THE COURT:  How long will the entire process take

until you believe you've finished this take at de-designation?

MR. LEVIN:  Your Honor, I've spoken to the CCOs -- and I'll certainly let anyone disagree with me, but I've heard that between a week to two weeks for reviewing the AEO-designated documents that have been provided is where we stand at this point.

MR. McCRACKEN:  Your Honor, this is Chris McCracken for Health Share.  I think Mr. Levin is accurate.  As I laid out in my letter, I see, I think, all the CCOs and OHA agree that we will probably have a two-step process for de-designating documents, the first step being the 10,000 documents that OHA has already provided to the CCOs.  They will review those documents, we will review those documents.  Health Share, for example, received 1100.

We expect in one to two weeks we will be able to get back to OHA with our proposed de-designation, and based on what I've seen in the documents, I think there will be a fairly substantial number of documents de-designated.

Then the second wave deals with the more complicated issue of documents that contain commercially sensitive information for more than one CCO.  Each CCO doesn't want the other CCO to see their commercially sensitive information, which makes it difficult for us to determine whether the AEO designation is correct.  We need to get a consensus on the de-designation.  So we've got a plan in place to do that and

it's a procedure which I think can take place simultaneously with what I call the first wave, I guess concurrent wave.  And I can go into the details of that with Your Honor if you want, but I think that might take another one to two weeks, maybe three or four weeks out total.

THE COURT:  Tell me a little about the procedure you've decided to employ for the multiple CCO documents.

MR. McCRACKEN:  Well, it's spelled out in the letter, Your Honor, but what we hope to do is have all the multi CCO documents loaded on to a platform for outside counsel for the CCOs to view.  Prior to the CCO outside counsel review, OHA would review them, propose de-designations for the CCOs to review, and tag the documents based on which CCO is implicated in a document.  The CCOs would then, probably in waves, as OHA releases batches, review the documents that have been tagged for them and make a determination with respect to whether the AEO designation is accurate.

The one complicating factor is that the lawyers may not know as much as the clients in terms of whether a document contains commercially sensitive information, so the lawyers will probably be able to de-designate a number of documents but will need client input for others, in which case the consensus among the CCOs is that lawyers will be able to share generic information with the clients in order to make the de-designation determination.

THE COURT:  Thank you.

MR. McCRACKEN:  Possibly -- Go ahead, Your Honor.

THE COURT:  Thank you.  That's all I need to hear.

In light of that, I'm turning now to OHA.  That describes what the CCOs will do in terms of providing input to OHA.  Is there any lag time between you receiving that information and OHA's turning that around for what you might consider final de-designation?

MR. LEVIN:  Your Honor, it's kind of a two-step process.  So the first step is just to mechanically apply the new labels to documents and reproduce them.  There's not really any lag time with that.

What OHA also endeavors to do in situations like that, if we can identify categories of documents that now have -- the CCOs have agreed are not AEO, then there is more of a human process involved to try to de-designate additional documents and trying to predict ahead of time how long that takes without knowing the number of documents that might entail.

THE COURT:  But within a month -- actually, at most three weeks, according to what I've heard, OHA will have input from the CCOs and you'll be able to do the quick turnaround piece of the ultimate de-designation, and then maybe some delay after that for the categorical de-designations; is that right?

MR. LEVIN:  That's correct, Your Honor.

THE COURT:  All right.  For FamilyCare, what, if any, objection do you have to proceeding along that path for de-designation?

MS. BRENNER:  Your Honor, we have a couple different concerns here.  First, although it appears as though there is some agreements between FamilyCare and the CCOs on some of the documents that were over-designated, that those were, in fact, over-designated, there remains specific disagreement about the scope of what can and should be appropriately designated here as AEO.  So we feel as though this timeline has already been significantly drawn out.  We are deep into the course of discovery.  We are going to be doing a significant number of depositions in the next two months, and we are concerned about putting off any longer the resolution of these -- this agreement between the parties about what should be designated.

Also, I understand what OHA is saying about the lack of lag time.  In our experience, there has sometimes been a significant lag time between when we have been told documents are going to be de-designated and when their overlay files that have actually been produced to implement that de-designation so that we can, in fact, as a practical matter begin to use those documents in the way that we need to.

And so we are concerned about ensuring that we have a firm timeline for implementing all of this process, and also ensuring that we are resolving remaining disputes between the

parties sooner rather than later.

Just as a practical example of the kinds of concerns we have is that we currently have a 30(b)(6) deposition scheduled for FamilyCare that is inquiring into things like FamilyCare's -- the basis for FamilyCare's belief that there are issues with the rates. In order to adequately prepare our witness for that deposition, we need to have access to many of these documents. So the continuing delay in having access to them has hindered FamilyCare's ability to prepare for that deposition, as well as hindering its ability to supervise its expert and otherwise litigate its case.

THE COURT: The proposal on the table from OHA and the CCOs resolves, I would say --

MALE SPEAKER: Hello. This is Dr. Will Ross on the phone.

THE COURT: Thank you. Let me start over.

I'm sorry. Sir, you have just joined a conference call on a different case. If you'll hang up, we'll contact you on that in a moment.

MALE SPEAKER: Okay. Sure.

THE COURT: Sounds like my demand that people be on time is getting the better of me here.

Let me start over. It appears that the process for resolving this matter, at least in substantial part, is on a timetable that will have a good chunk of it headed FamilyCare's

way within a month.  I don't hear from FamilyCare any proposal -- counterproposal that gets it done faster than that. What you've written is that I ought to get involved as the Court in making those decisions, and of course there's no way I could accomplish that in less time than what we're talking about.

So I appreciate the need for a firm deadline.  I'm going to require the parties to submit a status report one month from today on where we are on de-designation, and that is going to run parallel to the procedure actually outlined in the protective order for FamilyCare to do what it thinks it can do by way of suggesting specific documents for de-designation, particularly if it thinks any such document is relevant for an upcoming deposition.

But this wouldn't be the first case where document discovery wasn't complete, at least particularized to designation, before depositions took place.  There's not much I can do about that.

So, Ms. Scheele, can you give us a date one month from today for this joint status report?

THE CLERK:  One month exactly, it looks like it falls on a Saturday, on the 26th.  Do you want to do May 25th, Friday?

THE COURT:  Friday, May 25th will be the date for the joint status report.

Thank you all.  Good day.

(Proceedings concluded.)

--oOo--


        I certify, by signing below, that the foregoing is a

correct transcript of the record of proceedings in the

above-entitled cause.  A transcript without an original

signature or conformed signature is not certified.



*/s/Bonita J. Shumway*                    *May 24, 2018*
_____          _____
BONITA J. SHUMWAY, CSR, RMR, CRR          DATE
Official Court Reporter

**MALE SPEAKER: [2]** 9/13 9/19
**MR. LEVIN: [6]** 3/14 3/18 4/6 5/1 7/8 7/24
**MR. McCRACKEN: [3]** 5/6 6/7 7/1
**MS. BRENNER: [3]** 3/12 3/16 8/3
**THE CLERK: [2]** 3/2 10/20
**THE COURT: [15]**

**-**

**--o0o [1]** 12/3

**/**

**/s/Bonita [1]** 12/10

**1**

**10,000 [2]** 4/16 5/11
**100 [1]** 2/16
**1000 [1]** 2/20
**10th [1]** 2/5
**1100 [1]** 5/14
**1120 [1]** 2/5
**1201 [1]** 2/9
**1211 [1]** 2/13

**2**

**20,000 [1]** 4/13
**2018 [3]** 1/15 3/2 12/10
**24 [1]** 12/10
**25th [2]** 10/22 10/24
**26 [2]** 1/15 3/2
**26th [1]** 10/22

**3**

**30 [1]** 9/3
**3000 [1]** 2/13
**301 [1]** 2/20
**3099 [1]** 2/9
**326-8188 [1]** 2/21

**3:18-cv-00212-MO [1]** 1/13
**3:18-cv-212-MO [1]** 3/4

**4**

**4128 [1]** 2/6
**45 [1]** 4/18
**4800 [1]** 2/9

**5**

**503 [1]** 2/21

**6**

**6:18-cv-00296-MO [1]** 1/4
**6:18-cv-296-MO [1]** 3/5

**8**

**8188 [1]** 2/21

**9**

**97201 [1]** 2/17
**97204 [2]** 2/13 2/20
**97209-4128 [1]** 2/6
**98101-3099 [1]** 2/9

**A**

**ability [2]** 9/9 9/10
**able [4]** 5/15 6/21 6/23 7/22
**about [13]**
**above [1]** 12/7
**above-entitled [1]** 12/7
**access [2]** 9/7 9/8
**accomplish [1]** 10/5
**according [1]** 7/21
**accurate [2]** 5/8 6/17
**actually [3]** 7/20 8/20 10/10
**additional [1]** 7/17
**additional documents [1]** 7/17
**adequately [1]** 9/6

**AEO [8]** 4/13 4/17 4/22 5/5 5/23 6/17 7/15 8/10
**AEO-designated [1]** 5/5
**after [1]** 7/24
**agency [2]** 1/7 1/12
**agree [1]** 5/9
**agreed [1]** 7/15
**agreement [1]** 8/15
**agreements [1]** 8/6
**ahead [2]** 7/2 7/17
**al [1]** 3/6
**all [6]** 5/9 6/9 7/3 8/1 8/24 11/1
**ALLEN [4]** 1/7 1/11 2/12 3/4
**Alletta [2]** 2/3 3/17
**along [2]** 4/6 8/2
**already [2]** 5/12 8/10
**also [4]** 2/23 7/13 8/16 8/24
**although [2]** 4/1 8/5
**among [1]** 6/23
**another [1]** 6/4
**answer [1]** 4/10
**anticipates [1]** 4/20
**any [6]** 7/6 7/12 8/1 8/14 10/1 10/13
**anyone [1]** 5/3
**apace [1]** 3/23
**APPEARANCES [1]** 2/1
**appears [2]** 8/5 9/23
**apply [1]** 7/10
**appreciate [1]** 10/7
**appropriately [1]** 8/9
**April [2]** 1/15 3/2
**are [12]** 3/3 3/23 4/14 7/15 8/11 8/12 8/13 8/19 8/23 8/25 9/6 10/9
**around [1]** 7/7
**as [17]**

## A

**ask [1]** 4/1
**at [5]** 5/1 5/6 7/20 9/24 10/16
**AUTHORITY [5]** 1/6 1/9 1/12 2/11 3/6
**Ave [1]** 2/20
**Avenue [2]** 2/9 2/13

## B

**back [1]** 5/16
**based [3]** 4/12 5/16 6/13
**basis [2]** 4/24 9/5
**batches [1]** 6/15
**be [12]** 5/15 5/17 6/21 6/23 7/22 8/9 8/12 8/15 8/19 9/21 10/15 10/24
**been [8]** 4/11 4/17 5/5 6/15 8/10 8/17 8/18 8/20
**before [2]** 1/22 10/17
**begin [1]** 8/21
**being [1]** 5/11
**belief [1]** 9/5
**believe [1]** 5/1
**below [1]** 12/5
**better [1]** 9/22
**between [6]** 5/4 7/6 8/6 8/15 8/18 8/25
**Bonita [3]** 2/19 12/10 12/11
**both [1]** 1/7
**Brenner [2]** 2/3 3/17
**Brian [1]** 2/4
**but [6]** 5/3 6/4 6/9 6/21 7/20 10/15

## C

**call [2]** 6/2 9/18
**can [12]** 4/4 4/6 4/10 4/10 6/1 6/3 7/14 8/9
**capacity [2]** 1/8 1/11
**Carla [1]** 2/15
**case [9]** 1/4 1/13 3/4 3/5 4/3 6/22 9/11 9/18 10/15
**categorical [1]** 7/24
**categories [1]** 7/14
**cause [1]** 12/7
**CCO [7]** 5/21 5/21 5/22 6/7 6/9 6/11 6/13
**CCOs [17]**
**certainly [1]** 5/3
**certified [1]** 12/8
**certify [1]** 12/5
**CHIEF [1]** 1/23
**Chin [1]** 2/15
**chip [1]** 4/2
**Chris [1]** 5/7
**Christopher [1]** 2/23
**chunk [1]** 9/25
**client [1]** 6/22
**clients [2]** 6/19 6/24
**Coie [2]** 2/5 2/8
**combination [1]** 3/21
**commercially [3]** 5/20 5/22 6/20
**complete [1]** 10/16
**complicated [1]** 5/19
**complicating [1]** 6/18
**concerned [2]** 8/13 8/23
**concerns [2]** 8/5 9/2
**concluded [1]** 11/2
**concurrent [1]** 6/2
**conference [3]** 1/20 3/4 9/17
**conformed [1]** 12/8
**consensus [2]** 5/24 6/22
**consider [1]** 7/8
**contact [1]** 9/18
**contain [1]** 5/20
**contains [1]** 6/20
**continuing [2]** 4/14 9/8
**copy [1]** 3/9
**corporation [2]** 1/3 1/16
**correct [3]** 5/24 7/25 12/6
**Couch [1]** 2/5
**could [2]** 3/24 10/5
**counsel [4]** 3/3 4/1 6/10 6/11
**counterproposal [1]** 10/2
**couple [1]** 8/4
**course [2]** 8/11 10/4
**COURT [5]** 1/1 1/23 2/19 10/4 12/12
**Courthouse [1]** 2/19
**CRR [2]** 2/19 12/11
**CSR [2]** 2/19 12/11
**culls [1]** 4/22
**currently [1]** 9/3
**cv [4]** 1/4 1/13 3/4 3/5

## D

**daily [1]** 4/24
**date [3]** 10/19 10/24 12/11
**Davis [1]** 3/10
**day [1]** 11/1
**de [20]**
**de-designate [3]** 4/14 6/21 7/16
**de-designated [2]** 5/18 8/19
**de-designating [1]** 5/11
**de-designation [12]** 3/22 4/5 5/1 5/16 5/25 6/25 7/8 7/23 8/3 8/20 10/9 10/12

**D**

**de-designations [2]** 6/12 7/24

**deadline [1]** 10/7

**deals [1]** 5/19

**decided [1]** 6/7

**decisions [1]** 10/4

**deep [1]** 8/11

**Defendant [1]** 1/17

**Defendants [1]** 1/10

**delay [2]** 7/23 9/8

**delivered [1]** 3/10

**demand [1]** 9/21

**Department [1]** 2/16

**deposition [4]** 9/3 9/7 9/10 10/14

**depositions [2]** 8/13 10/17

**describes [1]** 7/5

**designate [3]** 4/14 6/21 7/16

**designated [7]** 5/5 5/18 8/7 8/8 8/9 8/15 8/19

**designating [1]** 5/11

**designation [16]**

**designations [2]** 6/12 7/24

**details [1]** 6/3

**determination [2]** 6/16 6/25

**determine [1]** 5/23

**did [1]** 3/12

**different [2]** 8/4 9/18

**difficult [1]** 5/23

**director [2]** 1/8 1/11

**disagree [1]** 5/3

**disagreement [1]** 8/8

**discovery [3]** 3/22 8/12 10/16

**dispute [2]** 3/22 3/23

**disputes [1]** 8/25

1/23 2/19

**do [13]**

**document [4]** 6/14 6/19 10/13 10/15

**documents [26]**

**doesn't [1]** 5/21

**doing [1]** 8/12

**don't [1]** 10/1

**done [1]** 10/2

**Douglas [1]** 2/4

**Dr [1]** 9/14

**drawn [1]** 8/11

**E**

**each [2]** 3/9 5/21

**effort [1]** 4/16

**efforts [1]** 4/14

**Elleanor [1]** 2/15

**emails [1]** 3/21

**employ [1]** 6/7

**endeavors [1]** 7/13

**English [1]** 2/3

**ensuring [2]** 8/23 8/25

**entail [1]** 7/19

**entire [1]** 4/25

**entitled [1]** 12/7

**et [1]** 3/6

**exactly [1]** 10/21

**example [2]** 5/14 9/2

**expect [2]** 3/24 5/15

**experience [1]** 8/17

**expert [1]** 9/11

**F**

**fact [3]** 4/11 8/7 8/21

**factor [1]** 6/18

**fairly [1]** 5/17

**falls [1]** 10/21

**FAMILYCARE [14]**

**FamilyCare's [4]** 9/5 9/5 9/9 9/25

**faster [1]** 10/2

**feel [1]** 8/10

**Fifth [1]** 2/13

**files [1]** 8/19

**final [1]** 7/8

**fine [1]** 4/2

**finished [1]** 5/1

**firm [2]** 8/24 10/7

**first [6]** 4/4 5/11 6/2 7/10 8/5 10/15

**Floor [1]** 2/5

**foregoing [1]** 12/5

**four [1]** 6/5

**Friday [2]** 10/23 10/24

**G**

**generic [1]** 6/23

**get [3]** 5/15 5/24 10/3

**gets [1]** 10/2

**getting [1]** 9/22

**give [2]** 4/4 10/19

**go [2]** 6/3 7/2

**going [5]** 3/8 8/12 8/19 10/8 10/10

**good [2]** 9/25 11/1

**Gordon [1]** 2/8

**got [1]** 5/25

**Greg [1]** 2/23

**guess [2]** 3/25 6/2

**H**

**hand [1]** 3/9

**hang [1]** 9/18

**happening [1]** 4/23

**has [6]** 4/11 4/18 5/12 8/10 8/17 9/9

**have [21]**

**having [1]** 9/8

**headed [1]** 9/25

**HEALTH [9]** 1/6 1/9 1/12 2/11 3/6 3/11 4/1 5/8 5/13

**H**

hear [2] 7/3 10/1
heard [2] 5/3 7/21
hearing [2] 4/12 4/16
Hello [1] 9/14
Herbold [1] 2/12
here [5] 3/3 3/7 8/5 8/9 9/22
hindered [1] 9/9
hindering [1] 9/10
his [2] 1/8 1/11
Honor [13]
HONORABLE [1] 1/22
hope [1] 6/9
how [2] 4/25 7/17
human [1] 7/16

**I**

I'll [3] 3/25 4/4 5/3
I'm [4] 3/8 7/4 9/17 10/7
I've [5] 3/21 5/2 5/3 5/17 7/21
identified [2] 4/13 4/17
identify [1] 7/14
if [6] 4/1 6/3 7/14 8/1 9/18 10/13
implement [1] 8/20
implementing [1] 8/24
implicated [1] 6/13
in [38]
INC [5] 1/3 1/15 2/3 3/5 3/5
including [1] 4/5
individually [1] 1/8
information [5] 5/21 5/22 6/20 6/24 7/7
input [4] 4/12 6/22 7/5 7/21
inquire [1] 3/25
inquiring [1] 9/4

into [3] 6/3 8/1 9/4
involved [2] 7/16 10/3
is [35]
issue [1] 5/20
issues [1] 9/6
it [12] 4/10 4/11 5/23 8/5 9/23 9/25 10/2 10/11 10/11 10/13 10/21 10/21
it's [3] 6/1 6/8 7/9
its [3] 9/10 9/10 9/11

**J**

joined [1] 9/17
joint [2] 10/20 10/25
JUDGE [2] 1/23 3/7
just [4] 4/15 7/10 9/2 9/17
Justice [1] 2/16

**K**

kind [2] 4/22 7/9
kinds [1] 9/2
know [1] 6/19
knowing [1] 7/18

**L**

labels [1] 7/11
lack [1] 8/16
lag [4] 7/6 7/12 8/17 8/18
laid [1] 5/8
later [1] 9/1
lawyers [3] 6/18 6/20 6/23
least [2] 9/24 10/16
less [1] 10/5
let [3] 5/3 9/16 9/23
letter [3] 3/9 5/9 6/8
letters [1] 3/21
Levin [4] 2/12 3/19 4/7 5/8

light [1] 7/4
like [6] 3/23 3/24 7/13 9/4 9/21 10/21
litigate [1] 9/11
little [1] 6/6
LLP [2] 2/5 2/8
loaded [1] 6/10
long [2] 4/25 7/18
longer [1] 8/14
looks [1] 10/21

**M**

made [1] 4/22
make [2] 6/16 6/24
makes [1] 5/23
making [3] 3/8 4/21 10/4
many [1] 9/7
Market [1] 2/16
Markowitz [1] 2/12
Matt [2] 3/19 4/7
matter [2] 8/21 9/24
matters [1] 3/23
Matthew [2] 2/8 2/12
may [4] 6/18 10/22 10/24 12/10
May 25th [1] 10/22
maybe [2] 6/4 7/23
McCracken [2] 2/23 5/7
me [7] 3/10 4/4 5/3 6/6 9/16 9/22 9/23
mechanically [1] 7/10
MICHAEL [1] 1/22
might [3] 6/4 7/7 7/19
MO [4] 1/4 1/13 3/4 3/5
moment [1] 9/19
month [5] 7/20 10/1 10/9 10/19 10/21
months [1] 8/13
more [3] 5/19 5/21 7/15
MOSMAN [2] 1/22 3/7

**M**

**most [1]** 7/20
**Mr [7]** 2/3 2/4 2/4 2/8 2/12 2/23 2/23
**Mr. [1]** 5/8
**Mr. Levin [1]** 5/8
**Ms [3]** 2/3 2/15 2/15
**Ms. [1]** 10/19
**Ms. Scheele [1]** 10/19
**much [2]** 6/19 10/17
**multi [1]** 6/9
**multiple [1]** 6/7
**my [3]** 3/21 5/9 9/21

**N**

**N.W [1]** 2/5
**need [7]** 4/1 5/24 6/22 7/3 8/22 9/7 10/7
**new [1]** 7/11
**next [1]** 8/13
**no [5]** 1/4 1/13 3/4 3/5 10/4
**non [2]** 1/3 1/16
**non-profit [2]** 1/3 1/16
**not [5]** 6/19 7/11 7/15 10/17 12/8
**now [2]** 7/4 7/14
**number [4]** 5/18 6/21 7/18 8/12

**O**

**o0o [1]** 12/3
**objection [1]** 8/2
**occur [3]** 4/6 4/10 4/10
**occurring [1]** 4/11
**off [1]** 8/14
**official [3]** 1/8 1/11 12/12
**OHA [19]**
**OHA's [1]** 7/7
**Okay [1]** 9/20
**on [20]**

**one [7]** 5/15 5/21 6/4 6/18 10/8 10/19 10/21
**or [6]** 2/6 2/13 2/17 2/20 6/5 12/8
**order [4]** 4/20 6/24 9/6 10/11
**OREGON [12]** 1/2 1/3 1/6 1/7 1/9 1/11 1/12 1/15 1/17 2/11 2/16 3/6
**original [1]** 12/7
**other [1]** 5/22
**others [1]** 6/22
**otherwise [1]** 9/11
**ought [1]** 10/3
**our [3]** 5/16 8/17 9/6
**out [4]** 5/9 6/5 6/8 8/11
**outlined [1]** 10/10
**outside [2]** 6/10 6/11
**over [4]** 8/7 8/8 9/16 9/23
**over-designated [2]** 8/7 8/8
**overlay [1]** 8/19

**P**

**Pahl [1]** 2/4
**parallel [1]** 10/10
**part [1]** 9/24
**particularized [1]** 10/16
**particularly [1]** 10/13
**parties [3]** 8/15 9/1 10/8
**path [1]** 8/2
**PATRICK [3]** 1/7 1/11 2/11
**PC [1]** 2/12
**people [1]** 9/21
**Perkins [2]** 2/5 2/8
**phone [1]** 9/15
**piece [1]** 7/23
**place [3]** 5/25 6/1

**Plaintiff [2]** 1/4 1/13
**plan [1]** 5/25
**platform [1]** 6/10
**point [1]** 5/6
**Portland [5]** 1/17 2/6 2/13 2/17 2/20
**Possibly [1]** 7/2
**practical [2]** 8/21 9/2
**predict [1]** 7/17
**prepare [2]** 9/6 9/9
**PRESENT [1]** 2/23
**Prior [1]** 6/11
**probably [3]** 5/10 6/14 6/21
**procedure [3]** 6/1 6/6 10/10
**proceeding [3]** 3/23 4/23 8/2
**proceedings [3]** 1/21 11/2 12/6
**process [9]** 4/5 4/19 4/19 4/25 5/10 7/10 7/16 8/24 9/23
**produced [1]** 8/20
**production [2]** 4/6 4/9
**profit [2]** 1/3 1/16
**progress [2]** 4/3 4/21
**proposal [2]** 9/12 10/2
**propose [1]** 6/12
**proposed [1]** 5/16
**protective [2]** 4/20 10/11
**provided [4]** 4/16 4/18 5/5 5/12
**providing [1]** 7/5
**putting [1]** 8/14

**Q**

**question [1]** 4/9
**quick [1]** 7/22

**R**

**rather [1]** 9/1
**really [1]** 7/11
**reasonably [1]** 3/24
**receive [1]** 3/12
**received [4]** 3/9 3/22 4/12 5/14
**receiving [1]** 7/6
**record [1]** 12/6
**releases [1]** 6/15
**relevant [1]** 10/13
**remaining [1]** 8/25
**remains [1]** 8/8
**report [3]** 10/8 10/20 10/25
**REPORTER [2]** 2/19 12/12
**representative [1]** 4/2
**representing [1]** 3/10
**reproduce [1]** 7/11
**require [1]** 10/8
**resolution [1]** 8/14
**resolves [1]** 9/13
**resolving [2]** 8/25 9/24
**respect [1]** 6/16
**review [8]** 4/17 4/19 5/13 5/13 6/11 6/12 6/13 6/15
**reviewing [1]** 5/4
**right [2]** 7/24 8/1
**RMR [2]** 2/19 12/11
**Room [1]** 2/20
**Ross [1]** 9/14
**run [1]** 10/10

**S**

**S.W [3]** 2/13 2/16 2/20
**Samuelson [1]** 2/4
**Saturday [1]** 10/22
**say [1]** 9/13
**saying [1]** 8/16

**scheduled [1]** 9/4
**Scheele [1]** 10/19
**scope [2]** 4/15 8/9
**Scott [2]** 2/15 2/23
**Seattle [1]** 2/9
**second [2]** 4/9 5/19
**see [2]** 5/9 5/22
**seen [1]** 5/17
**sensitive [3]** 5/20 5/22 6/20
**share [5]** 3/11 4/1 5/8 5/14 6/23
**should [2]** 8/9 8/15
**Shumway [3]** 2/19 12/10 12/11
**signature [2]** 12/8 12/8
**significant [2]** 8/12 8/18
**significantly [1]** 8/11
**signing [1]** 12/5
**simultaneously [1]** 6/1
**since [2]** 4/11 4/16
**Sir [1]** 9/17
**situations [1]** 7/13
**so [12]** 4/4 4/15 4/21 5/25 6/20 7/10 8/10 8/20 8/23 9/8 10/7 10/19
**some [3]** 7/23 8/6 8/6
**something [1]** 4/23
**sometimes [1]** 8/17
**sooner [1]** 9/1
**sorry [1]** 9/17
**sort [1]** 4/2
**Sounds [1]** 9/21
**specific [2]** 8/8 10/12
**specifically [1]** 4/22
**spelled [1]** 6/8
**spoke [2]** 3/16 3/18
**spoken [1]** 5/2
**stand [1]** 5/6
**start [5]** 3/8 3/25 4/4

**State [2]** 1/7 1/12
**STATES [3]** 1/1 1/23 2/19
**status [5]** 1/20 3/4 10/8 10/20 10/25
**step [4]** 5/10 5/11 7/9 7/10
**Stephen [1]** 2/3
**Street [2]** 2/5 2/16
**submit [1]** 10/8
**substantial [2]** 5/18 9/24
**such [1]** 10/13
**suggesting [1]** 10/12
**Suite [2]** 2/9 2/13
**supervise [1]** 9/10
**sure [2]** 3/8 9/20

**T**

**table [1]** 9/12
**tag [1]** 6/13
**tagged [1]** 6/15
**take [5]** 3/21 4/25 5/1 6/1 6/4
**takes [1]** 7/18
**talking [1]** 10/5
**telephone [2]** 1/20 3/3
**Tell [1]** 6/6
**terms [2]** 6/19 7/5
**than [4]** 5/21 9/1 10/2 10/5
**Thank [5]** 3/20 7/1 7/3 9/16 11/1
**that [57]**
**that's [3]** 4/2 7/3 7/25
**their [2]** 5/22 8/19
**them [6]** 3/24 4/2 6/12 6/16 7/11 9/9
**then [4]** 5/19 6/14 7/15 7/23
**there [7]** 5/17 7/6 7/15

**T**

**there... [4]** 8/5 8/8 8/17 9/5
**there's [3]** 7/11 10/4 10/17
**these [2]** 8/14 9/8
**They [1]** 5/12
**things [1]** 9/4
**think [5]** 5/8 5/9 5/17 6/1 6/4
**thinks [2]** 10/11 10/13
**Third [2]** 2/9 2/20
**this [15]**
**those [7]** 4/14 4/21 5/13 5/13 8/7 8/21 10/4
**though [2]** 8/5 8/10
**thousand [1]** 4/13
**three [2]** 6/5 7/21
**through [2]** 4/21 4/22
**time [7]** 7/6 7/12 7/17 8/17 8/18 9/22 10/5
**timeline [2]** 8/10 8/24
**timetable [2]** 4/5 9/25
**today [3]** 3/10 10/9 10/20
**told [1]** 8/18
**took [1]** 10/17
**total [2]** 4/5 6/5
**transcript [3]** 1/21 12/6 12/7
**Tremaine [1]** 3/10
**try [1]** 7/16
**trying [1]** 7/17
**turnaround [1]** 7/22
**turning [2]** 7/4 7/7
**two [6]** 5/4 5/10 5/15 6/4 7/9 8/13
**two-step [2]** 5/10 7/9
**typical [1]** 4/3

**U**

**ultimate [1]** 7/23
**understand [2]** 4/18 8/16
**understands [1]** 4/15
**UNITED [3]** 1/1 1/23 2/19
**until [1]** 5/1
**up [1]** 9/18
**upcoming [1]** 10/14
**us [2]** 5/23 10/19
**use [1]** 8/21

**V**

**view [2]** 4/2 6/11

**W**

**WA [1]** 2/9
**want [4]** 3/25 5/21 6/3 10/22
**wasn't [1]** 10/16
**wave [3]** 5/19 6/2 6/2
**waves [5]** 4/6 4/10 4/10 4/11 6/14
**way [5]** 4/6 8/22 10/1 10/4 10/12
**we [27]**
**we'll [1]** 9/18
**we're [2]** 4/21 10/5
**we've [1]** 5/25
**week [1]** 5/4
**weeks [5]** 5/4 5/15 6/4 6/5 7/21
**well [2]** 6/8 9/10
**were [2]** 8/7 8/7
**what [14]**
**when [2]** 8/18 8/19
**where [3]** 5/5 10/9 10/15
**whether [6]** 4/4 4/6 4/9 5/23 6/16 6/19
**which [5]** 4/19 5/23 6/1 6/13 6/22

**who [2]** 3/16 3/18
**will [14]**
**within [2]** 7/20 10/1
**without [2]** 7/18 12/7
**witness [1]** 9/7
**would [3]** 6/12 6/14 9/13
**wouldn't [1]** 10/15
**Wright [1]** 3/10
**written [1]** 10/3

**Y**

**yes [4]** 3/13 3/15 4/7 4/10
**you [17]**
**you'll [2]** 7/22 9/18
**you've [3]** 5/1 6/7 10/3
**Your [13]**