**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

        Special Assistant Attorneys General for Oregon Health
        Authority, an agency of the State of Oregon, and Patrick
        Allen, both individually and in his official capacity as
        director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **OREGON HEALTH AUTHORITY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK | |

**Page 1 - OREGON HEALTH AUTHORITY'S MOTION FOR EXTENSION
      OF TIME TO RESPOND TO COMPLAINT**

ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority,

                        Defendants.

### LR 7-1 CERTIFICATION

Counsel for Defendant Oregon Health Authority ("OHA") certifies that he has conferred with counsel for plaintiff FamilyCare, Inc. regarding the motion.  Counsel for plaintiff has not provided a response regarding OHA's request for extension.

### MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), OHA moves the Court for an order extending the time to respond to plaintiff's complaint until ten days from the day on which the Court rules on plaintiff's motion for leave to amend the Third Amended Complaint.

### MEMORANDUM

On June 1, the Court issued its Opinion and Order on OHA's motion to dismiss FamilyCare's Third Amended Complaint.  (06/01/18 Opinion and Order (Dkt. 105).) The Court's Order substantially altered the claims in FamilyCare's operative Third Amended Complaint.  OHA's answer to the Third Amended Complaint is currently due on June 11, 2018.  On April 25, 2018, plaintiff filed a Motion for Leave to File Fourth Amended Complaint.  (04/25/18 Pl. FamilyCare, Inc.'s Mot. for Leave to File Fourth Amd. Compl. (Dkt. 85).)  On May 9, 2018, OHA filed a Response in Opposition to Motion for Leave to File Fourth Amended Complaint.  (05/09/18 Patrick Allen and Oregon Health Authority's Opp. to Mot. for Leave to File Fourth Amd. Compl. (Dkt. 91).)  On May 23, 2018, plaintiff filed its Reply Brief in Support of the Motion for Leave to File Fourth Amended Complaint.   (05/23/18 FamilyCare, Inc's Reply Brief in Support of Mot. for Leave to File Fourth Amd. Compl. (Dkt. 98).)  Plaintiff's Motion for Leave to File Fourth Amended Complaint is pending before the Court.

**Page 2 - OREGON HEALTH AUTHORITY'S MOTION FOR EXTENSION**
      **OF TIME TO RESPOND TO COMPLAINT**

Given that a motion to file a new complaint is pending, it is not efficient for OHA to file a response to FamilyCare's Third Amended Complaint until OHA has guidance from the Court on whether that complaint—or a new, Fourth Amended Complaint—will serve as FamilyCare's operative pleading.  Accordingly, OHA requests an extension of time to respond to plaintiff's complaint until ten days from day on which the Court rules on plaintiff's motion for leave to amend.  The request for an extension will not cause prejudice to any party and is not made for purposes of causing undue delay or otherwise interfering with the administration of justice.

DATED this 8th day of June, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

FAMIOR\737541_1

**Page 3 - OREGON HEALTH AUTHORITY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**