Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, pro hac vice
MGordon@perkinscoie.com
Nicholas Hesterberg, pro hac vice
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>        Plaintiff,<br><br>    v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Defendant. | No. 3:18−cv−00212−MO (LEAD)<br>No. 3:18-cv-00296-MO<br><br><br>DECLARATION OF NICHOLAS H. HESTERBERG IN SUPPORT OF FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION |

1-    HESTERBERG DECLARATION IN SUPPORT OF
      MOTION FOR RECONSIDERATION

140219904.1

FAMILYCARE, INC., an Oregon non-profit corporation,

           Plaintiff,

   v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,

           Defendants.

I, Nicholas H. Hesterberg, state as follows:

1.    I am an attorney with the firm of Perkins Coie, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned cases. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.    Attached as **Exhibit 1** to this declaration is a true and correct copy of the version of the five-year contract between FamilyCare and the Oregon Health Authority containing the capitation rates for 2017.

3.    Attached as **Exhibit 2** to this declaration is a true and correct copy of excerpts of the Centers for Medicare & Medicaid Services Amended Waiver List and Expenditure Authority awarded to Oregon Health Authority for the Oregon Health Plan.

4.    Attached as **Exhibit 3** to this declaration is a true and correct copy of a May 17, 2017 memorandum from Deanna Laidler, Oregon Senior Assistant Attorney General, Human and Health Services Section, to Rhonda Busek, Provider Services Director, Oregon Health Authority, regarding "Mental Health Parity and CCO Reporting Requirements."

2-  HESTERBERG DECLARATION IN SUPPORT OF
    MOTION FOR RECONSIDERATION

140219904.1

5.      Attached as **Exhibit 4** to this declaration is a true and correct copy of a November 10, 2017 email from Artur Suchorzewski, Director of Government Affairs of FamilyCare, to Patrick Allen, Director of Oregon Health Authority, forwarding an opinion of Lorey Freeman, Chief Deputy Legislative Counsel, regarding the actuarial soundness requirement.

6.      Attached as **Exhibit 5** to this declaration is a true and correct copy of excerpts of a November 30, 2017 report prepared by Anne Karl of Manatt, Phelps & Phillips LLP for Oregon Health Authority regarding "Assessment of Process for Setting 2018 Rates for Coordinated Care Organizations."

7.      Attached as **Exhibit 6** to this declaration is a true and correct copy of an excerpt of the contract executed by FamilyCare and OHA on December 22, 2017.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: June 13, 2018

/s *Nicholas H. Hesterberg*
Nicholas H. Hesterberg

3-    HESTERBERG DECLARATION IN SUPPORT OF
      MOTION FOR RECONSIDERATION

140219904.1