

# OREGON HEALTH PLAN

## Amended and Restated

## HEALTH PLAN SERVICES CONTRACT

### Coordinated Care Organization

### Contract # 143114-12

### with

### *FamilyCare, Inc.*

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

## OREGON HEALTH PLAN

## HEALTH PLAN SERVICES CONTRACT

## COORDINATED CARE ORGANIZATION

This Health Plan Services Contract, Coordinated Care Organization Contract # 143114-12 ("Contract") is between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA", and

*FamilyCare, Inc.*
**825 NE Multnomah St.**
**Suite 1400**
**Portland, Oregon 97232**

hereinafter referred to as "Contractor." OHA and Contractor are referred to as the "Parties".

The Contract, as originally adopted effective January 1, 2014, and as previously amended, is hereby further amended and restated in its entirety. The amendment and restatement of this Contract do not affect its terms and conditions for Work prior to the effective date of this Amended and Restated Contract.

Work to be performed under this Contract relates principally to the following Division of OHA:

Division of Medical Assistance Programs (DMAP)
500 Summer Street NE, E35
Salem, Oregon 97301
Contract Administrator: Kathy Cereghino or delegate
Phone: 503-947-5522
Fax: 503-945-5972
Email: katherine.j.cereghino@state.or.us

## I.    Effective Date and Duration

A.    This Amended and Restated Contract is effective January 1, 2018 regardless of the date of signature. This Contract, and the CCO Payment Rates contained herein, is subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS). In the event CMS fails to approve the proposed 2018 CCO Payment Rates prior to the Effective Date, OHA shall pay Contractor at the proposed CCO Payment Rates, subject to adjustment upon OHA's receipt of CMS approval or modification of the proposed CCO Payment Rates. Unless terminated earlier in accordance with its terms, this Contract expires on January 31, 2018. Contract termination does not extinguish or prejudice DHS' right to enforce this

Exhibit 6
Page 2 of 3

FCI0359570

Contract with respect to any default by Contractor that has not been cured. Given the one-month duration of the contract, many Contract provisions pertaining to reporting are unnecessary or require modification. In order to address the provisions that the Parties agree are unnecessary or require modification, the Parties agree that they will negotiate, in good faith, an amendment to this Contract by January 10, 2018.

B.    The Parties do not intend to extend this Contract. Contractor shall ensure continuity of the Work by Contractor as outlined in the Professional Services Contract ("PSC") between OHA and Contractor. If there is a conflict between the terms of the Contract and the PSC, the terms of the PSC shall apply.

C.    By entering into this Contract, neither party waives or otherwise compromises any claim, defense, or argument asserted, or which could be asserted, in FamilyCare, Inc. v. Oregon Health Authority, Case No. 17-cv-09226, or any claim or argument which Contractor could assert, in any appropriate court, relating to the rate-setting process for rates in 2018, as well as any claim for the loss of enterprise or value as a result of OHA's or others' actions with respect to the rate-setting process in those years.

## II.    Contract in its Entirety

A.    This Contract consists of this document together with the following exhibits which are attached hereto and incorporated into this Contract by this reference, and the reporting forms described in Subsection B:

| | |
|---|---|
| **Exhibit A:** | Definitions |
| **Exhibit B:** | Statement of Work |
| **Exhibit C:** | Consideration |
| **Exhibit D:** | Standard Terms and Conditions |
| **Exhibit E:** | Required Federal Terms and Conditions |
| **Exhibit F:** | Insurance Requirements |
| **Exhibit G:** | Delivery System Network Provider and Hospital Adequacy Report Reporting Requirements |
| **Exhibit H:** | Practitioner Incentive Plan Regulation Guidance |
| **Exhibit I:** | Grievance System |
| **Exhibit J:** | Review Tool for CCO Informational Materials and Member Education |
| **Exhibit L:** | Solvency Plan and Financial Reporting |

B.    Reporting forms are posted at http://www.oregon.gov/OHA/healthplan/pages/CCO-Contract-Forms.aspx the "Contract Reports Web Site"), and are by this reference incorporated into the Contract. OHA may change the Contract Reports Web Site after notice to Contractor. All completed reporting forms must be submitted by the Contractor's Chief Executive Officer, Chief Financial Officer or an individual who has delegated authority to sign for the reports as designated by the Signature Authorization Form available on the Contract Reports Web Site.

Exhibit 6
Page 3 of 3

FCI0359571