Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | No. 3:18−cv−00212−MO (LEAD)<br>No. 6:18−cv−00296−MO |
| Plaintiff, | |
| v. | FAMILYCARE INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |

PAGE 1-       FAMILYCARE, INC.'S UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority, and LYNNE SAXTON

Defendants.

## LOCAL RULE 7-1 CERTIFICATION

Counsel for FamilyCare has conferred with counsel for Oregon Health Authority

("OHA"), Patrick Allen, and Lynne Saxton.  OHA, Allen, and Saxton do not oppose this motion

to file under seal.

## MOTION

Pursuant to the protective order issued in this case, FamilyCare moves this Court for an

order permitting the following documents, which contain information OHA or a third party

designated as "Confidential" or "Attorneys' Eyes Only," to be filed under seal:

- Plaintiff FamilyCare, Inc.'s Motion to Compel De-Designation of Optumas
  Documents

- Exhibit 1 to the Declaration of Matthew J. Mertens in Support of FamilyCare,
  Inc.'s Motion to Compel De-Designation of Optumas Documents

- Exhibit 2 to the Declaration of Matthew J. Mertens in Support of FamilyCare,
  Inc.'s Motion to Compel De-Designation of Optumas Documents

Hard copies of these documents have been forwarded to Chambers.  This request is made

pursuant to the Protective Order in this case, which was signed on November 1, 2017.  This order

allows for the sealing of documents if the producing party designates those documents as

confidential.

PAGE 2-    FAMILYCARE, INC.'S UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  June 25, 2018                    **PERKINS COIE LLP**


By: *s/ Stephen F. English*
      Stephen F. English, OSB No. 730843
      SEnglish@perkinscoie.com
      Thomas R. Johnson, OSB No. 010645
      TRJohnson@perkinscoie.com
      Brian P. Samuelson, OSB No. 165476
      BSamuelson@perkinscoie.com
      Perkins Coie LLP
      1120 N.W. Couch Street, 10th Floor
      Portland, OR  97209-4128
      Telephone:  503.727.2000
      Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

PAGE 3-     FAMILYCARE, INC.'S UNOPPOSED MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222