**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Oregon Health
      Authority, an agency of the State of Oregon, and Patrick
      Allen, both individually and in his official capacity as
      director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, <br><br>       Plaintiff, <br><br> v. <br><br> FAMILYCARE, INC., an Oregon non-profit corporation, <br><br>       Defendant. | Case No. 3:18-cv-00212-MO (Leading) <br> Case No. 6:18-cv-00296-MO(Trailing) <br><br> **DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH CARE AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART OREGON HEALTH AUTHORITY'S MOTIONS TO DISMISS** |
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br>       Plaintiff, | |

**Page 1 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH CARE AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART OREGON HEALTH AUTHORITY'S MOTIONS TO DISMISS**

v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority, and LYNNE SAXTON,

                                        Defendants.

I, Harry B. Wilson, declare:

1.      I am a Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Transcript to April 20, 2018 Hearing |
| 2 | 2018 Amendment to FamilyCare and OHA Contract |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 27th day of June, 2018.

                              */s/ Harry B. Wilson*
                              _____
                              Harry B. Wilson, OSB #077214

753056

**Page 2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH CARE AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART OREGON HEALTH AUTHORITY'S MOTIONS TO DISMISS**