Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>    Plaintiff,<br><br>    v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Defendant.<br><br>_____<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff, | No. 3:18–cv–00212–MO (LEAD)<br>No. 6:18–cv–00296–MO<br><br><br>ORDER GRANTING FAMILYCARE'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

PAGE 1- ORDER GRANTING FAMILYCARE'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

140389137.1

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority, and LYNNE SAXTON

Defendants.

FamilyCare, Inc.'s unopposed motion for leave to file documents under seal is hereby

granted, and it is ordered that:

The clerk is instructed to file the following documents under seal:

- Plaintiff FamilyCare, Inc.'s Motion to Compel De-Designation of Optumas
  Documents

- Exhibit 1 to the Declaration of Matthew J. Mertens in Support of FamilyCare, Inc.'s
  Motion to Compel De-Designation of Optumas Documents

- Exhibit 2 to the Declaration of Matthew J. Mertens in Support of FamilyCare, Inc.'s
  Motion to Compel De-Designation of Optumas Documents

Although those documents are to be excluded from the public case file, the clerk need not

exclude the names of the documents from the electronic docket. The following people are

allowed to review, inspect and photocopy the sealed documents noted above: Oregon Health

Authority's authorized representatives including counsel of record, FamilyCare's authorized

representatives including counsel of record, Patrick Allen's authorized representatives including

counsel of record, Lynne Saxton's authorized representatives including counsel of record, the

court, and its staff.

Dated this 25th day of June 2018.

U.S. DISTRICT COURT JUDGE

PAGE 2-     ORDER GRANTING FAMILYCARE'S UNOPPOSED
            MOTION FOR LEAVE TO FILE DOCUMENTS
            UNDER SEAL

140389137.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Submitted By:

By: *s/ Stephen F. English*
     Stephen F. English, OSB No. 730843
     SEnglish@perkinscoie.com
     Thomas R. Johnson, OSB No. 010645
     TRJohnson@perkinscoie.com
     Brian P. Samuelson, OSB No. 165476
     BSamuelson@perkinscoie.com
     Perkins Coie LLP
     1120 N.W. Couch Street, 10th Floor
     Portland, OR  97209-4128
     Telephone:  503.727.2000
     Facsimile:  503.727.2222

     *Attorneys for Plaintiff FamilyCare, Inc.*

PAGE 1-     ORDER GRANTING FAMILYCARE'S UNOPPOSED
MOTION FOR LEAVE TO FILE DOCUMENTS
UNDER SEAL

140389137.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222