Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, <br><br> Plaintiff, <br><br> v. <br><br> FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Defendant. | No. 3:18–cv–00212–MO (LEAD) <br> No. 6:18-cv-00296-MO <br><br> DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF FAMILYCARE, INC.'S MOTION TO COMPEL DE-DESIGNATION OF OPTUMAS DOCUMENTS |
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Plaintiff, | |

PAGE 1- DECLARATION OF MATTHEW J. MERTENS
IN SUPPORT OF MOTION TO COMPEL DE-
DESIGNATION OF OPTUMAS DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority, and LYNNE SAXTON,

Defendants.

I, Matthew J. Mertens, state as follows:

1.     I am an attorney with the firm of Perkins Coie LLP, counsel for FamilyCare, Inc.

("FamilyCare"), party to the above-captioned cases. I have personal knowledge of the matters

stated herein and am competent to testify thereto.

2.     On June 4, 2018, counsel for FamilyCare sent counsel for the Oregon Health

Authority ("OHA") a letter, with exhibits. A true and correct copy of the June 4, 2018 letter is

attached as Exhibit 1, along with versions of the exhibits that have been updated to include Bates

numbers. These exhibits include 42 documents marked Confidential or Attorney's Eyes Only,

which are the subject of this motion to de-designate.

3.     Attached as Exhibit 2 is a true and correct copy of a June 14, 2018 letter received

from counsel for Optumas.

4.     Attached as Exhibit 3 is a true and correct copy of the January 17, 2018 protective

order entered in this case.

5.     Perkins Coie's E-discovery Services and Strategy team has informed me of the

following: On January 12 and 13, 2018, Optumas produced 51,488 emails directly to

FamilyCare. Optumas designated all 51,488 emails as either Confidential or AEO. To date,

Optumas has produced more than 70,000 documents. Every document produced by Optumas

has been designated as either Confidential or Attorney's eyes only. Optumas and OHA have

"clawed-back" 3,948 Optumas-produced documents as privileged or otherwise irrelevant. These

documents have been replaced in the productions with slip-sheets that are not marked

PAGE 2-       DECLARATION OF MATTHEW J. MERTENS
              IN SUPPORT OF MOTION TO COMPEL DE-
              DESIGNATION OF OPTUMAS DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Confidential or Attorney's Eyes Only.  OHA has produced additional Optumas-related documents; some of these have been marked AEO or Confidential and some have not.

6.    Attached as Exhibit 4 is a true and correct copy of a document produced in discovery as OPT00007945.

7.    Attached as Exhibit 5 is a true and correct copy of a document produced in discovery as OPT00075556.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  June 25, 2018

*s/ Matthew J. Mertens*
Matthew J. Mertens

PAGE 3-        DECLARATION OF MATTHEW J. MERTENS
               IN SUPPORT OF MOTION TO COMPEL DE-
               DESIGNATION OF OPTUMAS DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222