IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATRICK ALLEN**, in his official capacity as director of OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO (Trailing) |

Plaintiff,

    v.

**FAMILYCARE, INC.**, an Oregon non-profit corporation,

               Defendant.

_____

**FAMILYCARE, INC.**, an Oregon non-profit corporation,

               Plaintiff,

**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority,

               Defendants.

**JUDGMENT IN CASE NO. 3:18-CV-00212**

1 – JUDGMENT

**MOSMAN, J.**

Based upon the Opinion and Order of the Court [106] GRANTING FamilyCare's Motion to Dismiss [27], IT IS ORDERED AND ADJUDGED that Allen v. FamilyCare, No. 3:18-cv-212 is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this __2nd__ day of July, 2018.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge

2 – JUDGMENT